FILED
2025 Jun-11 PM 03:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JOHN W. LYNN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action** |
| **v.** | ) | **No.: 2:25-cv-00891-MHH** |
| | ) | |
| **THE LINCOLN NATIONAL** | ) | |
| **LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| **AND** | ) | |
| | ) | |
| **LINCOLN LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON** | ) | |
| | ) | |
| **Defendants.** | ) | |

**REQUEST FOR SERVICE BY CERTIFIED MAIL**

Please serve the defendants The Lincoln National Life Insurance Company AND Lincoln Life Assurance Company of Boston, by certified mail pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal Rules of Civil Procedure 4(e)(1).

Respectfully Submitted,

/s/ *Amanda Stansberry*
Amanda Stansberry (ASB-7793-M64S)

COX, STANSBERRY & KINSLEY, LLC
3535 Grandview Parkway
Suite 310
Birmingham, Alabama 35243
Phone: 205-870-1205
Fax: 205-870-1252
astansberry@cskattorneys.com

**PLEASE SERVE DEFENDANTSBY CERTIFIED MAIL AT:**

Lincoln National Life Insurance Company
c/o CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

AND

Lincoln Life Assurance Company of Boston
c/o Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104