FILED
2025 Jun-25 PM 04:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

| | | |
|---|---|---|
| John W. Lynn<br>*Plaintiff(s)*<br>v.<br>The Lincoln National Life Insurance Company, and Lincoln Life Assurance Company of Boston<br>*Defendant(s)* | ) | Civil Action No. 2:25-cv-00891-MHH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lincoln National Life Insurance Company
c/o CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amanda Stansberry
COX STANSBERRY & KINSLEY, LLC
3535 Grandview Parkway
Suite 310
Birmingham, Alabama 35243

If you fail to respond, judgment by default ~~will~~ May be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/25/2025

Cutus Cut...
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

| | |
|---|---|
| John W. Lynn<br>*Plaintiff(s)*<br>v.<br>The Lincoln National Life Insurance Company, and Lincoln Life Assurance Company of Boston<br>*Defendant(s)* | Civil Action No. 2:25-cv-00891-MHH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lincoln Life Assurance Company of Boston
c/o Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amanda Stansberry
COX STANSBERRY & KINSLEY, LLC
3535 Grandview Parkway
Suite 310
Birmingham, Alabama 35243

If you fail to respond, judgment by default ~~will~~ May be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/25/2025

Curtis Carter I

*Signature of Clerk or Deputy Clerk*