FILED
2025 Jul-21 AM 09:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN W. LYNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 2:25-cv-00891-MHH |
| THE LINCOLN NATIONAL | ) | |
| LIFE INSURANCE COMPANY, | ) | UNOPPOSED |
| | ) | |
| AND | ) | |
| | ) | |
| LINCOLN LIFE ASSURANCE | ) | |
| COMPANY OF BOSTON | ) | |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION REGARDING DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, The Lincoln National Life Insurance Company and Lincoln Life Assurance Company of Boston ("Defendants")[1], file this Unopposed Motion Regarding Deadline for Defendants to Respond to Plaintiff's Complaint.

1 The correct name of the Defendant in this action is The Lincoln National Life Insurance Company. The Lincoln National Life Insurance Company was previously a parent corporation of Lincoln Life Assurance Company of Boston, and Lincoln Life Assurance Company of Boston was the issuer of the relevant disability insurance policy. However, Lincoln Life Assurance Company of Boston has now merged with, and is now known as, The Lincoln National Life Insurance Company. Accordingly, "The Lincoln National Life Insurance Company" is the correct Defendant in this action.

1. Plaintiff filed this lawsuit on June 9, 2025. Defendants were served with process on June 30, 2025, and thus must file their Answers or otherwise respond by July 21, 2025.

2. Defendants request an extension to respond or answer Plaintiff's Complaint in order to allow Defendants time to obtain the necessary documents to appropriately respond to the Complaint. As such, Defendants request that the Court enter an order that they shall have until and including August 4, 2025, to answer or otherwise respond to Plaintiff's Complaint.

3. The office of the undersigned conferred with Plaintiff's counsel, Amanda Stansberry, with regard to the relief requested in this Motion, and Ms. Stansberry has stated that Plaintiff is not opposed to this Motion.

4. This Unopposed Motion Regarding Deadline for Defendants to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

**PRAYER**

Defendants request that the Court enter an order that Defendants have until and including August 4, 2025, to answer or otherwise respond to Plaintiff's Complaint.

Dated this 21st day of July 2025.

Respectfully submitted,

s/ *Iwana Rademaekers*
Iwana Rademaekers
(Admitted *Pro Hac Vice*)
Texas Bar No. 16452560
Attorney for Defendant
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

AND

MATTHEW W. ROBINETT
ASB-3523-I72M
Attorney for Defendant
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 21st day of July 2025, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to counsel for the following parties:

Amanda Stansberry (ASB-7793-M64S)
Email: astansberry@cskattorneys.com

/s/ *Iwana Rademaekers*
Iwana Rademaekers