**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lincoln Life Assurance of Boston
C/o Corporation Service Co.
641 South Lawrence St.
Montgomery, AL 36104

9590 9402 8321 3094 1915 04

2. Article Number *(Transfer from service label)*

7017 2400 0000 6068 7882

***COMPLETE THIS SECTION ON DELIVERY***

FILED
2025 Aug-04 AM 09:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

A. Signature Kelly Webster ☒ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery 6-30-25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2025 AUG -1 A 11: 04

U.S. DISTRICT COURT
N.D. OF ALABAMA

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery