2:25-CV-00891-MHH

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Lincoln Nth Life Ins Co.
c/o The Prentice-Hall Corp System Inc
641 South Lawrence St.
Montgomery, AL 36104

9590 9402 3025 7124 5672 57

2. Article Number *(Transfer from service label)*

7017 2400 0000 6068 7905

***COMPLETE THIS SECTION ON DELIVERY***

FILED
2025 Aug-11 PM 02:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

A. Signature

x Kelly Webster ☑ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery 7-31-25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2025 AUG 11 P 12:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery