FILED
2025 Aug-22 AM 09:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| JOHN W. LYNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 2:25-cv-00891-MHH |
| THE LINCOLN NATIONAL | ) | |
| LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| LINCOLN LIFE ASSURANCE | ) | |
| COMPANY OF BOSTON | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT SUBMISSION OF STIPULATED RECORD**

Pursuant to the Initial Order in ERISA Benefits Cases entered by the Court in this matter on June 25, 2025, Plaintiff John W. Lynn and Defendants The Lincoln National Life Insurance Company and Lincoln Life Assurance Company of Boston file this Joint Submission of Stipulated Record.

1) Group Disability Income Policy (Lincoln/Lynn 001-060);
2) Appeal Decision Letter Dated November 4, 2022, (Lincoln/Lynn 176-189); and
3) Administrative Record (Lincoln/Lynn 061-175 and 190-924).

SUBMITTED this 22nd day of August 2025.

Respectfully Submitted,

*<u>/s/ Amanda Stansberry</u>*

Amanda Stansberry (ASB-7793-M64S)
**COX, STANSBERRY & KINSLEY, LLC**
3535 Grandview Parkway, Ste 310
Birmingham, Alabama 35243
Telephone: (205) 383-7996
Facsimile: (833) 583-4357
Email: astansberry@cskattorneys.com

ATTORNEYS FOR PLAINTIFF

AND

*/s/Iwana Rademaekers*

**IWANA RADEMAEKERS**
(*Admitted Pro Hac Vice*)
Texas Bar No. 16452560
Attorney for Defendant
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- And -

Matthew W. Robinett
ASB-3523-I72M
Attorney for Defendant
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000

1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 25th day of August 2025, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to counsel for the following parties:

Amanda Stansberry (ASB-7793-M64S)
Email: astansberry@cskattorneys.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers