**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes | Claim | Class | Correspond | Doc List | Medical | SPELL Letters

Claim Number: 10295792 | Claim Last Updated: 11/04/2022 | Printed On: 7/2/2025

### Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | JOHN W LYNN | SSN | | Birth Date | |
| Address | | Salary Amount $ | 3466.67 | Mode | M |
| | | Date of Hire | 06/13/1991 | | |
| | | Last Work Date | 02/21/2020 | | |
| | | Federal Tax | Employee Option | State Tax | Yes |
| Phone | | Phys Demands | Medium | | |

JobDesc: ELECTRICAL TL

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Any Occ | Received Date | 07/21/2020 |
| Disability Date | 02/22/2020 | Close Date | 08/22/2022 | Reopen Date | 05/22/2021 |
| Sick Days Left | 182 | Max Ben Date | 12/19/2038 | RTW FT / PT | |
| Ben Begin Date | 08/22/2020 | Apprv Thru Date | 08/21/2022 | Gross Ben $ | |

Diagnosis 1 Code/Desc: S59.901A | Unspecified injury of right elbow, initial encounter

Diagnosis 2 Code/Desc:

### Policyholder Information

Customer ID: 05 - 291250 | CLAYTON HOMES, INC

Subsidiary: 1150 | CLAYTON HOMES, INC

Location: 00942000 | CLAYTON HOMES, INC

Symb: GF | Numeral: 01 | Product: LTD | Funding: CON | Bank: Y | Calcs: Y | Cntr Eff: 01/01/2014

Class: 1A | ALL ACTIVE FULL-TIME HOURLY, SALARIED AND ALL COMMISSIONED SALES EMPI

Waiting Period: New/Mode-Current/Mode: 30 | Day | 30 | Day | Days in WRKWK:

Elimination Period: Days/Type: 180 | Injury | COLA: Mode/Duration:

Successive Period: Period/Mode: 6 | Month | SS Integration:Type/Value: FSS

Partial Disability Type/Pct: QRP+ | 7.00 | Survivor Ben Months/Wait Period: 3 | 180

Non-Verifiable Symptoms Limit: 24 | Own Occupation Definition Limit: 24 | M/N Limit: 24

Benefit %: | Max Benefit $: | Min Benefit $: | Employer Contr %: 100.00 | Subro Ind: Y

### Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 1A | 07/13/1991 |
| PD | 05 | STD | 02 | 07/13/1991 |

### Additional Information:



EXHIBIT

3, part 1

**Lincoln/Lynn 061**

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 10295792 **Accommodation Number**

**Note type:**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**07/02/2025 10:34 AM - CLAIM Note 65**
Claim/Event/Leave: 10295792
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [07/02/2025 - MAINELLI, DEBRA]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**11/08/2022 9:47 AM - CLAIM Note 64**
Claim/Event/Leave: 10295792
NoteSubject : Other
Other Subject : REQ FOR CLAIM FILE
Text: [11/08/2022 - AVERILL, REBECCA]RECVD A REQUEST FOR THE CLAIM FILE ON 11/7 FROM AMANDA STANSBERRY W/ COX & STANSBERRY, LLC. SENT WRITTEN RESPONSE TO ATTORNEY AND CREATED THE CLAIM FILE COVER LETTER. REQUEST SENT TO ADMIN TO EMAIL THE CLAIM FILE TO HER AT AMANDA@COXSTANSBERRY.COM

**11/07/2022 1:03 PM - CLAIM Note 63**
Claim/Event/Leave: 10295792
NoteSubject : Peer Review
Other Subject : VENDOR PAYMENT
Text: [11/07/2022 - MAURICE, DANIELLE]INVOICE RECEIVED ON 11/07/2022 AND DATED 11/02/2022 FROM NETWORK MEDICAL REVIEW COMPANY, LTD. INV # 745610-1, IN THE AMOUNT OF $350.00 FOR PEER REVIEW. INVOICE PAID IN FULL.

**11/04/2022 10:58 AM - CLAIM Note 62**
Claim/Event/Leave: 10295792
NoteSubject : Appeal
Other Subject : UH
Text: [11/04/2022 - TULIANO, JOSHUA]THE DETERMINATION TO DENY BENEFITS IS MAINTAINED. THE INFORMATION RECEIVED AND REVIEWED ON APPEAL DOES NOT OFFER FINDINGS TO ALTER THE PRIOR DECISION TO DENY BENEFITS. ADDITIONAL REVIEWS CONDUCTED BY NDC, VCP (IM/OCC MED) AND VCM. ALT OCC IDENTIFIED. DETAILED UPHOLD LETTER SENT TO CLAIMANT ATTY. SEE LETTER FOR COMPLETE DETAILS.

**10/26/2022 8:46 AM - CLAIM Note 61**
Claim/Event/Leave: 10295792
NoteSubject : Appeal
Other Subject : STATUS
Text: [10/26/2022 - TULIANO, JOSHUA]RECEIVED RTR RESPONSE. SENT FOR PEER ADDENDUM. FURTHER ACTION IS PENDING RECEIPT OF ADDENDUM REVIEW.

**10/05/2022 2:11 PM - CLAIM Note 60**
Claim/Event/Leave: 10295792
NoteSubject : Appeal
Other Subject : STATUS
Text: [10/05/2022 - TULIANO, JOSHUA]CRS RECEIVED NDC REVIEW, PEER REVIEW AND TSA. SENT RTR TO ATTY W/EXT LANGUAGE DUE 10/26/22. FURTHER ACTION PENDING RESPONSE OR DUE DATE.

**10/04/2022 1:38 PM - CLAIM Note 59**
Claim/Event/Leave: 10295792
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [10/04/2022 - ASHWORTH, LORI]THE TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS THAT ARE WITHIN THE PHYSICAL ABILITIES AND IDENTIFIED SKILLS LEVEL.

**10/03/2022 8:51 PM - CLAIM Note 58**

Claim/Event/Leave: 10295792
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 10/3/2022-REFERRAL RECEIVED BY VCM AND ASSIGNED TO ASHWORTH, LORI. CLAIM/AS EVENT IS PENDING REVIEW.

**09/29/2022 8:27 AM - CLAIM Note 57**
Claim/Event/Leave: 10295792
NoteSubject : LTR to Atty
Other Subject :
Text: [09/29/2022 - TULIANO, JOSHUA]SENT STATUS LETTER TO ATTY PENDING TSA.

**09/28/2022 4:16 PM - CLAIM Note 56**
Claim/Event/Leave: 10295792
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [09/28/2022 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 09/26/2022 AND DATED 09/23/2022 FROM NETWORK MEDICAL REVIEW COMPANY, LTD. INV# 719901-1, IN THE AMOUNT OF $775.00. PAID INVOICE IN FULL

**09/27/2022 8:28 AM - CLAIM Note 55**
Claim/Event/Leave: 10295792
NoteSubject : Appeal
Other Subject : STATUS
Text: [09/27/2022 - TULIANO, JOSHUA]OCC MED REVIEW RECEIVED. REFERRED FOR TSA. FURTHER ACTION PENDING TSA RECEIPT.

**09/27/2022 7:38 AM - CLAIM Note 54**
Claim/Event/Leave: 10295792
NoteSubject : Other
Other Subject : INVOICE
Text: [09/27/2022 - TULIANO, JOSHUA]RECEIVED INVOICE FROM NMR DATED 9/23/22, INV # 719901-1, $775, PEER REVIEW. SENT TO J. BEST III

**09/12/2022 8:51 PM - CLAIM Note 53**
Claim/Event/Leave: 10295792
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 9/12/2022 - REFERRED TO NETWORK MEDICAL REVIEW FOR PEER REVIEW.

**09/09/2022 4:12 PM - CLAIM Note 52**
Claim/Event/Leave: 10295792
NoteSubject : Appeal
Other Subject : STATUS
Text: [09/09/2022 - TULIANO, JOSHUA]FILE REFERRED FOR PEER BASED ON NDC REVIEW 9/8/22. REF FOR OCC MED/IM MED DUAL. FURTHER ACTION IS PENDING RECEIPT OF PEER REVIEW.

**09/08/2022 4:19 PM - MDS Note**
Claim/Leave: 10295792
Episode #: 1
Nurse Name: DENNIS, COURTNEY
Service #: 17494220
Service Date: 09/08/2022
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, JOSHUA, TULIANO
Note Type: INFORMATION OBTAINED DESC
Text: FILE REVIEWED BY NDC, PLEASE SEE DOC LIST FOR MEMORANDUM. APPEALS SPECIALIST NOTIFIED, ASSIGNMENT COMPLETE.

**08/31/2022 10:16 AM - CLAIM Note 51**
Claim/Event/Leave: 10295792
NoteSubject : Ref to Managed Care
Other Subject : ARU
Text: [08/31/2022 - TULIANO, JOSHUA]REF FOR ACTION PLAN. LDW 2/21/20, DOD 2/22/20, APPROVED THRU 8/21/22, CLOSED NTDAO. ATTY REP. CLAIMANT IS A NOW 50 Y/O M WHO WORKED IN THE OCCUPATION OF SUPERVISOR, MANUFACTURED BUILDINGS. CLAIMANT INITIALLY WENT OUT FORA TRICEP TENDON REPAIR RIGHT ELBOW WITH ARTHREX SPEED BRIDGE REPAIR SYSTEM SURGERY TO FIX A TRICEP TENDON TEAR THAT OCCURRED AFTER TRIPPING OVER OWN DOG. SURGERY OCCURRED ON 2/27/20 WITH DR. VAGUE. IN MAY OF 2020, CLAIMANT WAS WALKING HIS PROPERTY AND ACCIDENTLY SHOT HIMSELF IN THE RIGHT THIGH/FEMUR. CLMT REPORTED CONTINUED PAIN/LIMITATIONS FROM THIS INJURY WHICH RESULTED IN MULTIPLE SURGERIES/PROCEDURES WITH NO FULL RESOLUTION OF SYMPTOMS. CURRENTLY ON PERCOCET FOR PAIN MGT. CO-MORBIDS OF ANXIETY, SLEEP DISORDER, LOW BACK PAIN, GI ISSUES, ETC WERE NOTED THROUGHOUT THE RECORDS. PLEASE REVIEW FILE IN ITS ENTIRETY AND COMMENT IF RECORDS SUPPORT LESS THAN SEDENTARY RLS, IF NOT, PLEASE OUTLINE APPROPRIATE PEER SPECIALTIES. NEW INFO RCVD FROM DR. BATCHELOR AS WELL AS OCC DESCRIPTIONS OF ALT OCCS IDENTIFIED. OF NOTE, 2/3/22 LETTER FROM DR. BATCHELOR WAS NOT RECEIVED BY A CLINICIAN PREVIOUSLY.

**08/30/2022 3:09 PM - CLAIM Note 50**
Claim/Event/Leave: 10295792
NoteSubject : Appeal
Other Subject : INITIAL REVIEW
Text: [08/30/2022 - TULIANO, JOSHUA]PRESCREEN COMPLETED. CODING IS ACCURATE. LTD FI ERISA. CLAIM FILED 02/26/2020. JD ON FILE. AUTH ON FILE. CLAIM DENIED NTDAO, DATE OF DENIAL WAS 08/21/2022. APPEAL TIMEFRAME IS 180 DAYS, APPEAL DUE 02/17/2023. LETTER OFAPPEAL RECEIVED 08/25/2022. ATTORNEY REPRESENTED. ACTION PLAN: PENDED.

**08/30/2022 9:20 AM - CLAIM Note 49**
Claim/Event/Leave: 10295792
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [08/30/2022 - AVERILL, REBECCA]ASSIGNED TO JOSH TULIANO

**08/29/2022 8:50 PM - CLAIM Note 48**
Claim/Event/Leave: 10295792
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 8/29/2022 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**08/29/2022 7:27 AM - CLAIM Note 47**
Claim/Event/Leave: 10295792
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [08/29/2022 - RICHARD, LINDSAY]REVIEWED AND AGREE WITH CLAIM REFERRAL TO ARU

**08/26/2022 8:52 AM - CLAIM Note 46**
Claim/Event/Leave: 10295792
NoteSubject : Appeal
Other Subject : REFER TO ARU
Text: [08/26/2022 - HARRIS, MICHAEL]APPEAL LTR RCVD FROM ATTY --- RECOMMEND REFERRING TO ARU AT THIS TIME.

**04/27/2022 10:24 AM - CLAIM Note 45**
Claim/Event/Leave: 10295792
NoteSubject : Other
Other Subject : FILE COPY
Text: [04/27/2022 - HOFFNER, FAYE]FULL CLAIM FILE REQUEST FOR CLAIM 10295792- SUBMIT TO AMANDA@COXSTANSBERRY.COM- ADMIN COMPLETED AND SUBMITTED VIA SECURE ONE DRIVE WITH A BCC TO THE SPECIALIST FOR THEIR REFERENCE OF SUBMISSISON.

**04/26/2022 9:03 AM - CLAIM Note 44**
Claim/Event/Leave: 10295792
NoteSubject : Other
Other Subject : ATTORNEY
Text: [04/26/2022 - HARRIS, MICHAEL]ATTORNEY REPRESENTATION LETTER RECEIVED - REQUESTING A COPY OF CLAIM FILE

**03/22/2022 8:09 AM - CLAIM Note 43**
Claim/Event/Leave: 10295792
NoteSubject : Other
Other Subject : FILE COPY
Text: [03/22/2022 - KEEFER, DAWN]REQUEST TO SEND THE POLICY, HAS BEEN SUBMITTED FOR MAILING TO THE ADDRESS PROVIDED JOHN LYNN

**03/21/2022 1:46 PM - PHONE Note 45**
Claim/Event/Leave: 10295792
NoteSubject : Called EE
Other Subject : UPDATE
Text: [03/21/2022 - HARRIS, MICHAEL]CALLED EE TO UPDATE - LET EE KNOW I CANNOT SEND POLICY VIA FAX B/C FILE SIZE IS TOO BIG; ASKED IF EE WOULD RATHER EMAIL OR MAIL? EE SAID MAIL; VERIFIED ADDRESS IN SYS1 IS STILL ACCURATE. EE ALSO ASKED ABOUT 180 DAYS TO APPEAL - IS THAT FROM AUG 2021 (CID DATE) OR FROM LETTER? LET EE KNOW IT WOULD BE FROM WHEN LETTER WAS SENT. IF EE FEELS MORE TIME IS NEEDED, HE COULD REQUEST IT FROM ARU. EE ACK, HAD NFQ FOR NOW. THANKED EE FOR TIME.

**03/21/2022 1:41 PM - PHONE Note 44**
Claim/Event/Leave: 10295792
NoteSubject : EE Called
Other Subject : LVM
Text: [03/21/2022 - HARRIS, MICHAEL]**11:58AM 3/18** EE CALLED, LVM; EE ASKED IF DCM COULD SEND HIM A COPY OF THE POLICY VIA FAX OR MAIL? FAX #: 205-489-3722

**02/28/2022 10:37 AM - PHONE Note 43**
Claim/Event/Leave: 10295792
NoteSubject : Called EE

NoteSubject : Called EE
Other Subject : UPDATE
Text: [02/28/2022 - HARRIS, MICHAEL]R/C TO EE - EE SAID HE DID S/W ROBIN ALREADY; DCM ACK. REGARDING CLOSURE LETTER, DCM NOT SURE WHY LETTER DID NOT GO OUT. DCM RESENT IT NOW, VIA MAIL. ALSO OFFERED EMAIL -- EE DECLINED EMAIL, DOES NOT HAVE ACCESS. DCM ACK, LETTER IS BEING SENT VIA MAIL AS WELL. EE THANKED, NFQ.

**02/28/2022 10:35 AM - PHONE Note 42**
Claim/Event/Leave: 10295792
NoteSubject : EE Called
Other Subject : LVM
Text: [02/28/2022 - HARRIS, MICHAEL]**12:38PM 2/25** EE CALLED, LVM; EE SAID IT'S BEEN 2 WEEKS SINCE WE LAST SPOKE ABOUT CLOSURE. EE RCVD A LETTER IN MAIL THIS MORNING ABOUT PAYING BACK $1,137.75; EE SAID HE CAN'T GET IN CONTACT WITH ROBIN. EE HASN'T RCVDCLOSURE LETTER YET AND NEEDS IT SO HE CAN PROVIDE TO HIS LAWYER.

**02/25/2022 1:55 PM - OVERPMT Note 13**
Claim/Event/Leave: 10295792
NoteSubject : OP/Ck Adj
Other Subject : CALL
Text: [02/25/2022 - GOODE, ROBIN]RECEIVED A VM FROM CLAIMANT ON CB HE ADVISED THAT HE BELIEVED THAT THE OVERPAYMENT WOULD BE PIF PRIOR TO HIS CLAIM ENDING I CX THAT IS CORRECT BR IS STILL ACTIVE AND THE OVERPAYMENT SHOULD BE PIF BEFORE THE END OF THE CLAIMIN AUGUST HE WAS VERY UPSET ON THE LETTER THAT WAS DEMANDING REPAYMENT OF THE REMAINING OVERPAYMENT I CX THAT HE IS GOOD TO GO AND I APOLOGIZED ON THE LETTER ON BEHALF OF FRA WHO SENT IT.

**02/14/2022 10:26 AM - OVERPMT Note 12**
Claim/Event/Leave: 10295792
NoteSubject : OP/Refund
Other Subject : LETTER TO CLAIMAINT
Text: [02/14/2022 - OTOOLE MURPHY, HEATHER]SENT CLOSED WITH OP LETTER TO EE ON BEHALF OF R.LATOUR REQUESTING REFUND CHECK OR REPAY PLAN FOR THE OP DUE OF 1,137.75 DUE BY2/28/22 , IF NO RESPONSE, FILE WILL BE REFERRED TO COLLECTIONS

**02/11/2022 3:32 PM - PHONE Note 41**
Claim/Event/Leave: 10295792
NoteSubject : Called EE
Other Subject : UPDATE
Text: [02/11/2022 - HARRIS, MICHAEL]CALLED EE TO UPDATE - LET EE KNOW THAT MY M1 AND I DID REVIEW CLAIM AND STILL AGREED WITH THE CP REVIEW ON FILE THAT SUPPORTED R&L'S, BUT DID NOT SUPPORT ANY OCC DISABILITY. REMINDED EE OF CID 8/22/22 AND THAT HE WOULD STILL BE PAID / COVERED UNTIL THEN, BUT CLOSED AFTER THAT. **EE ALREADY HAS A COPY OF CP REVIEW** LET EE KNOW HE CAN SEE THE REVIEW FOR MORE DETAILS, BUT AT THIS TIME WE FOUND EE WOULD BE CAPABLE OF SOME TYPE OF WORK, SEDENTARY. EE SAID HE STILL DOESN'T THINK HE CAN WORK AT ALL THOUGH; DCM ASKED WHY IS THAT - AS IN, WHAT DOES EE DO EVERY DAY AS IS? WHAT IS HIS CAPABILITY? EE SAID HE CAN'T SIT LONG. DCM ACK, ASKED WHAT EE DOES ALL DAY THEN? EE SAID SOME DAYS HE CAN HARDLY SIT OR STAND, HARDLY WALK. RIGHT NOW, EE SAID HIS BACK HURTS SO BAD HE'S JUST STANDING W/ A CANE LOOKING OUT THE WINDOW. DCM ACK. ASKED IF EE IS FAMILIAR WITH A FCE? HAS AP EVER MENTIONED IT? EE SAID NO. LET EE KNOW HE COULD DISCUSS WITH AP ABOUT HAVING A FCE DONE - DCM EXPLN WHAT A FCE IS. LET EE KNOW THIS IS COMPLETELY OPTIONAL AND UP TO EE / AP, BUT I THOUGHT THAT COULD HELP SHOW HIS FUNCTIONAL CAPACITY MORE. LET EE KNOW OF DETAILED CLOSURE LTR BEING SENT TO EE FOR REVIEW AND HE CAN DISCUSS FURTHER WITH AP. EE CAN ALWAYS APPEAL THIS DECISION AND THERE IS STILL PLENTY OF TIME (6 MONTHS) UNTIL CID. EE ACK, NFQ AT THIS TIME. THANKED EE FOR TIME.

**02/09/2022 3:56 PM - CLAIM Note 42**
Claim/Event/Leave: 10295792
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [02/09/2022 - RICHARD, LINDSAY]REVIEWED AND AGREE WITH CLAIM CLOSURE

**02/09/2022 2:16 PM - PHONE Note 40**
Claim/Event/Leave: 10295792
NoteSubject : Called EE
Other Subject : UPDATE
Text: [02/09/2022 - HARRIS, MICHAEL]CALLED EE FOR UPDATE -- LET EE KNOW WE RCVD A NEW AP LETTER FROM DR. BATCHELOR ON 2/3/22 AND IT NOTED TREATMENT FOR ANXIETY. ASKED IF EE IS TREATING W/ ANYONE ELSE, ANY OTHER SPECIALIST FOR THIS? LET EE KNOW I DO RECALLIN APRIL 2021 EE MENTIONED THIS, BUT NOTHING SINCE. EE ACK, EE CONFIRMED HE IS NOT TREATING W/O ANYONE ELSE FOR M/N SYMPTOMS. EE DID SEE A PSYCH / THERAPIST AROUND APRIL 2021 BUT DID NOT CONTINUE. TO CLARIFY, DCM ASKED IF EE HAS TREATED W/ ANYONE ELSE FOR THIS IN PAST 6 MONTHS, OTHER THAN DR. BATCHELOR? EE SAID NO. EE SAID THE ONLY OTHER AP EE HAS SEEN WAS A 1X 2ND OPINION ABOUT SURGERY, BUT AP RECOMMENDED SAME THING AS DR. BATCEHLOR / NOT SURGERY. DCM ACK. THANKED EE FOR TIME. LET EE KNOW WE ARE STILL REVIEWING HIS CLAIM.

**02/09/2022 9:59 AM - CLAIM Note 41**
Claim/Event/Leave: 10295792
NoteSubject : Ref to Other
Other Subject : CLOSE
Text: [02/09/2022 - HARRIS, MICHAEL]LDW 2/21/20, DOD 2/22/20, BBD 8/22/20, CID 8/22/22 -- JOB: ELECTRICAL TL (PRESUMED

LIGHT OR MEDIUM) - EE INITIALLY OOW DUE TO A FALL AT HOME ON 2/21/20, INJURING HIS RT ELBOW. EE HAD SX ON 2/27/20 TO REATTACH TENDON. EEHAD TO HAVE A 2ND SURGERY LATE MARCH 2020 DUE TO BONE INFECTION - EE HAD TO HAVE HOME HEALTH AND IV TREATMENT AT HOME FOLLOWING SX. ON 5/3/20, EE HAD ANOTHER INJURY / ACCIDENT AT HOME - ACCIDENTLY SHOT HIMSELF IN THE RT LEG - NO FOUL PLAY / NO 3RDPARTY AND EE DID NOT MEAN TO DO THIS (NO EXCLUSIONS APPLY) - EE HAS HAD 2 SURGERIES ON HIS RT LEG. EE HAS SINCE REMAINED OOW DUE TO ONGOING PAIN MGMT. CP REVIEW COMPLETED SUPPORTED R&L'S (APPEAR TO BE SEDENTARY). TSA FOUND ALT OCC'S. COPY OF REVIEWWAS SENT TO AP-BATCEHLOR ON 1/27/22 FOR REVIEW. AP RETURNED THE REVIEW SIGNED ON 1/28/22 W/ NO CHANGES OR COMMENTS. AFTER DISCUSSING THIS WITH EE ON 2/2/22, AP THEN CHANGED HER MIND AND PROVIDED NEW R&L'S ON 2/3/22. ALTHOUGH AP HAS NOW SUGGESTED EE IS UNABLE TO WORK, RECOMMEND CLOSURE FOR NOT TD BASED ON CP REVIEW COMPLETED AND MEDICAL INFORMATION AVAILABLE AT THIS TIME.

**02/03/2022 1:18 PM - CLAIM Note 40**
Claim/Event/Leave: 10295792
NoteSubject : Med Records Rcvd
Other Subject : BATCHELOR, MD
Text: [02/03/2022 - HARRIS, MICHAEL]NEW AP RESPONSE RCVD - NOW SUGGESTING EE IS UNABLE TO WORK

**02/02/2022 3:21 PM - PHONE Note 39**
Claim/Event/Leave: 10295792
NoteSubject : EE Called
Other Subject : UPDATE
Text: [02/02/2022 - HARRIS, MICHAEL]EE CALLED B/C HE RCVD A LETTER AND HAD QUESTIONS ABOUT IT -- AP PROVIDED EE A COPY OF LTR AND CP REVIEW THAT WE SENT TO AP; DCM EXPLN THE CP REVIEW THAT WAS COMPLETED FOR CID REVIEW; EXPLN TO EE WE SENT THIS TO HIS AP-BATCHELOR FOR REVIEW AND CHANCE FOR AP TO PROVIDE ANY ADDITIONAL COMMENTS. AP DID SEND US A RESPONSE - AP JUST SIGNED IT W/ NO COMMENTS ADDED. EE DISAGREES AND WILL DISCUSS W/ AP; REGARDING CID, DCM ASKED IF EE THINKS HE IS CAPABLE OF ANY WORK, INCLUDING SEDENTARY? EE SAID HE CAN'T SIT FOR LONG PERIODS. DCM ACK; SUGGESTED EE DOES DISCUSS W/ AP SINCE AP HAS DECIDED NOT TO MAKE ANY CHANGES / COMMENTS TO CP REVIEW; EE ACK. NFQ. THANKED EE FOR CALLING.

**02/01/2022 10:10 AM - CLAIM Note 39**
Claim/Event/Leave: 10295792
NoteSubject : Medical Status
Other Subject : BATCHELOR, MD
Text: [02/01/2022 - HARRIS, MICHAEL]AP RESPONDED TO DCM'S REQUEST W/ CP REVIEW -- AP SIGNED LETTER (NO CHANGES / COMMENTS WERE MADE BY AP) - DATED 1/28/22

**01/27/2022 11:12 AM - CLAIM Note 38**
Claim/Event/Leave: 10295792
NoteSubject : LTR to AP
Other Subject : BATCHELOR
Text: [01/27/2022 - HARRIS, MICHAEL]PEER REVIEW SENT TO AP FOR REVIEW AND RESPONSE - ASKED FOR RESPONSE BY 2/3/22

**01/20/2022 9:25 AM - CLAIM Note 37**
Claim/Event/Leave: 10295792
NoteSubject : Med Records Rcvd
Other Subject : BATCHELOR, MD
Text: [01/20/2022 - HARRIS, MICHAEL]OVN 12/14/21

**01/18/2022 2:08 PM - CLAIM Note 36**
Claim/Event/Leave: 10295792
NoteSubject : LTR to AP
Other Subject : BATCHELOR
Text: [01/18/2022 - HARRIS, MICHAEL]FAX SENT FOR OVN 12/14/21

**01/18/2022 2:07 PM - PHONE Note 38**
Claim/Event/Leave: 10295792
NoteSubject : Called AP
Other Subject : BATCHELOR
Text: [01/18/2022 - HARRIS, MICHAEL]CALLED AP TO VERIFY ANY DOS SINCE 9/21/21 - AP CX 1 OV ON 12/14/21. THANKED AP FOR INFO.

**01/10/2022 3:55 PM - CLAIM Note 35**
Claim/Event/Leave: 10295792
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [01/10/2022 - GREENE, JESSICA]THE TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS ARE WITHIN THE PHYSICAL ABILITIES AND WITHIN THE IDENTIFIED SKILL LEVEL. I HAVE NOT MET WITH THE INSURED FOR THE PURPOSE OF THIS REVIEW. ALL OPINIONS ARE BASED ON REVIEW OF VOCATIONAL INFORMATION, MEDICAL RECORDS AND RESOURCES NOTED. ________________________________________ JESSICA GREENE, MS, CRC VOCATIONAL REHABILITATION COUNSELOR

**01/07/2022 8:52 PM - CLAIM Note 34**
Claim/Event/Leave: 10295792

NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 1/7/2022-REFERRAL RECEIVED BY VCM AND ASSIGNED TO GREENE, JESSICA. CLAIM/AS EVENT IS PENDING REVIEW.

**01/06/2022 8:50 PM - CLAIM Note 33**
Claim/Event/Leave: 10295792
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 1/6/2022 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**12/30/2021 12:50 PM - CLAIM Note 32**
Claim/Event/Leave: 10295792
NoteSubject : Ref to Managed Care
Other Subject : CP
Text: [12/30/2021 - HARRIS, MICHAEL]CLAIM REFERRED FOR PM&R REVIEW

**10/27/2021 9:29 AM - CLAIM Note 31**
Claim/Event/Leave: 10295792
NoteSubject : Med Records Rcvd
Other Subject : BATCHELOR, MD
Text: [10/27/2021 - HARRIS, MICHAEL]MED RCRDS RCVD: MULTIPLE FAXES, OVER 100 PAGES -- OVN 11/16/2015 - 9/21/2021

**10/25/2021 10:10 AM - CLAIM Note 30**
Claim/Event/Leave: 10295792
NoteSubject : LTR to AP
Other Subject : BATCHELOR
Text: [10/25/2021 - HARRIS, MICHAEL]FAX SENT FOR MED 6/1/21 TO PRESENT

**10/25/2021 10:09 AM - PHONE Note 37**
Claim/Event/Leave: 10295792
NoteSubject : EE Called
Other Subject : UPDATE
Text: [10/25/2021 - HARRIS, MICHAEL]EE C/B TO PROVIDE UPDATE --- EE SAID HE DID GET A 2ND OPINION AND WAS TOLD ANOTHER SX WOULD LIKELY DO MORE HARM THAN GOOD. AP SAID THE ONLY LIKELY OPTION IN THE FUTURE WOULD BE TO HAVE THE SCREWS REMOVED AROUND THE KNEEAREA. AP ALSO RECOMMENDED EE GET A TRAUMA DOCTOR'S OPINION ON THAT. EE SAID THAT WAS A 1 TIME EVALUATION, NO OTHER OV'S SCHEDULED WITH THAT AP; ASKED EE ABOUT TX PLAN? EE SAID AP-BATCHELOR (PCP) SHOULD HAVE THE MEDICAL RECORDS. ASKED IF EE STILL SEE'S AP-BATCHELOR? EE SAID YES, HE DOES STILL SEE AP - LOV APPROX. 1 MONTH AGO. ASKED ABOUT TX PLAN AT THIS TIME? EE SAID HE JUST HAS TO TRY AND EXERCISES TO SEE IF IT HELPS. DCM ACK. THANKED EE FOR TIME.

**10/25/2021 10:03 AM - PHONE Note 36**
Claim/Event/Leave: 10295792
NoteSubject : Called EE
Other Subject : LVM
Text: [10/25/2021 - HARRIS, MICHAEL]CALLED EE FOR UPDATE -- LVM; ASKED FOR C/B W/ UPDATE - HAS EE HAD ANY 2ND OPINION? ONGOING TX PLAN AT THIS TIME?

**09/01/2021 8:50 PM - CLAIM Note 29**
Claim/Event/Leave: 10295792
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN REASSIGNED TO REBEKAH LATOUR.

**08/25/2021 12:26 PM - CLAIM Note 28**
Claim/Event/Leave: 10295792
NoteSubject : Action Plan
Other Subject : RTW AO AUG 2022
Text: [08/25/2021 - HARRIS, MICHAEL]LDW 2/21/20, DOD 2/22/20, BBD 8/22/20, CID 8/22/22 -- JOB: ELECTRICAL TL (PRESUMED LIGHT OR MEDIUM) - EE INITIALLY OOW DUE TO A FALL AT HOME ON 2/21/20, INJURING HIS LEFT ELBOW. EE HAD SX ON 2/27/20 TO REATTACH TENDON.EE HAD TO HAVE A 2ND SURGERY LATE MARCH 2020 DUE TO BONE INFECTION - EE HAD TO HAVE HOME HEALTH AND IV TREATMENT AT HOME FOLLOWING SX. ON 5/3/20, EE HAD ANOTHER INJURY / ACCIDENT AT HOME - ACCIDENTLY SHOT HIMSELF IN THE RT LEG - NO FOUL PLAY / NO 3RD PARTY AND EE DID NOT MEAN TO DO THIS (NO EXCLUSIONS APPLY) - EE HAS HAD 2 SURGERIES ON HIS RT LEG SO FAR AND HAS A 3RD SX SCHEDULED FOR 8/14/20. EE HAS CONTINUED W/ COMPLICATIONS IN HEALING, USING BONE STIMULATOR STILL IN JULY 2021. EE ALSO SEEKING A 2ND OPINION - NOT SETUP YET. ACTION PLAN: CONTINUE TO F/U FOR UPDATES - REVIEW CLOSER TO CID

**08/24/2021 1:03 PM - PHONE Note 35**
Claim/Event/Leave: 10295792
NoteSubject : Called EE
Other Subject : UPDATE
Text: [08/24/2021 - HARRIS, MICHAEL]CALLED EE FOR UPDATE - ASKED IF EE HAD 2ND OPINION? ANY UPDATES? EE SAID NO, NOT YET. EE SAID COVID OUTBREAK HAS DELAYED EVERYTHING. EE SAID HE WENT TO HIS AP ON 8/20/21 AGAIN TO CHECK AS WELL BUT THEY ARE STILL TRYING TO FIND SOMEONE. OTHER THAN THAT, NO CHANGES. DCM ACK, THANKED FOR UPDATE. DCM WILL F/U AGAIN IN 1-2 MONTHS

FOR UPDATE. DCM WILL F/U AGAIN IN 1-2 MONTHS

**08/24/2021 12:29 PM - OVERPMT Note 11**
Claim/Event/Leave: 10295792
NoteSubject : OP/SS
Other Subject : CALL
Text: [08/24/2021 - GOODE, ROBIN]CLAIMANT CALLED HE SENT IN $7800 AND WANTS BR FOR REMAING OVERPAYMENT OF 2099.45 ADVISE THAT WILL TAKE 11 MONTHS WILL SEND REPAYMENT LETTER

**08/24/2021 12:20 PM - OVERPMT Note 10**
Claim/Event/Leave: 10295792
NoteSubject : OP/SS
Other Subject : CALL
Text: [08/24/2021 - GOODE, ROBIN]RECEIVED A VM FROM CLAIMANT ADVISING PAYMENT HAS BEEN SENT ON CB UNABLE TO MAKE CONTACT LVM

**07/23/2021 9:45 AM - OVERPMT Note 9**
Claim/Event/Leave: 10295792
NoteSubject : OP/SS
Other Subject : ***OVP CREATED
Text: [07/23/2021 - GOODE, ROBIN]THE OVERPAYMENT DUE IS $9,899.45 FOR THE PERIOD OF 10/22/20 THRU 06/21/21. CLAIMANT WAS ORIGINALLY PAID $14,039.06. PAY WAS RECALCULATED DUE TO SS DISABILITY AND CLAIMANT SHOULD HAVE BEEN PAID $2,193.36. DETAILED OP LETTER SENT TO CLAIMANT REQUESTING FULL PAYMENT. FOLLOW UP SET FOR REPAYMENT.[07/23/2021 - GOODE, ROBIN]ATTORNEY FEES WERE CREDITED IN THE AMOUNT OF $1,946.25.

**07/23/2021 8:58 AM - OVERPMT Note 8**
Claim/Event/Leave: 10295792
NoteSubject : OP/Ck Adj
Other Subject : ADJ-OCE
Text: [07/23/2021 - LATOUR, REBEKAH]THE OVERPAYMENT IN THE AMOUNT OF $10073.45 WAS REMOVED AS REQUESTED ON 07/23/2021.

**07/22/2021 4:09 PM - OVERPMT Note 7**
Claim/Event/Leave: 10295792
NoteSubject : OP/Waiver-Pending Rec
Other Subject : APPROVED
Text: [07/22/2021 - ANTONE, LYNN]THE OVERPAYMENT BALANCE OF $10,073.45 HAS BEEN APPROVED FOR MODIFICATION DUE TO ADDITIONAL INFORMATION.

**07/22/2021 3:20 PM - OVERPMT Note 6**
Claim/Event/Leave: 10295792
NoteSubject : OP/Ck Adj
Other Subject :
Text: [07/22/2021 - GOODE, ROBIN]THE OVERPAYMENT BALANCE OF $10073.45 NEEDS TO BE MODIFIED OR CHANGED DUE TO ADDITIONAL INFORMATION. CALC BASED OFF COLA AMOUNT NOT INITIAL NEED TO ADJUST OVERPAYMENT

**07/22/2021 3:11 PM - OVERPMT Note 5**
Claim/Event/Leave: 10295792
NoteSubject : OP/SS
Other Subject : CALL
Text: [07/22/2021 - GOODE, ROBIN]CALLED CLAIMANT TO DISCUSS OVERPAYMENT LOOKING THROUGH LOOK LIKE WE CALC BASED OFF COLA AMOUNT WILL UPDATE AND SEND NEW LETTER

**07/22/2021 12:41 PM - PHONE Note 34**
Claim/Event/Leave: 10295792
NoteSubject : Called EE
Other Subject : UPDATE
Text: [07/22/2021 - HARRIS, MICHAEL]R/C TO EE - DISCUSSED REASON OF OP, REGARDING SSDI BACK PAY AND HOW SSDI IS OFFSET OF LTD; EE UNDERSTOOD THAT. HOWEVER, EE JUST RCVD LETTER AND DOESN'T KNOW ABOUT THE 8/15/21 DEADLINE. ALSO, EE SAID THE BACK PAY WASN'T EVEN $10K, SO HE WASN'T SURE OUR OP AMOUNT IS CORRECT. DCM ACK, LET EE KNOW HE WILL WANT TO S/W FRS: ROBIN TO REVIEW OP AMOUNT AND COME UP W/ A PLAN TO PAY IT BACK. EE UNDERSTOOD, SAID HE DID LVM W/ ROBIN AS WELL AND WILL WAIT FOR HER TO R/C.

**07/22/2021 12:36 PM - PHONE Note 33**
Claim/Event/Leave: 10295792
NoteSubject : EE Called
Other Subject : LVM
Text: [07/22/2021 - HARRIS, MICHAEL]**5:03PM 7/21** EE CALLED, LVM; EE SAID HE RCVD LTR REGARDING SSDI OVERPAYMENT AND HAS QUESTIONS. EE DOESN'T THINK AMOUNT IS CORRECT. EE SAID HE MAY JUST CONTACT ATTY TO HANDLE IT. ASKED FOR C/B.

**07/19/2021 2:18 PM - PHONE Note 32**
Claim/Event/Leave: 10295792
NoteSubject : Called EE
Other Subject : UPDATE

Text: [07/19/2021 - HARRIS, MICHAEL]CALLED EE FOR UPDATE - EE SAID NOTHING HAS BEEN RESCHEDULED FOR HIM YET - EE SAID B/C OF COVID SPIKES, HE THINKS THERE IS DELAY IN APPOINTMENTS AGAIN. NOTHING SCHEDULED AT THIS TIME. THANKED EE FOR UPDATE.

**07/19/2021 9:38 AM - OVERPMT Note 4**
Claim/Event/Leave: 10295792
NoteSubject : OP/SS
Other Subject :
Text: [07/19/2021 - GOODE, ROBIN]RECEIVED A DUPLICATE NOA NO ACTION TAKEN

**07/09/2021 12:39 PM - OVERPMT Note 3**
Claim/Event/Leave: 10295792
NoteSubject : OP/SS
Other Subject : ***OVP CREATED
Text: [07/09/2021 - GOODE, ROBIN]THE OVERPAYMENT DUE IS $10,073.45 FOR THE PERIOD OF 10/22/20 THRU 06/21/21. CLAIMANT WAS ORIGINALLY PAID $13,866.72. PAY WAS RECALCULATED DUE TO SS DISABILITY AND CLAIMANT SHOULD HAVE BEEN PAID $1,847.02. DETAILED OP LETTER SENT TO CLAIMANT REQUESTING FULL PAYMENT. FOLLOW UP SET FOR REPAYMENT. ATTORNEY FEES WERE CREDITED IN THE AMOUNT OF $1,946.25.

**07/06/2021 12:21 PM - PHONE Note 31**
Claim/Event/Leave: 10295792
NoteSubject : EE Called
Other Subject : LVM
Text: [07/06/2021 - HARRIS, MICHAEL]**12:15PM** EE CALLED, LVM; EE SAID HE GOT IN TOUCH W/ ROBIN AND C/B IS NO LONGER NEEDED.

**07/06/2021 12:21 PM - PHONE Note 30**
Claim/Event/Leave: 10295792
NoteSubject : EE Called
Other Subject : LVM
Text: [07/06/2021 - HARRIS, MICHAEL]**10:50AM 7/5** EE CALLED, LVM; EE RCVD LTR IN MAIL 7/3/21 REGARDING OP FROM ROBIN GOODE, REQUESTING SSDI LTR. EE SAID IF NOT RCVD BY 7/6/21, THEY WILL START DEDUCTING. EE SAID THAT'S IMPOSSIBLE TO GET BACK THEN. EE ASKED FOR C/B - SAID HE MAY GET ATTY INVOLVED.

**07/06/2021 12:07 PM - OVERPMT Note 2**
Claim/Event/Leave: 10295792
NoteSubject : OP/SS
Other Subject : AWARD DETAILS
Text: [07/06/2021 - GOODE, ROBIN]RECEIVED NOTICE OF AWARD FROM CLAIMANT SHOWING THE FOLLOWING INFORMATION; DATE OF ENTITLEMENT 11/20, INITIAL BENEFIT AMOUNT $1541.70 COLA ON 12/20 TO $1561.70 OFFSET IN SYSTEM. TOTAL ATTORNEY FEES TO BE CREDITED ARE $1946.25 RETRO PAID WAS $7785.00 (11/20-3/21) NO DEPENDENTS. NO EFT PLEASE REFER TO DOC LISTFOR DETAILED AWARD INFORMATION. F/U SET TO COMPLETE CALC

**07/02/2021 9:20 AM - PHONE Note 29**
Claim/Event/Leave: 10295792
NoteSubject : Called EE
Other Subject : UPDATE
Text: [07/02/2021 - HARRIS, MICHAEL]CALLED EE FOR UPDATE - LET EE KNOW I RVWD AP-GRIFFIN'S NOTES FROM 4/20/21 AND IT MENTIONED USING A BONE STIMULATOR IF EE UNABLE TO HAVE SX. ASKED EE IF HE IS DOING THIS? EE ACK, YES; EE SAID HE HAS BEEN USING IT SINCE HE WAS DISCHARGED, STILL USING IT TODAY. DCM ACK, THANKED FOR UPDATE - I WASN'T AWARE OF THAT. EE ALSO HAD ANOTHER OV RECENTLY BUT IT WAS WITH WRONG AP - EE SAW A PAIN MGMT. AP, BUT WAS SUPPOSED TO SEE ANOTHER SURGEON FOR 2ND OPINION. EE NOW HAS 2NDOPINION BEING SETUP AGAIN IN APPROX. 2 WEEKS. DCM ACK, THANKED EE FOR UPDATE - DCM WILL F/U AFTER NOV

**06/23/2021 10:51 AM - PHONE Note 28**
Claim/Event/Leave: 10295792
NoteSubject : Called EE
Other Subject : UPDATE
Text: [06/23/2021 - HARRIS, MICHAEL]CALLED EE BACK TO CX FAX WAS RCVD AND REFERRED TO FRS FOR REVIEW. EE ACK, THANKED FOR CONFIRMATION. NFQ.

**06/23/2021 10:50 AM - PHONE Note 27**
Claim/Event/Leave: 10295792
NoteSubject : EE Called
Other Subject : LVM
Text: [06/23/2021 - HARRIS, MICHAEL]**12:23PM 6/22** EE CALLED, LVM ;EE CALLED TO CX FAX RCVD THE OTHER DAY

**06/23/2021 9:12 AM - CLAIM Note 27**
Claim/Event/Leave: 10295792
NoteSubject : Med Records Rcvd
Other Subject : BATCHELOR, MD
Text: [06/23/2021 - HARRIS, MICHAEL]MED RCRDS RCVD: 37 PAGES - OVN 1/6/2020 - 5/12/21

**06/22/2021 7:31 AM - OVERPMT Note 1**
Claim/Event/Leave: 10295792

Claim/Event/Leave: 10295792
NoteSubject : OP/SS
Other Subject : NEW REFERRAL
Text: [06/22/2021 - GOODE, ROBIN]RECEIVED IMPORTANT INFO LETTER FROM CLAIMANT CX THAT HE IS AWARDED SSDB BUT DOSE NOT CX DOE OR INITIAL AMOUNTS RECEIVED WILL SEND REQUEST FOR NOA

**06/21/2021 8:50 PM - CLAIM Note 26**
Claim/Event/Leave: 10295792
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN RECEIVED AND ASSIGNED TO ROBIN GOODE.

**06/21/2021 8:50 PM - CLAIM Note 25**
Claim/Event/Leave: 10295792
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY DISABILITY INCOME (SSDI).WITH A REASON OF .COMMENTS: SSDI AWARD IN DOC LIST.

**06/21/2021 10:45 AM - CLAIM Note 24**
Claim/Event/Leave: 10295792
NoteSubject : LTR to AP
Other Subject : BATCHELOR
Text: [06/21/2021 - HARRIS, MICHAEL]FAX SENT FOR MED 1/1/21 TO PRESENT

**06/16/2021 2:17 PM - PHONE Note 26**
Claim/Event/Leave: 10295792
NoteSubject : Called EE
Other Subject : UPDATE
Text: [06/16/2021 - HARRIS, MICHAEL]R/C TO EE - LET EE KNOW THERE WAS A GENERIC FRAUD LTR THAT WAS SENT - EXPLN TO EE ABOUT CLAIM BEING FIXED W/ MAX BEN DATE - SYS1 AUTOMATICALLY RESENT THAT LTR (B/C NEW CLAIM SETUP); REASSURED EE THAT THAT LTR WAS NOT MEANT TO GO OUT AND NOT SPECIFIC TO EE, EE CAN DISREGARD THE LTR; EE ACK. EE ALSO ASKED ABOUT SSDI? LET EE KNOW OF SSDI BACK PAY / OP AND ONGOING SSDI OFFSETS. EE ACK, EE SAID HE IS APPROVED ABOUT 1 MONTH AGO AND WILL PLAN TO SEND IN LTR TOMORROW. EE ALSO CONFIRMED LOV 6/8/21 WITH DR. BACHELOR (PCP) AND THEY ARE STILL TRYING TO FIND A 2ND OPINION FOR EE. EE ALSO SAID DR. GRIFFIN IS APPARENTLY DROPPING EE, NO LONGER RESTRICTING - EE THINKS AP IS UPSET B/C EE IS SEEKING 2ND OPINION - EE DISCUSSING W/ ATTY ABOUT THAT. DCM ACK, THANKED EE FOR INFO.

**06/16/2021 2:08 PM - PHONE Note 25**
Claim/Event/Leave: 10295792
NoteSubject : EE Called
Other Subject : LVM
Text: [06/16/2021 - HARRIS, MICHAEL]**8:16PM 6/15** EE CALLED, LVM; EE ASKED FOR C/B ABOUT LTR RCVD

**06/11/2021 4:41 PM - CLAIM Note 23**
Claim/Event/Leave: 10295792
NoteSubject : Reopen
Other Subject :
Text: [06/11/2021 - PELLETIER, BRANDY]CLAIM REOPENED. LTD CLASS ACR WILL AMEND CLASS MAX BEN TO SSNRA. ASSOCIATED LTD CLAIM VOIDED. CLAIM ADMINISTRATION WILL CONTINUE UNDER ORIGINAL LTD CLAIM, 10295792

**06/10/2021 10:58 AM - CLAIM Note 22**
Claim/Event/Leave: 10295792
NoteSubject : Closed
Other Subject : DATA ENTRY ERROR
Text: [06/10/2021 - HARRIS, MICHAEL]NEW CLAIM CREATED W/ CORRECT LTD MBD - 11469973

**06/08/2021 11:35 AM - PHONE Note 24**
Claim/Event/Leave: 10295792
NoteSubject : Called EE
Other Subject : UPDATE
Text: [06/08/2021 - HARRIS, MICHAEL]CALLED EE FOR UPDATE - ASKED IF EE HAS HAD 2ND OPINION YET? EE SAID NO. EE IS ACTUALLY AT AP OFFICE NOW - DR. BACHELOR (PCP). DCM ACK, ASKED FOR C/B IF ANYTHING NEW.

**05/26/2021 8:33 AM - CLAIM Note 21**
Claim/Event/Leave: 10295792
NoteSubject : Med Records Rcvd
Other Subject : GRIFFIN, MD
Text: [05/26/2021 - HARRIS, MICHAEL]MED RCRDS RCVD: OVN 4/20/21, 1/7/21; TESTS 1/28/21

**05/19/2021 3:12 PM - PHONE Note 23**
Claim/Event/Leave: 10295792
NoteSubject : Called EE
Other Subject : UPDATE
Text: [05/19/2021 - HARRIS, MICHAEL]R/C TO EE - LET EE KNOW OF INVOICE JUST PAID; EE ACK. EE ALSO SAID HE S/W AP

Text: [05/19/2021 - HARRIS, MICHAEL]R/C TO EE - LET EE KNOW OF INVOICE JUST PAID, EE ACK, EE ALSO SAID HE SAW AP AND THEY ARE MAILING RECORDS TO DCM NOW. EE ALSO REQUESTED THAT DR. GRIFFIN SEND ALL MEDICAL TO HIS PCP (DR. BACHELOR) , SO PCP SHOULD HAVE ALLOF IT SOON. EE SAID PCP IS STILL LOOKING FOR A 2ND OPINION FOR EE. DCM ACK, THANKED EE FOR UPDATE.

**05/19/2021 3:08 PM - PHONE Note 22**
Claim/Event/Leave: 10295792
NoteSubject : EE Called
Other Subject : LVM
Text: [05/19/2021 - HARRIS, MICHAEL]**11:00AM 5/18** EE CALLED, LVM; EE CALLED IN REGARDS TO NP LTR RCVD

**05/19/2021 7:48 AM - CLAIM Note 20**
Claim/Event/Leave: 10295792
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [05/19/2021 - MITCHELL, CATHERINE]INVOICE DATED 5/11/2021 FROM VITAL CHART. INV # IN20210511122345264___ , IN THE AMT OF $ 23.00 FOR MEDICAL RECORDS FROM THE ORTHOPAEDIC CENTER . INVOICE PAID IN FULL.

**05/18/2021 3:26 PM - CLAIM Note 19**
Claim/Event/Leave: 10295792
NoteSubject : Other
Other Subject : INVOICE
Text: [05/18/2021 - HARRIS, MICHAEL]INVOICE RCVD - REFERRED TO J. BEST

**05/06/2021 11:06 AM - CLAIM Note 18**
Claim/Event/Leave: 10295792
NoteSubject : LTR to AP
Other Subject : GRIFFIN
Text: [05/06/2021 - HARRIS, MICHAEL]3RD FAX SENT FOR MED 1/1/21 TO PRESENT

**05/06/2021 11:05 AM - CLAIM Note 17**
Claim/Event/Leave: 10295792
NoteSubject : LTR to EE
Other Subject : NP
Text: [05/06/2021 - HARRIS, MICHAEL]NP LTR SENT - DAY 45 6/19/21, DAY 75 7/19/21

**04/30/2021 9:28 AM - CLAIM Note 16**
Claim/Event/Leave: 10295792
NoteSubject : LTR to AP
Other Subject : GRIFFIN
Text: [04/30/2021 - HARRIS, MICHAEL]2ND FAX SENT

**04/23/2021 11:08 AM - CLAIM Note 15**
Claim/Event/Leave: 10295792
NoteSubject : LTR to AP
Other Subject : GRIFFIN
Text: [04/23/2021 - HARRIS, MICHAEL]FAX SENT FOR MED 1/1/21 TO PRESENT

**04/23/2021 11:07 AM - PHONE Note 21**
Claim/Event/Leave: 10295792
NoteSubject : Called EE
Other Subject : UPDATE
Text: [04/23/2021 - HARRIS, MICHAEL]CALLED EE FOR UPDATE - EE DID HAVE OV ON 4/20/21 - EE SAID HE DOESN'T KNOW IF HE WILL EVER SEE HIM AGAIN. WHEN EE SAW HIM LAST TIME, AP WAS SET ON DOING SURGERY. EE HAD CT SCAN DONE. FINANCIALLY EE CANNOT AFFORD TO HAVESURGERY. WHEN EE SAW AP ON 4/20/21, AP SAID THE CT SCAN SAID EE WAS FULLY HEALED. AP THEN SCHEDULED NOV IN 8 WEEKS. SO, EE ISN'T REALLY SURE WHAT TO DO AT THIS POINT B/C OF CONTRADICTING STATEMENTS FROM HIS AP. EE ALSO SAW THE PSYCHOLOGIST AGAIN ASWELL - EE SAID HE WILL F/U AGAIN IN 2 WEEKS. EE SAID IT'S BEEN HELPFUL. FOR EE'S LEG... EE IS NOW LOOKING FOR A 2ND OPINION AGAIN. EE SAW PCP YESTERDAY TO GET A REFERRAL AND IS NOW WAITING TO SEE WHO IS AVAILABLE. DCM ACK, I WILL REQUEST MED FORM DR. GRIFFIN FOR NOW. ASKED FOR C/B IF ANY UPDATES.

**04/15/2021 12:08 PM - PHONE Note 20**
Claim/Event/Leave: 10295792
NoteSubject : Called EE
Other Subject : UPDATE
Text: [04/15/2021 - HARRIS, MICHAEL]R/C TO EE - EE SAID HIS INS WANTS EE TO GET A 2ND OPINION, EE WANTS TO GET A 2ND OPINION, BUT THE ONLY AP RELATIVELY CLOSE IS 2-3 HOURS AWAY. EE SAID IT WAS A 6 MONTH WAITING PERIOD BUT NOW THAT AP IS ALSO ON A MEDICAL LEAVE, SO HE HAS NO IDEA WHEN THAT AP WILL BE BACK. EE SAID HE WILL SEE DR. GIFFIN AGAIN ON 4/20/21. EE ALSO STARTED SEEING A PSYCHOLOGIST... OV 4/8 WAS MOVED TO 4/13/21 - NOV 4/22/21. DCM ACK, I WILL C/B LATER NEXT WEEK FOR UPDATE; EE ACK. EE SAIDHE HAS BEEN HAVING BAD DREAMS B/C OF ALL OF THIS, THE SURGERIES. DCM ACK, HOPEFULLY PSYCH CAN HELP WITH THAT. THANKED EE FOR UPDATE.

**04/15/2021 12:04 PM - PHONE Note 19**
Claim/Event/Leave: 10295792
NoteSubject : EE Called

Other Subject : LVM
Text: [04/15/2021 - HARRIS, MICHAEL]**1:25PM 4/14** EE CALLED, LVM; EE WAS R/C TO DCM

**04/14/2021 12:09 PM - PHONE Note 18**
Claim/Event/Leave: 10295792
NoteSubject : Called EE
Other Subject : LVM
Text: [04/14/2021 - HARRIS, MICHAEL]CALLED EE FOR UPDATE - LVM; ASKED FOR C/B W/ UPDATE - ASKED EE TO CLARIFY WHO ALL EE IS TREATING W/ AT THIS POINT? EE WAS ATTEMPTING TO GET A 2ND OPINION BUT WAS UNSUCCESSFUL.. NOT CLEAR IF EE IS STILL DOING THAT. ASKEDFOR UPDATED AP INFO AND I WILL THEN NEED TO REQUEST UPDATED MED.

**04/01/2021 11:30 AM - PHONE Note 17**
Claim/Event/Leave: 10295792
NoteSubject : Called EE
Other Subject : UPDATE
Text: [04/01/2021 - HARRIS, MICHAEL]R/C TO EE -- EE CONFIRMED HE HAS APPLIED FOR SSDI AND WAS DENIED. EE GOT AN ATTORNEY IN NOVEMBER FOR THIS. DCM ACK, ASKED THAT EE SEND US PROOF OF THIS - EE ACK, WILL DO. ALSO ASKED EE ABOUT 2ND OPINION.. DISCUSSED SURGERY? EE SAID HE STILL HASN'T BEEN ABLE TO SEE A 2ND OPINION THAT ISN'T AFFILIATED W/ DR. GRIFFIN. EE SAYS HE MAY JUST GO BACK AND SEE DR. GRIFFIN. EE SAID HE WILL SEE A PSYCHOLOGIST ON 4/8/21 - EE SAID HE HAS BEEN HAVING ISSUES W/ SLEEP, WORRYING ABOUT WHAT TO DO. EE SHOULD KNOW MORE AFTER THAT. DCM ACK, I WILL F/U IN FEW WEEKS FOR UPDATE.

**04/01/2021 11:24 AM - PHONE Note 16**
Claim/Event/Leave: 10295792
NoteSubject : EE Called
Other Subject : LVM
Text: [04/01/2021 - HARRIS, MICHAEL]**2:26PM 3/31** EE CALLED, LVM; EE SAID HE RCVD A CALL FROM BROWN AND BROWN ABOUT APPLYING FOR SSDI. EE SAID HE ALREADY HAS AN ATTY. ASKED FOR C/B TO DISCUSS.

**03/18/2021 10:44 AM - PHONE Note 15**
Claim/Event/Leave: 10295792
NoteSubject : Called EE
Other Subject : UPDATE
Text: [03/18/2021 - HARRIS, MICHAEL]CALLED EE FOR UPDATE - EE SAID HE HAS NOT HAD 2ND OPINION. EE SAID ALL AP'S FOUND SO FAR ARE AFFILIATED W/ HIS PRIOR AP. EE WANTS TO MAKE SURE THE 2ND OPINION IS COMPLETELY SEPARATE. DCM ACK. I WILL F/U IN FEW WEEKS FORUPDATE.

**02/26/2021 5:09 PM - CLAIM Note 14**
Claim/Event/Leave: 10295792
NoteSubject : Ref to SS Vendor
Other Subject : VENDOR ACCEPTED
Text: VENDOR TRIAGED FOR SSDI AND HAS ACCEPTED THE REFERRAL. VENDOR IS IN THE PROCESS OF REACHING OUT TO CLAIMANT AND DISCUSSING NEXT STEPS. SET TASK FOR 45 DAYS TO REVIEW SSDI.

**02/25/2021 11:47 AM - CLAIM Note 13**
Claim/Event/Leave: 10295792
NoteSubject : Action Plan
Other Subject : RTW OO AUG 2021
Text: [02/25/2021 - HARRIS, MICHAEL]LDW 2/21/20, DOD 2/22/20, BBD 8/22/20 - MAX BEN: 24 MONTHS - EE INITIALLY OOW DUE TO A FALL AT HOME ON 2/21/20, INJURING HIS LEFT ELBOW. EE HAD SX ON 2/27/20 TO REATTACH TENDON. EE HAD TO HAVE A 2ND SURGERY LATE MARCH2020 DUE TO BONE INFECTION - EE HAD TO HAVE HOME HEALTH AND IV TREATMENT AT HOME FOLLOWING SX. ON 5/3/20, EE HAD ANOTHER INJURY / ACCIDENT AT HOME - ACCIDENTLY SHOT HIMSELF IN THE RT LEG - NO FOUL PLAY / NO 3RD PARTY AND EE DID NOT MEAN TO DO THIS (NO EXCLUSIONS APPLY) - EE HAS HAD 2 SURGERIES ON HIS RT LEG SO FAR AND HAS A 3RD SX SCHEDULED FOR 8/14/20. EE REPORTS THAT AFTER HIS LEG INJURY, AP DOES NOT BELIEVE EE WILL BE ABLE TO PERFORM HIS OCC AGAIN. IN JAN 2021 - EE REPORTS AP IS NOW RECOMMENDING ANOTHER SURGERY. AS OF 2/25/21, EE IS WAITING ON INS APPROVAL FOR A 2ND OPINION PRIOR TO PROCEEDING W/ SURGERY. ACTION PLAN: F/U IN 3-4 WEEKS FOR UPDATE. IF EE HAS SX, R&L'S WILL CONTINUE. IF NO SURGERY, OBTAIN UPDATE MED FOR REVIEW

**02/25/2021 11:46 AM - PHONE Note 14**
Claim/Event/Leave: 10295792
NoteSubject : Called EE
Other Subject : UPDATE
Text: [02/25/2021 - HARRIS, MICHAEL]CALLED EE FOR UPDATE - EE SAID CT SCAN WAS COMPLETE. EE IS NOW WAITING ON INSURANCE APPROVAL FOR A 2ND OPINION, PRIOR TO PROCEEDING W/ SURGERY; DCM ACK, I UNDERSTAND. DCM WILL F/U IN 3 WEEKS FOR UPDATE; EE ALSO ASKED ABOUT PAY - PROVIDED PAY INFO AND LET EE KNOW LIKELY DELAYED B/C OF SNOWSTORM IN TX AT TIME IT WAS SENT. EE UNDERSTOOD.

**01/27/2021 10:22 AM - PHONE Note 13**
Claim/Event/Leave: 10295792
NoteSubject : Called EE
Other Subject : UPDATE
Text: [01/27/2021 - HARRIS, MICHAEL]CALLED EE FOR UPDATE - EE SAID HE HAD OV TODAY, 1/27/21. EE SAID HE GOT BAD NEWS - AP WANTS TO DO SURGERY AGAIN. EE SAID THE BONE ISN'T REALLY GROWING LIKE IT SHOULD, OR AT ALL. AP

NEWS - AP WANTS TO DO SURGERY AGAIN. EE SAID THE BONE ISN'T REALLY GROWING LIKE IT SHOULD, OR AT ALL. AP WANTS TO BASICALLY START OVER AND PUTA NEW ROD IN; EE HAS TO HAVE CT SCAN DONE FIRST THOUGH; DCM ACK, LET EE KNOW I WILL CHECK BACK IN 1 MONTH TO SEE IF SX DOES HAPPEN OR IF TX PLAN CHANGES AT ALL. THANKED EE FOR TIME; LET EE KNOW CLAIM STATUS IS GOOD, NOTHING NEEDED ON MY END.

**01/14/2021 11:02 AM - CLAIM Note 12**
Claim/Event/Leave: 10295792
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [01/14/2021 - SRP041, SRP041]INVOICE RECEIVED FROM RELEASEPOINT. , INV #713391, IN THE AMOUNT OF $32.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**01/08/2021 12:07 PM - PHONE Note 12**
Claim/Event/Leave: 10295792
NoteSubject : EE Called
Other Subject : UPDATE
Text: [01/08/2021 - HARRIS, MICHAEL]EE R/C TO DCM - EE SAID HE HAD OV W/ DR. GRIFFIN IN DECEMBER CANCELLED BY AP - RESCHEDULED TO 1/26/21. ASKED EE IF HE HAS BEEN ABLE TO START THERAPY? EE SAID HE IS DOING HIS OWN HOME EXERCISE / THERAPY. EE SAID HE DIDSEE HIS PCP, BUT PCP DOESN'T REALLY KNOW ANYTHING ABOUT THE DISABILITY / HIS LEG. EE SAID ABOUT A WEEK AGO, EE COULDN'T EVEN WALK TO HIS CAR B/C OF PAIN.. BUT THEN 2-3 DAYS LATER THE PAIN WENT AWAY. DCM ACK - LET EE KNOW I WILL F/U AFTER NOV.

**01/08/2021 11:48 AM - PHONE Note 11**
Claim/Event/Leave: 10295792
NoteSubject : Called EE
Other Subject : LVM
Text: [01/08/2021 - HARRIS, MICHAEL]CALLED EE FOR UPDATE - LVM; ASKED FOR C/B W/ UPDATE - ANY OV'S SINCE NOVEMBER? ONGOING TX PLAN?

**01/07/2021 1:24 PM - CLAIM Note 11**
Claim/Event/Leave: 10295792
NoteSubject : Action Plan
Other Subject : RTW OO FEB 2021
Text: [01/07/2021 - HARRIS, MICHAEL]LDW 2/21/20, DOD 2/22/20, BBD 8/22/20 - MAX BEN: 24 MONTHS - EE INITIALLY OOW DUE TO A FALL AT HOME ON 2/21/20, INJURING HIS LEFT ELBOW. EE HAD SX ON 2/27/20 TO REATTACH TENDON. EE HAD TO HAVE A 2ND SURGERY LATE MARCH2020 DUE TO BONE INFECTION - EE HAD TO HAVE HOME HEALTH AND IV TREATMENT AT HOME FOLLOWING SX. ON 5/3/20, EE HAD ANOTHER INJURY / ACCIDENT AT HOME - ACCIDENTLY SHOT HIMSELF IN THE RT LEG - NO FOUL PLAY / NO 3RD PARTY AND EE DID NOT MEAN TO DO THIS (NO EXCLUSIONS APPLY) - EE HAS HAD 2 SURGERIES ON HIS RT LEG SO FAR AND HAS A 3RD SX SCHEDULED FOR 8/14/20. EE REPORTS THAT AFTER HIS LEG INJURY, AP DOES NOT BELIEVE EE WILL BE ABLE TO PERFORM HIS OCC AGAIN. EE SUPPOSED TO HAVE OV IN EARLY DEC 2020 -PENDING UPDATED MEDICAL FOR REVIEW - NP D/L 2/22/21.

**12/23/2020 6:43 PM - CLAIM Note 10**
Claim/Event/Leave: 10295792
NoteSubject : Med Records Rcvd
Other Subject : GRIFFIN, MD
Text: [12/23/2020 - HARRIS, MICHAEL]MED RCRDS RCVD: OVN 8/12/20 - 11/4/20 ***DCM REQUESTED RP TO F/U ON DEC 2020 OV NOTES

**12/21/2020 9:56 AM - PHONE Note 10**
Claim/Event/Leave: 10295792
NoteSubject : EE Called
Other Subject :
Text: [12/21/2020 - MCCROREY, KHYA]EE CALLED TO MAKE SURE THAT MEDICAL RECORDS WERE RECVD. SAID THAT HE CALLED AP OFFICE THIS MORNING AND THEY ADV WILL SEND RECORDS TO ADCM TODAY. DCM ADV NOTING SEEING ANYTHING RECVD YET. BUT WHEN DOES, ADCM WILL FU WITH EE. EE THANKED AND EC.

**12/10/2020 9:23 AM - CLAIM Note 9**
Claim/Event/Leave: 10295792
NoteSubject : LTR to EE
Other Subject : NP
Text: [12/10/2020 - HARRIS, MICHAEL]NP LTR SENT TO EE - DAY 45 1/23/21, DAY 75 2/22/21

**12/10/2020 9:22 AM - CLAIM Note 8**
Claim/Event/Leave: 10295792
NoteSubject : LTR to AP
Other Subject : GRIFFIN
Text: [12/10/2020 - HARRIS, MICHAEL]RP REQUEST SENT FOR MED 8/1/20 TO PRESENT

**11/13/2020 3:14 PM - PHONE Note 9**
Claim/Event/Leave: 10295792
NoteSubject : Called EE
Other Subject : UPDATE
Text: [11/13/2020 - HARRIS, MICHAEL]CALLED EE FOR UPDATE - EE SAID HE HAS NOV WITH DR. GRIFFEN AROUND 12/3 OR 12/10. EE SAID HE'S STILL AT A STAND STILL RIGHT NOW... LOV 11/4/20. EE SAID HE ISN'T ABLE TO DO THERAPY YET B/C AP

BROKE EE'S LEG DURING MANIPULATION PROCEDURE. EE SAID HE IS DOING HOME EXERCISES THOUGH. EE TRYING TO BUILD UP STRENGTH IN HIS LEG. EE HASN'T SEEN DR. VAGUE IN A LONG TIME - NOT FOLLOWING UP WITH AP AT THIS TIME. EE ALSO ASKED IF ANYTHING EVER CHANGED W/ LTD POLICY (REGARDING LTD MBD) -- LET EE KNOW I S/W HIS ER A FEW TIMES ABOUT THIS AS WELL, BUT I HAVE NOT HEARD ANYTHING NEW. LET EE KNOW THAT IS SOMETHING ASM / ER WOULD HAVE TO WORK ON BUT, AS OF NOW, LTD POLICY STILL SHOWS THIS CLASS AS ONLY HAVING A 2 YEAR LTD DURATION. EE ACK. EE HAD NFQ. DCM ACK, THANKED EE FOR UPDATE.

**09/11/2020 3:48 PM - PHONE Note 8**
Claim/Event/Leave: 10295792
NoteSubject : EE Called
Other Subject :
Text: [09/11/2020 - HENNESSY, MEGHAN]EE CALLED LOOKING TO SPEAK WITH ADCM. ADCM UNAVAILABLE AT THIS TIME AND DCM OFFERED ASSISTANCE. EE ASKED WHEN FIRST CHECK WILL ISSUE. DCM ADVISED FIRST CHECK WILL ISSUE ON 09/15/20 AND PROVIDED EE WITH THE AMOUNT. EE NOTED THAT HE RECENTLY HAD SURGERY AND FOUND OUT THAT HIS TIBIA BROKE DURING SURGERY. EE NOTED HE WILL NOT BE HAVING ANY ADDITIONAL SURGERY THIS YEAR AND THE DR WANTS TO SEE HOW IT WILL HEAL OVER TIME. EE RECENTLY MET WITH SURGEON ON WEDNESDAY. DCM ADVISED WILL NOTIFY ADCM OF CALL AND IF ANY ADDITIONAL INFORMATION IS NEEDED, ADCM WILL REACH OUT TO EE. NOTHING FURTHER, PHONE CALL ENDED

**09/10/2020 8:48 AM - CLAIM Note 7**
Claim/Event/Leave: 10295792
NoteSubject : Other
Other Subject : LTD FORMS
Text: [09/10/2020 - HARRIS, MICHAEL]FORMS RCVD: CIF, CSS, FIQ, SSRA, TEE, AUTH

**09/04/2020 10:00 AM - PHONE Note 7**
Claim/Event/Leave: 10295792
NoteSubject : Called ER
Other Subject : LVM
Text: [09/04/2020 - HARRIS, MICHAEL]R/C TO JENNY - LVM; LET HER KNOW I HAVE NOT HEARD ANYTHING NEW SINCE OUR LAST DISCUSSION ON 8/24/20; RECOMMENDED SHE F/U W/ OUR ASM, OR SOMEONE AT HER COMPANY THAT IS IN TOUCH W/ ASM REGARDING THIS MATTER. LET HER KNOWI DO NOT KNOW HOW LONG UNTIL I WILL HAVE AN UPDATE AND I DON'T KNOW IF THERE EVER WELL BE ANY CHANGE TO THE POLICY. THEREFORE, IT'S PROBABLY BEST TO S/W ASM OR SOMEONE AT HER JOB WHO IS IN DISCUSSIONS W/ OUR ASM.

**09/04/2020 9:56 AM - PHONE Note 6**
Claim/Event/Leave: 10295792
NoteSubject : ER Called
Other Subject : LVM
Text: [09/04/2020 - HARRIS, MICHAEL]ER 'JENNY PRICE' CALLED AGAIN, LVM; SHE WAS CALLING AGAIN TO SEE IF WE HAVE UPDATED CLAIM DURATION TO RETIREMENT AGE RATHER THAN 2 YEARS.

**08/25/2020 9:47 AM - PHONE Note 5**
Claim/Event/Leave: 10295792
NoteSubject : EE Called
Other Subject : UPDATE
Text: [08/25/2020 - HARRIS, MICHAEL]EE CALLED B/C HE RCVD LTD FORMS BUT ALSO HAD ?S ABOUT THE LTD ONLY BEING 2 YEARS - DCM ACK, LET EE KNOW I'VE HAD DISCUSSIONS W/ ER; ALSO DISCUSSED W/ MY M1 AND ASM AND THEY CONFIRMED THE LTD POLICY FOR SALARY / HOURLY IS CURRENTLY ONLY 2 YEARS MBD -- IT SOUNDS LIKE ER AND LFG / ASM ARE IN DISCUSSIONS ABOUT THIS, BUT AT THE MOMENT, LTD POLICY IS STILL ONLY 2 YEARS. DCM WILL KEEP EE UPDATED THOUGH IF I HEAR ANYTHING ELSE ABOUT THE LTD POLICY. EE ALSO CONFIRMED HEDID HAVE SX ON 8/14/20 AND EE IS STRUGGLING SINCE THEN - EE SAID STRENGTH IS GONE IN HIS LEG. HOWEVER, EE IS GOING TO PT AND IT IS HELPING A LITTLE BIT. EE WILL ALSO SEE AP AGAIN ON 8/28/20. DCM ACK, THANKED EE FOR UPDATE

**08/24/2020 1:34 PM - PHONE Note 4**
Claim/Event/Leave: 10295792
NoteSubject : Called ER
Other Subject : JENNY
Text: [08/24/2020 - HARRIS, MICHAEL]R/C TO JENNY - SHE ASKED IF LTD CLAIM HAS BEEN UPDATED (DCM HAS S/W HER PREVIOUSLY ON GENERAL CALLS ABOUT LTD POLICY AND THAT MBD SHOULD BE RETIREMENT AGE, NOT JUST 2 YEARS). LET HER KNOW I HAVE DISCUSSED VIA EMAIL W/M1 AND ASM AND, AS OF NOW, THERE ARE NO OFFICIAL CHANGES. IT LOOKS LIKE ASM IS IN CONTACT W/ ER ABOUT POTENTIAL CHANGES, BUT ASM SAID NO CHANGES AS OF NOW AND I WOULD GET AN UPDATE IF THERE ARE ANY CHANGES. SHE ACK, THANKED FOR INFO, NFQ.

**08/24/2020 1:33 PM - PHONE Note 3**
Claim/Event/Leave: 10295792
NoteSubject : ER Called
Other Subject : LVM
Text: [08/24/2020 - HARRIS, MICHAEL]**4:23PM 8/21** ER (JENNY) CALLED, LVM; ASKED FOR C/B AT 205-893-2424

**08/17/2020 11:03 AM - PHONE Note 2**
Claim/Event/Leave: 10295792
NoteSubject : Called AP
Other Subject : GRIFFIN

Text: [08/17/2020 - HARRIS, MICHAEL]CALLED AP TO CX SX - ON HOLD OVER 5 MIN - NO ONE PICKED UP

**08/11/2020 10:28 AM - CLAIM Note 6**
Claim/Event/Leave: 10295792
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [08/11/2020 - MONAHAN, JAQUELINE]SET UP SCHEDULED PAYMENT BASED ON SALARY SCREENSHOT IN DOC LIST INDICATES BASE RATE $20.00 X 40 HPW X 52 WKS / 12 MOS = $3466.67 BME (ER CONFIRM NO COMM/BONUS PAID). THE BENEFIT IS 50% OR $1,733.34. THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**08/03/2020 8:58 AM - CLAIM Note 5**
Claim/Event/Leave: 10295792
NoteSubject : Other
Other Subject : SALARY REQUEST
Text: [08/03/2020 - MONAHAN, JAQUELINE]SENT ER EMAIL 08/03/20 FOR SALARY

**07/22/2020 8:50 PM - CLAIM Note 4**
Claim/Event/Leave: 10295792
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO JAQUELINE MONAHAN.

**07/22/2020 8:50 PM - CLAIM Note 3**
Claim/Event/Leave: 10295792
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION.

**07/21/2020 4:05 PM - NOTIFICATION Note 1**
Claim/Event/Leave: 10295792
NoteSubject : Text Message
Other Subject : Approved
Text: Recipient Name : Lincoln Financial Group: Claim 10295792. Your disability claim has been approved.
**TEXT Life Cycle**
Sent ON: 07/21/2020 04:05 PM EST
Current Status: DELIVERED
Delivered ON: 07/21/2020 04:05 PM EST

**07/21/2020 3:52 PM - CLAIM Note 2**
Claim/Event/Leave: 10295792
NoteSubject : Action Plan
Other Subject : RTW OO DEC 2020
Text: [07/21/2020 - HARRIS, MICHAEL]LDW 2/21/20, DOD 2/22/20, BBD 8/22/20 - MAX BEN: 24 MONTHS - EE INITIALLY OOW DUE TO A FALL AT HOME ON 2/21/20, INJURING HIS LEFT ELBOW. EE HAD SX ON 2/27/20 TO REATTACH TENDON. EE HAD TO HAVE A 2ND SURGERY LATE MARCH2020 DUE TO BONE INFECTION - EE HAD TO HAVE HOME HEALTH AND IV TREATMENT AT HOME FOLLOWING SX. ON 5/3/20, EE HAD ANOTHER INJURY / ACCIDENT AT HOME - ACCIDENTLY SHOT HIMSELF IN THE RT LEG - NO FOUL PLAY / NO 3RD PARTY AND EE DID NOT MEAN TO DO THIS (NO EXCLUSIONS APPLY) - EE HAS HAD 2 SURGERIES ON HIS RT LEG SO FAR AND HAS A 3RD SX SCHEDULED FOR 8/14/20. EE REPORTS THAT AFTER HIS LEG INJURY, AP DOES NOT BELIEVE EE WILL BE ABLE TO PERFORM HIS OCC AGAIN. ACTION PLAN: AFTER APPROX. 2 MONTHS POST OP, REQUEST UPDATED MED TO REVIEW ONGOING AND FOR POTENTIAL PERMANENT R&L'S.

**07/21/2020 3:51 PM - CLAIM Note 1**
Claim/Event/Leave: 10295792
NoteSubject : Ref to Other
Other Subject : APPROVE
Text: [07/21/2020 - HARRIS, MICHAEL]LDW 2/21/20, DOD 2/22/20, BBD 8/22/20 - MAX BEN: 24 MONTHS - EE INITIALLY OOW DUE TO A FALL AT HOME ON 2/21/20, INJURING HIS LEFT ELBOW. EE HAD SX ON 2/27/20 TO REATTACH TENDON. EE HAD TO HAVE A 2ND SURGERY LATE MARCH2020 DUE TO BONE INFECTION - EE HAD TO HAVE HOME HEALTH AND IV TREATMENT AT HOME FOLLOWING SX. ON 5/3/20, EE HAD ANOTHER INJURY / ACCIDENT AT HOME - ACCIDENTLY SHOT HIMSELF IN THE RT LEG - NO FOUL PLAY / NO 3RD PARTY AND EE DID NOT MEAN TO DO THIS (NO EXCLUSIONS APPLY) - EE HAS HAD 2 SURGERIES ON HIS RT LEG SO FAR AND HAS A 3RD SX SCHEDULED FOR 8/14/20. EE REPORTS THAT AFTER HIS LEG INJURY, AP DOES NOT BELIEVE EE WILL BE ABLE TO PERFORM HIS OCC AGAIN. BASED ON MEDICAL ON FILE, MULTIPLE INJURIES / SURGERIES, POST OP COMPLICATIONS AND UPCOMING SX 8/14/20, APPROVING LTD CLAIM.

**07/21/2020 3:48 PM - PHONE Note 1**
Claim/Event/Leave: 10295792
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [07/21/2020 - HARRIS, MICHAEL]CALLED EE FOR II... CX DOB, ADDRESS, PHONE; JOB: ELECTRICAL; EE OOW AS OF 2/22/20 -- EE INITIALLY OOW DUE TO RT ELBOW INJURY - FALL AT HOME - HAD TO HAVE SURGERY TO REATTACH TENDON ON 2/27/20. DCM ASKED EE HOW HISRECOVERY IS FOR HIS ELBOW? EE SAID IT'S STILL USELESS. EE SAID HE HAD TO HAVE A 2ND SURGERY DUE TO INFECTION - EE SAID THEY HAD TO TAKE HARDWARE OUT AND SCRAPE THE BONE DOWN. 2ND SURGERY WAS TOWARDS END OF MARCH 2020. THEN, DUE TO COVID19, EE WAS NOT ABLE TO DO THERAPY ON THE ELBOW. EE HAD A PORT IN HIS LEFT ARM AND HAD HOME HEALTH. EE THEN ACCIDENTLY SHOT HIS RT LEG ON 5/3/20 AND

ELBOW. EE HAD A PORT IN HIS LEFT ARM AND HAD HOME HEALTH. EE THEN ACCIDENTLY SHOT HIS RT LEG ON 5/5/20 AND HAS HAD 2 SURGERIES ON THIS SO FAR - EE SAID THE ACCIDENT HAPPENED DUE TO WEAKNESS IN HIS ARM WHEN HE WAS TRYING TO COCK THE GUN, EE LOST CONTROL AND THEN SHOT HIS LEG - EE SAID THINKING BACK NOW, HE DOESN'T EVEN KNOW WHAT EXACTLY HAPPENED -- EE SAID HE LIVES W/ NO NEIGHBORS FOR 3 MILES AND THEY HAVE COYOTES, WILD BOAR, COPPERHEADS, ETC - EE SAID HE BASICALLY DOESN'T WALK AROUND THERE W/O A GUN. EE SAID THEY NOW HAVE HIM SCHEDULED FOR A 3RD SURGERY ON 8/14/20 FOR A BONE GRAFT. EE SAID THAT DATE IS NOT 100%, BUT EE SAID IT'S BASICALLY 99%.. EE SAID THEY WILL DO XRAYS ON 8/11/20 BEFORE THE SURGERY.EE SAID THEY HAVE ALSO ALREADY ORDERED A BONE STIMULATOR FOR EE, BUT HE DOESN'T QUALIFY FOR THAT UNTIL 8/1/20. DR. GRIFFIN IS THE LEG SURGEON. DR. BACHELOR - PCP - ALREADY IN SYS1. DR. VAGUE - ELBOW SURGEON - ALREADY IN SYS1. DCM ACK, EXPLNHOW LTD WORKS VS STD; DCM WILL APPROVE LTD AND SEND LTD FORMS AND F/U AFTER SX DATE ; EE UNDERSTOOD, NFQ. .THANKED EE FOR TIME.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. JOHN LYNN JR

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 25, 2021

Mr. John W. Lynn Jr

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792

Dear Mr. John Lynn Jr:

This letter is to confirm our conversation on August 24, 2021. Thank you for reviewing your disability claim overpayment and agreeing to a repayment arrangement. The repayment agreement applies to your outstanding overpayment of $9,899.45 owed to Lincoln Life Assurance Company of Boston.

We discussed and agreed to the following repayment arrangement:

- **Lump Sum Payment**

  You agreed to remit a lump sum payment of $7,800.00 toward the overpayment balance due of $9,899.45, leaving a remaining balance due of $2,099.45.

  Please send a check or money order payable to Lincoln Life Assurance Company of Boston to the following address:

  **Refund/Recoveries**
  **Group Protection Disability Claims**
  **Lincoln Life Assurance Company of Boston**
  **PO Box 26028**
  **Greensboro, NC 27420-6028**

  **Please ensure your payment contains your claim number provided in this letter.**

Lincoln Life Assurance Company of Boston can also process a one-time debit from your account. If you prefer this method of refund, you may complete the enclosed **Authorization to Debit** form and return it via fax back to my attention at (603) 559-9441 or the form can be emailed to me at Robin.Goode@lfg.com; or contact our office at (888) 437-7611 extension *15911 to process a phone debit payment.

**<u>****You confirmed that this lump sum check was sent as of August 23, 2021 Thank you****</u>**

- **Full Benefit Reduction**

  Lincoln Life Assurance Company of Boston will withhold your monthly disability benefit payment in the amount of $192.34 and apply towards the overpayment balance until paid in full. This will begin with your next monthly benefit payment scheduled to issue on September 15, 2021.

- **Full Repayment if Disability Benefit Ceases**

  If your disability benefit eligibility ends prior to full overpayment recovery, you will need to remit a monthly payment or provide full reimbursement of the overpayment balance by personal check, a cashier's check, or money order. The full reimbursement will be due within 10 business days from the date your claim closes.

- **No Referral to Outside Collection Agencies**

  Lincoln Life Assurance Company of Boston will not refer the management of this overpayment to an outside collection agency so long as you meet the terms and conditions of this agreement and repayment arrangement.

Please contact our office with any questions you may have at the number listed below.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robin Goode
Financial Recovery Analysis I
Phone No.: (888) 437-7611 Ext. 15911
Secure Fax No.: (603) 559-9441

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. JOHN LYNN JR

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8172

February 15, 2022

Mr. John W. Lynn Jr

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792

Dear Mr. John Lynn Jr:

This letter is regarding your outstanding overpayment with Lincoln National Life, in the amount of $1,137.75. As you are aware, this overpayment is the result of your Social Security Disability Income income award. While your disability claim remained open, your net benefit was applied to this balance.

We have been notified that your disability claim recently closed, and we must now make alternate payment arrangements to satisfy this overpayment.

Please remit payment of $1,137.75, payable to Lincoln National Life by February 28th, 2022
Please mail payment to:

**LINCOLN NATIONAL LIFE**
**GROUP PROTECTION DISABILITY CLAIMS**
**REFUND/RECOVERY**
**P.O.BOX 26028**
**GREENSBORO, NC 27499-9760**

Alternatively, you may complete the attached form and return it to us via the fax number below, or to email address ClaimsReceivables@LFG.com.

Please also include your claim number (10295792) to ensure accurate payment application.

If you are not able to repay this amount in full by February 28th, 2022. Please **contact me to discuss a payment plan acceptable to both parties.** Failure to do so may result in your file being referred to an outside collection agency.

If you have any questions regarding this matter, please contact me.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Heather Otoole Murphy
Specialist
On Behalf Of: Rebekah Latour
Phone No.: (888) 437-7611 Ext. 15917
Secure Fax No.: (603) 559-0318

Attachments: Re-Occurring Debit Payment Auth

**The Lincoln National Life Insurance Company**
**Group Protection Disability Claims**
PO Box 2578
Omaha, NE 68172-9688

# Re-Occurring Debit Payment Authorization Form

Sign and complete this form to authorize The Lincoln National Life Insurance Company to make a re-occurring debit to your account listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated dates/schedule. This authorization is permission for multiple debit transactions.

---

**Please complete the information below:**

**Lincoln Financial Group Disability Claim Number:** 10295792

I ______________________________ authorize The Lincoln National Life Insurance Company to debit my
(full name)

account at the financial institution listed below for _________ on the ____________ of each month.
(amount) (day)

This authority will remain in effect until The Lincoln National Life Insurance Company is notified by me (us) in writing to cancel it in such time to afford The Lincoln National Life Insurance Company and the Financial Institution a reasonable opportunity to act on it.

Billing Address _______________________________ Phone# ________________________

City, State, Zip _______________________________ Email __________________________

Account Type: ☐ Checking ☐ Savings

Financial Institution Name ________________________________________________

Financial Institution Address ________________________________________________

Routing Number ________________________________________________

Account Number ________________________________________________

SIGNATURE ___________________________________ DATE ___________________

I authorize the above-named business to debit the account indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for reoccurring use until such time my overpayment balance has been paid in full. I certify that I am an authorized user of this account and that I will not dispute the payments with financial institution; so long as the transactions correspond to the terms indicated in this form.

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, August 31, 2022 10:18:35 AM |
| To: | AMANDA@COXSTANSBERRY.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Clayton Homes, Inc Claim No. 10295792 John Lynn |
| Attachments: | seyhopdbrvd0g6wbzw90_13467550.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

August 31, 2022

Amanda Stansberry
Cox & Stansberry, LLC
3535 GRANDVIEW PARKWAY
SUITE 310
BIRMINGHAM, AL 35243

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792
Claimant: John Lynn

Dear Amanda Stansberry:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Clayton Homes, Inc's Group Disability Policy. We are writing in reference to John Lynn's claim for LTD benefits under the Policy.

We have received Mr. Lynn's request for review of the recent claim determination on John Lynn's Long Term Disability (LTD) claim on August 25, 2022. His appeal included medical records from Dr. Andrea Batchelor dated March 14, 2022 through June 3, 2022, and occupation descriptions for Checker II and Diet Clerk.

We understand this is all of the information you intend to submit for our consideration of Mr. Lynn's for Long Term Disability (LTD) appeal. Consequently, his file has been forwarded to Lincoln Financial Group‘s Appeal Review Unit for a full, and fair review.

I will be Mr. Lynn's dedicated Appeal Consultant. If you have any questions regarding the status of the appeal, you may contact me at (888) 437-7611 extension. 16440 during the hours of 7:00am to 3:30pm EST..

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date Mr. Lynn's request for review was received, excluding any days in which we are waiting for him to submit documentation. We will contact him if there are special circumstances requiring a delay in Lincoln Financial Group’s response, and you will be notified of our decision no later than 90 days after the request for review was received.

If there are special circumstances requiring a delay in Lincoln Financial Group’s response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Josh Tuliano
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 16440
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, November 8, 2022 9:38:51 AM |
| To: | AMANDA@COXSTANSBERRY.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Clayton Homes, Inc Claim No. 10295792 John Lynn |
| Attachments: | stcueed8kgvwepm3zdde_13938912.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

November 8, 2022

Amanda Stansberry
Cox & Stansberry, LLC
3535 GRANDVIEW PARKWAY
SUITE 310
BIRMINGHAM, AL 35243

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792
Claimant: John Lynn

Dear Amanda Stansberry:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Clayton Homes, Inc's Group Disability Policy. We are writing in reference to Mr. John Lynn Jr's claim for LTD benefits under the Policy.

Per your request for relevant claim documentation, the following information will be sent separately via secure OneDrive email to AMANDA@COXSTANSBERRY.COM:

- A complete copy of our LTD claim file
- A copy of the Clayton Homes Inc.'s LTD Policy

We are required to password protect any claim files in an electronic format. You will be provided with a password under separate cover. **Please note that the OneDrive link will expire 24 hours after it is sent to you.**

You may contact the employer for Summary Plan Description (SPD) materials as well as any and all documents which describe benefits available to Mr. Lynn under the Plan(s) that were in effect at the time he became disabled, and all the amendments. You would also request the recent annual report (Form 5500) from the employer.

Mr. Lynn's full and complete claim file and policy includes all information that was received and considered in our evaluation of his claim.

This also includes all inter office memoranda, notes, reports, communications or documents used in the analysis of claimant’s claims for benefits; any and all correspondence between Lincoln and any third party regarding the claimant; all emails discussing the claimant’s claim; correspondence of

every kind relating to the claim, including those to record reviewers and doctors selected to evaluate the claimant; any and all financial analysis, notes or reports in the file; any vocational assessment reports, labor market analysis reports, or vocation reports regarding the claimant's occupation or any occupation; CV of all doctors and other professionals who evaluated the claimant; documentation of any payments made by Lincoln to any doctors that reviewed the claimant's medical records; medical reports and/or record reviews completed by or at the request of Lincoln; copies of medical records summaries completed; and any other document, reports, communications or information used to review the claimant's claim for disability benefits. Phone recordings are for quality assurance purposes only, and not made part of the claim file. There was no surveillance obtained on Mr. Lynn.

We have enclosed the curriculum vitae (CV) for each peer reviewer. We do not provide CVs of any internal Lincoln staff; including nurses, disability case managers, claim managers, or internal vocational consultants.

The vocational consultant's credentials are on his/her report. Each nurse is a graduate of an accredited nursing school and is required to maintain a current registered nurse license in their state of residence or as required by law. Additionally, our nurses attend clinical seminars and conferences on an ongoing basis to maintain additional certifications such as Certified Rehabilitation Registered Nurse (C.R.R.N.), Certified Disability Management Specialist (C.D.M.S.) and Certified Case Manager (C.C.M.).

Lincoln adheres to all ERISA regulations and procedural requirements. No claims handling manual(s); guidelines; policy and procedure manuals; administrative training documents, videos or tapes; and/or guides pertaining to disability claims resolutions were used to make this claim determination.

If you have documents to submit, you may email them to DisabilityDocuments@LFG.Com. Please be sure to include the claimant's full name and claim number in your email.

If you have any questions regarding this matter, please contact me.

Sincerely,

Becky Averill
Claim Resolution Coordinator
Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 334-0401

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. JOHN LYNN JR

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 23, 2021

Mr. John W. Lynn Jr

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792

Dear Mr. John Lynn Jr:

Your claim has been referred to me by your Disability Case Manager because you, and/or your dependents, have been awarded Social Security Benefits.

To assist us with the proper recalculation of your claim, please provide a ***complete*** copy of your, and/or your dependents, Notice of Award letters, which have been received from the Social Security Administration.

As your case manager discussed, **Clayton Homes, Inc.** disability policy requires us to reduce your disability benefits by the amount of income received from other sources of income, including Social Security. This also includes anything paid to your dependents.

**Should you wish to remit the award information electronically you can send this via email to:** Robin.Goode@LFG.com

Or Mail to the following address:

**Lincoln Life Assurance Company of Boston**
**Group Protection**
**PO BOX 7213**
**London, KY 40742-7213**

**Please ensure your form and/or Award Notice(s) contains your claim number provided in this letter.**

If we do not receive the requested information by **July 6, 2021**, we will begin reducing your benefit by an estimated amount and retroactively calculate the overpayment back to the earliest date of entitlement.

Please contact our office with any questions you may have at the number listed below.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robin Goode
Financial Recovery Analysis I
Phone No.: (888) 437-7611 Ext. 15911
Secure Fax No.: (603) 559-9441

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. JOHN LYNN JR

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 10, 2021

Mr. John W. Lynn Jr

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792

Dear Mr. John Lynn Jr:

Your disability claim file has been referred to Financial Review Services for an overpayment calculation as you were awarded Social Security Disability with an effective date of November 1, 2020. This letter and the attached overpayment summary outline the impact of that award on your benefits from Lincoln Life Assurance Company of Boston.

Since Lincoln Life Assurance Company of Boston paid you disability benefits for the period of October 22, 2020 through June 21, 2021, with no reduction for Social Security Disability, you are now overpaid under the terms of your Policy. The overpayment calculation was prorated beginning November 1, 2020. Please note that it is possible to have a larger overpayment balance than monies received or available to have transferred. Nonetheless, we will work together for any explanations.

You signed the Social Security Reimbursement Agreement on August 5, 2020 in that document, you agreed ***"I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Life Assurance Company of Boston until the amount of Lincoln Life's overpayment has been repaid in full "***. You are required to repay Lincoln Life Assurance Company of Boston this amount and we ask that this matter receive your immediate attention.

Total Overpayment Amount: $10,073.45
Payment Due Date: August 13, 2021

The attached exhibit explains the calculation of your **$10,073.45** overpayment balance, which is due to Lincoln Life Assurance Company of Boston upon receipt of this letter.

Please send a check or money order payable to Lincoln Life Assurance Company of Boston to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**Lincoln Life Assurance Company of Boston**
**PO Box 26028**

**Greensboro, NC 27420-6028**

**Please ensure your payment contains your claim number provided in this letter.**

Lincoln Life Assurance Company of Boston can also process a one-time debit from your account. If you prefer this method of refund, you may complete the enclosed **Authorization to Debit** form and return it via fax back to my attention at (603) 559-9441 or the form can be emailed to me at Robin.Goode@LFG.com. If you are not able to fax or email the completed Authorization to Debit form, please mail the completed form to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**Lincoln Life Assurance Company of Boston**
**PO Box 2578**
**Omaha, NE 68172-9688**

Please contact our office with any questions you may have at the number listed below.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robin Goode
Financial Recovery Analysis I
Phone No.: (888) 437-7611 Ext. 15911
Secure Fax No.: (603) 559-9441

Attachments: 10295792-RECOVERY/REPAYMENT-CORRESPONDENCE-07.09.2021
10295792-RECOVERY/REPAYMENT-CORRESPONDENCE-07.09.2021

| | | | |
|---|---|---|---|
| **Claim Number (s): 10295792** | | | |
| **New Monthly Benefit** | | | |
| Your Gross Benefit | | | $1,733.34 |
| Less: Other Income | | | $1,561.00 |
| | SS Primary | $1,561.00 | |
| | SS Dependent | $0.00 | |
| | Pension | $0.00 | |
| | State Disability | $0.00 | |
| | Workers Comp | $0.00 | |
| | Total Other Income | $1,561.00 | |
| Your Adjusted Gross | | | $172.34 |
| Less: Taxes and Deductions | | | $0.00 |
| **Your Net Benefit** | | | **$172.34** |

| | | | | |
|---|---|---|---|---|
| **Overpayment Calculation** | | | | |
| Originally Paid | *10/22/2020* | *through* | *6/21/2021* | $13,866.72 |
| Less: Should have Paid | *10/22/2020* | *through* | *6/21/2021* | $1,847.02 |
| Overpayment Due | | | | $12,019.70 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $1,946.25 |
| Less: Excess Fee | | | | $0.00 |
| **Amount Due** | | | | **$10,073.45** |

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**
**Group Protection Disability Claims**
**Refund/Recoveries** PO Box 7213
London, KY 40742-7213
888-437-7611

## One Time Debit Payment Authorization Form

Sign and complete this form to authorize Lincoln Life Insurance Company of Boston to make a one-time debit to your account listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated date. This is permission for a single transaction only and does not provide authorization for any additional unrelated debits or credits to your account.

---

**Please complete the information below:**

**Lincoln Life Assurance Co Disability Claim Number:** ______________________

I ______________________________ authorize Lincoln Life Assurance Company of Boston to debit my

(full name)

account at the financial institution listed below for ______________ on or after ____________________.
(amount) (date)

This authority will remain in effect until Lincoln Life Assurance Company of Boston is notified by me (us) in writing to cancel it in such time to afford Lincoln Life Assurance Company of Boston and the Financial Institution a reasonable opportunity to act on it.

Billing Address ______________________________ Phone# __________________________

City, State, Zip ______________________________ Email __________________________

Account Type: ☐ Checking ☐ Savings

Financial Institution Name ____________________________________________________

Financial Institution Address ____________________________________________________

Routing Number ________________________________________________

Account Number ________________________________________________

SIGNATURE ________________________________________ DATE ____________________

I authorize the above-named business to debit the account indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for one time use only. I certify that I am an authorized user of this account and that I will not dispute the payment with financial institution; so long as the transaction corresponds to the terms indicated in this form.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. JOHN LYNN JR

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 24, 2021

Mr. John W. Lynn Jr

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792

Dear Mr. John Lynn Jr:

Your disability claim file has been referred to Financial Review Services for an overpayment calculation as you were awarded Social Security Disability with an effective date of November 1, 2020. This letter and the attached overpayment summary outline the impact of that award on your benefits from Lincoln Life Assurance Company of Boston.

Since Lincoln Life Assurance Company of Boston paid you disability benefits for the period of October 22, 2020 through June 21, 2021, with no reduction for Social Security Disability, you are now overpaid under the terms of your Policy. The overpayment calculation was prorated beginning November 1, 2020. Please note that it is possible to have a larger overpayment balance than monies received or available to have transferred. Nonetheless, we will work together for any explanations.

You signed the Social Security Reimbursement Agreement on August 5, 2020 in that document, you agreed ***"I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Life Assurance Company of Boston until the amount of Lincoln Life's overpayment has been repaid in full "***. You are required to repay Lincoln Life Assurance Company of Boston this amount and we ask that this matter receive your immediate attention.

| | |
|---|---|
| Total Overpayment Amount: | $9,899.45 |
| Payment Due Date: | August 27, 2021 |

The attached exhibit explains the calculation of your **$9,899.45** overpayment balance, which is due to Lincoln Life Assurance Company of Boston upon receipt of this letter.

Please send a check or money order payable to Lincoln Life Assurance Company of Boston to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**Lincoln Life Assurance Company of Boston**
**PO Box 26028**

**Greensboro, NC 27420-6028**

**Please ensure your payment contains your claim number provided in this letter.**

Lincoln Life Assurance Company of Boston can also process a one-time debit from your account. If you prefer this method of refund, you may complete the enclosed **Authorization to Debit** form and return it via fax back to my attention at (603) 559-9441 or the form can be emailed to me at Robin.Goode@LFG.com. If you are not able to fax or email the completed Authorization to Debit form, please mail the completed form to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**Lincoln Life Assurance Company of Boston**
**PO Box 2578**
**Omaha, NE 68172-9688**

Please contact our office with any questions you may have at the number listed below.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robin Goode
Financial Recovery Analysis I
Phone No.: (888) 437-7611 Ext. 15911
Secure Fax No.: (603) 559-9441

Attachments: One Time Debit Payment Auth
10295792-RECOVERY/REPAYMENT-CORRESPONDENCE-07.23.2021

**Claim Number (s): 10295792**

**New Monthly Benefit**

| | | | |
|---|---|---|---|
| Your Gross Benefit | | | $1,733.34 |
| Less: Other Income | | | $1,541.00 |
| | SS Primary | $1,541.00 | |
| | SS Dependent | $0.00 | |
| | Pension | $0.00 | |
| | State Disability | $0.00 | |
| | Workers Comp | $0.00 | |
| | Total Other Income | $1,541.00 | |
| Your Adjusted Gross | | | $192.34 |
| Less: Taxes and Deductions | | | $0.00 |
| **Your Net Benefit** | | | **$192.34** |

**Overpayment Calculation**

| | | | | |
|---|---|---|---|---|
| Originally Paid | *10/22/2020* | *through* | *6/21/2021* | $14,039.06 |
| Less: Should have Paid | *10/22/2020* | *through* | *6/21/2021* | $2,193.36 |
| Overpayment Due | | | | $11,845.70 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $1,946.25 |
| Less: Excess Fee | | | | $0.00 |
| **Amount Due** | | | | **$9,899.45** |

**Lincoln Life Assurance Company of Boston**
**Group Protection Disability Claims**
PO Box 2578
Omaha, NE 68172-9688

# One Time Debit Payment Authorization Form

Sign and complete this form to authorize Lincoln Life Assurance Company of Boston to make a one-time debit to your account listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated date. This is permission for a single transaction only and does not provide authorization for any additional unrelated debits or credits to your account.

---

**Please complete the information below:**

**Lincoln Financial Group Disability Claim Number:** 10295792

I ______________________________ authorize Lincoln Life Assurance Company of Boston to debit my
(full name)

account at the financial institution listed below for _________ on or after ____________.
(amount) (date)

This authority will remain in effect until Lincoln Life Assurance Company of Boston is notified by me (us) in writing to cancel it in such time to afford Lincoln Life Assurance Company of Boston and the Financial Institution a reasonable opportunity to act on it.

Billing Address ________________________________ Phone# _________________________

City, State, Zip ________________________________ Email ___________________________

Account Type: ☐ Checking ☐ Savings

Financial Institution Name ________________________________________________

Financial Institution Address ______________________________________________

Routing Number ____________________________________________

Account Number ____________________________________________

SIGNATURE ____________________________________ DATE ___________________

I authorize the above-named business to debit the account indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for one time use only. I certify that I am an authorized user of this account and that I will not dispute the payment with financial institution; so long as the transaction corresponds to the terms indicated in this form.

**Lincoln/Lynn 102**

# FAX

---

**From:** Amanda Stansberry - Cox and Stansberry, LLC
**Return Fax:** (833)583-4357
**Attention To:** Lincoln
**Regarding:** John Lynn LTD Appeal Evidence

---

John Lynn - LTD appeal evidence
Claim # 10295782
Clayton Homes, Inc.

Your prompt attention this matter is appreciated.

Thank you!

DISCLAIMER:
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

COX & STANSBERRY

**Janet P Cox**
**Amanda Lane Stansberry**
3535 Grandview Parkway, Suite 310
Birmingham, Alabama 35243
P (205) 870-1205
Fax (205) 870-1252
amanda@coxstansberry.com

August 25, 2022

**SENT VIA U.S. MAIL AND FAX**

Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
Fax: 603-334-5995

**RE: JOHN W. LYNN, JR. - LTD APPEAL**
**CLAIM NO.: 10295792**
**EMPLOYER: CLAYTON HOMES, INC.**

Dear Sir or Madam:

Please consider this correspondence and supporting evidence as our appeal of the termination of long-term disability benefits to John Lynn. Mr. Lynn was wrongfully denied long-term disability benefits beyond August 21, 2022.

By letter dated March 1, 2022, Lincoln informed Mr. Lynn of its unsupported decision to deny LTD benefits beyond August 22, 2022. The decision to deny benefits to Mr. Lynn and basis given is in stark contrast to the bulk of the medical evidence already contained in his claim file and the opinions of his treating physician and the Social Security Administration.

Enclosed for review on this appeal are additional treatment records from Dr. Batchelor dated March 4, 2022 through June 3, 2022 and DOT job descriptions for Checker II and Diet Clerk.

**Lincoln's Determination that Mr. Lynn does not meet the Definition of Disability is Erroneous and Unreasonable.**

Lincoln's denial letter is riddled with unreasonable attempts to justify the wrongful denial of Mr. Lynn's LTD benefits. Mr. Lynn suffers from complications due to a completely displaced right elbow avulsion fracture causing complete triceps tendon disruption, requiring surgical intervention; infection and removal of infected hardware; gunshot wound to his right leg resulting in a comminuted distal one third femur fracture requiring multiple surgeries; partial tibial tubercle avulsion; ankylosis of the right knee; right thigh pain; low back pain; chronic pain; right leg weakness; sleep disorder; fatigue and anxiety. He has limited range of motion and strength, pain with sitting and standing and requires a cane for ambulation. Lincoln's assertion that he could perform all the material duties of any sedentary exertional level occupation is preposterous.

Lincoln's "rationale" for denying Mr. Lynn's claim appears to be based on a medical reviewer's opinion who found that Mr. Lynn suffers from restrictions and limitations that would exceed the requirements of a sedentary occupation. Despite Lincoln's own paid reviewer's findings that Mr. Lynn's restrictions and limitations would put him at a "less than sedentary" exertional level, Lincoln asserts that he can perform sedentary work. Mr. Lynn's treating physician also opined that his restrictions and limitations would preclude sedentary work. The Social Security Administration as well found that he would be precluded from performing even unskilled sedentary work. Nevertheless, Lincoln wrongly concluded that Mr. Lynn could perform the Material and Substantial Duties of that of a Checker II and Diet Clerk. Both of these occupations are sedentary jobs according to the enclosed DOT descriptions.

As noted by even Lincoln's paid reviewer, Mr. Lynn would be required to intermittently change from the seated position. The reviewer also noted that standing and walking would be limited to occasionally and with use of an assistive device. Lifting/carrying was also limited to carriage in one hand to allow for use of a cane. The occupational base for sedentary work erodes if a person must rotate positions more than allowed during scheduled breaks and lunch. Further, the need for an assistive device for balance would restrict the worker to one-arm work. The medical reviewer did not address the fact that Mr. Lynn would be off-task or wholly absent to an intolerable degree from any occupation due to pain and symptom exacerbation. The occupations listed in Lincoln's denial letter require that he be able to sit 6 hours out of an 8-hour workday, walk or stand 2 hours out of an 8-hour workday and lift 10 pounds at a time. Clearly the additional restrictions and limitations indicated by Lincoln's paid reviewer of intermittent position changes, use of a cane for ambulation and one-arm lift/carry would preclude all sedentary work without even taking into consideration Mr. Lynn's treating physician's restrictions and limitations or his nonexertional limitations.

Mr. Lynn's treating physician, who has no financial stake in the outcome of his claim, reached the opinion that Mr. Lynn is disabled and is unable to return to work at any exertional level. This opinion was based on numerous examinations of Mr. Lynn. The opinion of his doctor is consistent with the objective medical evidence in the file, examinations, and imaging reports. Lincoln did not examine Mr. Lynn or perform a proper vocational analysis and simply came to

the unsupported and manufactured conclusion that Mr. Lynn is not disabled. Lincoln's baseless claims that he could perform the occupations identified in the denial letter stand alone as the only findings in Mr. Lynn's file suggesting that he was not disabled and is overwhelmed by the numerous treatment records and the opinions of his treating physician, its paid reviewer and the Social Security Administration suggesting the opposite.

Lincoln failed to adequately evaluate the impact the combination of all Mr. Lynn's conditions have on his ability to perform the duties of any occupation. His medical conditions and limitations caused by them were thoroughly documented and explained in detail by Mr. Lynn and his doctor in prior communications and submissions to Lincoln. Lincoln simply rejected the records and opinions of Mr. Lynn's treating physician, copious exam reports and imaging reports that substantiated Mr. Lynn's claim for long-term disability. Mr. Lynn's concentration, persistence and pace is so severely limited by pain, fatigue, limited mobility and expected side effects from his prescribed medications that he is unable to perform any work at any exertional level on a full-time basis. Undoubtedly, a return to work in any capacity would increase Mr. Lynn's pain and fatigue, requiring additional rest, medication and treatment which would lead to the inability to maintain an acceptable absentee rate. Accordingly, Lincoln's decision to terminate disability benefits was substantively unreasonable.

In addition to the extensive documentation of Mr. Lynn's conditions already provided to Lincoln, enclosed for review are supplementary records and evidence that support additional restrictions and limitations on Mr. Lynn's abilities. Lincoln must adequately consider both the exertional and nonexertional limitations of ***all*** Mr. Lynn's conditions and it failed to do so in the previous review.

In conclusion, Lincoln's decision to terminate Mr. Lynn's claim was arbitrary and capricious. As the records clearly indicate, in addition to the primary symptoms and limitations from his elbow, leg and back issues - pain, fatigue, limited range of motion, side effects from medication and frequency of required treatment for his conditions also interfere with his ability to maintain employment in any capacity and Mr. Lynn's benefits should be reinstated.

Sincerely,

Amanda L. Stansberry

Enclosures

Jul-06-2022 03:13:02Faxing Multiple Encounters2058701252Ergle,MillieFamily Medical Associates WestFamily Medical Associates West205-489-3322205-489-332511This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.

Lynn, John
50 Y old Male, DOB:
Account Number: 79274

Home:
Guarantor: Lynn, John Insurance: BCBS ALABAMA Payer ID: 00...
PCP: ANDREA M BATCHELOR Referring: ANDREA M BATCHELOR
Appointment Facility: Family Medical Associates West

06/03/2022 Progress Notes: BRITTANY TUBBS

### Current Medications
Unknown
- NexIUM 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- KlonoPIN 1 MG Tablet 0.5 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet as needed Orally twice a day
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Percocet 7.5-325 MG Tablet take 1 tablet Orally twice a day
- Amoxicillin 500 MG Capsule 1 capsule Orally Twice a day

Medication List reviewed and reconciled with the patient

### Past Medical History
Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.
Sleep disorder.

### Surgical History
Vasectomy 2003
right elbow 2/27/2020
right elbow 3/30/2020
gun shot to thigh 2020
Rt knee and tibia Aug. 2020

### Family History
Father: alive
Mother: alive
1 brother(s) , 1 son(s) , 1 daughter(s) .

### Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker.
NON SMOKER.

### Allergies
Cefzil

### Hospitalization/Major Diagnostic Procedure
Viral infection
gun shot to thigh
Rt knee and tibia

### Reason for Appointment
1. Pt is here for medication refills// Pt also says that recently after he gets home and eats supper he crashes and feels like he cant stay awake once he gets home// Pts right ear is bothering him, feels like he can feel his pulse in it sometimes and has sinus pressure
2. RX: Gateway
3. AH

### History of Present Illness
hpi:

The patient is a 50 year old male with follow up of insomnia, chronic back pain, and, anxiety who presents to the clinic for medication refills. Klonopin helps with anxiety. Adderall helps him stay focused. He complains of low back pain. Walking long periods of time makes his pain worse. His pain is 5-6/10 currently. He also complains of being tired more frequently the last couple of months. He also complains of sinus congestion, sore throat, and right ear pain for 2 weeks.

### Vital Signs
BP **135/95 mm Hg**, Ht 65.5 in, Wt **139.6 lbs**, BMI **22.87 Index**, Temp **98.1 F**, HR **81 /min**, RR **20 /min**, Oxygen sat % **95**
recheck 133/87 .

### Examination
General Examination:

in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. EARS: right ear tympanic membrane dull, left ear tympanic membrane clear. NOSE mild congestion. ORAL CAVITY: moist mucosa. THROAT no exudate, clear. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK: lumbar spinal tenderness. EXTREMITIES: no edema. MUSCULOSKELETAL: ambulates with a cane. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

### Assessments
1. Low back pain, unspecified - M54.50 (Primary)
2. Other fatigue - R53.83
3. Sinusitis - J32.9
4. Pharyngitis - J02.9
5. Right ear pain - H92.01
6. BMI 27.0-27.9,adult - Z68.27
7. Nonsmoker - Z78.9

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.

ENT:
Decreased hearing denies. Sore throat admits. Swollen glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies.

Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:
Painful joints **admits**. Weakness denies.

Skin:
Dry skin denies. Itching denies. Rash denies.

Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Treatment**

**1. Others**

Continue Sucralfate Tablet, 1 GM, 1 tablet, Orally, Three times daily, 30 days, 90, Refills 2

Continue NexIUM Capsule Delayed Release, 40 MG, 1 capsule, Orally, Once a day, 30 days, 30 Capsule, Refills 2

Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet as needed, Orally, twice a day, 30 days, 60 Tablet, Refills 2

Continue KlonoPIN Tablet, 1 MG, 0.5 tablet, orally, every morning, 1 tablet mid day and 1 tablet at bedtime as directed, 90 days, 225, Refills 0

Continue Percocet Tablet, 7.5-325 MG, take 1 tablet, Orally, twice a day, 30 days, 60, Refills 0

Continue Adderall Tablet, 10 MG, 0.5 tablet in the am, Orally, 1 tablet at lunch, and 1 tablet in the evening, 30 days, 75, Refills 0

Continue Azithromycin Tablet, 250 MG, 2 tablets on the first day, then 1 tablet daily for 4 days, Orally, Once a day, 5 day(s), 6, Refills 0

Clinical Notes: I obtained CBC, CMP, TSH/T4, testosterone level, and vitamin B12 level today. WBC 4.8, HGB 16.2, HCT 48.5, and PLTs 218. I will give azithromycin for acute sinusitis. I consulted with Dr. Batchelor about refilling Percocet, Adderall, and Klonopin, and after looking him up in the PDMP, Dr. Batchelor refilled these medications today. I will also refill his maintenance medications today.

Whitney Dyer, CRNP.

Labs

Lab: COMPREHENSIVE METABOLIC PANEL

| | Value | Reference Range |
|---|---|---|
| GLUCOSE | 84 | 65-99 - mg/dL |
| UREA NITROGEN (BUN) | 14 | 7-25 - mg/dL |
| CREATININE | 0.96 | 0.70-1.33 - mg/dL |
| eGFR NON-AFR. AMERICAN | 92 | > OR = 60 - mL/min/1.73m2 |
| eGFR AFRICAN AMERICAN | 106 | > OR = 60 - mL/min/1.73m2 |
| BUN/CREATININE RATIO | NOT APPLICABLE | 6-22 - (calc) |
| SODIUM | 140 | 135-146 - mmol/L |
| POTASSIUM | 3.9 | 3.5-5.3 - mmol/L |
| CHLORIDE | 103 | 98-110 - mmol/L |
| CARBON DIOXIDE | 30 | 20-32 - mmol/L |
| CALCIUM | 9.1 | 8.6-10.3 - mg/dL |
| PROTEIN, TOTAL | 6.9 | 6.1-8.1 - g/dL |
| ALBUMIN | 4.6 | 3.6-5.1 - g/dL |
| GLOBULIN | 2.3 | 1.9-3.7 - g/dL (calc) |
| ALBUMIN/GLOBULIN RATIO | 2.0 | 1.0-2.5 - (calc) |
| BILIRUBIN, TOTAL | 0.6 | 0.2-1.2 - mg/dL |
| ALKALINE PHOSPHATASE | 86 | 35-144 - U/L |
| AST | 11 | 10-35 - U/L |
| ALT | 12 | 9-46 - U/L |

TUBBS,BRITTANY 6/6/2022 10:42:40 AM > Sent to W. Dyer, CRNP
Dyer,Whitney 6/6/2022 12:45:03 PM > reviewed

Lab: Testosterone

| | Value | Reference Range |
|---|---|---|
| Testosterone | 326.0 | 199 - 1586 - ng/dl |

TUBBS,BRITTANY 6/6/2022 10:42:40 AM > Sent to W. Dyer, CRNP
Dyer,Whitney 6/6/2022 12:44:01 PM > reviewed

Lab: TSH,T4

| | Value | Reference Range |
|---|---|---|
| Total T4 | 6.9 | 4.0 - 11.0 - ug/dl |
| TSH | 0.8 | 0.5 - 5.8 - mIU/L |

TUBBS,BRITTANY 6/6/2022 10:42:40 AM > Sent to W. Dyer, CRNP
Dyer,Whitney 6/6/2022 12:43:41 PM > reviewed

Lab: CBC-Med

**Preventive Medicine**

Counseling: BP Management PHYSICAL ACTIVITY RECOMMENDATION: Giving encouragement to exercise, PHYSICAL ACTIVITY RECOMMENDATION: Exercises education, guidance, and counseling, DIETARY RECOMMENDATIONS: Dietary management education, guidance, and counseling, Tobacco use: Patient not counseled: Patient not eligible, Patient not counseled: Patient not eligible. BMI Care goal follow-up plan BMI management provided Yes, BMI management provided Yes, Above Normal BMI Follow-up Giving encouragement to exercise. Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise, Discussed the benefits of any exercise for overall health and well-being, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Procedure Codes**

84443 TSH-ASSAY THYROID STIM HORMONE
84436 ASSAY OF TOTAL THYROXINE
84403 ASSAY OF TOTAL TESTOSTERONE
85025 CBC
80053 COMPREHEN METABOLIC PANEL
G8417 BMI >=30 CALCUATE W/FOLLOWUP
3075F SYST BP 130 - 139MM HG
3080F DIAST BP 90+ MM HG

**Follow Up**

4 Weeks, prn

Electronically signed by KAMPSHI REDDY , MD on 06/27/2022 at 09:02 AM CDT

Sign off status: Completed

Progress Note: BRITTANY TUBBS 06/03/2022

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Lynn, John
50 Y old Male, DOB:

Home:
Guarantor: Lynn, John Insurance: BCBS ALABAMA Payer ID: SB510
Referring: ANDREA M BATCHELOR
Appointment Facility: Family Medical Associates

03/14/2022 Progress Notes: Andrea Batchelor, MD

### Current Medications

Taking
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- NexIUM 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet as needed Orally twice a day
- KlonoPIN 1 MG Tablet 0.5 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Percocet 7.5-325 MG Tablet take 1 tablet Orally twice a day
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening

Not-Taking
- Amoxicillin 500 MG Capsule 1 capsule Orally Twice a day

Medication List reviewed and reconciled with the patient

### Past Medical History

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
insomnia.
Sleep disorder.

### Surgical History

Vasectomy 2003
right elbow 2/27/2020
right elbow 3/30/2020
gun shot to thigh 2020
Rt knee and tibia Aug. 2020

### Family History

Father: alive
Mother: alive
1 brother(s) , 1 son(s) , 1 daughter(s) .

### Social History

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker.
NON SMOKER.

### Allergies

Cefzil

### Hospitalization/Major Diagnostic Procedure

Viral infection
gun shot to thigh
Rt knee and tibia

### Reason for Appointment

1. Refills
2. GATEWAY
3. MJ

### History of Present Illness

hpi:

The patient is a 50 year old male with PMH of hiatal hernia with GERD, sleep disorder, and chronic pain who presents to clinic for medication refills and with complaint of blisters under his arms intermittently since his last visit. The blisters had pus in them and wear painful. He quit wearing deoderant for a while. He took azithromycin 3 weeks ago because he had a golf-ball sized knot under his right arm. The knot when down after taking azithromycin. Carafate and Nexium controls his reflux. If he misses a dose of either medication, he has reflux. Adderall helps him stay away during the day, and Klonopin helps calm his racing thoughts at night. He complains of chronic pain in his lower back and right leg. Walking more than 100 yards makes his back pain worse. Weather changes makes his right leg pain worse. He still has weakness in his right knee and numbness in his right foot. If he makes a wrong step, he is unable to do anything for the rest of the day. He can only stand for 30 minutes at a time due to his pain. He can only sit for 30-40 minutes at a time due to his pain. He drove to Florida to see his grandchild, and he had to stop every 30-40 minutes to get out and walk. He has to lay down during the day for 15 minutes 2-3 times per day to take the pressure off his back and to help get feeling back in his right foot. His pain is 5-6/10 currently.

### Vital Signs

**BP 121/82 mm Hg**, Ht 65.5 in, Wt **138 lbs**, BMI **22.61 Index**, Temp **98.7 F**, HR **76 /min**, RR **20 /min**, Oxygen sat % **94**.

### Examination

General Examination:

in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. NECK/THYROID: neck supple. SKIN:
Pea sized lymph node palpable in right axilla.
. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK:
Lumbar spinal tenderness
. MUSCULOSKELETAL:
Decreased range of motion in his right knee, unable to fully extend right knee in a seated position, only to extend right knee to 45 degrees from a flexed position. 4/5 strength in right lower extremity distally, 5/5 strength in right upper extremity proximally and left lower extremity proximally and distally, ambulates with a cane, normal range of motion at right ankle.
. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

### Assessments

1. Axillary lymphadenitis - I88.9 (Primary)
2. GERD without esophagitis - K21.9
3. Low back pain, unspecified - M54.50
4. Pain in right knee - M25.561
5. Other chronic pain - G89.29
6. Right leg weakness - R29.898
7. Sleep disorder - G47.9
8. Anxiety - F41.9
9. Other general symptoms and signs - R68.89
10. Body mass index (BMI) 22.0-22.9, adult - Z68.22

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.

ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies.

Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:
Painful joints **admits**.
Weakness **admits**.

Skin:
Dry skin denies. Itching denies. Rash denies.

Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Treatment**

**1. Others**

Continue NexIUM Capsule Delayed Release, 40 MG, 1 capsule, Orally, Once a day, 30 days, 30 Capsule, Refills 2
Continue KlonoPIN Tablet, 1 MG, 0.5 tablet, orally, every morning, 1 tablet mid day and 1 tablet at bedtime as directed, 90 days, 225, Refills 0
Continue Percocet Tablet, 7.5-325 MG, take 1 tablet, Orally, twice a day, 30 days, 60, Refills 0
Continue Adderall Tablet, 10 MG, 0.5 tablet in the am, Orally, 1 tablet at lunch, and 1 tablet in the evening, 30 days, 75, Refills 0
Notes:
The patient has had some axillary lymphadenitis, which has improved after treatment with antibiotics. I will monitor at this time. I will continue Nexium for GERD to control his symptoms. I looked the patient up in the PDMP. I will continue Percocet for chronic pain. He is unable to work at this time because he is unable to sit or stand for more than 30 minutes at a time. He also has to change positions frequently. He does require to lie down during the day to help with his pain. He is still ambulating with a cane due to weakness in his right leg. I will continue Adderall for sleep disorder and Klonopin for anxiety. .

**Preventive Medicine**

Counseling: BP Management PHYSICAL ACTIVITY RECOMMENDATION: Giving encouragement to exercise, DIETARY RECOMMENDATIONS: Dietary management education, guidance, and counseling, PHYSICAL ACTIVITY RECOMMENDATION: Exercises education, guidance, and couneling. Tobacco use: Patient not counseled: Patient not eligible, Patient not counseled: Patient not eligible. BMI Care goal follow-up plan BMI management provided Yes, Above Normal BMI Follow-up Giving encouragement to exercise, BMI management provided Yes. Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise, Discussed the benefits of any exercise for overall health and well-being, diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Procedure Codes**

G8420 BMI <30 AND >=22 CALC & DOCU
3074F SYST BP < 130 MM HG
3079F DIAST BP 80-89 MM HG

**Follow Up**

3 Months, prn



Electronically signed by ANDREA BATCHELOR , MD on 04/01/2022 at 12:12 PM CDT

Sign off status: Completed

Patient Name: Lynn, John, DOB: Account No: 79274

Family Medical Associates
26279 HIGHWAY 195
DOUBLE SPRINGS, AL 35553-8554
Tel: [illegible]
Fax: 205-489-2325

Progress Note: Andrea Batchelor, MD 03/14/2022

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

| A | B | C |
|---|---|---|
| D | E | F |
| G | H | I |
| J | K | L |
| M | N | O |
| P | Q | R |
| S | T | U |
| V | W | X |
| Y | Z | ? |

<Previous | Next > | Search | Contents | ONET NEW | Link to this page | About

CODE: **209.687-010**
Buy the DOT: **Download**

TITLE(s): **CHECKER II (clerical) alternate titles: check clerk; data clerk; proofreader; report**

checker Performs routine checking duties to ensure accuracy of recorded data: Compares information or figures on one record against same data on other records. Corrects or records omissions, errors, or inconsistencies found. Is not characteristically engaged in making computations [AUDIT CLERK (clerical); CALCULATING-MACHINE OPERATOR (clerical)] but does use arithmetic. Does not check incoming or outgoing shipments, or record or keep tallies [RECEIVING CHECKER (clerical); SHIPPING CHECKER (clerical)]. May be designated according to type of clerical work checked as Billing Checker (clerical); Entry Examiner (clerical); Installment-Account Checker (clerical). May be designated: Asset-Card Clerk (clerical); Coupon-Manifest Clerk (clerical); Outlaw-Loan-Record Clerk (clerical); Price Checker (clerical); Printed-Forms Proofreader (clerical); Typing Checker (clerical).
**GOE: 07.05.02 STRENGTH: S GED: R3 M2 L2 SVP: 4 DLU: 77**
ONET CROSSWALK: 53911 Proofreaders and Copy Markers

$20 AND UN
SKINCARE
SEPHOR
SHOP NOW ›

Cyber and defens
financial solution
for the Rocket Cit
REGIONS BANK

- Dictionary of Occupational Titles (DOT) Index
- Standard Industrial Classifications (SIC) Index
- Occupational Information Network (ONET) Index
- US Census Statistical Tables
- China Statistical Tables
- World Facts
- Quick Maps (for your web site)
- Flags of All Countries (for your web site)
- Digraphs - Internet Country Codes
- Airport Codes
- Seaport Codes
- About Climate (+ Glossary)
- Immigration Superhighway
- ITA Main Page

. Feedback

Please Add this page to your FAVORITES

URL address of this page: **https://occupationalinfo.org/20/209687010.html**

Language Translations
| Espanol | Children | Lawyers | E-mail

"Immigration Superhighway", "Immigration Central", "Immigration Assistant", "Immigration Expert", "Immigration Expert Pro" and "Immigration USA" are trademarks of Information Technology Associa

© 1995 - 2015 Photius Coutsoukis and Information Technology Associates (
Revised 26-May-03

Our advertisers use cookies to personalize ads on our web pages

ACCEPT DECLINE Details

Previous | Next | Contents | ONET | About

CODE: **209.687-010**
**Buy the DOT: Download**

TITLE(s): **CHECKER II (clerical) alternate titles: check clerk; data clerk; proofreader; report**

checker Performs routine checking duties to ensure accuracy of recorded data: Compares information or figures on one record against same data on other records. Corrects or records omissions, errors, or inconsistencies found. Is not characteristically engaged in making computations [AUDIT CLERK (clerical); CALCULATING-MACHINE OPERATOR (clerical)] but does use arithmetic. Does not check incoming or outgoing shipments, or record or keep tallies [RECEIVING CHECKER (clerical); SHIPPING CHECKER (clerical)]. May be designated according to type of clerical work checked as Billing Checker (clerical); Entry Examiner (clerical); Installment-Account Checker (clerical). May be designated: Asset-Card Clerk (clerical); Coupon-Manifest Clerk (clerical); Outlaw-Loan-Record Clerk (clerical); Price Checker (clerical); Printed-Forms Proofreader (clerical); Typing Checker (clerical).
**GOE: 07.05.02 STRENGTH: S GED: R3 M2 L2 SVP: 4 DLU: 77**
ONET CROSSWALK: 53911 Proofreaders and Copy Markers



© 1995 - 2015 Photius Coutsoukis and Information Technology Associates (All Rights Reserved). Revised 26-May-03

Our advertisers use cookies to personalize ads on our web pages

ACCEPT DECLINE Details

CODE: **245.587-010**
Buy the DOT: **Download**

TITLE(s): **DIET CLERK (medical ser.)**

Prepares dietary information for use by kitchen personnel in preparation of foods for hospital patients: Examines diet orders and menus received from hospital units and tallies portions and foods of general and soft diets. Tallies quantities of specific foods, such as vegetables and meats, to be prepared in kitchen. Marks tally on master menu to inform kitchen personnel of food requirements. Processes new diets and changes as required. May calculate diabetic diets, using calculator, and following standards established by DIETITIAN, CLINICAL (profess. & kin.) 077.127-014. May answer telephone and intercom calls and relay information to kitchen concerning meal changes, complaints, or patient discharge. May prepare and deliver formula and special nourishments to unit pantries.
**GOE: 07.05.03 STRENGTH: S GED: R3 M3 L3 SVP: 3 DLU: 86**
ONET CROSSWALK: 55347 General Office Clerks

Ad removed. Details


- Dictionary of Occupational Titles (DOT) Index
- Standard Industrial Classifications (SIC) Index
- Occupational Information Network (ONET) Index
- US Census Statistical Tables
- China Statistical Tables
- World Facts
- Quick Maps (for your web site)
- Flags of All Countries (for your web site)
- Digraphs - Internet Country Codes
- Airport Codes
- Seaport Codes
- About Climate (+ Glossary)
- Immigration Superhighway
- ITA Main Page

. Feedback

Please Add this page to your FAVORITES


URL address of this page: **https://occupationalinfo.org/24/245587010.html**

Language Translations
| Espapol | Children | Lawyers | E-mail

"Immigration Superhighway", "Immigration Central", "Immigration Assistant", "Immigration Expert", "Immigration Expert Pro" and "Immigration USA" are trademarks of Information Technology Associates.

© 1995 - 2015 Photius Coutsoukis and Information Technology Associates (
Revised 26-May-03

Ad removed. Details

CODE: **245.587-010**
**Buy the DOT: Download**

TITLE(s): **DIET CLERK (medical ser.)**

Prepares dietary information for use by kitchen personnel in preparation of foods for hospital patients: Examines diet orders and menus received from hospital units and tallies portions and foods of general and soft diets. Tallies quantities of specific foods, such as vegetables and meats, to be prepared in kitchen. Marks tally on master menu to inform kitchen personnel of food requirements. Processes new diets and changes as required. May calculate diabetic diets, using calculator, and following standards established by DIETITIAN, CLINICAL (profess. & kin.) 077.127-014. May answer telephone and intercom calls and relay information to kitchen concerning meal changes, complaints, or patient discharge. May prepare and deliver formula and special nourishments to unit pantries.
**GOE: 07.05.03 STRENGTH: S GED: R3 M3 L3 SVP: 3 DLU: 86**
ONET CROSSWALK: 55347 General Office Clerks



© 1995 - 2015 Photius Coutsoukis and Information Technology Associates (All Rights Reserved). Revised 26-May-03

Ad removed. Details

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

Office: 587 | Manager: RICHARD, LINDSAY | Case Mgr: HARRIS, CHARLES

Claimant Name: JOHN W LYNN | Claim #: 10295792

Occupation (Job Title): ELECTRICAL TL | Date Sent: 8/29/2022

Diagnosis: S59.901A Unspecified injury of right elbow, initial encounter,

Date of Disability: 2/22/2020 | Date Benefits Began: 8/22/2020

Maximum Duration: 12/19/2038 | Paid Through: 8/21/2022

Date of Denial or (DB451): 2/9/2022 | Date Appeal Received: 8/26/2022

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: CLAYTON HOMES, INC

Product: LTD | Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

Holly Brock

ER Contact Addresses (including email address):

Holly.Brock@ClaytonHomes.com

Phone No. 8653803000 | FAX No. 8657386165

Account Specific or Unique Contract Issues / Additional Info:

Claim Fiduciary Responsibility: LTD: ERISA - Lincoln Financial Group is Claim Fiduciary LTD Appeals: Follow FI ERISA Best Practices

COX & STANSBERRY

**Janet P Cox**
**Amanda Lane Stansberry**
3535 Grandview Parkway, Suite 310
Birmingham, Alabama 35243
P (205) 870-1205
Fax (205) 870-1252
amanda@coxstansberry.com

August 25, 2022

**SENT VIA U.S. MAIL AND FAX**

Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
Fax: 603-334-5995

**RE: JOHN W. LYNN, JR. - LTD APPEAL**
**CLAIM NO.: 10295792**
**EMPLOYER: CLAYTON HOMES, INC.**

Dear Sir or Madam:

Please consider this correspondence and supporting evidence as our appeal of the termination of long-term disability benefits to John Lynn. Mr. Lynn was wrongfully denied long-term disability benefits beyond August 21, 2022.

By letter dated March 1, 2022, Lincoln informed Mr. Lynn of its unsupported decision to deny LTD benefits beyond August 22, 2022. The decision to deny benefits to Mr. Lynn and basis given is in stark contrast to the bulk of the medical evidence already contained in his claim file and the opinions of his treating physician and the Social Security Administration.

Enclosed for review on this appeal are additional treatment records from Dr. Batchelor dated March 4, 2022 through June 3, 2022 and DOT job descriptions for Checker II and Diet Clerk.

**Lincoln's Determination that Mr. Lynn does not meet the Definition of Disability is Erroneous and Unreasonable.**

Lincoln's denial letter is riddled with unreasonable attempts to justify the wrongful denial of Mr. Lynn's LTD benefits. Mr. Lynn suffers from complications due to a completely displaced right elbow avulsion fracture causing complete triceps tendon disruption, requiring surgical intervention; infection and removal of infected hardware; gunshot wound to his right leg resulting in a comminuted distal one third femur fracture requiring multiple surgeries; partial tibial tubercle avulsion; ankylosis of the right knee; right thigh pain; low back pain; chronic pain; right leg weakness; sleep disorder; fatigue and anxiety. He has limited range of motion and strength, pain with sitting and standing and requires a cane for ambulation. Lincoln's assertion that he could perform all the material duties of any sedentary exertional level occupation is preposterous.

Lincoln's "rationale" for denying Mr. Lynn's claim appears to be based on a medical reviewer's opinion who found that Mr. Lynn suffers from restrictions and limitations that would exceed the requirements of a sedentary occupation. Despite Lincoln's own paid reviewer's findings that Mr. Lynn's restrictions and limitations would put him at a "less than sedentary" exertional level, Lincoln asserts that he can perform sedentary work. Mr. Lynn's treating physician also opined that his restrictions and limitations would preclude sedentary work. The Social Security Administration as well found that he would be precluded from performing even unskilled sedentary work. Nevertheless, Lincoln wrongly concluded that Mr. Lynn could perform the Material and Substantial Duties of that of a Checker II and Diet Clerk. Both of these occupations are sedentary jobs according to the enclosed DOT descriptions.

As noted by even Lincoln's paid reviewer, Mr. Lynn would be required to intermittently change from the seated position. The reviewer also noted that standing and walking would be limited to occasionally and with use of an assistive device. Lifting/carrying was also limited to carriage in one hand to allow for use of a cane. The occupational base for sedentary work erodes if a person must rotate positions more than allowed during scheduled breaks and lunch. Further, the need for an assistive device for balance would restrict the worker to one-arm work. The medical reviewer did not address the fact that Mr. Lynn would be off-task or wholly absent to an intolerable degree from any occupation due to pain and symptom exacerbation. The occupations listed in Lincoln's denial letter require that he be able to sit 6 hours out of an 8-hour workday, walk or stand 2 hours out of an 8-hour workday and lift 10 pounds at a time. Clearly the additional restrictions and limitations indicated by Lincoln's paid reviewer of intermittent position changes, use of a cane for ambulation and one-arm lift/carry would preclude all sedentary work without even taking into consideration Mr. Lynn's treating physician's restrictions and limitations or his nonexertional limitations.

Mr. Lynn's treating physician, who has no financial stake in the outcome of his claim, reached the opinion that Mr. Lynn is disabled and is unable to return to work at any exertional level. This opinion was based on numerous examinations of Mr. Lynn. The opinion of his doctor is consistent with the objective medical evidence in the file, examinations, and imaging reports. Lincoln did not examine Mr. Lynn or perform a proper vocational analysis and simply came to

the unsupported and manufactured conclusion that Mr. Lynn is not disabled. Lincoln's baseless claims that he could perform the occupations identified in the denial letter stand alone as the only findings in Mr. Lynn's file suggesting that he was not disabled and is overwhelmed by the numerous treatment records and the opinions of his treating physician, its paid reviewer and the Social Security Administration suggesting the opposite.

Lincoln failed to adequately evaluate the impact the combination of all Mr. Lynn's conditions have on his ability to perform the duties of any occupation. His medical conditions and limitations caused by them were thoroughly documented and explained in detail by Mr. Lynn and his doctor in prior communications and submissions to Lincoln. Lincoln simply rejected the records and opinions of Mr. Lynn's treating physician, copious exam reports and imaging reports that substantiated Mr. Lynn's claim for long-term disability. Mr. Lynn's concentration, persistence and pace is so severely limited by pain, fatigue, limited mobility and expected side effects from his prescribed medications that he is unable to perform any work at any exertional level on a full-time basis. Undoubtedly, a return to work in any capacity would increase Mr. Lynn's pain and fatigue, requiring additional rest, medication and treatment which would lead to the inability to maintain an acceptable absentee rate. Accordingly, Lincoln's decision to terminate disability benefits was substantively unreasonable.

In addition to the extensive documentation of Mr. Lynn's conditions already provided to Lincoln, enclosed for review are supplementary records and evidence that support additional restrictions and limitations on Mr. Lynn's abilities. Lincoln must adequately consider both the exertional and nonexertional limitations of ***all*** Mr. Lynn's conditions and it failed to do so in the previous review.

In conclusion, Lincoln's decision to terminate Mr. Lynn's claim was arbitrary and capricious. As the records clearly indicate, in addition to the primary symptoms and limitations from his elbow, leg and back issues - pain, fatigue, limited range of motion, side effects from medication and frequency of required treatment for his conditions also interfere with his ability to maintain employment in any capacity and Mr. Lynn's benefits should be reinstated.

Sincerely,

Amanda L. Stansberry

Enclosures

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z ?

<Previous | Next > | Search | Contents | ONET NEW | Link to this page | About

Like 0

CODE: **245.587-010**
**Buy the DOT: Download**

TITLE(s): **DIET CLERK (medical ser.)**

Prepares dietary information for use by kitchen personnel in preparation of foods for hospital patients: Examines diet orders and menus received from hospital units and tallies portions and foods of general and soft diets. Tallies quantities of specific foods, such as vegetables and meats, to be prepared in kitchen. Marks tally on master menu to inform kitchen personnel of food requirements. Processes new diets and changes as required. May calculate diabetic diets, using calculator, and following standards established by DIETITIAN, CLINICAL (profess. & kin.) 077.127-014. May answer telephone and intercom calls and relay information to kitchen concerning meal changes, complaints, or patient discharge. May prepare and deliver formula and special nourishments to unit pantries.
**GOE: 07.05.03 STRENGTH: S GED: R3 M3 L3 SVP: 3 DLU: 86**
ONET CROSSWALK: 55347 General Office Clerks

Ad removed. Details

- Dictionary of Occupational Titles (DOT) Index
- Standard Industrial Classifications (SIC) Index
- Occupational Information Network (ONET) Index
- US Census Statistical Tables
- China Statistical Tables
- World Facts
- Quick Maps (for your web site)
- Flags of All Countries (for your web site)
- Digraphs - Internet Country Codes
- Airport Codes
- Seaport Codes
- About Climate (+ Glossary)
- Immigration Superhighway
- ITA Main Page

. Feedback

Please Add this page to your FAVORITES

URL address of this page: **https://occupationalinfo.org/24/245587010.html**

Language Translations
| | Espanol | Children | Lawyers | E-mail

"Immigration Superhighway", "Immigration Central", "Immigration Assistant", "Immigration Expert", "Immigration Expert Pro" and "Immigration USA" are trademarks of Information Technology Associates.

© 1995 - 2015 Photius Coutsoukis and Information Technology Associates (
Revised 26-May-03

Our advertisers use cookies to personalize ads on our web pages.

Ad removed. Details

CODE: **245.587-010**
**Buy the DOT: Download**

TITLE(s): **DIET CLERK (medical ser.)**

Prepares dietary information for use by kitchen personnel in preparation of foods for hospital patients: Examines diet orders and menus received from hospital units and tallies portions and foods of general and soft diets. Tallies quantities of specific foods, such as vegetables and meats, to be prepared in kitchen. Marks tally on master menu to inform kitchen personnel of food requirements. Processes new diets and changes as required. May calculate diabetic diets, using calculator, and following standards established by DIETITIAN, CLINICAL (profess. & kin.) 077.127-014. May answer telephone and intercom calls and relay information to kitchen concerning meal changes, complaints, or patient discharge. May prepare and deliver formula and special nourishments to unit pantries.
**GOE: 07.05.03 STRENGTH: S GED: R3 M3 L3 SVP: 3 DLU: 86**
ONET CROSSWALK: 55347 General Office Clerks



© 1995 - 2015 Photius Coutsoukis and Information Technology Associates (All Rights Reserved). Revised 26-May-03

×
Our advertisers use cookies to personalize ads on our web pages.

Ad removed. Details

| | | |
|---|---|---|
| A | B | C |
| D | E | F |
| G | H | I |
| J | K | L |
| M | N | O |
| P | Q | R |
| S | T | U |
| V | W | X |
| Y | Z | ? |

‹Previous | Next › | Search | Contents | ONET NEW | Link to this page | About

CODE: **209.687-010**
**Buy the DOT: Download**

TITLE(s): **CHECKER II (clerical) alternate titles: check clerk; data clerk; proofreader; report**

checker Performs routine checking duties to ensure accuracy of recorded data: Compares information or figures on one record against same data on other records. Corrects or records omissions, errors, or inconsistencies found. Is not characteristically engaged in making computations [AUDIT CLERK (clerical); CALCULATING-MACHINE OPERATOR (clerical)] but does use arithmetic. Does not check incoming or outgoing shipments, or record or keep tallies [RECEIVING CHECKER (clerical); SHIPPING CHECKER (clerical)]. May be designated according to type of clerical work checked as Billing Checker (clerical); Entry Examiner (clerical); Installment-Account Checker (clerical). May be designated: Asset-Card Clerk (clerical); Coupon-Manifest Clerk (clerical); Outlaw-Loan-Record Clerk (clerical); Price Checker (clerical); Printed-Forms Proofreader (clerical); Typing Checker (clerical).
**GOE: 07.05.02 STRENGTH: S GED: R3 M2 L2 SVP: 4 DLU: 77**
ONET CROSSWALK: 53911 Proofreaders and Copy Markers






- Dictionary of Occupational Titles (DOT) Index
- Standard Industrial Classifications (SIC) Index
- Occupational Information Network (ONET) Index
- US Census Statistical Tables
- China Statistical Tables
- World Facts
- Quick Maps (for your web site)
- Flags of All Countries (for your web site)
- Digraphs - Internet Country Codes
- Airport Codes
- Seaport Codes
- About Climate (+ Glossary)
- Immigration Superhighway
- ITA Main Page

. Feedback

Please Add this page to your FAVORITES

URL address of this page: **https://occupationalinfo.org/20/209687010.html**

Language Translations
| | Espanol | Children | Lawyers | E-mail

"Immigration Superhighway", "Immigration Central", "Immigration Assistant", "Immigration Expert", "Immigration Expert Pro" and "Immigration USA" are trademarks of Information Technology Associa

© 1995 - 2015 Photius Coutsoukis and Information Technology Associates (
Revised 26-May-03

Our advertisers use cookies to personalize ads on our web pages.
ACCEPT DECLINE Details

Previous | Next | Contents | ONET | About

CODE: **209.687-010**
**Buy the DOT: Download**

TITLE(s): **CHECKER II (clerical) alternate titles: check clerk; data clerk; proofreader; report**

checker Performs routine checking duties to ensure accuracy of recorded data: Compares information or figures on one record against same data on other records. Corrects or records omissions, errors, or inconsistencies found. Is not characteristically engaged in making computations [AUDIT CLERK (clerical); CALCULATING-MACHINE OPERATOR (clerical)] but does use arithmetic. Does not check incoming or outgoing shipments, or record or keep tallies [RECEIVING CHECKER (clerical); SHIPPING CHECKER (clerical)]. May be designated according to type of clerical work checked as Billing Checker (clerical); Entry Examiner (clerical); Installment-Account Checker (clerical). May be designated: Asset-Card Clerk (clerical); Coupon-Manifest Clerk (clerical); Outlaw-Loan-Record Clerk (clerical); Price Checker (clerical); Printed-Forms Proofreader (clerical); Typing Checker (clerical).
**GOE: 07.05.02 STRENGTH: S GED: R3 M2 L2 SVP: 4 DLU: 77**
ONET CROSSWALK: 53911 Proofreaders and Copy Markers



© 1995 - 2015 Photius Coutsoukis and Information Technology Associates (All Rights Reserved). Revised 26-May-03

×
Our advertisers use cookies to personalize ads on our web pages.
ACCEPT DECLINE Details

Jul-06-2022 03:13:02Faxing Multiple Encounters2058701252Ergle,MillieFamily Medical Associates WestFamily Medical Associates West205-489-3322205-489-332511This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.

**Lynn, John**
50 Y old Male, DOB:
Account Number: 79274

Home:
Guarantor: Lynn, John Insurance: BCBS ALABAMA Payer ID: [illegible]
PCP: ANDREA M BATCHELOR Referring: ANDREA M BATCHELOR
Appointment Facility: Family Medical Associates West

06/03/2022 Progress Notes: BRITTANY TUBBS

**Current Medications**

Unknown

- NexIUM 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- KlonoPIN 1 MG Tablet 0.5 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet as needed Orally twice a day
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Percocet 7.5-325 MG Tablet take 1 tablet Orally twice a day
- Amoxicillin 500 MG Capsule 1 capsule Orally Twice a day

Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.
Sleep disorder.

**Surgical History**

Vasectomy 2003
right elbow 2/27/2020
right elbow 3/30/2020
gun shot to thigh 2020
Rt knee and tibia Aug. 2020

**Family History**

Father: alive
Mother: alive
1 brother(s) , 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker.
NON SMOKER.

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection
gun shot to thigh
Rt knee and tibia

**Reason for Appointment**

1. Pt is here for medication refills// Pt also says that recently after he gets home and eats supper he crashes and feels like he cant stay awake once he gets home// Pts right ear is bothering him, feels like he can feel his pulse in it sometimes and has sinus pressure
2. RX: Gateway
3. AH

**History of Present Illness**

hpi:

The patient is a 50 year old male with follow up of insomnia, chronic back pain, and, anxiety who presents to the clinic for medication refills. Klonopin helps with anxiety. Adderall helps him stay focused. He complains of low back pain. Walking long periods of time makes his pain worse. His pain is 5-6/10 currently. He also complains of being tired more frequently the last couple of months. He also complains of sinus congestion, sore throat, and right ear pain for 2 weeks.

**Vital Signs**

BP **135/95 mm Hg**, Ht 65.5 in, Wt **139.6 lbs**, BMI **22.87 Index**, Temp **98.1** F, HR **81 /min**, RR **20 /min**, Oxygen sat % **95**
recheck 133/87.

**Examination**

General Examination:

in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. EARS: right ear tympanic membrane dull, left ear tympanic membrane clear. NOSE mild congestion. ORAL CAVITY: moist mucosa. THROAT no exudate, clear. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK: lumbar spinal tenderness. EXTREMITIES: no edema. MUSCULOSKELETAL: ambulates with a cane. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Low back pain, unspecified - M54.50 (Primary)
2. Other fatigue - R53.83
3. Sinusitis - J32.9
4. Pharyngitis - J02.9
5. Right ear pain - H92.01
6. BMI 27.0-27.9,adult - Z68.27
7. Nonsmoker - Z78.9

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.

ENT:
Decreased hearing denies. Sore throat admits. Swollen glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies.

Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:
Painful joints **admits**. Weakness denies.

Skin:
Dry skin denies. Itching denies. Rash denies.

Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Treatment**

**1. Others**

Continue Sucralfate Tablet, 1 GM, 1 tablet, Orally, Three times daily, 30 days, 90, Refills 2
Continue NexIUM Capsule Delayed Release, 40 MG, 1 capsule, Orally, Once a day, 30 days, 30 Capsule, Refills 2
Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet as needed, Orally, twice a day, 30 days, 60 Tablet, Refills 2
Continue KlonoPIN Tablet, 1 MG, 0.5 tablet, orally, every morning, 1 tablet mid day and 1 tablet at bedtime as directed, 90 days, 225, Refills 0
Continue Percocet Tablet, 7.5-325 MG, take 1 tablet, Orally, twice a day, 30 days, 60, Refills 0
Continue Adderall Tablet, 10 MG, 0.5 tablet in the am, Orally, 1 tablet at lunch, and 1 tablet in the evening, 30 days, 75, Refills 0
Continue Azithromycin Tablet, 250 MG, 2 tablets on the first day, then 1 tablet daily for 4 days, Orally, Once a day, 5 day(s), 6, Refills 0
Clinical Notes: I obtained CBC, CMP, TSH/T4, testosterone level, and vitamin B12 level today. WBC 4.8, HGB 16.2, HCT 48.5, and PLTs 218. I will give azithromycin for acute sinusitis. I consulted with Dr. Batchelor about refilling Percocet, Adderall, and Klonopin, and after looking him up in the PDMP, Dr. Batchelor refilled these medications today. I will also refill his maintenance medications today.
Whitney Dyer, CRNP.

Labs

Lab: COMPREHENSIVE METABOLIC PANEL

| | Value | Reference Range |
|---|---|---|
| GLUCOSE | 84 | 65-99 - mg/dL |
| UREA NITROGEN (BUN) | 14 | 7-25 - mg/dL |
| CREATININE | 0.96 | 0.70-1.33 - mg/dL |
| eGFR NON-AFR. AMERICAN | 92 | > OR = 60 - mL/min/1.73m2 |
| eGFR AFRICAN AMERICAN | 106 | > OR = 60 - mL/min/1.73m2 |
| BUN/CREATININE RATIO | NOT APPLICABLE | 6-22 - (calc) |
| SODIUM | 140 | 135-146 - mmol/L |
| POTASSIUM | 3.9 | 3.5-5.3 - mmol/L |
| CHLORIDE | 103 | 98-110 - mmol/L |
| CARBON DIOXIDE | 30 | 20-32 - mmol/L |
| CALCIUM | 9.1 | 8.6-10.3 - mg/dL |
| PROTEIN, TOTAL | 6.9 | 6.1-8.1 - g/dL |
| ALBUMIN | 4.6 | 3.6-5.1 - g/dL |
| GLOBULIN | 2.3 | 1.9-3.7 - g/dL (calc) |
| ALBUMIN/GLOBULIN RATIO | 2.0 | 1.0-2.5 - (calc) |
| BILIRUBIN, TOTAL | 0.6 | 0.2-1.2 - mg/dL |
| ALKALINE PHOSPHATASE | 86 | 35-144 - U/L |
| AST | 11 | 10-35 - U/L |
| ALT | 12 | 9-46 - U/L |

TUBBS,BRITTANY 6/6/2022 10:42:40 AM > Sent to W. Dyer, CRNP
Dyer,Whitney 6/6/2022 12:45:03 PM > reviewed

Lab: Testosterone

| | Value | Reference Range |
|---|---|---|
| Testosterone | 326.0 | 199 - 1586 - ng/dl |

TUBBS,BRITTANY 6/6/2022 10:42:40 AM > Sent to W. Dyer, CRNP
Dyer,Whitney 6/6/2022 12:44:01 PM > reviewed

Lab: TSH,T4

| | Value | Reference Range |
|---|---|---|
| Total T4 | 6.9 | 4.0 - 11.0 - ug/dl |
| TSH | 0.8 | 0.5 - 5.8 - mIU/L |

TUBBS,BRITTANY 6/6/2022 10:42:40 AM > Sent to W. Dyer, CRNP
Dyer,Whitney 6/6/2022 12:43:41 PM > reviewed

Lab: CBC-Med

**Preventive Medicine**

Counseling: BP Management PHYSICAL ACTIVITY RECOMMENDATION: Giving encouragement to exercise, PHYSICAL ACTIVITY RECOMMENDATION: Exercises education, guidance, and couneling, DIETARY RECOMMENDATIONS: Dietary management education, guidance, and counseling. Tobacco use: Patient not counseled: Patient not eligible, Patient not counseled: Patient not eligible. BMI Care goal follow-up plan BMI management provided Yes, BMI management provided Yes, Above Normal BMI Follow-up Giving encouragement to exercise. Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise, Discussed the benefits of any exercise for overall health and well-being, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Procedure Codes**

84443 TSH-ASSAY THYROID STIM HORMONE
84436 ASSAY OF TOTAL THYROXINE
84403 ASSAY OF TOTAL TESTOSTERONE
85025 CBC
80053 COMPREHEN METABOLIC PANEL
G8417 BMI >=30 CALCUATE W/FOLLOWUP
3075F SYST BP 130 - 139MM HG
3080F DIAST BP 90+ MM HG

**Follow Up**

4 Weeks, prn



Electronically signed by RAMESH REDDY , MD on 06/27/2022 at

**Progress Note: BRITTANY TUBBS 06/03/2022**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Lynn, John**
50 Y old Male, DOB:
Account Number: 79274

Home:
Guarantor: Lynn, John Insurance: BCBS ALABAMA Payer ID: SB510
Referring: ANDREA M BATCHELOR
Appointment Facility: Family Medical Associates

03/14/2022 Progress Notes: Andrea Batchelor, MD

**Current Medications**

Taking

- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- NexIUM 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet as needed Orally twice a day
- KlonoPIN 1 MG Tablet 0.5 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Percocet 7.5-325 MG Tablet take 1 tablet Orally twice a day
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening

Not-Taking

- Amoxicillin 500 MG Capsule 1 capsule Orally Twice a day

Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.
Sleep disorder.

**Surgical History**

Vasectomy 2003
right elbow 2/27/2020
right elbow 3/30/2020
gun shot to thigh 2020
Rt knee and tibia Aug. 2020

**Family History**

Father: alive
Mother: alive
1 brother(s). 1 son(s), 1 daughter(s).

**Social History**

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker.
NON SMOKER.

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection
gun shot to thigh
Rt knee and tibia

**Reason for Appointment**

1. Refills
2. GATEWAY
3. MJ

**History of Present Illness**

hpi:

The patient is a 50 year old male with PMH of hiatal hernia with GERD, sleep disorder, and chronic pain who presents to clinic for medication refills and with complaint of blisters under his arms intermittently since his last visit. The blisters had pus in them and wear painful. He quit wearing deoderant for a while. He took azithromycin 3 weeks ago because he had a golf-ball sized knot under his right arm. The knot when down after taking azithromycin. Carafate and Nexium controls his reflux. If he misses a dose of either medication, he has reflux. Adderall helps him stay away during the day, and Klonopin helps calm his racing thoughts at night. He complains of chronic pain in his lower back and right leg. Walking more than 100 yards makes his back pain worse. Weather changes makes his right leg pain worse. He still has weakness in his right knee and numbness in his right foot. If he makes a wrong step, he is unable to do anything for the rest of the day. He can only stand for 30 minutes at a time due to his pain. He can only sit for 30-40 minutes at a time due to his pain. He drove to Florida to see his grandchild, and he had to stop every 30-40 minutes to get out and walk. He has to lay down during the day for 15 minutes 2-3 times per day to take the pressure off his back and to help get feeling back in his right foot. His pain is 5-6/10 currently.

**Vital Signs**

**BP 121/82 mm Hg**, Ht 65.5 in, Wt **138 lbs**, BMI **22.61 Index**, Temp **98.7 F**, HR **76 /min**, RR **20 /min**, Oxygen sat % **94**.

**Examination**

General Examination:

in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. NECK/THYROID: neck supple. SKIN:
Pea sized lymph node palpable in right axilla.
. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK:
Lumbar spinal tenderness
. MUSCULOSKELETAL:
Decreased range of motion in his right knee, unable to fully extend right knee in a seated position, only to extend right knee to 45 degrees from a flexed position, 4/5 strength in right lower extremity distally, 5/5 strength in right upper extremity proximally and left lower extremity proximally and distally, ambulates with a cane, normal range of motion at right ankle.
. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Axillary lymphadenitis - I88.9 (Primary)
2. GERD without esophagitis - K21.9
3. Low back pain, unspecified - M54.50
4. Pain in right knee - M25.561
5. Other chronic pain - G89.29
6. Right leg weakness - R29.898
7. Sleep disorder - G47.9
8. Anxiety - F41.9
9. Other general symptoms and signs - R68.89
10. Body mass index (BMI) 22.0-22.9, adult - Z68.22

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.

ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies.

Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:
Painful joints **admits**.
Weakness **admits**.

Skin:
Dry skin denies. Itching denies. Rash denies.

Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Treatment**

**1. Others**

Continue NexIUM Capsule Delayed Release, 40 MG, 1 capsule, Orally, Once a day, 30 days, 30 Capsule, Refills 2
Continue KlonoPIN Tablet, 1 MG, 0.5 tablet, orally, every morning, 1 tablet mid day and 1 tablet at bedtime as directed, 90 days, 225, Refills 0
Continue Percocet Tablet, 7.5-325 MG, take 1 tablet, Orally, twice a day, 30 days, 60, Refills 0
Continue Adderall Tablet, 10 MG, 0.5 tablet in the am, Orally, 1 tablet at lunch, and 1 tablet in the evening, 30 days, 75, Refills 0
Notes:

The patient has had some axillary lymphadenitis, which has improved after treatment with antibiotics. I will monitor at this time. I will continue Nexium for GERD to control his symptoms. I looked the patient up in the PDMP. I will continue Percocet for chronic pain. He is unable to work at this time because he is unable to sit or stand for more than 30 minutes at a time. He also has to change positions frequently. He does require to lie down during the day to help with his pain. He is still ambulating with a cane due to weakness in his right leg. I will continue Adderall for sleep disorder and Klonopin for anxiety..

**Preventive Medicine**

Counseling: BP Management PHYSICAL ACTIVITY RECOMMENDATION: Giving encouragement to exercise, DIETARY RECOMMENDATIONS: Dietary management education, guidance, and counseling, PHYSICAL ACTIVITY RECOMMENDATION: Exercises education, guidance, and couneling. Tobacco use: Patient not counseled: Patient not eligible. Patient not counseled: Patient not eligible. BMI Care goal follow-up plan BMI management provided Yes, Above Normal BMI Follow-up Giving encouragement to exercise, BMI management provided Yes. Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise. Discussed the benefits of any exercise for overall health and well-being, diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Procedure Codes**

G8420 BMI <30 AND >=22 CALC & DOCU
3074F SYST BP < 130 MM HG
3079F DIAST BP 80-89 MM HG

**Follow Up**

3 Months, prn



Electronically signed by ANDREA BATCHELOR, MD on 04/01/2022 at 12:12 PM CDT

Sign off status: Completed

Family Medical Associates
26279 HIGHWAY 195
DOUBLE SPRINGS, AL 35553-2554
Tel: 205-489-3324
Fax: 205-489-3325

**Progress Note: Andrea Batchelor, MD 03/14/2022**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**From:** DoNotReply@lfg.com
**Sent:** Wed, 22 Jul 2020 14:56:50 +0000
**To:**
Alisa.Prince@ClaytonHomes.com;jessica.moore@claytonhomes.com;Manning.Borden@claytonhomes.com;Rebecca.Kanaday@SEHomes.com;Valerie.Jones@ClaytonHomes.com
**Subject:** Claim #10295792, JOHN LYNN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 2/22/2020. The claim has been approved through 8/21/2022. The case manager for this claim is Charles Harris. The claim number is 10295792.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Wed, 22 Jul 2020 14:56:50 +0000
**To:**
Alisa.Prince@ClaytonHomes.com;jessica.moore@claytonhomes.com;Manning.Borden@claytonhomes.com;Rebecca.Kanaday@SEHomes.com;Valerie.Jones@ClaytonHomes.com
**Subject:** Claim #10295792, JOHN LYNN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 2/22/2020. The claim has been approved through 8/21/2022. The case manager for this claim is Charles Harris. The claim number is 10295792.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Wed, 22 Jul 2020 14:56:50 +0000
**To:**
Alisa.Prince@ClaytonHomes.com;jessica.moore@claytonhomes.com;Manning.Borden@claytonhomes.com;Rebecca.Kanaday@SEHomes.com;Valerie.Jones@ClaytonHomes.com
**Subject:** Claim #10295792, JOHN LYNN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 2/22/2020. The claim has been approved through 8/21/2022. The case manager for this claim is Charles Harris. The claim number is 10295792.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Wed, 22 Jul 2020 14:56:50 +0000
**To:**
Alisa.Prince@ClaytonHomes.com;jessica.moore@claytonhomes.com;Manning.Borden@claytonhomes.com;Rebecca.Kanaday@SEHomes.com;Valerie.Jones@ClaytonHomes.com
**Subject:** Claim #10295792, JOHN LYNN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 2/22/2020. The claim has been approved through 8/21/2022. The case manager for this claim is Charles Harris. The claim number is 10295792.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. JOHN LYNN JR

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

July 23, 2020

Mr. John W. Lynn Jr

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792

Dear Mr. John Lynn Jr:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Clayton Homes, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

*"**Disability**" or "**Disabled**" means:*

*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

*Applicable to Class 4A, 4B:*

*a. if the Covered Person is eligible for the Maximum Own Occupation benefit, "**Disability**" or "**Disabled**" means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*

*Applicable to Class 1, 2A, 2B, 3A, 3B:*

*b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "**Disability**" or "**Disabled**" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

   ***"Disability"*** *or* ***"Disabled"*** *means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is February 22, 2020 and your benefits begin on August 22, 2020. Benefit payment will be sent under separate cover.

The Policy provides benefits at 50% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We ask that you complete the forms indicated below and return them to our office by September 4, 2020.

X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
X Direct Deposit Application
X Family Information Questionnaire

_X_ SS Reimbursement Agreement
_X_ Training Education Experience
___ Other

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Lincoln Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Michael Harris
Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13926
Secure Fax No.: (603) 334-5995

Attachments: Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Direct Deposit Application
Family Information Questionnaire
SS Reimbursement Agreement
Training Education Experience

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________

Date of Birth: ________________ Claim Number: 10295792 Date: ______________________

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

**Return To:** Charles Harris

EMPLOYEE/CLAIMANT NAME: John Lynn
CLAIM NO: 10295792
EMPLOYER/SPONSOR: Clayton Homes, Inc DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 02/01/2020 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: ______________________________________ DATE: ___________________________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

**Return to:** Charles Harris

**EMPLOYEE/CLAIMANT NAME:** John Lynn **CLAIM #:** 10295792
**EMPLOYER:** Clayton Homes, Inc **DATE OF BIRTH:**_________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ________ | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:**____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

**Return To:** Charles Harris

EMPLOYEE/CLAIMANT NAME: John Lynn
CLAIM NO: 10295792
EMPLOYER/SPONSOR: Clayton Homes, Inc DATE OF BIRTH: ______

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ______
**ADDRESS:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ______

**9 DIGIT ABA ROUTING NUMBER:** ______ **BANK ADDRESS:** ______

**YOUR ACCOUNT NUMBER:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ______

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ______ Date: ______

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

**Return to:** Charles Harris

EMPLOYEE/CLAIMANT NAME: John Lynn
CLAIM NO: 10295792
EMPLOYER/SPONSOR: Clayton Homes, Inc DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ______ DOB: ______

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ______ No: ______
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________ Date: ______________

**LINCOLN FINANCIAL GROUP**
**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** John Lynn **Date of Birth:** ____________

**Employer:** Clayton Homes, Inc **Policy/Plan Sponsor No.** 05 - 291250

**A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.**
4) **I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.**
6) **I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits will be estimated if:**

1) **I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ______________________________

**(Address)** ______________________________

**(Date)** ______________________________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

EMPLOYEE/CLAIMANT NAME: John Lynn
CLAIM NO: 10295792
EMPLOYER/SPONSOR: Clayton Homes, Inc DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Primary language spoken: ________ Other language(s) spoken fluently: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

3. Company: ____________ Department: ____________ From: ________ To: ________
Job Title(s): ____________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________

4. Company: ____________ Department: ____________ From: ________ To: ________
Job Title(s): ____________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________

5. Company: ____________ Department: ____________ From: ________ To: ________
Job Title(s): ____________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ____________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________ Work: ____________

**SIGNATURE:** ____________ **PHONE NO: (      )** ____________

# FAX

**From:** Amanda Stansberry - Cox and Stansberry, LLC
**Return Fax:** (833)583-4357
**Attention To:** Lincoln
**Regarding:** John Lynn LTD Appeal

John Lynn LTD Appeal
Claim No. 10295792
Clayton Homes, Inc.

Your prompt attention this matter is appreciated.

Thank you!

DISCLAIMER:
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

COX & STANSBERRY

**Janet P Cox**
**Amanda Lane Stansberry**
3535 Grandview Parkway, Suite 310
Birmingham, Alabama 35243
P (205) 870-1205
Fax (205) 870-1252
amanda@coxstansberry.com

August 25, 2022

**SENT VIA U.S. MAIL AND FAX**

Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
Fax: 603-334-5995

**RE: JOHN W. LYNN, JR. - LTD APPEAL**
**CLAIM NO.: 10295792**
**EMPLOYER: CLAYTON HOMES, INC.**

Dear Sir or Madam:

Please consider this correspondence and supporting evidence as our appeal of the termination of long-term disability benefits to John Lynn. Mr. Lynn was wrongfully denied long-term disability benefits beyond August 21, 2022.

By letter dated March 1, 2022, Lincoln informed Mr. Lynn of its unsupported decision to deny LTD benefits beyond August 22, 2022. The decision to deny benefits to Mr. Lynn and basis given is in stark contrast to the bulk of the medical evidence already contained in his claim file and the opinions of his treating physician and the Social Security Administration.

Enclosed for review on this appeal are additional treatment records from Dr. Batchelor dated March 4, 2022 through June 3, 2022 and DOT job descriptions for Checker II and Diet Clerk.

**Lincoln's Determination that Mr. Lynn does not meet the Definition of Disability is Erroneous and Unreasonable.**

Lincoln's denial letter is riddled with unreasonable attempts to justify the wrongful denial of Mr. Lynn's LTD benefits. Mr. Lynn suffers from complications due to a completely displaced right elbow avulsion fracture causing complete triceps tendon disruption, requiring surgical intervention; infection and removal of infected hardware; gunshot wound to his right leg resulting in a comminuted distal one third femur fracture requiring multiple surgeries; partial tibial tubercle avulsion; ankylosis of the right knee; right thigh pain; low back pain; chronic pain; right leg weakness; sleep disorder; fatigue and anxiety. He has limited range of motion and strength, pain with sitting and standing and requires a cane for ambulation. Lincoln's assertion that he could perform all the material duties of any sedentary exertional level occupation is preposterous.

Lincoln's "rationale" for denying Mr. Lynn's claim appears to be based on a medical reviewer's opinion who found that Mr. Lynn suffers from restrictions and limitations that would exceed the requirements of a sedentary occupation. Despite Lincoln's own paid reviewer's findings that Mr. Lynn's restrictions and limitations would put him at a "less than sedentary" exertional level, Lincoln asserts that he can perform sedentary work. Mr. Lynn's treating physician also opined that his restrictions and limitations would preclude sedentary work. The Social Security Administration as well found that he would be precluded from performing even unskilled sedentary work. Nevertheless, Lincoln wrongly concluded that Mr. Lynn could perform the Material and Substantial Duties of that of a Checker II and Diet Clerk. Both of these occupations are sedentary jobs according to the enclosed DOT descriptions.

As noted by even Lincoln's paid reviewer, Mr. Lynn would be required to intermittently change from the seated position. The reviewer also noted that standing and walking would be limited to occasionally and with use of an assistive device. Lifting/carrying was also limited to carriage in one hand to allow for use of a cane. The occupational base for sedentary work erodes if a person must rotate positions more than allowed during scheduled breaks and lunch. Further, the need for an assistive device for balance would restrict the worker to one-arm work. The medical reviewer did not address the fact that Mr. Lynn would be off-task or wholly absent to an intolerable degree from any occupation due to pain and symptom exacerbation. The occupations listed in Lincoln's denial letter require that he be able to sit 6 hours out of an 8-hour workday, walk or stand 2 hours out of an 8-hour workday and lift 10 pounds at a time. Clearly the additional restrictions and limitations indicated by Lincoln's paid reviewer of intermittent position changes, use of a cane for ambulation and one-arm lift/carry would preclude all sedentary work without even taking into consideration Mr. Lynn's treating physician's restrictions and limitations or his nonexertional limitations.

Mr. Lynn's treating physician, who has no financial stake in the outcome of his claim, reached the opinion that Mr. Lynn is disabled and is unable to return to work at any exertional level. This opinion was based on numerous examinations of Mr. Lynn. The opinion of his doctor is consistent with the objective medical evidence in the file, examinations, and imaging reports. Lincoln did not examine Mr. Lynn or perform a proper vocational analysis and simply came to

the unsupported and manufactured conclusion that Mr. Lynn is not disabled. Lincoln's baseless claims that he could perform the occupations identified in the denial letter stand alone as the only findings in Mr. Lynn's file suggesting that he was not disabled and is overwhelmed by the numerous treatment records and the opinions of his treating physician, its paid reviewer and the Social Security Administration suggesting the opposite.

Lincoln failed to adequately evaluate the impact the combination of all Mr. Lynn's conditions have on his ability to perform the duties of any occupation. His medical conditions and limitations caused by them were thoroughly documented and explained in detail by Mr. Lynn and his doctor in prior communications and submissions to Lincoln. Lincoln simply rejected the records and opinions of Mr. Lynn's treating physician, copious exam reports and imaging reports that substantiated Mr. Lynn's claim for long-term disability. Mr. Lynn's concentration, persistence and pace is so severely limited by pain, fatigue, limited mobility and expected side effects from his prescribed medications that he is unable to perform any work at any exertional level on a full-time basis. Undoubtedly, a return to work in any capacity would increase Mr. Lynn's pain and fatigue, requiring additional rest, medication and treatment which would lead to the inability to maintain an acceptable absentee rate. Accordingly, Lincoln's decision to terminate disability benefits was substantively unreasonable.

In addition to the extensive documentation of Mr. Lynn's conditions already provided to Lincoln, enclosed for review are supplementary records and evidence that support additional restrictions and limitations on Mr. Lynn's abilities. Lincoln must adequately consider both the exertional and nonexertional limitations of ***all*** Mr. Lynn's conditions and it failed to do so in the previous review.

In conclusion, Lincoln's decision to terminate Mr. Lynn's claim was arbitrary and capricious. As the records clearly indicate, in addition to the primary symptoms and limitations from his elbow, leg and back issues - pain, fatigue, limited range of motion, side effects from medication and frequency of required treatment for his conditions also interfere with his ability to maintain employment in any capacity and Mr. Lynn's benefits should be reinstated.

Sincerely,

Amanda L. Stansberry

Enclosures

**From:** DoNotReply@lfg.com
**Sent:** Wed, 22 Jul 2020 14:56:50 +0000
**To:**
Alisa.Prince@ClaytonHomes.com;jessica.moore@claytonhomes.com;Manning.Borden@claytonhomes.com;Rebecca.Kanaday@SEHomes.com;Valerie.Jones@ClaytonHomes.com
**Subject:** Claim #10295792, JOHN LYNN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 2/22/2020. The claim has been approved through 8/21/2022. The case manager for this claim is Charles Harris. The claim number is 10295792.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Fri, 11 Jun 2021 14:49:06 +0000
**To:**
Alisa.Prince@ClaytonHomes.com;jessica.moore@claytonhomes.com;Manning.Borden@claytonhomes.com;Rebecca.Kanaday@SEHomes.com;Valerie.Jones@ClaytonHomes.com
**Subject:** Claim #10295792, JOHN LYNN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 2/22/2020. The claim has been approved through 5/21/2021. As of 5/22/2021 this claim is closed. The case manager for this claim is Charles Harris. The claim number is 10295792.

If you have further questions, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Fri, 11 Jun 2021 14:49:06 +0000
**To:**
Alisa.Prince@ClaytonHomes.com;jessica.moore@claytonhomes.com;Manning.Borden@claytonhomes.com;Rebecca.Kanaday@SEHomes.com;Valerie.Jones@ClaytonHomes.com
**Subject:** Claim #10295792, JOHN LYNN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 2/22/2020. The claim has been approved through 5/21/2021. As of 5/22/2021 this claim is closed. The case manager for this claim is Charles Harris. The claim number is 10295792.

If you have further questions, please call Lincoln Financial Group at (800) 291-0112.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. JOHN LYNN JR

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

March 1, 2022

Mr. John W. Lynn Jr

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792

Dear Mr. John Lynn Jr:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Clayton Homes, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.
We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond August 21, 2022. Clayton Homes, Inc' LTD Policy requires that to receive benefits you must meet the following definition of disability:

***"Disability" or "Disabled"** means:*

*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

*Applicable to Class 4A, 4B:*

*a. if the Covered Person is eligible for the Maximum Own Occupation benefit, **"Disability"** or **"Disabled"** means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*

*Applicable to Class 1, 2A, 2B, 3A, 3B:*

*b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, **"Disability"** or **"Disabled"** means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

> ***"Disability"** or **"Disabled"** means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

***"Any Occupation"** means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

You have been receiving LTD benefits for your disability since August 22, 2020.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for a right elbow injury and a right leg injury and your claim file contains the following medical documentation:

Office visit notes, test results, treatment plans, operative reports and hospital records from November 16, 2015, through December 14, 2021, with Dr. Andrea Batchelor, Dr. Kendall Vague, Dr. David Griffin and Huntsville Hospital System.

In order to determine your current level of functionality, your file was referred for a medical review by a consulting physician Board Certified in Physical Medicine & Rehabilitation. As part of this review the consulting physician also attempted to contact Dr. Batchelor. Based on all the information on file, the reviewing physician opined the following:

With regards to contact attempts with Dr. Batchelor the consulting physician documented the following:

*On January 27, 2022, a copy of this report was sent to Dr. Batchelor for review. We asked that Dr. Batchelor provide any comments that she wishes to be considered and to detail any specific areas which she disagrees with, with medical documentation to support her position.*

*We received a response from Dr. Batcehlor dated January 28, 2022. Dr. Batcehlor signed the document with no comments or changes added.*

*On February 2, 2022, we spoke with you about this review. You disagreed with the review and said you would follow up with Dr. Batcehlor to discuss it further.*

*On February 3, 2022, Dr. Batcehlor provided a different response and noted that you are now only able to sit or walk around for 30 minutes at a time and that you need to change positions frequently. You ambulate with a cane and take Percocet as needed for pain. It was also noted that you take Klonopin for anxiety. Due to the restrictions outlined, Dr. Batcehlor feels it is unlikely you would be able to work.*

Review of the submitted medical information the consulting physician concluded the following:

*The medical records indicate that the claimant has had ongoing right thigh, foot and back pain with mobility limitations. He was initially off work following two falls resulting in a completely displaced right elbow avulsion fracture causing complete triceps tendon disruption. He underwent triceps tendon repair of the right elbow on 02/27/2020. He subsequently developed an infection and underwent removal of infected hardware on 03/30/2020 and received IV antibiotics for 6 weeks. He then had an accidental self-inflicted gunshot to his right leg on 05/03/2020 resulting in a comminuted distal one third femur fracture. He underwent closed reduction with application of a spanning external fixator on 05/03/2020, then removal of spanning external fixator, debridement and irrigation and closed retrograde intramedullary nailing of the right distal one third femur fracture on 05/06/2020, and knee manipulation in 08/2020 resulting in a partial tibial tubercle avulsion. There was delay union of the femur fracture for which he has used a bone stimulator. He has been maintained on opioid analgesics.*

The primary impairing Diagnosis(es):

- *Right elbow fracture (S52.001)*
- *Displaced comminuted fracture of shaft of right femur with delayed healing (S72.351)*
- *Ankylosis of right knee (M24.661)*
- *Right thigh pain (M79.651)*

Clinical significant comorbid Diagnosis(es):

- *Low back pain (M54.5)*

*The medical evidence supports impairments affecting usual life activities, including workrelated activities. The support includes the claimant report of ongoing right thigh, foot and back pain with mobility limitations; his history of two falls resulting in a completely displaced right elbow avulsion fracture causing complete triceps tendon disruption; treatment with triceps tendon repair of the right elbow on 02/27/2020 and subsequently removal of infected hardware on 03/30/2020 and IV antibiotics due to an infection; his history of an accidental self-inflicted gunshot to his right leg on 05/03/2020 resulting in a comminuted distal one third femur fracture; treatment with closed reduction with application of a spanning external fixator on 05/03/2020, then removal of spanning external fixator, debridement and irrigation and closed retrograde intramedullary nailing of the right distal one third femur fracture on 05/06/2020, and knee manipulation in 08/2020 resulting in a partial tibial tubercle avulsion; evidence of delay union of the femur fracture; examination findings supporting impaired mobility; and maintenance on opioid analgesics.*

*As a result, reasonable R&Ls from 09/01/2021 to present and ongoing, based on review of medical records, are:*

*•sitting unrestricted other than intermittent brief change in position*
*•standing/walking occasionally with use of an assistive device such as a cane as desired*
*•lifting/carrying up to 10 pounds occasionally and 5 pounds frequently (as long as carriage can be in one hand allowing for use of a cane)*
*•fingering, handling, typing and reaching at desk level and overhead unrestricted*
*•bending, stooping, and reaching below waist frequently*
*•crouching, kneeling, ladder climbing, work at unprotected heights, commercial driving and*

*operating heavy equipment or safety-sensitive machinery to be avoided while using opioid analgesics*

*Within these R&Ls, the claimant should be capable of full-time work.*

*In the absence of additional clinical information to the contrary, these restrictions and limitations are expected to be permanent given the nature and duration of his condition, the lack of definitive treatment, his age, and his comorbid conditions of low back pain. Besides the R&Ls noted above related to his opioid use, I found no clinical evidence for medication or other treatment side effects, or other identifiable conditions that support additional impairment or additional restrictions or limitations beyond those outlined above.*

*The claimant has received treatment which seems consistent with the standard of care for the apparent level of severity of the condition.*

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

*Following oral and written instructions to set up and operate production-type machines; using hands, eyes, and fingers to adjust machine controls, manipulate hand tools, or assemble objects; directing work of others; staying within prescribed standards and guidelines; identifying variations in size, shape, and texture of objects; and working in hazardous or noisy conditions.*

Based on this information you have the ability to perform the following occupation(s):

| Occupation | National Monthly Wage |
|---|---|
| Checker II | $3,429 |
| Diet Clerk | $2,943 |

Based on our review of the information contained in your claim file we have determined that you can perform, with reasonable continuity, the material and substantial duties of the above occupation(s) based on your capacity and skill level.

Therefore, you do not meet Clayton Homes, Inc' definition of disability beyond August 21, 2022 and we must deny your claim for further benefit consideration. Benefits will be paid through August 21, 2022, and your claim is closed as of August 22, 2022.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

In our review of your claim, The Lincoln National Life Insurance Company has fully considered the

Social Security Administration' ruling to approve Social Security Disability benefits. It should be noted, however, that while we have fully considered the Social Security Administration' ruling, the decision by the Social Security Administration does not determine entitlement to benefits under the terms and conditions of Clayton Homes, Inc's Policy. Moreover, The Lincoln National Life Insurance Company has obtained and considered medical information that were not considered by the Social Security Administration in its determination process.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Medical evidence of a disabling condition to support ongoing disability; to include office visit notes, test results, treatment plans, physical therapy notes, operative reports, a valid functional capacity evaluation, as well as specific restrictions and limitations, and any other medical information from your physician(s) to support that you are unable to perform the duties of any occupation.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong

mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Michael Harris
Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13926
Secure Fax No.: (603) 334-5995

**From:** DoNotReply@lfg.com
**Sent:** Fri, 11 Jun 2021 14:49:06 +0000
**To:**
Alisa.Prince@ClaytonHomes.com;jessica.moore@claytonhomes.com;Manning.Borden@claytonhomes.com;Rebecca.Kanaday@SEHomes.com;Valerie.Jones@ClaytonHomes.com
**Subject:** Claim #10295792, JOHN LYNN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 2/22/2020. The claim has been approved through 5/21/2021. As of 5/22/2021 this claim is closed. The case manager for this claim is Charles Harris. The claim number is 10295792.

If you have further questions, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Fri, 11 Jun 2021 14:49:06 +0000
**To:**
Alisa.Prince@ClaytonHomes.com;jessica.moore@claytonhomes.com;Manning.Borden@claytonhomes.com;Rebecca.Kanaday@SEHomes.com;Valerie.Jones@ClaytonHomes.com
**Subject:** Claim #10295792, JOHN LYNN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 2/22/2020. The claim has been approved through 5/21/2021. As of 5/22/2021 this claim is closed. The case manager for this claim is Charles Harris. The claim number is 10295792.

If you have further questions, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Fri, 11 Jun 2021 14:49:06 +0000
**To:**
Alisa.Prince@ClaytonHomes.com;jessica.moore@claytonhomes.com;Manning.Borden@claytonhomes.com;Rebecca.Kanaday@SEHomes.com;Valerie.Jones@ClaytonHomes.com
**Subject:** Claim #10295792, JOHN LYNN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 2/22/2020. The claim has been approved through 5/21/2021. As of 5/22/2021 this claim is closed. The case manager for this claim is Charles Harris. The claim number is 10295792.

If you have further questions, please call Lincoln Financial Group at (800) 291-0112.

COX & STANSBERRY

**Janet P Cox**
**Amanda Lane Stansberry**
3535 Grandview Parkway, Suite 310
Birmingham, Alabama 35243
P (205) 870-1205
Fax (205) 870-1252
info@coxstansberry.com

October 21, 2022

**SENT VIA FAX & USPS**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
Josh Tuliano
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
**FAX: (603) 334-0401 & 603-427-2661**

**RE:** **John Lynn**
**Claim #:** **10295792**

Dear Josh:

I have attached medical records from Dr. Andrea Batchler concerning the above-named client from June 3, 2022 through September 12, 2022. I sent the findings of Lincoln's review in your letter dated October 5, 2022 to Dr. Batchler for a response. I do expect her to respond by your deadline of October 26, 2022. Once I get her response I will forward it to you.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Amanda L. Stansberry
Enclosures
ALS:ss

LYNN, John DOB: (50 yo M) Acc No. 79274 DOS: 06/03/2022

**Lynn, John**
50 Y old Male, DOB:
Account Number:
Home:
Guarantor: Lynn, John Insurance: BCBS ALABAMA
Payer ID: SB510
PCP: ANDREA M BATCHELOR Referring: ANDREA M BATCHELOR
Appointment Facility: Family Medical Associates West

06/03/2022 Progress Notes: BRITTANY TUBBS

### Current Medications

Unknown
- NexIUM 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- KlonoPIN 1 MG Tablet 0.5 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet as needed Orally twice a day
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Percocet 7.5-325 MG Tablet take 1 tablet Orally twice a day
- Amoxicillin 500 MG Capsule 1 capsule Orally Twice a day

Medication List reviewed and reconciled with the patient

### Past Medical History

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.
Sleep disorder.

### Surgical History

Vasectomy 2003
right elbow 2/27/2020
right elbow 3/30/2020
gun shot to thigh 2020
Rt knee and tibia Aug. 2020

### Family History

Father: alive
Mother: alive
1 brother(s) , 1 son(s) , 1 daughter(s) .

### Social History

### Reason for Appointment

1. Pt is here for medication refills// Pt also says that recently after he gets home and eats supper he crashes and feels like he cant stay awake once he gets home// Pts right ear is bothering him, feels like he can feel his pulse in it sometimes and has sinus pressure
2. RX: Gateway
3. AH

### History of Present Illness

hpi:

The patient is a 50 year old male with follow up of insomnia, chronic back pain, and, anxiety who presents to the clinic for medication refills. Klonopin helps with anxiety. Adderall helps him stay focused. He complains of low back pain. Walking long periods of time makes his pain worse. His pain is 5-6/10 currently. He also complains of being tired more frequently the last couple of months. He also complains of sinus congestion, sore throat, and right ear pain for 2 weeks.

### Vital Signs

BP **135/95** mm Hg, Ht 65.5 in, Wt **139.6** lbs, BMI **22.87** Index, Temp **98.1** F, HR **81** /min, RR **20** /min, Oxygen sat % **95**
recheck 133/87.

### Examination

General Examination:

in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. EARS: right ear tympanic membrane dull, left ear tympanic membrane clear. NOSE mild congestion. ORAL CAVITY: moist mucosa. THROAT no exudate, clear. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK: lumbar spinal tenderness. EXTREMITIES: no edema. MUSCULOSKELETAL: ambulates with a cane. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

### Assessments



Irregular heartbeat denies.
Shortness of breath denies.
Gastrointestinal:
Abdominal pain denies.
Diarrhea denies. Nausea denies.
Vomiting denies .
Genitourinary:
Blood in urine denies.
Difficulty urinating denies.
Frequent urination denies.
Musculoskeletal:
Painful joints **admits**.
Weakness denies.
Skin:
Dry skin denies.
Itching denies. Rash denies.
Neurologic:
Dizziness denies.
Fainting denies.

Whitney Dyer, CRNP.

### Labs

Lab: COMPREHENSIVE METABOLIC PANEL

| | Value | Reference Range |
|---|---|---|
| GLUCOSE | 84 | 65-99 - mg/dL |
| UREA NITROGEN (BUN) | 14 | 7-25 - mg/dL |
| CREATININE | 0.96 | 0.70-1.33 - mg/dL |
| eGFR NON-AFR. AMERICAN | 92 | > OR = 60 - mL/min/1.73m2 |
| eGFR AFRICAN AMERICAN | 106 | > OR = 60 - mL/min/1.73m2 |
| BUN/CREATININE RATIO | NOT APPLICABLE | 6-22 - (calc) |
| SODIUM | 140 | 135-146 - mmol/L |
| POTASSIUM | 3.9 | 3.5-5.3 - mmol/L |
| CHLORIDE | 103 | 98-110 - mmol/L |

LYNN, John **DOB:** (50 yo M) **Acc No.** 79274 **DOS:** 06/03/2022

G8417 BMI >=30 CALCUATE W/FOLLOWUP
3075F SYST BP 130 - 139MM HG
3080F DIAST BP 90+ MM HG

**Follow Up**

4 Weeks, prn

V. Rameshreddy,

**Electronically signed by RAMESH REDDY , MD on 06/27/2022 at 09:02 AM CDT**

**Sign off status: Completed**

**Family Medical Associates West**
**26279 HIGHWAY 195**
**DOUBLE SPRINGS, AL 35553-2554**
**Tel: 205-489-3322**
**Fax: 205-489-3325**

# Progress Note

**Patient: Lynn, John**
**DOB:** **Age: 50 Y Sex: Male**

**Provider: Andrea Batchelor, MD**
**Date: 08/09/2022**

## Current Medications

Taking

- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet as needed Orally twice a day
- KlonoPIN 1 MG Tablet 0.5 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Azithromycin 250 MG Tablet 2 tablets on the first day, then 1 tablet daily for 4 days Orally Once a day
- NexIUM 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Percocet 7.5-325 MG Tablet take 1 tablet Orally twice a day

Unknown

- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Amoxicillin 500 MG Capsule 1 capsule Orally Twice a day

## Vital Signs

BP **159/98** mm Hg, Ht 65.5 in, Wt 138.2 lbs, BMI **22.65 Index**, Temp **97.5 F**, HR **88 /min**, RR **20 /min**, Oxygen sat % **98**.

## Assessments

1. Sinusitis - J32.9 (Primary)
2. BMI 22.0-22.9, adult - Z68.22

## Therapeutic Injections

AB ROCEPHIN 1 GRAM : 1 g (Dose No:1) (Route: Intramuscular) given by Libby Borden on left hip intramuscular

AB DECADRON 1mg : 4 mg (Dose No:1) (Route: Intramuscular) given by Libby Borden on right hip intramuscular

## Preventive Medicine

Counseling: BP Management PHYSICAL ACTIVITY RECOMMENDATION: Giving encouragement to exercise, PHYSICAL ACTIVITY RECOMMENDATION: Exercises education, guidance, and couneling, DIETARY RECOMMENDATIONS: Dietary management education, guidance, and counseling.
Tobacco use: Patient not counseled: Patient not eligible, Patient not counseled: Patient not eligible.
BMI Care goal follow-up plan BMI management provided Yes, BMI management provided Yes, Above Normal BMI Follow-up Giving encouragement to exercise.
Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the

benefits of at least a few hours each week of moderate aerobic exercise, Discussed the benefits of any exercise for overall health and well-being, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Procedure Codes**

J0696 AB ROCEPHIN 1 GRAM, Units: 4.00
J1100 AB DECADRON 1mg, Units: 4.00
96372 THER/PROPH/DIAG INJ, SC/IM, Units: 2.00 , Modifiers: 59

**Electronically signed by ANDREA BATCHELOR , MD on 08/25/2022 at 08:57 AM CDT**
**Sign off status: Completed**

---

**Provider: Andrea Batchelor, MD** **Date: 08/09/2022**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LYNN, John **DOB:** (50 yo M) **Acc No.** 79274 **DOS:** 08/11/2022

## Lynn, John

**50 Y old Male, DOB:**
**Account Number: 70274**

**Home:**
**Guarantor: Lynn, John Insurance: BCBS ALABAMA**
**Payer ID: SB510**
**PCP: ANDREA M BATCHELOR Referring: ANDREA M BATCHELOR**
**Appointment Facility: Family Medical Associates West**

**08/11/2022** **Progress Note: WHITNEY DYER, CRNP**

### Current Medications

Taking

- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet as needed Orally twice a day
- KlonoPIN 1 MG Tablet 0.5 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Azithromycin 250 MG Tablet 2 tablets on the first day, then 1 tablet daily for 4 days Orally Once a day
- NexIUM 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Percocet 7.5-325 MG Tablet take 1 tablet Orally twice a day Unknown
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Amoxicillin 500 MG Capsule 1 capsule Orally Twice a day

Medication List reviewed and reconciled with the patient

### Past Medical History

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.
Sleep disorder.

### Surgical History

Vasectomy 2003
right elbow 2/27/2020
right elbow 3/30/2020
gun shot to thigh 2020
Rt knee and tibia Aug. 2020

### Family History

Father: alive

### Reason for Appointment

1. Shot

### Vital Signs

BP **160/70 mm Hg**, Ht 65.5 in, Wt **138.2 lbs**, BMI **22.65 Index**, Temp **98.0 F**, HR **88 /min**, RR **20 /min**, Oxygen sat % **99**.

### Assessments

1. Jaw pain - R68.84 (Primary)
2. BMI 22.0-22.9, adult - Z68.22

### Therapeutic Injections

AB ROCEPHIN 1 GRAM : 1 g (Dose No:1) (Route: Intramuscular) given by Alyssa Hood on left hip intramuscular

### Preventive Medicine

Counseling: BP Management PHYSICAL ACTIVITY RECOMMENDATION: Giving encouragement to exercise, PHYSICAL ACTIVITY RECOMMENDATION: Exercises education, guidance, and couneling, DIETARY RECOMMENDATIONS: Dietary management education, guidance, and counseling, PHYSICAL ACTIVITY RECOMMENDATION: Giving encouragement to exercise, PHYSICAL ACTIVITY RECOMMENDATION: Exercises education, guidance, and couneling, DIETARY RECOMMENDATIONS: Dietary management education, guidance, and counseling. Tobacco use: Patient not counseled: Patient not eligible, Patient not counseled: Patient not eligible, Patient not counseled: Patient not eligible, Patient not counseled: Patient not eligible. BMI Care goal follow-up plan BMI management provided Yes, BMI management provided Yes, Above Normal BMI Follow-up Giving encouragement to exercise, BMI management provided Yes, BMI management provided Yes, Above Normal BMI Follow-up Giving encouragement to exercise. Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise, Discussed the benefits of any exercise for overall health and well-

Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Allergies**
Cefzil

**Hospitalization/Major Diagnostic Procedure**
Viral infection
gun shot to thigh
Rt knee and tibia

being, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise, diet: Discussed the importance of eating a nutritious healthy food on a regular basis, diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise, Discussed the benefits of any exercise for overall health and well-being, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Procedure Codes**
J0696 AB ROCEPHIN 1 GRAM, Units: 4.00
96372 THER/PROPH/DIAG INJ, SC/IM, Modifiers: 59

**Follow Up**
prn

**Electronically signed by RAMESH REDDY , MD on 08/29/2022 at 08:59 AM CDT**

**Sign off status: Completed**

**Family Medical Associates West**
**26279 HIGHWAY 195**
**DOUBLE SPRINGS, AL 35553-2554**
**Tel: 205-489-3322**
**Fax: 205-489-3325**

**Progress Note: WHITNEY DYER, CRNP 08/11/2022**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LYNN, John DOB: (50 yo M) Acc No. 79274 DOS: 09/12/2022

**Lynn, John**
50 Y old Male, DOB:
Account Number:

Home:
Guarantor: Lynn, John Insurance: BCBS ALABAMA
Payer ID: SB510
Referring: ANDREA M BATCHELOR
Appointment Facility: Family Medical Associates West

09/12/2022

Progress Notes: Andrea Batchelor, MD

### Current Medications

Taking

- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet as needed Orally twice a day
- Azithromycin 250 MG Tablet 2 tablets on the first day, then 1 tablet daily for 4 days Orally Once a day
- NexIUM 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- KlonoPIN 1 MG Tablet 0.5 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Percocet 7.5-325 MG Tablet take 1 tablet Orally twice a day Unknown
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Amoxicillin 500 MG Capsule 1 capsule Orally Twice a day

Medication List reviewed and reconciled with the patient

### Past Medical History

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.
Sleep disorder.

### Surgical History

Vasectomy 2003
right elbow 2/27/2020
right elbow 3/30/2020
gun shot to thigh 2020
Rt knee and tibia Aug. 2020

### Family History

### Reason for Appointment

1. Annual visit and refills// pt has c/o of his right ear throbbing he states it comes and goes and feels like he has preassure in it
2. Gateway
3. Mj

### History of Present Illness

Annual Wellness Visit:

Health Status How is your overall health? Good. Health Concerns How confident are you that you can manage most of your health problems? Somewhat confident, What are your biggest concerns about managing your health? None. Emergency Room Visits How many times in the last 6 months have you been to the emergency room? 0. Hospital Visits How many times in the last 6 months have you been admitted to the hospital? 0. Diet The patient describes their current diet as: Other:. Exercise The patient currently exercises: Weekly. ADLs (Activities of Daily Living) Which of the following can you do on your own without help? Able to perform all ADLs independently, Does someone help you at home? No, In the past 6 months have you experienced leaking of urine? ____. IADLs (Instrumental Activities of Daily Living) Which of the following can you do without help? Able to perform all IADLs independently. Vision Screening Have you had any problems with your vision? No. Hearing Screening Have you had any problems with your hearing? No. Cognitive Screening Do you or your family members have any concerns about your memory? No. Opioid Use Is the patient currently prescribed opioids? ____. Advance Directives Does your family or friends know what you want in an emergency situation or if you could not speak for yourself? Yes, I have completed 5 wishes, Would you like more information on advance directives? Unsure. ACP Discussion Documentation At least 16 minutes was spent with the patient and/or the patient's caregiver on a voluntary face-to-face visit by the provider to discuss advance care planning. This includes the explanation and review of standard legal documents if any were completed.

hpi:

The patient is a 50 year old male with follow up of insomnia, chronic back pain, and, anxiety who presents to the clinic for an

Father: alive
Mother: alive
1 brother(s), 1 son(s), 1 daughter(s).

**Social History**

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker.
NON SMOKER.

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection
gun shot to thigh
Rt knee and tibia

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.

ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies.

Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:
Painful joints **admits**. Weakness denies.

Skin:
Dry skin denies. Itching denies. Rash denies.

Neurologic:

annual visit, for medication refills, and with complaint of right ear pain. The pain is intermittent, and it has been going on for the last 3 months. He hears his heart beat in his right ear. He complains of chronic pain in his lower back and right leg. Rainy weather and walking make his pain worse. His pain is 5/10 currently. Adderall is helping him stay awake during the day and sleep at night. Klonopin helps with his anxiety.

**Vital Signs**

BP **131/95 mm Hg**, Ht 65.5 in, Wt **140 lbs**, BMI **22.94 Index**, Temp **97.1 F**, HR **87 /min**, RR **20 /min**, Oxygen sat % **96**.

**Examination**

General Examination:
in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. EARS: Tympanic membranes dull bilaterally. NOSE Nares patent. ORAL CAVITY: Moist mucosa. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK: Lumbar spinal tenderness. MUSCULOSKELETAL: Ambulates with a cane. Difficuity arising from a chair. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Annual visit for general adult medical examination with abnormal findings - Z00.01 (Primary)
2. Encounter for screening for other disorder - Z13.89
3. Colon cancer screening - Z12.11
4. Right ear pain - H92.01
5. Low back pain, unspecified - M54.50
6. Degenerative disc disease, cervical - M50.30
7. Pain in right femur - M89.8X5
8. Anxiety - F41.9
9. Insomnia, unspecified type - G47.00
10. Other general symptoms and signs - R68.89
11. Nonsmoker - Z78.9
12. BMI 22.0-22.9, adult - Z68.22

**Treatment**

**1. Colon cancer screening**
IMAGING: COLOGUARD
Yeakey,Destiny 9/12/2022 11:28:09 AM > scheduled online per exact sciences

**2. Nonsmoker**
Continue Sucralfate Tablet, 1 GM, 1 tablet, Orally, Three times daily, 30 days, 90, Refills 2
Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet as needed, Orally, twice a day, 30 days, 60 Tablet, Refills 2
Continue Azithromycin Tablet, 250 MG, 2 tablets on the first day,

Dizziness denies.
Fainting denies.
Headache denies.

then 1 tablet daily for 4 days, Orally, Once a day, 5 day(s), 6, Refills 0
Continue NexIUM Capsule Delayed Release, 40 MG, 1 capsule, Orally, Once a day, 30 days, 30 Capsule, Refills 2
Continue KlonoPIN Tablet, 1 MG, 0.5 tablet, orally, every morning, 1 tablet mid day and 1 tablet at bedtime as directed, 90 days, 225, Refills 0
Continue Adderall Tablet, 10 MG, 0.5 tablet in the am, Orally, 1 tablet at lunch, and 1 tablet in the evening, 30 days, 75, Refills 0
Continue Percocet Tablet, 7.5-325 MG, take 1 tablet, Orally, twice a day, 30 days, 60, Refills 0

**3. Others**
Notes: In regards to his preventive care, I will order a Cologuard for colon cancer screening. I will obtain a PSA with his next labs. I recommend the flu vaccine annually. In regards to his right ear pain, he was instructed to try using saline rinses for his sinuses to see if that would help with the pain in his ear. The pain in his ear is likely referred due to nasal congestion. I looked the patient up in the PDMP. I will continue Flexeril and Percocet for chronic back pain. I will continue Adderall for sleep disorder. I will continue Klonopin for anxiety.

**Preventive Medicine**
Counseling: BP Management FIRST HYPERTENSIVE BP READING FOLLOW-UP PLAN: Follow-up 1 month, LIFESTYLE RECOMMENDATION: Verbal Counseling. Tobacco use: Patient counseled on tobacco use 09/12/2022. BMI Care goal follow-up plan BMI management provided Yes, Below Normal BMI Follow-up Dietary management education, guidance, and counseling.

**Procedure Codes**
G0442 ANNUAL ALCOHOL MISUSE SCREEN 15 MIN, Modifiers: 59
G0444 ANNUAL DEPRESSION SCREENING 15 MIN, Modifiers: 59
G0446 INT BH TX RDUC CVD RSK BI-AN 15 MIN, Modifiers: 59
81525 ONCOLOGY COLON MRNA
G8420 BMI<30 AND >=22 CALC & DOCU
3075F SYST BP 130 - 139MM HG
3080F DIAST BP 90+ MM HG

**Follow Up**
3 Months, prn

**Electronically signed by ANDREA BATCHELOR , MD on 10/03/2022 at 01:06 PM CDT**

**Sign off status: Completed**

**Family Medical Associates West**
**26279 HIGHWAY 195**
**DOUBLE SPRINGS, AL 35553-2554**
**Tel: 205-489-3322**
**Fax: 205-489-3325**

**Progress Note: Andrea Batchelor, MD 09/12/2022**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# Fax Transmission

| | | | |
|---|---|---|---|
| **To:** | Lincoln National Life Insurance Company | **From:** | Janet Cox |
| **Fax:** | 16033340401 | **Date:** | 11/7/2022 10:51:46 AM CST |
| **RE:** | Claim File Request - John Lynn | **Pages:** | 4 |

**Comments:**

COX & STANSBERRY

**Janet P Cox**
**Amanda Lane Stansberry**
3535 Grandview Parkway, Suite 310
Birmingham, Alabama 35243
P (205) 870-1205
Fax (205) 870-1252
info@coxstansberry.com

November 7, 2022

**VIA FAX & USPS**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
**FAX: 603-334-0401**

Tru Homes
2746 County Road 59
Lynn, AL 35575

**RE: John Lynn – LTD Benefits**
**Claim #: 10295792**

To Whom It May Concern:

I am writing to request a copy of John Lynn's file. We are requesting the complete final claim file, including but not limited to, all medical evidence, whether considered and mentioned in the evaluation process or not; Correspondence from The Lincoln National Life Insurance Company to John Lynn regarding this claim; Internal notes, updates and daily activity reports regarding this claim; Opinions of any "independent medical examiners" or other medical professionals paid or employed by The Lincoln National Life Insurance Company to review their claim.

Moreover, the Secretary of Labor's ERISA claim procedures regulations, set out in 29 C.F.R. 2560.503-1 (h) (2) (iii) further describe what documents an administrator must provide. The regulations state that, in order to provide a full and fair review, the Plan must provide a claimant, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the claimant's claim for benefits. Pursuant to this provision, please provide:

A. The complete claim file, including but not limited to:

1. All medical evidence, whether considered and mentioned in the evaluation process or not.
2. Correspondence from The Lincoln National Life Insurance Company to John Lynn regarding this claim.

3. Internal notes, updates and daily activity reports regarding this claim.
4. Opinions of any "independent medical examiners" or other medical Professionals paid or employed by The Lincoln National Life Insurance Company to review their claim.

B. A copy of the policy of insurance in effect at the time John Lynn claimed his disability.

C. Any correspondence regarding this claim including but not limited to any letters, emails, and memos to or from the claimant's employer.

Thank you in advance for your cooperation in this matter.

Sincerely,

Amanda L. Stansberry

ALS:ss
Enclosures

cc: John Lynn

COX & STANSBERRY, LLC
Amanda L. Stansberry
3535 Grandview Pkwy #310
Birmingham, AL 35243
Phone: (205) 383-7996 Fax: (833) 583-4357
amanda@stansberrylaw.com

**PRIVACY RELEASE**

I, John Lynn, Social Security Account # ________________, am currently seeking a reassessment of my claim for Long Term and/or Short Term Disability benefits by Lincoln Financial, Policy #____________________, Claim # 10295792. I have retained Cox & Stansberry, LLC, to be my legal representative in this review and intend for this legal representative to have immediate access to my claim file, including any medical records regarding my physical and mental condition prior and subsequent-to the date and authorization. This authorization shall be deemed to comply with all requirements of HIPPA (45 CFR Section 16.509).

I understand that I may revoke this authorization at any time except to the extent that action has been taken in reliance on this authorization by sending written notice to the record providers and/or person named as personal representative.

XX John Lynn
Signature

XX John Lynn
Name Printed or Typed

4-5-22
Date

COX & STANSBERRY

**Janet P Cox**
**Amanda Lane Stansberry**
3535 Grandview Parkway, Suite 310
Birmingham, Alabama 35243
P (205) 870-1205
Fax (205) 870-1252
info@coxstansberry.com

November 7, 2022

**VIA FAX & USPS**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
**FAX: 603-334-0401**

Tru Homes
2746 County Road 59
Lynn, AL 35575

**RE: John Lynn – LTD Benefits**
**Claim #: 10295792**

To Whom It May Concern:

I am writing to request a copy of John Lynn's file. We are requesting the complete final claim file, including but not limited to, all medical evidence, whether considered and mentioned in the evaluation process or not; Correspondence from The Lincoln National Life Insurance Company to John Lynn regarding this claim; Internal notes, updates and daily activity reports regarding this claim; Opinions of any "independent medical examiners" or other medical professionals paid or employed by The Lincoln National Life Insurance Company to review their claim.

Moreover, the Secretary of Labor's ERISA claim procedures regulations, set out in 29 C.F.R. 2560.503-1 (h) (2) (iii) further describe what documents an administrator must provide. The regulations state that, in order to provide a full and fair review, the Plan must provide a claimant, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the claimant's claim for benefits. Pursuant to this provision, please provide:

A. The complete claim file, including but not limited to:

1. All medical evidence, whether considered and mentioned in the evaluation process or not.
2. Correspondence from The Lincoln National Life Insurance Company to John Lynn regarding this claim.

3. Internal notes, updates and daily activity reports regarding this claim.
4. Opinions of any "independent medical examiners" or other medical Professionals paid or employed by The Lincoln National Life Insurance Company to review their claim.

B. A copy of the policy of insurance in effect at the time John Lynn claimed his disability.

C. Any correspondence regarding this claim including but not limited to any letters, emails, and memos to or from the claimant's employer.

Thank you in advance for your cooperation in this matter.

Sincerely,

Amanda L. Stansberry

ALS:ss
Enclosures

cc: John Lynn

COX & STANSBERRY, LLC
Amanda L. Stansberry
3535 Grandview Pkwy #310
Birmingham, AL 35243
Phone: (205) 383-7996 Fax: (833) 583-4357
amanda@stansberrylaw.com

**PRIVACY RELEASE**

I, John Lynn, Social Security Account # ___________________, am currently seeking a reassessment of my claim for Long Term and/or Short Term Disability benefits by Lincoln Financial, Policy #_____________________, Claim # 10295792. I have retained Cox & Stansberry, LLC, to be my legal representative in this review and intend for this legal representative to have immediate access to my claim file, including any medical records regarding my physical and mental condition prior and subsequent-to the date and authorization. This authorization shall be deemed to comply with all requirements of HIPPA (45 CFR Section 16.509).

I understand that I may revoke this authorization at any time except to the extent that action has been taken in reliance on this authorization by sending written notice to the record providers and/or person named as personal representative.

XX [signature]
Signature

XX John Lynn
Name Printed or Typed

4-5-22
Date

**From:**Amanda Stansberry <astansberry@CSKattorneys.com>
**Sent:**Tue, 21 Jan 2025 23:04:02 +0000
**To:**DisabilityDocuments
**Cc:**Keefer, Dawn
**Subject:**Claim No. 10295792 John Lynn - LTD Pre-suit negotiations

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I represent John Lynn in his claim for disability benefits. Lincoln issued a final denial on November 4, 2022. In accordance with the final denial letter, we intend to file suit before November 4, 2025, however, I wanted to reach out to see if Lincoln would be interested in attempting to resolve this matter prior to filing. If so, our initial demand in this case is $30,000 plus forgiveness of any alleged overpayment on the claim. I look forward to hearing from you soon.

Thanks,

ALS

Amanda Stansberry
astansberry@cskattorneys.com
205-870-1205
205-870-1252 (fax)

COX
STANSBERRY
& KINSLEY

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

# Facsimile Transmittal Sheet

| TO: | FROM: |
|---|---|
| Lincoln Financial Group | Customer Resource Center |

FAX NUMBER:

| | |
|---|---|
| MO | 603-334-0366 |
| **NH** | **603-334-0401** |
| AZ | 603-422-0119 |
| Wells Fargo | 866-214-7839 |
| CPS | 603-334-0366 |

DATE: 3/24/2021

PHONE NUMBER:

TOTAL NUMBER OF PAGES INCLUDING COVER: 2

RE: John Lynn (10295792)

DIRECT FAX NUMBER: 877-899-1345

☐ URGENT ☒ FOR REVIEW ☐ PLEASE REPLY

NOTES/COMMENTS:

Should you require anything further, please contact us at (866) 692-9031 or via email at status@bbabsence.com. Thank you.

Sincerely,

Customer Resource Center
Brown & Brown Absence Services Group

The information transmitted in this facsimile is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you have received this information in error, please notify the sender at Brown & Brown Absence Services Group at 1-877-261-1947 immediately and destroy all copies of this facsimile transaction. Thank you.

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

Brown & Brown Absence Services Group, LLC
300 N Beach Street
Daytona Beach, FL 32114
P: (877) 261-1947 | F: (877) 899-1329
bbabsence.com

March 24, 2021

Lincoln Financial Group
400 Interstate North Pkwy SE, Atlanta, GA 30339
Atlanta, GA 30339

**RE: John Lynn**
**LTD: 10295792**

Dear :

Thank you for referring the above-captioned claim to Brown & Brown Absence Services Group for assistance.

Please be advised that we have closed this file in our office as Own Attorney.

Should you have any questions, please feel free to contact us at 866-692-9031 or via email at status@bbabsence.com. Thank you.

Sincerely,

Customer Resource Center
Brown & Brown Absence Services Group

# Social Security Administration
## Important Information

SOCIAL SECURITY
1908 COMMERCE AVE NW
CULLMAN AL 35055-9967

Date: November 24, 2020
BNC#: 20R1704E08376

# 000002156 I=000000 1124 5 COM
2154 1 MB 0.436

JOHN WESLEY LYNN JR

We received written notice that you appointed ROBERT O BRYAN to represent you for your claim(s). Therefore, we will deal directly with ROBERT O BRYAN on matters that concern your claim(s), unless you tell us otherwise.

**Suspect Social Security Fraud?**

If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

For general information about Social Security, we invite you to visit our website at www.socialsecurity.gov on the Internet. For general questions and specific questions about your case, you may call us toll-free at 1-800-772-1213. You can also call your local Social Security office at 877-803-6323. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number 1-800-325-0778. If you do call or visit an office, please have this letter with you. It will help us answer your questions.

*Social Security Administration*

November 25, 2020, 08:15
PAGE 1

NH

: UNIT: HRNG :

JOHN WESLEY LYNN JR

REQUEST FOR RECONSIDERATION

On November 23, 2020, we talked with you and completed your REQUEST FOR RECONSIDERATION for SOCIAL SECURITY BENEFITS. We stored your REQUEST FOR RECONSIDERATION information electronically in our records and attached a summary of your statements.

What You Need To Do

- Review your REQUEST FOR RECONSIDERATION to ensure we recorded your statements correctly.
- If you agree with all your statements, you may retain the REQUEST FOR RECONSIDERATION for your records.
- If you disagree with any of your statements, you should contact us within 10 days after the date of this notice to let us know.

MY NAME IS JOHN WESLEY LYNN JR.

MY SOCIAL SECURITY NUMBER IS 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.

I REQUEST A RECONSIDERATION. I DISAGREE WITH THE DETERMINATION MADE ON MY CLAIM FOR SSI DISABILITY/TITLE II BENEFITS BECAUSE JOHN IS ENTITLED TO SOCIAL SECURITY DISABILITY BENEFI TS BECAUSE HE IS DISABLED UNDER THE SOCIAL SECURITY ACT AS AMENDED

I AM SUBMITTING ADDITIONAL EVIDENCE WITH THIS REQUEST.

I HAVE RECEIVED AN EXPLANATION OF THE THREE WAYS FOR AN SSI CLAIM TO BE APPEALED.

I WANT A CASE REVIEW.

I AM REPRESENTED BY ROBERT O BRYAN, WHO IS AN ATTORNEY.

MY PHONE NUMBER IS 205-272-0468.

**Stansberry Law LLC**
**3535 Grandview Pkwy #310**
**Birmingham, AL 35243**
**(205)383-7996**

# FAX

| | |
|---|---|
| **From:** | Sharon Stansberry - Cox and Stansberry, LLC |
| **Return Fax:** | (833)583-4357 |
| **Attention To:** | The Lincoln National Life Insurance Company |
| **Regarding:** | REQUEST FOR COMPLETE CLAIM FILE |

Your prompt attention this matter is appreciated.

Thank you!

DISCLAIMER:
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

COX & STANSBERRY

**Janet P Cox**
**Amanda Lane Stansberry**
3535 Grandview Parkway, Suite 310
Birmingham, Alabama 35243
P (205) 870-1205
Fax (205) 870-1252
jcox@coxstansberry.com
amanda@coxstansberry.com

April 25,2022

**SENT VIA FAX & USPS**
The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
FAX: 603-334-5995

**RE: JOHN LYNN, JR. – LTD BENEFITS**
**CLAIM #: 10295792**

To Whom It May Concern:

This firm has been retained to represent John Lynn, Jr.in his claim for disability benefits. Please show me as John Lynn, Jr.'s representative and include me on any future correspondence concerning his claim. Also, please inform me of any impending appeal deadlines, time limit or statute of limitation of which you are aware. This letter is sent only to inform The Lincoln National Life Insurance Company of our representation of John Lynn, Jr. and to request his claim file. John Lynn, Jr. will submit a formal written appeal within the 180 days as noted in his most recent denial letter.

ERISA Document Production Request:

If it is your company's contention that the Employee Retirement Income Security Act ("ERISA") 29 U.S.C. § 1001 et. seq. applies to these benefits, then please produce any and all "relevant" (as defined within 29 C.F.R. § 2560.503-1) documents to include the policy, summary plan description, or any other documents specified within 29 U.S.C. § 1001 et. seq. and C.F.R. § 2560.503-1. Further, please be advised that pursuant to 29 U.S.C.A. § 1021 (a)(1) & (2) and 29 U.S.C.A. § 1024(b)(4), a Plan Administrator is required to supply a participant with the Summary Plan Description ("SPD") and, upon written request, with a copy of any "... trust agreement, contract, or other instruments under which the plan is established or operated..." These documents should include any and all information regarding any claim for benefits, and all documents pertaining to or referencing the employee welfare benefit plan(s) and/or employee pension plans under the terms of which the above-referenced individuals are or were beneficiaries and/or participants.

Your response should include any "relevant" ERISA documents, plan documents, claim file documents, any manuals or any other documents pertaining to the guidelines under which claims are to be determined, and any brochures, handbooks, benefit guides, plan documents detailing any and all benefits provided to the above-referenced individual. This request pertains to any benefits available to the above-referenced individual. This request seeks production of materials generated during the course of this claim from persons performing services for the Plan. Please direct those additional entities to respond to our requests.

The Secretary of Labor's ERISA claim procedures regulations, set out in 29 C.F.R. 2560.503-1 (h)(2)(iii) further describe what documents an administrator must provide. The regulations state that, in order to provide a full and fair review, the Plan must provide a claimant, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claimant's claim for benefits. Pursuant to this provision, your production should include but not be limited to the following:

A. The complete claim file, including but not limited to:

1. All medical evidence, whether considered and mentioned in the evaluation process or not.
2. Correspondence from The Lincoln National Life Insurance Company to John Lynn, Jr. regarding this claim.
3. Internal notes, updates and daily activity reports regarding this claim.
4. Opinions of any "independent medical examiners" or other medical professionals paid or employed by The Lincoln National Life Insurance Company to review their claim.

B. A copy of the policy or policies of insurance in effect at the time John Lynn, Jr. claimed his disability.

C. Any correspondence regarding this claim including but not limited to any letters, e-mails, memos, to or from the claimant's employer.

Thank you in advance for your cooperation in this matter.

Sincerely,

Amanda L. Stansberry

ALS:ss
Enclosure
cc: John Lynn, Jr.

COX & STANSBERRY, LLC
Amanda L. Stansberry
3535 Grandview Pkwy #310
Birmingham, AL 35243
Phone: (205) 383-7996 Fax: (833) 583-4357
amanda@stansberrylaw.com

## PAYMENT AUTHORIZATION

I, John Lynn, hereby authorize Lincoln Financial Company to make payment of any back benefits owed or lump sum payments in relation to my disability claim to Cox & Stansberry, LLC as attorney for John Lynn. Any future benefits should be paid directly to John Lynn.

XX [signature]
Client Signature

XX 4-5-22
Date

[signature]
Attorney Signature
Cox & Stansberry, LLC

4/21/22
Date

COX & STANSBERRY, LLC
Amanda L. Stansberry
3535 Grandview Pkwy #310
Birmingham, AL 35243
Phone: (205) 383-7996 Fax: (833) 583-4357
amanda@stansberrylaw.com

## PRIVACY RELEASE

I, John Lynn, Social Security Account # ___________________, am currently seeking a reassessment of my claim for Long Term and/or Short Term Disability benefits by Lincoln Financial, Policy #____________________, Claim # 10295792. I have retained Cox & Stansberry, LLC, to be my legal representative in this review and intend for this legal representative to have immediate access to my claim file, including any medical records regarding my physical and mental condition prior and subsequent-to the date and authorization. This authorization shall be deemed to comply with all requirements of HIPPA (45 CFR Section 16.509).

I understand that I may revoke this authorization at any time except to the extent that action has been taken in reliance on this authorization by sending written notice to the record providers and/or person named as personal representative.

XX [signature]
Signature

XX John Lynn
Name Printed/or Typed

4-5-22
Date

COX & STANSBERRY

**Janet P Cox**
**Amanda Lane Stansberry**
3535 Grandview Parkway, Suite 310
Birmingham, Alabama 35243
P (205) 870-1205
Fax (205) 870-1252
jcox@coxstansberry.com
amanda@coxstansberry.com

April 25,2022

**SENT VIA FAX & USPS**
The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
FAX: 603-334-5995

**RE:** **JOHN LYNN, JR. – LTD BENEFITS**
**CLAIM #:** **10295792**

To Whom It May Concern:

This firm has been retained to represent John Lynn, Jr.in his claim for disability benefits. Please show me as John Lynn, Jr.'s representative and include me on any future correspondence concerning his claim. Also, please inform me of any impending appeal deadlines, time limit or statute of limitation of which you are aware. This letter is sent only to inform The Lincoln National Life Insurance Company of our representation of John Lynn, Jr. and to request his claim file. John Lynn, Jr. will submit a formal written appeal within the 180 days as noted in his most recent denial letter.

ERISA Document Production Request:

If it is your company's contention that the Employee Retirement Income Security Act ("ERISA") 29 U.S.C. § 1001 et. seq. applies to these benefits, then please produce any and all "relevant" (as defined within 29 C.F.R. § 2560.503-1) documents to include the policy, summary plan description, or any other documents specified within 29 U.S.C. § 1001 et. seq. and C.F.R. § 2560.503-1. Further, please be advised that pursuant to 29 U.S.C.A. § 1021 (a)(1) & (2) and 29 U.S.C.A. § 1024(b)(4), a Plan Administrator is required to supply a participant with the Summary Plan Description ("SPD") and, upon written request, with a copy of any "... trust agreement, contract, or other instruments under which the plan is established or operated..." These documents should include any and all information regarding any claim for benefits, and all documents pertaining to or referencing the employee welfare benefit plan(s) and/or employee pension plans under the terms of which the above-referenced individuals are or were beneficiaries and/or participants.

Your response should include any "relevant" ERISA documents, plan documents, claim file documents, any manuals or any other documents pertaining to the guidelines under which claims are to be determined, and any brochures, handbooks, benefit guides, plan documents detailing any and all benefits provided to the above-referenced individual. This request pertains to any benefits available to the above-referenced individual. This request seeks production of materials generated during the course of this claim from persons performing services for the Plan. Please direct those additional entities to respond to our requests.

The Secretary of Labor's ERISA claim procedures regulations, set out in 29 C.F.R. 2560.503-1 (h)(2)(iii) further describe what documents an administrator must provide. The regulations state that, in order to provide a full and fair review, the Plan must provide a claimant, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claimant's claim for benefits. Pursuant to this provision, your production should include but not be limited to the following:

A. The complete claim file, including but not limited to:

1. All medical evidence, whether considered and mentioned in the evaluation process or not.
2. Correspondence from The Lincoln National Life Insurance Company to John Lynn, Jr. regarding this claim.
3. Internal notes, updates and daily activity reports regarding this claim.
4. Opinions of any "independent medical examiners" or other medical professionals paid or employed by The Lincoln National Life Insurance Company to review their claim.

B. A copy of the policy or policies of insurance in effect at the time John Lynn, Jr. claimed his disability.

C. Any correspondence regarding this claim including but not limited to any letters, e-mails, memos, to or from the claimant's employer.

Thank you in advance for your cooperation in this matter.

Sincerely,

Amanda L. Stansberry

ALS:ss
Enclosure
cc: John Lynn, Jr.

# COX & STANSBERRY, LLC

Amanda L. Stansberry
3535 Grandview Pkwy #310
Birmingham, AL 35243
Phone: (205) 383-7996 Fax: (833) 583-4357
amanda@stansberrylaw.com

**PRIVACY RELEASE**

I, John Lynn, Social Security Account # ________________, am currently seeking a reassessment of my claim for Long Term and/or Short Term Disability benefits by Lincoln Financial, Policy #____________________, Claim # 10295792. I have retained Cox & Stansberry, LLC, to be my legal representative in this review and intend for this legal representative to have immediate access to my claim file, including any medical records regarding my physical and mental condition prior and subsequent-to the date and authorization. This authorization shall be deemed to comply with all requirements of HIPPA (45 CFR Section 16.509).

I understand that I may revoke this authorization at any time except to the extent that action has been taken in reliance on this authorization by sending written notice to the record providers and/or person named as personal representative.

XX [signature]
Signature

XX John Lynn
Name Printed or Typed

4-5-22
Date

# COX & STANSBERRY, LLC

Amanda L. Stansberry
3535 Grandview Pkwy #310
Birmingham, AL 35243
Phone: (205) 383-7996 Fax: (833) 583-4357
amanda@stansberrylaw.com

**PAYMENT AUTHORIZATION**

I, John Lynn, hereby authorize Lincoln Financial Company to make payment of any back benefits owed or lump sum payments in relation to my disability claim to Cox & Stansberry, LLC as attorney for John Lynn. Any future benefits should be paid directly to John Lynn.

XX [signature] ______________________
Client Signature

XX 4-5-22 ______________________
Date

[signature] ______________________
Attorney Signature
Cox & Stansberry, LLC

4/21/22 ______________________
Date

**From:**Prince, Alisa <Alisa.Prince@ClaytonHomes.com>
**Sent:**Thu, 6 Aug 2020 19:04:37 +0000
**To:**Monahan, Jaqueline
**Subject:**RE: LTD Salary Verification - John Lynn - LTD Claim 10295792

Hi Jackie, looking at his base rate, it's 41,600.00 if I multiply his hourly rate $20 x 2080= $41,600.00. This should be the correct amount. Let me know if you have any questions. The amount $50,645.39, was the amount I got using the dates you provided below.. Thank you.



8/06/20 15:00:36 Display Employee Basic Data PRGMSD PRDMSD
Employer . . . : 001 CLAYTON Page 4 of 6
Employee . . . : 325658 LYNN, JR., JOHN W
On Leave Since 5/18/2020
Compensation Information

| | | | |
|---|---|---|---|
| Regular Hours . : | 40.00 | Scheduled Pay Pds | 52 |
| Base Rate . . . : | 20.0000 | Pay Type . . . : | H |
| Base Frequency : | H | Pay Frequency . : | W |
| Pay Grade . . . : | | Pay Grade Date : | |
| Step . . . . . : | 0 | Step Date . . . : | |
| Next Step . . . : | 0 | Next Step Date : | |
| Freeze Step? . : | 0 | Step Override? : | 0 |
| Last Increase . : | 5/06/2019 | Increase Reason : | ADJ |
| Last Increase % : | 11.1111 | Next Increase . : | |
| Last Increase Amt | 2.0000 | Previous Rate . : | 18.0000 |

**Alisa Prince**
**Benefits Coordinator**
**865-380-3000 x 5223**
Alisa.Prince@claytonhomes.com
**Fax: 865-738-6165**

myClayton benefits.com

CONFIDENTIALITY NOTICE
This message and the accompanying documents may contain information that is confidential. If you are not the intended recipient, you are hereby notified that you are strictly prohibited from reading or distributing this communication. If you have received this e-mail in error, please notify the sender and destroy the original transmission. Thank you.

**From:** Monahan, Jaqueline <Jaqueline.Monahan@lfg.com>
**Sent:** Thursday, August 6, 2020 1:03 PM
**To:** Prince, Alisa <Alisa.Prince@ClaytonHomes.com>
**Subject:** [EXTERNAL] RE: LTD Salary Verification - John Lynn - LTD Claim 10295792

**External email: careful w/ links or attachments**

Hi Alisa,
I wanted to verify the salary on this before I set up the benefit to issue, but the BME states it's the Base salary and I wanted to check if the amount you sent $50,645.39 was the base salary that I would use and divide by 12 months to have a monthly earnings amount?

Please let me know if you have any questions.
Thank you,
Jackie

**From:** Prince, Alisa <Alisa.Prince@ClaytonHomes.com>
**Sent:** Monday, August 3, 2020 8:42 AM
**To:** Monahan, Jaqueline <Jaqueline.Monahan@lfg.com>; Benefits <Benefits@ClaytonHomes.com>
**Subject:** RE: LTD Salary Verification - John Lynn - LTD Claim 10295792

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Jackie, please see the information below that you requested. Thank you.

**Alisa Prince**
**Benefits Coordinator**
**865-380-3000 x 5223**
Alisa.Prince@claytonhomes.com
**Fax: 865-738-6165**

my Clayton benefits.com

CONFIDENTIALITY NOTICE
This message and the accompanying documents may contain information that is confidential. If you are not the intended recipient, you are hereby notified that you are strictly prohibited from reading or distributing this communication. If you have received this e-mail in error, please notify the sender and destroy the original transmission. Thank you.

**From:** Monahan, Jaqueline <Jaqueline.Monahan@lfg.com>
**Sent:** Monday, August 3, 2020 8:36 AM
**To:** Benefits <Benefits@ClaytonHomes.com>
**Subject:** [EXTERNAL] LTD Salary Verification - John Lynn - LTD Claim

**External email: careful w/ links or attachments**

Good Morning,

I am a Payment Specialist in The Financial Services Department within Disability Claims, and I am contacting you for salary verification regarding the LTD claim for John Lynn, with Emp ID#325658 and DOB:

- Please provide a payroll report of the employee's gross wages for the 12 month period of 02/01/2019 thru 01/31/2020.

```
 8/03/20  08:38:17              Checks Display             PYGPI10     PYDPI10
                                                  On Leave Since      5/18/2020
Employer . . . :   CLAYTON
Employee . . . :      325658 LYNN,JR.,JOHN W
Tax ID . . . . :  [redacted]
Cycle . . . . . :  SEH02                  Pay Type . . . :  H
Frequency . . . :  W                      Base Rate . . . :         20.0000
YTD Gross Pay . :         9,935.54        Sel. Gross Pay  :          50,645.39
YTD Net Pay . . :                         Selected Net Pay:
Home Tax Co . . :  115                    Selected Tax Co.:
Begin Chk. Date :   2012019               Ending Chk. Date:   1312020
Income Code . . :                         Deduction Code  :
```

- Please provide a report of Commissions and Bonuses for the period 08/01/2018 thru 07/31/2019, if applicable. Mr. Lynn does not receive commissions or bonuses.

Please contact me with any questions.

Thank you,
Jackie Monahan

**Jaqueline Monahan**
Service Processor II
Claims Payment Services
Lincoln Financial Group
100 Liberty Way
Dover, NH 03820
(888) 437-7611 x16489
Fax (603) 334-3956
LincolnFinancial.com

**Follow us on:**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

CONFIDENTIALITY NOTICE
This message and the accompanying documents contain information that belongs to the sender and may contain information that is privileged, confidential, or exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient, you are hereby notified that you are strictly prohibited from reading, disseminating, distributing, copying, or taking action in reliance on the content of this communication. If you have received this e-mail in error, please notify the sender immediately and destroy the original transmission. Thank you.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

CONFIDENTIALITY NOTICE
This message and the accompanying documents contain information that belongs to the sender and may contain information that is privileged, confidential, or exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient, you are hereby notified that you are strictly prohibited from reading, disseminating, distributing, copying, or taking action in reliance on the content of this communication. If you have received this e-mail in error, please notify the sender immediately and destroy the original transmission. Thank you.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) John Lynn

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative John Lynn

Date of Birth: ______ Claim Number: 10295792 Date: 8-5-2020

**A copy of this authorization will be considered as valid as the original.**

00003877 LFPT0FD1 00014832

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

**Return To:** Charles Harris

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: John Lynn | |
| CLAIM NO: 10295792 | |
| EMPLOYER/SPONSOR: Clayton Homes, Inc | DATE OF BIRTH: |

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 02/01/2020 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr. Griffin
Specialty: Orthopaedic
Address: 927 Franklin st SE
Huntsville AL 35801
Telephone No.: (256) 539-2728 Fax No.: (256) 539-2666

Name: Encore
Specialty: Rehab
Address:
Haleyville, AL 35563
Telephone No.: (205) 486-2753 Fax No.: (205) 486-2109

Name: Dr Vague
Specialty: orthopaedic
Address: 2950 Hwy 78 West
Jasper, AL 35601
Telephone No.: (205) 221-5374 Fax No.: (205) 384-9481

Name: Dr Scott Parker
Specialty: Infectious Disease
Address: 250 Chateau Dr SW ste 115
Huntsville, AL 35801
Telephone No.: (256) 533-4645 Fax No.: ( )

[redacted]:

Name: Dr Smith
Specialty: General
Address: 25734 Hwy 195
Double Springs, AL 35553
Telephone No.: (205) 627 8028 Fax No.: (205) 627-8031

Name: Dr Laura Doss
Specialty: Counselor
Address: 409 6th Ave SW. Cullman, AL.
35055
Telephone No.: (256) 734-2006 Fax No.: ( )

[redacted]:

Name: Dr Batchlee
Specialty: General
Address: 26279 Hwy 195
Double Springs AL 35553
Telephone No.: (205) 489-3722 Fax No.: (205) 489-3325

Pharmacys
Name: Gateway Family Pharmacy
Specialty:
Address: 26289 Hwy 195
Double Springs, AL 35553
Telephone No.: (205) 489-2522 Fax No.: (205) 489-3722

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

Walmart Pharmacy
42466 Hwy 195
Haleyville, AL 35565
205-486-8597

Hospitals ON
← Back



00003877 LFPT0FD1 00014833

Walker Baptist Medical Center
3400 Hwy 78 E. Jasper, AL. 35501
205-387-4000

---

Huntsville Hospital
101 Sivley Rd SW
Huntsville AL. 35801
256-265-1000

[redacted]

[redacted]

SIGNATURE: John W Lynn DATE: 8-5-2020

00003877 LFPT0FD1 00014834

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

00003877 LFPT0FD1 00014835

**Return to:** Charles Harris

**EMPLOYEE/CLAIMANT NAME:** John Lynn **CLAIM #:** 10295792
**EMPLOYER:** Clayton Homes, Inc **DATE OF BIRTH:** 12/20/1971

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle In t.) LYNN John W | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status MARRIED | |
| Spouse's Full Name and Date of Birth TAMMY | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☒ | ☐ | Short Term Disability or State Disability | $ 420.00 | 2-22-20 | 8/22/20 | |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** John W Lynn

**DATE:** 8-5-2020 **EMPLOYEE'S SIGNATURE:** John W Lynn

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

Return to: Charles Harris

EMPLOYEE/CLAIMANT NAME: John Lynn
CLAIM NO: 10295792
EMPLOYER/SPONSOR: Clayton Homes, Inc DATE OF BIRTH:

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married X Divorced ____
If married, please indicate your spouse's name and date of birth. Name: Tammy Lynn DOB:

Do you have children or dependents*? Yes X No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:
- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| Bryant Lynn | | | NO | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: X
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ____________________ Date: ____________

00003877 LFPT0FD1 00014838

00003877 LFPT0FD1 00014839

# Lincoln Financial Group®

## LINCOLN FINANCIAL GROUP
## LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

Claimant: John Lynn Date of Birth: 12/20/1971

Employer: Clayton Homes, Inc Policy/Plan Sponsor No. 05 - 291250

**A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.**
4) **I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.**
6) **I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.**

(Insured/Employee signature) John W Lynn

(Address) ________

(Date) 8-5-2020

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

EMPLOYEE/CLAIMANT NAME: John Lynn
CLAIM NO: 10295792
EMPLOYER/SPONSOR: Clayton Homes, Inc DATE OF BIRTH: ____________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** (If you have a resume, please attach)

Highest Grade Completed: 12th Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☒ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Primary language spoken: English Other language(s) spoken fluently: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☒ N From: ________ To: ________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Clayton Homes Department: Electrical From: 1991 To: 2020
   Job Title(s): Team leader
   Supervisory Experience ☒ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________



00003877 LFPT0FD1 00014840

3. Company: ______________ Department: ______________ From: ______ To: ______
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

4. Company: ______________ Department: ______________ From: ______ To: ______
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

5. Company: ______________ Department: ______________ From: ______ To: ______
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

00003877 LFPTOFD1 00014841 E

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☒ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☒ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☒ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☒ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: Loan Work: ______________

SIGNATURE: John W Lynn PHONE NO: (205) 272-0468

**From:**Kanaday, Rebecca <Rebecca.Kanaday@SEHomes.com>
**Sent:**Wed, 27 Oct 2021 15:05:32 +0000
**To:**Harris, Charles
**Subject:**FW: LTD 10295792 John Lynn

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Here you good.

Thanks

Rebecca

John was a team leader in the electrical department . His primary duties required him to check the work the team was doing to assure it was properly done and sign travelers in station that the work was complete before rolling to next station. This would require him to walk in and around the homes as well as go up on top of the homes to inspect the roof wiring of the homes. He also was in charge of helping to roll homes over in his area. We roll in electrical stations with both the line roll chain system and with the power pushers that roll homes over. While he does his line inspection of homes he also had to assure his team was cleaning their areas at roll times and they were following safety and company rules during the day. This would require him to reach under the home to hook up the chains to the line roll system or to operate the pusher to push homes over to next station. He helped to move associates to different jobs as needed thru the day to make production possible. As a team leader you also have to fill in for other team members in your department when it comes to a point you can not move team members to cover someone's job. John was usually the team leader that helped to fill in on pulling wire on

top of homes and marking and drilling light holes in the mud pit. These two jobs require bending and being able to walk on rafters on roof of homes, go up a ladder a couple of steps in the mud pit at vaulted areas and would have to lift a roll of wire to load on the wire buggy as needed. A full roll of 14-2 wire is approximately 55 lbs. to lift onto the wire buggy.

---

**From:** Harris, Charles <Charles.Harris@lfg.com>
**Sent:** Monday, October 25, 2021 9:02 AM
**To:** Benefits <Benefits@ClaytonHomes.com>; Kanaday, Rebecca <Rebecca.Kanaday@SEHomes.com>
**Subject:** [EXTERNAL] LTD 10295792 John Lynn

**External email: careful w/ links or attachments**

Good Morning,

Can you provide a job description for John Lynn (Emp ID: 325658)? I believe he was previously employed aa an Electrical TL.

Thank you,

Michael Harris
Claims Examiner II
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68172

800.291.0112 Office
*13926 Extension
603.334.5995 Fax

LincolnFinancial.com

Follow us on:

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

CONFIDENTIALITY NOTICE
This message and the accompanying documents contain information that belongs to the sender and may contain information that is privileged, confidential, or exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient, you are hereby notified that you are strictly prohibited from reading, disseminating, distributing, copying, or taking action in reliance on the content of this communication. If you have received this e-mail in error, please notify the sender immediately and destroy the original transmission. Thank you.

**From:**Prince, Alisa <Alisa.Prince@ClaytonHomes.com>
**Sent:**Mon, 3 Aug 2020 12:42:27 +0000
**To:**Monahan, Jaqueline;Benefits
**Subject:**RE: LTD Salary Verification - John Lynn - LTD Claim 10295792

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Jackie, please see the information below that you requested. Thank you.

**Alisa Prince**
**Benefits Coordinator**
**865-380-3000 x 5223**
Alisa.Prince@claytonhomes.com
**Fax: 865-738-6165**

CONFIDENTIALITY NOTICE
This message and the accompanying documents may contain information that is confidential. If you are not the intended recipient, you are hereby notified that you are strictly prohibited from reading or distributing this communication. If you have received this e-mail in error, please notify the sender and destroy the original transmission. Thank you.

---

**From:** Monahan, Jaqueline <Jaqueline.Monahan@lfg.com>
**Sent:** Monday, August 3, 2020 8:36 AM
**To:** Benefits <Benefits@ClaytonHomes.com>
**Subject:** [EXTERNAL] LTD Salary Verification - John Lynn - LTD Claim

**External email: careful w/ links or attachments**

Good Morning,

I am a Payment Specialist in The Financial Services Department within Disability Claims, and I am contacting you for salary verification regarding the LTD claim for John Lynn, with Emp ID#325658 and DOB:

- Please provide a payroll report of the employee's gross wages for the 12 month period of 02/01/2019 thru 01/31/2020.

```
8/03/20  08:38:17              Checks Display            PYGPI10    PYDPI10
                                                   On Leave Since   5/18/2020
Employer . . . . :  CLAYTON
Employee . . . . :     325658 LYNN,JR.,JOHN W
Tax ID . . . . . : [redacted]
Cycle . . . . . . :  SEH02                Pay Type . . . :  H
Frequency . . . . :  W                    Base Rate . . . :          20.0000
YTD Gross Pay . . :        9,935.54       Sel. Gross Pay  :         50,645.39
YTD Net Pay . . . :                       Selected Net Pay:
Home Tax Co . . . :  115                  Selected Tax Co.:
Begin Chk. Date :    2012019              Ending Chk. Date:  1312020
Income Code . . . :                       Deduction Code  :
```

- Please provide a report of Commissions and Bonuses for the period 08/01/2018 thru 07/31/2019, if applicable. Mr. Lynn does not receive commissions or bonuses.

Please contact me with any questions.

Thank you,
Jackie Monahan

**Jaqueline Monahan**
Service Processor II
Claims Payment Services
Lincoln Financial Group
100 Liberty Way
Dover, NH 03820
(888) 437-7611 x16489
Fax (603) 334-3956
LincolnFinancial.com

**Follow us on:**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

CONFIDENTIALITY NOTICE
This message and the accompanying documents contain information that belongs

to the sender and may contain information that is privileged, confidential, or exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient, you are hereby notified that you are strictly prohibited from reading, disseminating, distributing, copying, or taking action in reliance on the content of this communication. If you have received this e-mail in error, please notify the sender immediately and destroy the original transmission. Thank you.

**From:**ClaimsHOAdmin
**Sent:**Tue, 8 Nov 2022 20:19:37 +0000
**To:**Averill, Rebecca
**Subject:**RE: 10295792 JOHN LYNN File Copy Request form

Hello,
Your complete file copy request for claim #1295792 9834821 has been completed and sent via One Drive to the email address provided AMANDA@COXSTANSBERRY.COM
Thank you


**Dawn Keefer**
Admin II, Operations & Project Support
Financial Claims Support
GP CLM Shared Services

**Lincoln Financial Group**
LincolnFinancial.com


---

**From:** Averill, Rebecca <Rebecca.Averill@lfg.com>
**Sent:** Tuesday, November 8, 2022 9:46 AM
**To:** ClaimsHOAdmin <ClaimsHOAdmin@lfg.com>
**Subject:** 10295792 JOHN LYNN File Copy Request form

Good morning,

Please see the claim file request attached.

Thank you,


**Becky Averill**
Claim Resolution Coordinator
Claim Resolution Services

**The Lincoln National Life Insurance Company**
LincolnFinancial.com

888-437-7611 X16668
Office

603-430-1601 Fax



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

# Billing Statement:

**Invoice Date: 01/06/2021** **Invoice #: 713391-342**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Dec 1 2020 and Dec 31 2020**

**L-CLTLTD** **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 7304234<br>10295792 | LYNN, JOHN<br>THE ORTHOPAEDIC CENTER | Complete | 12/23/20<br>C Harris | $ 8.00 | $ 24.00 | $ 0.00 | $ 0.00<br>21 | **$ 32.00** |

**ReleasePoint**

**Total Amount Due:** **$ 32.00**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

# ROI Plus

YOUR OFFICE HAS REQUESTED A PHI FOR THE PATIENT LISTED BELOW

## PHI REQUEST FULFILLMENT NOTIFICATION

REQ20210511122345264

| | | | |
|---|---|---|---|
| Request Date: | 5/11/2021 | Request ID: | REQ20210511122345264 |
| Requestor Name: | LINCOLN FINANCIAL GROUP | Patient Name: | Lynn,John |
| Requestor Acct: | R60488 | Patient DOB: | xx/xx/xxxx |
| Requestor PIN: | 4236 | Patient MRN: | xxxxxxx |
| | | Patient ID: | xxxxxxx |

**Requestor Contact:**
LINCOLN FINANCIAL GROUP
Michael Harris
PO Box 2578
Omaha, NE 68172
(800) 291-0112 (p) (603) 334-5995 (f)

**Provider Contact:**
The Orthopaedic Center - 4095
Vital Chart Representative
3610 US Highway 31 South Suite C Suite C
Calera, AL 35801
(205) 319-2100 (p) (205) 319-2120 (f)

Your office has requested PHI from the Provider listed above.
You must go to the website below to view the status and content of both pending and completed ROI requests.

WWW.ABTROIPLUS.COM

You must use the Requestor Acct # and Requestor Pin # values that appear in the top portion of this notice, along with the Patient Date of Birth, to view the status and content of both pending and completed ROI requests. Complete instructions are available on the website.

IMPORTANT NOTE:

***FORWARDING ROI REQUESTS OR PATIENT RECORDS BY MAIL OR FAX EXPOSES PATIENTS TO THE RISK OF IDENTITY THEFT AND EXPOSES PROVIDERS AND REQUESTORS TO LITIGATION FROM PATIENTS WHO SUFFER IDENTITY THEFT. TRANSMITTALS OF ROI REQUEST FORMS AND PATIENT RECORDS CONTAINING CERTAIN CRITICAL INFORMATION (Patient Name, Social Security Number, Date of Birth ) THAT ENABLES IDENTITY THEFT SHOULD BE CLOSELY SAFEGUARDED AND TRACKED TO PROTECT PATIENTS, REQUESTORS AND PROVIDERS FROM POTENTIAL LEGAL AND COMPLIANCE LIABILITIES.***

***IF REQUESTOR CHOOSES TO TAKE DELIVERY OF PATIENT RECORDS BY MAIL OR FAX, REQUESTOR HEREBY ACKNOWLEDGES, UPON RECEIPT OF THIS NOTICE, SOLE RESPONSIBILITY FOR ALL CONTINGENT LEGAL AND COMPLIANCE LIABILITIES THAT OCCUR AFTER RECEIPT OF TRANSMITTED PATIENT RECORDS.***

VitalChart
Health Information Management

# ELECTRONIC RECORD RETRIEVAL INSTRUCTIONS

## YOUR REQUEST IS COMPLETE.

**If your request is non-billable (such as Continuity of Care),** the records will be immediately available to you online using the instructions below.

**If your request is billable,** an invoice with payment instructions has also been faxed to you.

- If you wish to pay by credit card online, the records will be immediately available to you online using the instructions below. You may make payment during the retrieval process.
- If you wish to pay by check, the records will be available to you online *once payment has been received and posted*. A faxed "PAID" invoice will be faxed to you as confirmation of receipt. Then, you may use the instructions below.

## Please follow these simple instructions to retrieve your medical records:

1. Go to www.abtroiplus.com
2. Enter the Requestor Acct # and Requestor PIN #, which are located on the first page of this faxed notification. (These items also appear on the invoice, if you received one.)
3. Search for the requested records by:
   a. From the alphabetical list at the top of the screen, click on the first letter of the patient's last name; if looking for multiple records, click 'ALL.'
   b. In the search bar, type the Request ID number or the patient's last name.
4. Click on the View button under 'Options' and enter the patient's date of birth to open the requested records.

NOTE: If your request is billable, you cannot view the records until your payment is received. You may pay by credit card online as part of the record retrieval process. Paying by credit card online allows you immediate online access to the records.

VitalChart 11/4/2019

# VitalChart Invoice

Remit To:
VRC Companies, dba VitalChart
Attn: Dept. # 5853
P O Box 11407
Birmingham, AL 35246
(205) 319-2100 (p) (205) 319-2120 (f)
TaxID (82-0796154)

Credit Card Payments can be made at www.abtroiplus.com
(see logon instructions below)

| Invoice Number | Invoice Date |
|---|---|
| IN20210511122345264 | 5/11/2021 |

Provider Acct No.
P4095-1
The Orthopaedic Center - 4095

| Bill To |
|---|
| LINCOLN FINANCIAL GROUP<br>Michael Harris<br><br>PO Box 2578<br>Omaha, NE 68172<br>(800) 291-0112 (p) (603) 334-5995 (f) |

Requestor Acct No.
R60488

Request Date
5/11/2021

Requestor PIN
4236

Request ID
req20210511122345264

Patient Name
Lynn,John

## All requested documents must be viewed at WWW.ABTROIPLUS.COM

You will need your Requestor Account Number and PIN for authorized access.

(Contact Vital Chart Representative at Imaging-Bhm@vitalscanllc.com or (205) 319-2100 for assistance.)

| Reference | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| CLAIM#:10295792 | | | | |
| Basic Charge | 1 | per Code of Alabama Sect. (12-21-6.1) | | $5.00 |
| Page Rates<br>Base Pages | 13 | Rate for 1st 25 pages @ $1.00 | $1.00 | $13.00 |
| Handling Charge | 1 | Electronic Repository Fee | $5.00 | $5.00 |
| Billing Reference | 1 | Billable | | |
| Please remit to above address. | | | | |

| | |
|---|---|
| Subtotal | $23.00 |
| Adjustment | – $0.00 |
| TOTAL | $23.00 |

| Phone # | Fax # | Email | Web Site |
|---|---|---|---|
| (205) 319-2100 | (205) 319-2120 | Imaging-Bhm@vitalscanllc.com | www.abtroiplus.com |

VitalChart
Health Information Management

# IMPORTANT NOTICE!

## Payment Terms & Conditions

Vital Chart is the Release of Information processing agent for this health care provider. Vital Chart diligently processes all of your requests for Patient records on a timely basis and, therefore, expects to be **paid upon receipt** of this invoice.

All credit card payments should be made through our Requestor web portal at www.ABTROIPLUS.com. Payment instructions can be found on the ROI Fulfillment Notification and the Vital Chart invoice. To access the Requestor portal, you will need the Requestor Account Number and PIN Number printed on the invoice. All invoices must be paid before the records can be released for you to access.

Non-payment **within 30 days** of the Invoice date will result in your account being placed on a "Credit Hold" to which all outstanding invoices must be paid before the hold can be removed.

Once a request has been received and processed we charge a $25 Cancellation Fee if the records are no longer required. To cancel a request please call the phone number listed on the Vital Chart invoice or send your request in writing to the email address also listed on the invoice.

NOTE: We do not fax or mail Patient records. Records should be accessed through a convenient and secure online, HIPAA compliant, Requestor portal www.ABTROIPLUS.com. Records are available online immediately upon the receipt of payment

VitalChart
ROI Customer Service

# ROI Plus

YOUR OFFICE HAS REQUESTED A PHI FOR THE PATIENT LISTED BELOW

## PHI REQUEST FULFILLMENT NOTIFICATION

REQ20210511122345264

| | | | |
|---|---|---|---|
| Request Date: | 5/11/2021 | Request ID: | REQ20210511122345264 |
| Requestor Name: | LINCOLN FINANCIAL GROUP | Patient Name: | Lynn,John |
| Requestor Acct: | R60488 | Patient DOB: | xx/xx/xxxx |
| Requestor PIN: | 4236 | Patient MRN: | xxxxxxx |
| | | Patient ID: | xxxxxxx |

**Requestor Contact:**
LINCOLN FINANCIAL GROUP
Michael Harris
PO Box 2578
Omaha, NE 68172
(800) 291-0112 (p) (603) 334-5995 (f)

**Provider Contact:**
The Orthopaedic Center - 4095
Vital Chart Representative
3610 US Highway 31 South Suite C Suite C
Calera, AL 35801
(205) 319-2100 (p) (205) 319-2120 (f)

Your office has requested PHI from the Provider listed above.
You must go to the website below to view the status and content of both pending and completed ROI requests.

WWW.ABTROIPLUS.COM

You must use the Requestor Acct # and Requestor Pin # values that appear in the top portion of this notice, along with the Patient Date of Birth, to view the status and content of both pending and completed ROI requests. Complete instructions are available on the website.

IMPORTANT NOTE:

***FORWARDING ROI REQUESTS OR PATIENT RECORDS BY MAIL OR FAX EXPOSES PATIENTS TO THE RISK OF IDENTITY THEFT AND EXPOSES PROVIDERS AND REQUESTORS TO LITIGATION FROM PATIENTS WHO SUFFER IDENTITY THEFT. TRANSMITTALS OF ROI REQUEST FORMS AND PATIENT RECORDS CONTAINING CERTAIN CRITICAL INFORMATION (Patient Name, Social Security Number, Date of Birth ) THAT ENABLES IDENTITY THEFT SHOULD BE CLOSELY SAFEGUARDED AND TRACKED TO PROTECT PATIENTS, REQUESTORS AND PROVIDERS FROM POTENTIAL LEGAL AND COMPLIANCE LIABILITIES.***

***IF REQUESTOR CHOOSES TO TAKE DELIVERY OF PATIENT RECORDS BY MAIL OR FAX, REQUESTOR HEREBY ACKNOWLEDGES, UPON RECEIPT OF THIS NOTICE, SOLE RESPONSIBILITY FOR ALL CONTINGENT LEGAL AND COMPLIANCE LIABILITIES THAT OCCUR AFTER RECEIPT OF TRANSMITTED PATIENT RECORDS.***

VitalChart
Health Information Management

# ELECTRONIC RECORD RETRIEVAL INSTRUCTIONS

## YOUR REQUEST IS COMPLETE.

**If your request is non-billable (such as Continuity of Care),** the records will be immediately available to you online using the instructions below.

**If your request is billable,** an invoice with payment instructions has also been faxed to you.

- If you wish to pay by credit card online, the records will be immediately available to you online using the instructions below. You may make payment during the retrieval process.
- If you wish to pay by check, the records will be available to you online *once payment has been received and posted.* A faxed "PAID" invoice will be faxed to you as confirmation of receipt. Then, you may use the instructions below.

## Please follow these simple instructions to retrieve your medical records:

1. Go to www.abtroiplus.com
2. Enter the Requestor Acct # and Requestor PIN #, which are located on the first page of this faxed notification. (These items also appear on the invoice, if you received one.)
3. Search for the requested records by:
   a. From the alphabetical list at the top of the screen, click on the first letter of the patient's last name; if looking for multiple records, click 'ALL.'
   b. In the search bar, type the Request ID number or the patient's last name.
4. Click on the View button under 'Options' and enter the patient's date of birth to open the requested records.

NOTE: If your request is billable, you cannot view the records until your payment is received. You may pay by credit card online as part of the record retrieval process. Paying by credit card online allows you immediate online access to the records.

VitalChart 11/4/2019

# VitalChart Invoice

Remit To:
VRC Companies, dba VitalChart
Attn: Dept. # 5853
P O Box 11407
Birmingham, AL 35246
(205) 319-2100 (p) (205) 319-2120 (f)
TaxID (82-0796154)
Credit Card Payments can be made at www.abtroiplus.com
(see logon instructions below)

Invoice Number
IN20210511122345264

Invoice Date
5/11/2021

Provider Acct No.
P4095-1
The Orthopaedic Center - 4095

**Bill To**

LINCOLN FINANCIAL GROUP
Michael Harris

PO Box 2578
Omaha, NE 68172
(800) 291-0112 (p) (603) 334-5995 (f)

Requestor Acct No.
R60488

Request Date
5/11/2021

Requestor PIN
4236

Request ID
req20210511122345264

Patient Name
Lynn,John

## All requested documents must be viewed at WWW.ABTROIPLUS.COM

You will need your Requestor Account Number and PIN for authorized access.

(Contact Vital Chart Representative at Imaging-Bhm@vitalscanllc.com or (205) 319-2100 for assistance.)

| Reference | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| CLAIM#:10295792 | | | | |
| Basic Charge | 1 | per Code of Alabama Sect. (12-21-6.1) | | $5.00 |
| Page Rates | | | | |
| Base Pages | 13 | Rate for 1st 25 pages @ $1.00 | $1.00 | $13.00 |
| Handling Charge | 1 | Electronic Repository Fee | $5.00 | $5.00 |
| Billing Reference | 1 | Billable | | |

Please remit to above address.

| | |
|---|---|
| Subtotal | $23.00 |
| Adjustment | – $0.00 |
| TOTAL | $23.00 |

| Phone # | Fax # | Email | Web Site |
|---|---|---|---|
| (205) 319-2100 | (205) 319-2120 | Imaging-Bhm@vitalscanllc.com | www.abtroiplus.com |

# Network Medical Review Company, LTD.

*An ExamWorks Company*

## INVOICE

LINCOLN FINANCIAL GROUP - LLAOB

Attn: TULIANO, JOSHUA
8801 INDIAN HILLS DRIVE
OMAHA, NE 68114

Invoice Number: 719901-1
Invoice Date: 9/23/2022
Account Number: 519193
File Number: 719901-1

Service Date: beyond August 21,
Claim Number: 10295792
Claimant Name: John W. Lynn

| Description | | Amount |
|---|---|---|
| Initial | LTD | **$775.00** |

**Comments**

**Please pay this amount:** **$775.00**

Remit to: Network Medical Review Company, LTD
PO Box 492260
Redding, Ca 96049-2260
Tax ID 76-0711128

# Network Medical Review Company, LTD.

*An ExamWorks Company*

## INVOICE

LINCOLN FINANCIAL GROUP - LLAOB

Attn: TULIANO, JOSHUA
8801 INDIAN HILLS DRIVE
OMAHA, NE 68114

Invoice Number: 745610-1
Invoice Date:
Account Number: 519193
File Number: 745610-1

Service Date: beyond August 21,
Claim Number: 10295792
Claimant Name: John W. Lynn

| Description | | Amount |
|---|---|---|
| Initial | LTD | **$350.00** |

**Comments**

**Subtotal:**
**Tax:**

**Please pay this amount:** **$350.00**

Remit to: Network Medical Review Company, LTD
PO Box 492260
Redding, Ca 96049-2260
Tax ID 76-0711128

**From:**lauren.coash@nmrexamworks.com
**Sent:**Wed, 2 Nov 2022 11:50:44 -0500
**To:**Tuliano, Joshua;VendorReferrals
**Subject:**NMR report notification for case - Case #: 10295792 - NMR# 745610
**Attachments:**Report_NMR_Peer__LLAOBinv_745610-1_v1.pdf, Report_NMR_Peer__LTD-R01_745610-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

This is to inform you that the report for your case #10295792 (NMR # 745610-1) has been completed and is ready to be viewed on our website.

You can access the report via https://client.nmrco.com using your username and password.

Thank you for the referral.

Network Medical Review Co.

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**REFERRED BY:** JOSHUA TULIANO
**CLIENT:** Lincoln Life Insurance
**NAME:** John W. Lynn
**CLAIM #:** 10295792
**NMR #:** 745610
**DATE:** 9/23/2022; Addendum 11/2/2022

**RECORDS PROVIDED FOR REVIEW:**

| | | | |
|---|---|---|---|
| PROGRESS NOTES | Family Medical Associates West | 08/09/22 - 10/21/22 | 3,6,11-12,15-18 |
| PROGRESS NOTES | B. Tubbs/R. Reddy, MD | 06/03/22 - 06/27/22 | 9-10 |
| PROGRESS NOTES | W. Dyer, CRNP/R. Reddy, MD | 08/11/22 - 08/29/22 | 13-14 |
| MISCELLANEOUS | | 10/21/22 - 10/25/22 | 1-2,4-5,7-8 |

TELECONFERENCE
1) AP NAME: Dr. Andrea Batchelor
2) PHONE: (205) 489-3322
3) DATE(S): 9/20/2022, 9/22/2022
4) TIME(S): 12:26 PM CDT, 12:52 PM CDT
5) PERSON(S) SPOKEN WITH: Destiny, Dr. Batchelor
6) POSITION OF PERSON(S) SPOKEN WITH: Assistant, Attending Provider

SUMMARY OF DISCUSSION(S): I called the treating provider's office and spoke with the assistant, Destiny. She explained that the treating provider was in a room with a patient but she would give her the message and have her return the call as soon as possible. The name and date of birth of the claimant as well as the purpose of my call was provided.

I spoke to Dr. Batchelor and she clarified that the claimant was mostly impaired from the perspective of his back pain and femoral pain. The claimant could likely only sit or stand for up to 30 minutes at a time before having to change positions to stretch. She also indicated that the claimant was able to do certain things around the home but was limited in terms of his stamina. She agreed that the claimant could do some physical maneuvers albeit at a mostly sedentary level of exertion.

TELECONFERENCE
1) AP NAME: Dr. David Griffin
2) PHONE: (256) 704-1210

3) DATE(S): 9/22/2022
4) TIME(S): 8:13 AM CDT
5) PERSON(S) SPOKEN WITH: Dr. Griffin
6) POSITION OF PERSON(S) SPOKEN WITH: Treating Provider

SUMMARY OF DISCUSSION(S): I called the Orthopedic Center and selected option #2 for the provider's line. I spoke with the receptionist, Shanna. She transferred the call to Dr. Griffin who was cordial but explained that he had not seen the patient since January 2021 and really had no opinion about the claimant's current functional status. Dr. Griffin indicated that the last time in the office that the claimant was ambulating with assistance of a cane and was having chronic pain symptoms but beyond that he could not provide further details.

**ASSESSMENT:** In brief summary, the claimant is a male (DOB: The listed date of disability is 2/22/20 after suffering a fall at home with injuries including a nondisplaced fracture of the right olecranon region, with a second fall due to tripping over his dog and landing on the arm, resulting in a displaced avulsion fracture and triceps tendon rupture on the right side. The claimant underwent surgical repair of his tendon rupture on 2/27/20 by Dr. Kendall Vague (Orthopedics), and the case was complicated by post-operative infection of the surgical site requiring additional surgery on 3/30/20 for removal of surgical hardware previously placed and he was given a 6-week course of antibiotics intravenously. Co-morbid conditions include chronic vertigo, hiatal hernia, insomnia, anemia, attention deficit disorder, and anxiety.

On 5/3/20, the employee suffered an accidental self-inflicted gunshot wound to the right leg which resulted in a comminuted fracture of his femur inferiorly. The claimant required closed reduction, external fixation, and subsequent repair of the femur on 5/6/20 with Dr. David Griffin (Orthopedics), and use of a bone stimulator for delayed fracture healing in the right leg was noted with the need for chronic opioid pain medications.

Computed tomography (CT) imaging on 1/28/2021 of the right femur revealed areas of solid bone healing in the fractured area and other areas with no healing noted.

On 4/20/21, the claimant was seen by Dr. David Griffin for follow up of his right femoral fracture with delayed healing. The claimant reported ongoing discomfort in the right thigh with pain radiating into the lower extremity distally. The claimant is documented to have been using a cane for ambulatory assistance. There was documentation of trauma-induced peripheral neuropathy. Physical examination documented use of a cane, healed gunshot wounds, and significant limp on the right. Laboratory serologies appeared normal and Dr. Griffin stated that the claimant's most recent CT scan had revealed areas of healing and areas of incomplete healing over the fracture site. Dr. Griffin outlined treatment options that included further surgical intervention with an exchange nailing procedure, which he opined might help with further healing and reduce pain, otherwise weightbearing as tolerated activity and use of a bone stimulator. No new medication was prescribed.

The data provided suggested that the claimant was receiving care primarily from family medicine provider Dr. Andrea Batchelor. This included sequential visits such as on 9/29/21 for an annual visit and follow up of his chronic pain in his right leg, burning pain in his right foot from his gunshot injury, and chronic back pain. The employee reported he was using Percocet twice daily and took Flexeril (cyclobenzaprine) at night. The claimant reported having sinus pressure, and congestion for a couple of weeks and left ear discomfort. He was prescribed Amoxicillin for his left ear infection and recommended continuing his current medications. Physical examination revealed difficulty arising from a chair, ambulation with a cane, and tenderness to palpation over the right thigh.

On 12/14/21, the employee was seen by Dr. Batchelor for routine follow up and reported sinus pressure and left ear pain and itching. He had completed a course of antibiotics 3 weeks prior and the claimant reported ongoing chronic neck, back and right leg pain. The employee stated he could only move around or sit for 30 minutes and had trouble sleeping at night due to pain. He rated his pain at that time as a 5/10. Vital signs were stable, and exam noted ambulation with a cane and difficulty rising from a chair. Dr. Batchelor prescribed antifungal medication for a yeast related rash under the arms (tinea cruris) and treated the employee's acute sinus infection with several antibiotics.

A letter dated 2/3/22 from Dr. Batchelor stated that the employee had been her patient since 2015 and outlined his chronic conditions and injuries causing disability. She stated that he was only able to sit/walk around for 30 minutes at a time, needed to change positions frequently, ambulated with a cane, and used Percocet as needed for pain and Klonopin for anxiety. She opined that due to his restrictions it was unlikely that he was able to work.

The claimant was seen by Dr. Batchelor (Family Medicine) on 3/14/22 for chronic pain follow up and reports of intermittent blisters occurring under his arms since his last visit. These were reported to be painful, and the claimant had treated with antibiotics several weeks prior. The claimant reported his current medications controlled his acid reflux, Adderall helped him stay awake during the day, and Klonopin calmed his racing thoughts at night. The claimant reported ongoing chronic pain in his low back and right leg which worsened with walking more than 100 yards for his back. Weather changes increased his leg pain, and he continued to have weakness in his right knee and numbness in the right foot. The claimant noted he could only stand for 30 minutes at a time due to pain and sit for 30-40 minutes due to pain and stated he had driven to Florida to see his grandchild and had to stop every 30-40 minutes to get out and walk. The claimant stated he had to lie down 2-3 times per day for 15 minutes to take pressure off his back and get feeling back in his right foot. Exam revealed decreased range of motion in the right knee, inability to fully extend the right knee in a seated position, ability to extend knee to 45 degrees from a flexed position, 4/5 strength in the right leg, and ambulation with a cane with normal right ankle range of motion. Dr. Batchelor recommended that the claimant continue his current medications and use of Percocet for chronic pain. She stated he was unable to work due to mobility limitations. Follow up in 3 months was recommended.

A physician review was completed by Dr. Martin Hoffman (PM&R) on 1/5/22. Dr. Martin supported impairing diagnoses of right elbow fracture, right femur fracture, right thigh pain, and ankylosis of the right knee. Restrictions were supported due to ongoing reports of right thigh, foot and back pain with mobility limitations, and included: sitting unrestricted with intermittent brief position changes allowed, standing/walking occasionally with use of an assistive device, lifting/carrying up to 10 lbs. occasionally and 5 lbs. frequently as long as carrying can be in one hand to allow for use of cane, no crouching, kneeling, ladder climbing, working at unprotected heights, commercial driving, operating heavy equipment, or safety sensitive machinery while using opioid medications. Full time work was allowed within the above referenced restrictions which were supported from 9/1/21 to present day and ongoing. No evidence of medication side effects was noted, and provider contact was not made.

On 6/3/22, the claimant was seen by Brittany Tubbs, NP (Family Medicine) for medication refills. He reported feeling fatigued after having dinner each day and could not stay awake once he got home for the day. He reported right ear pulsing and sinus pressure.

An 8/25/22 letter received on appeal from the employee's attorney to the insurer.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Does the additional information change any of your prior opinions or conclusions? Please explain in detail why or why not.**

No, the additional information does not change any of my prior opinions or conclusions.

The additional materials submitted included sequential outpatient visit notes by Dr. Andrea Batchelor and/or Family Medical Associates West from 6/3/2022 through 9/12/2022 as well as a “To Whom It May Concern" letter dated 10/21/2022 by Dr. Batchelor does not change the prior opinions provided.

In the initial report of 9/23/2022, it is clearly outlined that the claimant does indeed have physical impairments resulting in the need for physical restrictions for which specific estimates were provided based upon the objective data from an Internal Medicine/Occupational Medicine perspective. It is important to point out that the initial request in the report was to make estimates of medically necessary restrictions and not to be opined specifically about the ability to perform specific work duties within an occupation. A determination of disability is administrative in nature and based upon the specific details of a disability policy/plan as well as a specific job description of the claimant, physical exertions required in a specific occupation, whether or not there are safety-sensitive aspects of a particular occupation, and indirectly the ability for an employer to accommodate restrictions.

Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine along with medication and discussion with providers, there is a supported level of impairment that would translate into restrictions or limitations from - 8/21/2022 and continuing from an Internal Medicine and Occupational Medicine perspective. The claimant had weakness and pain of the lower extremity and was using a cane. This would limit certain activities as outlined below. Within reasonable medical certainty, the following would be considered medically necessary restriction estimates based upon all data reviewed:

Sitting: up to 1 hour continuously for a maximum of 7 hours per day (allow change in position as needed);

Standing: up to 0.5 hours continuously for a maximum of 2.5 hours per day (allow change in position as needed);

Walking: up to 0.50 hours continuously for a maximum of 1.5 hours per day (allow change in position as needed with use of ambulatory assistive device);

Reaching at desk level: unrestricted;

Reaching overhead/below waist: occasionally;

Fingering/mousing/keyboarding/handling/grasping: frequently;

Climbing stairs: rarely (with use of grab rails);

Climbing ladders/kneel/squat/crawl: never;

Twisting/bending at waist: occasionally;

Balancing at heights: never;

Lift/carry: up to 20 pounds rarely or 10 pounds occasionally;

Push/pull: with up to 30 pounds of force rarely or 15 pounds of force occasionally;

Executive level cognitive functioning: unrestricted;

Ability to communicate with others: unrestricted;

Driving: occasionally;

Visual or auditory acuity activities: unrestricted.

The claimant should be reassessed within 3 months from the date of this report (or on 12/2/22).

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

Clayton T. Cowl, M.D., MS
Board Certified in Occupational Medicine

Board Certified in Pulmonary Disease
Board Certified in Internal Medicine
Licensed in State of IA #29401
Licensed in State of MN #39474

***NMR Conflict of Interest Attestation:***

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

# Curriculum Vitae and Bibliography
# Clayton T Cowl, MD, MS

## Personal Information


| | |
|---|---|
| Place of Birth: | Los Angeles, CA |
| Citizenship: | United States of America |
| Work Address: | Mayo Clinic Rochester<br>200 First St SW<br>Rochester, MN 55905-0001<br>507-284-3211 |
| Email Address: | Cowl.Clayton@mayo.edu |


## Present Academic Rank and Position

| | |
|---|---|
| **Consultant** - Division of Preventive, Occupational and Aerospace Medicine, Department of Internal Medicine, Mayo Clinic, Rochester, Minnesota | 07/01/2000 - Present |
| **Consultant (Joint Appointment)** - Division of Pulmonary and Critical Care Medicine, Department of Internal Medicine, Mayo Clinic, Rochester, Minnesota | 05/01/2002 - Present |
| **Associate Professor of Medicine** - Mayo Clinic College of Medicine and Science | 04/01/2009 - Present |
| **Chair** - Division of Preventive, Occupational and Aerospace Medicine, Department of Internal Medicine, Mayo Clinic, Rochester, Minnesota | 12/18/2013 - Present |

## Education

| | |
|---|---|
| Pacific Lutheran University, Tacoma, Washington - BS, Chemistry; Minor Journalism | 1984 - 1988 |
| Northwestern University Feinberg School of Medicine, Chicago, Illinois - MD | 1988 - 1992 |
| University of Iowa, Iowa City, Iowa - Resident, Internal Medicine | 1992 - 1995 |
| University of Iowa, Iowa City, Iowa - MS, Preventive Medicine & Environmental Health | 1995 - 1996 |
| University of Iowa, Iowa City, Iowa - Fellow, Preventive Medicine/Environmental Health/Occupational Medicine | 1995 - 1997 |
| Mayo School of Graduate Medical Education, Mayo Clinic College of Medicine, Rochester, Minnesota - Fellow, Pulmonary & Critical Care Medicine | 1997 - 2000 |

### Additional Education

| | |
|---|---|
| Mayo Clinic Career and Leadership Development Series<br>Mayo Clinic | |
| Federal Aviation Administration Aviation Medical Examiner<br>Achieved Senior Aviation Medical Examiner status<br>FAA, Oklahoma City, Oklahoma | 2000 |
| Civil Surgeon<br>Medical Examiner for the US Dept of Customs & Immigration<br>US Customs & Immigration | 2001 - Present |
| National Registry of Certified Medical Examiners<br>DOT/FMCSA Commercial Motor Vehicle Medical Examiner<br>Federal Motor Carrier Safety Admininstration (FMCSA) | 12/2012 - Present |

## Certification

### Board Certifications

#### American Board of Internal Medicine (ABIM)

| | |
|---|---|
| Internal Medicine | 1995 - 2027 |
| Pulmonary Disease | 2000 - 2020 |

**American Board of Preventive Medicine**

Occupational Medicine 2001 - 2021

**Other Certifications**

**Mayo Clinic Quality Academy**

Mayo Clinic Quality Fellow: Bronze Level Certification 2011

Mayo Clinic Quality Fellow: Silver Leval Certification 2017

## Licensure

| | |
|---|---|
| Iowa | 29401 (Medical) |
| Minnesota | 39474 (Medical) |

## Honors and Awards

| | |
|---|---|
| **Magna Cum Laude** - Pacific Lutheran University | 01/1988 |
| **Clinical Research Award** - Baxter Laboratories | 01/1992 |
| **Alpha Omega Alpha** - Northwestern University Feinberg School of Medicine | 06/1992 |
| **Jerry L. Pettis Memorial Award** - American Medical Association | 01/1993 |
| **Clinical Scholar** - American College of Occupational and Environmental Medicine | 01/1995 |
| **Clinical Research Award** - Mayo Clinic | 01/1997 |
| **Glaxo Wellcome Young Investigator Award** - American College of Physicians | 01/1998 |
| **Clinical Research Award** - Mayo Clinic | 10/1999 |
| **Pulmonary Disease Fellows Research Award** - Aventis Pharmaceuticals | 03/2000 |
| **Laureate Award** - Department of Internal Medicine, Mayo Clinic | 11/2008 |
| **Innovation in Education Award** - Mayo School of Continuous Professional Development, Mayo Clinic College of Medicine, Rochester, Minnesota | 04/2013 - Present |
| **Master Educator Award** - American College of Chest Physicians (CHEST), Glenview, Illinois<br>Award for outstanding clinical educator for CHEST, a Pulmonary, Critical Care and Sleep Medicine professional society | 10/20/2018 - Present |

## Previous Professional Positions and Major Appointments

| | |
|---|---|
| **Instructor of Medicine** - Mayo Clinic College of Medicine and Science | 07/01/1998 - 04/01/2001 |
| **Chief** - Section of Aviation Medicine, Division of Preventive, Occupational and Aerospace Medicine, Department of Internal Medicine, Mayo Clinic, Rochester, Minnesota | 1999 - 2013 |
| **Assistant Professor of Medicine** - Mayo Clinic College of Medicine and Science | 04/01/2001 - 03/31/2009 |

## Professional Memberships and Societies

**Professional Memberships and Services**

Aerospace Medical Association
- Fellow — 05/2007 - Present
- Air Transport Committee
  - Member
- Corporate & Sustaining Membership Committee
  - Member

Airline Medical Directors Association

| | |
|---|---|
| Member | |
| American College of Chest Physicians | |
| President | 09/2018 - 10/2019 |
| Board of Regents | |
| Board Member at Large | 10/01/2010 - 01/31/2020 |
| Council of NetWorks | |
| Chair | 10/2006 - 10/2009 |
| Government Relations Committee | |
| Member | |
| Occupational/Environmental Medicine NetWork | |
| Chair | 01/2004 - 01/2006 |
| Pulmonary Physiology NetWork | |
| Member | |
| American College of Occupational and Environmentel Medicine | |
| Pulmonary Committee | |
| Fellow | 04/2003 - Present |
| American College of Physicians-American Society of Internal Medicine | |
| Fellow | 07/2003 - Present |
| American Medical Association | |
| Member | |
| American Thoracic Society | |
| Member | |
| Civil Avietion Medical Association | |
| Scientific Program Chair | 10/2009 |
| President | 10/2015 - 09/2017 |
| President-Past | 09/2017 - Present |
| Board of Trustees | |
| Member | 09/01/2009 - Present |
| International Academy of Aviation and Space Medicine | |
| Elected Fellow | 2013 - Present |
| Minnesota Medical Association | |
| Member | |
| National Institutes for Occupational Safety & Health | |
| Study Section Member | |
| Sigma Xi, The Scientific Research Society | |
| President | 03/2007 - 03/2008 |
| President-Past | 01/2008 - 01/2010 |

## Journal Responsibilities

### Journal Editorial Responsibilities

| | |
|---|---|
| Chest | |
| Editorial Board | 11/2016 - Present |
| Flight Physician | |
| Editor-in-Chief | 2013 - Present |
| Journal of the American Medical Association | |
| Medical Student Section of JAMA | |
| Editor | 01/1992 - 01/1995 |

Mayo Clinic Health Letter
Editorial Board and Reviewer 01/14/2020 - Present

Mayo Clinic Proceedings
Referee/Reviewer 01/01/2016 - Present

**Journal Other Responsibilities**

Aviation, Space, and Environmental Medicine
Reviewer

Chest
Reviewer/Advisor

Journal of Bronchology
Reviewer

Journal of Clinical Nutrition
Reviewer

Mayo Clinic Health Letter
Reviewer

Mayo Clinic Women's HealthSource
Reviewer/Advisor

## Education Interests and Accomplishments

### Curriculum and Course Development

Mayo Clinic Fellowship in Aerospace Medicine
Created initial curriculum and program
Mayo Clinic School of Graduate Medical Education

Hypoxia Awareness Training for Pilots
Education of pilots for high altitude hypoxia recognition and avoidance maneuvers
Mayo School of Continuing Medical Education
Rochester, Minnesota

Annual Scientific Meeting Chair 2009 - 2010
Civil Aviation Medical Association

Commercial Driver Medical Examiner Training: Improving Transportation Safety through Education and Certification 11/01/2012 - Present
Course Director for training course for medical providers performing DOT medical exams on commercial truck and bus drivers.
Mayo School of Continuous Professional Development
multiple

Course Director 2014 - 2018
Course Director and Chair of the ACCP (CHEST) Pulmonary Board Review Course held annually, the largest board review course in the nation for pulmonologists.
American College of Chest Physicians Pulmonary Medicine Board Review Course

Mayo Clinic BasicMed Training Course 2020 - Present
Designed, created and developed the on line aeromedical safety and physiology training course provided to private and recreational pilots through this FAA program
FAA/Mayo Clinic BasicMed Course

### Teaching

Occupational Medicine Clinics
Continuity Clinic teaching to Internal Medicine Residents
Mayo School of Continuing Medical Education
Rochester, Minnesota

Toxicology/Occupational Lung Diseases
Lectures to fellows and residents in Pulmonary & Critical Care fellowship and Preventive/Occupational Med residency

Mayo School of Graduate Medical Education

Fellowship Faculty — 07/01/2000 - Present
Presented lectures for Mayo Clinic Pulmonary and Critical Care Medicine fellows
Fellowship Training
Rochester, Minnesota

Course Faculty — 2005 - Present
Faculty for 1st and 2nd year medical students for topics covering environmental medicine and altitude physiology in the respiratory physiology section
Mayo Medical School
Rochester, Minnesota

Course Director — 2012 - Present
Created and developed training course for medical providers performing DOT medical exams on drivers. This course has been held more than 30 times at locations across the nation and has allowed Mayo Clinic to train more than 10% of the nation's DOT examiners.
Mayo School of Continuous Professional Development

**Academy of Educational Excellence**

Excellence in Curriculum Design and Assessment at the Legacy level on this date December 2020

**Mentorship**

Marquardt, Michelle (Medical Student) — 06/2002 - 06/2004
**Description:**
**Current Status:**
**Outcome:**

Lazaridis, Konstantinos (Research Trainee) — 01/2003 - 06/2005
**Description:**
**Current Status:** Consultant, Mayo Clinic Rochester
**Outcome:** Joined Mayo staff

Carlson, Alex (Undergraduate Student) — 01/2007 - Present
**Description:** Health Sciences major at St. Olaf College
**Current Status:** Altitude physiology technical support
**Outcome:**

Tiedje, Kristina (Postdoctoral Fellow) — 01/2007 - 06/2010
**Description:**
**Current Status:** Evaluation of Genome-wide Association Studies in Clinical Practice
**Outcome:**

Steinkraus, Lawrence (Senior Associate Consultant) — 01/2008 - 01/2010
**Description:**
**Current Status:** Consultant, Division of Preventive Medicine
**Outcome:**

**Academic Career Development**

Clinical Educator Workshop — 03/14/2003
Part of annual CHEST Educator workshops for faculty
American College of Chest Physicians
Glenview, Illinois

Forum for Clinical Educators — 03/19/2004 - 03/20/2004
Part of annual series for faculty training
American College of Chest Physicians
Glenview, Illinois

Use of simulation in clinical education for pulmonologists and critical care specialists — 03/18/2005 - 03/19/2005
Part of annual series for educator training
American College of Chest Physicians
Glenview, Illinois

Classroom to Bedside: Use of Technology for Increasing Learner Retention — 03/17/2006 - 03/18/2006

| | |
|---|---|
| Workshop for clinical faculty<br>American College of Chest Physicians<br>Glenview, Illinois | |
| Data Analytics in the Classroom<br>Annual educator training for faculty<br>American College of Chest Physicians<br>Glenview, Illinois | 03/28/2008 - 03/29/2008 |
| Bringing Disparities in Medicine Into Your Standard Academic Lectures<br>Workshop as part of mini-conference on graduate school educational excellence<br>American College of Chest Physicians<br>Glenview, Illinois | 04/02/2009 |
| Practical Clinical Teaching: Simulation to Serious Gaming<br>Annual workshop for clinical educators<br>American College of Chest Physicians<br>Glenview, Illinois | 03/19/2010 - 03/20/2010 |
| Echocardiogram training for Clinician Educators<br>Focus of annual workshop was on training in echocardiography<br>American College of Chest Physicians<br>Glenview, Illinois | 04/06/2012 - 04/07/2012 |
| Technology Use in the Classroom and Computer<br>Mayo Clinic 1st Annual Education and Technology Forum<br>Rochester, Minnesota | 01/09/2013 |
| Innovative Teaching Strategies for Graduate Education<br>2nd Annual Education and Technology Forum | 01/15/2014 |
| Leveraging Technology for Learners of Today<br>ACCP Faculty Development Education Seminars<br>American College of Chest Physicians Simulation and Education Center<br>Glenview, Illinois | 03/28/2014 - 03/29/2014 |
| Game-based Learning<br>Workshop for educators to use serious games to promote learning<br>3rd Annual Education and Technology Forum<br>Rochester, Minnesota | 01/21/2015 |
| Learning by Doing: Simulation Curriculum Development<br>Faculty Development at ACCP Simulation Center<br>American College of Chest Physicians Training for Educators<br>Glenview, Illinois | 03/28/2015 |
| Physician Leadership Business Academy<br>On site intensive business training experience on the campus of Arizona State University in the WP Carey School of Business<br>Arizona State University<br>Tempe, Arizona | 04/03/2015 - 04/10/2015 |
| Learning Analytics: Using Date to Teach Smarter<br>Annual forum for improving education of other learners<br>Mayo Education and Technology Forum<br>Rochester, Minnesota | 01/18/2017 |
| Teaching in the Clinical Setting (Part I and Part II)<br>Part of Department of Medicine Academic Career Development Series<br>DOM Academic Career Development Series<br>Rochester, Minnesota | 02/14/2017 |
| Faculty Forum for Clinical Education<br>Workshop and panel discussions on most effect learning platforms<br>American College of Chest Physicians<br>Glenview, Illinois | 03/17/2017 - 03/18/2017 |
| Learner Centered Verbal Feedback | 10/17/2017 |

Part of Department of Medicine Academic Career Development Series
DOM Academic Career Development Series
Rochester, Minnesota

| | |
|---|---|
| Team-based Learning<br>Part of Department of Medicine Academic Career Development Series<br>DOM Academic Career Development Series<br>Rochester, Minnesota | 10/31/2017 |
| Beefing Up Narrative Feedback<br>Part of Department of Medicine Academic Career Development Series<br>DOM Academic Career Development Series<br>Rochester, Minnesota | 11/09/2017 |
| Assessing Trainees for Readiness for Transitions in Care<br>Part of Department of Medicine Academic Career Development Series<br>DOM Academic Career Development Series<br>Rochester, Minnesota | 12/06/2017 |
| Recognizing Educators and Empowering with Technology<br>Mayo Clinic 6th Annual Education and Technology Forum<br>Rochester, Minnesota | 01/31/2018 |
| Making Physiology "Come to Life" in the Classroom and on Rounds<br>Faculty Development Course (pre-session course)<br>European Respiratory Society (ERS)<br>Paris, France | 09/09/2018 |
| Interprofessional Education: Building effective learning practices, assessment methods, and educational activities to promote interprofessional practice and collaborative learning<br>Better Together: Mayo Education and Technology Forum<br>7th Annual Mayo Clinic Education and Technology Forum<br>Rochester, Minnesota | 01/16/2019 |
| Building an External Reputation in Education<br>Using educational experiences and teaching excellence to develop academic credentials<br>2019-2020 Department of Medicine Luncheon Series<br>Rochester, Minnesota | 11/01/2019 |
| Evaluation - Assessing Knowledge, Skills and Attitudes; Feedback<br>Enhancing Learning in Medicine is a Mayo program for faculty that helps physicians and advanced practice providers enhance their abilities to teach learners.<br>Enhanced Learning in Medicine (ELM)<br>Rochester, Minnesota | 05/18/2020 |
| Managing Learning Interactions; Teaching & Learning<br>Enhancing Learning in Medicine is a Mayo program for faculty that helps physicians and advanced practice providers enhance their abilities to teach learners.<br>Enhancing Learning in Medicine (ELM)<br>Rochester, Minnesota | 05/21/2020 |

## Institutional/Departmental Administrative Responsibilities, Committee Memberships and Other Activities

### Mayo Clinic

Mayo Clinic Center for Innovation
FutureWorks Platform

| | |
|---|---|
| Director | 11/2012 - 11/2013 |

Mayo Clinic Global Business Solutions
Mayo Clinic Preferred Response

| | |
|---|---|
| Medical Director<br>Mayo Clinic Preferred Response | 05/2011 - 09/2014 |

Mayo Clinic Health Letter
Editorial Board Member — 01/01/2009 - Present
Serving on editorial board for the Mayo Clinic Health Letter, assisting with editing and scoping meetings for each new edition

Mayo Clinic Respirator Surveillance Program
Member — 01/01/2002 - 12/31/2013

**Mayo Clinic in Rochester**

Department of Internal Medicine
Division of Preventive, Occupational and Aerospace Medicine
Section of Aviation/Aerospace Medicine
Chief — 01/2000 - 12/2013
Section Chief for Aerospace Medicine, including administrative duties related to the practice in Aerospace Medicine.

Internal Medicine Research Advisory Group
Member — 07/2000 - 01/2008

Mayo Clinic Rochester Committees
Medical Transportation Committee — 01/2004 - 01/2010

Preventive & Occupational Medicine Research Committee
Chair — 07/2000 - 01/2013

## Presentations Extramural

**National or International**

Spirometry Testing in Occupational Health - Physician Update — 01/31/2020
Post-graduate Course offered in Conjunction with ACOEM Annual Meeting
American College of Occupational and Environmental Medicine (ACOEM)
New Orleans, Louisiana

**Invited**

The Ups and Downs of Hot-Air Ballooning — 10/2000
Civil Aviation Medical Association Annual Scientific Meeting
Memphis, Tennessee

What You and Your Pilots Should Know About Hypoxia — 10/2000
Civil Aviation Medical Association Annual Scientific Meeting
Memphis, Tennessee

What You and Your Pilots Should Know About Hypoxia — 10/2000
Civil Aviation Medical Association Annual Scientific Meeting
Memphis, Tennessee

Diagnosis and Treatment of the Solitary Pulmonary Nodule. — 02/2001
Twin Cities Medical Directors monthly meeting
St. Paul, Minnesota

Review of the AMA Guides to the Evaluation of Inpairment Rating, 5th Edition — 04/2001
American College of Occupational and Environmental Medicine
San Francisco, California

Hypoxia: A Case-Based Look at the Pathophysiology — 10/2001
Civil Aviation Medical Association Annual Scientific Meeting
Atlanta, Georgia

Evaluation of Chronic Low-level Toxic Exposure — 2003
National Institutes for Occupational Safety & Health (Respiratory Diseases Section)
Morgantown, West Virginia

Physiology Contributions of Charles Lindbergh in Collaborating with Mayo Clinic Aeromedical Unit — 05/2005
Lindbergh Foundation

Anoka, Minnesota

| | |
|---|---|
| Develop an Action Plan to Address Asthma in the Workplace<br>World Congress Leadership Summit on Advances in Treating and Managing the Cost of Respiratory Disease<br>Las Vegas, Nevada | 06/2005 |
| Aeromedical Certification Issues for Pilots<br>Aircraft Owners and Pilots Association<br>Tampa, Florida | 11/2005 |
| Case-based Discussions on FAA Aeromedical Certification Issues<br>Experimental Aircraft Association<br>Oshkosh, Wisconsin | 07/2007 |
| Administrative Aspects of Occupational Lung Disease<br>Post Graduate Course<br>75th Meeting of the American College of Chest Physicians<br>San Diego, California | 11/2009 |
| Occupational & Environmental Lung Disease<br>American College of Chest Physicians Pulmonary Board Review Course<br>Orlando, Florida | 08/2011 |
| Pulmonary-Related Conditions and Aeromedical Certification<br>FAA Recertification Training Course<br>Portland, Oregon | 12/2011 |
| Spirometry Testing in the Occupational Health Setting<br>Full day educational course presented to Occupational Medicine physicians from around the country regarding use of spirometry for clinical and administrative applications in workers with illness or injury. Breakout sessions on teaching spirometric reading to technicians and physicians.<br>97th Annual Meeting of the American College of Occupational and Environmental Medicine (ACOEM)<br>Los Angeles, California | 04/28/2012 |
| Occupational & Environmental Lung Disease<br>American College of Chest Physicians Pulmonary Board Review Course<br>Phoenix, Arizona | 08/2012 |
| Occupational & Environmental Lung Disease<br>American College of Chest Physicians Pulmonary Board Review Course<br>San Antonio, Texas | 08/28/2013 |
| Practical Spirometry for the Clinician<br>Full-day Spirometry Course for practicing Occupational Medicine specialists<br>American College of Occupational & Environmental Medicine<br>San Antonio, Texas | 04/26/2014 |
| Occupational & Environmental Lung Disease<br>American College of Chest Physicians Pulmonary Board Review Course<br>Orlando, Florida | 08/27/2014 |
| Navigating the Complex Issues of Occupational Asthma<br>National meeting of medical providers of Occupational Medicine and Worker's Compensation services.<br>36th Annual National Worker's Compensation and Occupational Medicine Conference<br>Hyannis, Massachusetts | 07/20/2016 |
| Spirometric Testing in Occupational Health<br>Full day educational course presented to Occupational Medicine physicians from around the country regarding use of spirometry for clinical and administrative applications in workers with illness or injury. Breakout sessions on teaching spirometric reading to technicians and physicians.<br>102nd Annual Meeting of the American College of Occupational and Environmental Medicine | 04/27/2017 |

Denver

| | |
|---|---|
| Assessing Acute Inhalation Toxicity from Gaseous Exposures<br>Invited speaker for Sociedade Brasileira de Pneumologia e Tisiologia<br>Brazilian Thoracic Society International Congress<br>Fortaleza, Brazil | 08/03/2017 - 08/05/2017 |
| Work-related asthma: Diagnosis, Epidemiology and Updates on Treatment<br>Invited speaker for Sociedade Brasileira de Pneumologia e Tisiologia<br>Brazilian Thoracic Society International Congress<br>Fortaleza, Brazil | 08/03/2017 - 08/05/2017 |
| Spirometric Education for Occupational Medicine Physicians<br>Full day educational course presented to Occupational Medicine physicians from around the country regarding use of spirometry for clinical and administrative applications in workers with illness or injury with specific breakout sessions on teaching spirometric reading to technicians and physicians.<br>103rd Annual Scientific Meeting of the American College of Occupational and Environmental Medicine (ACOEM)<br>New Orleans, Louisiana | 04/28/2018 |
| State of the Art: Occupational Asthma<br>Invited lecture for international audience of respirologists in SE Asia<br>Asia Pacific Society of Respirology<br>Taipei, Taiwan | 11/16/2018 |
| Assessing the Need for Supplemental Oxygen for Passengers Traveling on Board Aircraft<br>Mayo Clinic Selected topics in Internal Medicine<br>Kailua-Kona, Hawaii | 01/2019 |
| Toxic Inhalations and Environmentally-Induced Asthma<br>International meeting done in conjunction with the American College of Chest Physicians. Was invited lecturer for this clinically-focused meeting.<br>CHEST International Congress Thailand<br>Bangkok, Thailand | 04/2019 |
| Air Pollution and Ambient Atmosphere Warming: Effects of the Environment on the Individual<br>Gaseous Exposures Invited speaker for Sociedade Brasileira de Pneumologia e Tisiologia<br>Brazilian Thoracic Society International Congress<br>João Pessoa, Brazil | 08/15/2019 |
| Review of complex environmental asthma<br>Oral presentation to international audience regarding issues of work-related exposures and development of asthma with latest treatment strategies<br>European Respiratory Society International Congress 2019<br>Madrid, Spain | 09/28/2019 |
| Clinical updates in Acute Respiratory Failure<br>Reviewed chest imaging, ventilator management, and mechanical ventilation weaning updates through a literature review of recently published papers<br>European Respiratory Society International Congress 2019 | 09/29/2019 |
| Presidential Address: Perspectives in a rapidly changing medical environment<br>Delivered presidential address to attendees of the annual meeting of the American College of Chest Physicians<br>85th Annual Scientific Meeting of the American College of Chest Physicians<br>New Orleans, Louisiana | 10/19/2019 |

**Oral**

| | |
|---|---|
| Epidemiology of U.S. Hot-Air Balloon Crashes, 1964-1995<br>46th Annual Meeting of the American College of Preventive Medicine<br>Atlanta, Georgia | 04/1997 |
| PICC Catheters: A Brief History and Review of Complications | |

| | |
|---|---|
| Iowa Society for Digestive Diseases<br>Iowa City, Iowa | 06/1997 |
| Parenteral Nutrition Delivered Through Either Subclavian or Peripherally-Inserted CEnteral Catheters: Pilot Study<br>63rd Annual Meeting of the American College of Chest Physicians<br>New Orleans, Louisiana | 10/1997 |
| Diaphragmatic Fenestrations Visualized in Catamenial Pneumothorax<br>64th Annual Meeting of the American College of Chest Physicians<br>Toronto, Ontario, Canada | 10/1998 |
| Anticholinergic Use Prior to Bronchoscopy: A Randomized Clinical Trial<br>95th Annual Meeting of the American Thoracic Society<br>San Diego, California | 04/1999 |
| Complications and Costs Associated With Parenteral Nutrition Delivered to Hospitalized Patients Through Either Subclavien or Peripherally Inserted Central Catheters: A Randomized Clinical Triel<br>20th Annual Meeting of the European Society of Enteral & Parenteral Nutrition<br>Stockholm, Sweden | 09/1999 |
| Lemierre's Syndrome Presenting With Multiple Pulmonary Nodules and Pleural Effusions<br>65th Annual Meeting of the American College of Chest Physicians<br>Chicago, Illinois | 10/1999 |
| Varicella Zoster Virus Detection By Polymerase Chain Reaction (PCR) Using Bronchoalveolar Lavage Specimens<br>96th Annual Meeting of the American Thoracic Society<br>Ontario, Canada | 05/2000 |
| The 'Nonspecific' Pattern in Pulmonary Function Testing: Association With Obesity and Mild Smoking-Releted Lung Disease<br>66th Annual Meeting of the American College of Chest Physicians<br>San Francisco, California | 10/2000 |
| The Epidemiology of US Hot-Air Balloon Crashes<br>International Academy of Aerospace Medicine<br>Geneva, Switzerland | 09/2001 |
| Welding in the 21st Century: Understanding the Hazards and Diagnosing Injury<br>American College of Occupational and Environmental Medicine<br>Chicago, Illinois | 04/2002 |
| Update of Hot-Air Balloon Crash Injury Mechanisms<br>International Academy of Aerospace Medicine<br>Sydney, Australia | 09/2002 |
| Use of Interactive Patient Technology in Informed Consent<br>American Medical Informatics Association<br>San Antonio, Texas | 11/2002 |
| Hypoxia and Pilots: The Laws of Altitude Physiology Cannot Be Broken<br>United Flying Octagenarians<br>Oshkosh, Wisconsin | 08/2003 |
| Historical Perspectives of Aerospace Medicine with Respect to Altitude Physiology<br>Civil Aviation Medical Association Annual Scientific Meeting<br>Seattle, Washington | 10/2003 |
| Occupational Respiratory Medical Surveillance<br>American College of Occupational and Environmental Medicine<br>Kansas City, Missouri | 05/2004 |
| Basics of Personal Respiratory Protection<br>70th Annual Meeting of the American College of Chest Physicians<br>Seattle, Washington | 11/2004 |

| | |
|---|---|
| Occupational Lung Disease: The Year in Review<br>71th Annual Meeting of the American College of Chest Physicians<br>Montreal, Quebec, Canada | 10/2005 |
| Emerging Strategies in Occupational Asthma<br>71th Annual Meeting of the American College of Chest Physicians<br>Montreal, Quebec, Canada | 11/2005 |
| Special Issuance for Airmen With Multiple Carcinomas: The Mayo Clinic Experience<br>Aerospace Medical Association<br>Orlando, Florida | 05/2006 |
| Pulmonary Impairment Ratings: Basics for the Practicing Chest Clinician<br>72nd Annual Meeting of the American College of Chest Physicians<br>Salt Lake City, Utah | 10/2006 |
| Travel-Related Responses in Passengers: The TRIP Study<br>Aerospace Medical Association<br>New Orleans, Louisiana | 05/2007 |
| Use of CT Imaging and Angiography for Cardiovascular Determination of Aeromedical Fitness<br>Aerospace Medical Association<br>New Orleans, Louisiana | 05/2007 |
| Durable Medical Equipment: Getting the Best for Your Patient at Home<br>73rd Annual Meeting of the American College of Chest Physicians<br>Chicago, Illinois | 10/2007 |
| Evidence-Based Guidelines on Work-Related Asthma<br>73rd Annual Meeting of the American College of Chest Physicians<br>Chicago, Illinois | 10/2007 |
| Hypoxia and Altitude Physiology<br>Civil Aviation Medical Association Annual Scientific Meeting<br>San Diego, California | 10/2007 |
| Passenger Hypoxia and Use of Supplemental Oxygen in Commercial Aviation<br>Aerospace Medical Association<br>Boston, Massachusetts | 05/2008 |
| Air Transport Pilots and the FAA Exam: Preventive Medicine or Missed Opportunities?<br>Air Medical Transport Conference<br>Minneapolis, Minnesota | 10/2008 |
| Clinical Approaches to Hypoxia: Mountain Illness and Air Travel<br>74th Annual Meeting of the American College of Chest Physicians<br>Philadelphia, Pennsylvania | 10/2008 |
| Home Oxygen and Home Nebulizer Systems: Interactive Session on Optimizing Home Care<br>74th Annual Meeting of the American College of Chest Physicians<br>Philadelphia, Pennsylvania | 10/2008 |
| Oxygen Therapy: What is the Evidence? (Options for In-Flight Use)<br>74th Annual Meeting of the American College of Chest Physicians<br>Philadelphia, Pennsylvania | 10/2008 |
| Toxic Inhalations: Practical Approaches and Clinical Updates<br>74th Annual Meeting of the American College of Chest Physicians<br>Philadelphia, Pennsylvania | 10/2008 |
| Occupational Lung Disease Basics<br>66th Mayo Clinic Alumni Meeting<br>Phoenix, Arizona | 10/2009 |
| Updates in Aerospace Medicine<br>American College of Preventive Medicine Annual Scientific Meeting | 02/24/2012 |

Orlando, Florida

| | |
|---|---|
| Spirometry Testing in Occupational Health: Physician Update<br>American College of Occupational & Environmental Medicine<br>Orlando, Florida | 04/27/2013 |
| Occupational Respiratory Disease: A Clinical Case-based Review<br>American College of Occupational & Environmental Medicine<br>Orlando, Florida | 04/30/2013 |
| Altitude-related Precautions and Review of Care for Pneumothorax<br>Airline Medical Directors Association<br>Chicago, Illinois | 05/11/2013 |
| The Business Aviation Pilot and the Flight Physical: Top 10 Causes for Disqualification<br>National Business Aviation Association Convention & Exhibition<br>Las Vegas, Nevada | 10/23/2013 |
| Writing Work Restrictions and Determining Impairment Rating for Individuals with Occupational or Environmental Exposure<br>80th Annual Meeting of the American College of Chest Physicians (CHEST)<br>Austin, Texas | 10/26/2014 |
| Hypersensitivity Pneumonitis: Birds, Barns, Bathtubs and Beyond - Update on Diagnosis and Best Practice Management<br>80th Annual Meeting of the American College of Chest Physicians (CHEST)<br>Austin, Texas | 10/28/2014 |
| Selected cases of complex respiratory conditions receiving Special Issuance Authorization from the Federal aviation Administration<br>Review of Mayo Clinic cases for pilot obtaining special waivers for various respiratory conditions<br>86th Annual Scientific Meeting of the Aerospace Medical Association<br>Orlando, Florida | 05/11/2015 |
| Managing the Flight Department When a Medical Condition Strikes<br>National Business Aviation Association Annual Meeting<br>Orlando, Florida | 11/02/2016 |

**Regional**

**Invited**

| | |
|---|---|
| Risk Factors for Fatality and Serious Injury in Recreational Aviation<br>Balloon Federation of America / Iowa Balloonist Association<br>Des Moines, Iowa | 03/1999 |
| Occupational Asthma Diagnosis and Current Therapies<br>2nd Annual American Lung Association / Minnesota Dept of Health Asthma Sharing Conference<br>St. Cloud, Minnesota | 05/2005 |
| Aeromedical Certification Issues<br>Presented accident data and reviewed safety issues related to pilots and aeromedical certification<br>Minnesota Seaplane Pilots Association<br>Brainerd, Minnesota | 05/2008 |
| Medical Certificate and Ballooning Safety<br>Wisconsin Balloonists Association<br>West Bend, Wisconsin | 03/2009 |
| Assessing Supplemental Oxygen Needs<br>Mayo Clinic Practice of Internal Medicine<br>Rochester, Minnesota | 05/2019 |

**Oral**

Hot-Air Balloon Safety: Interactions with the Fixed-Wing Community 09/2001
Southeast Minnesota Flying Club
Rochester, Minnesota

Update on Occupational Asthma 10/2001 - 11/2001
Mayo Clinic Clinical Reviews
Rochester, Minnesota

Occupational Asthma 03/2002
Mayo Clinic Clinical Reviews (Dental)
Rochester, Minnesota

Evaluation of the Solitary Pulmonary Nodule 10/2004
Mayo Clinic Clinical Reviews
Rochester, Minnesota

Forensic Examinations the Clinician Should Know 11/2006
Review of the Department of Transportation CMV exam and the process of FAA flight physicals
80th Annual Mayo Clinic Clinical Reviews
Rochester, Minnesota

What You Need to Know Regarding Airline Travel for Your Patients 11/2006
Mayo Clinic Clinical Reviews
Rochester, Minnesota

Update on the DOT Exam for Clinicians 10/2007
Mayo Clinic Clinical Reviews
Rochester, Minnesota

Assessing Acute Toxic Inhalation Exposures 10/2009
Mayo Clinic Clinical Reviews
Rochester, Minnesota

DOT/FMCSA Exam Updates 10/29/2012
Mayo Clinic Clinical Reviews 2012
Rochester, Minnesota

Practical Use of Pulmonary Function Testing 10/28/2013
Mayo Clinic Clinical Reviews
Rochester, Minnesota

## Visiting Professorship

**Visiting Professorships**

Evaluation of Chronic Low-level Toxic Exposure 05/2003
National Institutes for Occupational Safety & Health (Respiratory Diseases Section)
Morgentown, West Virginia

## Clinical Practice, Interests, and Accomplishments

Altitude Physiology; Occupational respiratory illness and injury; Forensic medical certification evaluations in Transportation Medicine; Toxicology and Environmental Medicine; Health of Targeted Working Occupations

## Research Interests and Accomplishments

Altitude Physiology Transportation Medicine Forensic Testing and Epidemiology Epidemiology of Occupational / Environmental Disease

Educational opportunities for providers to return individuals back to work sooner and safer after encountering illness or injury.

## Quality Initiatives

**Quality**

Silver Level 01/02/2017 - Present

## Research Grants Awarded

### Active Grants

#### Federal

| | | |
|---|---|---|
| Co-Investigator | Task 4 - 5 USAF. Funded by U.S. Air Force. (FA865019C6979) | 06/2019 - 09/2024 |

#### Federal sub award

| | | |
|---|---|---|
| Program Director / Principal Investigator | Minnesota Retaining Employment and Talent after Injury/Illness Network (RETAIN) Demonstration Project - Phase 2. Funded by US Department of Labor. (RETAIN - MAYORTN2) | 05/2021 - 05/2024 |

#### Mayo Clinic

| | | |
|---|---|---|
| Principal Investigator | Mayo Clinic Department of Internal Medicine Innovation Grant.. Funded by Mayo Clinic Department of Internal Medicine. (IM201305) | 01/2013 |

### Completed Grants

#### Federal

| | | |
|---|---|---|
| Principal Investigator | PICC Versus Subclavian Lines in TPV Delivery (PAR-95-078), A Subcontract. Funded by National Institutes of Health. (R03 DK 53263) | 02/1999 - 01/2000 |

#### Federal sub award

| | | |
|---|---|---|
| Co-Investigator | Minnesota Retaining Employment and Talent After Injury/Illness Network (RETAIN). Funded by US Department of Labor. (RETAIN) | 09/2018 - 10/2021 |

#### Foundation

| | | |
|---|---|---|
| Program Director / Principal Investigator | Altitude Physiology Assessments: Mayo Aerospace Medicine Program. Funded by Hillsdale Foundation. (CFGG #1) | 08/2003 - 07/2012 |
| Co-Investigator | LONG-TERM PULMONARY FUNCTION, HEALTH-RELATED QUALITY OF LIFE, AND SAGITTAL PLANE ALIGNMENT FOLLOWING THE TREATMENT OF ADOLESCENT IDIOPATHIC SCOLIOSIS. Funded by Scoliosis Research Society | 07/2012 - 05/2015 |

#### Industry

| | | |
|---|---|---|
| Principal Investigator | Randomized Prospective Trial of Glycopyrrolate Versus Atropine as Antisialogogic Agents Prior to Brochoscopy. Funded by Glaxo Wellcome, Inc.. (Glaxo 67) | 04/1998 - 10/2000 |
| Principal Investigator | O2 Delivery Project. Funded by Odyssey II Solutions. (ODYSSEY #1; 1A5733) | 07/2005 - 05/2007 |
| Program Director / Principal Investigator | Sequential Altitude Simulation Testing of AVOX Systems. Funded by AVOX Systems | 03/2008 - 11/2008 |
| Program Director / Principal Investigator | Assessment of Patient Expectations and Clinical Utility. Funded by Navigenics | 03/2008 - 03/2010 |
| Program Director / Principal Investigator | Sequential Altitude Simulation Testing of AVOX Systems Mask, Optimizer Cannula and Standard Cannula for Supplemental Oxygen Delivery. Funded by AVOX Systems | 08/2009 - 11/2009 |
| Program Director / Principal | Test Procedure Using the Arterial Blood Oxygen Saturation Method for Oxygen Mask P/N 806026-01 and Oxygen Conserving Nasal Cannula. Funded by AVOX Systems | 02/2011 - 04/2011 |

| | | |
|---|---|---|
| Investigator | | |
| Program Director / Principal Investigator | Replacement Am 1_Sequential Altitude Simulation Testing of AVOX Oxygen Mask (Phase IV). Funded by AVOX Systems | 11/2013 - 02/2014 |
| Program Director / Principal Investigator | Sequential Altitude Simulation Testing of AVOX Oxygen Mask (Phase IV). Funded by AVOX Systems | 05/2014 - 09/2014 |
| Program Director / Principal Investigator | Sequential Altitude Simulation testing of AVOX Oxygen Mask (Phase V). Funded by AVOX Systems | 06/2014 - 09/2014 |

**Mayo Clinic**

| | | |
|---|---|---|
| Program Director / Principal Investigator | ASSESSMENT OF PROVIDERS REGARDING KNOWLEDGE OF RISKS & AVAILABLE RESOURCES ASSOCIATED WITH AIR TRAVEL BY INDIVIDUALS WITH CHRONIC RESPIRATORY AND OTHER ILLNESS. Funded by SGP - Small Grants Program <$10K | 02/2009 - 02/2010 |
| Program Director / Principal Investigator | Predictive Genomic Research Assessment: One Year Follow Up With Executive Health Patient Cohort. Funded by SGP - Small Grants Program <$10K | 11/2010 - 11/2012 |
| Program Director / Principal Investigator | Understanding Operator Needs in Forensic Medical Certification. Funded by SGP - Small Grants Program <$10K | 11/2014 - 11/2016 |
| Program Director / Principal Investigator | Survey to commercial drivers and their evaluating physicians about the process of fitness to drive evaluation. Funded by SGP - Small Grants Program <$10K | 10/2015 - 10/2017 |
| Program Director / Principal Investigator | ASSESSMENT OF MEDICAL EXAMINER EXPERIENCE WITH FMCSA/DOT REGULATORY CHANGES ON COMMERCIAL MOTOR VEHICLE DRIVER MEDICAL CERTIFICATION (PART II). Funded by SGP - Small Grants Program <$10K | 11/2017 - 11/2019 |

**Other**

| | | |
|---|---|---|
| Principal Investigator | Use of Interactive Computer-Based Patient Education Technology. Funded by IBM Process Improvement Grant. (IBM #4) | 12/2000 - 11/2003 |

## Bibliography

### Peer-reviewed Articles


1. **Cowl CT**. Can we condone the death penalty? JAMA. 1989; 263:251.
2. Kilon A, Kallsen J, **Cowl CT**, Nauseef WM. Ceftazidime-related non-convulsive status epilepticus. Arch Int Med. 1994; 154:586-9.
3. **Cowl CT**, Bauer BA. Resection of lymphatic malformation of the scrotum. Plastic & Reconstructive Surgery. 1994; 94:198-201. PMID: 8016235
4. **Cowl CT**, Fuortes LJ. Ethnic and socioeconomic risk factors for lead toxicity. J Clean Tech Envirl Tox & Occup Med ,. 1997; 6: 339-43.
5. Salerno SM, **Cowl CT**. The opinion of current and recent internal medicine residents regarding a fourth year of training and the future of general internal medicine. Am J Medicine. 1997; 102:143-6.
6. **Cowl CT**, Utz JP, Edell ES. Laser treatment of tracheal hemangioma Journal of Bronchology. 1998; 5:223-4.
7. **Cowl CT**, Jones MP, Lynch CF, Sprince NL, Zwerling C, Fuortes LJ. Factors associated with fatalities and injuries from hot-air balloon crashes. JAMA. 1998 Apr 1; 279 (13):1011-4 PMID: 9533500 DOI: 10.1001/jama.279.13.1011
8. **Cowl CT**, Dunn WF, Deschamps C. Visualization of diaphragmatic fenestration associated with catamenial pneumothorax. Ann Thorac Surg. 1999 Oct; 68 (4):1413-4 PMID: 10543524 DOI: 10.1016/s0003-4975(99)00735-3
9. **Cowl CT**, Prakash UB, Kruger BR. The role of anticholinergics in bronchoscopy. A randomized clinical trial. Chest. 2000 Jul; 118 (1):188-92 PMID: 10893378 DOI: 10.1378/chest.118.1.188
10. **Cowl CT**, Weinstock JV, Al-Jurf A, Ephgrave K, Murray JA, Dillon K. Complications and cost associated with parenteral nutrition delivered to hospitalized patients through either subclavian or peripherally-inserted central catheters. Clin Nutr. 2000 Aug; 19 (4):237-43 PMID: 10952794 DOI: 10.1054/clnu.2000.0103
11. **Cowl CT**, Prakash UB, Shawn Mitchell P, Migden MR. Varicella-zoster virus detection by polymerase chain reaction using bronchoalveolar lavage specimens. American Journal of Respiratory & Critical Care Medicine. 2000 Aug; 162(2 Pt 1):753-4. PMID: 10934116
12. Rabatin JT, **Cowl CT**. A guide to the diagnosis and treatment of occupational asthma. Mayo Clin Proc. 2001 Jun; 76(6):633-40. PMID: 11393503 DOI: 10.4065/76.6.633
13. Saydain G, Beck KC, Decker PA, **Cowl CT**, Scanlon PD. Clinical significance of elevated diffusing capacity. Chest. 2004 Feb; 125(2):446-52. PMID: 14769723
14. Marras TK, Wallace RJ, Koth LL, Stulbarg MS, **Cowl CT**, Daley CL. Hypersensitivity pneumonitis reaction to Mycobacterium avium in household water. Chest. 2005 Feb; 127(2):664-71. PMID: 15706013
15. Josephs KA, Ahlskog JE, Klos KJ, Kumar N, Fealey RD, Trenerry MR, **Cowl CT**. Neurologic manifestations in welders with pallidal MRI T1 hyperintensity. Neurology. 2005 Jun 28; 64(12):2033-9. Epub 2005 May 11. PMID: 15888601 DOI: 10.1212/01.WNL.0000167411.93483.A1
16. Klos KJ, Ahlskog JE, Josephs KA, Fealey RD, **Cowl CT**, Kumar N. Neurologic spectrum of chronic liver failure and basal ganglia T1 hyperintensity on magnetic resonance imaging: probable manganese neurotoxicity. Arch Neurol. 2005 Sep; 62(9):1385-90. PMID: 16157745 DOI: 10.1001/archneur.62.9.1385
17. Klos KJ, Ahlskog JE, Kumar N, Cambern S, Butz J, Burritt M, Fealey RD, **Cowl CT**, Parisi JE, Josephs KA. Brain metal concentrations in chronic liver failure patients with pallidal T1 MRI hyperintensity. Neurology. 2006 Dec 12; 67(11):1984-9. PMID: 17159105 DOI: 10.1212/01.wnl.0000247037.37807.76
18. Tarlo SM, Balmes J, Balkissoon R, Beach J, Beckett W, Bernstein D, Blanc PD, Brooks SM, **Cowl CT**, Daroowalla F, Harber P, Lemiere C, Liss GM, Pacheco KA, Redlich CA, Rowe B, Heitzer J. Diagnosis and management of work-related asthma: American College Of Chest Physicians Consensus Statement. Chest. 2008 Sep; 134 (3 Suppl):1S-41S PMID: 18779187 DOI: 10.1378/chest.08-0201
19. Kumar N, Boeve BF, **Cowl CT**, Ellison JW, Kamath PS, Swanson KL. Hypermanganesemia, hereditary hemorrhagic telangiectasia, brain abscess: the hepatic connection. Neurology. 2008 Sep 30; 71(14):1118-9. PMID: 18824676 DOI: 10.1212/01.wnl.0000326959.44088.a0
20. Hyatt RE, **Cowl CT**, Bjoraker JA, Scanlon PD. Conditions associated with an abnormal nonspecific pattern of pulmonary function tests. Chest. 2009 Feb; 135 (2):419-424 Epub 2008 Sept 23 PMID: 18812444 DOI: 10.1378/chest.08-1235

21. Banks DE, Shi R, McLarty J, **Cowl CT**, Smith D, Tarlo SM, Daroowalla F, Balmes J, Baumann M. American College of Chest Physicians consensus statement on the respiratory health effects of asbestos. Results of a Delphi study. Chest. 2009 Jun; 135 (6):1819-1827 PMID: 19497896 DOI: 10.1378/chest.08-1345

22. **Cowl CT**. Response. Chest. 2010; 138(5):1277-8. PMID: 0 DOI: 10.1378/chest.10-1574

23. **Cowl CT**. Occupational asthma: review of assessment, treatment, and compensation. Chest. 2011 Mar; 139 (3):674-681 PMID: 21362654 DOI: 10.1378/chest.10-0079

24. James KM, **Cowl CT**, Tilburt JC, Sinicrope PS, Robinson ME, Frimannsdottir KR, Tiedje K, Koenig BA. Impact of direct-to-consumer predictive genomic testing on risk perception and worry among patients receiving routine care in a preventive health clinic. Mayo Clin Proc. 2011 Oct; 86 (10):933-40 PMID: 21964170 PMCID: 3184022 DOI: 10.4065/mcp.2011.0190

25. Steinkraus LW, Rayman RB, Butler WP, Marsh RW, Ercoline W, **Cowl CT**. Aeromedical decision making--it may be time for a paradigm change. Aviat Space Environ Med. 2012 Oct; 83 (10):1006-7 PMID: 23066625 DOI: 10.3357/asem.3408.2012

26. Abu Dabrh AM, Firwana B, **Cowl CT**, Steinkraus LW, Prokop LJ, Murad MH. Health assessment of commercial drivers: a meta-narrative systematic review. BMJ Open. 2014 Mar 6; 4 (3):e003434 Epub 2014 Mar 06 PMID: 24604478 PMCID: 3948638 DOI: 10.1136/bmjopen-2013-003434

27. Hu X, **Cowl CT**, Baqir M, Ryu JH. Air travel and pneumothorax. Chest. 2014 Apr; 145 (4):688-694 PMID: 24687705 DOI: 10.1378/chest.13-2363

28. Schraufnagel DE, Balmes JR, **Cowl CT**, De Matteis S, Jung SH, Mortimer K, Perez-Padilla R, Rice MB, Riojas-Rodriguez H, Sood A, Thurston GD, To T, Vanker A, Wuebbles DJ. Air Pollution and Noncommunicable Diseases: A Review by the Forum of International Respiratory Societies' Environmental Committee, Part 1: The Damaging Effects of Air Pollution. Chest. 2019 Feb; 155 (2):409-416 Epub 2018 Nov 09 PMID: 30419235 PMCID: 6904855 DOI: 10.1016/j.chest.2018.10.042

29. Schraufnagel DE, Balmes JR, **Cowl CT**, De Matteis S, Jung SH, Mortimer K, Perez-Padilla R, Rice MB, Riojas-Rodriguez H, Sood A, Thurston GD, To T, Vanker A, Wuebbles DJ. Air Pollution and Noncommunicable Diseases: A Review by the Forum of International Respiratory Societies' Environmental Committee, Part 2: Air Pollution and Organ Systems. Chest. 2019 Feb; 155 (2):417-426 Epub 2018 Nov 09 PMID: 30419237 PMCID: 6904854 DOI: 10.1016/j.chest.2018.10.041

30. **Cowl CT**. Assessment and treatment of acute toxic inhalations. Curr Opin Pulm Med. 2019 Mar; 25 (2):211-216 PMID: 30608256 DOI: 10.1097/MCP.0000000000000560

31. Harrison MF, **Cowl CT**. Incidental Diagnosis of Swyer-James-MacLeod Syndrome in a Military Pilot. Aerosp Med Hum Perform. 2021 Apr 1; 92 (4):281-285 PMID: 33752792 DOI: 10.3357/AMHP.5667.2021

32. Vanichkachorn G, Newcomb R, **Cowl CT**, Murad MH, Breeher L, Miller S, Trenery M, Neveau D, Higgins S. Post-COVID-19 Syndrome (Long Haul Syndrome): Description of a Multidisciplinary Clinic at Mayo Clinic and Characteristics of the Initial Patient Cohort. Mayo Clin Proc. 2021 Jul; 96 (7):1782-1791 Epub 2021 May 11 PMID: 34218857 PMCID: 8112396 DOI: 10.1016/j.mayocp.2021.04.024

33. Townsend MC, **Cowl CT**. Reply to McCormack et al., Elmaleh-Sachs et al., Witonsky et al., and to Baugh et al.: US Occupational Historical Perspective on Race and Lung Function. Am J Respir Crit Care Med. 2022 May 3 Epub 2022 May 03 PMID: 35503517 DOI: 10.1164/rccm.202203-0565LE


**Non-Peer-reviewed Articles**


1. **Cowl CT**. Analysis of ballooning safety Aviation Med. 17(9):24-26, 1997.
2. **Cowl CT**. Pulmonary manifestations of altitude in aviation. Aviation Safety 18(3):2-3, 1998.
3. **Cowl CT**. Understanding the AME process Aviation Safety. 10:3-4, 2000.


**Book Chapters**


1. Schwartz DA, **Cowl CT**, Merchant JA. Occupational Lung Disease. In: Chapter 377, Textbook of Internal Medicine (Kelley, 3rd ed). Philadelphia: Lippincott, 1997. p2030-2042.
2. **Cowl CT**. Chronic obstructive pulmonary disease. In: Leng RS, Hensrud DD, editors. Clinical preventive medicine. 2nd Edition. Chicago: American Medical Association; 2004. p. 689-95.
3. Newcomb RD, Vetter RJ, **Cowl CT**. Environmental health. In: Varkey P editor. Mayo Clinic preventive medicine and public health board review. Rochester: Mayo Clinic Scientific Press; 2010. p. 195-218.

**Edited Books**

1. **Cowl C**. Physician's Drug Handbook 9th ed. Philadelphia: Springhouse; 2005.
2. **Cowl C**. Physician's Drug Handbook 10th ed. Philadelphia: Springhouse; 2006.

**Editorials**

1. **Cowl CT**, Rootenberg JD, Hermann RC, Kleinerman MJ, Cawley PJ, Langlieb AM. Unassigned reading: using books to broaden your syllabus. JAMA. 1990;264:1747.
2. **Cowl CT**. Medical students need more career counseling Chicago Med. 1991;94:12-3.
3. **Cowl CT**. Justifying Hyperbaric Oxygen Delivery for Carbon Monoxide Poisoning: Time to Respond to Pressure With a Large-Scale Randomized Controlled Trial. Chest 2017 Nov; 152 (5):911-913
4. Levine SM, Simpson SQ, Schulman DA, **Cowl CT**. The American College of Chest Physicians' Perspective on the American Association of Bronchology and Interventional Pulmonology's Certificate of Added Qualification. Chest 2021 Jan; 159 (1):40-41

**Commentaries**

1. **Cowl CT**. Use of antisialogogues in bronchoscopy. Chest. 2010 Mar; 137(3):738; author reply 738-9. PMID:20202964 DOI:10.1378/chest.09-2187

**Audio/Video/CD-ROM/etc.**

1. **Cowl CT**, Chutka DS, Malin TN. Air Travel Safety: When to Advise Your Patient Not to Fly Mayo Clinic Talks Podcast.2019;Episode 113:

**Abstracts**

1. **Cowl CT**, Dunn WF, Deschamps C. Diaphragmatic fenestration identified in a patient with recurrent catamenial pneumothorax. Chest. 1998 Oct; 114(4S):413S.
2. **Cowl CT**, Weinstock JV, Al-Jurf A, Ephgrave K, Murray JP, Dillon K. Complication and cost associated with parenteral nutrition delivered to hospitalized patients through either subclavian or peripherally inserted central catheters: a randomized clinical trial. (Abstract 59). Clin Nutr. 1999 Aug; 18(Suppl 1):15-16.
3. **Cowl CT**, Jett JR. Lemierre's syndrome presenting with multiple pulmonary nodules and pleural effusions. Chest. 1999 Oct; 116(4 Suppl 2):423S-424S.
4. * Saydain G, Decker PA, Beck KC, **Cowl CT**, Scanlon P. Clinical significance of isolated high diffusing capacity. American Thoracic Society, 2002 May.
5. Klos KJ, Ahlskog JE, Josephs KA, Kumar N, Fealey RD, **Cowl CT**. Hepatocerebral syndromes: heterogeneity and relation to manganese toxicity (Abstract P01.167). Neurology. 2005 Mar; 64(6 Suppl 1):A76.
6. Josephs KA, Ahlskog JE, Klos KJ, Kumar N, Fealey RD, **Cowl CT**. Occupational exposure to welding causes neurological disease beyond Parkinsonism (Abstract S57.005). Neurology. 2005 Mar; 64(6 Suppl 1):A419-A420.
7. Klos KJ, Ahlskog JE, Kumar N, Cambern S, Butz J, Burritt M, Fealey RD, **Cowl CT**, Parisi JE, Josephs KA. Brain metal concentrations in chronic liver failure with and without basal ganglia T1 hyperintensity (Abstract P03.128). Neurology. 2006 Mar; 66(5 Suppl 2):A163-4.
8. **Cowl CT**. Special issuance certification for airmen with multiple carcinomas: a review of the Mayo Clinic aerospace medicine database (Abstract 4). Aviat Space Environ Med. 2006 Mar; 77(3):216.

**Letters**

1. **Cowl CT**. Ballooning accidents. Aviat Space Environ Med. 2006 Sep; 77(9):989; author reply 989-90. PMID:16964753 DOI:
2. **Cowl CT**. Response. Chest 2018 Mar; 153 (3):764-765 PMID:29519304 DOI:10.1016/j.chest.2017.12.019

**Ask Mayo Expert Topic**

1. **Cowl CT**. FAA Medical Certification Ask Mayo Expert.2013;

**Scientific Reports**

1. **Cowl CT**, Johnson B, Carlson A, O’Malley K. Sequential Altitude Simulation Testing of AVOX Systems Phase Dilution Mask for Oxygen Delivery. Technical Report for Durable Medical Equipment Released September Mayo Clinic Section of Aerospace Medicine. September 2008.
2. **Cowl CT**, Johnson B, Carlson A, Issa A. Sequential Altitude Simulation Testing of Flow Determination Protocol for General Aviation Oxygen Mask (Series PN 807026) Using Arterial Blood Oxygen Saturation Method (TSO-C103). Technical Report for Durable Medical Equipment Released September Mayo Clinic Section of Aerospace Medicine September. September 2012.

**Miscellaneous**

1. **Cowl CT**. CHEST Pulmonary SEEK Editorial Board ACCP-SEEK Pulmonary Board Review Book. 2010 to Present.

**Forthcoming**

1. **Cowl CT**, Harrison M. Incidental diagnosis of Swyr-James-MacLeod syndrome in a military pilot Journal of Aerospace Medicine and Human Performance 2021
2. **Cowl C**, Bybee K. Sixty-six year old female with chest pain and progressive mental status change. Journal of Aerospace Medicine and Human Performance 2021
3. **Cowl CT**. Use of supplemental oxygen on commercial airlines CHEST 2021

* Indicates the primary author was a mentee of this author.
# Indicates the authors contributed equally.

CURRICULUM VITAE



**Martin D. Hoffman, M.D.**
Chief of PM&R, VA Northern California Health Care System
Clinical Professor of PM&R, University of California Davis

April 2020

**Education:**

| | |
|---|---|
| 1974 - 1976 | Pre-Engineering Studies, Northwest Missouri State University |
| 1976 - 1978 | B.S. in Chemical Engineering, University of Missouri - Rolla |
| 1979 | Graduate Studies in Chemical Engineering, University of Missouri - Rolla |
| 1979 - 1983 | M.D., St. Louis University School of Medicine |

**Postgraduate Training:**

| | |
|---|---|
| 1983 - 1986 | Residency in Physical Medicine and Rehabilitation, Medical College of Wisconsin Affiliated Hospitals, Milwaukee, Wisconsin |

**Military Service:** None

**Faculty Appointments:**

| | |
|---|---|
| 1986 - 1988 | Instructor of Physical Medicine and Rehabilitation, Medical College of Wisconsin |
| 1988 - 1992 | Assistant Professor of Physical Medicine and Rehabilitation, Medical College of Wisconsin |
| 1992 - 1994 | Associate Clinical Professor of Physical Medicine and Rehabilitation, Medical College of Wisconsin |
| 1994 - 1998 | Associate Professor of Physical Medicine and Rehabilitation, Medical College of Wisconsin |
| November 1997 - May 1998 | Visiting Scientist, Laboratoire des Sciences du Sport, Universite de Franche-Comte, Besançon, France |
| 1998 - 2003 | Professor of Physical Medicine and Rehabilitation, Medical College of Wisconsin |
| 2001 - 2003 | Adjunct Professor of Biomedical Engineering, Marquette University |

| | |
|---|---|
| 2001 - 2003 | Interim Chairman, Department of Physical Medicine and Rehabilitation, Medical College of Wisconsin |
| 2003 - present | Health Sciences Clinical Professor FY WOS of Physical Medicine and Rehabilitation, University of California Davis |
| 2008 - present | Adjunct Research Fellow, Rocky Mountain University |

**Administrative Appointments:**

| | |
|---|---|
| 1994 | Interim Chief, Physical Medicine and Rehabilitation Service, VA Medical Center, Milwaukee |
| 2001 - 2003 | Interim Chairman, Department of Physical Medicine and Rehabilitation, Medical College of Wisconsin |
| 2003 - present | Chief of PM&R, VA Northern California Health Care System |
| 2013 - 2017 | Chief Medical Officer, Ultra Medical Team |

**Educational Administrative Positions:**

| | |
|---|---|
| 1995 - 2003 | Residency and Fellowship Program Coordinator, Physical Medicine and Rehabilitation Service, VA Medical Center, Milwaukee |
| 1999 - 2003 | Residency Program Director, Department of Physical Medicine and Rehabilitation, Medical College of Wisconsin |

**Hospital and Clinical Administrative Appointments:**

| | |
|---|---|
| 1986 - 1988 | Medical Director, Sports Rehabilitation Program, Curative Rehabilitation Center |
| 1992 - 1993 | Medical Director of South Clinic, Competitive Edge Sports Medicine, Milwaukee |
| 1995 - 1996 | Medical Director, Cardiopulmonary Prevention and Rehabilitation Center, VA Medical Center, Milwaukee |
| 2003 - present | Chief of PM&R, VA Northern California Health Care System |

**Hospital Staff Privileges and Clinical Positions:**

| | |
|---|---|
| 1986 - 2003 | Staff Physician, VA Medical Center, Milwaukee |
| 1986 - 2003 | Active Medical Staff, Curative Rehabilitation Center, Milwaukee |
| 1986 - 2003 | Active Medical Staff, Froedtert Hospital, Milwaukee |
| 1986 - 1992 | Consultant, Student Health Center, University of Wisconsin- Milwaukee |
| 1987 - 1991 | Active Medical Staff, West Allis Memorial Hospital |
| 1994 - 1996 | Consultant, Medical College of Wisconsin MedReview Program |
| 1995 - 2003 | Physician Advisor, Wisconsin Peer Review Organization |
| 2003 - present | Staff Physician, VA Northern California Health Care System |
| 2019 – present | Consulting Physician, Lincoln Financial Group |

**Clinical Certifications**:

| | |
|---|---|
| 1988 - present | American Board of Physical Medicine and Rehabilitation |
| 2003 - 2008 | American Board of Independent Medical Examiners |
| 2011 - 2013 | Wilderness First Responder |

**Licensure**:

| | |
|---|---|
| 1984 - 2011 | Wisconsin #25952 |
| 2003 - present | California #G86934 |

**Awards and Honors**:

| | |
|---|---|
| 1974 | Bausch and Lomb Outstanding Science Student Award, North Kansas City High School |
| 1978 | Second Prize, National Student Design Contest, American Institute of Chemical Engineers |
| 1982 | Third Prize, Alpha Omega Alpha Research Forum, St. Louis University School of Medicine, 1982 |
| 1986 - 1987 | Teaching Honor Roll, Department of Physical Medicine and Rehabilitation, Medical College of Wisconsin |
| 1987 - 1988 | Teaching Honor Roll, Department of Physical Medicine and Rehabilitation, Medical College of Wisconsin |
| 1989 - 1990 | Teaching Honor Roll, Department of Physical Medicine and Rehabilitation, Medical College of Wisconsin |
| 1988 - 1989 | Recognition Award for "Outstanding Contributions in Continuing Medical Education," Department of Physical Medicine and Rehabilitation, Medical College of Wisconsin |
| 1990 - 1991 | Teaching Honor Roll, Department of Physical Medicine and Rehabilitation, Medical College of Wisconsin |
| 1991 - 1992 | Teacher of the Year, Department of Physical Medicine and Rehabilitation, Medical College of Wisconsin |
| 1992 - 1993 | Teaching Honor Roll, Department of Physical Medicine and Rehabilitation, Medical College of Wisconsin |
| 1994 - 1995 | Teaching Honor Roll, Department of Physical Medicine and Rehabilitation, Medical College of Wisconsin |
| 1995 - 1996 | Teacher of the Year, Department of Physical Medicine and Rehabilitation, Medical College of Wisconsin |
| 1995 - 1996 | Recognition Award for "Outstanding Contributions and Dedicated Service and for Enhancing the Visibility of the Department," Department of Physical Medicine and Rehabilitation, Medical College of Wisconsin |

| | |
|---|---|
| 1996 | Inclusion in Marquis Who's Who in Medicine and Healthcare, 1st edition |
| November 1997 - May 1998 | Sabbatical, Laboratoire des Sciences du Sport, Universite de Franche-Comte, Besançon, France |
| 2015 | Special Contribution Award, Western States Endurance Run |

**Memberships in Professional and Honorary Societies:**

| | |
|---|---|
| 1983 - present | American College of Sports Medicine<br>Member 1983-1989<br>Fellow 1989-present |
| 1984 - 2013 | American Academy of Physical Medicine and Rehabilitation,<br>Associate Member 1984-1988<br>Diplomat 1988-2013 |
| 1984 - 1992 | American Congress of Physical Medicine and Rehabilitation,<br>Associate Member 1984-1987<br>Active Member 1987-1992 |
| 1992 - 2001 | American Medical Society for Sports Medicine, Charter Member |
| 1992 - 1996 | State Medical Society of Wisconsin, Member |
| 1996 - 2004 | Association of Academic Physiatrists, Diplomate |
| 1996 - 2003 | Milwaukee Academy of Medicine, Member |
| 2011 - 2016 | Wilderness Medical Society<br>Member 2011<br>Fellow 2012-2016 |

**Editorial Boards:**

| | |
|---|---|
| 1994 - 1996 | *Wisconsin Medical Journal*, Editorial Board Member<br>Guest Editor, Olympic Issue, June 1996 |
| 1996 - 2014 | *Archives of Physical Medicine and Rehabilitation*,<br>Editorial Board Member 1996-2001<br>Associate Editor 2001-2014 |
| 2000 - present | *Science & Sport*, Foreign Editor |
| 2010 - present | *Research in Sports Medicine*, Editorial Board Member |
| 2013 - present | *International Journal of Sports Physiology and Performance*,<br>Editorial Board Member |
| 2014 - 2016 | *Wilderness and Environmental Medicine*<br>Editorial Board Member 2014<br>Editor-in-Chief 2015-2016 |

| | |
|---|---|
| 2019 – present | *Sports*, Editorial Board Member |

**National Advisory Committees and Activities:**

| | |
|---|---|
| 1988 - 1995 | United States Biathlon Association, Sports Medicine Council,<br>Team Physician and Director of Physical Medicine<br>Team Physician, World Biathlon Championships, Lahti, Finland, 1991 |
| 1987 - 1992 | National Wheelchair Athletic Association,<br>Regional Classifier and Classification Trainer |
| 1991 - 1992 | American Board of Sports Medicine, Board of Consultants |
| 1994 - 1997 | American College of Sports Medicine,<br>Co-Chair, Science in Winter Sports Interest Group |
| 1994 - 1995 | American Medical Society for Sports Medicine,<br>Member, Research Committee |
| 1994 | VA Postdoctoral Fellowships in Neurosciences and Traumatic Brain Injuries, Reviewer |
| 1996 | VA Health Administration CARE-GUIDE for Ischemic Heart Disease,<br>National Working Group Participant |
| 2005 - 2008 | VA National Chiropractic Professional Standards Board,<br>Chair |
| 2012 - 2016 | Wilderness Medical Society,<br>Member, Research Committee |
| 2014 - present | International Trail Running Association,<br>Member, Medical Commission |
| 2014 - present | Ultra-Endurance Sports Science & Medicine (initially Ultra Sports Science)<br>Founding Member, Director of Research, Chief Financial Officer |

**Research Grants, Contracts and Awards:**

**Research Grants**

| | |
|---|---|
| Title: | "Gastrointestinal Bleeding in Long Distance Runners" |
| Source: | Department of PM&R, Medical College of Wisconsin |
| Role: | Principal Investigator |
| Date: | 1984 |
| Direct Funds: | $1,680 |

| | |
|---|---|
| Title: | "Work Performance in Paraplegics During Lower Extremity Compression" |
| Source: | Department of PM&R, Medical College of Wisconsin |
| Role: | Principal Investigator |
| Date: | 1986 |
| Direct Funds: | $1,500, plus equipment donation from Jobst, Inc. |

| | |
|---|---|
| Title: | "Physiological Responses During Different Cross-Country Skiing Techniques" |
| Source: | Department of PM&R, Medical College of Wisconsin |
| Role: | Principal Investigator |
| Date: | 1987 |
| Direct Funds: | $4,000 |

| | |
|---|---|
| Title: | "Physiological and Biomechanical Responses During Cross-Country Skiing" |
| Source: | Department of PM&R, Medical College of Wisconsin |
| Role: | Principal Investigator |
| Date: | 1988 |
| Direct Funds: | $2,750, plus equipment support from Nordic Equipment, Inc., Rollerblade, Inc., and Exel, Inc. |

| | |
|---|---|
| Title: | "Development of a Mass Dampening System for the Lightweight Biathlon Rifle" |
| Source: | Sports Equipment and Technology Committee, US Olympic Committee |
| Role: | Principal Investigator |
| Date: | 1989, 1990 |
| Direct Funds: | $3,400 (total for both years) |

| | |
|---|---|
| Title: | "Cardiac Work Evaluation and Training Center" |
| Source: | Social Security Administration |
| Role: | Co-Investigator (PI's L.M. Sheldahl and F.E. Tristani) |
| Date: | 1989-91 |
| Direct Funds: | $251,288 |

| | |
|---|---|
| Title: | "Physiological, Kinematic and Kinetic Analysis of Cross-Country Skiing" |
| Source: | Department of PM&R, Medical College of Wisconsin |
| Role: | Principal Investigator |
| Date: | 1992 |
| Direct Funds: | $4,000, plus equipment support from Jenex, Inc., and Swix Sport USA, Inc. |

| | |
|---|---|
| Title: | "Comparison of Caloric Expenditure Among Indoor Aerobic Exercise Modes" |
| Source: | Nordic Track, Fuji America, Inc., Concept II, Inc., Tectrix, and Schwinn Cycling and Fitness |
| Role: | Principal Investigator |
| Date: | 1994 |
| Support: | Approximately $12,000 in equipment support |

| | |
|---|---|
| Title: | "Wheelchair Aerobic Fitness Trainer" |
| Source: | VA Clinical Evaluation Program |
| Role: | Principal Investigator |
| Date: | 1995 |
| Direct Funds: | $30,374 |

| | |
|---|---|
| Title: | "Pulmonary Function Following Exposure to Ski Wax Vapors" |
| Source: | Swix Sport, USA, Inc. |
| Role: | Principal Investigator |
| Date: | 1995 |
| Support: | Approximately $700 in supplies |

| | |
|---|---|
| Title: | "Modification of Chronic Low Back Pain with Dynamic Exercise" |
| Source: | Physical Medicine Research Foundation |
| Role: | Principal Investigator |

| | |
|---|---|
| Date: | June 1998-May 1999 |
| Direct Funds: | $8,633 |

| | |
|---|---|
| Title: | "Effects of Chronic Pain and Dynamic Exercise on Pain Perception" |
| Source: | VA Rehabilitation Research and Development Pilot Project |
| Role: | Principal Investigator |
| Date: | July 1999-June 2000 |
| Direct Funds: | $50,000 |

| | |
|---|---|
| Title: | "Enhancing BME Education Through the MU-MCW Bridge – Rehabilitative Bioengineering Component" |
| Source: | Whitaker Foundation |
| Role: | Co-Principal Investigator (PI J.M. Winters, Co-PI G.F. Harris) |
| Date: | January 2002-December 2004 |
| Direct Funds: | $879,000 (total for 3 years) |

| | |
|---|---|
| Title: | "Advanced Rehabilitation Research Training - Physicians and Biomedical Engineers" |
| Source: | US Dept. of Education NIDRR |
| Role: | Co-Principal Investigator (PI G.F. Harris) |
| Date: | October 2002-October 2007 |
| Direct Funds: | $668,166 (total for 5 years) |

| | |
|---|---|
| Title: | "Food and Fluid Intake during the Western States 100 mile Endurance Run" |
| Source: | Western States Endurance Run Foundation |
| Role: | Co-Principal Investigator (PI M. Van Loan) |
| Date: | March 2008 |
| Direct Funds: | $1,166 |

| | |
|---|---|
| Title: | "Sodium Balance in Male Runners Participating in a 160 km Footrace" and "The Efficacy of Oral versus Intravenous Hypertonic Saline in the Treatment of Exercise-Associated Hyponatremia without Altered Mental Status" |
| Source: | Western States Endurance Run Foundation |
| Role: | Co-Principal Investigator (PI T. Hew-Butler) |
| Date: | March 2009 |
| Direct Funds: | $10,050 |

| | |
|---|---|
| Title: | "Exercise Tolerance with a Unique Body-Weight Support System" |
| Source: | Alter-G, Inc. |
| Role: | Principal Investigator |
| Date: | September 2009 |
| Direct Funds: | $30,000 |

| | |
|---|---|
| Title: | "The Incidence, Etiology and Treatment of Exercise-Associated Hyponatremia in Runners Participating in the Western States 100 Mile Endurance Run" |
| Source: | Western States Endurance Run Foundation |
| Role: | Co-Principal Investigator (PI T. Hew-Butler) |
| Date: | March 2010 |
| Direct Funds: | $7,000 |

| | |
|---|---|
| Title: | "Drinking Behavior, Dehydration and Exercise-Associated Hyponatremia in Runners of the Western States Endurance Run" |
| Source: | Western States Endurance Run Foundation |

| | |
|---|---|
| Role: | Principal Investigator |
| Date: | March 2011 |
| Direct Funds: | $2,050 |

| | |
|---|---|
| Title: | "Foot Strike Pattern and Gait Changes in a 100-Mile Ultramarathon" |
| Source: | Western States Endurance Run Foundation |
| Role: | Principal Investigator |
| Date: | March 2012 |
| Direct Funds: | $1,450 |

| | |
|---|---|
| Title: | "Investigation into the Cause of Ultramarathoner's Eye (The Ultra-Eye Study)" |
| Source: | Western States Endurance Run Foundation |
| Role: | Principal Investigator |
| Date: | March 2013 |
| Direct Funds: | $700 |

| | |
|---|---|
| Title: | "Gastrointestinal Distress in Runners Participating in the 100-Mile Western States Endurance Run" |
| Source: | Western States Endurance Run Foundation |
| Role: | Co-Principal Investigator (Co-PI K. Stuempfle) |
| Date: | March 2013 |
| Direct Funds: | $2,525 |

| | |
|---|---|
| Title: | "The Relationship of Foot Strike Pattern, Stride Parameters, and Creatine Phosphokinase during a 161-km Ultramarathon" |
| Source: | Western States Endurance Run Foundation |
| Role: | Co-Principal Investigator (Co-PI M. Kasmer) |
| Date: | March 2013 |
| Direct Funds: | $1,425 |

| | |
|---|---|
| Title: | "The Ultrarunners Longitudinal TRAcking (ULTRA) Study" |
| Source: | Western States Endurance Run Foundation |
| Role: | Principal Investigator |
| Date: | April 2013 |
| Direct Funds: | $2,500 |

| | |
|---|---|
| Title: | "Incidence and Severity of GI Distress during a 161-km Ultramarathon and its Association with Hydration Status, Core Temperature and Endotoxemia" |
| Source: | Western States Endurance Run Foundation |
| Role: | Co-Principal Investigator (Co-PI T. Valentino) |
| Date: | February 2014 |
| Direct Funds: | $6,019 |

| | |
|---|---|
| Title: | "Research in Ultramarathon Running" |
| Source: | Rossi Family Foundation |
| Role: | Recipient |
| Date: | February 2015 |
| Direct Funds: | $10,000 |

| | |
|---|---|
| Title: | "Investigation of Popular Recovery Techniques for Ultramarathon Recovery" |
| Source: | Western States Endurance Run Foundation |
| Role: | Co-Principal Investigator (Co-PI N. Badowski) |

| | |
|---|---|
| Date: | February 2015 |
| Direct Funds: | $15,000 |

| | |
|---|---|
| Title: | "Effect of an Oral Flavin on Muscle Pain and Soreness During and After a 161-km Trail Run" |
| Source: | Western States Endurance Run Foundation |
| Role: | Co-Principal Investigator (Co-PIs T. Valentino and K. Stuempfle) |
| Date: | February 2016 |
| Direct Funds: | $7,427 |

| | |
|---|---|
| Title: | "Research Support to the Ultra Sports Science Foundation" |
| Source: | Rossi Family Foundation |
| Role: | Recipient |
| Date: | February 2017 |
| Direct Funds: | $5,000 |

| | |
|---|---|
| Title: | "Research Support to the Ultra Sports Science Foundation" |
| Source: | Rossi Family Foundation |
| Role: | Recipient |
| Date: | May 2018 |
| Direct Funds: | $5,000 |

| | |
|---|---|
| Title: | "Health risks and implications from running ultramarathons during childhood" |
| Source: | Ultra Sports Science Foundation |
| Role: | Co-Principal Investigator (Co-PI B.V. Scheer) |
| Date: | November 2018 |
| Direct Funds: | $1,365 |

| | |
|---|---|
| Title: | "Effect of high sodium ingestion on thirst, hydration and muscle cramping during prolonged moderate intensity exercise in the heat" |
| Source: | Ultra Sports Science Foundation |
| Role: | Co-Principal Investigator (Co-PI M.D. White) |
| Date: | November 2018 |
| Direct Funds: | $5,000 |

**Contract Support**

| | |
|---|---|
| 1994 | KDK International, Inc., Chicago, IL: Consultation services regarding a portable blood lactate measurement device |
| 1995 - 1997 | BCI, International, Inc., Waukesha, WI: Assistance in FDA approval process for non-invasive blood pressure measurement system |

**Other Awards**

| | |
|---|---|
| Title: | "Development of a Model for Optimization of Musculoskeletal Care" |
| Source: | Department of Veterans Affairs, Specialty Care Transformation Multi-Specialty Care Neighborhood |
| Role: | Program Director |
| Date: | July 2013 – October 2014 |
| Direct Funds: | $157,617 |

**Invited Lectures, Presentations and Site Visits:**

**International**

"Measurements of Metabolic Costs of Cross-Country Skiing" Symposium on Testing in Nordic Skiing, Falun, Sweden, February 22, 1993

"Energetics of Human Locomotion" Unite de Formation et de Recherche en Sciences et Techniques des Activites Physiques et Sportives, Nancy, France, January 19, 1998

"Clinical Features and Field Management of Exercise-Associated Hyponatremia" and "Case Studies in Exercise-Associated Hyponatremia" 6th World Congress on Wilderness Medicine, Whistler, BC, Canada, July 15, 2012

"Medical Issues in Ultramarathon Runners: Some Insights from a Decade of Research at the Western States Endurance Run" Keynote address, National Trail Running Conference, Katoomba, Australia, May 13, 2015

"Hyponatremia and Hydration" and "Managing Seriously Ill Participants of Ultra-Endurance Events in Remote Environments" World Extreme Medicine Conference, London, United Kingdom, October 29, 2015

"Ultra Running Medical Research" Event Expo, Tarawera Ultra Marathon, Rotorua, New Zealand, February 5, 2016

"Exercise-Associated Hyponatremia: What is the Best Drinking Strategy?"
"Post-Event Medical Concerns in Ultra-Endurance Sports"
"Developing Research at Your Event"
"The Foundation Ultra Sports Science"
"Organizing Your Medical Services – Different Models"
3rd Annual Congress on Medicine & Science in Ultra-Endurance Sports, Chamonix, France, August 21-23, 2016

"Managing Seriously Ill Participants of Ultra-Endurance Events in Remote Environments" World Extreme Medicine Conference, Edinburgh, United Kingdom, November 20, 2016

"Recovery from Ultra-Endurance Competition" Canadian Society for Exercise Physiology Annual General Meeting, Winnipeg, Canada, October 28, 2017

"Water: Too Much of a Good Thing? Exercise-Associated Hyponatremia"
"Recovery from Ultra-Endurance Competitions"
5th Annual Congress on Medicine & Science in Ultra-Endurance Sports, Castellón, Spain, May 9-10, 2018

"Proper Hydration During Prolonged Exercise"
"Medical Complications During Ultramarathons"
"Appropriate Level of Medical Support at Ultramarathons"
6th Annual Congress on Medicine & Science in Ultra-Endurance Sports in conjunction with the South African Sports Medicine Association Conference 2019, Cape Town, South Africa, October 11-13, 2019

"When Water Becomes Too Much of a Good Thing" Medicine in Extremes, Amsterdam, The Netherlands, January 31, 2020

**National**

"Cardiovascular Fitness and Training in Quadriplegics and Paraplegics" Department of Physical Medicine and Rehabilitation, University of Minnesota, Minneapolis, Minnesota, September 14, 1988

"Physiological Comparisons of Cross-Country Skiing Techniques" Symposium at 38th Annual Meeting of the American College of Sports Medicine, Orlando, Florida, May 30, 1991

"Clinical Applications of Mechanical Properties of Muscles" Department of Physical Education, Recreation and Sport Science, St. Cloud State University, St. Cloud, Minnesota, June 27, 1991

"Development of a Mass Dampening System for the Lightweight Biathlon Rifle" United States Olympic Committee Sports Equipment and Technology Committee Quadrennial Conference, Colorado Springs, Colorado, November 22, 1992

"Energetics of Locomotion" Department of Neurology, Washington University, St. Louis, Missouri, May 22, 1995

"Cardiovascular Fitness and Training in the Disabled" Symposium presentation at the 58th Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, Chicago, Illinois, October 11, 1996

"What's New in PM&R?" The Ogden Surgical-Medical Society 55th Annual Medical Meeting, Ogden, Utah, May 11, 2000

"Running Injuries: Conditions, Causes and Cures" The Ogden Surgical-Medical Society 55th Annual Medical Meeting, Ogden, Utah, May 11 and 12, 2000

"General Principles of Rehabilitation of Musculoskeletal Injuries" The Ogden Surgical-Medical Society 55th Annual Medical Meeting, Ogden, Utah, May 12, 2000

"Exercise Induced Hyponatremia" Wilderness Medical Society Wilderness Medicine Conference and Annual Meeting, Snowmass, Colorado, August 2, 2011

"Exercise-Associated Hyponatremia: Clinical Features and Field Management" Wilderness Medical Society Desert Medicine Conference, Tucson, Arizona, November 6, 2011

"Who Are These Crazy People Running 100-Mile Ultramarathons?" Symposium at 59th Annual Meeting of the American College of Sports Medicine, San Francisco, California, June 1, 2012

"Medical Coverage of Ultra-Endurance Events: Setting the Stage" and "Special Medical Considerations at Ultra-Endurance Events" Wilderness Medical Society Wilderness Medicine Pre-Conference on the Wilderness Athlete, Breckenridge, Colorado, July 12, 2013

"The Western States Endurance Run: Premiere Mountain 100 Mile and Ultra Lab" Wilderness Medical Society Wilderness Medicine Conference, Breckenridge, Colorado, July 14, 2013

"Historical Background on the WSER Research Program"
"Sodium Supplementation, Drinking Strategies and Weight Change in a 100-Mile Ultramarathon"
"Medical Needs at Ultra-Endurance footraces: Setting the Stage"
"Medical Needs at Ultra-Endurance Footraces: Special Considerations"
"Case Studies and Lessons Learned – Hyponatremia"
1st Annual Congress on Medicine & Science in Ultra-Endurance Sports, Squaw Valley, CA, June 24-25, 2014

“Exercise-Associated Hyponatremia – A Hazard of Irresponsible Drinking” 33rd Annual Meeting of the Southwest Chapter of the American College of Sports Medicine, Costa Mesa, CA, October 18, 2014

“Exercise-Associated Hyponatremia: WMS Practice Guidelines”
“Exercise-Associated Hyponatremia: Case Reports”
“Controversies in Assessment and Management of Dehydration and EAH”
Wilderness Medical Society Desert Medicine Conference, Tucson, AZ, November 15-16, 2014

“Exercise-Associated Hyponatremia – Let’s Stop Adding Insult to Injury with Our Treatment” National Association of EMS Physicians Annual Meeting and Scientific Assembly, New Orleans, LA, January 23, 2015

“Examination of Supplemental Sodium for Preventing All That Ails You during Ultramarathon Running – Don’t Pass the Salt!” The 2015 Crossfit Conference on Exercise-Associated Hyponatremia, Carlsbad, CA, February 20, 2015

“Medical Coverage of Ultra-Endurance Foot Races” Tutorial lecture at 62nd Annual Meeting of the American College of Sports Medicine, San Diego, CA, May 29, 2015

“Ultramarathon Running: Too Much of a Good Thing?” Tutorial lecture at 62nd Annual Meeting of the American College of Sports Medicine, San Diego, CA, May 29, 2015

“New Knowledge from WSER Research: Fact and Fiction about Sodium and Hydration”
“Establishing Research at Your Event”
“Organizing Your Medical Services”
2nd Annual Congress on Medicine & Science in Ultra-Endurance Sports, Squaw Valley, CA, June 23-24, 2015

“Medical Issues in Ultramarathon Runners” Wilderness Medical Society Wilderness Medicine Conference 32nd Annual Summer Meeting, Breckenridge, CO, July 13, 2015

“Foot Care in the Wilderness” Wilderness Medical Society Wilderness Medicine Conference 24th Annual Winter Meeting, Park City, UT, February 21, 2016

“Recovery from Ultra-Endurance Competition” 4th Annual Congress on Medicine & Science in Ultra-Endurance Sports, Denver, CO, May 30, 2017

“Exercise-Associated Hyponatremia” The Association of Medicine and Psychiatry Annual Meeting, Chicago, IL, September 16, 2017

**Regional and Local**

"Review of Recent Nordic Skiing Research" Department of Physical Medicine and Rehabilitation, University of Wisconsin-Madison, Madison, Wisconsin, December 14, 1988

"Physical Examination of the Spine" Conference on Management of Lower Back Problems, Medical College of Wisconsin, Milwaukee, Wisconsin, May 18, 1990

"Physiological Responses during Cross-Country Skiing and Biathlon" Department of Human Kinetics, University of Wisconsin-Milwaukee, Milwaukee, Wisconsin, October 22, 1990

"Principles of Rehabilitation of Sports Injuries" Sports Medicine Conference, University of Wisconsin-Milwaukee, Milwaukee, Wisconsin, November 16, 1990

"Principles of Sports Injury Rehabilitation" Sports Medicine Conference, University of Wisconsin-Milwaukee, Milwaukee, Wisconsin, November 15, 1991

"Running and Cross-Country Skiing Injuries" Sports Medicine Conference, University of Wisconsin-Milwaukee, Milwaukee, Wisconsin, November 15, 1991

"Training and Injury Prevention in Running and Cross-Country Skiing" Sports Medicine Conference, University of Wisconsin-Milwaukee, Milwaukee, Wisconsin, November 13, 1992

“Aerobic Exercise: Prevention of Medical Complications” Wisconsin Back Society Spring Program on The Spine and Sport, Milwaukee, Wisconsin, May 22, 1997

“Why Exercise?” Annual Fall Priests Day, Archbishop Cousins Catholic Center, Milwaukee, Wisconsin, September 20, 2000

“Exercising” Johnson Controls Lunch and Learn, Milwaukee, Wisconsin, September 28, 2000

“Therapeutic Exercise” Didactic program for residents of Marianjoy Rehabilitation Hospital, Rush-Presbyterian-St. Luke’s, Loyola Medical Center and Schwab Rehabilitation Hospital, Hines VA Medical Center, Chicago, Illinois, March 21, 2002

“Don’t Forget the “P” in PM&R!" - A Primer on Exercise and Personal Fitness” Wisconsin PM&R Society Annual Conference, Osthoff Resort, Elkhart Lake, Wisconsin, April 28, 2002

“Energetics of Locomotion – Self-Optimization Phenomenon" Department of Physical Medicine and Rehabilitation, University of California Davis, Sacramento, California, January 23, 2003

“Exercise Associated Hyponatremia” Grand Rounds, Division of Nephrology, University of California Davis, Sacramento, California, November 13, 2012

“Exercise Associated Hyponatremia Care in the ER” Sutter Auburn Faith Hospital Emergency Department, Auburn, California, June 3, 2014

“Exercise-Associated Hyponatremia in Grand Canyon Hikers and Endurance Athletes – Update on Acute Management” Grand Rounds, Flagstaff Medical Center, Flagstaff, AZ, November 17, 2014

“Ultra Medicine” Oregon EMS Conference 2015, Salem, Oregon, September 24, 2015

“Exercise-Associated Hyponatremia” and “Medical Issues at Ultra-Endurance Sports Events” Grand Round, Emergency Medicine Department, Madigan Army Hospital, Tacoma, WA, January 6, 2016

“Medical Issues in Ultramarathon Runners” Department of Physical Medicine and Rehabilitation, University of Utah, Salt Lake City, UT, February 22, 2016

“Exercise-Associated Hyponatremia: A Hazard of Irresponsible Drinking” American College of Sports Medicine Northwest Chapter Annual Meeting, Bend, OR, February 18, 2017

“Exercise-Associated Hyponatremia” and “Other Key Medical Issues in Ultramarathons” Hardrock 100 Endurance Run Medical Volunteer Conference, Silverton, CO, July 19, 2018

“Exercise-Associated Hyponatremia” Emergency Medical Services, UC Health, Fort Collins, CO, August 1, 2018

“Ultramarathon Medical Infrastructure: Overview and Current State of the Art”, “Exercise-Associated Hyponatremia and Proper Hydration” and “Post-Race Concerns and Various Other Maladies” Hardrock 100 Endurance Run Medical Conference, Silverton, CO, July 18, 2019

**Scientific Abstract Presentations**

"Assessment of Isometric Endurance Following Rhythmic Exercise" Oral presentation at the Alpha Omega Alpha Research Forum, St. Louis University School of Medicine, St. Louis, Missouri, March 27, 1982

"Gastrointestinal Bleeding in Long Distance Runners" Oral presentation at the Regional Physiatrist Meeting, Resident Paper Reading Contest, Chicago Medical School, Chicago, Illinois, April 20, 1985

"Endurance Training in Quadriplegics and Paraplegics: A Review" Poster presentation at the 47th Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, Kansas City, Missouri, October 1, 1985

"Importance of Medical Coverage at High School Football Games" Oral presentation at the 49th Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, Orlando, Florida, October 19, 1987

"Comparison of Dorsal Ulnar Cutaneous and Superficial Radial Sensory Nerve Conduction Parameters" Poster presentation at the 49th Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, Orlando, Florida, October 21, 1987

"Influence of Body Weight on Energy Cost of Roller Skiing" Oral presentation at the 36th Annual Meeting of the American College of Sports Medicine, Baltimore, Maryland, May 31, 1989

"Nordic Ski Training: In-line Skates or Roller Skis?" Oral presentation at the 36th Annual Meeting of the American College of Sports Medicine, Baltimore, Maryland, June 2, 1989

"Physiological and Psychological Demands of Different Roller Skiing Techniques" Poster presentation at the First International Olympic Committee World Congress on Sport Sciences, Colorado Springs, Colorado, November 1, 1989

"Bilateral Thigh Pain in a Bicyclist" Physician case presentation at the 37th Annual Meeting of the American College of Sports Medicine, Salt Lake City, Utah, May 22, 1990

"Kinematic Characterization of Three Roller Skiing Techniques" Oral thematic poster presentation at the 38th Annual Meeting of the American College of Sports Medicine, Orlando, Florida, May 30, 1991

"Mechanical Efficiency of Uphill Roller Skiing with the Double Pole and Diagonal Stride Techniques" Poster presentation at the 39th Annual Meeting of the American College of Sports Medicine, Dallas, Texas, May 29, 1992

"Can Mass Dampening Improve Biathlon Shooting Performance?" Poster presentation at the 40th Annual Meeting of the American College of Sports Medicine, Seattle, Washington, June 5, 1993

"Does Pole Striding Simulate the Cardiorespiratory Demands of Diagonal Striding?" Oral presentation at the 41st Annual Meeting of the American College of Sports Medicine, Indianapolis, Indiana, June 2, 1994

"Ski Wax Vaporization Analysis"  Poster presentation at the 42nd Annual Meeting of the American College of Sports Medicine, Minneapolis, Minnessota, May 31, 1995

"Pulmonary Function After Ski Waxing"  Thematic poster presentation at the 43rd Annual Meeting of the American College of Sports Medicine, Cincinnati, Ohio, May 31, 1996

"A Model to Explain the Greater Metabolic Demands of Ambulation for the Disabled"  Oral presentation at the 58th Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, Chicago, Illinois, October 10, 1996

"Acute Effects of Acupuncture on Physiological and Psychological Responses to Cycle Ergometry" Oral presentation at the 58th Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, Chicago, Illinois, October 10, 1996

"Physiological Demands of Prosthetic Ambulation Among Bilateral Above-Knee Amputees"  Oral presentation at the 58th Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, Chicago, Illinois, October 10, 1996

"Effect of Velocity on Stride Rate and Length During Prosthetic Ambulation in Bilateral Above-Knee Amputees"  Poster presentation at the 58th Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, Chicago, Illinois, October 12, 1996

"Upper Body Demands Vary Among Ski Skating Techniques"  Thematic poster presentation at the 44th Annual Meeting of the American College of Sports Medicine, Denver, Colorado, May 28, 1997

"Wheelchair Drag Resistance: Comparison of Different Wheelchairs and Ground Surfaces"  Poster presentation at the 60th Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, Seattle, Washington, November 6-7, 1998

"Validation of a Technique for Determining the Metabolic Requirements Associated with Maintaining Balance and Posture During Walking"  Poster presentation at the 60th Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, Seattle, Washington, November 6-7, 1998

“Comparison of Pain Perception from Pressure, Cold, and Hot Stimuli”  Poster presentation at the 62nd Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, San Francisco, California, November 2-4, 2000

"Gender-Related Performance Comparison for Ultramarathon Trail Running"  Poster presentation at the 55th Annual Meeting of the American College of Sports Medicine, Indianapolis, Indiana, May 30, 2008

“Historical Analysis of the Western States 100-Mile Endurance Run: 1974 through 2007”  Poster presentation at the 56th Annual Meeting of the American College of Sports Medicine, Seattle, Washington, May 28, 2009

“Oral versus Intravenous Hypertonic Saline in the Treatment of Exercise-Associated Hyponatremia Without Altered Mental Status”  Poster presentation at the 57th Annual Meeting of the American College of Sports Medicine, Baltimore, Maryland, June 2, 2010

“Exercise-Associated Hyponatremia is Common Among Dehydrated 161-km Ultramarathoners” Oral presentation at the Wilderness Medical Society Wilderness Medical Conference and Annual Meeting, Snowmass, Colorado, August 2, 2011

"Can urine dipstick analysis identify runners at risk for renal injury following an ultramarathon?" Thematic poster presentation at the 59th Annual Meeting of the American College of Sports Medicine, San Francisco, California, June 1, 2012

"Influence of age, sex, and previous finishes on performance in 161-km ultramarathons" Thematic poster presentation at the 59th Annual Meeting of the American College of Sports Medicine, San Francisco, California, June 1, 2012

"Would You Stop Running if You Knew it was Bad for You? The Ultramarathon Runner Response" Oral presentation at the 2nd Annual Medicine & Science in Ultra-Endurance Sports, Squaw Valley, California, June 23, 2015

"Fatiguing Resistance Exercise Does Not Enhance Hamstring Muscle Cramping from Maximum Contraction in Shortened Position" Oral presentation at the 5th Annual Congress on Medicine & Science in Ultra-Endurance Sports, Castellón, Spain, May 9, 2018

"GPS Tracker Enabled Rescue of a Lost Runner During a Wilderness Ultramarathon: A Case Report" Oral presentation at the 5th Annual Congress on Medicine & Science in Ultra-Endurance Sports, Castellón, Spain, May 10, 2018

"Participant Opinions and Expectations About Medical Services at Ultramarathons: Findings from the ULTRA Study" Oral presentation at the 6th Annual Congress on Medicine & Science in Ultra-Endurance Sports, Cape Town, South Africa, October 11, 2019.

## **Medical School Committees:**

### **University-Wide Committees**

| | |
|---|---|
| 1996 | Clinical Research Committee, Medical College of Wisconsin |
| 1999 - 2003 | Graduate Medical Education Committee, Medical College of Wisconsin |
| 2001 - 2003 | Executive Committee, Medical College of Wisconsin |
| 2001 - 2003 | Clinical Chairs Committee, Medical College of Wisconsin |
| 2001 - 2003 | Clinical Practice Group Committee, Medical College of Wisconsin |
| 2004 - 2010 | Institutional Review Board, University of California Davis |
| 2007 - 2013 | Exercise Science Graduate Group, University of California Davis |
| 2011 - 2014 | Graduate Group in Epidemiology, University of California Davis |

### **Department of Physical Medicine and Rehabilitation Committees**

| | |
|---|---|
| 1986 - 2003 | Graduate Medical Education Committee, Medical College of Wisconsin |
| 1986 - 2003 | Research and Scholarly Activity Committee, Medical College of Wisconsin |
| 1992 - 1993 | Chair, Continuing Medical Education Committee, Medical College of Wisconsin |
| 1994 - 1996 | Executive Committee, Medical College of Wisconsin |

## **Hospital Committees:**

| | |
|---|---|
| 1987 - 1991 | Cancer Committee, West Allis Memorial Hospital |
| 1988 - 1991 | QA Committee, Dept. of Rehab. Medicine, West Allis Memorial Hospital |
| 1994 | Mental Health Council, Milwaukee VA Medical Center |
| 1994 | Domiciliary Advisory Board, Milwaukee VA Medical Center |
| 1994 - 1995 | Pain Management Task Force, Milwaukee VA Medical Center |

| | |
|---|---|
| 1994 - 2003 | Residency and Fellowship Coordinators Committee, Milwaukee VA Medical Center |
| 2004 - present | Credentialing Committee, VA Northern California Health Care System |
| 2004 - present | Pain Management Team, VA Northern California Health Care System |

**Teaching Activities:**

**Medical Student Education**

| | |
|---|---|
| 1984 - 1990 | Preceptor, Summer Student Externship, Department of Physical Medicine and Rehabilitation, Medical College of Wisconsin |
| 1987-88, 1988-89 | Course Director, Senior Medical Student Elective in Sports and Physical Medicine, Department of Physical Medicine and Rehabilitation, Medical College of Wisconsin |
| 1994 - 2003 | Course Director, Senior Medical Student Elective in Physical Medicine, Department of Physical Medicine and Rehabilitation, Medical College of Wisconsin |
| 1995 - 2003 | Preceptor, Medical Student Course in Physical Examination of the Musculoskeletal System, Medical College of Wisconsin |
| 1998 - 2003 | Course Director, Senior Medical Student Elective in Independent Study - Applied Exercise Science, Medical College of Wisconsin |

**Resident Rotations and Courses**

| | |
|---|---|
| 1986 - 1995 | Course Director, Resident Course in Rehabilitation Physiology, Department of Physical Medicine and Rehabilitation, Medical College of Wisconsin |
| 1986 - 2003 | Preceptor, Resident Rotation in Adult Outpatient Physical Medicine and Rehabilitation, Department of Physical Medicine and Rehabilitation, Medical College of Wisconsin |
| 1992 - 1994 | Preceptor, Resident Rotations in Musculoskeletal and Sports Medicine, Department of Family Practice, St. Lukes Hospital, Milwaukee |
| 1987-88, 1994-97 | Director, Resident Rotation in Cardiac Rehabilitation, Department of Physical Medicine and Rehabilitation, Medical College of Wisconsin |
| 2006 - present | Preceptor, Resident Rotation in Fluoroscopic-Guided Injections, Department of Physical Medicine and Rehabilitation, University of California Davis |

**Other Local Continuing Medical Education Presentations**

"Planning, Development and Implementation of a Sports Medicine Program" Medical College of Wisconsin Department of Physical Medicine and Rehabilitation CME, November 12, 1986

"Principles of Sports Injury Rehabilitation" Medical College of Wisconsin Department of Physical Medicine and Rehabilitation CME, July 13, 1988

"Common Lower Extremity Sports Injuries - Part I" Medical College of Wisconsin Department of Physical Medicine and Rehabilitation CME, July 20, 1988

"Common Lower Extremity Sports Injuries - Part II" Medical College of Wisconsin Department of Physical Medicine and Rehabilitation CME, August 3, 1988

"Common Upper Extremity Sports Injuries" Medical College of Wisconsin Department of Physical Medicine and Rehabilitation CME, August 10, 1988

"Sports Medicine on the Field" Medical College of Wisconsin Department of Physical Medicine and Rehabilitation CME, August 17, 1988

"Cardiovascular Fitness and Training in the Spinal Cord Injured" Medical College of Wisconsin Department of Physical Medicine and Rehabilitation CME, February 8, 1989

"Principles of Sports Injury Rehabilitation" Medical College of Wisconsin Department of Physical Medicine and Rehabilitation CME, August 5, 1992

"Treatment of Common Upper Extremity Sports Injuries" Medical College of Wisconsin Department of Physical Medicine and Rehabilitation CME, August 19, 1992

"Treatment of Common Lower Extremity Sports Injuries - Part I" Medical College of Wisconsin Department of Physical Medicine and Rehabilitation CME, September 2, 1992

"Treatment of Common Lower Extremity Sports Injuries - Part II" Medical College of Wisconsin Department of Physical Medicine and Rehabilitation CME, September 9, 1992

"Survey of Cross-Country Skiing and Biathlon Research of the Sports Equipment and Technology Laboratory" Medical College of Wisconsin Department of Physical Medicine and Rehabilitation CME, October 7, 1992

"Energetics of Locomotion" Medical College of Wisconsin Department of Physical Medicine and Rehabilitation Grand Rounds, August 25, 1995

"Cardiac Rehabilitation" Milwaukee VA Physicians and Dentists Grand Rounds, September 27, 1996

"Health and Beyond: The Basics of Aerobic Exercise for Health and Fitness" Medical College of Wisconsin Department of Physical Medicine and Rehabilitation Grand Rounds, June 12, 1997

"Evaluation d'un Modele Métabolique de la Marche (and other scientific adventures in France)" Medical College of Wisconsin Department of Physical Medicine and Rehabilitation Grand Rounds, August 20, 1999

"Fibromyalgia Syndrome and Role of Exercise in Treatment" Medical College of Wisconsin Department of Physical Medicine and Rehabilitation Grand Rounds, December 1, 2000

"Why Exercise?" Medical College of Wisconsin Department of Internal Medicine Grand Rounds, May 17, 2002

"The PM&R Approach to Pain Management" Oakland VA Outpatient Clinic, February 20, 2004

"The PM&R Approach to Pain Management" Sacramento VA Medical Center, May 6, 2004

"Low S – When the Moment is Right, will You be Ready?" University of California Davis PM&R Grand Rounds, December 18, 2014

"Exercise-Associated Hyponatremia – Let's Stop Adding Insult to Injury with Our Treatment" University of California Davis Internal Medicine Grand Rounds, December 18, 2014

**Conference Organization**

Conference Organizer and Program Director, Medicine & Science in Ultra-Endurance Sports, Squaw Valley, CA, 1st Annual meeting June 24-25, 2014, 2nd Annual meeting June 23-24, 2015

Conference Organizer and Program Director, 3rd Annual Medicine & Science in Ultra-Endurance Sports, Chamonix, France, August 21-23, 2016

Conference Organizer and Program Director, 4th Annual Medicine & Science in Ultra-Endurance Sports, Denver, CO, May 30, 2017

Program Committee Member, 5th Annual Medicine & Science in Ultra-Endurance Sports, Castellón, Spain, May 9-10, 2018

Program Director, 6th Annual Medicine & Science in Ultra-Endurance Sports, Cape Town, South Africa, October 11-13, 2019

**Other Teaching Activities**:

Ph.D. Co-advisor of Guillaume Millet, dissertation entitled "Facteurs mecaniques du cout energetique des locomotions terrestres. Specifices du pas de patineur en ski de fond (Mechanical factors determining the energy cost of locomotion, specifically relative to ski skating)" defended November 14, 1997, Universite de Franche-Comte, Besançon, France

Ph.D. Committee Member of Alain Groslambert, dissertation entitled "Etude des pertubations du temps de reaction, de la posture et de l'adaptation cardio-ventilatoire consecutive a un exercice prolonge. Application au biathlon (Examination of alterations in reaction time, posture and cardiovascular responses following prolonged exercise. Application in biathlon)" defended December 5, 1997, Universite de Franche-Comte, Besançon, France

Master of Science in Exercise Science Committee Member for Daniel K. Lebus, thesis entitled "Changes in body mass, hydration, and electrolytes following a 161-km running race" completed June 2009, University of California Davis

Master of Science in Exercise Science Committee Chair for Haylee Donaghe, thesis entitled "Exercise tolerance with a unique body-weight support system" completed Jun 2011, University of California Davis

Master of Science in Exercise Science Committee Member for Brandon Too, thesis entitled "Effects of carbohydrate supplementation form on gastrointestinal tolerance and running performance" completed August 2011, University of California Davis

PhD Committee Member for Ed Le Cara, dissertation entitled "Structure vs. function: exploring the relationship between lumbar multifidus morphology and activation among individuals with low back pain" completed December 2012, Rocky Mountain University

Clinical Mentor for Capstone Engineering Project entitled "Development of a low cost, portable blood sodium analyzer" supported through a competitive grant from the University of California Davis Clinical Translational Science Center (TR000002), January – June, 2014

Research Mentor for Association of Academic Physiatrists Rehabilitation Research Experience for Medical Students (RREMS) Program recipient Joseph Chin on project entitled "Investigation of popular recovery techniques for ultramarathon recovery," April 2015 – February 2016

PhD Thesis Examiner of Rhiannon Mary Jade Snipe, thesis entitled "Exertional-heat stress induced gastrointestinal perturbations: Prevention and management strategies", awarded March, 2018, Monash University, Australia

PhD Thesis Examiner of Rebecca Elin Johansson, thesis entitled "Interactions between training load, submaximal heartrate, and performance in endurance runners", awarded 2020, University of Cape Town, South Africa

**Community Advisory and Service Activities:**

| | |
|---|---|
| 1992 | Medical Director, Lakefront Marathon, Milwaukee, Wisconsin |
| 1994, 1995 | Doping Control Medical Officer, World Cup Speedskating Sprints, Milwaukee, Wisconsin |
| 1997, 1998, 1999 | Medical Director, Kettle Moraine 100 Mile Trail Run, Eagle, Wisconsin |
| 2011 - 2013 | Member, El Dorado County Search and Rescue |
| 2006 - 2016 | Director of Research, Western States Endurance Run |
| 2014 - present | Founding Board Member, Tahoe Sierra Clean Air Coalition |
| 2015 - present | Founding Member, Chief Financial Officer and Director of Research, Ultra Sports Science Foundation |
| 2016 - present | Member, Health Commission, International Trail Running Association |

**Brief Summary of Key Athletic Achievements**

| | |
|---|---|
| 1975 - 1978 | College Varsity Letters in Cross-Country (running) and Track, Northwest Missouri State University and University of Missouri-Rolla |
| 1988 - 1990 | 3-Time Top-200 ("Elite Wave") Finisher of American Birkebeiner Ski Race |
| 1991 | 1st American Finisher, Finlandia–Hiihto Ski Race, Lahti, Finland |
| 1998 | 2nd Place Overall, Kettle Moraine 100 Mile Trail Run |
| 2005 | 2nd Place Overall, Ultrarunner.net Ultramarathon Race Series |
| 2008 | Grand Master (50-59 age group) National Champion, USATF 100 Mile Trail Championship, Tahoe Rim Trail |

| | |
|---|---|
| 2014 - present | Ranked among a small group of Americans (205 as of January 2019) to have finished ultramarathons ≥50 miles in distance across a ≥30 year timespan |

# BIBLIOGRAPHY

## Refereed Journal Publications/Original Papers in PubMed Indexed Journals


1. Hoffman MD, Williams CA, Lind AR. Change in isometric function following rhythmic exercise. *Eur J Appl Physiol* 1985;54:177-183.

2. Hoffman MD. Cardiovascular fitness and training in quadriplegics and paraplegics. *Sports Med* 1986;3:312-330.

3. Brice AG, Forster HV, Pan LG, Funahashi A, Lowry TF, Murphy CL, Hoffman MD. Ventilatory and $PaCO_2$ responses to voluntary and electrically induced leg exercise. *J Appl Physiol* 1988;64:218-225.

4. Brice AG, Forster HV, Pan LG, Funahashi A, Hoffman MD, Murphy CL, Lowry TF. Is the hyperpnea of muscular contractions critically dependent on spinal afferents? *J Appl Physiol* 1988;64 (1): 226-233.

5. Hoffman MD, Mitz M, Luisi M, Melville, BR. Paired study of the dorsal cutaneous ulnar and superficial radial sensory nerves. *Arch Phys Med Rehabil* 1988;69:591-594.

6. Hoffman MD, Lyman KA. Medical needs at high school football games in Milwaukee. *J Orthop Sports Phys Therapy* 1988;10:167-171.

7. Wilke NA, Sheldahl LM, Levandoski SG, Hoffman MD, Tristani FE. Weight carrying versus handgrip exercise testing in men with coronary artery disease. *Am J Cardiol* 1989;64:736-740.

*8. Andresen BL, Hoffman MD, Barton LW. Field conditions and other factors associated with high school football game injuries. *Wi Med J* 1989 Oct:28-31.

9. Levandoski SG, Sheldahl LM, Wilke NA, Tristani FE, Hoffman, MD. Cardiorespiratory responses of coronary artery disease patients to arm and leg cycle ergometry. *J Cardiopulmonary Rehabil* 1990;10:39-44.

10. Hoffman MD, Clifford PS, Foley PJ, Brice AG. Physiological responses to different roller skiing techniques. *Med Sci Sports Exerc* 1990;22:391-396.

11. Brown DR, Forster HV, Pan LG, Brice AG, Murphy CL, Lowry TF, Gutting SM, Funahashi A, Hoffman M, Powers S. Ventilatory responses of spinal cord-lesioned subjects to electrically induced exercise. *J Appl Physiol* 1990;68:2312-2321.

12. Hoffman MD, Clifford PS, Bota B, Mandli M, Jones GM. Influence of body mass on energy cost of roller skiing. *Int J Sport Biomech* 1990;6:374-385.

13. Connelly TP, Sheldahl LM, Tristani FE, Levandoski SG, Kalkhoff RK, Hoffman MD, Kalbfleisch JH. Effect of central hypervolemia on the plasma catecholamine response to exercise. *J Appl Physiol* 1990;69:651-656.

14. Hoffman MD, Clifford PS. Physiological responses to different cross country skiing techniques on level terrain. *Med Sci Sports Exerc* 1990;22:841-848.


* First author was a medical or graduate student, fellow or junior investigator working under the mentorship of Dr. Hoffman

**Lincoln/Lynn 300**

15. Hoffman MD, Clifford PS, Jones GM, Bota B, Mandli M. Effects of technique and pole grip on physiological demands of roller skiing on level terrain. *Int J Sports Med* 1991;12:468-473.

16. Wilke NA, Sheldahl LM, Levandoski SG, Hoffman MD, Dougherty SM, Tristani FE. Transfer effect of upper extremity training to weight carrying in men with ischemic heart disease. *J Cardiopulmonary Rehabil* 1991;11:365-372.

17. Hoffman MD, Jones GM, Bota B, Mandli M, Clifford PS. In-line skating: physiological responses and comparison with roller skiing. *Int J Sports Med* 1992;13:137-144.

18. Hoffman MD, Gilson PM, Westenburg TM, Spencer WA. Biathlon shooting performance after exercise of different intensities. *Int J Sports Med* 1992;13:270-273.

19. Hoffman MD, Street GM. Characterization of the heart rate response during biathlon. *Int J Sports Med* 1992;13:390-394.

20. Sheldahl LM, Wilke N, Dougherty S, Levandoski S, Hoffman MD, Tristani FE. Effect of age and coronary artery disease on response to snow shoveling. *J Am Col Cardiol* 1992;20:1111-1117.

*21. Sauvage LR, Myklebust BM, Crow-Pan J, Novak S, Millington P, Hoffman MD, Hartz AJ, Rudman D. A clinical trial of strengthening and aerobic exercise to improve gait and balance in elderly male nursing home residents. *Am J Phys Med Rehabil* 1992;71:333-342.

22. Hoffman MD, Clifford PS. Physiological aspects of competitive cross country skiing. *J Sports Sci* 1992;10:3-27.

23. Hoffman MD. Physiological comparisons of cross-country skiing techniques. *Med Sci Sports Exerc* 1992;24:1023-1032.

24. Snyder AC, O'Hagan KP, Clifford PS, Hoffman MD, Foster C. Exercise responses to in-line skating: comparisons to running and cycling. *Int J Sports Med* 1993;14:38-42.

25. Dougherty SM, Sheldahl LM, Wilke NA, Levandoski SG, Hoffman MD, Tristani FE. Physiological responses to shoveling and thermal stress in men with cardiac disease. *Med Sci Sports Exerc* 1993;25:790-795.

26. Watts PB, Hoffman MD, Sulentic JE, Drobish KM, Gibbons TP, Newbury VS, Mittelstadt SW, O'Hagan KP, Clifford PS. Physiological responses to specific maximal exercise tests for cross-country skiing. *Can J Appl Physiol* 1993;18:359-365.

27. Hoffman MD, Clifford PS, Watts PB, Drobish KM, Gibbons TP, Newbury VS, Sulentic JE, Mittelstadt SW, O'Hagan KP. Physiological comparison of uphill roller skiing: diagonal stride versus double pole. *Med Sci Sports Exerc* 1994;26:1284-1289.

28. Hoffman MD, Clifford PS, Bender F. Effect of velocity on cycle rate and length for three roller skiing techniques. *J Appl Biomech* 1995;11:257-266.

*29. Mittelstadt SW, Hoffman MD, Watts PB, O'Hagan KP, Sulentic JE, Drobish KM, Gibbons TP, Newbury VS, Clifford PS. Lactate response to uphill roller skiing with the diagonal stride and double pole techniques. *Med Sci Sports Exerc* 1995;27:1563-1568.

30. Hoffman MD, Clifford PS, Watts PB, O'Hagan KP, Mittelstadt SW. Delta efficiency of uphill roller skiing with the double pole and diagonal stride techniques. *Can J Appl Physiol* 1995;20:465-479.


* First author was a medical or graduate student, fellow or junior investigator working under the mentorship of Dr. Hoffman

*31. Zeni AI, Hoffman MD, Clifford PS. Relationships among heart rate, lactate concentration and perceived exertion for different types of rhythmic exercise in females. *Arch Phys Med Rehabil* 1996;77:237-241.

*32. Zeni AI, Hoffman MD, Clifford PS. Energy expenditure with indoor exercise machines. *JAMA* 1996;275:1424-1427.
(Awarded "Best Research Paper Published by a Physiatrist" in 1996 by the American Academy of Physical Medicine and Rehabilitation)

*33. Karvelas BR, Hoffman MD, Zeni AI. Acute effects of acupuncture on physiological and psychological responses to cycle ergometry. *Arch Phys Med Rehabil* 1996;77:1256-1259.

34. Hoffman MD, Kassay KM, Zeni AI, Clifford PS. Does the amount of exercising muscle mass alter the aerobic demand of dynamic exercise? *Eur J Applied Physiol* 1996;74:541-547.

35. Hoffman MD, Sheldahl LM, Buley KJ, Sanford PR. Physiological comparison of walking among bilateral above-knee amputee and able-bodied subjects, and a model to account for the differences in metabolic cost. *Arch Phys Med Rehabil* 1997;78:385-392.

36. Hoffman MD, Clifford PS, Varkey B. Acute effects of ski waxing on pulmonary function. *Med Sci Sports Exerc* 1997;29:1379-1382.

37. Hoffman MD. Principles of sports injury rehabilitation. *Wi Med J* 1997;96(12)38-48.

*38. Salvi FJ, Hoffman MD, Sabharwal S, Clifford PS. Physiological comparison of forward and reverse wheelchair propulsion. *Arch Phys Med Rehabil* 1998;79:36-40.

39. Hoffman MD, Clifford PS, Snyder AC, O'Hagan KP, Mittelstadt SW, Roberts MM, Drummond HA, Gaskill SE. Physiological effects of technique and rolling resistance in uphill roller skiing. *Med Sci Sports Exerc* 1998;30:311-317.

*40. Millet GY, Hoffman MD, Candau RB, Buckwalter JB, Clifford PS. Effect of rolling resistance on poling forces and metabolic demands of roller skiing. *Med Sci Sports Exerc* 1998;30:755-762.

*41. Millet GY, Hoffman MD, Candau RB, Buckwalter JB, Clifford PS. Cycle rate variations in roller ski skating: effects on oxygen uptake and poling forces. *Int J Sports Med* 1998;19:521-525.

*42. Millet GY, Hoffman MD, Candau RB, Clifford PS. Poling forces during roller skiing: effects of grade. *Med Sci Sports Exerc* 1998;30:1637-1644.

*43. Millet GY, Hoffman MD, Candau RB, Clifford PS. Poling forces during roller skiing: effects of technique and speed. *Med Sci Sports Exerc* 1998;30:1645-1653.

*44. Groslambert A, Candau R, Hoffman MD, Bardy B, Rouillon JD. Validation of simple tests of biathlon shooting ability. *Int J Sports Med* 1999;20:179-182.

45. Grappe F, Candau R, Barbier B, Hoffman MD, Belli AR, Rouillon JD. Influence of tyre pressure and vertical load on coefficient of rolling resistance and simulated cycling performance. *Ergonomics* 1999;10:1361-1371.

* First author was a medical or graduate student, fellow or junior investigator working under the mentorship of Dr. Hoffman

46. Candau RB, Grappe F, Menard M, Barbier B, Millet GY, Hoffman MD, Belli AR, Rouillon JD. Simplified deceleration method for assessment of resistive forces in cycling. *Med Sci Sports Exerc* 1999;31:1441-1447.

*47. Millet GP, Millet GY, Hoffman MD, Candau RB. Alterations in running economy and mechanics after maximal cycling in triathletes: influence of performance level. *Int J Sports Med* 2000;21:1-6.

*48. Groslambert A, Hintzy F, Hoffman MD, Dugue B, Rouillon JD. Validation of a rating scale of perceived exertion in young children. *Int J Sports Med* 2001;22:116-119.

49. Hoffman MD, Millet GY, Hoch AZ, Candau RB. Assessment of wheelchair drag resistance: using a coasting deceleration technique. *Am J Phys Med Rehabil* 2003;82:880-889.

50. Hoffman MD, Millet GY, Candau R, Rouillon JD. Evaluation of a theoretical model to quantify the sources of metabolic cost in walking. *Am J Phys Med Rehabil* 2004;83:353-362.

51. Hoffman MD, Shepanski MA, Ruble SB, Valic Z, Buckwalter JB, Clifford PS. Intensity and duration threshold for aerobic exercise-induced analgesia to pressure pain. *Arch Phys Med Rehabil* 2004;85:1183-1187.

52. Hoffman MD, Shepanski MA, MacKenzie SP, Clifford PS. Experimentally-induced pain perception is acutely reduced by aerobic exercise in persons with chronic low back pain. *J Rehabil Res Dev* 2005;42 (2):183-190.

53. Ruble SB, Hoffman MD, Shepanski MA, Valic Z, Buckwalter JB, Clifford PS**.** Thermal pain perception after aerobic exercise. *Arch Phys Med Rehabil* 2005;86:1019-1023.

54. Hoffman MD, Lee J, Zhao H, Tsodikov A. Pain perception after running a 100-mile ultramarathon. *Arch Phys Med Rehabil* 2007;88:1042-1048.

55. Hoffman MD, Hoffman DR. Does aerobic exercise improve pain perception and mood? A review of the evidence related to healthy and chronic pain subjects. *Curr Pain Headache Rep* 2007;11(2):93-7.

56. Hoffman MD, Hoffman DR. Exercisers achieve greater acute exercise-induced mood enhancement than nonexercisers. *Arch Phys Med Rehabil* 2008;89:358-363.

57. Hoffman MD. Anthropometric characteristics of ultramarathoners. *Int J Sports Med* 2008;29:1-4.

58. Hoffman MD. Ultramarathon trail running comparison of performance-matched men and women. *Med Sci Sports Exerc* 2008;40:1681-1686.

59. Hoffman MD, Wegelin J. The Western States 100-Mile Endurance Run: participation and performance trends. *Med Sci Sports Exerc* 2009;41:2191-2198.

60. Hoffman MD. Performance trends in 161-km ultramarathons. *Int J Sports Med* 2010;31:31-37.

61. Hoffman MD, Lebus DK, Ganong AC, Casazza GA, Van Loan MD. Body composition of 161-km ultramarathoners. *Int J Sports Med* 2010;31:106-109.

*62. Moore MN, Vandenakker-Albanese C, Hoffman MD. Aggressive return to running following lumbar disc herniation: A case report. *Arch Phys Med Rehabil* 2010;91:803-805.

* First author was a medical or graduate student, fellow or junior investigator working under the mentorship of Dr. Hoffman

*63. Lebus DK, Casazza GA, Hoffman MD, Van Loan MD. Can changes in body mass and total body water accurately predict hyponatremia after a 161-km running race? *Clin J Sports Med* 2010;20:193-199.

64. Hoffman MD, Ong JC, Wang G. Historical analysis of participation in 161-km ultramarathons in North America. *Int J History Sport* 2010;27 (11):1877-1891.

*65. Bruso JR, Hoffman MD, Rogers IR, Lee L, Towle G, Hew-Butler T. Rhabdomyolysis and hyponatremia: a cluster of five cases at the 161-km 2009 Western States Run Endurance. *Wilderness Environ Med* 2010;21:303-308.

66. Wegelin JA, Hoffman MD. Variables associated with odds of finishing and finish time in a 161-km ultramarathon. *Eur J Appl Physiol* 2011;111:145-153.

67. George KP, Warburton DE, Oxborough D, Scott JM, Esch BT, Williams K, Charlesworth S, Foulds H, Oxborough A, Hoffman MD, Shave R. Upper limits of physiological cardiac adaptation in ultramarathon runners. *J Am Col Cardiol* 2011;57(6):754-755.

68. Oxborough D, Shave R, Warburton D, Williams K, Oxborough A, Charlesworth S, Foulds H, Hoffman MD, Birch K, George K. Dilatation and dysfunction of the right ventricle immediately following ultra-endurance exercise: exploratory insights from conventional 2-dimensional and speckle tracking echocardiography. *Circ Cardiovasc Imaging* 2011;4:253-263.

69. Hoffman MD, Fogard K. Factors related to successful completion of a 161-km ultramarathon. *Int J Sports Physiol Perform* 2011;6:25-37.

70. Rogers IR, Hook G, Stuempfle KJ, Hoffman MD, Hew-Butler T. An intervention study of oral versus intravenous hypertonic saline administration in ultramarathon runners with exercise-associated hyponatremia: a preliminary randomized trial. *Clin J Sports Med* 2011;21(3):200-203.

71. Hew-Butler T, Hoffman MD, Stuempfle KJ, Rogers, IR, Morgenthaler NG, Verbalis JG. Changes in copeptin and bioactive vasopressin in runners with and without hyponatremia. *Clin J Sports Med* 2011;21(3):211-217.

72. Hoffman MD, Donaghe HE. Physiological responses to body-weight supported treadmill exercise in healthy adults. *Arch Phys Med Rehabil* 2011;92:960-966.

73. Krabak BJ, Hoffman MD, Millet GY, Chimes GP. Barefoot Running. *PM R* 2011;3(12):1142-1149.

74. Parise C, Hoffman MD. Influence of temperature and performance level on pacing a 161-km trail ultramarathon. *Int J Sports Physiol Perform* 2011;6:243-251.

75. Stuempfle KJ, Hoffman MD, Weschler LB, Rogers IR, Hew-Butler T. Race diet of finishers and non-finishers in a 100 mile (161 km) mountain footrace. *J Am Col Nutr* 2011;30(6):529-535.

76. Hoffman, MD, Stuempfle KJ, Rogers IR, Weschler LB, Hew-Butler T. Hyponatremia in the 2009 161-km Western States Endurance Run. *Int J Sports Physiol Perform* 2012;7(1):6-10.

77. Hoffman MD, Fogard K. Demographic characteristics of 161-km ultramarathon runners. *Res Sports Med* 2012;20:59-69.

* First author was a medical or graduate student, fellow or junior investigator working under the mentorship of Dr. Hoffman

78. Hoffman MD, Ingwerson JL, Rogers IR, Stuempfle KJ, Hew-Butler T. Increasing creatine phosphokinase concentrations at the 161-km Western States Endurance Run. *Wilderness Environ Med* 2012;23:56-60.

79. Coler C, Hoffman MD, Towle G, Hew-Butler T. Hyponatremia in an 85 year old hiker: When depletion plus dilution produces delirium. *Wilderness Environ Med* 2012;23:153-157.

80. Millet GY, Hoffman MD, Morin JB. Sacrificing economy to improve running performance – a reality in the ultramarathon? *J Appl Physiology* 2012;113(3):513.

81. Hoffman MD, Stuempfle KJ, Fogard K, Hew-Butler T, Winger J, Weiss RH. Urine dipstick analysis for identification of runners susceptible to acute kidney injury following an ultramarathon. *J Sports Sci* 2013;31(1):20-31.

82. Stuempfle KJ, Hoffman MD, Hew-Butler T. Association of gastrointestinal distress in ultramarathoners with race diet. *Int J Sport Nutr Exerc Metabol* 2013;23:103-109.

83. Hoffman MD, Hew-Butler T, Stuempfle KJ. Exercise-associated hyponatremia and hydration status in 161-km ultramarathons. *Med Sci Sports Exerc* 2013;45:784-791.

84. Winger J, Hoffman MD, Hew-Butler T, Stuempfle KJ, Dugas J, Fogard K, Dugas L. Physiology and hydration beliefs affect race behavior but not post-race sodium in 161-km ultramarathon finishers. *Int J Sports Physiol Perform* 2013;8:536-541.

85. Hoffman MD, Fogard K, Winger J, Hew-Butler T, Stuempfle KJ. Characteristics of 161-km ultramarathon finishers developing exercise-associated hyponatremia. *Res Sports Med* 2013;21:164-175.

86. Bennett BL, Hew-Butler T, Hoffman MD, Rogers IR, Rosner MH. Wilderness Medical Society practice guidelines for treatment of exercise-associated hyponatremia. *Wilderness Environ Med* 2013;24:228-240.

87. Hew-Butler T, Stuempfle KJ, Hoffman MD. Bone: An acute buffer of plasma sodium during exhaustive exercise? *Hormone Metabolic Res* 2013;45(10):697-700.

88. Kupchak BR, Volk BM, Kunces LJ, Kraemer WJ, Hoffman MD, Phinney SD, Volek JS. Alterations in coagulatory and fibrinolytic systems following an ultra-marathon. *Eur J Appl Physiol* 2013;113:2705-2712.

89. Hoffman MD, Krishnan E. Exercise behavior of ultramarathon runners: baseline findings from the ULTRA Study. *J Strength Cond Res* 2013;27(11):2939-2945.

*90. Lewis D, Hoffman MD, Stuempfle KJ, Owen BE, Rogers IR, Verbalis JG, Hew-Butler T. The need for salt: Does a relationship exist between Cystic Fibrosis and exercise-associated hyponatremia? *J Strength Cond Res* 2014;28(3):807-813.

91. Hoffman MD, Chen L, Krishnan E. Body mass index and its correlates in 1,212 ultramarathon runners: baseline findings from the ULTRA Study. *J Phys Act Health* 2014;11(8):1549-1555.

*92. Owen BE, Rogers IR, Hoffman MD, Stuempfle KJ, Lewis D, Fogard K, Verbalis JG, Hew-Butler T. Efficacy of oral vs. intravenous hypertonic saline in runners with hyponatremia. *J Sci Med Sport* 2014;17(5):457-462.

* First author was a medical or graduate student, fellow or junior investigator working under the mentorship of Dr. Hoffman

*93. Kasmer ME, Wren JJ, Hoffman MD. Foot strike pattern and gait changes during a 161-km ultramarathon. *J Strength Cond Res* 2014;28(5):1343-1350.

94. Hoffman MD, Krishnan E. Health and exercise-related medical issues among 1,212 ultramarathon runners: Baseline findings from the Ultrarunners Longitudinal TRAcking (ULTRA) Study. *PLoS ONE* 2014;9(1): e83867. doi:10.1371/journal.pone.0083867

95. Hoffman MD. Pacing by winners of a 161-km mountain ultramarathon. *Int J Sports Physiol Perform* 2014;9:1054-1056.

96. Hoffman MD, Stuempfle KJ. Hydration strategies, weight change and performance in a 161-km ultramarathons. *Res Sports Med* 2014;22:213-225.

97. Kupchak BR, Kraemer WJ, Hoffman MD, Phinney SD, Volek JS. The impact of an ultramarathon on hormonal and biochemical parameters in men. *Wilderness Environ Med* 2014;25:278-288.

98. Hoffman MD, Pasternak A, Rogers IR, Khodaee M, Hill JC, Townes DA, Scheer BV, Krabak BJ, Basset P, Lipman GS. Medical services at ultra-endurance foot races in remote environments: medical issues and consensus guidelines. *Sports Med* 2014;44:1055-1069.

*99. Le Cara E, Marcus RL, Dempsey AR, Hoffman MD, Hebert JJ. Morphology versus function: the relationship between lumbar multifidus intramuscular adipose tissue and muscle function among patients with low back pain. *Archives Phys Med Rehabil* 2014;95:1846-1852.

100. Utomi V, Oxborough D, Ashley E, Lord R, Stembridge M, Shave R, Hoffman MD, Whyte G, Somauroo J, Sharma S, George K. Predominance of normal left ventricular geometry in the male 'athletes heart'. *Heart* 2014;100:1264-1271.

101. Bennett BL, Hew-Butler T, Hoffman MD, Rogers IR, Rosner MH. Wilderness Medical Society practice guidelines for treatment of exercise-associated hyponatremia: 2014 update. *Wilderness Environ Med* 2014;25:S30-S42.

102. Hoffman MD, Stuempfle KJ, Sullivan K, Weiss RH. Exercise-associated hyponatremia with exertional rhabdomyolysis: Importance of proper treatment. *Clin Nephrol* 2015;83:235-242.

103. Hoffman MD, Parise C. Longitudinal assessment of age and experience on performance in 161-km ultramarathons. *Int J Sports Physiol Perform* 2015;10:93-98.

*104. McGowan V, Hoffman MD. Characterization of medical care at the 161-km Western States Endurance Run. *Wilderness Environ Med* 2015;26:29-35.

105. Hew-Butler T, Holexa BT, Fogard K, Stuempfle KJ, Hoffman MD. Comparison of body composition before and after a 161-km ultramarathon using DEXA, BIS and BIA. *Int J Sports Med* 2015;36:169-174.

*106. Pearce EA, Myers TM, Hoffman MD. Three cases of severe hyponatremia during a river run in Grand Canyon National Park. *Wilderness Environ Med* 2015;26:189-195.

107. Lord R, Somauroo J, Stembridge M, Jain N, Hoffman MD, Keith K, Jones J, Shave R, Haddad F, Ashley E, Oxborough D. The right ventricle following ultra-endurance exercise: insights from novel echocardiography and 12-lead electrocardiography. *Eur J Applied Physiol* 2015;115:71-80.

* First author was a medical or graduate student, fellow or junior investigator working under the mentorship of Dr. Hoffman

108. Hoffman MD, Rogers IR, Joslin J, Asplund CA, Roberts WO, Levine BD. Managing collapsed or seriously ill participants of ultra-endurance events in remote environments. *Sports Med* 2015;45:201-12.

*109. Høeg TB, Corrigan GK, Hoffman MD. An investigation of ultramarathon-associated visual impairment. *Wilderness Environ Med* 2015;26:200-204.

110. Hoffman MD, Stuempfle KJ. Sodium supplementation and exercise-associated hyponatremia during prolonged exercise. *Med Sci Sports Exerc* 2015;47(9):1781-1787.

111. Stuempfle KJ, Hoffman MD. Gastrointestinal distress is common during a 161-km ultramarathon. *J Sports Sci* 2015;33:1814-1821.

112. Myers TM, Hoffman MD. Hiker fatality from exercise-associated hyponatremia. *Wilderness Environ Med* 2015 2015;26(3):371-374.

113. Utomi V, Oxborough D, Ashley E, Lord R, Fletcher S, Stembridge M, Shave R, Hoffman MD, Whyte G, Somauroo J, Sharma S, George K. The impact of chronic endurance and resistance training upon the right ventricular phenotype in male athletes. *Eur J Appl Physiol* 2015;115(8):1673-1682.

114. Hoffman MD, Myers TM. Case study: Symptomatic exercise-associated hyponatremia in an endurance runner despite sodium supplementation. *Int J Sport Nutr Exerc Metab* 2015;25(6):603-606.

115. Hoffman MD, Stuempfle KJ. Muscle cramping during a 161-km ultramarathon: Comparison of characteristics of those with and without cramping. *Sports Med - Open* 2015;1(1):8. Epub 2015 May 21.

116. Joslin J, Hoffman MD, Rogers I, Worthing R, Ladbrook M, Mularella J. Special considerations in medical screening for participants in remote endurance events. *Sports Med* 2015;45(8):1121-1131.

117. Hew-Butler T, Rosner MH, Fowkes-Godek S, Dugas JP, Hoffman MD, Lewis DP, Maughan RJ, Miller KC, Montain SJ, Rehrer NJ, Roberts WO, Rogers IR, Siegel AJ, Stuempfle KJ, Winger JM, Verbalis JG. Statement of the Third International Exercise-Associated Hyponatremia Consensus Development Conference, Carlsbad, California, 2015. *Clin J Sports Med* 2015;25:303-320.

Hew-Butler T, Rosner MH, Fowkes-Godek S, Dugas JP, Hoffman MD, Lewis DP, Maughan RJ, Miller KC, Montain SJ, Rehrer NJ, Roberts WO, Rogers IR, Siegel AJ, Stuempfle KJ, Winger JM, Verbalis JG. Statement of the Third International Exercise-Associated Hyponatremia Consensus Development Conference, Carlsbad, California, 2015. *Br J Sports Med* 2015;49(22):1432-1446.

118. Hoffman MD, Stuempfle KJ, Valentino T. Sodium intake during an ultramarathon does not prevent muscle cramping, dehydration, hyponatremia, or nausea. *Sport Med Open* 2015 Dec;1(1):39.

119. Hoffman MD, Weiss RH. Does exercise-related acute kidney injury from an ultramarathon increase the risk for greater subsequent injury? *Clin J Sport Med* 2016;26(5):417-422.

120. Stuempfle KJ, Valentino T, Hew-Butler T, Hecht FM, Hoffman MD. Nausea is associated with endotoxemia during an ultramarathon. *J Sports Sci* 2016;34(17):1662-1668.

121. Hoffman MD, Stuempfle KJ. Does oral buffered sodium supplementation reduce nausea and vomiting during an ultramarathon? *Res Sports Med* 2016;24(1):94-103.

* First author was a medical or graduate student, fellow or junior investigator working under the mentorship of Dr. Hoffman

122. Hoffman MD, Stuempfle KJ. Is sodium supplementation necessary to avoid dehydration during prolonged exercise in the heat? *J Strength Cond Res* 2016;30(3):615-620.

123. Hoffman, MD. Injuries and health considerations in ultramarathon runners. *Phys Med Rehabil Clin N Am* 2016;27(1):203-216.

124. Hoffman MD, Badowski N, Chin J, Stuempfle KJ. A randomized controlled trial of massage and pneumatic compression for ultramarathon recovery. *J Orthop Sports Phys Ther* 2016;46(5):320-326.

125. Lord R, George K, Somauroo J, Jain N, Reese K, Hoffman MD, Haddad F, Ashley E, Jones H, Oxborough D. Exploratory insights from the right-sided electrocardiogram following prolonged endurance exercise. *Eur J Sport Sci* 2016;16(8):1014-1022.

*126. Valentino T, Stuempfle KJ, Kern M Hoffman MD. The influence of hydration state on thermoregulation during a 161-km ultramarathon. *Res Sports Med* 2016;24(3):212-221.

127. Hoffman MD, Cotter JD, Goulet ED, Laursen PB. View: Is drinking to thirst adequate to appropriately maintain hydration status during prolonged endurance exercise? Yes. *Wilderness Environ Med* 2016;27(2):192-195.

128. Hoffman MD, Cotter JD, Goulet ED, Laursen PB. Rebuttal from yes. *Wilderness Environ Med* 2016;27(2):198-200.

129. Lord R, George KP, Somauroo J, Stembridge M, Jain N, Hoffman MD, Shave R, Haddad F, Ashley E, Jones H, Heemels A, Oxborough D. Alterations in cardiac mechanics following ultra-endurance exercise: Insights from left and right ventricular area-deformation loops. *J Am Soc Echocardiogr* 2016;29(9):879-887.

130. Hoffman MD. Etiological foundation for practical strategies to prevent exercise-related foot blisters. *Curr Sports Med Rep* 2016;15(5):330-335.

131. Hoffman MD, Bross TL, Hamilton RT. Are we being drowned by overhydration advice on the Internet? *Physician Sportsmed* 2016;44(4):343-348.

132. Hoffman MD, Badowski N, Chin J, Stuempfle KJ. Determinants of recovery from a 161-km ultramarathon. *J Sports Sci* 2017;35:669-677.

133. Hoffman MD, Joslin J, Rogers IR. Management of suspected fluid balance issues in participants of wilderness endurance events. *Curr Sports Med Rep* 2017;16:98-102.

134. Hoffman MD, Valentino TR, Stuempfle KS, Hassid B. A placebo controlled trial of riboflavin for enhancement of ultramarathon recovery. *Sports Med Open* 2017 Dec;3(1):14.

135. Heapy AM, Hoffman MD, Verhagen HH, Thompson SW, Dhamija P, Sandford FJ, Hepi OR, Cooper MC. A randomized controlled trial of manual therapy and pneumatic compression for recovery from prolonged running – An extended study. *Res Sports Med* 2018:1-11.

136. Hoffman MD, Goulet ED, Maughan RJ. Considerations in the use of body mass change to estimate change in hydration status during prolonged running. *Sports Med* 2018;48(2):243-250.

* First author was a medical or graduate student, fellow or junior investigator working under the mentorship of Dr. Hoffman

Hoffman MD, Goulet EDB, Maughan RJ. Correction to: Considerations in the use of body mass change to estimate change in hydration status during a 161-kilometer ultramarathon running competition. *Sports Med*. 2018;48(12):2893-2894.

137. Hoffman MD, Krouse R. Ultra-obligatory running among ultramarathon runners. *Res Sports Med* 2018;26(2):211-221.

138. Rothwell O, George K, Somauroo J, Lord R, Stembridge M, Shave R, Hoffman MD, Wilson M, Ashley E, Haddad F, Eijsvogels TMH., Oxborough D. Right ventricular structure and function in the veteran ultramarathon runner: Is there evidence for chronic maladaptation? *J Am Soc Echocardiogr* 2018;31(5):598-605.

139. Hoffman MD, Agnish V. Functional outcome from sacroiliac joint prolotherapy in patients with sacroiliac joint instability. *Complement Ther Med* 2018;37:64-68.

140. Hoffman MD, Longobardi D, Burt C, Nardi T. GPS tracker enabled rescue of a lost runner during a wilderness ultramarathon: A case report. *Curr Sports Med Rep* 2018;17(10):332-334.

141. Martin T, Arnal PJ, Hoffman MD, Millet GY. Sleep habits and strategies of ultramarathon runners. *PLoS ONE* 2018;13(5):e0194705.

*142. Høeg, TB, Corrigan GK, Hoffman MD. Eye function and physiology following a 161-km foot race. *Res Sports Med* 2018;26(4):500-504.

143. Costa RJS, Hoffman MD, Stellingwerff T. Considerations for ultra-endurance activities: Part 1- Nutrition. *Res Sports Med* 2019;27(2):166-181.

144. Hoffman MD, Stellingwerff T, Costa RJS. Considerations for ultra-endurance activities: Part 2 – Hydration. *Res Sports Med* 2019;27(2):182-194.

145. Hebert JJ, LeCara E, Koppenhaver SL, Hoffman MD, Marcus RL, Dempsey A, Albert WJ. Factors predicting clinical success with stabilization exercise are associated with lower levels of lumbar multifidus intramuscular adipose tissue in patients with low back pain. *Disabil Rehabil* 2018 Dec 03 [Epub ahead of print]

146. Hoffman MD, Snipe RMJ, Costa RJS. Ad libitum drinking adequately maintains hydration during two hours of running in different ambient temperatures. *Eur J Appl Physiol* 2018;118:2687-2697.

147. Hoffman MD. Predicted risk for exacerbation of exercise-associated hyponatremia from indiscriminate postrace intravenous hydration of ultramarathon runners. *J Emerg Med* 2019;56(2):177-184.

148. Costa RJS, Knechtle B, Tarnopolsky M, Hoffman MD. Nutrition for ultra-endurance running: trail, track, and road ultramarathon. *Int J Sport Nutr Exerc Metabol* 2019;29(2):130-140.

149. Goulet ED, Hoffman MD. Impact of ad libitum vs. programmed drinking on endurance performance: A systematic review with meta-analysis. *Sports Med* 2019;49(2):221-232.

150. Hoffman MD. Proper hydration during ultra-endurance activities. *Sports Med Arthrosc* 2019;27:8-14.

151. Scheer V, Hoffman MD. Too much too early? An analysis of worldwide childhood ultramarathon participation and attrition in adulthood. *J Sports Med Phys Fitness* 2019;59(8):1363-1368.

* First author was a medical or graduate student, fellow or junior investigator working under the mentorship of Dr. Hoffman

152. Hoffman MD, White MD. Belief in the need for sodium supplementation during ultramarathons remains strong: Findings from the Ultrarunners Longitudinal TRAcking (ULTRA) Study. *Appl Physiol Nutr Metabol* 2019 Jun 4. [Epub ahead of print]

153. Hoffman MD. Participant opinions and expectations about medical services at ultramarathons: Findings from the Ultrarunners Longitudinal TRAcking (ULTRA) Study. *Cureus* 2019;11(9):e5800.

154. Hoffman MD, Khodaee M, Nudell NG, Pasternak A. Consensus recommendations on the appropriate level of medical support at ultramarathons. *Sports Medicine* 2020 Feb 20. [Epub ahead of print]

Hoffman MD. State of the science on ultramarathon running after a half century: A systematic analysis and commentary. In review 2/27/20 *Int J Sports Physiol*

**Refereed Journal Publications/Original Papers in Journals not PubMed Indexed**

1. Nudell NG, Hoffman MD. Acute mental status changes following an ultramarathon. *British Paramedic J* 2017;2(1):16-19.

2. Scheer V, Hoffman MD. Exercise-associated hyponatremia: Practical guide to its recognition, treatment and avoidance during prolonged exercise. *Deutsche Zeitschrift für Sportmedizin* 2018;69:311-318.

**Books and Chapters**

1. Maiman D, Hoffman MD. Electrodiagnostic studies in cervical spine disorders. In Sherk HH, Dunn EJ, Eismont FJ, et al., eds. *The Cervical Spine, 2nd edition.* Philadelphia: Lippincott, 1989; 212-225.

2. Cusick JF, Maiman DJ, Hoffman MD. Electrodiagnostic studies in cervical spine disease. In Clark CR, Ducker TB, Dvorak J, et al., eds. *The Cervical Spine, 3nd edition.* Philadelphia: Lippincott-Raven, 1998; 179-190.

3. Hoffman MD, Sheldahl LM, Kraemer WJ. Therapeutic exercise. In DeLisa JA, Gans BM, Currie DM, et al., eds. *Rehabilitation Medicine: Principles and Practice, 3rd edition*. Philadelphia: Lippincott, 1998; 697-743.

4. Hoffman MD. Adaptations to endurance exercise training. In Frontera WR, Dawson DM, Slovik DM, eds. *Exercise in Rehabilitation Medicine*. Champaign: Human Kinetics, 1999; 55-70.

5. Hoffman MD, Clifford PS, Gaskill SE. Physiology of cross-country skiing. In Garrett WE, Kirkendall DT, eds. *Exercise and Sport Science*. Philadelphia: Lippincott Williams and Wilkins; 2000; 829-842.

6. Hoffman MD, Sheldahl LM, Kraemer WJ. Therapeutic exercise. In DeLisa JA, Gans BM, Walsh NE, et al., eds. *Physical Medicine & Rehabilitation: Principles and Practice, 4th edition*. Philadelphia: Lippincott Williams and Wilkins, 2005; 389-434.

7. Hoffman MD. Adaptations to endurance exercise training. In Frontera WR, Slovik DM, Dawson DM, eds. *Exercise in Rehabilitation Medicine, 2nd edition*. Champaign: Human Kinetics, 2006; 13-23.

* First author was a medical or graduate student, fellow or junior investigator working under the mentorship of Dr. Hoffman

8. Hoffman MD, Kraemer WJ, Judelson DA. Therapeutic exercise. In Frontera WR, DeLisa JA, Gans BM, Walsh NE, et al., eds. *DeLisa's Physical Medicine & Rehabilitation: Principles and Practice, 5th edition*. Philadelphia: Lippincott Williams and Wilkins; 2010; 1619-1672.

9. Rosner MH, Bennett B, Hew-Butler T, Hoffman MD. Exercise-associated hyponatremia. In Simon EE, ed. *Hyponatremia: Evaluation and Treatment.* New York: Springer; 2013; 175-192.

10. Hoffman, MD. Research at the Western States Endurance Run: A historical perspective. In Benyo R, ed. *Marathon & Beyond*. Champaign: 42K(+) Press; September/ October 2013: 22-26.

11. Hoffman, MD. Who are these crazy people running 100 miles? In Benyo R, ed. *Marathon & Beyond*. Champaign: 42K(+) Press; September/ October 2013: 27-40.

12. Hoffman MD. Pour en finir avec les mythes sur le besoin de sodium (To finish with myths about sodium need). In Dubois B. *La Clinique du Coureur: La Santé par la Course à Pied (The Runner's Clinic: Health by Running)*. Angouleme: Editions Mons; 2019: 438-439.

13. Scheer V, Hoffman MD. Ultramarathons and ultra-endurance. In Khodaee M, Gammons M, Waterbrook AL, eds. *Sports-Related Trauma: On- and Off-Field Management.* (in press 11/30/17)

**Editorials, Letters to Editor, Invited Commentaries**

1. Hoffman MD. Oxygen consumption and ski-skating. *Phys Sportsmed* 1992;20:63(5).

2. Hoffman MD. Guest editorial - Name of the game: a healthy lifestyle. *Wi Med J* 1996;95:331.

3. Hoffman MD, Zeni AI, Clifford PS. Energy expenditure with indoor exercise equipment. *JAMA* 1996;276:605-606.

4. Millet GY, Hoffman MD, Morin JB. Last Word on Viewpoint: Sacrificing economy to improve running performance – a reality in the ultramarathon? *J Appl Physiology* 2012;113(3):507-509.

5. Hoffman MD. Re: Use of an antigravity treadmill for rehabilitation of a pelvic stress fracture. *PM R* 2013;5:74-75.

6. Bennett BL, Hew-Butler T, Hoffman MD, Rogers IR, Rosner MH. In reply to clinical practice guidelines for treatment of exercise-associated hyponatremia. *Wilderness Environ Med* 2013;24(4):468-471.

7. Hoffman MD, Hew-Butler T, Schwellnus M. Regarding the Wilderness Medical Society practice guidelines for heat-related illness. *Wilderness Environ Med* 2014;25(2):246-247.

8. Hoffman MD, Weiss RH. Symptomatic hypotonic hyponatremia presenting at high altitude. *Wilderness Environ Med* 2014;25:362-363.

9. Rogers IR, Hoffman MD. Etiology and management of exercise-associated hyponatremic encephalopathy (EAHE). *Am J Emerg Med* 2014;32:806-807.

10. Hew-Butler T, Stuempfle KJ, Hoffman MD. Reply to Letter to the Editor by Hind et al. *Hormone Metabolic Res* 2014;46(11):821-822.

11. Bennett BL, Hew-Butler T, Hoffman MD, Rogers IR, Rosner MH. Reply to: Is drinking to thirst a prudent guideline to avoid hyponatremia? *Wilderness Environ Med* 2014;25(4):493-494.

* First author was a medical or graduate student, fellow or junior investigator working under the mentorship of Dr. Hoffman

12. Joslin J, Hoffman MD, Rogers IR, Asplund CA, Roberts WO, Levine BD. Importance of clinical context and underlying physiology for medical definitions. *Sports Med* 2015;45:603-604.

13. Hoffman MD, Myers TM. Near fatal outcome from absence of information about exercise-associated hyponatremia in a wilderness medicine field guide. *Wilderness Environ Med* 2015;26:284-285.

14. Hoffman MD, Joslin J, Rogers IR. In Response to: Incidence of exercise-associated hyponatremia and its association with nonosmotic stimuli of arginine vasopressin in the GNW100s Ultraendurance Marathon. *Clin J Sports Med* 2016 Jan;26(1):e6.

15. Høeg TB, Hoffman MD. Visual impairment in ultramarathon runners. *BMJ Case Rep* 5 June 2015 http://casereports.bmj.com/content/2015/bcr-2015-210432/reply#content-block

16. Hew-Butler T, EAH Consensus Panel 2015 (Rosner MH, Fowkes-Godek S, Dugas JP, Hoffman MD, Lewis DP, Maughan RJ, Miller KC, Montain SJ, Rehrer NJ, Roberts WO, Rogers IR, Siegel AJ, Stuempfle KJ, Winger JM, Verbalis JG). Inadequate hydration or normal body fluid homeostasis? *Am J Public Health* 2015 Oct;105(10):e5-6.

17. Hoffman MD. Can we get there from here? *Wilderness Environ Med* 2015;26:449-450.

18. Hoffman MD, Hew-Butler T, Roberts WO, Rogers IR, Rosner MH. Is post-event intravenous hydration an appropriate service at endurance competitions? *Wilderness Environ Med* 2016;27:7-9.

19. Hoffman MD. Where's the "E" in WEM? *Wilderness Environ Med* 2016;27:1.

20. Hoffman MD. State of the science - Ultra-endurance sports. *Int J Sports Physiol Perform* 2016;11(6):831-832.

21. Goulet EDB, Gosselin J, Hoffman MD. Improper assessment of the effect of ad libitum drinking on cycling performance. *Med Sci Sports Exerc* 2017;49(7):1493.

22. Schwellnus MP, Hoffman MD. Transient receptor potential (TRP) channels and exercise Associated muscle cramping (EAMC): A tale of multiple complexities. *Muscle Nerve* 2017;56(3):355-357.

23. Hoffman MD, Weiss RH. The presented evidence to support symptomatic hypovolemic-associated EAH is not convincing. *Curr Sports Med Rep* 2017;16(6):464-466.

24. Scheer V, Hoffman MD. Should children be running ultramarathons? *Curr Sports Med Rep* 2018;17(9):282-283.

25. Khodaee M, Changstrom BG, Hoffman MD. Commercialized portable intravenous fluids in sports: Placing vulnerable athletes at risk? *Br J Sports Med* 2019;53(4):226-227.

26. Hoffman MD. Comment on "Drinking strategies: planned drinking versus drinking to thirst" *Sports Med* 2019;49(7):1133-1134.

27. Hoffman MD, Snipe RMJ, Costa RJS. Response to Armstrong and Bergeron. *Eur J Appl Physiol* 2019;119(6):1453-1454.

**Video, Syllabi, or Other Teaching/Educational Material**

* First author was a medical or graduate student, fellow or junior investigator working under the mentorship of Dr. Hoffman

"Elite Aging Series" educational videotape series written and produced by M.D. Hoffman, narrated by M.D. Hoffman and E.A. Moberg-Wolff, 1993
"Why Exercise?" (13 min)
"Changes in Cardiovascular Function with Aging and Training" (12 min)
"The Aging Musculoskeletal System" (10 min)
"The Exercise Prescription" (13 min)

**Abstracts**

1. Hoffman MD, Williams CA, Lind AR. Effect of rhythmic exercise on muscle temperature and isometric endurance. *Physiologist* 1981;24:63.

2. Hoffman MD. Gastrointestinal bleeding in long-distance runners. *Proceedings of the Regional Physiatric Conference* 1985;5.

3. Hoffman MD. Endurance training in quadriplegics and paraplegics: a review. *Arch Phys Med Rehabil* 1985;66:543.

4. Pan L, Forster H, Brice G, Funahasha A, Hoffman MD, Murphy C, Lowry T. Ventilatory response to voluntary versus electrically induced exercise. *Fed Proc* 1986;45:518.

5. Brice G, Forster HV, Pan L, Funahashi A, Hoffman MD, Lowry T, Murphy C. Is the hyperpnea during electrically-induced exercise critically dependent on spinal afferents? *Fed Proc* 1986;45:518.

6. Brice G, Forster HV, Pan L, Funahashi A, Hoffman MD, Lowry T, Murphy C. Arterial pH and lactate during electrically-induced leg exercise in paraplegic and normal human subjects. *Med Sci Sports Exerc* 1986;18:591-592.

7. Hoffman MD, Sheldahl LM, Wenzler RB, Plato C, Levandoski S, Kalbfleisch JH, Dunnick JS, Tristani FE. Cardiovascular responses in paraplegics during exercise with lower extremity compression. *Clin Res* 1987;35:287A.

8. Hoffman MD, Luisi M, Mitz M, Melville BR. Comparison of dorsal ulnar cutaneous and superficial radial sensory nerve conduction parameters. *Arch Phys Med Rehabil* 1987;68:599.

9. Hoffman MD, Lyman KA. Importance of medical coverage at high school football games. *Arch Phys Med Rehabil* 1987;68:643.

10. Brown D, Forster H, Pan L, Brice A, Murphy C, Lowry T, Gutting S, Funahashi A, Hoffman MD, Powers S. What mechanism mediates the ventilatory response during electrically-induced exercise in spinal cord lesion subjects? *Fed Proc* 1988;2:A1509.

11. Hoffman MD, Brice AG, Foley PJ, Foster C, Clifford PS. Economy of roller skiing using different techniques. *Med Sci Sports Exerc* 1988;20:S6.

12. Levandoski SG, Sheldahl LM, Wilke NA, Hoffman MD, Tristani FE, Kalbfleisch JH. Comparison of arm and leg exercise in CAD patients. *Med Sci Sports Exerc* 1988;20:S35.

13. Sheldahl LM, Tristani FE, Levandoski SG, Gustafson AB, Kalkhoff R, Hoffman MD, Plato C. Training adaptations in post-myocardial infarction compared to healthy subjects. *Med Sci Sports Exerc* 1988;20:S94.

*14. Barton LW, Hoffman MD, Sheldahl LM. Energy expenditure of prosthetic ambulation with bilateral above-knee amputation. *Arch Phys Med Rehabil* 1988;69:725.

*15. Barton LW, Hoffman MD. Factors associated with high school football game injuries. *Arch Phys Med Rehabil* 1988;69:740-741.

16. Connelly TP, Sheldahl LM, Tristani FE, Levandoski SG, Kalkhoff RK, Hoffman MD. Effect of increased central blood volume on plasma catecholamine response to exercise. *Circulation* 1988;78:II-54.

17. Wilke NA, Sheldahl LM, Hoffman MD, Tristani FE, Levandoski SG. Handgrip versus weight carrying in men with coronary artery disease. *Circulation* 1988;78:II-218.

18. Hoffman MD, Clifford PS, Bota B, Mandli M, Jones GM. Influence of body weight on energy cost of roller skiing. *Med Sci Sports Exerc* 1989;21:S27.

19. Clifford PS, Hoffman MD. Cardiopulmonary responses to nordic skiing. *Med Sci Sports Exerc* 1989;21:S64.

*20. Bota B, Hoffman MD, Jones GM, Mandli M, Clifford PS. New nordic ski pole grips: is there a physiological benefit? *Med Sci Sports Exerc* 1989;21:S64.

*21. Jones GM, Hoffman MD, Bota B, Mandli M, Clifford PS. In-line skating: comparison of physiological responses to three different skating techniques. *Med Sci Sports Exerc* 1989;21:S64.

*22. Mandli M, Hoffman MD, Jones GM, Bota B, Clifford PS. Nordic ski training: in-line skates or roller skis? *Med Sci Sports Exerc* 1989;21:S64.

23. Clifford PS, Hoffman MD. Physiological comparison of skating versus classical Nordic skiing techniques. *Proceedings of the First IOC World Congress on Sport Sciences*, Oct 28 - Nov 3, 1989; Colorado Springs, CO;.p 53-54.

24. Hoffman MD, Clifford PS, Mandli M, Jones GM, Bota B. Physiological and psychological demands of different roller skiing techniques. *Proceedings of the First IOC World Congress on Sport Sciences*, Oct 28 - Nov 3, 1989; Colorado Springs, CO; p135-136.

25. Levandoski SG, Sheldahl LM, Wilke NA, Hoffman MD, Tristani FE. Continuous vs. discontinuous bicycle exercise testing in coronary artery disease patients. *J Cardiopulmonary Rehabil* 1989;9:401.

*26. Lincer JD, Hoffman MD. Bilateral thigh pain- bicycling. *Med Sci Sports Exerc* 1990;22:S20.

27. Hoffman MD, Gilson PM, Spencer B, Westenburg T. Effect of exercise intensity on biathlon shooting performance. *Med Sci Sports Exerc* 1990;22:S68.

28. Wilke NA, Sheldahl LM, Dougherty SM, Levandoski SG, Hoffman MD, Foss-Campbell B, Tristani FE. Metabolic cost of wood splitting in men with and without ischemic heart disease. *J Cardiopulmonary Rehabil* 1990;10:382.

29. Dougherty S, Sheldahl L, Wilke N, Levandoski S, Hoffman M, Foss-Campbell B, Tristani F. Effect of heat on the responses to static-dynamic work in men with ischemic heart disease. *J Cardiopulmonary Rehabil* 1990;10:383.

* First author was a medical or graduate student, fellow or junior investigator working under the mentorship of Dr. Hoffman

30. Hoffman MD. Physiological responses to different roller skiing techniques. *Sports Med Digest* 1991;2:23-24.

31. Sheldahl LM, Wilke NA, Dougherty S, Levandoski S, Hoffman MD, Tristani FE. Response to snow shoveling in men with and without ischemic heart disease. *J Am Coll Cardiol* 1991;17:94A.

32. Sheldahl LM, Wilke NA, Dougherty S, Cox B, Hoffman MD, Tristani FE. Cardiac response to combined heat and exercise in men with ischemic heart disease. *J Am Coll Cardiol* 1991;17:95A.

*33. Sauvage L, Myklebust B, Crow-Pan J, Novak S, Millington P, Hoffman M, Rudman D, Hartz A. A clinical trial of strengthening and aerobic exercise in nursing home residents. *Proceedings of the 48th Annual Scientific Meeting of the American Geriatrics Society and 12th Annual Meeting of the American Federation for Aging Research* 1991;35.

34. Hoffman MD, Bender F, Clifford PS. Kinematic characterization of three roller skiing techniques. *Med Sci Sports Exerc* 1991;23:S81.

35. Dougherty S, Sheldahl L, Wilke N, Tristani F, Hoffman M. Comparison of upper extremity exercise testing modes. *J Cardiopulmonary Rehabil* 1991;11:306.

36. Dougherty S, Sheldahl L, Wilke N, Hector L, Hoffman M, Tristani F. Metabolic and hemodynamic responses to gardening in men with and without ischemic heart disease. *J Cardiopulmonary Rehabil* 1991;11:321.

37. Snyder AC, O'Hagan K, Clifford P, Hoffman M, Foster C. Exercise responses to in-line skating, cycling and running. *Med Sci Sports Exerc* 1992;24:S76.

38. Hoffman M, Clifford P, Watts P, O'Hagan K, Mittelstadt S. Mechanical efficiency of uphill roller skiing with the double pole and diagonal stride techniques. *Med Sci Sports Exerc* 1992;24:S105.

*39. Mittelstadt S, Hoffman M, Clifford P, O'Hagan K, Watts P, Sulentic J, Newbury V, Drobish K, Gibbons T. Lactate response to roller skiing with the double pole and diagonal stride techniques. *Med Sci Sports Exerc* 1992;24:S105.

*40. Gibbons T, Drobish K, Watts P, Clifford P, Hoffman M, Newbury V, Sulentic J. The effects of two different pole lengths on the physiological responses during double pole roller skiing. *Med Sci Sports Exerc* 1992;24:S162.

*41. O'Hagan K, Mittelstadt S, Clifford P, Hoffman M, Watts P. Entrainment with the double pole Nordic skiing technique. *Med Sci Sports Exerc* 1992;24:S162.

42. Watts P, Drobish K, Gibbons T, Newbury V, Sulentic J, Mittelstadt S, O'Hagan K, Clifford P, Hoffman M. Physiological responses to treadmill roller skiing at 1.7% and 7.1% grade with diagonal stride and double pole techniques. *Med Sci Sports Exerc* 1992;24:S162.

*43. Sulentic J, Watts P, Clifford P, Hoffman M, Newbury V, Drobish K, Gibbons T. Peak physiological responses to three sport specific maximum exercise tests in expert cross country skiers. *Med Sci Sports Exerc* 1992;24:S163.

44. Sheldahl LM, Wilke NA, Dougherty SM, Hoffman MD, Tristani FE. Work capacity of men on disability for heart disease. *Circulation* 1992;86:I-400.

* First author was a medical or graduate student, fellow or junior investigator working under the mentorship of Dr. Hoffman

45. Clifford PS, Hoffman MD, O'Hagan KP, Mittelstadt SW, Snyder AC, Drummond HA, Roberts MM, Gaskill SE. Physiological responses and efficiencies for uphill V1 skating on low and moderate resistance roller skis. *Med Sci Sports Exerc* 1993;25:S168.

*46. Roberts MM, Hoffman MD, Snyder AC, Mittelstadt SW, O'Hagan KP, Drummond HA, Clifford PS. Comparison of physiological responses to uphill roller skiing with V1 skate and double pole techniques. *Med Sci Sports Exerc* 1993;25:S173.

47. Hoffman MD, Hartner KP. Can mass dampening improve biathlon shooting performance? *Med Sci Sports Exerc* 1993;25:S199.

48. Fiedler IG, Hoffman MD, Melvin JL. Faculty research productivity. *Am J Phys Med Rehabil* 1993;72:234.

49. Hoffman MD, Mittelstadt SW, Watts PB, Sulentic JE, O'Hagan KP, Clifford PS. Does pole striding simulate the cardiorespiratory demands of diagonal striding? *Med Sci Sports Exerc* 1994;26:S113.

50. Hoffman MD. Ski wax vaporization analysis. *Med Sci Sports Exerc* 1995;27:S29.

*51. Zeni AI, Hoffman MD, Clifford PS. Physiological comparison of six indoor exercise machines. *Am J Phys Med Rehabil* 1996;75:161.

*52. Kassay KM, Hoffman MD, Zeni AI, Clifford PS. Effects of varying muscle mass on oxygen uptake and perceived exertion for dynamic exercise. *Med Sci Sports Exerc* 1996;28:S72.

53. Hoffman MD, Clifford PS, Varkey B. Pulmonary function after ski waxing. *Med Sci Sports Exerc* 1996;28:S133.

*54. Millet GY, Hoffman MD, Candau R, Clifford PS. The effects of skating technique on poling forces in roller skiing. *Proceedings of the First Annual Congress, Frontiers in Sport Science - The European Perspective*, May 28-31, 1996; Nice, France; p 74-75.

*55. Zeni AI, Hoffman MD, Clifford PS. What is the best indoor exercise device for caloric expenditure? *Med Sci Sports Exerc* 1996;28:S208.

*56. Millet GY, Hoffman MD, Candau R, Clifford PS. Effets de la pente sur les forces appliquees aux batons en pas de patineur en ski de fond (Effects of slope on poling forces during cross-country skiing in skating). *Arch Physiol Biochem* 1996;104:621.

57. Hoffman MD. A model to explain the greater metabolic demands of ambulation for the disabled. *Arch Phys Med Rehabil* 1996;77:924.

58. Hoffman MD, Karvelas BR, Zeni AI. Acute effects of acupuncture on physiological and psychological responses to cycle ergometry. *Arch Phys Med Rehabil* 1996;77:924.

59. Hoffman MD, Sheldahl LM, Buley KJ. Physiological demands of prosthetic ambulation among bilateral-above-knee amputees. *Arch Phys Med Rehabil* 1996;77:930.

*60. Salvi, FJ, Hoffman MD, Clifford PS, Sabharwal S. Physiological comparison of forward and reverse wheelchair propulsion. *Arch Phys Med Rehabil* 1996;77:931.

*61. Buley, KJ, Hoffman MD, Sheldahl LM. Effect of velocity on stride rate and length during prosthetic ambulation in bilateral above-knee amputees. *Arch Phys Med Rehabil* 1996;77:985-986.

* First author was a medical or graduate student, fellow or junior investigator working under the mentorship of Dr. Hoffman

62. Hoffman MD, Millet GY, Candau RB, Clifford PS. Upper body demands vary among ski skating techniques. *Med Sci Sports Exerc* 1997;29:S8.

*63. Millet GY, Hoffman MD, Candau RB, Buckwalter JB, Clifford PS. High resistance roller skis induce greater upper body demands than low resistance roller skis in ski skating. *Med Sci Sports Exerc* 1997;29:S8.

*64. Harrison MS, Hoffman MD. Heat stress and the ultramarathon: are women cooler than men? *Arch Phys Med Rehabil* 1998;79:1167.

65. Hoffman MD, Millet GY, Zeni AI, Candau RB. Wheelchair drag resistance: comparison of different wheelchairs and ground surfaces. *Arch Phys Med Rehabil* 1998;79:1179.

66. Hoffman MD, Millet GY, Candau RB, Rouillon JD. Validation of a technique for determining the metabolic requirements associated with maintaining balance and posture during walking. *Arch Phys Med Rehabil* 1998;79:1183.

*67. Shepanski MA, Hoffman MD, Ruble SB, Valic Z, Buckwalter JB, Clifford PS. Effect of exercise duration on exercise analgesia. *Med Sci Sports Exerc* 2000;32:S70.

68. Hoffman MD, Clifford PS, MacKenzie SP. Exercise analgesia in persons with chronic low back pain. *Med Sci Sports Exerc* 2000;32:S71.

*69. Ruble SB, Shepanski MA, Hoffman MD, Valic Z, Buckwalter JB, Clifford PS. Does exercise intensity influence pain perception? *Med Sci Sports Exerc* 2000;32:S71.

70. Hoffman MD, Shepanski MA, Ruble SB, Valic Z, Clifford PS. Comparison of pain perception from pressure, cold, and hot stimuli. *Arch Phys Med Rehabil* 2000;81:1286.

*71. Shepanski MA, Hoffman MD, Ruble SB, Valic Z, Buckwalter JB, Clifford PS. Habitual exercise is associated with exercise-induced mood enhancement. *Med Sci Sports Exerc* 2001;33:S168.

72. Hoffman MD. Gender-related performance comparison for ultramarathon trail running. *Med Sci Sports Exerc* 2008;40:S397.

*73. Lebus DK, Casazza GA, Hoffman MD, Ganong AC, Van Loan MD. Assessment of hydration and electrolyte values following a 161-km endurance race. *Med Sci Sports Exerc* 2009;41:316-317.

74. Hoffman MD, Wegelin J. Historical analysis of the Western States 100-Mile Endurance Run: 1974 through 2007. *Med Sci Sports Exerc* 2009;41:317.

*75. Fogard K, Hoffman MD, Fraix, M, Wegelin J. Impact of ambient temperature on performance in a 161-km ultramarathon run. *Med Sci Sports Exerc* 2009;41:317.

76. Wegelin J, Hoffman MD. Analysis of factors affecting the probability of finishing the Western States 100-Mile Endurance Run. *Med Sci Sports Exerc* 2009;41:317-318.

*77. Ong J, Hoffman MD, Wang G. Historical analysis of participation and performance in 100-mile ultramarathon runs in North America: 1974-2008. *Med Sci Sports Exerc* 2009;41:318.

*78. Ganong AC, Lebus DK, Van Loan MD, Casazza GA, Hoffman MD. Body composition characteristics of participants in a 161-km trail ultramarathon. *Med Sci Sports Exerc* 2009;41:318.

* First author was a medical or graduate student, fellow or junior investigator working under the mentorship of Dr. Hoffman

*79. Moore MN, Vandenakker-Albanese C, Hoffman MD. Lower extremity weakness in an ultramarathon runner. *Med Sci Sports Exerc* 2010;42:231.

80. Stuempfle KJ, Hoffman MD, Weschler LB, Rogers IR, Hew-Butler T. Food and fluid intake in finishers and non-finishers in a 160 km mountain footrace. *Med Sci Sports Exerc* 2010;42:S299.

*81. Fogard K, Hoffman MD. Demographic characteristics and performance-limiting factors of 161-km ultramarathoners. *Med Sci Sports Exerc* 2010;42:425.

82. Hew-Butler T, Rogers IR, Stuempfle K, Weschler LB, Verbalis JG, Hoffman MD. Sodium balance in finishers and non-finishers competing in a 161-km mountain footrace. *Med Sci Sports Exerc* 2010;42:426.

83. Wegelin JA, Hoffman MD. Variables associated with finish time in a 161-km ultramarathon. *Med Sci Sports Exerc* 2010;42:426.

*84. Bruso JR, Hoffman MD, Hew-Butler T, Rogers IR, Lee L, Towle G. Case Series: Rhabdomyolysis and hyponatremia at the 161-km 2009 Western States Endurance Run. *Med Sci Sports Exerc* 2010;42:426-427.

*85. Holexa B, Fogard K, Hoffman MD, Hew-Butler T. Acute changes in body composition in runners participating in a 100 mile footrace. *Med Sci Sports Exerc* 2010;42:427.

86. Parise C, Hoffman MD. Influence of heat and performance level on pacing throughout a 161-km trail ultramarathon. *Med Sci Sports Exerc* 2010;42:427.

87. Hoffman MD, Hew-Butler T, Stuempfle K, Weschler LB, Rogers IR. Oral versus intravenous hypertonic saline in the treatment of exercise-associated hyponatremia without altered mental status. *Med Sci Sports Exerc* 2010;42:428.

*88. Hook G, Hoffman MD, Stuempfle K, Holexa B, Coury N, Mattern M, Hew-Butler T. Serial changes in body mass and blood sodium in runners completing 100 or 162 km. *Med Sci Sports Exerc* 2010;42:428.

*89. Donaghe HE, Hoffman MD. Exercise responses during partial body-weight supported treadmill walking and running in healthy individuals. *Med Sci Sports Exerc* 2010;42:630.

*90. Ingwerson JL, Hoffman MD, Rogers IR, Stuempfle KJ, Hew-Butler T. Creatine phosphokinase concentrations at the 161-km 2010 Western States Endurance Run. *Med Sci Sports Exerc* 2011;43:777.

91. Stuempfle KJ, Hoffman MD, Hew-Butler T. Race diet in finishers and non-finishers of a 160 km trail run. *Med Sci Sports Exerc* 2011;43:508.

*92. Lewis DP, Hoffman MD, Stuempfle KJ, Owen B, Rogers IR, Verbalis JG, Hew-Butler T. Assessment of cystic fibrosis carrier status among those with exercise-associated hyponatremia in a 161-km ultramarathon. *Med Sci Sports Exerc* 2011;43:489.

*92. Fogard K, Hew-Butler T, Stuempfle KJ, Weiss RH, Hoffman MD. Hyponatremia with non-suppressed AVP at the Western States Endurance Run: a case report. *Med Sci Sports Exerc* 2011;43:490.

* First author was a medical or graduate student, fellow or junior investigator working under the mentorship of Dr. Hoffman

93. Hoffman MD, Hew-Butler T, Stuempfle KJ, Rogers IR. Exercise-associated hyponatremia is common among dehydrated 161-km ultramarathoners. *Wilderness Environ Med* 2011;22:357.

94. Hoffman MD, Stuempfle KJ, Weiss RH, Fogard K, Hew-Butler T, Winger J. Can urine dipstick analysis identify runners at risk for renal injury following an ultramarathon? *Med Sci Sports Exerc* 2012;44:S135.

*95. Winger J, Hoffman MD, Hew-Butler T, Stuempfle KJ, Dugas J, Fogard K, Dugas L. Physiology and hydration beliefs change race behavior but not post-race sodium in 161-km ultramarathon finishers. *Med Sci Sports Exerc* 2012;44:S135-136.

*96. Fogard K, Hoffman MD, Hew-Butler T, Stuempfle KJ, Winger J. Variables associated with exercise-associated hyponatremia in a 161-km ultramarathon. *Med Sci Sports Exerc* 2012;44:S135.

97. Stuempfle KJ, Hoffman MD, Hew-Butler T. Race diet is associated with gastrointestinal distress in ultramarathoners. *Med Sci Sports Exerc* 2012;44:S136.

98. Parise C, Hoffman MD. Influence of age, sex, and previous finishes on performance in 161-km ultramarathons. *Med Sci Sports Exerc* 2012;44:S136.

*100. Kelly VM, Hoffman M, Lingala B, Bennett M, Krishnan E. Prevalence of knee pain in ultramarathon runners. *Arthritis Rheum* 2012;64:S486-7.

101. Stuempfle KJ, Hew-Butler T, Hoffman MD. Exercise-associated hyponatremia and hydration status in 161-km ultramarathons in Northern California. *Med Sci Sports Exerc* 2013;45:S70.

*102. McGowan V, Hoffman MD. Characterization of medical issues and needs at the Western States Endurance Run. *Med Sci Sports Exerc* 2013;45:S71.

103. Hew-Butler T, Stuempfle KJ, Hoffman MD. Bone: An acute buffer of plasma sodium during exhaustive exercise? *Med Sci Sports Exerc* 2013;45:S183.

*104. Kasmer ME, Wren JJ, Hoffman MD. Foot strike pattern during a 161-km ultramarathon. *Med Sci Sports Exerc* 2013;45:S398.

*105. Wren JJ, Kasmer ME, Hoffman MD. Stride rate and stride length during a 161-km ultramarathon. *Med Sci Sports Exerc* 2013;45:S398-399.

106. Volk BM, Kunces LJ, Kupchak BR, Hoffman MD, Phinney SD, Volek JS. Ultra-endurance exercise differentially affects highly unsaturated fatty acid composition in cheek cells and serum phospholipids. *FASEB J* 2013;27:1208.12.

107. Kupchak BR, Volk BM, Kunces L, Phinney L, Hoffman MD, Phinney SD, Volek JS. Alterations in the coagulation and fibrinolytic systems following an ultra-marathon. *FASEB J* 2013;27:1136.18.

108. Khodaee M, Spittler J, Basset P, VanBaak K, Hill JC, San Millán I, Hoffman MD. Reasons for inability to complete ultramarathons: A multicenter study. *Br J Sports Med* 2014;48(7):618-619.

109. Khodaee M, Spittler J, Hill JC, Hoffman MD. Impact of injury pattern during training on ultramarathon performance. *Br J Sports Med* 2014;48(7):619.

110. Spittler J, Khodaee M, Hill JC, Hoffman MD. Impact of foot strike pattern and shoe type on ultramarathon performance and stress fracture. *Med Sci Sports Exerc* 2014;46.

* First author was a medical or graduate student, fellow or junior investigator working under the mentorship of Dr. Hoffman

*111. Høeg TB, Corrigan GK, Hoffman MD. Preliminary investigation of ultramarathon-associated visual impairment. *Med Sci Sports Exerc* 2014;46.

112. Stuempfle KJ, Hoffman MD. Gastrointestinal distress during a 161-km ultramarathon. *Med Sci Sports Exerc* 2014;46:S143.

113. Stuempfle KJ, Valentino T, Hew-Butler T, Hoffman MD. Gastrointestinal distress and race diet in a 161-km ultramarathon. *Med Sci Sports Exerc* 2015:47:S187.

*114. Valentino TR, Stuempfle KJ, Kern M, Hoffman MD. The influence of hydration on thermoregulation during a 161-km ultramarathon. *Wilderness Environ Med* 2015;26(4):e3.

115. VanBaak KD, Spittler J, Irion B, Hoffman MD, Khodaee M. Weight change and hydration status during a 161-km ultramarathon. *Wilderness Environ Med* 2015;26(4):e3.

*116. Hamilton RT, Bross TL, Hoffman MD. Hydration guidelines during exercise: What message is the public receiving? *Wilderness Environ Med* 2015;26(4):e3.

117. Hoffman MD. Would you stop running if you knew it was bad for you? The ultramarathon runner response. *Wilderness Environ Med* 2015;26(4):e4-e5.

118. Khodaee M, Irion B, Spittler J, Hoffman MD. Utility of urine dipstick for detecting runners with acute kidney injury following a 161-km ultramarathon. *Wilderness Environ Med* 2015;26(4):e5.

*119. Høeg TB, Corrigan GK, Hoffman MD. Alterations in intraocular pressure and corneal thickness immediately following a 161-km foot race. *Med Sci Sports Exerc* 2017;49(5S):911.

120. Stuempfle KJ, Valentino TR, Hassid BV, Hoffman MD. A placebo-controlled trial of riboflavin for enhancement of ultramarathon recovery. *Int J Sports Physiol Perform* 2016;11:S1-2.

121. Hoffman MD, Goulet ÉD, Maughan RJ. Don't lose more than 2% of body mass during ultra-endurance running. Really? *Int J Sports Physiol Perform* 2016;11:S1-2-S1-3.

*122. Hassid B, Hoffman M, Valentino T, Stuempfle K. A randomized controlled trial of riboflavin for enhancement of ultramarathon recovery. *Int J Exerc Sci* 2017;9(5):Article 45.

123. Rothwell OJ, George K, Somauroo J, Lord R, Stembridge M, Shave R, Hoffman M, Ashley E, Haddad F, Eijsvogels T, Oxborough D. Right ventricular structure and function in veteran ultrarunners: Is there evidence for chronic maladaptation? *Echo Res Pract* 2017;4(3):M7-8.

124. Hoffman MD, Agnish V. Fatiguing resistance exercise does not enhance hamstring muscle cramping from maximum contraction in shortened position. *Int J Sports Physiol Perform* 2018;13:S1-1.

125. Hoffman MD, Longobardi C, Burt C, Nardi T. GPS tracker enabled rescue of a lost runner during a wilderness ultramarathon: A case report. *Int J Sports Physiol Perform* 2018;13:S1-5.

126. White MD, Hoffman MD. Beliefs of ultramarathon runners about salt tablets: Findings from the Ultrarunners Longitudinal TRAcking (ULTRA) Study. *Int J Sports Physiol Perform* 2018;13:S1-6.

127. Hoffman MD. Participant opinions and expectations about medical services at ultramarathons: Findings from the ULTRA Study. *Int J Sports Physiol Perform* 2019;14:S1-1.

* First author was a medical or graduate student, fellow or junior investigator working under the mentorship of Dr. Hoffman

* First author was a medical or graduate student, fellow or junior investigator working under the mentorship of Dr. Hoffman

# Fax Transmission

**To:** Lincoln Financial Life Insurance Company - Josh T **From:** Janet Cox

**Fax:** 16033340401 **Date:** 10/21/2022 5:05:05 PM CDT

**RE:** Medical Records - John Lynn - # 10295792 **Pages:** 12

---

**Comments:**

COX & STANSBERRY

**Janet P Cox**
**Amanda Lane Stansberry**
3535 Grandview Parkway, Suite 310
Birmingham, Alabama 35243
P (205) 870-1205
Fax (205) 870-1252
info@coxstansberry.com

October 21, 2022

**SENT VIA FAX & USPS**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
Josh Tuliano
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
**FAX: (603) 334-0401 & 603-427-2661**

**RE: John Lynn**
**Claim #: 10295792**

Dear Josh:

I have attached medical records from Dr. Andrea Batchler concerning the above-named client from June 3, 2022 through September 12, 2022. I sent the findings of Lincoln's review in your letter dated October 5, 2022 to Dr. Batchler for a response. I do expect her to respond by your deadline of October 26, 2022. Once I get her response I will forward it to you.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Amanda L. Stansberry
Enclosures
ALS:ss

LYNN, John **DOB:** 50 yo M) **Acc No.** 79274 **DOS:** 06/03/2022

# Lynn, John

**50 Y old Male, DOB:**

**Home:**
**Guarantor: Lynn, John Insurance: BCBS ALABAMA**
**Payer ID: SB510**
**PCP: ANDREA M BATCHELOR Referring: ANDREA M BATCHELOR**
**Appointment Facility: Family Medical Associates West**

**06/03/2022** **Progress Notes: BRITTANY TUBBS**

### Current Medications

Unknown
- NEXIUM 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- KlonoPIN 1 MG Tablet 0.5 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet as needed Orally twice a day
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Percocet 7.5-325 MG Tablet take 1 tablet Orally twice a day
- Amoxicillin 500 MG Capsule 1 capsule Orally Twice a day

Medication List reviewed and reconciled with the patient

### Past Medical History

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.
Sleep disorder.

### Surgical History

Vasectomy 2003
right elbow 2/27/2020
right elbow 3/30/2020
gun shot to thigh 2020
Rt knee and tibia Aug. 2020

### Family History

Father: alive
Mother: alive
1 brother(s) , 1 son(s) , 1 daughter(s) .

### Social History

### Reason for Appointment

1. Pt is here for medication refills// Pt also says that recently after he gets home and eats supper he crashes and feels like he cant stay awake once he gets home// Pts right ear is bothering him, feels like he can feel his pulse in it sometimes and has sinus pressure
2. RX: Gateway
3. AH

### History of Present Illness

hpi:

The patient is a 50 year old male with follow up of insomnia, chronic back pain, and, anxiety who presents to the clinic for medication refills. Klonopin helps with anxiety. Adderall helps him stay focused. He complains of low back pain. Walking long periods of time makes his pain worse. His pain is 5-6/10 currently. He also complains of being tired more frequently the last couple of months. He also complains of sinus congestion, sore throat, and right ear pain for 2 weeks.

### Vital Signs

BP **135/95 mm Hg**, Ht 65.5 in, Wt **139.6 lbs**, BMI **22.87 Index**, Temp **98.1 F**, HR **81 /min**, RR **20 /min**, Oxygen sat % **95**
recheck 133/87.

### Examination

General Examination:

in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. EARS: right ear tympanic membrane dull, left ear tympanic membrane clear. NOSE mild congestion. ORAL CAVITY: moist mucosa. THROAT no exudate, clear. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK: lumbar spinal tenderness. EXTREMITIES: no edema. MUSCULOSKELETAL: ambulates with a cane. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

### Assessments



Irregular heartbeat denies.
Shortness of breath denies.
Gastrointestinal:
Abdominal pain denies.
Diarrhea denies. Nausea denies.
Vomiting denies .
Genitourinary:
Blood in urine denies.
Difficulty urinating denies.
Frequent urination denies.
Musculoskeletal:
Painful joints **admits**.
Weakness denies.
Skin:
Dry skin denies.
Itching denies. Rash denies.
Neurologic:
Dizziness denies.
Fainting denies

Whitney Dyer, CRNP.

### Labs

Lab: COMPREHENSIVE METABOLIC PANEL

| | Value | Reference Range |
|---|---|---|
| GLUCOSE | 84 | 65-99 - mg/dL |
| UREA NITROGEN (BUN) | 14 | 7-25 - mg/dL |
| CREATININE | 0.96 | 0.70-1.33 - mg/dL |
| eGFR NON-AFR. AMERICAN | 92 | > OR = 60 - mL/min/1.73m2 |
| eGFR AFRICAN AMERICAN | 106 | > OR = 60 - mL/min/1.73m2 |
| BUN/CREATININE RATIO | NOT APPLICABLE | 6-22 - (calc) |
| SODIUM | 140 | 135-146 - mmol/L |
| POTASSIUM | 3.9 | 3.5-5.3 - mmol/L |
| CHLORIDE | [illegible] | [illegible] |

G8417 BMI >=30 CALCUATE W/FOLLOWUP
3075F SYST BP 130 - 139MM HG
3080F DIAST BP 90+ MM HG

**Follow Up**

4 Weeks, prn

v. Rameshreddy

**Electronically signed by RAMESH REDDY , MD on 06/27/2022 at 09:02 AM CDT**

**Sign off status: Completed**

---

**Family Medical Associates West**
**26279 HIGHWAY 195**
**DOUBLE SPRINGS, AL 35553-2554**
**Tel: 205-489-3322**
**Fax: 205-489-3325**

---



*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# Progress Note

Patient: Lynn, John
DOB: 12/20/1971 Age: 50 Y Sex: Male

Provider: Andrea Batchelor, MD
Date: 08/09/2022

**Current Medications**

Taking

- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet as needed Orally twice a day
- KlonoPIN 1 MG Tablet 0.5 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Azithromycin 250 MG Tablet 2 tablets on the first day, then 1 tablet daily for 4 days Orally Once a day
- NexIUM 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Percocet 7.5-325 MG Tablet take 1 tablet Orally twice a day

Unknown

- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Amoxicillin 500 MG Capsule 1 capsule Orally Twice a day

**Vital Signs**

BP **159/98** mm Hg, Ht 65.5 in, Wt **138.2 lbs**, BMI **22.65 Index**, Temp **97.5 F**, HR **88 /min**, RR **20 /min**, Oxygen sat % **98**.

**Assessments**

1. Sinusitis - J32.9 (Primary)
2. BMI 22.0-22.9, adult - Z68.22

**Therapeutic Injections**

AB ROCEPHIN 1 GRAM : 1 g (Dose No:1) (Route: Intramuscular) given by Libby Borden on left hip intramuscular

AB DECADRON 1mg : 4 mg (Dose No:1) (Route: Intramuscular) given by Libby Borden on right hip intramuscular

**Preventive Medicine**

Counseling: BP Management PHYSICAL ACTIVITY RECOMMENDATION: Giving encouragement to exercise, PHYSICAL ACTIVITY RECOMMENDATION: Exercises education, guidance, and couneling, DIETARY RECOMMENDATIONS: Dietary management education, guidance, and counseling.

Tobacco use: Patient not counseled: Patient not eligible, Patient not counseled: Patient not eligible.

BMI Care goal follow-up plan BMI management provided Yes, BMI management provided Yes, Above Normal BMI Follow-up Giving encouragement to exercise.

Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the

LYNN, John **DOB:** (50 yo M) **Acc No.** 79274 **DOS:** 08/09/2022

benefits of at least a few hours each week of moderate aerobic exercise, Discussed the benefits of any exercise for overall health and well-being, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Procedure Codes**

J0696 AB ROCEPHIN 1 GRAM, Units: 4.00
J1100 AB DECADRON 1mg, Units: 4.00
96372 THER/PROPH/DIAG INJ, SC/IM, Units: 2.00 , Modifiers: 59

**Electronically signed by ANDREA BATCHELOR , MD on 08/25/2022 at 08:57 AM CDT**

**Sign off status: Completed**

---

**Provider: Andrea Batchelor, MD** **Date: 08/09/2022**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LYNN, John **DOB:** 12/20/1971 (50 yo M) **Acc No.** 79274 **DOS:** 08/11/2022

**Lynn, John**
50 Y old Male, DOB

Guarantor: Lynn, John Insurance: BCBS ALABAMA
Payer ID: SB510
PCP: ANDREA M BATCHELOR Referring: ANDREA M BATCHELOR
Appointment Facility: Family Medical Associates West

**08/11/2022** **Progress Note: WHITNEY DYER, CRNP**

### Current Medications

Taking
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet as needed Orally twice a day
- KlonoPIN 1 MG Tablet 0.5 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Azithromycin 250 MG Tablet 2 tablets on the first day, then 1 tablet daily for 4 days Orally Once a day
- NexIUM 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Percocet 7.5-325 MG Tablet take 1 tablet Orally twice a day

Unknown
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Amoxicillin 500 MG Capsule 1 capsule Orally Twice a day

Medication List reviewed and reconciled with the patient

### Past Medical History

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.
Sleep disorder.

### Surgical History

Vasectomy 2003
right elbow 2/27/2020
right elbow 3/30/2020
gun shot to thigh 2020
Rt knee and tibia Aug. 2020

### Family History

Father: alive

### Reason for Appointment

1. Shot

### Vital Signs

BP **160/70** mm Hg, Ht 65.5 in, Wt **138.2 lbs**, BMI **22.65 Index**, Temp **98.0** F, HR **88 /min**, RR **20 /min**, Oxygen sat % **99**.

### Assessments

1. Jaw pain - R68.84 (Primary)
2. BMI 22.0-22.9, adult - Z68.22

### Therapeutic Injections

AB ROCEPHIN 1 GRAM : 1 g (Dose No:1) (Route: Intramuscular) given by Alyssa Hood on left hip intramuscular

### Preventive Medicine

Counseling: BP Management PHYSICAL ACTIVITY RECOMMENDATION: Giving encouragement to exercise, PHYSICAL ACTIVITY RECOMMENDATION: Exercises education, guidance, and couneling, DIETARY RECOMMENDATIONS: Dietary management education, guidance, and counseling, PHYSICAL ACTIVITY RECOMMENDATION: Giving encouragement to exercise, PHYSICAL ACTIVITY RECOMMENDATION: Exercises education, guidance, and couneling, DIETARY RECOMMENDATIONS: Dietary management education, guidance, and counseling. Tobacco use: Patient not counseled: Patient not eligible, Patient not counseled: Patient not eligible, Patient not counseled: Patient not eligible, Patient not counseled: Patient not eligible. BMI Care goal follow-up plan BMI management provided Yes, BMI management provided Yes, Above Normal BMI Follow-up Giving encouragement to exercise, BMI management provided Yes, BMI management provided Yes, Above Normal BMI Follow-up Giving encouragement to exercise. Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise, Discussed the benefits of any exercise for overall health and well-

Mother: alive
1 brother(s) , 1 son(s) , 1 daughter(s) .

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection
gun shot to thigh
Rt knee and tibia

being, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise, diet: Discussed the importance of eating a nutritious healthy food on a regular basis, diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise, Discussed the benefits of any exercise for overall health and well-being, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Procedure Codes**

J0696 AB ROCEPHIN 1 GRAM, Units: 4.00
96372 THER/PROPH/DIAG INJ, SC/IM, Modifiers: 59

**Follow Up**

prn

**Electronically signed by RAMESH REDDY , MD on 08/29/2022 at 08:59 AM CDT**

**Sign off status: Completed**

Family Medical Associates West
26279 HIGHWAY 195
DOUBLE SPRINGS, AL 35553-2554
Tel: 205-489-3322
Fax: 205-489-3325

Progress Note: WHITNEY DYER, CRNP 08/11/2022

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LYNN, John **DOB:** (50 yo M) **Acc No.** 79274 **DOS:** 09/12/2022



**Lynn, John**
**50 Y old Male, DOB**
**Account Number**

**Home:**
**Guarantor: Lynn, John Insurance: BCBS ALABAMA**
**Payer ID: SB510**
**Referring: ANDREA M BATCHELOR**
**Appointment Facility: Family Medical Associates West**

**09/12/2022** **Progress Notes: Andrea Batchelor, MD**

### Current Medications

Taking
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet as needed Orally twice a day
- Azithromycin 250 MG Tablet 2 tablets on the first day, then 1 tablet daily for 4 days Orally Once a day
- NexIUM 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- KlonoPIN 1 MG Tablet 0.5 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Percocet 7.5-325 MG Tablet take 1 tablet Orally twice a day

Unknown
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Amoxicillin 500 MG Capsule 1 capsule Orally Twice a day

Medication List reviewed and reconciled with the patient

### Past Medical History

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.
Sleep disorder.

### Surgical History

Vasectomy 2003.
right elbow 2/27/2020
right elbow 3/30/2020
gun shot to thigh 2020
Rt knee and tibia Aug. 2020

### Family History

### Reason for Appointment

1. Annual visit and refills// pt has c/o of his right ear throbbing he states it comes and goes and feels like he has preassure in it
2. Gateway
3. Mj

### History of Present Illness

Annual Wellness Visit:

Health Status How is your overall health? Good. Health Concerns How confident are you that you can manage most of your health problems? Somewhat confident, What are your biggest concerns about managing your health? None. Emergency Room Visits How many times in the last 6 months have you been to the emergency room? 0. Hospital Visits How many times in the last 6 months have you been admitted to the hospital? 0. Diet The patient describes their current diet as: Other:. Exercise The patient currently exercises: Weekly. ADLs (Activities of Daily Living) Which of the following can you do on your own without help? Able to perform all ADLs independently, Does someone help you at home? No, In the past 6 months have you experienced leaking of urine? ____. IADLs (Instrumental Activities of Daily Living) Which of the following can you do without help? Able to perform all IADLs independently. Vision Screening Have you had any problems with your vision? No. Hearing Screening Have you had any problems with your hearing? No. Cognitive Screening Do you or your family members have any concerns about your memory? No. Opioid Use Is the patient currently prescribed opioids? ____. Advance Directives Does your family or friends know what you want in an emergency situation or if you could not speak for yourself? Yes, I have completed 5 wishes, Would you like more information on advance directives? Unsure. ACP Discussion Documentation At least 16 minutes was spent with the patient and/or the patient's caregiver on a voluntary face-to-face visit by the provider to discuss advance care planning. This includes the explanation and review of standard legal documents if any were completed..

hpi:

The patient is a 50 year old male with follow up of insomnia, chronic back pain, and, anxiety who presents to the clinic for an

Father: alive
Mother: alive
1 brother(s), 1 son(s), 1 daughter(s).

**Social History**

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker.
NON SMOKER.

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection
gun shot to thigh
Rt knee and tibia

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.
ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.
Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.
Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.
Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.
Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies.
Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.
Musculoskeletal:
Painful joints **admits**. Weakness denies.
Skin:
Dry skin denies. Itching denies. Rash denies.
Neurologic:

annual visit, for medication refills, and with complaint of right ear pain. The pain is intermittent, and it has been going on for the last 3 months. He hears his heart beat in his right ear. He complains of chronic pain in his lower back and right leg. Rainy weather and walking make his pain worse. His pain is 5/10 currently. Adderall is helping him stay awake during the day and sleep at night. Klonopin helps with his anxiety.

**Vital Signs**

BP **131/95 mm Hg**, Ht 65.5 in, Wt **140 lbs**, BMI **22.94 Index**, Temp **97.1 F**, HR **87 /min**, RR **20 /min**, Oxygen sat % **96**.

**Examination**

General Examination:
in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. EARS: Tympanic membranes dull bilaterally. NOSE Nares patent. ORAL CAVITY: Moist mucosa. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK: Lumbar spinal tenderness. MUSCULOSKELETAL: Ambulates with a cane. Difficulty arising from a chair. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Annual visit for general adult medical examination with abnormal findings - Z00.01 (Primary)
2. Encounter for screening for other disorder - Z13.89
3. Colon cancer screening - Z12.11
4. Right ear pain - H92.01
5. Low back pain, unspecified - M54.50
6. Degenerative disc disease, cervical - M50.30
7. Pain in right femur - M89.8X5
8. Anxiety - F41.9
9. Insomnia, unspecified type - G47.00
10. Other general symptoms and signs - R68.89
11. Nonsmoker - Z78.9
12. BMI 22.0-22.9, adult - Z68.22

**Treatment**

**1. Colon cancer screening**

IMAGING: COLOGUARD

Yeakey,Destiny 9/12/2022 11:28:09 AM > scheduled online per exact sciences

**2. Nonsmoker**

Continue Sucralfate Tablet, 1 GM, 1 tablet, Orally, Three times daily, 30 days, 90, Refills 2
Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet as needed, Orally, twice a day, 30 days, 60 Tablet, Refills 2
Continue Azithromycin Tablet, 250 MG, 2 tablets on the first day,

Dizziness denies.
Fainting denies.
Headache denies.

then 1 tablet daily for 4 days, Orally, Once a day, 5 day(s), 6, Refills 0
Continue NexIUM Capsule Delayed Release, 40 MG, 1 capsule, Orally, Once a day, 30 days, 30 Capsule, Refills 2
Continue KlonoPIN Tablet, 1 MG, 0.5 tablet, orally, every morning, 1 tablet mid day and 1 tablet at bedtime as directed, 90 days, 225, Refills 0
Continue Adderall Tablet, 10 MG, 0.5 tablet in the am, Orally, 1 tablet at lunch, and 1 tablet in the evening, 30 days, 75, Refills 0
Continue Percocet Tablet, 7.5-325 MG, take 1 tablet, Orally, twice a day, 30 days, 60, Refills 0

**3. Others**

Notes: In regards to his preventive care, I will order a Cologuard for colon cancer screening. I will obtain a PSA with his next labs. I recommend the flu vaccine annually. In regards to his right ear pain, he was instructed to try using saline rinses for his sinuses to see if that would help with the pain in his ear. The pain in his ear is likely referred due to nasal congestion. I looked the patient up in the PDMP. I will continue Flexeril and Percocet for chronic back pain. I will continue Adderall for sleep disorder. I will continue Klonopin for anxiety.

**Preventive Medicine**

Counseling: BP Management FIRST HYPERTENSIVE BP READING FOLLOW-UP PLAN: Follow-up 1 month, LIFESTYLE RECOMMENDATION: Verbal Counseling. Tobacco use: Patient counseled on tobacco use 09/12/2022. BMI Care goal follow-up plan BMI management provided Yes, Below Normal BMI Follow-up Dietary management education, guidance, and counseling.

**Procedure Codes**

G0442 ANNUAL ALCOHOL MISUSE SCREEN 15 MIN, Modifiers: 59
G0444 ANNUAL DEPRESSION SCREENING 15 MIN, Modifiers: 59
G0446 INT BH TX RDUC CVD RSK BI-AN 15 MIN, Modifiers: 59
81525 ONCOLOGY COLON MRNA
G8420 BMI<30 AND >=22 CALC & DOCU
3075F SYST BP 130 - 139MM HG
3080F DIAST BP 90+ MM HG

**Follow Up**

3 Months, prn

Electronically signed by ANDREA BATCHELOR , MD on 10/03/2022 at 01:06 PM CDT

Sign off status: Completed

Family Medical Associates West
26279 HIGHWAY 195
DOUBLE SPRINGS, AL 35553-2554
Tel: 205-489-3322
Fax: 205-489-3325

Progress Note: Andrea Batchelor, MD 09/12/2022

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# Fax Transmission

| | | | |
|---|---|---|---|
| **To:** | Lincoln National - Josh Tuliano | **From:** | Janet Cox |
| **Fax:** | 16034272661 | **Date:** | 10/25/2022 10:23:17 AM CDT |
| **RE:** | Attending Physician Response - John Lynn #1029 | **Pages:** | 3 |

---

**Comments:**

COX & STANSBERRY

**Janet P Cox**
**Amanda Lane Stansberry**
3535 Grandview Parkway, Suite 310
Birmingham, Alabama 35243
P (205) 870-1205
Fax (205) 870-1252
info@coxstansberry.com

October 25, 2022

**SENT VIA FAX & USPS**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
Josh Tuliano
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
**FAX: (603) 334-0401 & 603-427-2661**

**RE: John Lynn**
**Claim #: 10295792**

Dear Josh:

I have attached Dr. Andrea Batchler's response to the findings of Lincoln's review in your letter dated October 5, 2022.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Amanda L. Stansberry
Enclosures
ALS:ss

**Family Medical Associates West**
**26279 HWY 195**
**Double Springs , AL 35553**
**205-489-3322**

**Friday, October 21, 2022**

Re: John Lynn Claim Number 10295792

To whom it may concern,

John Lynn has been a patient of mine since 2015. He has a past medical history of chronic vertigo, hiatal hernia with gastroesophageal reflux disease, degenerative disc cervical spine, chronic low back pain, right elbow fracture, displaced comminute fracture of right femur with delayed healing, anxiety, and sleep disorder. He takes Adderall for his sleep disorder. He complains of chronic pain in his neck, back, and right leg. The pain in his right leg resulted from an accidental self-inflicted gunshot to his right thigh. He is only able to sit or walk around for 30 minutes at a time. He has to change positions frequently. Walking more than 100 yards makes his back pain worse. He has to ambulate with a cane. He still has weakness in his right leg. If he makes a wrong step, he cannot do anything for the rest of the day. He lies down for 15 minutes 2-3 times per day to take pressure off his back. He takes Percocet as needed for pain. He also takes Klonopin for anxiety. Due to his restrictions, he is unlikely to be able to work.

Sincerely,

Andrea Batchelor, MD

# Fax Transmission

| | | | |
|---|---|---|---|
| **To:** | Lincoln National - Josh Tuliano | **From:** | Janet Cox |
| **Fax:** | 16033340401 | **Date:** | 10/25/2022 10:21:30 AM CDT |
| **RE:** | Response from Attending Physician | **Pages:** | 3 |

---

**Comments:**

COX & STANSBERRY

**Janet P Cox**
**Amanda Lane Stansberry**
3535 Grandview Parkway, Suite 310
Birmingham, Alabama 35243
P (205) 870-1205
Fax (205) 870-1252
info@coxstansberry.com

October 25, 2022

**SENT VIA FAX & USPS**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
Josh Tuliano
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
**FAX: (603) 334-0401 & 603-427-2661**

**RE:** **John Lynn**
**Claim #:** **10295792**

Dear Josh:

I have attached Dr. Andrea Batchler's response to the findings of Lincoln's review in your letter dated October 5, 2022.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Amanda L. Stansberry
Enclosures
ALS:ss

**Family Medical Associates West**
**26279 HWY 195**
**Double Springs, AL 35553**
**205-489-3322**

**Friday, October 21, 2022**

Re: John Lynn Claim Number 10295792

To whom it may concern,

John Lynn has been a patient of mine since 2015. He has a past medical history of chronic vertigo, hiatal hernia with gastroesophageal reflux disease, degenerative disc cervical spine, chronic low back pain, right elbow fracture, displaced comminute fracture of right femur with delayed healing, anxiety, and sleep disorder. He takes Adderall for his sleep disorder. He complains of chronic pain in his neck, back, and right leg. The pain in his right leg resulted from an accidental self-inflicted gunshot to his right thigh. He is only able to sit or walk around for 30 minutes at a time. He has to change positions frequently. Walking more than 100 yards makes his back pain worse. He has to ambulate with a cane. He still has weakness in his right leg. If he makes a wrong step, he cannot do anything for the rest of the day. He lies down for 15 minutes 2-3 times per day to take pressure off his back. He takes Percocet as needed for pain. He also takes Klonopin for anxiety. Due to his restrictions, he is unlikely to be able to work.

Sincerely,

Andrea Batchelor, MD

Andrea Batchelor, MD

**From:**Tuliano, Joshua
**Sent:**Wed, 26 Oct 2022 12:45:24 +0000
**To:**nmrdspeerreview@nmrexamworks.com
**Subject:**(secure) Addendum Request Claim 10295792; NMR # 719901
**Attachments:**10295792-MEDICAL-CORRESPONDENCE-10.25.2022.pdf, 10295792-MEDICAL-MEDICALRECORDS-10.21.2022.pdf, 10295792-EMPLOYEE-CLAIMANT-ATTORNEYDOCUMENTS-10.25.2022.pdf

Good morning,

Can we please set up an addendum review with Dr. Clayton Cowl, MD, MS? The additional information is attached and the questions are noted below.

1. Does the additional information change any of your prior opinions or conclusions? Please explain in detail why or why not.

Thank you,

**Josh Tuliano, MBA, AIC**
Claim Resolution Specialist

**Lincoln Financial Group**
LincolnFinancial.com

(888) 437-7611 x16440 Office

(603) 427-2661 Fax

**From:**lauren.coash@nmrexamworks.com
**Sent:**Fri, 23 Sep 2022 11:03:29 -0500
**To:**Tuliano, Joshua;VendorReferrals
**Subject:**NMR report notification for case - Case #: 10295792 - NMR# 719901
**Attachments:**QA_TC Letter - Rev01 AP01_719901-1_v1.doc, QA_TC Letter - Rev01 AP02_719901-1_v1.doc, Report_NMR_Peer__LLAOBinv_719901-1_v1.pdf, Report_NMR_Peer__LTD-R01_719901-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

This is to inform you that the report for your case #10295792 (NMR # 719901-1) has been completed and is ready to be viewed on our website.

You can access the report via https://client.nmrco.com using your username and password.

Thank you for the referral.

Network Medical Review Co.

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**September 23, 2022**

**Attending Physician Confirmatory Letter**

Re: John W. Lynn
DOB:

Dear Dr. Andrea Batchelor,

I have completed a review on John W. Lynn, a patient you have treated. The patient had listed you as a contact provider. During the time I was reviewing the claim, I spoke with you on 9/22/2022 at 12:52 PM. You stated that the claimant was mostly impaired from the perspective of his back pain and femoral pain. The claimant could likely only sit or stand for up to 30 minutes at a time before having to change positions to stretch. The claimant was able to do certain things around the home but was limited in terms of his stamina. You agreed that the claimant could do some physical maneuvers albeit at a mostly sedentary level of exertion.

Please confirm that the above teleconference details align with your notes/recollection. Please sign this form and reply via fax within five (5) calendar days by 9/30/2022 to the fax number below.

Sincerely,

Clayton T. Cowl, MD, MS
Board Certified in Occupational Medicine
Board Certified in Pulmonary Disease
Board Certified in Internal Medicine
Licensed in State of IA #29401
Licensed in State of MN #39474

______________________________ ____________
Name Date

Respectfully Yours,
Dawn E Peterson
Client Coordinator

p.p.

Voice: 1-815-964-6334
Fax: 1-815-964-1162

**September 23, 2022**

**Attending Physician Confirmatory Letter**

Re: John W. Lynn
DOB:

Dear Dr. David Griffin,

I have completed a review on John W. Lynn, a patient you have treated. The patient had listed you as a contact provider. During the time I was reviewing the claim, I spoke with you on 9/22/2022 at 8:13 AM. You stated that you had not seen the patient since January 2021 and really had no opinion about the claimant's current functional status. You indicated that the last time in the office that the claimant was ambulating with assistance of a cane and was having chronic pain symptoms but beyond that you could not provide further details.

Please confirm that the above teleconference details align with your notes/recollection. Please sign this form and reply via fax within five (5) calendar days by 9/30/2022 to the fax number below.

Sincerely,

Clayton T. Cowl, MD, MS
Board Certified in Occupational Medicine
Board Certified in Pulmonary Disease
Board Certified in Internal Medicine
Licensed in State of IA #29401
Licensed in State of MN #39474

________________________________ ____________
Name Date

Respectfully Yours,
Dawn E Peterson
Client Coordinator

p.p.

Voice: 1-815-964-6334
Fax: 1-815-964-1162

Network Medical Review Co. Ltd.

An ExamWorks Company

**REFERRED BY:** JOSHUA TULIANO
**CLIENT:** Lincoln Life Insurance
**NAME:** John W. Lynn
**CLAIM #:** 10295792
**NMR #:** 719901
**DATE:** 9/23/2022

**RECORDS PROVIDED FOR REVIEW:**

| | | |
|---|---|---|
| PROGRESS NOTES | Unknown Provider | Undated |
| PROGRESS NOTES | Family Medical Associates West / R. Reddy, MD / A. Batchelor, MD / B. Tubbs, CRNP / T.R. Hoover, CRNP | 11/16/15 - 06/03/22 & Undated |
| PROGRESS NOTES | Southern Orthopedic & Sports Medicine / K.C Vague, MD / J. Harbin, PA | 02/25/20 - 04/28/20 |
| PROGRESS NOTES | Illegible Provider Name | 03/02/20 |
| PROGRESS NOTES | Huntsville Hospital | 05/06/20 |
| PROGRESS NOTES | TOC The Orthopaedic Center | 05/20/20 - 04/20/21 |
| PHYSICAL / OCCUPATIONAL / SPEECH / MASSAGE THERAPY | Encore Rehabilitation | 05/03/20 - 08/26/20 |
| FILE REVIEWS | M.D. Hoffman, MD | 01/05/22 |
| CT | D. Waldrop, MD | 01/28/21 |
| LAB | Family Medical Associates West | 01/29/21 |
| TRANSFERABLE SKILLS ANALYSIS | J. Greene, MS, CRC | 01/10/21 |
| JOB DESCRIPTION / REQUIREMENTS | Checker II | Undated |
| JOB DESCRIPTION / REQUIREMENTS | Diet Clerk | Undated |
| CLAIM NOTES | | 07/21/20 - 09/09/22 |
| ROI | | 08/05/20 & Illegible Date |
| MISCELLANEOUS | | 05/08/20 - 09/12/22 & Undated |

**1252 Bell Valley Road, Suite 210 • Rockford, IL 61108 • Phone 815.964.6334 • Fax 815.964.1162**
*website* www.nmrco.com ■ *email* info@nmrco.com

TELECONFERENCE

1) AP NAME: Dr. Andrea Batchelor
2) PHONE: (205) 489-3322
3) DATE(S): 9/20/2022, 9/22/2022
4) TIME(S): 12:26 PM CDT, 12:52 PM CDT
5) PERSON(S) SPOKEN WITH: Destiny, Dr. Batchelor
6) POSITION OF PERSON(S) SPOKEN WITH: Assistant, Attending Provider

SUMMARY OF DISCUSSION(S): I called the treating provider's office and spoke with the assistant, Destiny. She explained that the treating provider was in a room with a patient but she would give her the message and have her return the call as soon as possible. The name and date of birth of the claimant as well as the purpose of my call was provided.

I spoke to Dr. Batchelor and she clarified that the claimant was mostly impaired from the perspective of his back pain and femoral pain. The claimant could likely only sit or stand for up to 30 minutes at a time before having to change positions to stretch. She also indicated that the claimant was able to do certain things around the home but was limited in terms of his stamina. She agreed that the claimant could do some physical maneuvers albeit at a mostly sedentary level of exertion.

TELECONFERENCE

1) AP NAME: Dr. David Griffin
2) PHONE: (256) 704-1210
3) DATE(S): 9/22/2022
4) TIME(S): 8:13 AM CDT
5) PERSON(S) SPOKEN WITH: Dr. Griffin
6) POSITION OF PERSON(S) SPOKEN WITH: Treating Provider

SUMMARY OF DISCUSSION(S): I called the Orthopedic Center and selected option #2 for the provider's line. I spoke with the receptionist, Shanna. She transferred the call to Dr. Griffin who was cordial but explained that he had not seen the patient since January 2021 and really had no opinion about the claimant's current functional status. Dr. Griffin indicated that the last time in the office that the claimant was ambulating with assistance of a cane and was having chronic pain symptoms but beyond that he could not provide further details.

**ASSESSMENT:** All of the information submitted was reviewed. In brief summary, the claimant is a male (DOB: The listed date of disability is 2/22/20 after suffering a fall at home with injuries including a nondisplaced fracture of the right olecranon region, with a second fall due to tripping over his dog and landing on the arm, resulting in a displaced avulsion fracture and triceps tendon rupture on the right side. The claimant underwent surgical repair of his tendon rupture on 2/27/20 by Dr. Kendall Vague (Orthopedics), and the case was complicated by post-operative infection of the surgical site requiring additional surgery on 3/30/20 for removal of surgical hardware previously placed and he was given a 6-week course of antibiotics intravenously. Co-morbid conditions include chronic vertigo, hiatal hernia, insomnia, anemia, attention deficit disorder, and anxiety.

On 5/3/20, the employee suffered an accidental self-inflicted gunshot wound to the right leg which resulted in a comminuted fracture of his femur inferiorly. The claimant required closed reduction, external fixation, and subsequent repair of the femur on 5/6/20 with Dr. David Griffin (Orthopedics), and use of a bone stimulator for delayed fracture healing in the right leg was noted with the need for chronic opioid pain medications.

Computed tomography (CT) imaging on 1/28/2021 of the right femur revealed areas of solid bone healing in the fractured area and other areas with no healing noted.

On 4/20/21, the claimant was seen by Dr. David Griffin for follow up of his right femoral fracture with delayed healing. The claimant reported ongoing discomfort in the right thigh with pain radiating into the lower extremity distally. The claimant is documented to have been using a cane for ambulatory assistance. There was documentation of trauma-induced peripheral neuropathy. Physical examination documented use of a cane, healed gunshot wounds, and significant limp on the right. Laboratory serologies appeared normal and Dr. Griffin stated that the claimant's most recent CT scan had revealed areas of healing and areas of incomplete healing over the fracture site. Dr. Griffin outlined treatment options that included further surgical intervention with an exchange nailing procedure, which he opined might help with further healing and reduce pain, otherwise weightbearing as tolerated activity and use of a bone stimulator. No new medication was prescribed.

The data provided suggested that the claimant was receiving care primarily from family medicine provider Dr. Andrea Batchelor. This included sequential visits such as on 9/29/21 for an annual visit and follow up of his chronic pain in his right leg, burning pain in his right foot from his gunshot injury, and chronic back pain. The employee reported he was using Percocet twice daily and took Flexeril (cyclobenzaprine) at night. The claimant reported having sinus pressure, and congestion for a couple of weeks and left ear discomfort. He was prescribed Amoxicillin for his left ear infection and recommended continuing his current medications. Physical examination revealed difficulty arising from a chair, ambulation with a cane, and tenderness to palpation over the right thigh.

On 12/14/21, the employee was seen by Dr. Batchelor for routine follow up and reported sinus pressure and left ear pain and itching. He had completed a course of antibiotics 3 weeks prior and the claimant reported ongoing chronic neck, back and right leg pain. The employee stated he could only move around or sit for 30 minutes and had trouble sleeping at night due to pain. He rated his pain at that time as a 5/10. Vital signs were stable, and exam noted ambulation with a cane and difficulty rising from a chair. Dr. Batchelor prescribed antifungal medication for a yeast related rash under the arms (tinea cruris) and treated the employee’s acute sinus infection with several antibiotics.

A letter dated 2/3/22 from Dr. Batchelor stated that the employee had been her patient since 2015 and outlined his chronic conditions and injuries causing disability. She stated that he was only able to sit/walk around for 30 minutes at a time, needed to change positions frequently, ambulated with a cane, and used Percocet as needed for pain and Klonopin for anxiety. She opined that due to his restrictions it was unlikely that he was able to work.

The claimant was seen by Dr. Batchelor (Family Medicine) on 3/14/22 for chronic pain follow up and reports of intermittent blisters occurring under his arms since his last visit. These were reported to be painful, and the claimant had treated with antibiotics several weeks prior. The claimant reported his current medications controlled his acid reflux, Adderall helped him stay awake during the day, and Klonopin calmed his racing thoughts at night. The claimant reported ongoing chronic pain in his low back and right leg which worsened with walking more than 100 yards for his back. Weather changes increased his leg pain, and he continued to have weakness in his right knee and numbness in the right foot. The claimant noted he could only stand for 30 minutes at a time due to pain and sit for 30-40 minutes due to pain and stated he had driven to Florida to see his grandchild and had to stop every 30-40 minutes to get out and walk. The claimant stated he had to lie down 2-3 times per day for 15 minutes to take pressure off his back and get feeling back in his right foot. Exam revealed decreased range of motion in the right knee, inability to fully extend the right knee in a seated position, ability to extend knee to 45 degrees from a flexed position, 4/5 strength in the right leg, and ambulation with a cane

with normal right ankle range of motion. Dr. Batchelor recommended that the claimant continue his current medications and use of Percocet for chronic pain. She stated he was unable to work due to mobility limitations. Follow up in 3 months was recommended.

A physician review was completed by Dr. Martin Hoffman (PM&R) on 1/5/22. Dr. Martin supported impairing diagnoses of right elbow fracture, right femur fracture, right thigh pain, and ankylosis of the right knee. Restrictions were supported due to ongoing reports of right thigh, foot and back pain with mobility limitations, and included: sitting unrestricted with intermittent brief position changes allowed, standing/walking occasionally with use of an assistive device, lifting/carrying up to 10 lbs. occasionally and 5 lbs. frequently as long as carrying can be in one hand to allow for use of cane, no crouching, kneeling, ladder climbing, working at unprotected heights, commercial driving, operating heavy equipment, or safety sensitive machinery while using opioid medications. Full time work was allowed within the above referenced restrictions which were supported from 9/1/21 to present day and ongoing. No evidence of medication side effects was noted, and provider contact was not made.

On 6/3/22, the claimant was seen by Brittany Tubbs, NP (Family Medicine) for medication refills. He reported feeling fatigued after having dinner each day and could not stay awake once he got home for the day. He reported right ear pulsing and sinus pressure.

An 8/25/22 letter received on appeal from the employee's attorney to the insurer.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

The primary impairing diagnoses are:

S84.90XA - Injury of unspecified nerve at lower leg level, unspecified leg

G89.4 - Chronic pain syndrome

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

The comorbid diagnosis significant to impairment is: Z72.3 - Aerobic deconditioning.

**3. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

The medical records submitted do support restrictions but not necessarily precluding the claimant from performing all physical maneuvers that would preclude gainful employment.

Of note, there are no specific records provided specifically addressing the timeframe in question listed of 8/21/2022 and continuing.

**4. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Restrictions precluding the claimant from any and all physical maneuvers would only be applicable for dates of hospital confinement from surgery and a period of time following the procedures for rehabilitation and general recovery. However, the claimant, despite multiple impairments is noted to have retained the ability to perform a variety of physical functions outlined elsewhere in the report.

**5. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No specific administrative or non-medical issues are noted other than the fact that there appeared to be multiple sequential injuries addressed such as the elbow fracture, and the femoral fracture with complications that included infection and poor bone growth upon healing.

**6. Please provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations beyond August 21, 2022 and comment on if there is sustained and reliable capacity within any such restrictions outlined. When addressing restrictions, please comment on the claimants ability to perform sustained full time work beyond August 21, 2022.**

Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine along with medication and discussion with providers, there is a supported level of impairment that would translate into restrictions or limitations from - 8/21/2022 and continuing from an Internal Medicine and Occupational Medicine perspective. The claimant had weakness and pain of the lower extremity and was using a cane. This would limit certain activities as outlined below. Within reasonable medical certainty, the following would be considered medically necessary restriction estimates based upon all data reviewed:

Sitting: up to 1 hour continuously for a maximum of 7 hours per day (allow change in position as needed);

Standing: up to 0.5 hours continuously for a maximum of 2.5 hours per day (allow change in position as needed);

Walking: up to 0.50 hours continuously for a maximum of 1.5 hours per day (allow change in position as needed with use of ambulatory assistive device);

Reaching at desk level: unrestricted;

Reaching overhead/below waist: occasionally;

Fingering/mousing/keyboarding/handling/grasping: frequently;

Climbing stairs: rarely (with use of grab rails);

Climbing ladders/kneel/squat/crawl: never;

Twisting/bending at waist: occasionally;

Balancing at heights: never;

Lift/carry: up to 20 pounds rarely or 10 pounds occasionally;

Push/pull: with up to 30 pounds of force rarely or 15 pounds of force occasionally;

Executive level cognitive functioning: unrestricted;

Ability to communicate with others: unrestricted;

Driving: occasionally;

Visual or auditory acuity activities: unrestricted.

The claimant should be reassessed within 3 months from the date of this report (or on 12/2/22).

**7. Comment on the restrictions and limitations provided by the attending physician. Are they consistent with the medical information provided?**

Again, simply keeping the claimant out of work completely without the ability for the employer to attempt to accommodate physical restrictions is not reasonable in my opinion. The claimant is noted to have driven to Florida to see his grandchildren and although he claimed to have needed to stop periodically to stretch, this exemplifies the fact that the claimant remained ambulatory and could perform a variety of maneuvers within certain medically appropriate physical restrictions.

**8. Does the medical evidence support any side effects from any medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

Although no specific side effects are noted in the records submitted specifically pertaining to medications that would be functionally limiting, the claimant was noted to be prescribed chronically the use of opioid analgesics and other pain modulating agents that have the propensity to result in significant sedation; for this reason, performance of safety-sensitive duties such as working at heights, balancing, or climbing ladders -- or operating machinery with moving parts that could potentially be injurious should be avoided. The weakness in the lower extremity would preclude continuous walking or standing beyond relatively brief periods of time and would make ladder climbing risky and should be restricted.

**9. Please contact treating provider(s) and clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence. The AP contact information is on the portal. Please attempt a minimum of 3 contact attempts to discuss restrictions.**
**If contact is not made, please include a summary of your findings to each provider and any questions that would have been asked in the phone conversation. In the letter, provide the provider 5-days to respond.**

I spoke to Dr. Batchelor and she clarified that the claimant was mostly impaired from the perspective of his back pain and femoral pain. The claimant could likely only sit or stand for up to 30 minutes at a time before having to change positions to stretch. She also indicated that the claimant was able to do certain things around the home but was limited in terms of his stamina. She agreed that the claimant could do some physical maneuvers albeit at a mostly sedentary level of exertion.

I spoke to Dr. Griffin who was cordial but explained that he had not seen the patient since January 2021 and really had no opinion about the claimant's current functional status. Dr. Griffin indicated that the last time in the office that the claimant was ambulating with assistance of a cane and was having chronic pain symptoms but beyond that he could not provide further details.

## CONFLICT OF INTEREST ATTESTATION:

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person’s authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider’s medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

## ADVISING REVIEWER:



Clayton T. Cowl, MD, MS
Board Certified in Occupational Medicine
Board Certified in Pulmonary Disease
Board Certified in Internal Medicine
Licensed in State of IA #29401
Licensed in State of MN #39474

***NMR Conflict of Interest Attestation:***

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

Sep-26-2022 07:45:25ExamworksPatient Document18159641162Tidwell,KellyFamily Medical Associates WestFamily Medical Associates West205-489-33223This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.

ExamWorks

# Facsimile

Telephone:

FAX:

| | | | |
|---|---|---|---|
| To: | | Fax: | 912054893325 |
| Company: | | | |
| From: | | Date: | 9/23/22 11:01:21 Eastern Time |
| | | Pages: | 2 |

Re: NMR Teleconference Review (Claim #10295792) - TC Letter on 719901 To Dr. Batchelor

Comments:

ATTN: Dr. Andrea Batchelor

Please note, NMR is currently reviewing the disability claim for your patient, John W. Lynn. Attached is a letter regarding our conversation. Please read the attached, sign the letter and fax back to our office.

Thank you for taking the time to speak with NMR's physician advisor regarding your patient.

NMR Team

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

The information contained in this facsimile messages is privileged and confidential. It is intended only for the person(s) named above. If you are not the intended recipient, or have received this transmission in error you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone to arrange for return of this transmission.

PROTECTED HEALTH INFORMATION:
Any medical information in this FAX message is confidential and protected by both State and Federal Law. It is unlawful for unauthorized persons to review, copy, disclose, or disseminate confidential medical information. If the reader of this warning is not the intended FAX recipient or the intended recipient's agent, you are hereby notified that you have received this FAX message in error and that review or further disclosure of the information contained in this FAX is strictly prohibited If you have received this FAX in error, please notify us immediately and either destroy these documents or return the originals to us by mail.

NMR
Network Medical Review Co. Ltd.

An ExamWorks Company

ExamWorks

**September 23, 2022**

**Attending Physician Confirmatory Letter**

Re: John W. Lynn
DOB:

Dear Dr. Andrea Batchelor,

I have completed a review on John W. Lynn, a patient you have treated. The patient had listed you as a contact provider. During the time I was reviewing the claim, I spoke with you on 9/22/2022 at 12:52 PM. You stated that the claimant was mostly impaired from the perspective of his back pain and femoral pain. The claimant could likely only sit or stand for up to 30 minutes at a time before having to change positions to stretch. The claimant was able to do certain things around the home but was limited in terms of his stamina. You agreed that the claimant could do some physical maneuvers albeit at a mostly sedentary level of exertion.

Please confirm that the above teleconference details align with your notes/recollection. Please sign this form and reply via fax within five (5) calendar days by 9/30/2022 to the fax number below.

Sincerely,

Clayton T. Cowl, MD, MS
Board Certified in Occupational Medicine
Board Certified in Pulmonary Disease
Board Certified in Internal Medicine
Licensed in State of IA #29401
Licensed in State of MN #39474

Andrea Batchelor
Name

9/23/22
Date

Respectfully Yours,
Dawn E Peterson
Client Coordinator

p.p.

Voice: 1-815-964-6334
Fax: 1-815-964-1162

C# 830782

ExamWorks

Telephone:

# Facsimile

FAX:

To:

Fax: 912567041224

Company:

From:

Date: 9/23/22 11:01:58 Eastern Time

Pages: 2

Re: NMR Teleconference Review (Claim #10295792) - TC Letter on 719901 To Dr. Griffin

Comments:

ATTN: Dr. David Griffin

Please note, NMR is currently reviewing the disability claim for your patient, John W. Lynn. Attached is a letter regarding our conversation. Please read the attached, sign the letter and fax back to our office.

Thank you for taking the time to speak with NMR's physician advisor regarding your patient.

NMR Team

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

The information contained in this facsimile messages is privileged and confidential. It is intended only for the person(s) named above. If you are not the intended recipient, or have received this transmission in error you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone to arrange for return of this transmission.

PROTECTED HEALTH INFORMATION:
Any medical information in this FAX message is confidential and protected by both State and Federal Law. It is unlawful for unauthorized persons to review, copy, disclose, or disseminate confidential medical information. If the reader of this warning is not the intended FAX recipient or the intended recipient's agent, you are hereby notified that you have received this FAX message in error and that review or further disclosure of the information contained in this FAX is strictly prohibited. If you have received this FAX in error, please notify us immediately and either destroy these documents or return the originals to us by mail.

NMR
Network Medical Review Co. Ltd.

An ExamWorks Company

ExamWorks

**September 23, 2022**

**Attending Physician Confirmatory Letter**

Re: John W. Lynn
DOB:

Dear Dr. David Griffin,

I have completed a review on John W. Lynn, a patient you have treated. The patient had listed you as a contact provider. During the time I was reviewing the claim, I spoke with you on 9/22/2022 at 8:13 AM. You stated that you had not seen the patient since January 2021 and really had no opinion about the claimant's current functional status. You indicated that the last time in the office that the claimant was ambulating with assistance of a cane and was having chronic pain symptoms but beyond that you could not provide further details.

Please confirm that the above teleconference details align with your notes/recollection. Please sign this form and reply via fax within five (5) calendar days by 9/30/2022 to the fax number below.

Sincerely,

Clayton T. Cowl, MD, MS
Board Certified in Occupational Medicine
Board Certified in Pulmonary Disease
Board Certified in Internal Medicine
Licensed in State of IA #29401
Licensed in State of MN #39474

(David Griffin) 9/28/22
Name Date

Respectfully Yours,
Dawn E Peterson
Client Coordinator

p.p.

Voice: 1-815-964-6334
Fax: 1-815-964-1162

Feb-03-2022 08:53:48ANDREA M BATCHELORPatient Document16033345995Crowe,SandraFamily Medical AssociatesFamily Medical Associates205-489-3322205-489-332510This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.

**Family Medical Associates West**
**26279 HWY 195**
**Double Springs , AL 35553**
**205-489-3322**

**Thursday, February 03, 2022**

Re: John Lynn Claim Number 10295792

To whom it may concern,

John Lynn has been a patient of mine since 2015. He has a PMH of chronic vertigo, hiatal hernia with gastroesophageal reflux disease, degenerative disc cervical spine, chronic low back pain, right elbow fracture, displaced comminute fracture of right femur with delayed healing, anxiety, and sleep disorder. He does not have a diagnosis of ADHD as mentioned. He takes Adderall for his sleep disorder. He complains of chronic pain in his neck, back, and right leg. The pain in his right leg resulted from an accidental self-inflicted gunshot to his right thigh. He is only able to sit or walk around for 30 minutes at a time. He has to change positions frequently. He has to ambulate with a cane. He takes Percocet as needed for pain. He also takes Klonopin for anxiety. Due to his restrictions, he is unlikely to be able to work. Please call the office with any additional questions.

Sincerely,

Andrea Batchelor, MD

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

| | |
|---|---|
| Date: | January 27, 2022 |
| To: | DR. ANDREA BATCHELOR |
| Attn: | |
| Fax: | (205) 489-3325 |
| From: | Michael Harris<br>Claims Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-5995 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 10295792<br>Claimant: John Lynn<br>Clayton Homes, Inc |

A Batchelor 1/28/22

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

13926

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (900) 291-0112
Secure Fax No.: (603) 334-5995

January 27, 2022

Dr. Andrea Batchelor

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792
Claimant: John Lynn
Claimant D.O.B.

Dear Dr. Andrea Batchelor:

We are the Disability Claim Administrator for your patient, John Lynn.

On January 5, 2022 a/an medical review was performed to assist us in determining Mr. Lynn's eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

(see attached)

Please review the enclosed report by Dr. Hoffman, and provide any comments you wish to have considered. If you disagree with Dr. Hoffman's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by February 3, 2022. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 334-5995 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Lynn allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Lynn's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Michael Harris
Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13926
Secure Fax No.: (603) 334-5995

Attachments: 10295792-MEDICAL-CP/PEER REVIEW-01.05.2022

Clinical Review Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| CLAYTON HOMES INC | JOHN LYNN | 10295792 |

| | | | |
|---|---|---|---|
| Report Date: | 01/05/2022 | | |
| Referred By: | Charles Harris | Claimant DOB: | |
| Referral Date: | 12/30/2021 | Job Title: | ELECTRICAL TL |
| Due Date: | 01/14/2022 | Medical/ Surgical Condition: | Knee injury / surgery, ongoing knee pain |
| Referral Type: | Standard File Review | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 02/21/2020 |
| | | DOD: | 02/22/2020 |
| Physical Demands: | | BBD: | 08/22/2020 |
| Non-Medical Issue. | No | Non-Medical Issue Details: | |

**Referral Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

**Response:**
Right elbow fracture (S52.001)
Displaced comminuted fracture of shaft of right femur with delayed healing (S72.351)
Ankylosis of right knee (M24.661)
Right thigh pain (M79.651)

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

**Response:**
Low back pain (M54.5)

3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from September 1, 2021 to present, and comment on the expected duration.

**Response:**
The medical evidence supports impairments affecting usual life activities, including work-related activities. The support includes the claimant report of ongoing right thigh, foot and back pain with mobility limitations; his history of two falls resulting in a completely

displaced right elbow avulsion fracture causing complete triceps tendon disruption; treatment with triceps tendon repair of the right elbow on 02/27/2020 and subsequently removal of infected hardware on 03/30/2020 and IV antibiotics due to an infection; his history of an accidental self-inflicted gunshot to his right leg on 05/03/2020 resulting in a comminuted distal one third femur fracture; treatment with closed reduction with application of a spanning external fixator on 05/03/2020, then removal of spanning external fixator, debridement and irrigation and closed retrograde intramedullary nailing of the right distal one third femur fracture on 05/06/2020, and knee manipulation in 08/2020 resulting in a partial tibial tubercle avulsion; evidence of delay union of the femur fracture; examination findings supporting impaired mobility, and maintenance on opioid analgesics.

As a result, reasonable R&Ls from 09/01/2021 to present and ongoing, based on review of medical records, are:

- sitting unrestricted other than intermittent brief change in position
- standing/walking occasionally with use of an assistive device such as a cane as desired
- lifting/carrying up to 10 pounds occasionally and 5 pounds frequently (as long as carriage can be in one hand allowing for use of a cane)
- fingering, handling, typing and reaching at desk level and overhead unrestricted
- bending, stooping, and reaching below waist frequently
- crouching, kneeling, ladder climbing, work at unprotected heights, commercial driving and operating heavy equipment or safety-sensitive machinery to be avoided while using opioid analgesics

Within these R&Ls, the claimant should be capable of full-time work.

In the absence of additional clinical information to the contrary, these restrictions and limitations are expected to be permanent given the nature and duration of his condition, the lack of definitive treatment, his age, and his comorbid conditions of low back pain.

Besides the R&Ls noted above related to his opioid use, I found no clinical evidence for medication or other treatment side effects, or other identifiable conditions that support additional impairment or additional restrictions or limitations beyond those outlined above.

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

**Response:**
I did not find R&Ls provided by treating clinicians.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

**Response:**
The claimant has received treatment which seems consistent with the standard of care for the apparent level of severity of the condition.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

**Response:**
None were identified from the records that were reviewed.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

**Name: Andrea Batchelor Phone Number: 1 (205) 489 3322 ex ---- Fax Number: (205) 489-3325**

**Response:**
No AP contact was attempted as it was felt likely to be noncontributory and the records adequately support the R&Ls outlined above.

**Brief Overview of Clinical Presentation and Course**

The medical records indicate that the claimant is a 50-year old man who last worked on 02/21/2020. He had a right elbow injury from a fall at home around 01/22/2020. He was found to have a nondisplaced fracture of an olecranon spur and was being treated conservatively. He then had another fall causing a completely displaced avulsion fracture causing complete triceps tendon disruption. He underwent triceps tendon repair of the right elbow on 02/27/2020 (Kendall Vague, MD). He subsequently developed an infection and underwent removal of infected hardware on 03/30/2020 (Kendall Vague, MD) and received IV antibiotics for 6 weeks. He then had an accidental self-inflicted gunshot to his right leg on 05/03/2020 resulting in a comminuted distal one third femur fracture. He underwent closed reduction with application of a spanning external fixator on 05/03/2020, and then removal of spanning external fixator, debridement and irrigation and closed retrograde intramedullary nailing of the right distal one third femur fracture on 05/06/2020 (David Griffin, MD). He later underwent knee manipulation in 08/2020 resulting in a partial tibial tubercle avulsion. There was delay union and he used a bone stimulator. He presently has pain, mobility limitations, and is maintained on opioid analgesics. His past medical history is also remarkable for diagnoses of gastroesophageal reflux disease, stomach ulcers, anemia, urinary retention, chronic vertigo, hiatal hernia, insomnia, anxiety, and attention deficit hyperactivity disorder.

The claimant followed-up with Kendall Vague, MD at Southern Orthopedic & Sports Medicine with most recent visit in the records of 05/28/2020. At the time, he was using a walker due to the right femur gunshot injury. He reported significant symptoms of ulnar nerve compressive neuropathy. Examination noted some weakness of the interosseous muscle, persistent numbness in the ulnar nerve distribution, positive Tinel's over the cubital

tunnel, near full right elbow range and healed wound. He was to stop using the elbow brace and follow-up in 4 weeks. No subsequent records from this provider were found.

The claimant has followed-up with David Griffin, MD at The Orthopedic Center. When seen on 06/08/2020, he was referred to physical therapy. On 07/15/2020, it was noted he was to have bone grafting to his right femur and knee manipulation before 08/16/2020 when his insurance would run out. On 08/12/2020, it was noted that there had been a decision against the bone grafting, but the knee manipulation was to occur. At the visit of 09/09/2020, it was noted he was roughly 4 weeks following knee manipulation resulting in a partial tibial tubercle avulsion. On 11/04/2020, it was noted he was using a bond stimulator, walking with a cane and continued to have distal thigh pain. He was attempting exercises at the gym. At the most recent visit in the records of 04/20/2021, the claimant reported continued discomfort in the distal thigh with radiation to his foot. He was still using a cane. Examination noted gait with a cane and significant limp, right knee range of 5 to 95 degrees and intact neurovascularly. He was to weight bear as tolerated, use the bone stimulator daily, and follow-up in 8 weeks. No subsequent records from this provider were found.

The claimant has received care from Andrea Batchelor, MD (internal medicine) at Family Medical Associates since at least 2015. When seen on 05/16/2018, it was noted that medications included Norco for right foot pain and chronic back pain. Since being off work, he has been maintained on opioids. When seen on 09/29/2021, he reported ongoing right femur pain and burning pain in his right foot worse with standing or riding in a vehicle. He also reported chronic lower back pain. Examination noted difficulty arising from a chair, ambulation with a cane, and tenderness of his right thigh. At the most recent visit in the records of 10/26/2021, there was reference to getting a second opinion (evidently about his leg pain). Medications included Nexium, cyclobenzaprine, Adderall, Klonopin and Percocet. Examination noted a BMI of 22.6. He was to continue current medications, including Percocet (#60 for 30 days provided).

Physical therapy records indicate that he was seen initially on 06/19/2020 for focused on his right lower extremity. Therapy notes continue to 08/26/2020 at which time he still had limitations in right knee range and strength, and impaired gait. Continuation of physical therapy was recommended.

Pertinent diagnostics include the following:

- 09/09/2020 – X-rays of the right knee showed the fracture to be well aligned and stabilized with a retrograde intramedullary nail and no interval loss of position or fixation; early reactive callus formation about the fracture site; evidence of a minimal avulsive fracture involving the tibial tubercle that appears to be incomplete, minimally displaced and unchanged from previous radiographs
- 01/28/2021 – CT of the right femur showed osteopenia; old posttraumatic, and postsurgical changes to the mid femur from prior gunshot wound and fracture; areas of solid bridging bone formation between the proximal and distal femur and the adjacent bone fragments, greatest posteriorly and laterally, and no definite solid new bone formation is seen anterior

A completed claimant activities questionnaire was not found in the records provided.

**Analysis of Medical Documentation and Support for Responses to Referral Questions**

The medical records indicate that the claimant has had ongoing right thigh, foot and back pain with mobility limitations. He was initially off work following two falls resulting in a completely displaced right elbow avulsion fracture causing complete triceps tendon disruption. He underwent triceps tendon repair of the right elbow on 02/27/2020. He subsequently developed an infection and underwent removal of infected hardware on 03/30/2020 and received IV antibiotics for 6 weeks. He then had an accidental self-inflicted gunshot to his right leg on 05/03/2020 resulting in a comminuted distal one third femur fracture. He underwent closed reduction with application of a spanning external fixator on 05/03/2020, then removal of spanning external fixator, debridement and irrigation and closed retrograde intramedullary nailing of the right distal one third femur fracture on 05/06/2020, and knee manipulation in 08/2020 resulting in a partial tibial tubercle avulsion. There was delay union of the femur fracture for which he has used a bone stimulator. He has been maintained on opioid analgesics.

See above for conclusions regarding reasonable R&Ls.

**Records Reviewed:**

All medical records referred by Lincoln Financial Group as of today's date were reviewed, including the most recent records in the file.

Electronically Signed

Martin D. Hoffman, M.D.
Board Certified in Physical Medicine & Rehabilitation

Lincoln Financial Group®

Date: September 8, 2022

Subject: **Appeal Nursing Memorandum**

Claim#: LTD 10295792

Employee: John Lynn

Date of Birth:

Date of Disability: 2/22/2020

Review of medical records on file complete. All available medical records have been reviewed through date and time of this review. Information summarized below includes those portions of the records received that have relevance to the questions and time frame identified for this review.

The employee ceased work on 2/22/20 after suffering a fall at home with sustained injuries including right elbow nondisplaced fracture and injury, with a second fall due to tripping over his dog and landing on the arm, resulting in a displaced avulsion fracture {when a small piece of bone attached to a tendon or ligament, is pulled away from the main part of the bone} and complete triceps tendon rupture on the right side. The employee underwent repair of his tendon rupture on 2/27/20 with Dr. Kendall Vague {orthopedic surgery}. Post-operatively, the employee developed an infection of his surgical site and underwent additional surgery on 3/30/20 for removal of surgical hardware previously placed. The employee was treated for 6 weeks with intravenous antibiotics. On 5/3/20, the employee suffered an accidental self-inflicted gunshot wound to the right leg which resulted in a comminuted {multiple breaks} fracture of his lower femur bone. The employee required closed reduction, external fixation, and subsequent repair of the femur fracture on 5/6/20 with Dr. David Griffin {orthopedic surgery}. The employee required use of a bone stimulator for delayed fracture healing in the right leg and ongoing use of narcotic pain medications. He was found to have met the definition of disability to 8/21/22.

Co-morbid conditions include chronic vertigo, hiatal hernia, insomnia, anemia, attention deficit disorder, and anxiety.

A 1/28/21 right femur CT revealed areas of solid bone healing in the fractured area and other areas with no healing noted.

On 4/20/21 the employee was seen by Dr. David Griffin {orthopedics} for follow up of his right femur fracture with delayed healing. He reported ongoing discomfort in the right thigh which pain radiating into his foot and was using a cane for ambulation. He understood that a significant

part of this was related to mild traumatic peripheral neuropathy from his gunshot wound. Exam revealed use of a cane, healed gunshot wounds, and significant limp on the right. Inflammatory lab work previously completed was normal and Dr. Griffin stated that his most recent CT scan had revealed areas of healing and areas of incomplete healing over the fracture site. His previously placed nail remained intact. Treatment options include further surgical intervention with exchange nailing procedure, which he opined might help with further healing and improve pain, otherwise weightbearing as tolerated activity and use of a bone stimulator were other options. No new medication was prescribed Dr. Griffin stated he would follow the employee from a distance and recommended follow up in 8 weeks. There are no further office visit notes on file from orthopedics.

The employee is primarily treating with family medicine provider Dr. Andrea Batchelor. He was seen on 9/29/21 for an annual visit and follow up of his chronic pain in his right leg, burning pain in his right foot from his gunshot injury, and chronic back pain. The employee reported he was using his Percocet twice daily and took Flexeril {muscle relaxant} at night. He reported having sinus pressure, and congestion for a couple of weeks and left ear discomfort. He was prescribed Amoxicillin for his left ear infection and recommended continuing his current medications. Exam revealed difficulty arising from a chair, ambulation with a cane, and tenderness to palpation over the right thigh.

On 12/14/21 the employee was seen by Dr. Batchelor for routine follow up and reported sinus pressure and left ear pain and itching. He had completed a course of antibiotics 3 weeks prior and reported ongoing chronic neck, back and right leg pain. The employee stated he could only move around or sit for 30 minutes and had trouble sleeping at night due to pain. He rated his current pain a 5/10 {0-10 scale, 10 being the worst}. Vital signs were stable, and exam noted ambulation with a cane and difficulty rising from a chair. Dr. Batchelor prescribed antifungal medication for a yeast related rash under the arms and treated the employee's acute sinus infection with several antibiotics.

A letter dated 2/3/22 from Dr. Batchelor stated that the employee had been her patient since 2015 and outlined his chronic conditions and injuries causing disability. She stated that he was only able to sit/walk around for 30 minutes at a time, needed to change positions frequently, ambulated with a cane, and used Percocet as needed for pain and Klonopin for anxiety. She opined that due to his restrictions it was unlikely that he was able to work.

The employee was seen by Dr. Batchelor {family medicine} on 3/14/22 for chronic pain follow up and reports of intermittent blisters occurring under his arms since his last visit. These were reported to be painful, and he had treated with antibiotics several weeks prior. The employee reported his current medications controlled his acid reflux, Adderall helped him stay awake during the day, and Klonopin calmed his racing thoughts at night. The employee reported ongoing chronic pain in his low back and right leg which worsened with walking more than 100 yards for his back. Weather changes increased his leg pain, and he continued to have weakness in his right knee and numbness in the right foot. The employee noted he could only stand for 30 minutes at a time due to pain and sit for 30-40 minutes due to pain and stated he had driven to Florida to see his grandchild and had to stop every 30-40 minutes to get out and walk. The

employee stated he had to lie down 2-3 times per day for 15 minutes to take pressure off his back and get feeling back in his right foot. Exam revealed decreased range of motion in the right knee, inability to fully extend the right knee in a seated position, ability to extend knee to 45 degrees from a flexed position, 4/5 strength in the right leg, and ambulation with a cane with normal right ankle range of motion. Dr. Batchelor recommended that the employee continue his current medications and use of Percocet for chronic pain. She stated he was unable to work due to mobility limitations. Follow up in 3 months was recommended.

A physician review was completed by Dr. Martin Hoffman {board certified physical medicine and rehabilitation} on 1/5/22. Dr. Martin supported impairing diagnoses of right elbow fracture, right femur fracture, right thigh pain, and ankylosis {low or no range of motion} of the right knee. Restrictions were supported due to ongoing reports of right thigh, foot and back pain with mobility limitations, and included: sitting unrestricted with intermittent brief position changes allowed, standing/walking occasionally with use of an assistive device, lifting/carrying up to 10lbs occasionally and 5lbs frequently as long as carriage can be in one hand to allow for use of cane, no crouching, kneeling, ladder climbing, working at unprotected heights, commercial driving, operating heavy equipment, or safety sensitive machinery while using opioid medications. Full time work was allowed within the above referenced restrictions which were supported from 9/1/21 to present day and ongoing. No evidence of medication side effects was noted, and provider contact was not made. See report for details.

On 6/3/22 the employee was seen by Brittany Tubbs NP {family medicine} for medication refills. He reported feeling fatigued after having dinner each day and could not stay awake once he got home for the day. He reported right ear pulsing and sinus pressure.

An 8/25/22 letter received on appeal from the employee’s attorney representation was reviewed.

The medical evidence on file reveals the employee has suffered multiple significant orthopedic injuries in 2020 with surgical repairs as noted above and ongoing pain and functional impairment due to his injuries. Most recent office visit notes on file are from primary care and reveal decreased range of motion in the right knee, inability to fully extend the right knee in a seated position, ability to extend knee to 45 degrees from a flexed position, 4/5 strength in the right leg, and ambulation with a cane with normal right ankle range of motion. The employee is using Percocet chronically for pain and Flexeril for right thigh muscle spasms. Dr. Batchelor has endorsed that the employee can only sit/walk around for 30 minutes at a time, needed to change positions frequently, ambulated with a cane, and used Percocet as needed for pain and Klonopin for anxiety. She opined that due to his restrictions it was unlikely that he was able to work. Based on the medical evidence on file in totality, further review of the records with a physician dual board certified in occupational medicine and internal medicine is recommended for comment on restrictions/limitations, durations, and future case management recommendations from 8/22/22 forward. Peer to peer contact with Dr. Batchelor and Dr. Griffin may be beneficial to discuss the employee’s functional capacity and conditions. Discussed with claims resolution specialist, assignment complete.

Courtney D. RN, CCM

Nurse Disability Appeals Consultant II, Lincoln Financial Group

Clinical Review Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| CLAYTON HOMES, INC | JOHN LYNN | 10295792 |

| | | | |
|---|---|---|---|
| Report Date: | | | |
| Referred By: | Joshua Tuliano | Claimant DOB: | |
| Referral Date: | 09/09/2022 | Job Title: | ELECTRICAL TL |
| Due Date: | 09/23/2022 | Medical/ Surgical Condition: | fracture of right leg post gunshot wound, displaced avulsion fracture, complete tricep tendon rupture on right side |
| Referral Type: | Appeal Referral | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 02/21/2020 |
| | | DOD: | 02/22/2020 |
| Physical Demands: | | BBD: | 08/22/2020 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

Referral Questions

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If “No,” please discuss differences in the comment section below).

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If “No” please explain in the comment section below).

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

Additional Questions

Other ***Do not assign to Dr. Martin Hoffman due to appeal review****

Other Please provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations beyond August 21, 2022 and comment on if there is sustained and reliable capacity within any such restrictions outlined. When addressing restrictions, please comment on the claimants ability to perform sustained full time work beyond August 21, 2022. 2. Comment on the restrictions and limitations provided by the attending physician. Are they consistent with the medical information provided? 3. Does the medical evidence support any side effects from any medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.

Other Please contact treating provider(s) and clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence. The AP contact information is Dr. Andrea Batchelor (205) 489-3322 (ph), (205) 489-3325 (f) and Dr. David Griffin (256) 704-1210 (ph), (256) 704-1224 (f). Please attempt a minimum of 3 contact attempts to discuss restrictions. If contact is not made, please include a summary of your findings to each provider and any questions that would have been asked in the phone conversation. In the letter, provide the provider 5-days to respond.

Other Comments
Other Comments - None

Analysis of Medical Documentation and Support for Responses to Referral Questions:

All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:

Electronically Signed:

Clinical Review Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| CLAYTON HOMES, INC | JOHN LYNN | 10295792 |

| | | | |
|---|---|---|---|
| Report Date: | 01/05/2022 | | |
| Referred By: | Charles Harris | Claimant DOB: | |
| Referral Date: | 12/30/2021 | Job Title: | ELECTRICAL TL |
| Due Date: | 01/14/2022 | Medical/ Surgical Condition: | Knee injury / surgery, ongoing knee pain |
| Referral Type: | Standard File Review | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 02/21/2020 |
| | | DOD: | 02/22/2020 |
| Physical Demands: | | BBD: | 08/22/2020 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

Referral Questions

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

Response:
Right elbow fracture (S52.001)
Displaced comminuted fracture of shaft of right femur with delayed healing (S72.351)
Ankylosis of right knee (M24.661)
Right thigh pain (M79.651)

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

Response:
Low back pain (M54.5)

3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from September 1, 2021 to present, and comment on the expected duration.

Response:
The medical evidence supports impairments affecting usual life activities, including work-related activities. The support includes the claimant report of ongoing right thigh, foot and back pain with mobility limitations; his history of two falls resulting in a completely

displaced right elbow avulsion fracture causing complete triceps tendon disruption; treatment with triceps tendon repair of the right elbow on 02/27/2020 and subsequently removal of infected hardware on 03/30/2020 and IV antibiotics due to an infection; his history of an accidental self-inflicted gunshot to his right leg on 05/03/2020 resulting in a comminuted distal one third femur fracture; treatment with closed reduction with application of a spanning external fixator on 05/03/2020, then removal of spanning external fixator, debridement and irrigation and closed retrograde intramedullary nailing of the right distal one third femur fracture on 05/06/2020, and knee manipulation in 08/2020 resulting in a partial tibial tubercle avulsion; evidence of delay union of the femur fracture; examination findings supporting impaired mobility; and maintenance on opioid analgesics.

As a result, reasonable R&Ls from 09/01/2021 to present and ongoing, based on review of medical records, are:

- sitting unrestricted other than intermittent brief change in position
- standing/walking occasionally with use of an assistive device such as a cane as desired
- lifting/carrying up to 10 pounds occasionally and 5 pounds frequently (as long as carriage can be in one hand allowing for use of a cane)
- fingering, handling, typing and reaching at desk level and overhead unrestricted
- bending, stooping, and reaching below waist frequently
- crouching, kneeling, ladder climbing, work at unprotected heights, commercial driving and operating heavy equipment or safety-sensitive machinery to be avoided while using opioid analgesics

Within these R&Ls, the claimant should be capable of full-time work.

In the absence of additional clinical information to the contrary, these restrictions and limitations are expected to be permanent given the nature and duration of his condition, the lack of definitive treatment, his age, and his comorbid conditions of low back pain.

Besides the R&Ls noted above related to his opioid use, I found no clinical evidence for medication or other treatment side effects, or other identifiable conditions that support additional impairment or additional restrictions or limitations beyond those outlined above.

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If “No,” please discuss differences in the comment section below).

Response:
I did not find R&Ls provided by treating clinicians.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If “No” please explain in the comment section below).

Response:
The claimant has received treatment which seems consistent with the standard of care for the apparent level of severity of the condition.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

Response:
None were identified from the records that were reviewed.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

Name: Andrea Batchelor Phone Number: 1 (205) 489 3322 ex ----- Fax Number: (205) 489-3325

Response:
No AP contact was attempted as it was felt likely to be noncontributory and the records adequately support the R&Ls outlined above.

Brief Overview of Clinical Presentation and Course

The medical records indicate that the claimant is a 50-year old man who last worked on 02/21/2020. He had a right elbow injury from a fall at home around 01/22/2020. He was found to have a nondisplaced fracture of an olecranon spur and was being treated conservatively. He then had another fall causing a completely displaced avulsion fracture causing complete triceps tendon disruption. He underwent triceps tendon repair of the right elbow on 02/27/2020 (Kendall Vague, MD). He subsequently developed an infection and underwent removal of infected hardware on 03/30/2020 (Kendall Vague, MD) and received IV antibiotics for 6 weeks. He then had an accidental self-inflicted gunshot to his right leg on 05/03/2020 resulting in a comminuted distal one third femur fracture. He underwent closed reduction with application of a spanning external fixator on 05/03/2020, and then removal of spanning external fixator, debridement and irrigation and closed retrograde intramedullary nailing of the right distal one third femur fracture on 05/06/2020 (David Griffin, MD). He later underwent knee manipulation in 08/2020 resulting in a partial tibial tubercle avulsion. There was delay union and he used a bone stimulator. He presently has pain, mobility limitations, and is maintained on opioid analgesics. His past medical history is also remarkable for diagnoses of gastroesophageal reflux disease, stomach ulcers, anemia, urinary retention, chronic vertigo, hiatal hernia, insomnia, anxiety, and attention deficit hyperactivity disorder.

The claimant followed-up with Kendall Vague, MD at Southern Orthopedic & Sports Medicine with most recent visit in the records of 05/28/2020. At the time, he was using a walker due to the right femur gunshot injury. He reported significant symptoms of ulnar nerve compressive neuropathy. Examination noted some weakness of the interosseous muscle, persistent numbness in the ulnar nerve distribution, positive Tinel's over the cubital

tunnel, near full right elbow range and healed wound. He was to stop using the elbow brace and follow-up in 4 weeks. No subsequent records from this provider were found.

The claimant has followed-up with David Griffin, MD at The Orthopedic Center. When seen on 06/08/2020, he was referred to physical therapy. On 07/15/2020, it was noted he was to have bone grafting to his right femur and knee manipulation before 08/18/2020 when his insurance would run out. On 08/12/2020, it was noted that there had been a decision against the bone grafting, but the knee manipulation was to occur. At the visit of 09/09/2020, it was noted he was roughly 4 weeks following knee manipulation resulting in a partial tibial tubercle avulsion. On 11/04/2020, it was noted he was using a bond stimulator, walking with a cane and continued to have distal thigh pain. He was attempting exercises at the gym. At the most recent visit in the records of 04/20/2021, the claimant reported continued discomfort in the distal thigh with radiation to his foot. He was still using a cane. Examination noted gait with a cane and significant limp, right knee range of 5 to 95 degrees and intact neurovascularly. He was to weight bear as tolerated, use the bone stimulator daily, and follow-up in 8 weeks. No subsequent records from this provider were found.

The claimant has received care from Andrea Batchelor, MD (internal medicine) at Family Medical Associates since at least 2015. When seen on 05/16/2018, it was noted that medications included Norco for right foot pain and chronic back pain. Since being off work, he has been maintained on opioids. When seen on 09/29/2021, he reported ongoing right femur pain and burning pain in his right foot worse with standing or riding in a vehicle. He also reported chronic lower back pain. Examination noted difficulty arising from a chair, ambulation with a cane, and tenderness of his right thigh. At the most recent visit in the records of 10/26/2021, there was reference to getting a second opinion (evidently about his leg pain). Medications included Nexium, cyclobenzaprine, Adderall, Klonopin and Percocet Examination noted a BMI of 22.6. He was to continue current medications, including Percocet (#60 for 30 days provided).

Physical therapy records indicate that he was seen initially on 06/19/2020 for focused on his right lower extremity. Therapy notes continue to 08/26/2020 at which time he still had limitations in right knee range and strength, and impaired gait. Continuation of physical therapy was recommended.

Pertinent diagnostics include the following:

- 09/09/2020 – X-rays of the right knee showed the fracture to be well aligned and stabilized with a retrograde intramedullary nail and no interval loss of position or fixation; early reactive callus formation about the fracture site; evidence of a minimal avulsive fracture involving the tibial tubercle that appears to be incomplete, minimally displaced and unchanged from previous radiographs
- 01/28/2021 – CT of the right femur showed osteopenia; old posttraumatic, and postsurgical changes to the mid femur from prior gunshot wound and fracture; areas of solid bridging bone formation between the proximal and distal femur and the adjacent bone fragments, greatest posteriorly and laterally; and no definite solid new bone formation is seen anterior

A completed claimant activities questionnaire was not found in the records provided.

Analysis of Medical Documentation and Support for Responses to Referral Questions

The medical records indicate that the claimant has had ongoing right thigh, foot and back pain with mobility limitations. He was initially off work following two falls resulting in a completely displaced right elbow avulsion fracture causing complete triceps tendon disruption. He underwent triceps tendon repair of the right elbow on 02/27/2020. He subsequently developed an infection and underwent removal of infected hardware on 03/30/2020 and received IV antibiotics for 6 weeks. He then had an accidental self-inflicted gunshot to his right leg on 05/03/2020 resulting in a comminuted distal one third femur fracture. He underwent closed reduction with application of a spanning external fixator on 05/03/2020, then removal of spanning external fixator, debridement and irrigation and closed retrograde intramedullary nailing of the right distal one third femur fracture on 05/06/2020, and knee manipulation in 08/2020 resulting in a partial tibial tubercle avulsion. There was delay union of the femur fracture for which he has used a bone stimulator. He has been maintained on opioid analgesics.

See above for conclusions regarding reasonable R&Ls.

Records Reviewed:
All medical records referred by Lincoln Financial Group as of today's date were reviewed, including the most recent records in the file.

Electronically Signed

Martin D. Hoffman, M.D.
Board Certified in Physical Medicine & Rehabilitation

Jan-19-2022 09:41:30Faxing Multiple Encounters6033345995Ergle,MillieFamily Medical Associates WestFamily Medical Associates West205-489-3322205-489-33255This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.

## Progress Notes

**Patient:** Lynn, John
**Account Number:** 79274
**DOB:** **Age:** 49 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** Andrea Batchelor, MD
**Date:** 12/14/2021

## Subjective:

**Chief Complaints:**
1. Refills. 2. Pt. in today for check up and medication refills. . 3. C/o sinus pressure. He took Zpack about 3 weeks ago but didn't clear up. Left ear hurts and itches. 4. RX: Gateway. 5. MK.

**HPI:**
HPI:
PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.
hpi:
He presents to clinic for follow up on his chronic pain, sleep disorder, and anxiety and with complaint of sinus pressure for the last month. His nose stops up. He had a sore throat last week, but it resolved. His left ear hurts and itches. He denies any fever or cough. He complains of chronic pain in his neck, back, and right leg. He can only sit or move around for 30 minutes. He is having trouble sleeping at night due to his pain. His pain is 5/10 currently. Klonopin is helping with his anxiety. He complains of a rash under his arms. He has put OTC creams on it, but the cream burned.

**ROS:**
General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.
ENT:
Decreased hearing denies. Sore throat admits. Swollen glands denies.
Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.
Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.
Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .
Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.
Musculoskeletal:
Painful joints **admits**. Weakness denies.
Skin:
Dry skin denies. Itching admits. Rash denies.
Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Medical History:** Chronic vertigo, Racing thoughts, Hiatial hernia, 8 bulging disc, Insomnia, Sleep disorder.

**Surgical History:** Vasectomy 2003, right elbow 2/27/2020, right elbow 3/30/2020, gun shot to thigh 2020, Rt knee and tibia Aug. 2020.

**Hospitalization/Major Diagnostic Procedure:** Viral infection , gun shot to thigh , Rt knee and tibia .

**Family History:** Father: alive. Mother: alive. 1 brother(s) . 1 son(s) , 1 daughter(s) . .

**Social History:**
Tobacco Use: Tobacco Use/Smoking Are you a nonsmoker.
Drugs/Alcohol: Alcohol Screen Points 0, Interpretation Negative.
NON SMOKER.

**Medications:** Taking Sucralfate 1 GM Tablet 1 tablet Orally Three times daily, Taking NexIUM 40 MG Capsule Delayed Release 1 capsule Orally Once a day, Taking Cyclobenzaprine HCl 10 MG Tablet 1 tablet as needed Orally twice a day, Taking KlonoPIN 1 MG Tablet 0.5 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed, Taking Percocet 7.5-325 MG Tablet take 1 tablet Orally twice a day, Taking Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening, Not-Taking Amoxicillin 500 MG Capsule 1 capsule Orally Twice a day, Medication List reviewed and reconciled with the patient

**Allergies:** Cefzil.

## Objective:

**Vitals:** BP **126/88 mm Hg**, Ht 65.5 in, Wt **137.2 lbs**, BMI **22.48 Index**, Temp **97.2 F**, HR **89 /min**, RR **20 /min**, Oxygen sat % **98**.

**Examination:**

General Examination:

in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. EARS: Tympanic membranes dull bilaterally. NOSE Mild congestion, maxillary sinus tenderness. ORAL CAVITY: Moist mucosa. THROAT clear. NECK/THYROID: No cervical lymphadenopathy. SKIN: warm and dry, erythema in bilateral axilla. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK: Lumbar spinal tenderness. MUSCULOSKELETAL: Difficulty arising from a chair, ambulates with a cane. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

## Assessment:

**Assessment:**

1. Acute non-recurrent sinusitis, unspecified location - J01.90 (Primary)
2. Intertriginous candidiasis - B37.2
3. Degenerative disc disease, cervical - M50.30
4. Low back pain, unspecified - M54.50
5. Pain in right femur - M89.8X5
6. Other chronic pain - G89.29
7. Sleep disorder - G47.9
8. Anxiety - F41.9
9. Therapeutic drug monitoring - Z51.81
10. Body mass index (BMI) 22.0-22.9, adult - Z68.22
11. Encounter for screening for other disorder - Z13.89
12. Non-smoker - Z78.9

## Plan:

**1. Acute non-recurrent sinusitis, unspecified location**

LAB: CBC-Med

LAB: CMP

| | Value | Reference Range |
|---|---|---|
| Age | 49 | - Years |
| GFR Estimated | 76 | 60 - 140 - see below |
| Sex multiplier | 1.00 | - # |
| Albumin | 4.8 | 3.8 - 5.1 - g/dl |
| Alk Phos | 83 | 34 - 114 - U/L |
| ALT | 19 | 3 - 35 - U/L |
| AST | 20 | 8 - 33 - U/L |
| BUN | 17 | 8 - 23 - mg/dl |
| Calcium | 9.9 | 8.5 - 10.4 - mg/dl |
| Chloride | 100 | 90 - 110 - mmol/L |
| Carbon Dioxide | 32.0 | 23 - 34 - mmol/L |
| Creatinine | 1.1 | 0.9 - 1.3 - mg/dl |
| Glucose | 96 | 70 - 105 - mg/dl |
| Potassium | 4.8 | 3.5 - 5.0 - mmol/L |
| Sodium | 139 | 136 - 145 - mmol/L |
| Total Protein | 7.5 | 6.6 - 8.3 - g/dl |
| Total Bilirubin | 0.8 | 0.1 - 1.0 - mg/dl |

BATCHELOR,ANDREA M 12/17/2021 11:19:01 PM > reviewed

**2. Intertriginous candidiasis**

LAB: CMP

| | Value | Reference Range |
|---|---|---|
| Age | 49 | - Years |
| GFR Estimated | 76 | 60 - 140 - see below |
| Sex multiplier | 1.00 | - # |
| Albumin | 4.8 | 3.8 - 5.1 - g/dl |
| Alk Phos | 83 | 34 - 114 - U/L |
| ALT | 19 | 3 - 35 - U/L |
| AST | 20 | 8 - 33 - U/L |
| BUN | 17 | 8 - 23 - mg/dl |
| Calcium | 9.9 | 8.5 - 10.4 - mg/dl |
| Chloride | 100 | 90 - 110 - mmol/L |
| Carbon Dioxide | 32.0 | 23 - 34 - mmol/L |
| Creatinine | 1.1 | 0.9 - 1.3 - mg/dl |
| Glucose | 96 | 70 - 105 - mg/dl |
| Potassium | 4.8 | 3.5 - 5.0 - mmol/L |
| Sodium | 139 | 136 - 145 - mmol/L |
| Total Protein | 7.5 | 6.6 - 8.3 - g/dl |
| Total Bilirubin | 0.8 | 0.1 - 1.0 - mg/dl |

BATCHELOR,ANDREA M 12/17/2021 11:19:01 PM > reviewed

**3. Others**

Continue Sucralfate Tablet, 1 GM, 1 tablet, Orally, Three times daily, 30 days, 90, Refills 2 ; Continue NexIUM Capsule Delayed Release, 40 MG, 1 capsule, Orally, Once a day, 30 days, 30 Capsule, Refills 2 ; Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet as needed, Orally, twice a day, 30 days, 60 Tablet, Refills 2 ; Continue KlonoPIN Tablet, 1 MG, 0.5 tablet, orally, every morning, 1 tablet mid day and 1 tablet at bedtime as directed, 90 days, 225, Refills 0 ; Continue Percocet Tablet, 7.5-325 MG, take 1 tablet, Orally, twice a day, 30 days, 60, Refills 0 ; Continue Adderall Tablet, 10 MG, 0.5 tablet in the am, Orally, 1 tablet at lunch, and 1 tablet in the evening, 30 days, 75, Refills 0 ; Start Amoxicillin-Pot Clavulanate Tablet, 500-125 MG, 1 tablet, Orally, every 12 hrs, 7 day(s), 14 Tablet, Refills 0 ; Start Diflucan Tablet, 100 MG, 1 tablet, Orally, once a day, 7 days, 7 Tablet, Refills 0 .

Notes: I obtained a CBC and a CMP today. A CBC revealed a white blood cell count of 6.3, hemoglobin 17.3, hematocrit 51.7, and platelet 245. I will treat him with Decadron, Rocephin, and Augmentin today for acute sinusitis. I will also prescribe Diflucan today for intertriginous candidiasis. I will continue his other medications as prescribed. I looked him up in the PDMP. I will coutinue Percocet for chronic pain and Adderall for sleep disorder. I will continue Klonopin as needed for anxiety.

**Therapeutic Injections:**
AB DECADRON 1mg : 4 mg (Route: Intramuscular) given by Marsha Kelley on left hip intramuscular
AB ROCEPHIN 1 GRAM : 1 g (Route: Intramuscular) given by Marsha Kelley on right hip intramuscular

**Procedure Codes:** 96372 THER/PROPH/DIAG INJ, SC/IM, Units: 2.00 , Modifiers: 59 , J1100 AB DECADRON 1mg, Units: 4.00 , J0696 AB ROCEPHIN 1 GRAM, Units: 4.00 , 85025 CBC, 80053 COMPREHEN METABOLIC PANEL, G8420 BMI<30 AND >=22 CALC & DOCU, 3074F SYST BP < 130 MM HG, 3079F DIAST BP 80-89 MM HG

**Preventive Medicine:**
Counseling: BP Management DIETARY RECOMMENDATIONS: Dietary management education, guidance, and counseling, PHYSICAL ACTIVITY RECOMMENDATION: Giving encouragement to exercise. Tobacco use: Patient not counseled: Patient not eligible. BMI Care goal follow-up plan BMI management provided Yes, Above Normal BMI Follow-up Giving encouragement to exercise. Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise, Discussed the benefits of any exercise for overall health and well-being.

**Follow Up:** 3 Months, prn

**Electronically signed by ANDREA BATCHELOR, MD on 01/19/2022 at 09:40 AM CST**
**Sign off status: Pending**

**Provider: Andrea Batchelor, MD** **Date: 12/14/2021**

Jan-31-2022 08:31:25ANDREA M BATCHELORPatient Document16033345995Crowe,SandraFamily Medical Associates WestFamily Medical Associates West205-489-3322205-489-33259This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

| | |
|---|---|
| Date: | January 27, 2022 |
| To: | DR. ANDREA BATCHELOR |
| Attn: | |
| Fax: | (205) 489-3325 |
| From: | Michael Harris<br>Claims Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-5995 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 10295792<br>Claimant: John Lynn<br><br>Clayton Homes, Inc |

1/28/22

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

January 27, 2022

Dr. Andrea Batchelor

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792
Claimant: John Lynn
Claimant D.O.B.:

Dear Dr. Andrea Batchelor:

We are the Disability Claim Administrator for your patient, John Lynn.

On January 5, 2022 a/an medical review was performed to assist us in determining Mr. Lynn's eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

(see attached)

Please review the enclosed report by Dr. Hoffman, and provide any comments you wish to have considered. If you disagree with Dr. Hoffman's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by February 3, 2022. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 334-5995 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Lynn allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Lynn's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Michael Harris
Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13926
Secure Fax No.: (603) 334-5995

Attachments: 10295792-MEDICAL-CP/PEER REVIEW-01.05.2022

## Clinical Review Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| CLAYTON HOMES INC | JOHN LYNN | 10295792 |

| | | | |
|---|---|---|---|
| **Report Date:** | 01/05/2022 | | |
| **Referred By:** | Charles Harris | **Claimant DOB:** | |
| **Referral Date:** | 12/30/2021 | **Job Title:** | ELECTRICAL TL |
| **Due Date:** | 01/14/2022 | **Medical/ Surgical Condition:** | Knee injury / surgery, ongoing knee pain |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 02/21/2020 |
| | | **DOD:** | 02/22/2020 |
| **Physical Demands:** | | **BBD:** | 08/22/2020 |
| **Non-Medical Issue.** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

**Response:**
Right elbow fracture (S52.001)
Displaced comminuted fracture of shaft of right femur with delayed healing (S72.351)
Ankylosis of right knee (M24.661)
Right thigh pain (M79.651)

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

**Response:**
Low back pain (M54.5)

3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from September 1, 2021 to present, and comment on the expected duration.

**Response:**
The medical evidence supports impairments affecting usual life activities, including work-related activities. The support includes the claimant report of ongoing right thigh, foot and back pain with mobility limitations; his history of two falls resulting in a completely

displaced right elbow avulsion fracture causing complete triceps tendon disruption; treatment with triceps tendon repair of the right elbow on 02/27/2020 and subsequently removal of infected hardware on 03/30/2020 and IV antibiotics due to an infection; his history of an accidental self-inflicted gunshot to his right leg on 05/03/2020 resulting in a comminuted distal one third femur fracture; treatment with closed reduction with application of a spanning external fixator on 05/03/2020, then removal of spanning external fixator, debridement and irrigation and closed retrograde intramedullary nailing of the right distal one third femur fracture on 05/06/2020, and knee manipulation in 08/2020 resulting in a partial tibial tubercle avulsion; evidence of delay union of the femur fracture, examination findings supporting impaired mobility, and maintenance on opioid analgesics.

As a result, reasonable R&Ls from 09/01/2021 to present and ongoing, based on review of medical records, are:

- sitting unrestricted other than intermittent brief change in position
- standing/walking occasionally with use of an assistive device such as a cane as desired
- lifting/carrying up to 10 pounds occasionally and 5 pounds frequently (as long as carriage can be in one hand allowing for use of a cane)
- fingering, handling, typing and reaching at desk level and overhead unrestricted
- bending, stooping, and reaching below waist frequently
- crouching, kneeling, ladder climbing, work at unprotected heights, commercial driving and operating heavy equipment or safety-sensitive machinery to be avoided while using opioid analgesics

Within these R&Ls, the claimant should be capable of full-time work.

In the absence of additional clinical information to the contrary, these restrictions and limitations are expected to be permanent given the nature and duration of his condition, the lack of definitive treatment, his age, and his comorbid conditions of low back pain.

Besides the R&Ls noted above related to his opioid use, I found no clinical evidence for medication or other treatment side effects, or other identifiable conditions that support additional impairment or additional restrictions or limitations beyond those outlined above.

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

**Response:**
I did not find R&Ls provided by treating clinicians.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

**Response:**
The claimant has received treatment which seems consistent with the standard of care for the apparent level of severity of the condition.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

**Response:**
None were identified from the records that were reviewed.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

**Name: Andrea Batchelor Phone Number: 1 (205) 489 3322 ex ---- Fax Number: (205) 489-3325**

**Response:**
No AP contact was attempted as it was felt likely to be noncontributory and the records adequately support the R&Ls outlined above.

**Brief Overview of Clinical Presentation and Course**

The medical records indicate that the claimant is a 50-year old man who last worked on 02/21/2020. He had a right elbow injury from a fall at home around 01/22/2020. He was found to have a nondisplaced fracture of an olecranon spur and was being treated conservatively. He then had another fall causing a completely displaced avulsion fracture causing complete triceps tendon disruption. He underwent triceps tendon repair of the right elbow on 02/27/2020 (Kendall Vague, MD). He subsequently developed an infection and underwent removal of infected hardware on 03/30/2020 (Kendall Vague, MD) and received IV antibiotics for 6 weeks. He then had an accidental self-inflicted gunshot to his right leg on 05/03/2020 resulting in a comminuted distal one third femur fracture. He underwent closed reduction with application of a spanning external fixator on 05/03/2020, and then removal of spanning external fixator, debridement and irrigation and closed retrograde intramedullary nailing of the right distal one third femur fracture on 05/06/2020 (David Griffin, MD). He later underwent knee manipulation in 08/2020 resulting in a partial tibial tubercle avulsion. There was delay union and he used a bone stimulator. He presently has pain, mobility limitations, and is maintained on opioid analgesics. His past medical history is also remarkable for diagnoses of gastroesophageal reflux disease, stomach ulcers, anemia, urinary retention, chronic vertigo, hiatal hernia, insomnia, anxiety, and attention deficit hyperactivity disorder.

The claimant followed-up with Kendall Vague, MD at Southern Orthopedic & Sports Medicine with most recent visit in the records of 05/28/2020. At the time, he was using a walker due to the right femur gunshot injury. He reported significant symptoms of ulnar nerve compressive neuropathy. Examination noted some weakness of the interosseous muscle, persistent numbness in the ulnar nerve distribution, positive Tinel's over the cubital

tunnel, near full right elbow range and healed wound. He was to stop using the elbow brace and follow-up in 4 weeks. No subsequent records from this provider were found.

The claimant has followed-up with David Griffin, MD at The Orthopedic Center. When seen on 06/08/2020, he was referred to physical therapy. On 07/15/2020, it was noted he was to have bone grafting to his right femur and knee manipulation before 08/18/2020 when his insurance would run out. On 08/12/2020, it was noted that there had been a decision against the bone grafting, but the knee manipulation was to occur. At the visit of 09/09/2020, it was noted he was roughly 4 weeks following knee manipulation resulting in a partial tibial tubercle avulsion. On 11/04/2020, it was noted he was using a bond stimulator, walking with a cane and continued to have distal thigh pain. He was attempting exercises at the gym. At the most recent visit in the records of 04/20/2021, the claimant reported continued discomfort in the distal thigh with radiation to his foot. He was still using a cane. Examination noted gait with a cane and significant limp, right knee range of 5 to 95 degrees and intact neurovascularly. He was to weight bear as tolerated, use the bone stimulator daily, and follow-up in 8 weeks. No subsequent records from this provider were found.

The claimant has received care from Andrea Batchelor, MD (internal medicine) at Family Medical Associates since at least 2015. When seen on 05/16/2018, it was noted that medications included Norco for right foot pain and chronic back pain. Since being off work, he has been maintained on opioids. When seen on 09/29/2021, he reported ongoing right femur pain and burning pain in his right foot worse with standing or riding in a vehicle. He also reported chronic lower back pain. Examination noted difficulty arising from a chair, ambulation with a cane, and tenderness of his right thigh. At the most recent visit in the records of 10/26/2021, there was reference to getting a second opinion (evidently about his leg pain). Medications included Nexium, cyclobenzaprine, Adderall, Klonopin and Percocet. Examination noted a BMI of 22.6. He was to continue current medications, including Percocet (#60 for 30 days provided).

Physical therapy records indicate that he was seen initially on 06/19/2020 for focused on his right lower extremity. Therapy notes continue to 08/26/2020 at which time he still had limitations in right knee range and strength, and impaired gait. Continuation of physical therapy was recommended.

Pertinent diagnostics include the following:

- 09/09/2020 – X-rays of the right knee showed the fracture to be well aligned and stabilized with a retrograde intramedullary nail and no interval loss of position or fixation; early reactive callus formation about the fracture site; evidence of a minimal avulsive fracture involving the tibial tubercle that appears to be incomplete, minimally displaced and unchanged from previous radiographs
- 01/28/2021 – CT of the right femur showed osteopenia; old posttraumatic, and postsurgical changes to the mid femur from prior gunshot wound and fracture; areas of solid bridging bone formation between the proximal and distal femur and the adjacent bone fragments, greatest posteriorly and laterally; and no definite solid new bone formation is seen anterior

A completed claimant activities questionnaire was not found in the records provided.

**Analysis of Medical Documentation and Support for Responses to Referral Questions**

The medical records indicate that the claimant has had ongoing right thigh, foot and back pain with mobility limitations. He was initially off work following two falls resulting in a completely displaced right elbow avulsion fracture causing complete triceps tendon disruption. He underwent triceps tendon repair of the right elbow on 02/27/2020. He subsequently developed an infection and underwent removal of infected hardware on 03/30/2020 and received IV antibiotics for 6 weeks. He then had an accidental self-inflicted gunshot to his right leg on 05/03/2020 resulting in a comminuted distal one third femur fracture. He underwent closed reduction with application of a spanning external fixator on 05/03/2020, then removal of spanning external fixator, debridement and irrigation and closed retrograde intramedullary nailing of the right distal one third femur fracture on 05/06/2020, and knee manipulation in 08/2020 resulting in a partial tibial tubercle avulsion. There was delay union of the femur fracture for which he has used a bone stimulator. He has been maintained on opioid analgesics.

See above for conclusions regarding reasonable R&Ls.

**Records Reviewed:**
All medical records referred by Lincoln Financial Group as of today's date were reviewed, including the most recent records in the file.

Electronically Signed

Martin D. Hoffman, M.D.
Board Certified in Physical Medicine & Rehabilitation

Oct-26-2021 12:44:11Faxing Multiple Encounters6033345995Ergle,MillieFamily Medical Associates WestFamily Medical Associates West205-489-332257This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.

**Progress Notes**

**Patient: Lynn, John** **Provider: Andrea Batchelor, MD**
**DOB: Age: 48 Y Sex: Male** **Date: 07/10/2020**

**Reason for Appointment**

1. RASH
2. c/o rash on chest and back, right side of face. Denies itching, but states it feels like something crawling up chest. States he has taken so many abt that it feels like a yeast inf. Denies any new meds, or new detergent or soap.
3. C/o not sleeping.
4. Gateway
5. CN

**History of Present Illness**

Depression Screening:

PHQ-9 Thoughts that you would be better off dead or of hurting yourself in some way Not at all, Total Score 14, Interpretation Moderate Depression.

1 HPI:

He presents to clinic with complaint of a rash on his chest, back, and right face for the last 1-2 weeks. The rash doesn't itch. It feels like rough sandpaper. He denies any new detergents or soap. He also feels likes something is crawling in his chest. He has taken a lot of antibiotics recently. He thinks that he has a yeast infection in his throat. He has not been sleeping well for the last week. He is only sleeping a couple hours per night. His left ear is "thumbing". He feels like his vertigo is causing to have problems sleeping.

**Current Medications**

Taking

- Triamcinolone Acetonide 0.1 % Cream 1 application Externally Twice a day
- Norco 5-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- HydrOXYzine HCl 25 MG Tablet 1 tablet as needed for itching Orally every 8 hrs
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Klonopin 1 MG Tablet 1/2 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**

Vasectomy 2003
right elbow 2/27/2020
right elbow 3/30/2020
gun shot to thigh 2020

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:

Tobacco Use/Smoking Are you a nonsmoker.
NON SMOKER.

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection
gun shot to thigh

**Review of Systems**

General/Constitutional:

Change in appetite denies. Chills denies. Fever denies.

ENT:

Decreased hearing denies. Sore throat denies. Swollen glands denies.

Endocrine:

Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:

Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:

Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:

Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .

Genitourinary:

Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:

Painful joints **admits**. Weakness denies.

Skin:

Dry skin denies. Itching denies. Rash **admits**.

Neurologic:

Dizziness admits. Fainting denies. Headache denies.

**Vital Signs**

BP **148/101 mm Hg**, Ht 65.5 in, Wt **140.6 lbs**, BMI **23.04 Index**, Temp **98.3 F**, HR **96 /min**, RR **20 /min**, Oxygen sat % **97**.

**Examination**

General Examination:

GENERAL APPEARANCE in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. EARS: tympanic membrane dull bilaterally. NOSE nares patent. ORAL CAVITY: moist mucosa. THROAT clear. NECK/THYROID: neck supple. SKIN: warm and dry, erythematous macules on left neck, erythematous macules and pustules on back. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Rash - R21 (Primary)
2. Insomnia, unspecified type - G47.00
3. Left serous otitis media, unspecified chronicity - H65.92
4. Candida infection - B37.9
5. Non-smoker - Z78.9
6. Body mass index (BMI) of 23.0-23.9 in adult - Z68.23

**Treatment**

**1. Others**

Start Diflucan Tablet, 100 MG, 1 tablet, Orally, once day, 7 days, 7, Refills 0

Notes:

In regards to his rash, it has the appearance of acne. He was instructed to try over the counter body washes to help with his rash. If not improved, I would prescribed Doxycycline. He did not wish to take an additional antibiotic at this time. In regards to his insomnia, we discussed Trazodone. However, he declined at this time. He reports he will try Melatonin. He has some fluid behind his ear drums. He can take OTC medications for sinus issues. I will prescribe Diflucan for candidiasis.

.

**Preventive Medicine**

Counseling: BP Management FIRST HYPERTENSIVE BP READING FOLLOW-UP PLAN: Follow-up 1 month, LIFESTYLE RECOMMENDATION: Hypertension education.

Tobacco use: Patient not counseled: Patient not eligible due to non-smoking status.

BMI Care goal follow-up plan BMI management provided Yes.

Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Follow Up**

1 week if not improved

**Electronically signed by ANDREA BATCHELOR , MD on 07/24/2020 at 02:54 PM CDT**

**Sign off status: Completed**

**Provider: Andrea Batchelor, MD** **Date: 07/10/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Lynn, John**
48 Y old Male, DOB:
Account Number: 79274

Home: :
Guarantor: Lynn, John Insurance: BCBS ALABAMA Payer ID: SB510
Referring: ANDREA M BATCHELOR
Appointment Facility: Family Medical Associates West

04/21/2020 Progress Notes: Andrea Batchelor, MD

**Current Medications**
Taking
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Klonopin 1 MG Tablet 1/2 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Medication List reviewed and reconciled with the patient

**Past Medical History**
Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**
Vasectomy 2003
right elbow 2/27/2020
right elbow 3/30/2020

**Family History**
Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker.
Drugs/Alcohol:
Alcohol Screen Points 0, Interpretation Negative.
NON SMOKER.

**Allergies**
Cefzil

**Hospitalization/Major Diagnostic Procedure**
Viral infection

**Reason for Appointment**
1. Rash
2. Pt. c/o rash, red spots on BLE/low back. c/o itching. States it started out as hard knots after 1 st surgery.
3. refills at Gateway
4. CN

**History of Present Illness**
HPI:
He presents to clinic with complaint of a rash on his lower extremities and back. The rash started after he had the first surgery on his right elbow. The rash started out as small bumps. The rash has improved, but now, he itches. The itching is worse when he gets hot. He is currently on an antibiotic (Ancef per his wife) three times a day for 3 more weeks (6 weeks total). He needs refills today. Klonopin is helping with his anxiety. Adderall helps him stay awake during the day.

**Vital Signs**
Ht 65.5 in, Wt 147.2 lbs, BMI 24.12 Index, Temp 97.2 F, HR 108 /min, RR 20 /min, Oxygen sat % 97.

**Examination**
General Examination:
GENERAL APPEARANCE in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. NECK/THYROID: neck supple. SKIN: warm and dry, dry patches on lower extremities. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. MUSCULOSKELETAL: brace on right elbow. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**
1. Dermatitis - L30.9 (Primary)
2. Sleep disorder - G47.9
3. Anxiety - F41.9
4. Chronic back pain - M54.9
5. Other chronic pain - G89.29
6. Non-smoker - Z78.9
7. BMI 24.0-24.9, adult - Z68.24

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.
ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.
Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.
Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.
Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.
Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .
Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.
Musculoskeletal:
Painful joints **admits**. Weakness denies.
Skin:
Dry skin denies. Itching admits.
Rash **admits.**
Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Treatment**

**1. Others**

Continue Nexium Capsule Delayed Release, 40 MG, 1 capsule, Orally, Once a day, 90 days, 90, Refills 0
Continue Sucralfate Tablet, 1 GM, 1 tablet, Orally, Three times daily, 90 days, 270, Refills 0
Continue Klonopin Tablet, 1 MG, 1/2 tablet, orally, every morning, 1 tablet mid day and 1 tablet at bedtime as directed, 30 days, 75, Refills 0
Continue Adderall Tablet, 10 MG, 0.5 tablet in the am, Orally, 1 tablet at lunch, and 1 tablet in the evening, 30 days, 75, Refills 0
Start HydrOXYzine HCl Tablet, 25 MG, 1 tablet as needed for itching, Orally, every 8 hrs, 30 day(s), 90 Tablet, Refills 0
Start Triamcinolone Acetonide Cream, 0.1 %, 1 application, Externally, Twice a day, 30 days, 80 Gram, Refills 0
Start Norco Tablet, 5-325 MG, 1 tablet as needed, Orally, every 8 hrs, 15 days, 45 Tablet, Refills 0
Notes: He is currently taking Ancef, and he has an allergy to cefzil. The itching is likely due to Ancef. His wife was instructed to discuss the medication with his surgeon to see if it needs to be changed. I will prescribe hydroxyzine and triamcinolone for dermatitis. I will continue Klonopin for anxiety and Adderall for sleep disorder. I will also continue Norco for chronic back pain.

**Preventive Medicine**

Counseling: Tobacco use: Patient not counseled: Patient not eligible. BMI Care goal follow-up plan BMI management provided Yes. Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Follow Up**

4 Weeks

Electronically signed by ANDREA BATCHELOR , MD on 05/26/2020 at 09:40 PM CDT

Sign off status: Completed

Progress Note: Andrea Batchelor, MD 04/21/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Family Medical Associates West
26279 HWY 195
DOUBLE SPRINGS, AL 35553-2407
Tel: 205-489-3322
Fax: 205-489-3325

**Progress Notes**

Patient: Lynn, John
DOB: ge: 48 Y Sex: Male

Provider: Andrea Batchelor, MD
Date: 02/24/2020

**Reason for Appointment**

1. Pt states he fell around Jan. 22nd, saw the Orthopedic last Thurs. Fell last Friday with right arm/elbow bruised, swollen and pain. He states he did take clindamycin and amoxcillin the end of Jan. He has a pic of x ray on his phone of his elbow
2. Wal Greens
3. CN

**History of Present Illness**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.

1 HPI:

He presents to clinic with complaint of pain in his right elbow. He fell on 1/22/2020. He went to Haleyville on 1/25/2020. He was given a steroid shot in his elbow and an antibiotic shot. He saw Dr. Smith a week later because his right elbow was red and swollen. He was given clindamycin. He saw Dr. Vague on 2/20/2020. He had xrays by Dr. Vague, and he was told that he may have broken a spur off. He was told that if it was not better if he would need to have surgery in April. He tripped over his dog, and he landed on his right arm. His right arm started swelling right after the fall. The swelling has gotten worse since then. He noticed swelling on his right elbow and bruising on his elbow yesterday, but it has gotten worse. He cannot move his right elbow. His right elbow and shoulder have been bothering him since he fell.

**Current Medications**

Taking

- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Klonopin 1 MG Tablet 1/2 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Norco 5-325 MG Tablet 1 tablet as needed Orally every 8 hrs pm, stop date 03/18/2020
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**

Vasectomy 2003

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:

Tobacco Use/Smoking Are you a nonsmoker.

Drugs/Alcohol:

Alcohol Screen Points 0, Interpretation Negative.
NON SMOKER.

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.
ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.
Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.
Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.
Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.
Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .
Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.
Musculoskeletal:
Painful joints **admits**. Weakness denies.
Skin:
Dry skin denies. Itching denies. Rash denies.
Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Vital Signs**

BP 131/83 mm Hg, Ht 65.5 in, Wt 144.6 lbs, BMI 23.69 Index, Temp 100.0 F, HR 121 /min, RR 20 /min, Oxygen sat % 96.

**Examination**

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. NECK/THYROID: neck supple. SKIN: warm and dry, erythema and warmth right elbow, bruising on right upper arm. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. MUSCULOSKELETAL: edema right elbow, unable to extend right elbow fully, tenderness to palpation over right elbow and right forearm. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Right elbow pain - M25.521 (Primary)
2. Right forearm pain - M79.631
3. Acute pain of right shoulder - M25.511
4. Fall, initial encounter - W19.XXXA
5. Non-smoker - Z78.9
6. Body mass index (BMI) of 23.0-23.9 in adult - Z68.23

**Treatment**

**1. Right elbow pain**
Imaging: Xray : Elbow, right

**2. Right forearm pain**
Imaging: Xray : Forearm, right

**3. Acute pain of right shoulder**
Imaging: Xray : Shoulder, right

**4. Others**
Notes: I obtained xrays of his right elbow, right forearm, and right shoulder. An xray of his right elbow revealed 2 bone fragments lateral to elbow joint. An xray of his right shoulder did not reveal any fractures. An xray of his right forearm did not reveal any fractures. We called orthopedics and got him an appointment for tomorrow for orthopedics since he now has 2 fragments on his right elbow xray. He can take Norco as needed for pain.

**Preventive Medicine**

Counseling: BP Management PHYSICAL ACTIVITY RECOMMENDATION: Giving encouragement to exercise.
Tobacco use: Patient not counseled: Patient not eligible.
BMI Care goal follow-up plan BMI management provided Yes.
Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Procedure Codes**

73090 XRAY EXAM OF FOREARM, Modifiers: RT
73070 X-RAY EXAM OF ELBOW, Modifiers: RT
73020 X-RAY EXAM OF SHOULDER, Modifiers: RT

**Follow Up**

1 week if not improved

**Patient: Lynn, John** **Provider: Andrea Batchelor, MD**
**DOB:** **Date: 02/24/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Electronically signed by ANDREA BATCHELOR , MD on 03/02/2020 at 02:40 PM CST**
**Sign off status: Completed**

**Lynn, John**
48 Y old Male, DOB:
Account Number: 79274

Home:
Guarantor: Lynn, John Insurance: BCBS ALABAMA
PCP: ANDREA M BATCHELOR Referring: ANDREA M BATCHELOR
Appointment Facility: Family Medical Associates

01/25/2020 Progress Notes: Vanessa Ragland, D.O.

**Current Medications**

Taking

- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Klonopin 1 MG Tablet 1/2 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**

Vasectomy 2003

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker.
Drugs/Alcohol:
Alcohol Screen Points 0, Interpretation Negative.
NON SMOKER.

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Reason for Appointment**

1. ?BAD BODY ACHES, NAUSEA. HEADACHE FOR 2 DAYS
2. MY ELBOW IS RED
3. GATEWAY, KH

**Assessments**

1. Viral syndrome - B34.9 (Primary)
2. Cough - R05
3. Elbow pain, right - M25.521
4. Non-smoker - Z78.9
5. BMI 24.0-24.9, adult - Z68.24

**Treatment**

**1. Cough**

LAB: Influenza A&B

| | | |
|---|---|---|
| Influenza A&B | Negative | - - |

**2. Others**

Start Tamiflu Capsule, 75 MG, 1 capsule, Orally, Twice a day, 5 day(s), 10, Refills 0
Start Zithromax Z-Pak Tablet, 250 MG, 2 tablets on the first day, then 1 tablet daily for 4 days, Orally, Once a day, 5 day(s), 1, Refills 0
Start Deconex IR Tablet, 10-385 MG, 1 tablet as needed, Orally, qid, 10 days, 40 Tablet, Refills 0
Notes: sampoles of nalfon given, f/u with usual provider.

**Procedures**

TRIGGER POINT INJECTION:
TRIGGER POINT INJECTION 2MG DECADRON, 1/4CC LIDO W/O EPI, DONE BY DR. RAGLAND IN RIGHT ELBOW, TRIGGER POINT W/O COMPLICATIONS.

**Therapeutic Injections**

VR DECADRON 4mg : 2 mg (Dose No:1) (Route: Intramuscular) given by Keisha Harris on left gluteus
VR LINCOMYCIN : 600 mg (Dose No:1) (Route: Intramuscular) given by Keisha Harris on right gluteus

**Preventive Medicine**

Counseling: BP Management FIRST HYPERTENSIVE BP READING FOLLOW-UP PLAN: Follow-up 1 month, LIFESTYLE RECOMMENDATION: Lifestyle education.

**History of Present Illness**

Depression Screening:
PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.
MR LYNN IS A 48 YR OLD MALE WHO PRESENTS TODAY ILLNESS SYMPTOMS MENTIONED ABOVE AND RIGHT ELBOW PAIN. FLU TEST IS NEGATIVE. TRIGGER POINT IN RIGHT ELBOW DONE. TREATMENT FURTHER LISTED BELOW.

**Vital Signs**

BP 129/92 mm Hg, Ht 65.5 in, Wt 148 lbs, BMI 24.25 Index, Temp 98.3 F, HR 106 /min, RR 18 /min, Oxygen sat % 96.

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.

Diabetic Eye Exam :
Have you had an eye exam recently? admits. When was last exam? Date. Who is your eye doctor? Dr..

Ophthalmologic:
Blurred vision denies. Discharge denies. Pain denies.

ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .

Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:
Painful joints denies. Weakness denies.

Skin:
Dry skin denies. Itching denies. Rash denies.

Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Examination**

General Examination:
GENERAL APPEARANCE: **PATIENT HAVING CHILLS IN OFFICE**. HEAD: normocephalic, atraumatic. EYES: pupils equal, round, reactive to light and accommodation. EARS: normal. NOSE nares patent, no lesions. ORAL CAVITY: mucosa moist. THROAT clear. NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy. SKIN: no suspicious lesions, warm and dry. LUNGS: **COUGH, NO WHEEZING**. HEART: regular rate and rhythm. ABDOMEN normal, bowel sounds present, soft, nontender, nondistended. EXTREMITIES: **RIGHT ELBOW, RED AND SWOLLEN, TENDER**. FOOT EXAM normal. NEUROLOGIC: nonfocal, motor strength normal upper and lower extremities, sensory exam intact. PSYCH: alert, oriented, cooperative with exam, good eye contact, speech clear. STRUCTURAL EXAM normal. WHEN WAS YOUR LAST EYE EXAM date:.

**Procedure Codes**

J1100 VR DECADRON 4mg, Units: 2.00
J2010 VR LINCOCIN 600MG, Units: 2.00
96372 THER/PROPH/DIAG INJ, SC/IM, Units: 2.00 , Modifiers: 59
87804 INFLUENZA ASSAY A W/OPTIC
87804 INFLUENZA ASSAY B, Modifiers: 59
20552 INJECT MUSCLE TRIGGER POINT, 1 OR 2



**Electronically signed by VANESSA RAGLAND , DO on 02/03/2020 at 08:31 AM CST**
**Sign off status: Completed**



**Family Medical Associates**
**12350 HIGHWAY 195**
**HALEYVILLE AL 355657064**
**Tel: 205-486-8899**
**Fax: 205-486-8908**

**Lynn, John**
48 Y old Male, DOB:
Account Number: 79274

Home:
Guarantor: Lynn, John Insurance: BCBS ALABAMA Payer ID: SB510
Referring: ANDREA M BATCHELOR
Appointment Facility: Family Medical Associates West

01/06/2020 Progress Notes: Andrea Batchelor, MD

**Current Medications**

Taking
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Tamsulosin HCl 0.4 MG Capsule 1 capsule 30 minutes after the same meal Orally Once a day, stop date 01/11/2020
- Klonopin 1 MG Tablet 1/2 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed

Not-Taking
- DIFLUCAN 100 MG TAB 1 tablet PO Once a day
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**

Vasectomy 2003

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker.
Pharmacy: Walmart (Haleyille).

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Reason for Appointment**

1. Still hurting in his side and ribs and can't breath. Bent over a felt a crunch. Pt. has papers for medical leave.
2. Gateway
3. CN

**History of Present Illness**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.

1 HPI:

He presents to clinic with complaint of right upper quadrant and right rib pain. He has had pain in his RUQ since 1 week prior to Thanksgiving. He starte having pain in his right ribs yesterday. He has had pain intermittently, but the pain in his right ribs got worse today. He bent over today, and he felt a crunch in his right chest. It hurts to take a deep breath and to move his right arm. The pain radiates around to his right shoulder blade and spine.

**Vital Signs**

BP 136/91 mm Hg, Ht 65.5 in, Wt 144.0 lbs, BMI 23.60 Index, Temp 98.7 F, HR 82 /min, RR 20 /min, Oxygen sat % 97.

**Examination**

General Examination:

GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally. CHEST: tenderness to palpation over right lateral chest. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK: spine nontender to palpation. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Rib pain on right side - R07.81 (Primary)
2. Acute midline thoracic back pain - M54.6
3. Right upper quadrant pain - R10.11
4. Non-smoker - Z78.9
5. Body mass index (BMI) of 23.0-23.9 in adult - Z68.23

**Treatment**

**1. Rib pain on right side**
IMAGING: RIBS RT 2V

**2. Acute midline thoracic back pain**
IMAGING: SPINE THORACIC 2V

**3. Others**

Start Medrol Tablet Therapy Pack, 4 MG, as directed, Orally, ., 6 days, 1 Pack, Refills 0
Notes: An xray of his right ribs did not reveal any appreciable fractures. An xray of his thoracic spine did not reveal any acute findings. A HIDA scan was normal. I will prescribe a Medrol dose pack to help with his pain. If not improved, he may need further imaging to evaluate his right rib pain. I filled out FMLA paperwork.

**Preventive Medicine**

Counseling: BP Management FIRST HYPERTENSIVE BP READING FOLLOW-UP PLAN: Follow-up 1 month, LIFESTYLE RECOMMENDATION: Hypertension education. Tobacco use: Patient not counseled: Patient not eligible. BMI Care goal follow-up plan BMI management provided Yes. Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.

ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:
Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain admits. Diarrhea denies. Nausea denies. Vomiting denies .

Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:
Painful joints **admits**. Weakness denies.

Skin:
Dry skin denies. Itching denies. Rash denies.

Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Procedure Codes**

72070 X-RAY EXAM OF THORACIC SPINE
71100 XRAY EXAM RIBS ONE SIDE 2 VIEWS

**Follow Up**

2 weeks if not improved



**Electronically signed by ANDREA BATCHELOR , MD on 01/29/2020 at 04:55 PM CST**
**Sign off status: Completed**

---

**Family Medical Associates West**
**26279 HWY 195**
**DOUBLE SPRINGS, AL 35553-2407**
**Tel: 205-489-3322**
**Fax: 205-489-3325**

## Progress Note

**Patient:** Lynn, John
**Account Number:** 79274
**DOB:** **Age:** 47 Y **Sex:** Male
**Phone:**
**Address**

**Provider:** Andrea Batchelor, MD
**Date:** 12/09/2019

### Subjective:

**Chief Complaints:**

1. Check gallbladder.

**Medical History:**

### Objective:

### Assessment:

**Assessment:**

1. Epigastric pain - R10.13 (Primary)

### Plan:

**Procedure Codes:** 76700 US EXAM, ABDOM, COMPLETE
**Follow Up:** prn

**Electronically signed by ANDREA BATCHELOR , MD on 10/26/2021 at 10:05 AM CDT**
**Sign off status: Pending**

Provider: Andrea Batchelor, MD Date: 12/09/2019

**Progress Note**

**Patient: Lynn, John** **Provider: Andrea Batchelor, MD**
**DOB:** **Age: 47 Y Sex: Male** **Date: 11/27/2019**

**Reason for Appointment**
1. FACE SWOLLEN

**Current Medications**
Taking
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Klonopin 0.5 MG Tablet 1 tablet as needed for anxiety Orally three times a day
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain, stop date 12/11/2019
- Cefdinir 300 MG Capsule 1 capsule Orally every 12 hours, stop date 12/05/2019
- PredniSONE 20 MG Tablet 1 tablet Orally Once a day, stop date 11/30/2019

Not-Taking
- DIFLUCAN 100 MG TAB 1 tablet PO Once a day
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day

**Past Medical History**
Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**
Vasectomy 2003

**Family History**
Father: alive
Mother: alive
1 brother(s) , 1 son(s) , 1 daughter(s) .

**Social History**
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker.
Pharmacy: Walmart (Haleyille).

**Allergies**
Cefzil

**Hospitalization/Major Diagnostic Procedure**
Viral infection

**Vital Signs**
BP 146/90 mm Hg, Ht 65.5 in, Temp 96.8 F, HR 90 /min, RR 20 /min, Oxygen sat % 95.

**Assessments**
1. Swollen face - R22.0 (Primary)

**Therapeutic Injections**
AB DECADRON 4mg : 4 mg (Route: Intramuscular) given by Sandra Crowe on left buttock
AB ROCEPHIN 1 GRAM : 1 g (Route: Intramuscular) given by Sandra Crowe on right buttock

**Procedure Codes**
J1100 AB DECADRON 4mg
J0696 AB ROCEPHIN 1 GRAM, Units: 4.00
96372 THER/PROPH/DIAG INJ, SC/IM, Units: 2.00

**Electronically signed by ANDREA BATCHELOR , MD on 12/10/2019 at 09:09 AM CST**
**Sign off status: Completed**

**Patient: Lynn, John**
**DOB:**

**Provider: Andrea Batchelor, MD**
**Date: 11/27/2019**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Lynn, John**
47 Y old Male, DOB:
Account Number: 79274

Home:
Guarantor: Lynn, John Insurance: BCBS ALABAMA Payer ID: SB510
PCP: ANDREA M BATCHELOR Referring: ANDREA M BATCHELOR
Appointment Facility: Family Medical Associates West

11/25/2019 Progress Notes: BRITTANY TUBBS

**Current Medications**
Taking
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Klonopin 0.5 MG Tablet 1 tablet as needed for anxiety Orally three times a day
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain, stop date 12/11/2019

Not-Taking
- DIFLUCAN 100 MG TAB 1 tablet PO Once a day
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Medication List reviewed and reconciled with the patient

**Past Medical History**
Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**
Vasectomy 2003

**Family History**
Father: alive
Mother: alive
1 brother(s) , 1 son(s) , 1 daughter(s) .

**Social History**
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker.
Drugs/Alcohol:
Alcohol Screen Points 1, Interpretation Negative.
Pharmacy: Walmart (Haleyille).

**Allergies**
Cefzil

**Hospitalization/Major Diagnostic Procedure**
Viral infection

**Reason for Appointment**
1. Patient c/o of running fever on and off nothing over 100 over the weekend. Face swollen and hurts.
2. RX: Gateway
3. Se

**History of Present Illness**
Depression Screening:
PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.
1 HPI:
Mr. Lynn presents to clinic with complaint of left-sided facial edema, fever up to 100 F, postnasal drip, and runny nose for the past 2-3 days. He has been taking Tylenol and Ibuprofen for his symptoms without improvement. His blood pressure is elevated in clinic today. He did not sleep last night.

**Vital Signs**
BP 148/102 mm Hg, Ht 65.5 in, Wt 145.2 lbs, BMI 23.79 Index, Temp 97.8 F, HR 91 /min, RR 20 /min, Oxygen sat % 95.

**Examination**
General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic; mild left-sided facial edema. EARS: external canals inflamed; TMs dull and bulging bilaterally. NOSE mild congestion; maxillary sinus tenderness. ORAL CAVITY: moist mucosa. THROAT erythematous. NECK/THYROID: neck supple; no cervical lymphadenopathy. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**
1. Acute sinusitis, recurrence not specified, unspecified location - J01.90 (Primary)
2. Allergic rhinitis - J30.9
3. Elevated blood pressure reading - R03.0
4. Body mass index (BMI) of 23.0-23.9 in adult - Z68.23
5. Non-smoker - Z78.9

**Treatment**
**1. Acute sinusitis, recurrence not specified, unspecified location**
Notes: I will treat him for acute sinusitis with Rocephin, Decadron, Prednisone, and Cefdinir as directed.

**2. Elevated blood pressure reading**
Notes: We will continue to monitor his blood pressure.

**3. Others**
Start Cefdinir Capsule, 300 MG, 1 capsule, Orally, every 12 hours, 10 days, 20 Capsule, Refills 0
Start PredniSONE Tablet, 20 MG, 1 tablet, Orally, Once a day, 5 days, 5 Tablet, Refills 0

**Therapeutic Injections**
AB DECADRON 4mg : 4 mg (Dose No:1) (Route: Intramuscular) given by Sarah Dooley on right hip intramuscular
AB ROCEPHIN 1 GRAM : 1 g (Dose No:1) (Route: Intramuscular) given by Sarah Dooley on left hip intramuscular

**Preventive Medicine**
Counseling: BP Management DIETARY RECOMMENDATIONS: Diet education, PHYSICAL ACTIVITY RECOMMENDATION: Giving encouragement to exercise, LIFESTYLE RECOMMENDATION: Hypertension education. Tobacco use: Patient not counseled: Patient not eligible. BMI Care goal follow-up plan BMI management provided Yes. Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise, Discussed the benefits of any exercise for overall health and well-being.

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever admits.

ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .

Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:
Painful joints denies. Weakness denies.

Skin:
Dry skin denies. Itching denies. Rash denies.

Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Procedure Codes**

J1100 AB DECADRON 4mg
J0696 AB ROCEPHIN 1 GRAM, Units: 4.00
96372 THER/PROPH/DIAG INJ, SC/IM, Units: 2.00

**Follow Up**

1 - 2 weeks if not improved, PRN

**Electronically signed by RAMESH REDDY , MD on 12/09/2019 at 05:15 PM CST**
**Sign off status: Completed**

**Family Medical Associates West**
**26279 HWY 195**
**DOUBLE SPRINGS, AL 35553-2407**
**Tel: 205-489-3322**
**Fax: 205-489-3325**

**Progress Notes**

**Patient: Lynn, John**
**DOB: Age: 47 Y Sex: Male**

**Provider: Andrea Batchelor, MD**
**Date: 11/11/2019**

**Reason for Appointment**

1. Patient in clinic for check up and refills. Other Dr is going out of business and needs those rxs to be written.
2. RX Gateway and Express scripts
3. SE
4. Also requests increase in quanity of Norco

**History of Present Illness**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.

1 HPI:

He presents to clinic for follow up on his chronic pain, sleep disorder, and anxiety. Dr. Westfall is retiring. He needs to get those prescription written here. He takes Adderall for his sleep disorder. He takes Klonopin for anxiety. He complains of chronic pain in his lower back. He cannot touch his back without his back hurting. His pain is 7/10 currently.

**Current Medications**

Taking

- Klonopin 0.5 MG Tablet 1 tablet in morning Orally Once a day
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain

Not-Taking

- DIFLUCAN 100 MG TAB 1 tablet PO Once a day
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**

Vasectomy 2003

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:

Tobacco Use/Smoking Are you a nonsmoker.

Drugs/Alcohol:

Alcohol Screen Points 0, Interpretation Negative.

Pharmacy: Walmart (Haleyille).

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.
ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.
Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.
Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.
Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.
Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .
Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.
Musculoskeletal:
Painful joints **admits**. Weakness denies.
Skin:
Dry skin denies. Itching denies. Rash denies.
Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Vital Signs**

BP 120/78 mm Hg, Ht 65.5 in, Wt 129.0 lbs, BMI 21.14 Index, Temp 98.1 F, HR 82 /min, RR 20 /min, Oxygen sat % 98.

**Examination**

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK: lumbar spinal tenderness. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Chronic back pain - M54.9 (Primary)
2. Other chronic pain - G89.29
3. GERD (gastroesophageal reflux disease) - K21.9
4. Sleep disorder - G47.9
5. Anxiety - F41.9
6. Non-smoker - Z78.9
7. BMI 21.0-21.9, adult - Z68.21

**Treatment**

**1. Other chronic pain**

Refill Norco Tablet, 5-325 MG, 0.5 tablet, Orally, every 8 hours prn pain, 30 days, 45, Refills 0

**2. Others**

Refill Sucralfate Tablet, 1 GM, 1 tablet, Orally, Three times daily, 90 days, 270, Refills 0
Refill Nexium Capsule Delayed Release, 40 MG, 1 capsule, Orally, Once a day, 90 days, 90, Refills 0
Refill Klonopin Tablet, 0.5 MG, 1 tablet as needed for anxiety, Orally, three times a day, 30 days, 75, Refills 0
Refill Adderall Tablet, 10 MG, 0.5 tablet in the am, Orally, 1 tablet at lunch, and 1 tablet in the evening, 30 days, 75, Refills 0
Notes: I looked him up in the PDMP. I will increase Norco to help with his pain. If his lower back pain continues to worsen, I will order an xray of his lumbar spine. He will likely need a MRI of his lumbar spine. I will continue Klonopin for anxiety and Adderall to help with his daytime sleepiness.

**Preventive Medicine**

Counseling: BP Management PHYSICAL ACTIVITY RECOMMENDATION: Giving encouragement to exercise.
Tobacco use: Patient not counseled: Patient not eligible.
BMI Care goal follow-up plan BMI management provided Yes.
Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise, Discussed the benefits of any exercise for overall health and well-being.

**Follow Up**

4 Weeks

**Patient: Lynn, John**
**DOB:**

**Provider: Andrea Batchelor, MD**
**Date: 11/11/2019**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Electronically signed by ANDREA BATCHELOR , MD on 11/21/2019 at 04:06 PM CST**
**Sign off status: Completed**

**Lynn, John**
47 Y old Male, DOB:
Account Number: 79274

Home:
Guarantor: Lynn, John Insurance: BCBS ALABAMA Payer ID: SB510
PCP: ANDREA M BATCHELOR Referring: ANDREA M BATCHELOR
Appointment Facility: Family Medical Associates West

09/23/2019 Progress Notes: BRITTANY TUBBS

**Current Medications**

Taking

- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain

Not-Taking

- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**

Vasectomy 2003

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker.
Drugs/Alcohol:
Alcohol Screen Points 0, Interpretation Negative.
Pharmacy: Walmart (Haleyville).

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Reason for Appointment**

1. Broke foot
2. Fell while getting out of tree stand early evening yesterday, right foot landed on rock. Some swelling and brusing, painful all night.
3. Still having some sinus issues.
4. Rx: Gateway
5. Klc

**History of Present Illness**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Several days, Feeling down, depressed, or hopeless? Not at all, Total Score 1.

He presents to clinic with complaint of right foot pain, which began yesterday when he fell approximately 5 ft out of a tree stand yesterday evening. When he landed his right foot landed on a rock and immediately began hurting. He has full movement of his right foot. He is ambulating with a steady gait without assistance today. His foot pain interfered with his sleep last night. He has not taken Norco for his foot pain. He took a muscle relaxer for his foot pain last night. He is also having sinus congestion, frontal sinus pressure, and postnasal drip for the past 5 days. He also says the glands in his neck are sore. He has not been taking Singulair or Xyzal routinely as previously prescribed.

**Vital Signs**

BP 118/77 mm Hg, Ht 65.5 in, Wt 140.6 lbs, BMI 23.04 Index, Temp 97.7 F, HR 92 /min, RR 20 /min, Oxygen sat % 97.

**Examination**

General Examination:

GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. EARS: tympanic membranes clear bilaterally. NOSE mild congestion; maxillary sinus tenderness. ORAL CAVITY: moist mucosa. THROAT mild erythema; no exudate. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. EXTREMITIES: good capillary refill in nail beds; non-pitting edema right medial foot near arch. MUSCULOSKELETAL: slight bruising to right medial foot near arch. PERIPHERAL PULSES: 2+ posterior tibial; 2+ dorsalis pedis. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Right foot pain - M79.671 (Primary)
2. Sprain of right foot, initial encounter - S93.601A
3. Fall from tree, initial encounter - W14.XXXA
4. Unspecified place in unspecified non-institutional (private) residence as the place of occurrence of the external cause - Y92.009
5. Acute sinusitis, recurrence not specified, unspecified location - J01.90
6. Body mass index (BMI) of 23.0-23.9 in adult - Z68.23
7. Non-smoker - Z78.9

**Review of Systems**
General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.
ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.
Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.
Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.
Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.
Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .
Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.
Musculoskeletal:
Painful joints **admits**. Weakness denies.
Skin:
Dry skin denies. Itching denies. Rash denies.
Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Treatment**

**1. Right foot pain**
IMAGING: Xray : Foot, right

**2. Others**
Continue DIFLUCAN TAB, 100 MG, 1 tablet, PO, Once a day, 3 days, 3 Tablet, Refills 0
Start Azithromycin Tablet, 250 MG, 2 tablets on the first day, then 1 tablet daily for 4 days, Orally, Once a day, 5 day(s), 6, Refills 0
Start Medrol Tablet Therapy Pack, 4 MG, as directed, Orally, ., 6 days, 1 Pack, Refills 0
Notes: I will check a right foot x-ray today. X-ray shows no appreciated fracture. I will treat him for a right foot sprain, and I instructed him to take OTC Ibuprofen 800mg three times a day for 7-14 days for pain and inflammation. I also instructed him to elevate his right foot as much as possible and to apply an ACE wrap for stabilization/ comfort. Additionally, I will treat him with Toradol IM in clinic for right foot pain. I will treat him for acute sinusitis with Rocephin, Decadron, Azithromycin, and a Medrol Dose Pack as directed, and per patient request, I will Rx Diflucan to be taken if symptoms of candidiasis develop during antibiotic treatment.

**Therapeutic Injections**
AB DECADRON 4mg : 4 mg (Dose No:1) (Route: Intramuscular) given by Christi Norris on left hip intramuscular
AB ROCEPHIN 1 GRAM : 1 g (Dose No:1) (Route: Intramuscular) given by Christi Norris on right hip intramuscular
AB TORADOL per 15mg : 60 mg (Dose No:1) (Route: Intramuscular) given by Christi Norris on right hip intramuscular

**Preventive Medicine**
Counseling: Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Procedure Codes**
J1100 AB DECADRON 4mg
J0696 AB ROCEPHIN 1 GRAM, Units: 4.00
J1885 AB TORADOL per 15mg, Units: 4.00
96372 THER/PROPH/DIAG INJ, SC/IM, Units: 2.00
73620 X-RAY EXAM OF FOOT, Modifiers: RT

**Follow Up**
1 week if not improved, prn

**Electronically signed by RAMESH REDDY , MD on 10/28/2019 at 08:49 AM CDT**
**Sign off status: Completed**

**Progress Note**

**Patient: Lynn, John** **Provider: Andrea Batchelor, MD**
**DOB** **Age: 47 Y Sex: Male** **Date: 09/18/2019**

**Reason for Appointment**
1. Shot for sinuses

**Current Medications**
Taking
- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain

Not-Taking
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day

**Assessments**
1. Acute sinusitis - J01.90 (Primary)

**Therapeutic Injections**
AB DECADRON 4mg : 4 mg (Dose No:1) (Route: Intramuscular) given by Christi Norris on right hip intramuscular

**Procedure Codes**
J1100 AB DECADRON 4mg
96372 THER/PROPH/DIAG INJ, SC/IM

**Electronically signed by ANDREA BATCHELOR , MD on 09/24/2019 at 03:35 PM CDT**
**Sign off status: Completed**

**Lynn, John**
47 Y old Male, DOB:
Account Number: 79274

Home:
Guarantor: Lynn, John Insurance: BCBS ALABAMA Payer ID: SB510
PCP: ANDREA M BATCHELOR Referring: ANDREA M BATCHELOR
Appointment Facility: Family Medical Associates West

09/03/2019 Progress Notes: BRITTANY TUBBS

**Current Medications**
Taking
- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain

Not-Taking
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Medication List reviewed and reconciled with the patient

**Past Medical History**
Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**
Vasectomy 2003

**Family History**
Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker.
Pharmacy: Walmart (Haleyille).

**Allergies**
Cefzil

**Hospitalization/Major Diagnostic Procedure**
Viral infection

**Reason for Appointment**
1. Face swelling
2. Pt's could feel pressure to left side of face on Thursday with pain starting on Friday. c/o facial pain to left side of face
3. Gateway
4. CN

**History of Present Illness**
1 HPI:
He presents to clinic with complaint of left-sided facial edema and sinus pressure/congestion for the past 5 days. The edema has worsened since it initially began. He has had left-sided facial pain. He denies tooth pain. He says his dental roots grow into his sinus cavity. He denies sore throat and fever.

**Vital Signs**
BP 128/88 mm Hg, Ht 65.5 in, Wt 142.6 lbs, BMI 23.37 Index, Temp 97.4 F, HR 91 /min, RR 20 /min, Oxygen sat % 93.

**Examination**
General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. EARS: external canals inflamed. NOSE mild congestion; maxillary sinus tenderness. ORAL CAVITY: moist mucosa. THROAT mild erythema; no exudate. NECK/THYROID: neck supple; left cervical node tenderness. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**
1. Acute sinusitis, recurrence not specified, unspecified location - J01.90 (Primary)
2. Allergic rhinitis, unspecified seasonality, unspecified trigger - J30.9
3. Non-smoker - Z78.9
4. Body mass index (BMI) of 23.0-23.9 in adult - Z68.23

**Treatment**
**1. Others**
Start Cefdinir Capsule, 300 MG, 1 capsule, Orally, Every 12 hours, 10 days, 20 Capsule, Refills 0
Start PredniSONE Tablet, 20 MG, 1 tablet, Orally, Once a day, 5 days, 5 Tablet, Refills 0
Notes: I will treat him for acute sinusitis with left-sided facial edema with Rocephin, Decadron, Cefdinir, and Prednisone as directed.

**Therapeutic Injections**
AB DECADRON 4mg : 4 mg (Dose No:1) (Route: Intramuscular) given by Christi Norris on right hip intramuscular
AB ROCEPHIN 1 GRAM : 1 g (Dose No:1) (Route: Intramuscular) given by Christi Norris on right hip intramuscular

**Preventive Medicine**
Counseling: Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Procedure Codes**
J1100 AB DECADRON 4mg
J0696 AB ROCEPHIN 1 GRAM, Units: 4.00
96372 THER/PROPH/DIAG INJ, SC/IM, Units: 2.00

**Follow Up**
1 - 2 weeks if not improved, PRN

**Electronically signed by RAMESH REDDY , MD on 10/14/2019 at 05:42 PM CDT**
**Sign off status: Completed**

**Review of Systems**

General/Constitutional:
Change in appetite denies, denies. Chills denies, denies. Fever denies, denies.

ENT:
Decreased hearing denies, denies. Sore throat denies, denies. Swollen glands denies, denies.

Endocrine:
Cold intolerance denies, denies. Excessive thirst denies, denies. Heat intolerance denies, denies. Weight loss denies, denies.

Respiratory:
Cough denies, denies. Shortness of breath at rest denies, denies. Shortness of breath with exertion denies, denies. Wheezing denies, denies.

Cardiovascular:
Chest pain at rest denies, denies. Chest pain with exertion denies, denies. Irregular heartbeat denies, denies. Shortness of breath denies, denies.

Gastrointestinal:
Abdominal pain denies, denies. Diarrhea denies, denies. Nausea denies, denies. Vomiting denies, denies.

Genitourinary:
Blood in urine denies, denies. Difficulty urinating denies, denies. Frequent urination denies, denies.

Musculoskeletal:
Painful joints **admits**. Weakness denies, denies.

Skin:
Dry skin denies, denies. Itching denies, denies. Rash denies, denies.

Neurologic:
Dizziness denies, denies. Fainting denies, denies. Headache denies, denies.

**Family Medical Associates West**
**26279 HWY 195**
**DOUBLE SPRINGS, AL 35553-2407**
**Tel: 205-489-3322**
**Fax: 205-489-3325**

**Progress Notes**

**Patient: Lynn, John** **Provider: Andrea Batchelor, MD**
**DOB: Age: 47 Y Sex: Male** **Date: 08/28/2019**

**Current Medications**

Taking

- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain

Not-Taking

- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day

**Assessments**

1. Libido, decreased - R68.82 (Primary)

**Treatment**

**1. Libido, decreased**

LAB: TESTOSTERONE, FREE, LC/MS/MS

**Labs**

Lab: TESTOSTERONE, FREE

| | Value | Reference Range |
|---|---|---|
| TESTOSTERONE, FREE | 56.9 | 46.0-224.0 - pg/mL |

eclinicalworks, support 09/08/2019 12:25:01 : This order was created by the Interface. BATCHELOR,ANDREA M 9/10/2019 8:33:37 AM > free testosteron was normal; we could refer him to urology Crowe,Sandra 9/10/2019 11:47:58 AM >

**Procedure Codes**

84402 ASSAY OF TESTOSTERONE



**Electronically signed by ANDREA BATCHELOR , MD on 06/04/2020 at 10:33 AM CDT**
**Sign off status: Completed**

**Provider: Andrea Batchelor, MD** **Date: 08/28/2019**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Lynn, John**
47 Y old Male, DOB:
Account Number: 79274

Home:
Guarantor: Lynn, John Insurance: BCBS ALABAMA Payer ID: SB510
PCP: ANDREA M BATCHELOR Referring: ANDREA M BATCHELOR
Appointment Facility: Family Medical Associates West

08/19/2019 Progress Notes: BRITTANY TUBBS

**Current Medications**

Taking

- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain

Not-Taking

- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**

Vasectomy 2003

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker.
Pharmacy: Walmart (Haleyville).

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Reason for Appointment**

1. c/o pain from left elbow joint extending to fingers. Headaches, and lower back pain increased recently. No energy and insomnia.
2. Gateway
3. Klc

**History of Present Illness**

1 HPI:

He presents to clinic with complaint of dull/aching pain from his left elbow extending to his fingers for the past 2 weeks. The pain worsens when he tries to make a fist or lifts an object. He denies known injury to his left elbow. Biofreeze and an ACE wrap provides some relief. He is declining to have an x-ray today. He also presents with complaint of headaches, worsening lower back pain with left-sided sciatica. He feels like his legs are heavy at night. Norco helps to control his pain. He only takes 0.5 tablets for pain. His pain is causing sleep difficulty and worsening his fatigue.

**Vital Signs**

BP 126/86 mm Hg, Ht 65.5 in, Wt 143.6 lbs, BMI 23.53 Index, Temp 98.1 F, HR 80 /min, RR 20 /min, Oxygen sat % 97.

**Examination**

General Examination:

GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK: lumbar spinal tenderness. MUSCULOSKELETAL: mild tenderness to palpation and mild edema to left elbow; full range of motion to left elbow. PERIPHERAL PULSES: 2+ ulnar, 2+ radial pulses bilaterally. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Left elbow pain - M25.522 (Primary)
2. Tendonitis of elbow, left - M77.8
3. Chronic back pain - M54.9
4. Left sided sciatica - M54.32
5. Other chronic pain - G89.29
6. GERD (gastroesophageal reflux disease) - K21.9
7. Fatigue, unspecified type - R53.83
8. Body mass index (BMI) of 23.0-23.9 in adult - Z68.23
9. Non-smoker - Z78.9

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.

ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .

Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:
Painful joints **admits**. Weakness denies.

Skin:
Dry skin denies. Itching denies. Rash denies.

Neurologic:
Dizziness denies. Fainting denies. Headache admits.

**Treatment**

**1. Fatigue, unspecified type**

LAB: Testosterone

| | | |
|---|---|---|
| Testosterone | 370.3 | 199 - 1586 - ng/dl |

Tubbs,Brittany 8/21/2019 5:12:37 PM > Normal testosterone level. Crowe,Sandra 8/22/2019 9:01:15 AM > 489-3722

**2. Body mass index (BMI) of 23.0-23.9 in adult**

Continue Sucralfate Tablet, 1 GM, 1 tablet, Orally, Three times daily, 90 days, 270, Refills 0
Continue Nexium Capsule Delayed Release, 40 MG, 1 capsule, Orally, Once a day, 90 days, 90, Refills 0
Continue Norco Tablet, 5-325 MG, 0.5 tablet, Orally, every 8 hours prn pain, 30 days, 30, Refills 0
Start Medrol Tablet Therapy Pack, 4 MG, as directed, Orally, ., 6 days, 1 Pack, Refills 0

**3. Others**

Notes: I will check a testosterone level today. I will also treat him for left elbow tendonitis today with a Medrol Dose Pack. I also instructed him to begin OTC Ibuprofen 800mg three times a day for tendonitis. I consulted with Dr. Batchelor about refilling Norco, and after looking him up in the PDMP and verifying SureMed compliance, Dr. Batchelor refilled this medication today. Additionally, I will refill Nexium and Carafate today as previously prescribed.

**Preventive Medicine**

Counseling: BP Management DIETARY RECOMMENDATIONS: Diet education, PHYSICAL ACTIVITY RECOMMENDATION: Exercise education, LIFESTYLE RECOMMENDATION: Hypertension education. Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Procedure Codes**

84403 ASSAY OF TOTAL TESTOSTERONE

**Follow Up**

4 Weeks, prn

**Electronically signed by RAMESH REDDY , MD on 10/14/2019 at 05:41 PM CDT**
**Sign off status: Completed**

**Progress Notes**

Patient: Lynn, John
DOB: Age: 47 Y Sex: Male
PCP: ANDREA M BATCHELOR

Provider: BRITTANY TUBBS
Date: 06/27/2019

**Reason for Appointment**

1. SICK
2. coughing (nonproductive). Onset about two weeks. Started with back pain and radiated around to chest. Started a z-pack
3. Gateway
4. CN

**History of Present Illness**

1 HPI:

He presents to clinic with complaint of non-productive cough, wheezing, shortness of breath, and chest congestion for the past 2 weeks. He was wheezing and short of breath when he woke up this morning and had to use his inhaler. He was seen in clinic on 06/18/19 and was treated for pneumonia with Rocephin, Decadron, and a Z-pack. He was feeling better for several days until he woke up feeling sick again this morning. He thinks he may have gotten too hot at work today.

**Current Medications**

Taking

- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**

Vasectomy 2003

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:

Tobacco Use/Smoking Are you a nonsmoker.
Pharmacy: Walmart (Haleyille).

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.

ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:
Cough admits. Shortness of breath at rest denies. Shortness of breath with exertion admits. Wheezing admits.

Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .

Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:
Painful joints denies. Weakness denies.

Skin:
Dry skin denies. Itching denies. Rash denies.

Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Vital Signs**

BP 116/77 mm Hg, Ht 65.5 in, Wt 143.6 lbs, BMI 23.53 Index, Temp 98.1 F, HR 64 /min, RR 20 /min, Oxygen sat % 98.

**Examination**

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. EARS: tympanic membranes clear bilaterally. NOSE mild congestion. ORAL CAVITY: moist mucosa. THROAT erythematous; no exudate. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: decreased breath sounds right lower lobe; scattered wheezes. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Pneumonia of right lower lobe due to infectious organism - J18.1 (Primary)
2. Pharyngitis, unspecified etiology - J02.9
3. Non-smoker - Z78.9
4. Body mass index (BMI) of 23.0-23.9 in adult - Z68.23

**Labs**

Lab: CBC-Med

**Preventive Medicine**

Counseling: Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Treatment**

1. Others
Start Hydromet Syrup, 5-1.5 MG/5ML, 5 ml as needed for cough, Orally, every 6 hrs, 5 days, 100 ml, Refills 0
Start Cefdinir Capsule, 300 MG, 1 capsule, Orally, every 12 hours, 10 days, 20 Capsule, Refills 0
Notes: I will check a CBC and CXR today. WBC 9.4. CXR shows right lower lobe haziness. I will treat her for pneumonia and pharyngitis with Rocephin, Decadron, and Cefdinir ad directed. Dr. Batchelor also prescribed Hydromet for cough as directed.

**Procedure Codes**

J1100 AB DECADRON 4mg
J0696 AB ROCEPHIN 1 GRAM, Units: 4.00
96372 THER/PROPH/DIAG INJ SC/IM, Units: 2.00
71046 X-RAY EXAM CHEST 2 VIEWS
85025 CBC

**Therapeutic Injections**

AB Decadron 100mg/10ml : 0.4 mg (Dose No:1) (Route: Intramuscular) given by Christi Norris on right hip intramuscular
AB ROCEPHIN 1 GRAM : 1 g (Dose No:1) (Route: Intramuscular) given by Christi Norris on right hip intramuscular

**Follow Up**

1 - 2 weeks if not improved; PRN

and lateral

**Electronically signed by ANDREA BATCHELOR , MD on 08/08/2019 at 02:14 PM CDT**
**Sign off status: Completed**

**DOB:** **Date: 06/27/2019**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Progress Notes**

**Patient: Lynn, John** **Provider: Andrea Batchelor, MD**
**DOB: Age: 47 Y Sex: Male** **Date: 06/18/2019**

**Reason for Appointment**

1. Pt states he started hurting in his chest and back Friday. Saturday night his throat was sore and then Sunday night his nose was burning and was sneezing. Yesterday it got worse and he woke up feeling worse, this morning he has been aching and feels like it has moved to his chest. He had a z pack at home and he started one this morning.
2. RX gateway
3. KT

**History of Present Illness**

1 HPI:

He presents to clinic with complaint of hurting in his chest and back for the last 4 days. The next night, his throat started hurting. He used salt water gargle to help with his sore throat. The next day, his nose was burning, and he started sneezing. Yesterday, he developed sinus congestion and a cough. He took azithromycin this morning. He also used an inhaler this morning. He started aching this morning. He had a subjective fever. He has been having chills.

**Current Medications**

Taking

- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**

Vasectomy 2003

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker.
Drugs/Alcohol:
Alcohol Screen Points 0, Interpretation Negative.
Pharmacy: Walmart (Haleyille).

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills **admits**. Fever admits.

ENT:
Decreased hearing denies. Sore throat admits. Swollen glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:
Cough admits. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .

Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:
Painful joints **admits**. Weakness denies.

Skin:
Dry skin denies. Itching denies. Rash denies.

Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Vital Signs**

BP 119/74 mm Hg, Ht 65.5 in, Wt 148 lbs, BMI 24.25 Index, Temp 99.1 F, HR 94 /min, RR 20 /min, Oxygen sat % 98.

**Examination**

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. EARS: tympanic membranes clear bilaterally. NOSE nares patent. ORAL CAVITY: moist mucosa. THROAT erythematous. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: decreased breath sounds in bases, nonproductive cough present. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Pneumonia due to infectious organism, unspecified laterality, unspecified part of lung - J18.9 (Primary)
2. Pharyngitis, unspecified etiology - J02.9
3. Non-smoker - Z78.9
4. BMI 24.0-24.9, adult - Z68.24

**Treatment**

**1. Pneumonia due to infectious organism, unspecified laterality, unspecified part of lung**
LAB: CBC-Med
Imaging: Chest X-ray PA and lateral

**2. Others**
Start Azithromycin Tablet, 250 MG, 2 tablets on the first day, then 1 tablet daily for 4 days, Orally, Once a day, 5 day(s), 6, Refills 0
Notes: A CBC revealed a WBC of 12.1, Hgb 15.8, Hct 47.3, and plt 163. A CXR revealed right lower lobe haziness. I will treat him with Decadron and Rocephin today. He was instructed to take azithromycin for pneumonia. If not improved in a couple days, I will start cefdinir.

**Therapeutic Injections**

AB Decadron 100mg/10ml : 0.4 mL (Route: Intramuscular) given by Marsha Kelley on right hip intramuscular
AB ROCEPHIN 1 GRAM : 1 g (Route: Intramuscular) given by Marsha Kelley on right hip intramuscular

**Preventive Medicine**

Counseling: BP Management DIETARY RECOMMENDATIONS: Diet education, PHYSICAL ACTIVITY RECOMMENDATION: Exercise education, LIFESTYLE RECOMMENDATION: Lifestyle education.
Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Procedure Codes**

J1100 AB DECADRON 4mg
J0696 AB ROCEPHIN 1 GRAM, Units: 4.00
96372 THER/PROPH/DIAG INJ, SC/IM, Units: 2.00
71046 X-RAY EXAM CHEST 2 VIEWS
85025 CBC

**Follow Up**

2-3 days if not improved

**Patient: Lynn, John** **Provider: Andrea Batchelor, MD**

**DOB:** **Date: 06/18/2019**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Electronically signed by ANDREA BATCHELOR , MD on 06/21/2019 at 03:40 PM CDT**
**Sign off status: Completed**

**Progress Notes**

**Patient: Lynn, John** | **Provider: Andrea Batchelor, MD**
**DOB: Age: 47 Y Sex: Male** | **Date: 03/21/2019**

**Reason for Appointment**

1. Pt c/o sore throat, acheing, congestion, and wheezing
2. RX gateway
3. KT

**History of Present Illness**

1 HPI:

He presents to clinic with complaint of a sore throat 3 days ago. It got better. Last night, he started wheezing. He has a nonproductive cough. His throat was sore again this morning. He started aching today. He denies any fever or chills.

**Current Medications**

Taking

- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day

Not-Taking

- Amitiza 24 MCG Capsule 1 capsule with food Orally Twice a day
- Amoxicillin 500 MG Capsule 1 capsule Orally every 12 hrs
- Neurontin 300 MG Capsule 1 capsule Orally two times a day
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**

Vasectomy 2003

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:

Tobacco Use/Smoking Are you a nonsmoker.

Drugs/Alcohol:

Alcohol Screen Points 0, Interpretation Negative.

Pharmacy: Walmart (Haleyille).

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.

ENT:
Decreased hearing denies. Sore throat admits. Swollen glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:
Cough admits. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing admits.

Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .

Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:
Painful joints denies. Weakness denies.

Skin:
Dry skin denies. Itching denies. Rash denies.

Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Vital Signs**

BP 125/89 mm Hg, Ht 65.5 in, Wt 150 lbs, BMI 24.58 Index, Temp 97.6 F, HR 94 /min, RR 20 /min, Oxygen sat % 94.

**Examination**

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. EARS: tympanic membranes clear bilaterally. NOSE nares patent. ORAL CAVITY: moist mucosa. THROAT erythematous. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally, nonproductive cough present. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Influenza - J11.1 (Primary)
2. Pharyngitis, unspecified etiology - J02.9
3. Body aches - R52
4. Non-smoker - Z78.9
5. BMI 24.0-24.9, adult - Z68.24

**Treatment**

**1. Pharyngitis, unspecified etiology**

LAB: Strep

| | |
|---|---|
| Strep | neg |

**2. Body aches**

LAB: Influenza A&B

| | |
|---|---|
| Influenza A&B | pos a and neg b |

**3. Others**

Start Xofluza Tablet, 40 mg, 1 tablet, Orally, Once Daily, 1 days, 1, Refills 0
Notes: His rapid flu test was positive for influenza A. His rapid strep was negative. He started having symptoms last night. I suggested Tamiflu, but he reports he has GI side effects from Tamiflu. I will prescribe Xofluza for influenza A.

**Preventive Medicine**

Counseling: BP Management DIETARY RECOMMENDATIONS: Diet education, PHYSICAL ACTIVITY RECOMMENDATION: Exercise education, LIFESTYLE RECOMMENDATION: Lifestyle education.
Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Procedure Codes**

87880 STREP A ASSAY W/OPTIC
87804 INFLUENZA ASSAY A W/OPTIC
87804 INFLUENZA ASSAY B, Modifiers: 59

**Follow Up**

pm

**Patient: Lynn, John** **Provider: Andrea Batchelor, MD**
**DOB:** **Date: 03/21/2019**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Electronically signed by ANDREA BATCHELOR , MD on 04/05/2019 at 10:42 PM CDT**
**Sign off status: Completed**

**Progress Notes**

**Patient: Lynn, John**
**DOB: Age: 47 Y Sex: Male**
**PCP: ANDREA M BATCHELOR**

**Provider: BRITTANY TUBBS**
**Date: 02/05/2019**

**Reason for Appointment**

1. C/o can't breathe, dry coughing,fatigued. onset last night
2. Rx on all from us. sent to gateway
3. Pt didnt know about suremed
4. Kas

**History of Present Illness**

1 HPI:

He presents to clinic with nasal burning, sneezing, runny nose, non-productive cough, and itchy eyes foro the past 3 weeks. He has taken Alka Seltzer Cold, Benadryl, NyQuil, Xyzal, and Amoxicillin during the past 2 weeks without improvement. He is requesting Hydromet for his cough. He is also requesting a refill of Norco for his chronic neck and lower back pain, which is worse in cold, rainy weather. His pain is 5/10 currently. Norco helps to relieve his pain.

**Current Medications**

Taking

- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day

Not-Taking

- Amitiza 24 MCG Capsule 1 capsule with food Orally Twice a day
- Amoxicillin 500 MG Capsule 1 capsule Orally every 12 hrs
- Neurontin 300 MG Capsule 1 capsule Orally two times a day
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**

Vasectomy 2003

**Family History**

Father: alive
Mother: alive
1 brother(s) , 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:

Tobacco Use/Smoking Are you a nonsmoker.

Drugs/Alcohol:

Alcohol Screen Points 0, Interpretation Negative.
Pharmacy: Walmart (Haleyille).

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.
ENT:
Decreased hearing denies. Sore throat admits. Swollen glands denies.
Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.
Respiratory:
Cough admits. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.
Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.
Gastrointestinal:
Abdominal pain denies. Constipation denies. Diarrhea denies. Nausea denies. Vomiting denies .
Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.
Musculoskeletal:
Painful joints **admits**. Weakness denies.
Skin:
Dry skin denies. Itching denies. Rash denies.
Neurologic:
Dizziness denies. Fainting denies. Headache admits.

**Vital Signs**

BP 128/80 mm Hg, Ht 65.5 in, Wt 150.6 lbs, BMI 24.68 Index, Temp 98.0 F, HR 86 /min, RR 20 /min, Oxygen sat % 95.

**Examination**

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished . HEAD: normocephalic, atraumatic . EARS: bilateral external canals inflamed; right TM with increased serous fluid level. NOSE mild congestion; clear discharge. ORAL CAVITY: moist mucosa. THROAT mild erythema; no exudate. NECK/THYROID: neck supple ; no cervical lymphadenopathy. SKIN: warm and dry . LUNGS: coarse breath sounds bilaterally. HEART: regular rate and rhythm, S1, S2 normal . ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK: lumbar spinal tenderness that is worse on right. MUSCULOSKELETAL: no swelling or deformity. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact .

**Assessments**

1. Acute bronchitis - J20.9 (Primary)
2. Allergic rhinitis - J30.9
3. Chronic back pain - M54.9
4. Other chronic pain - G89.29
5. BMI 24.0-24.9, adult - Z68.24
6. Non-smoker - Z78.9

**Treatment**

**1. Others**

Continue Nexium Capsule Delayed Release, 40 MG, 1 capsule, Orally, Once a day, 90 days, 90, Refills 0
Continue Sucralfate Tablet, 1 GM, 1 tablet, Orally, Three times daily, 90 days, 270, Refills 0
Continue Norco Tablet, 5-325 MG, 0.5 tablet, Orally, every 8 hours prn pain, 30 days, 30, Refills 0
Continue Xyzal Tablet, 5 MG, 1 tablet in the evening, Orally, Once a day, 90 days, 90, Refills 0
Start Azithromycin Tablet, 250 MG, 2 tablets on the first day, then 1 tablet daily for 4 days, Orally, Once a day, 5 day(s), 6, Refills 0
Start Hydromet Syrup, 5-1.5 MG/5ML, 5 ml as needed, Orally, every 6 hrs, 5 days, 100 ml, Refills 0
Start Singulair Tablet, 10 MG, 1 tablet in the evening, Orally, Once a day, 30 day(s), 30, Refills 2
Start PredniSONE Tablet, 20 MG, 1 tablet, Orally, Once a day, 5 days, 5 Tablet, Refills 0
Notes: I will treat him for acute bronchitis with Rocephin and Celestone IM in clinic today and Azithromycin Z-pack and Prednisone for 5 days. I will also start Singulair for allergic rhinitis symptoms. I consulted with Dr. Batchelor about refilling Norco and starting Hydromet for his cough, and after looking him up in the PDMP and verifying SureMed compliance, Dr. Batchelor refilled Norco and started Hydromet as needed for 5 days. I will also refill his other medications today as previously prescribed.

**Therapeutic Injections**

AB CELESTONE 3mg : 3 mg (Dose No:1) (Route: Intramuscular) given by Christi Norris on right hip intramuscular
AB ROCEPHIN 1 GRAM : 1 g (Dose No:1) (Route: Intramuscular) given by Christi Norris on right hip intramuscular

**Preventive Medicine**

Counseling: Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis. exercise: Discussed the benefits of any exercise for overall health and well-being.

**Procedure Codes**

J0702 AB CELESTONE 3mg
J0696 AB ROCEPHIN 1 GRAM, Units: 4.00
96372 THER/PROPH/DIAG INJ, SC/IM, Units: 2.00

**Follow Up**

1 - 2 weeks if not improved, PRN

**Patient: Lynn. John**
**DOB:**

**Provider: BRITTANY TUBBS**
**Date: 02/05/2019**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Electronically signed by ANDREA BATCHELOR , MD on 05/30/2019 at 04:27 PM CDT**
**Sign off status: Completed**

Oct-26-2021 10:06:57Faxing Multiple Encounters6033345995Ergle,MillieFamily Medical Associates WestFamily Medical Associates West205-489-332228This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.

## Progress Notes

**Patient:** Lynn, John
**Account Number:** 79274
**DOB:** **Age:** 49 Y **Sex:** Male
**Phone:**
**Addres**
**Pcp:** ANDREA M BATCHELOR

**Provider:** BRITTANY TUBBS
**Date:** 09/21/2021

## Subjective:

**Chief Complaints:**
1. Refills. 2. refills at Gateway. 3. CN. 4. Will go on 9/29/21 to get 2nd opioion on his leg.. 5. Having trouble sleeping, even changed the way he takes his adderall..

**HPI:**
HPI:
PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.

**ROS:**
General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.
ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.
Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.
Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.
Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .
Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.
Musculoskeletal:
Painful joints denies. Weakness denies.
Skin:
Dry skin denies. Itching denies. Rash denies.
Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Medical History:** Chronic vertigo, Racing thoughts, Hiatial hernia, 8 bulging disc, Insomnia.

**Surgical History:** Vasectomy 2003, right elbow 2/27/2020, right elbow 3/30/2020, gun shot to thigh 2020, Rt knee and tibia Aug. 2020.

**Hospitalization/Major Diagnostic Procedure:** Viral infection , gun shot to thigh , Rt knee and tibia .

**Family History:** Father: alive. Mother: alive. 1 brother(s) . 1 son(s) , 1 daughter(s) . .

**Social History:**
Tobacco Use: Tobacco Use/Smoking Are you a nonsmoker.
Drugs/Alcohol: Alcohol Screen Points 0, Interpretation Negative.
NON SMOKER.

**Medications:** Taking Sucralfate 1 GM Tablet 1 tablet Orally Three times daily, Taking NexIUM 40 MG Capsule Delayed Release 1 capsule Orally Once a day, Taking Cyclobenzaprine HCl 10 MG Tablet 1 tablet as needed Orally twice a day, Taking Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening, Taking KlonoPIN 1 MG Tablet 0.5 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed, Taking Percocet 7.5-325 MG Tablet take 1 tablet Orally twice a day, Not-Taking Amoxicillin 500 MG Capsule 1 capsule Orally Twice a day, Medication List reviewed and reconciled with the patient

**Allergies:** Cefzil.

## Objective:

**Vitals:** BP **128/79 mm Hg**, Ht 65.5 in, Wt **138.0 lbs**, BMI **22.61 Index**, Temp **96.1 F**, HR **72 /min**, RR **20 /min**, Oxygen sat % **97**.

**Examination:**
General Examination:
in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

## Assessment:

**Assessment:**

1. GERD (gastroesophageal reflux disease) - K21.9 (Primary)
2. Sleep disorder - G47.9
3. Anxiety - F41.9
4. Insomnia, unspecified type - G47.00
5. Pain in right femur - M89.8X5
6. ADHD (attention deficit hyperactivity disorder) - F90.9
7. Non-smoker - Z78.9
8. Body mass index (BMI) 22.0-22.9, adult - Z68.22

## Plan:

**1. Others**

Continue NexIUM Capsule Delayed Release, 40 MG, 1 capsule, Orally, Once a day, 30 days, 30 Capsule, Refills 2 ; Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet as needed, Orally, twice a day, 30 days, 60 Tablet, Refills 2 ; Continue Adderall Tablet, 10 MG, 0.5 tablet in the am, Orally, 1 tablet at lunch, and 1 tablet in the evening, 30 days, 75, Refills 0 ; Continue KlonoPIN Tablet, 1 MG, 0.5 tablet, orally, every morning, 1 tablet mid day and 1 tablet at bedtime as directed, 90 days, 225, Refills 0 ; Continue Percocet Tablet, 7.5-325 MG, take 1 tablet, Orally, twice a day, 30 days, 60, Refills 0 .

**Procedure Codes:** 3074F SYST BP < 130 MM HG, 3078F DIAST BP < 80 MM HG, G8420 BMI<30 AND >=22 CALC & DOCU

**Preventive Medicine:**

Counseling: BP Management PHYSICAL ACTIVITY RECOMMENDATION: Exercises education, guidance, and couneling. Tobacco use: Patient not counseled: Patient not eligible. BMI Care goal follow-up plan BMI management provided Yes. Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Follow Up:** prn

**Electronically signed by BRITTANY TUBBS , CRNP on 10/26/2021 at 10:06 AM CDT**
**Sign off status: Pending**

**Provider: BRITTANY TUBBS** **Date: 09/21/2021**

**Progress Notes**

**Patient: Lynn, John** | **Provider: Andrea Batchelor, MD**
**DOB: ge: 49 Y Sex: Male** | **Date: 06/22/2021**

**Reason for Appointment**

1. REFILL
2. refills at Gateway. Asking for pain and adderall scripts be printed x3 like before
3. CN
4. Asking for another referral for his leg. 2nd opionon.

**History of Present Illness**

HPI:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.

1 HPI:

He presents to clinic for follow up on his chronic pain, anxiety, and sleep disorder and with complaint of worsening pain in his right knee and right thigh. His right knee has been bothering him, but the gun shot wound has started bothering him more recently. He has numbness in his right leg and foot. Being more active makes his pain worse. He has been trying to work out, but he can only do a few leg exercises due to weakness in his right leg. He has a knot near the gun shot wound. His pain is 5-6/10 currently. Klonopin is still helping with his anxiety. Adderall helps with his sleep and mood.

**Current Medications**

Taking

- Percocet 7.5-325 MG Tablet Take 1 tablet Orally twice a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- NexIUM 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet as needed Orally twice a day
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- KlonoPIN 1 MG Tablet 0.5 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed

Not-Taking

- Amoxicillin 500 MG Capsule 1 capsule Orally Twice a day

Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**

Vasectomy 2003
right elbow 2/27/2020
right elbow 3/30/2020
gun shot to thigh 2020
Rt knee and tibia Aug. 2020

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:

Tobacco Use/Smoking Are you a nonsmoker.

Drugs/Alcohol:

Alcohol Screen Points 0, Interpretation Negative.

NON SMOKER.

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection
gun shot to thigh
Rt knee and tibia

**Review of Systems**

General/Constitutional:

Change in appetite denies. Chills denies. Fever denies.

ENT:

Decreased hearing denies. Sore throat denies. Swollen glands denies.

Endocrine:

Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:

Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:

Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:

Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .

Genitourinary:

Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:

Painful joints **admits**. Weakness **admits**.

Skin:

Dry skin denies. Itching denies. Rash denies.

Neurologic:

Dizziness denies. Fainting denies. Headache denies.

**Vital Signs**

BP **121/76 mm Hg**, Ht 65.5 in, Wt **139.6 lbs**, BMI **22.87 Index**, Temp **96.5 F**, HR **87 /min**, RR **20 /min**, Oxygen sat % **97**.

**Examination**

General Examination:

in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. MUSCULOSKELETAL: crepitus right knee, unable to extend right knee actively above 30 degrees, requires assistance of left hand to extend right knee fully, unable to flex right knee beyond 100 degrees, ambulates with a cane, tenderness to palpation over right anterior thigh. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Chronic back pain - M54.9 (Primary)
2. Pain in right femur - M89.8X5
3. Pain in right knee - M25.561
4. Other chronic pain - G89.29
5. Sleep disorder - G47.9
6. Anxiety - F41.9
7. Non-smoker - Z78.9
8. Body mass index (BMI) 22.0-22.9, adult - Z68.22

**Treatment**

**1. Pain in right femur**
Imaging: Xray : Femur, right

**2. Pain in right knee**
Imaging: Xray : Knee, right

**3. Other chronic pain**
Imaging: Xray : Knee, right
Imaging: Xray : Femur, right

**4. Non-smoker**
Continue Sucralfate Tablet, 1 GM, 1 tablet, Orally, Three times daily, 30 days, 90, Refills 2
Continue NexIUM Capsule Delayed Release, 40 MG, 1 capsule, Orally, Once a day, 30 days, 30 Capsule, Refills 2
Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet as needed, Orally, twice a day, 30 days, 60 Tablet, Refills 2
Continue Adderall Tablet, 10 MG, 0.5 tablet in the am, Orally, 1 tablet at lunch, and 1 tablet in the evening, 30 days, 75, Refills 0
Continue KlonoPIN Tablet, 1 MG, 0.5 tablet, orally, every morning, 1 tablet mid day and 1 tablet at bedtime as directed, 90 days, 225, Refills 0
Continue Percocet Tablet, 7.5-325 MG, take 1 tablet, Orally, twice a day, 30 days, 60, Refills 0
Notes: Healthy living material was printed.

**5. Others**
Notes: An xray of the right knee revealed hardware in the right knee and gunshot fragments in the soft tissue. An xray of his right femur revealed hardward in his right femur with a healing fracture of his right femur. The gunshot wound was over 12 months ago. His right femur fracture is still healing. He complains of worsening pain in his right knee. I will refer him to Andrew's Sports Medicine for a second opinion per the patient's request. I looked him up in the PDMP. I will continue Percocet for chronic pain, Adderall for his sleep disorder, and Klonopin for anxiety.
Referral To:Orthopedic Surgery
Reason:Refer to Andrew Sports Medicine (Ortho) re: right knee pain; h/o gunshot wound with femur fracture s/p surgery.|6/23/21 faxed to Ortho. They will contatc pt with appt,kt|They denied his request for referral bc previous surgery before. Referring him to new dr in bham.|Got appt with Dr. Grandtier, but pt cannot see him the date i got him for. Tammy Lynn will call with new appt. |Appt @ 1:00 June 29

**Preventive Medicine**
Counseling: BP Management PHYSICAL ACTIVITY RECOMMENDATION: Giving encouragement to exercise.
Tobacco use: Patient not counseled: No reason specified.
BMI Care goal follow-up plan BMI management provided Yes.
Living will/Organ donor: Living will: Discussed what a living will is, Discussed the importance of a living will, Organ donor card: Discussed the importance of being an organ donor.
Smoking This non-smoking patient counseled on the dangers of tobacco use and encouraged to NEVER begin using tobacco in ANY form 06/22/2021.
Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise, Discussed the benefits of any exercise for overall health and well-being.

**Procedure Codes**
73552 X-RAY EXAM OF FEMUR 2/>, Modifiers: RT
73560 X-RAY EXAM OF 1 KNEE, 1 OR 2 VIEWS, Modifiers: RT

**Follow Up**
3 Months, prn

**Provider: Andrea Batchelor, MD** **Date: 06/22/2021**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**Electronically signed by ANDREA BATCHELOR , MD on 07/15/2021 at 09:49 AM CDT**
**Sign off status: Completed**

**Progress Notes**

**Patient: Lynn, John** **Provider: Andrea Batchelor, MD**
**DOB: Age: 49 Y Sex: Male** **Date: 05/12/2021**

**Reason for Appointment**
1. Annual visit and check up
2. Annual visit
3. refills at Gateway. Asking for percocet to be written more than 20 days.
4. C/o allergies and left ear pain
5. CN

**History of Present Illness**
Depression Screening:
PHQ-9 Thoughts that you would be better off dead or of hurting yourself in some way Not at all, Total Score 13, Interpretation Moderate Depression.
1 HPI:
He presents to clinic for an annual visit and for follow up on his chronic pain. He complains of chronic pain in his right femur. He has been seeing Dr. Griffin in Huntsville. He said that he needed surgery on his right femur again, but then, a couple days before surgery, he changed the procedure. He did a CT scan, and he said that he did not need surgery at this time. He complains of burning pain in his right foot from a gunshot wound. Standing or riding in a vehicle too long makes his pain worse. He also has chronic pain in his lower back. His pain is 5/10 currently. He has to take Percocet twice a day. He only takes Flexeril at night because it causes him to have a cotton-mouth. He complains of sinus congestion, sneezing, and a runny nose for a couple weeks. He complains of sinus pressure. His left ear is bothering him.

**Current Medications**
Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet as needed Orally twice a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- KlonoPIN 1 MG Tablet 0.5 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- NexIUM 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Percocet 7.5-325 MG Tablet 1 tablet as needed Orally twice a day
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening

Discontinued
- traZODone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day

Medication List reviewed and reconciled with the patient

**Past Medical History**
Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**
Vasectomy 2003
right elbow 2/27/2020
right elbow 3/30/2020
gun shot to thigh 2020
Rt knee and tibia Aug. 2020

**Family History**
Father: alive
Mother: alive
1 brother(s) , 1 son(s) , 1 daughter(s) .

**Social History**
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker.
Drugs/Alcohol:
Alcohol Screen Points 0, Interpretation Negative.
NON SMOKER.

**Allergies**
Cefzil

**Hospitalization/Major Diagnostic Procedure**
Viral infection
gun shot to thigh
Rt knee and tibia

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.

ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .

Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:
Painful joints **admits**. Weakness denies.

Skin:
Dry skin denies. Itching denies. Rash denies.

Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Vital Signs**

BP **123/84 mm Hg**, Ht 65.5 in, Wt **138.8 lbs**, BMI **22.74 Index**, Temp **97.0 F**, HR **99 /min**, RR **20 /min**, Oxygen sat % **98**.

**Examination**

General Examination:
in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. EARS: right tympanic membrane dull, right tympanic membrane erythematous and dull. NOSE mild congestion. ORAL CAVITY: moist mucosa. THROAT clear. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK: lumbar spinal tenderness. MUSCULOSKELETAL: difficulty arising from a chair, ambulates with a cane, tenderness to palpation over right thigh. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Annual visit for general adult medical examination with abnormal findings - Z00.01 (Primary)
2. Pain in right femur - M89.8X5
3. Degenerative disc disease, cervical - M50.30
4. Other chronic pain - G89.29
5. Left acute otitis media - H66.92
6. Allergic rhinitis, unspecified seasonality, unspecified trigger - J30.9
7. Body mass index (BMI) 22.0-22.9, adult - Z68.22
8. Non-smoker - Z78.9
9. Encounter for screening for other disorder - Z13.89

**Treatment**

**1. Others**

Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet as needed, Orally, twice a day, 30 days, 60 Tablet, Refills 2
Stop Percocet Tablet, 7.5-325 MG, 1 tablet as needed, Orally, twice a day, 20 days, 40 Tablet
Start Percocet Tablet, 7.5-325 MG, 1 tablet as needed, Orally, twice a day, 30 days, 60 Tablet, Refills 0
Start Amoxicillin Capsule, 500 MG, 1 capsule, Orally, Twice a day, 10 days, 20 Capsule, Refills 0
Notes: In regards to his preventative care, he declined the flu vaccine. He does not need a colonoscopy at this time. I will order a CMP and lipid panel at his next visit. I looked him up in the PDMP. I will continue Percocet 7.5 mg twice a day for pain. I will write for a 30-day supply. I will prescribe amoxicillin for left acute otitis media.

**Preventive Medicine**

Counseling: BP Management PHYSICAL ACTIVITY RECOMMENDATION: Giving encouragement to exercise.
Tobacco use: Patient not counseled: Patient not eligible.
BMI Care goal follow-up plan BMI management provided Yes.
Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Procedure Codes**

G0442 ANNUAL ALCOHOL MISUSE SCREEN 15 MIN, Modifiers: 59
G0444 ANNUAL DEPRESSION SCREENING 15 MIN, Modifiers: 59
G0446 INT BH TX RDUC CVD RSK BI-AN 15 MIN, Modifiers: 59

**Follow Up**

4 Weeks



**Electronically signed by ANDREA BATCHELOR , MD on 09/29/2021 at 08:28 AM CDT**
**Sign off status: Completed**

---

**Provider: Andrea Batchelor, MD** **Date: 05/12/2021**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Progress Notes**

**Patient: Lynn, John** **Provider: Andrea Batchelor, MD**
**DOB: ge: 49 Y Sex: Male** **Date: 03/25/2021**

**Reason for Appointment**

1. Refill
2. refills at Gateway
3. Pt states the Dr. he is seeing is wanting to take the rod out. He wants a referral.
4. CN

**History of Present Illness**

Depression Screening:

PHQ-9 Thoughts that you would be better off dead or of hurting yourself in some way Not at all, Total Score 16, Interpretation Moderately Severe Depression.

1 HPI:

He presents to clinic for follow up on his GERD, chronic pain, and sleep disorder and for a referral to another orthopedic doctor to discuss his options. He was seeing Dr. Griffin in Huntsville. Dr. Griffin is wanting to wanting to take the rod out of his right femur and put in a larger diameter rod and bone graft. His right leg is shorter than his left leg. He complains of pain in his right knee. Weather changes make his pain worse. He has difficulty walking when the weather changes. His pain is 5/10 currently. He has been having muscle spasms in his right leg. Klonopin is helping with anxiety. Adderall helps with his sleep disorder.

**Current Medications**

Taking

- Cyclobenzaprine HCl 10 MG Tablet 1 tablet as needed Orally twice a day
- Klonopin 1 MG Tablet 0.5 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day
- Percocet 7.5-325 MG Tablet 1 tablet as needed Orally twice a day

Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**

Vasectomy 2003
right elbow 2/27/2020
right elbow 3/30/2020
gun shot to thigh 2020
Rt knee and tibia Aug. 2020

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:

Tobacco Use/Smoking Are you a nonsmoker.

Drugs/Alcohol:

Alcohol Screen Points 0, Interpretation Negative.

NON SMOKER.

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection
gun shot to thigh
Rt knee and tibia

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.

ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .

Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:
Painful joints **admits**. Weakness denies.

Skin:
Dry skin denies. Itching denies. Rash denies.

Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Vital Signs**

BP **134/87 mm Hg**, Ht 65.5 in, Wt **141.6 lbs**, BMI **23.20 Index**, Temp **97.6 F**, HR **86 /min**, RR **20 /min**, Oxygen sat % **98**.

**Examination**

General Examination:
GENERAL APPEARANCE in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. MUSCULOSKELETAL: ambulates with a cane, pain in right femur with ambulation, difficulty arising from a chair. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Pain in right femur - M89.8X5 (Primary)
2. Other chronic pain - G89.29
3. GERD (gastroesophageal reflux disease) - K21.9
4. Sleep disorder - G47.9
5. Anxiety - F41.9
6. Non-smoker - Z78.9
7. Body mass index (BMI) of 23.0-23.9 in adult - Z68.23

**Treatment**

**1. Non-smoker**

Continue Klonopin Tablet, 1 MG, 0.5 tablet, orally, every morning, 1 tablet mid day and 1 tablet at bedtime as directed, 90 days, 225, Refills 0
Continue Adderall Tablet, 10 MG, 0.5 tablet in the am, Orally, 1 tablet at lunch, and 1 tablet in the evening, 30 days, 75, Refills 0
Continue Nexium Capsule Delayed Release, 40 MG, 1 capsule, Orally, Once a day, 30 days, 30 Capsule, Refills 2
Continue Trazodone HCl Tablet, 50 MG, 1 tablet at bedtime as needed, Orally, Once a day, 30 day(s), 30, Refills 2
Notes: Healthy living material was printed.

**2. Others**

Notes: I will refer him to orthopedics for a second opinion regarding a second surgery on his right femur. I will continue Adderall for his sleep disorder and Klonopin for anxiety. I will continue his other medications as prescribed.
Referral To:MEDICINE & ORTHOPAEDIC CENTER ANDREWS SPORT Orthopedic Surgery
Reason:Refer to orthopedics (Andreos sports medicine St. Vincents) re: right femur pain; h/o right femur surgery; wanting second opinion,kt|faxed 3/25/2021|Andrews cannot see him... Sending new referral to UAB

**Preventive Medicine**

Counseling: Tobacco use: Patient not counseled: No reason specified.

BMI Care goal follow-up plan BMI management provided Yes, Below Normal BMI Follow-up Dietary management education, guidance, and counseling.

Living will/Organ donor: Living will: Discussed what a living will is, Discussed the importance of a living will, Organ donor card: Discussed the importance of being an organ donor.

Smoking This non-smoking patient counseled on the dangers of tobacco use and encouraged to NEVER begin using tobacco in ANY form 03/25/2021.

Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise, Discussed the benefits of any exercise for overall health and well-being.

**Follow Up**

3 Months, prn

**Provider: Andrea Batchelor, MD** **Date: 03/25/2021**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**Electronically signed by ANDREA BATCHELOR , MD on 04/08/2021 at 05:21 PM CDT**
**Sign off status: Completed**

**Progress Notes**

**Patient: Lynn, John** | **Provider: Andrea Batchelor, MD**
**DOB:** **Age: 49 Y Sex: Male** | **Date: 01/29/2021**

**Current Medications**

Taking

- Cyclobenzaprine HCl 10 MG Tablet 1 tablet as needed Orally twice a day
- Klonopin 1 MG Tablet 0.5 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day
- Percocet 7.5-325 MG Tablet 1 tablet as needed Orally twice a day

**Assessments**

1. Ankylosis, right knee - M24.661 (Primary)
2. Pain in right knee - M25.561

**Treatment**

**1. Ankylosis, right knee**

LAB: C-REACTIVE PROTEIN

| | Value | Reference Range |
|---|---|---|
| C-REACTIVE PROTEIN | 1.4 | <8.0 - mg/L |

BATCHELOR,ANDREA M 1/30/2021 12:06:21 PM > send to ordering physician Crowe,Sandra 2/1/2021 9:16:00 AM > 2565392666

LAB: CBC-Med

LAB: SEDRATE

| | Value | Reference Range |
|---|---|---|
| SEDRATE | 1.0 | 0 - 20 - |

ANDREA BATCHELOR Sat Jan 30 08:53:34 AM CST 2021>Send to ordering physician Crowe,Sandra 2/1/2021 9:12:23 AM > 256-5392666

Notes: fax results to 256-539-2666.

**Procedure Codes**

85025 CBC
86140 C-REACTIVE PROTEIN
85651 ESR-RBC SED RATE, NONAUTOMATED



**Electronically signed by ANDREA BATCHELOR , MD on 03/24/2021 at 12:01 PM CDT**
**Sign off status: Completed**

**Provider: Andrea Batchelor, MD** **Date: 01/29/2021**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Lynn, John**
48 Y old Male, DOB:
Account Number: 79274

Home:
Guarantor: Lynn, John Insurance: BCBS ALABAMA Payer ID: SB510
Referring: ANDREA M BATCHELOR
Appointment Facility: Family Medical Associates West

**11/30/2020** **Progress Notes: Andrea Batchelor, MD**

**Current Medications**

Taking
- Klonopin 1 MG Tablet 0.5 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day
- Percocet 7.5-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet as needed Orally twice a day

Not-Taking
- HydrOXYzine HCl 25 MG Tablet 1 tablet as needed for itching Orally every 8 hrs
- Triamcinolone Acetonide 0.1 % Cream 1 application Externally Twice a day
- Norco 5-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**

Vasectomy 2003
right elbow 2/27/2020
right elbow 3/30/2020
gun shot to thigh 2020

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker.
Drugs/Alcohol:
Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.
NON SMOKER.

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection
gun shot to thigh

**Reason for Appointment**

1. CHECKUP
2. Refills
3. Gateway
4. Me

**History of Present Illness**

Depression Screening:
PHQ-9 Thoughts that you would be better off dead or of hurting yourself in some way Not at all, Total Score 2, Interpretation Minimal Depression.

1 HPI:
He presents to clinic for follow up on his sleep disorder, anxiety, and chronic pain. He was not able to take Adderall after surgery in August, and he had racing thoughts. He could not sleep then. He complains of chronic pain in his back, right elbow, and right leg. His right tibia was broken during surgery. Cold weather and sitting too long make his pain worse. He is still seeing his surgeon at this time for his pain medications, but he will likely need to get his pain medications filled here. His pain is 3-4/10 currently. Klonopin is helping with his anxiety.

**Vital Signs**

BP **131/84 mm Hg**, Ht 65.5 in, Wt **143.4 lbs**, BMI **23.50 Index**, Temp **95.7 F**, HR **93 /min**, RR **20 /min**, Oxygen sat % **97**.

**Examination**

General Examination:
GENERAL APPEARANCE in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK: lumbar spinal tenderness. MUSCULOSKELETAL: 4/5 strength right lower extremity proximally and distally. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Allergic rhinitis - J30.9 (Primary)
2. Sleep disorder - G47.9
3. Chronic back pain - M54.9
4. Other chronic pain - G89.29
5. Non-smoker - Z78.9
6. Body mass index (BMI) of 23.0-23.9 in adult - Z68.23

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.

ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .

Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:
Painful joints **admits**. Weakness denies.

Skin:
Dry skin denies. Itching denies. Rash denies.

Neurologic:
Dizziness admits. Fainting denies. Headache denies.

**Treatment**

**1. Non-smoker**

Stop Norco Tablet, 5-325 MG, 1 tablet as needed, Orally, every 8 hrs, 15 days, 45 Tablet
Continue Klonopin Tablet, 1 MG, 0.5 tablet, orally, every morning, 1 tablet mid day and 1 tablet at bedtime as directed, 90 days, 225, Refills 0
Continue Adderall Tablet, 10 MG, 0.5 tablet in the am, Orally, 1 tablet at lunch, and 1 tablet in the evening, 30 days, 75, Refills 0
Stop HydrOXYzine HCl Tablet, 25 MG, 1 tablet as needed for itching, Orally, every 8 hrs, 30 day(s), 90
Stop Triamcinolone Acetonide Cream, 0.1 %, 1 application, Externally, Twice a day, 30 days, 80 Gram
Continue Sucralfate Tablet, 1 GM, 1 tablet, Orally, Three times daily, 30 days, 90, Refills 2
Continue Nexium Capsule Delayed Release, 40 MG, 1 capsule, Orally, Once a day, 30 days, 30 Capsule, Refills 2
Continue Trazodone HCl Tablet, 50 MG, 1 tablet at bedtime as needed, Orally, Once a day, 30 day(s), 30, Refills 2

**2. Others**

Notes:
I looked the patient up in the PDMP. I will continue Adderall and Trazodone for his sleep disorder. I will also continue Klonopin for anxiety. He is currently getting his pain medications from his surgeon. We will reevaluate his pain at his next visit. I will continue his other medications as prescribed for acid reflux.

.

**Preventive Medicine**

Counseling: BP Management DIETARY RECOMMENDATIONS: Dietary management education, guidance, and counseling, PHYSICAL ACTIVITY RECOMMENDATION: Exercises education, guidance, and couneling. Tobacco use: Patient not counseled: Patient not eligible. BMI Care goal follow-up plan BMI management provided
Yes. Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Follow Up**

4 Weeks



**Electronically signed by ANDREA BATCHELOR , MD on 03/08/2021 at 09:06 PM CST**
**Sign off status: Completed**

**Progress Note: Andrea Batchelor, MD 11/30/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Progress Notes**

**Patient: Lynn, John** **Provider: Andrea Batchelor, MD**
**DOB: Age: 48 Y Sex: Male** **Date: 07/21/2020**

**Current Medications**

Taking

- Triamcinolone Acetonide 0.1 % Cream 1 application Externally Twice a day
- Norco 5-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- HydrOXYzine HCl 25 MG Tablet 1 tablet as needed for itching Orally every 8 hrs
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Klonopin 1 MG Tablet 1/2 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily

**Assessments**

1. Other acute osteomyelitis, right humerus - M86.121 (Primary)
2. Tachycardia, unspecified - R00.0
3. Methicillin resistant Staphylococcus aureus infection as the cause of diseases classified elsewhere - B95.62
4. Accidental discharge from unspecified firearms or gun, initial encounter - W34.00XA
5. Other fracture of shaft of right femur, initial encounter for closed fracture - S72.391A

**Treatment**

**1. Other acute osteomyelitis, right humerus**

LAB: C-REACTIVE PROTEIN

| | Value | | Reference Range |
|---|---|---|---|
| C-REACTIVE PROTEIN | 5.8 | | <8.0 - mg/L |

BATCHELOR,ANDREA M 7/23/2020 9:22:11 AM > send to ordering physician Crowe,Sandra 7/23/2020 10:08:14 AM > tammy faxed for me and i gave tammy a copy

LAB: CBC-Med

LAB: CMP

| | Value | | Reference Range |
|---|---|---|---|
| Age | 48 | | - Years |
| GFR Estimated | 110 | | 60 - 140 - see below |
| Sex multiplier | 1.00 | | - # |
| Albumin | 4.5 | | 3.8 - 5.1 - g/dl |
| Alk Phos | 106 | | 34 - 114 - U/L |
| ALT | 18 | | 3 - 35 - U/L |
| AST | 17 | | 8 - 33 - U/L |
| BUN | 12 | | 8 - 23 - mg/dl |
| Calcium | 10.4 | | 8.5 - 10.4 - mg/dl |
| Chloride | 101 | | 90 - 110 - mmol/L |
| Carbon Dioxide | 30.0 | | 23 - 34 - mmol/L |
| **Creatinine** | **0.8** | **L** | **0.9 - 1.3 - mg/dl** |
| **Glucose** | **155** | **H** | **70 - 105 - mg/dl** |
| Potassium | 3.7 | | 3.5 - 5.0 - mmol/L |
| Sodium | 144 | | 136 - 145 - mmol/L |
| Total Protein | 7.3 | | 6.6 - 8.3 - g/dl |
| Total Bilirubin | 0.5 | | 0.1 - 1.0 - mg/dl |

BATCHELOR,ANDREA M 7/23/2020 9:21:56 AM > send to ordering physician Crowe,Sandra 7/23/2020 10:06:52 AM > tammy faxing to dr gave tammy a copy

LAB: SEDRATE

| | Value | | Reference Range |
|---|---|---|---|
| SEDRATE | 6.0 | | 0 - 20 - |

BATCHELOR,ANDREA M 7/23/2020 9:22:27 AM > send to ordering physician Crowe,Sandra 7/23/2020 10:07:17 AM > tammy faxed for me and i gave tammy a copy

**2. Tachycardia, unspecified**

LAB: C-REACTIVE PROTEIN

| | Value | | Reference Range |
|---|---|---|---|
| C-REACTIVE PROTEIN | 5.8 | | <8.0 - mg/L |

BATCHELOR,ANDREA M 7/23/2020 9:22:11 AM > send to ordering physician Crowe,Sandra 7/23/2020 10:08:14 AM > tammy faxed for me and i gave tammy a copy

LAB: CBC-Med

LAB: CMP

| | Value | | Reference Range |
|---|---|---|---|
| Age | 48 | | - Years |
| GFR Estimated | 110 | | 60 - 140 - see below |
| Sex multiplier | 1.00 | | - # |
| Albumin | 4.5 | | 3.8 - 5.1 - g/dl |
| Alk Phos | 106 | | 34 - 114 - U/L |
| ALT | 18 | | 3 - 35 - U/L |
| AST | 17 | | 8 - 33 - U/L |
| BUN | 12 | | 8 - 23 - mg/dl |
| Calcium | 10.4 | | 8.5 - 10.4 - mg/dl |
| Chloride | 101 | | 90 - 110 - mmol/L |
| Carbon Dioxide | 30.0 | | 23 - 34 - mmol/L |
| **Creatinine** | **0.8** | **L** | **0.9 - 1.3 - mg/dl** |
| **Glucose** | **155** | **H** | **70 - 105 - mg/dl** |
| Potassium | 3.7 | | 3.5 - 5.0 - mmol/L |
| Sodium | 144 | | 136 - 145 - mmol/L |
| Total Protein | 7.3 | | 6.6 - 8.3 - g/dl |
| Total Bilirubin | 0.5 | | 0.1 - 1.0 - mg/dl |

BATCHELOR,ANDREA M 7/23/2020 9:21:56 AM > send to ordering physician Crowe,Sandra 7/23/2020 10:06:52 AM > tammy faxing to dr gave tammy a copy

LAB: SEDRATE

| | Value | | Reference Range |
|---|---|---|---|
| SEDRATE | 6.0 | | 0 - 20 - |

BATCHELOR,ANDREA M 7/23/2020 9:22:27 AM > send to ordering physician Crowe,Sandra 7/23/2020 10:07:17 AM > tammy faxed for me and i gave tammy a copy

**3. Methicillin resistant Staphylococcus aureus infection as the cause of diseases classified elsewhere**

LAB: C-REACTIVE PROTEIN

| | Value | | Reference Range |
|---|---|---|---|
| C-REACTIVE PROTEIN | 5.8 | | <8.0 - mg/L |

BATCHELOR,ANDREA M 7/23/2020 9:22:11 AM > send to ordering physician Crowe,Sandra 7/23/2020 10:08:14 AM > tammy faxed for me and i gave tammy a copy

LAB: CBC-Med

LAB: CMP

| | Value | | Reference Range |
|---|---|---|---|
| Age | 48 | | - Years |
| GFR Estimated | 110 | | 60 - 140 - see below |
| Sex multiplier | 1.00 | | - # |
| Albumin | 4.5 | | 3.8 - 5.1 - g/dl |
| Alk Phos | 106 | | 34 - 114 - U/L |
| ALT | 18 | | 3 - 35 - U/L |
| AST | 17 | | 8 - 33 - U/L |
| BUN | 12 | | 8 - 23 - mg/dl |
| Calcium | 10.4 | | 8.5 - 10.4 - mg/dl |
| Chloride | 101 | | 90 - 110 - mmol/L |
| Carbon Dioxide | 30.0 | | 23 - 34 - mmol/L |
| **Creatinine** | **0.8** | **L** | **0.9 - 1.3 - mg/dl** |
| **Glucose** | **155** | **H** | **70 - 105 - mg/dl** |
| Potassium | 3.7 | | 3.5 - 5.0 - mmol/L |
| Sodium | 144 | | 136 - 145 - mmol/L |
| Total Protein | 7.3 | | 6.6 - 8.3 - g/dl |
| Total Bilirubin | 0.5 | | 0.1 - 1.0 - mg/dl |

BATCHELOR,ANDREA M 7/23/2020 9:21:56 AM > send to ordering physician Crowe,Sandra 7/23/2020 10:06:52 AM > tammy faxing to dr gave tammy a copy

LAB: SEDRATE

| | Value | | Reference Range |
|---|---|---|---|
| SEDRATE | 6.0 | | 0 - 20 - |

BATCHELOR,ANDREA M 7/23/2020 9:22:27 AM > send to ordering physician Crowe,Sandra 7/23/2020 10:07:17 AM > tammy faxed for me and i gave tammy a copy

**4. Accidental discharge from unspecified firearms or gun, initial encounter**

LAB: C-REACTIVE PROTEIN

| | Value | | Reference Range |
|---|---|---|---|
| C-REACTIVE PROTEIN | 5.8 | | <8.0 - mg/L |

BATCHELOR,ANDREA M 7/23/2020 9:22:11 AM > send to ordering physician Crowe,Sandra 7/23/2020 10:08:14 AM > tammy faxed for me and i gave tammy a copy

LAB: CBC-Med

LAB: CMP

| | Value | | Reference Range |
|---|---|---|---|
| Age | 48 | | - Years |
| GFR Estimated | 110 | | 60 - 140 - see below |
| Sex multiplier | 1.00 | | - # |
| Albumin | 4.5 | | 3.8 - 5.1 - g/dl |
| Alk Phos | 106 | | 34 - 114 - U/L |
| ALT | 18 | | 3 - 35 - U/L |
| AST | 17 | | 8 - 33 - U/L |
| BUN | 12 | | 8 - 23 - mg/dl |
| Calcium | 10.4 | | 8.5 - 10.4 - mg/dl |
| Chloride | 101 | | 90 - 110 - mmol/L |
| Carbon Dioxide | 30.0 | | 23 - 34 - mmol/L |
| **Creatinine** | **0.8** | **L** | **0.9 - 1.3 - mg/dl** |
| **Glucose** | **155** | **H** | **70 - 105 - mg/dl** |
| Potassium | 3.7 | | 3.5 - 5.0 - mmol/L |
| Sodium | 144 | | 136 - 145 - mmol/L |
| Total Protein | 7.3 | | 6.6 - 8.3 - g/dl |
| Total Bilirubin | 0.5 | | 0.1 - 1.0 - mg/dl |

BATCHELOR,ANDREA M 7/23/2020 9:21:56 AM > send to ordering physician Crowe,Sandra 7/23/2020 10:06:52 AM > tammy faxing to dr gave tammy a copy

LAB: SEDRATE

| | Value | | Reference Range |
|---|---|---|---|
| SEDRATE | 6.0 | | 0 - 20 - |

BATCHELOR,ANDREA M 7/23/2020 9:22:27 AM > send to ordering physician Crowe,Sandra 7/23/2020 10:07:17 AM > tammy faxed for me and i gave tammy a copy

**Procedure Codes**

85025 CBC
80053 COMPREHEN METABOLIC PANEL
85651 ESR-RBC SED RATE, NONAUTOMATED
86140 C-REACTIVE PROTEIN

**Provider: Andrea Batchelor, MD** **Date: 07/21/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**Electronically signed by ANDREA BATCHELOR , MD on 09/21/2020 at 02:49 PM CDT**
**Sign off status: Completed**

Oct-26-2021 10:04:57Faxing Multiple Encounters6033345995Ergle,MillieFamily Medical Associates WestFamily Medical Associates West205-489-332235This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.

## Progress Note

Patient: Lynn, John
DOB: Age: 47 Y Sex: Male
PCP: ANDREA M BATCHELOR

Provider: BRITTANY TUBBS
Date: 01/18/2019

**Reason for Appointment**

1. Shot
2. Requesting antibiotics and shot for possible abscess. Tooth infected, getting crown on Tuesday. +facial swelling
3. MK

**Current Medications**

Taking

- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Amitiza 24 MCG Capsule 1 capsule with food Orally Twice a day

Not-Taking

- Neurontin 300 MG Capsule 1 capsule Orally two times a day

**Past Medical History**

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Allergies**

Cefzil

**Vital Signs**

BP 139/96 mm Hg, Ht 65.5 in, Temp 97.9 F, HR 113 /min, RR 20 /min, Oxygen sat % 94.

**Assessments**

1. Dental abscess - K04.7 (Primary)

**Treatment**

**1. Others**

Start Amoxicillin Capsule, 500 MG, 1 capsule, Orally, every 12 hrs, 10 day(s), 20 Capsule, Refills 0
Start Diflucan Tablet, 150 MG, 1 tablet now and may repeat in 3 days, Orally, Once a day, 2 days, 2, Refills 0

**Therapeutic Injections**

AB ROCEPHIN 1 GRAM : 1 g (Dose No:1) (Route: Intramuscular) given by Marsha Kelley on right hip intramuscular

**Procedure Codes**

J0696 AB ROCEPHIN 1 GRAM, Units: 4.00
96372 THER/PROPH/DIAG INJ, SC/IM

**Follow Up**

prn

**Electronically signed by ANDREA BATCHELOR , MD on 05/30/2019 at 04:24 PM CDT**
**Sign off status: Completed**

**Lynn, John**
46 Y old Male, DOB:
Account Number: 79274

Home:
Guarantor: Lynn, John Insurance: BCBS ALABAMA Payer ID: SB510
Referring: ANDREA M BATCHELOR
Appointment Facility: Family Medical Associates

**11/26/2018** **Progress Note: Andrea Batchelor, MD**

**Current Medications**

Taking
- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Amitiza 24 MCG Capsule 1 capsule with food Orally Twice a day

Not-Taking
- Neurontin 300 MG Capsule 1 capsule Orally two times a day

**Reason for Appointment**

1. Abdominal

**Assessments**

1. RUQ abdominal pain - R10.11 (Primary)

**Treatment**

**1. RUQ abdominal pain**

LAB: Urinalysis

**Procedure Codes**

76700 US EXAM, ABDOM, COMPLETE

**Follow Up**

prn

**Electronically signed by ANDREA BATCHELOR , MD on 07/14/2020 at 10:20 PM CDT**
**Sign off status: Completed**

Family Medical Associates
42320 HIGHWAY 195
HALEYVILLE, AL 355657064
Tel: 205-486-8899
Fax: 205-486-8908



*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Progress Notes**

**Patient: Lynn, John** **Provider: Andrea Batchelor, MD**
**DOB: Age: 46 Y Sex: Male** **Date: 11/26/2018**

**Reason for Appointment**

1. Urine

**Current Medications**

Taking

- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Amitiza 24 MCG Capsule 1 capsule with food Orally Twice a day

Not-Taking

- Neurontin 300 MG Capsule 1 capsule Orally two times a day

**Assessments**

1. Dysuria - R30.0 (Primary)

**Treatment**

**1. Dysuria**

LAB: Urinalysis

| | Value | Reference Range |
|---|---|---|
| Clarity | clear | |
| Color | yellw | |
| Bilirubin | neg | |
| Blood | neg | |
| Glucose | neg | |
| Ketones | neg | |
| Leukocytes | neg | |
| Nitrites | neg | |
| pH | 6.5 | |
| Protein | neg | |
| Specific Gravity | 1.015 | |
| Urobilinogen | 0.2 | |

**Procedure Codes**

81003 URINALYSIS, AUTO, W/O SCOPE

**Electronically signed by ANDREA BATCHELOR , MD on 06/04/2020 at 09:55 AM CDT**
**Sign off status: Completed**

**Provider: Andrea Batchelor, MD** **Date: 11/26/2018**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Progress Notes**

**Patient: Lynn, John** **Provider: Andrea Batchelor, MD**
**DOB: Age: 46 Y Sex: Male** **Date: 11/19/2018**

**Reason for Appointment**

1. continues to have pain in side (right) and radiates around to back. C/O constipation. States his bowels have quit working. States when he has a BM, his low back hurts.
2. Gateway
3. CN
4. States he takes Metamucil every night too.

**History of Present Illness**

1 HPI:

He presents to clinic with complaint of constipation, right lower quadrant pain that radiates to his back. His last bowel movement was yesterday after taking 2 Dulcolax tablets. During the past 2 weeks he has had 3 bowel movements. He has had a decreased appetite for the past week. He takes Metamucil each night. He has had nausea since returning to work 1 week ago. He denies vomiting. His follow-up appointment for his recent appendectomy with Dr. Ike Baker is on 11/28/18. He is scheduled for a CT of his abdomen on 11/26/18 to evaluate his ongoing abdominal pain. He has chronic low back pain, but it has worsened with his constipation. The pain is worse in his right lower back. He denies straining to have bowel movements. He also takes daily probiotics. He is requesting a work excuse until 11/26/18 because he has been unable to perform his daily tasks at work due to his right abdominal pain.

**Current Medications**

Taking
- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day

Not-Taking
- Neurontin 300 MG Capsule 1 capsule Orally two times a day
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**

Vasectomy 2003

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:

Tobacco Use/Smoking Are you a: nonsmoker .
Pharmacy: Walmart (Haleyille).

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Review of Systems**

General/Constitutional:
Change in appetite **admits**. Chills denies. Fever denies.
ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.
Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.
Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.
Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.
Gastrointestinal:
Abdominal pain admits. Constipation admits. Diarrhea denies. Nausea admits. Vomiting denies .
Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.
Musculoskeletal:
Painful joints **admits**. Weakness denies.
Skin:
Dry skin denies. Itching denies. Rash denies.
Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Vital Signs**

BP 127/83 mm Hg, Ht 65.5 in, Wt 148.4 lbs, BMI 24.32 Index, Temp 97.4 F, HR 81 /min, RR 20 /min, Oxygen sat % 97.

**Examination**

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished . HEAD: normocephalic, atraumatic . NECK/THYROID: neck supple . SKIN: warm and dry . LUNGS: clear to auscultation bilaterally . HEART: regular rate and rhythm, S1, S2 normal . ABDOMEN soft, nontender, nondistended, bowel sounds present , mild tenderness to palpation of right and left upper abdominal quadrants. BACK: lumbar spinal tenderness that is worse on right. MUSCULOSKELETAL: no swelling or deformity. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact .

**Assessments**

1. Constipation, unspecified constipation type - K59.00 (Primary)
2. Right upper quadrant abdominal pain - R10.11
3. Left upper quadrant pain - R10.12
4. Nausea - R11.0
5. Chronic back pain - M54.9
6. BMI 24.0-24.9, adult - Z68.24
7. Non-smoker - Z78.9

**Treatment**

**1. Others**

SAMPLE Amitiza Capsule, 24 MCG, 1 capsule with food, Orally, Twice a day, 30 day(s), 60
Notes: I will give him Amitiza samples for 8 days and a discount card for future prescriptions for his constipation. I instructed him to call the clinic in one week to report whether the medication is helping his constipation, and if it is effective, we will send in a prescription at that time. He is scheduled for an abdominal CT on 11/26/18 and will follow-up with Dr. Ike Baker on 11/28/18. He has Zofran for as needed management of nausea at home. Brittany Tubbs, CRNP
I reviewed above exam and plan. I agree with findings. A. Batchelor, MD.

**Preventive Medicine**

Counseling: Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Follow Up**
1 Wee ed, prn

**Patient: Lynn, John**
**DOB:**

**Provider: Andrea Batchelor, MD**
**Date: 11/19/2018**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**Electronically signed by ANDREA BATCHELOR , MD on 12/15/2018 at 04:40 PM CST**
**Sign off status: Completed**

**Progress Note**

**Patient: Lynn, John** **Provider: Andrea Batchelor, MD**
**DOB: Age: 46 Y Sex: Male** **Date: 11/14/2018**

**Reason for Appointment**

1. Abd xray

**Current Medications**

Taking

- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day

Not-Taking

- Neurontin 300 MG Capsule 1 capsule Orally two times a day

**Assessments**

1. Right lower quadrant abdominal pain - R10.31 (Primary)

**Treatment**

**1. Right lower quadrant abdominal pain**
Imaging: Xray : ABDOMEN 2 VIEW

**Procedure Codes**

74019 X-RAY EXAM ABDOMEN 2 VIEWS

**Electronically signed by ANDREA BATCHELOR , MD on 11/27/2018 at 06:33 PM CST**
**Sign off status: Completed**

## Progress Notes

Patient: Lynn, John
DOB: Age: 46 Y Sex: Male

Provider: Andrea Batchelor, MD
Date: 10/31/2018

**Reason for Appointment**
1. Urinalysis

**Current Medications**
Taking
- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day

Not-Taking
- Neurontin 300 MG Capsule 1 capsule Orally two times a day

**Assessments**
1. Right upper quadrant abdominal pain - R10.11 (Primary)

**Treatment**
**1. Right upper quadrant abdominal pain**

LAB: CULTURE, URINE, ROUTINE

| | Value | Reference Range |
|---|---|---|
| CULTURE | SEE NOTE | - |

BATCHELOR,ANDREA M 11/3/2018 8:32:48 AM > his urine culture was negative Crowe,Sandra 11/5/2018 10:48:12 AM > REPORTED AND FAXED

LAB: URINALYSIS, COMPLETE

| | Value | | Reference Range |
|---|---|---|---|
| COLOR | YELLOW | | YELLOW - |
| APPEARANCE | CLEAR | | CLEAR - |
| BILIRUBIN | NEGATIVE | | NEGATIVE - |
| KETONES | NEGATIVE | | NEGATIVE - |
| SPECIFIC GRAVITY | 1.006 | | 1.001-1.035 - |
| OCCULT BLOOD | NEGATIVE | | NEGATIVE - |
| PH | 7.0 | | 5.0-8.0 - |
| PROTEIN | NEGATIVE | | NEGATIVE - |
| NITRITE | NEGATIVE | | NEGATIVE - |
| **LEUKOCYTE ESTERASE** | **TRACE** | **A** | **NEGATIVE -** |
| WBC | NONE SEEN | | < OR = 5 - /HPF |
| RBC | NONE SEEN | | < OR = 2 - /HPF |
| SQUAMOUS EPITHELIAL CELLS | NONE SEEN | | < OR = 5 - /HPF |
| BACTERIA | NONE SEEN | | NONE SEEN - /HPF |
| HYALINE CAST | NONE SEEN | | NONE SEEN - /LPF |
| GLUCOSE | NEGATIVE | | NEGATIVE - |

BATCHELOR,ANDREA M 11/3/2018 8:32:33 AM > reviewed

**Procedure Codes**
81003 URINALYSIS, AUTO, W/O SCOPE
87086 URINE CULTURE/COLONY COUNT
87088 URINE BACTERIA CULTURE



**Electronically signed by ANDREA BATCHELOR , MD on 06/04/2020 at 09:53 AM CDT**
**Sign off status: Completed**

**Provider: Andrea Batchelor, MD** **Date: 10/31/2018**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

## Progress Notes

**Patient:** Lynn, John
**Account Number:** 79274
**DOB:** **Age:** 46 Y **Sex:** Male
**Phone:**
**Address**

**Provider:** Andrea Batchelor, MD
**Date:** 10/23/2018

## Subjective:

**Chief Complaints:**
1. Wife called wanting cmp amd anything else Doc Batchelor thinks he needs today; but doesn't want him to know. 2. Refills. 3. Gateway. 4. CN.

**HPI:**
1 HPI:
He presents to clinic for follow-up for his chronic neck and lower back pain, allergic rhinitis, and GERD. He is also having abdominal pain to his right upper quadrant. Norco helps with his chronic pain. His pain is 3/10 currently. He is not taking Neurontin anymore because he is not having numbness or tingling at this time and does not want a refill of it. He was having numbness and tingling to his arms and hands intermittently and consitently with looking upward. He was previously supposed to have neck surgery but cancelled it because the surgeon could not guarantee he could return to work within 2 months. He is also having right upper abdominal quadrant pain that he describes as sharp pain with occasional spasms. He denies recently lifting heavy objects. Walking helps to relieve his abdominal pain. He has not been passing excessive flatulence. He had an appendectomy on 10/6/18 at WMBC by Dr. Ike Baker. He has a follow-up appointment with Dr. Baker (general surgeon) on 10/31/18. He is also having pain in his left upper quadrant occasionally.

**ROS:**
General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.
NOSE:
Nasal drainage **admits**.
ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.
Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.
Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.
Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.
Gastrointestinal:
Abdominal pain admits. Diarrhea denies. Nausea denies. Vomiting denies .
Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.
Musculoskeletal:
Painful joints **admits**. Weakness denies.
Skin:
Dry skin denies. Itching denies. Rash denies.
Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Medical History:** Chronic vertigo, Racing thoughts, Hiatial hernia, 8 bulging disc, Insomnia.

**Surgical History:** Vasectomy 2003.

**Hospitalization/Major Diagnostic Procedure:** Viral infection .

**Family History:** Father: alive. Mother: alive. 1 brother(s) . 1 son(s) , 1 daughter(s) . .

**Social History:**
Tobacco Use: Tobacco Use/Smoking Are you a nonsmoker.
Pharmacy: Walmart (Haleyille).

**Medications:** Taking Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall, Taking Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall, Taking Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day, Taking Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain, Taking Sucralfate 1 GM Tablet 1 tablet Orally Three times daily, Taking Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day, Taking Ciprofloxacin HCl 500 MG Tablet 1 tablet Orally Twice a day, stop date 10/26/2018, Not-Taking Neurontin 300 MG Capsule 1 capsule Orally two times a day, Medication List reviewed and reconciled with the patient

**Allergies:** Cefzil.

## Objective:

**Vitals:** BP 111/80 mm Hg, Ht 65.5 in, Wt 144.8 lbs, BMI 23.73 Index, Temp 97.9 F, HR 94 /min, RR 20 /min, Oxygen sat % 98.

**Examination:**

General Examination:

GENERAL APPEARANCE: in no acute distress, well developed, well nourished . HEAD: normocephalic, atraumatic . NOSE mild congestion. NECK/THYROID: neck supple . SKIN: warm and dry . LUNGS: clear to auscultation bilaterally . HEART: regular rate and rhythm, S1, S2 normal . ABDOMEN soft, nontender, nondistended, bowel sounds present , mild tenderness to palpation of right and left upper abdominal quadrants. BACK: lumbar spinal tenderness. MUSCULOSKELETAL: no swelling or deformity; cervical spine tenderness. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact .

## Assessment:

**Assessment:**

1. Right upper quadrant abdominal pain - R10.11 (Primary)
2. Neck pain - M54.2
3. Chronic back pain - M54.9
4. Other chronic pain - G89.29
5. GERD (gastroesophageal reflux disease) - K21.9
6. Allergic rhinitis - J30.9
7. Non-smoker - Z78.9
8. Body mass index (BMI) of 23.0-23.9 in adult - Z68.23

## Plan:

**1. Right upper quadrant abdominal pain**

LAB: CBC-Med

LAB: CMP

| | | | |
|---|---|---|---|
| Age | 46 | | - Years |
| GFR Estimated | 69 | | 60 - 140 - see below |
| Sex multiplier | 1.00 | | - # |
| Albumin | 4.3 | | 3.8 - 5.1 - g/dl |
| Alk Phos | 73 | | 34 - 114 - U/L |
| ALT | 29 | | 3 - 35 - U/L |
| AST | 17 | | 8 - 33 - U/L |
| **BUN** | **7** | **L** | **8 - 23 - mg/dl** |
| Calcium | 9.1 | | 8.5 - 10.4 - mg/dl |
| Chloride | 104 | | 90 - 110 - mmol/L |
| Carbon Dioxide | 28.0 | | 23 - 34 - mmol/L |
| Creatinine | 1.2 | | 0.9 - 1.3 - mg/dl |
| Glucose | 90 | | 70 - 105 - mg/dl |
| Potassium | 3.8 | | 3.5 - 5.0 - mmol/L |
| Sodium | 144 | | 136 - 145 - mmol/L |
| **Total Protein** | **6.4** | **L** | **6.6 - 8.3 - g/dl** |
| Total Bilirubin | 0.5 | | 0.1 - 1.0 - mg/dl |

BATCHELOR,ANDREA M 10/25/2018 7:40:49 PM > reviewed

Notes: I will obtain a CBC and CMP today. His WBC is 8.3, which reduces the likelihood of infection being the cause of his abdominal pain. I will refill his Nexium and Carafate for GERD and gastric ulcer management. I will refill Xyzal for management of his chronic allergy symptoms. His Norco will also be refilled for his chronic pain. He will follow-up with surgeon regarding his abdominal pain. Brittany Tubbs, CRNP
Patient was seen. I agree with above exam and plan. A. Batchelor, MD.

**2. Body mass index (BMI) of 23.0-23.9 in adult**

Continue Nexium Capsule Delayed Release, 40 MG, 1 capsule, Orally, Once a day, 90 days, 90, Refills 0 ; Continue Sucralfate Tablet, 1 GM, 1 tablet, Orally, Three times daily, 90 days, 270, Refills 0 ; Continue Norco Tablet, 5-325 MG, 0.5 tablet, Orally, every 8 hours prn pain, 30 days, 30, Refills 0 ; Continue Xyzal Tablet, 5 MG, 1 tablet in the evening, Orally, Once a day, 90 days, 90, Refills 0 .

**Procedure Codes:** 85025 CBC, 80053 COMPREHEN METABOLIC PANEL

**Preventive:**

Counseling: BP Management DIETARY RECOMMENDATIONS: Diet education, PHYSICAL ACTIVITY RECOMMENDATION: Exercise education, LIFESTYLE RECOMMENDATION: Lifestyle education. Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Follow Up:** 4 Weeks



**Electronically signed by ANDREA BATCHELOR , MD on 11/07/2018 at 09:10 AM CST**
**Sign off status: Completed**

**Progress Notes**

**Patient: Lynn, John** — **Provider: Andrea Batchelor, MD**
**DOB Age: 46 Y Sex: Male** — **Date: 10/19/2018**

**Reason for Appointment**
1. Urine sample

**Current Medications**
Taking
- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Neurontin 300 MG Capsule 1 capsule Orally two times a day
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day

**Assessments**
1. Dysuria - R30.0 (Primary)

**Treatment**
**1. Dysuria**
LAB: Urinalysis

| | Value | Reference Range |
|---|---|---|
| Clarity | clear | |
| Color | lt yellow | |
| Bilirubin | neg | |
| Blood | neg | |
| Glucose | neg | |
| Ketones | neg | |
| Leukocytes | trace | |
| Nitrites | neg | |
| pH | 6.0 | |
| Protein | neg | |
| Specific Gravity | 1.015 | |
| Urobilinogen | 0.2 | |

**2. Others**
Start Ciprofloxacin HCl Tablet, 500 MG, 1 tablet, Orally, Twice a day, 7 days, 14 Tablet, Refills 0

**Procedure Codes**
81003 URINALYSIS, AUTO, W/O SCOPE, Modifiers: QW

**Electronically signed by ANDREA BATCHELOR , MD on 06/04/2020 at 09:52 AM CDT**
**Sign off status: Completed**

## Progress Notes

**Patient:** Lynn, John
**Account Number:** 79274
**DOB:** **Age:** 46 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** ANDREA M BATCHELOR

**Provider:** TANDY R. HOOVER, CRNP
**Date:** 06/18/2018

### Subjective:

**Chief Complaints:**
1. Sinus. 2. teeth pain started Friday/ Lt side Face swollen. Went to afterhour clinic on Saturday and got shot.. 3. Gateway. 4. CN. 5. Refill on medication.

**HPI:**
1 HPI:
He is here today for c/o left side face swollen, congestion, and sinus pressure that stared Friday. He went to Afterhours over the weekend and got decadron and rocephin shot and they called in an antibiotic but he did not take the antibiotic because he gets thrush. He has not had a fever. He had a knot in his left maxillary sinuses but the knot is gone. His teeth even hurt initially but they are improved now.

**ROS:**
General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.
HEAD:
Positive for Sinus pressure headache.
NOSE:
Positive for Nasal congestion.
Ophthalmologic:
Blurred vision denies. Discharge denies. Pain denies.
ENT:
Patient complaining of SINUS CONG. Decreased hearing denies. Sore throat denies. Swollen glands denies.
Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.
Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.
Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.
Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .
Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.
Musculoskeletal:
Painful joints denies. Weakness denies.
Skin:
Dry skin denies. Itching denies. Rash denies.
Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Medical History:** Chronic vertigo, Racing thoughts, Hiatial hernia, 8 bulging disc, Insomnia.

**Surgical History:** Vasectomy 2003.

**Hospitalization/Major Diagnostic Procedure:** Viral infection .

**Family History:** Father: alive. Mother: alive. 1 brother(s) . 1 son(s) , 1 daughter(s) . .

**Social History:**
Tobacco Use: Tobacco Use/Smoking Are you a: nonsmoker .
Pharmacy: Walmart (Haleyille).

**Medications:** Taking Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain, Taking Donnatal 16.2 MG Tablet 1 tablet Orally Three times a day, Taking Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall, Taking Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall, Taking Neurontin 300 MG Capsule 1 capsule Orally two times a day, Taking Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day, Taking Sucralfate 1 GM Tablet 1 tablet Orally Three times daily, Taking Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day, Medication List reviewed and reconciled with the patient

**Allergies:** Cefzil.

### Objective:

**Vitals:** BP 126/81 mm Hg, Ht 65.5 in, Wt 145.8 lbs, BMI 23.89 Index, Temp 97.4 F, HR 85 /min, RR 20 /min, Oxygen sat % 95.

**Examination:**
General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished . HEAD: normocephalic, atraumatic , Bilateral maxillary sinus pain with palpation. EARS: LEFT EAR, tympanic membrane erythematous and dull. NOSE nares patent. THROAT mild erythema, No exudates, no lesions. NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy . SKIN: no suspicious lesions, warm and dry . LUNGS: clear to auscultation bilaterally . HEART: regular rate and rhythm . ABDOMEN normal, bowel sounds present, soft, nontender, nondistended . BACK: no spinal tenderness, no CVA tenderness . EXTREMITIES: no clubbing, cyanosis, or edema . NEUROLOGIC: alert and oriented, moves all extremities well .

## Assessment:

**Assessment:**
1. Acute sinusitis - J01.90 (Primary)
2. GERD (gastroesophageal reflux disease) - K21.9
3. Non-smoker - Z78.9
4. Body mass index (BMI) of 23.0-23.9 in adult - Z68.23

## Plan:

**1. Others**
Stop Donnatal Tablet, 16.2 MG, 1 tablet, Orally, Three times a day, 30 days, 90 ; Start Zithromax Z-Pak Tablet, 250 MG, 2 tablets on the first day, then 1 tablet daily for 4 days, Orally, Once a day, 5 day(s), 1, Refills 0 ; Continue Norco Tablet, 5-325 MG, 0.5 tablet, Orally, every 8 hours prn pain, 30 days, 30, Refills 0 ; Start Bentyl Capsule, 10 MG, 2 capsules, Orally, Four times a day, 30 day(s), 240, Refills 0 .
Notes: I will treat sinusitis with zithromax and rocephin. He will RTC tomorrow or Wednesday for repeat rocephin inj. Dr. Batchelor approved refill for norco. I will refill donnatal as written. RTC prn.
Wal-mart Pharmacy called saying donnatal had been discontinued. I will start bentyl.

**Therapeutic Injections:**
AB ROCEPHIN 1 GRAM : 1 grm (Dose No:1) (Route: Intramuscular) given by Ashley Brakefield on left hip intramuscular

**Procedure Codes:** J0696 AB ROCEPHIN 1 GRAM, Units: 4.00 , 96372 THER/PROPH/DIAG INJ, SC/IM

**Preventive:**
Counseling: Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Follow Up:** 2 - 3 Days, prn

**Provider:** TANDY R. HOOVER, CRNP
**Patient:** Lynn, John **DOB:** **Date:** 06/18/2018

**Electronically signed by ANDREA BATCHELOR , MD on 06/26/2018 at 04:42 PM CDT**
**Sign off status: Completed**

**Progress Notes**

| | |
|---|---|
| Patient: Lynn, John | Provider: Andrea Batchelor, MD |
| DOB Age: 46 Y Sex: Male | Date: 04/19/2018 |

**Reason for Appointment**

1. vertigo, back Started yesterday. States he taking something OTC for it. Its helping a little. States his left ear feels like it is swelled shut. C/O lower back pain from working bent over yesterday.
2. RX: Gateway
3. Dc

**History of Present Illness**

1 HPI:

He presents to clinic with complaint of dizziness and lower back pain. He started feeling dizzy yesterday at work. He took Antivert, which helped with his dizziness. His left ear feels like it is swelled shut. He has some sinus congestion. He has been using a Netty Pot. He also complains of chronic lower back pain. He is having to do a different job at work, and his back has been bothering him more since then. He has been bending a lot at work.

**Current Medications**

Taking

- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain
- Donnatal 16.2 MG Tablet 1 tablet Orally Three times a day
- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Neurontin 300 MG Capsule 1 capsule Orally two times a day
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**

Vasectomy 2003

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:

Tobacco Use/Smoking Are you a: nonsmoker .

Pharmacy: Walmart (Haleyille).

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.

ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .

Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:
Painful joints **admits**. Weakness denies.

Skin:
Dry skin denies. Itching denies. Rash denies.

Neurologic:
Dizziness admits. Fainting denies. Headache denies.

**Vital Signs**

BP 133/87 mm Hg, Ht 65.5 in, Wt 145 lbs, BMI 23.76 Index, Temp 96.9 F, HR 98 /min, RR 20 /min, Oxygen sat % 97.

**Examination**

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished . HEAD: normocephalic, atraumatic . EARS: tympanic membranes dull bilaterally. NOSE mild congestion. ORAL CAVITY: moist mucosa. THROAT clear. NECK/THYROID: neck supple . SKIN: warm and dry . LUNGS: clear to auscultation bilaterally . HEART: no murmurs, regular rate and rhythm, S1, S2 normal . ABDOMEN soft, nontender, nondistended, bowel sounds present . BACK: lumbar spinal tenderness, difficulty arising from a chair. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact .

**Assessments**

1. Vertigo - R42 (Primary)
2. Bilateral acute otitis media - H66.93
3. Chronic back pain - M54.9
4. Other chronic pain - G89.29
5. Body mass index (BMI) of 23.0-23.9 in adult - Z68.23
6. Non-smoker - Z78.9

**Treatment**

**1. Others**

Start Amoxicillin-Pot Clavulanate Tablet, 500-125 MG, 1 tablet, Orally, every 12 hrs, 10 days, 20, Refills 0
Notes: I will treat him for bilateral acute otitis media today with Augmentin. I will also give him Decadron and Toradol today to help with his low back pain. He was instructed to continue taking meclizine as needed for vertigo.

**Therapeutic Injections**

AB DECADRON 4mg : 4 mg (Route: Intramuscular) given by Sandra Crowe on left buttock
AB TORADOL per 15mg : 60 mg (Route: Intramuscular) given by Sandra Crowe on right buttock

**Preventive Medicine**

Counseling: BP Management FIRST HYPERTENSIVE BP READING FOLLOW-UP PLAN: Follow-up 1 month, LIFESTYLE RECOMMENDATION: Lifestyle education regarding hypertension, PHYSICAL ACTIVITY RECOMMENDATION: Recommendation to exercise.

**Procedure Codes**

J1100 AB DECADRON 4mg
J1885 AB TORADOL per 15mg, Units: 4.00
96372 THER/PROPH/DIAG INJ, SC/IM, Units: 2.00

**Follow Up**

1 week if not improved

**Patient: Lynn, John**
**DOB:**

**Provider: Andrea Batchelor, MD**
**Date: 04/19/2018**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Electronically signed by ANDREA BATCHELOR , MD on 06/13/2018 at 01:28 PM CDT**
**Sign off status: Completed**

**Progress Notes**

Patient: Lynn, John
DOB Age: 46 Y Sex: Male

Provider: Andrea Batchelor, MD
Date: 03/20/2018

**Reason for Appointment**
1. discuss MRI Results, Patient states he is hurting in his neck and Left shoulder is going numb and burning. Not slepping.
2. RX Gateway
3. DC

**History of Present Illness**
1 HPI:
He presents to clinic for follow up on his MRI results. He complains of pain in his neck. The pain radiates down his left shoulder blade. His left shoulder is going numb and burning. He has been hurting more.

**Current Medications**
Taking
- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Neurontin 300 MG Capsule 1 capsule Orally two times a day
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Donnatal 16.2 MG Tablet 1 tablet Orally Three times a day
- Medication List reviewed and reconciled with the patient

**Past Medical History**
Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**
Vasectomy 2003

**Family History**
Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**
Tobacco Use:
Tobacco Use/Smoking Are you a: nonsmoker .
Pharmacy: Walmart (Haleyille).

**Allergies**
Cefzil

**Hospitalization/Major Diagnostic Procedure**
Viral infection

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.
Diabetic Eye Exam :
Have you had an eye exam recently? admits. When was last exam? Date. Who is your eye doctor? Dr..
Ophthalmologic:
Blurred vision denies. Discharge denies. Pain denies.
ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.
Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.
Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.
Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.
Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .
Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.
Musculoskeletal:
Painful joints denies. Weakness denies.
Skin:
Dry skin denies. Itching denies. Rash denies.
Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Vital Signs**

BP 138/98 mm Hg, Ht 65.5 in, Wt 146.8 lbs, BMI 24.05 Index, Temp 97.6 F, HR 83 /min, RR 20 /min.

**Examination**

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished . HEAD: normocephalic, atraumatic . NECK/THYROID: neck supple . SKIN: warm and dry . LUNGS: clear to auscultation bilaterally . HEART: no murmurs, regular rate and rhythm, S1, S2 normal . ABDOMEN soft, nontender, nondistended, bowel sounds present . BACK: no spinal tenderness. MUSCULOSKELETAL: decreased range of motion right shoulder. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact .

**Assessments**

1. Right rotator cuff tendinitis - M75.81 (Primary)
2. Degenerative disc disease, cervical - M50.30
3. Chronic back pain - M54.9
4. Other chronic pain - G89.29
5. GERD (gastroesophageal reflux disease) - K21.9
6. BMI 24.0-24.9, adult - Z68.24
7. Non-smoker - Z78.9

**Treatment**

**1. Others**

Continue Norco Tablet, 5-325 MG, 0.5 tablet, Orally, every 8 hours prn pain, 30 days, 30, Refills 0
Continue Donnatal Tablet, 16.2 MG, 1 tablet, Orally, Three times a day, 30 days, 90 Tablet, Refills 2
Notes: The MRI of his cervical spine revealed degenerative discs with some bulging discs. The MRI of his right shoulder revealed rotator cuff and biceps tendon long head tendinosis with a probable superior labral tear and possible subscapularis tendon tear. I will refer him to Dr. Ward for further evaluation. I will give him Toradol today to help with his pain. I will also refill Norco today for his chronic pain and Donnatal for his abdominal pain.
Referral To:ROBERT WARD Orthopedic Surgery
Reason:Refer to Dr. Ward (orthopedics) re: right shoulder Pain, tendinitis, possible tear, neck pain

**Therapeutic Injections**

AB TORADOL per 15mg : 60 mg (Dose No:1) (Route: Intramuscular) given by Marsha Kelley on left buttock

**Preventive Medicine**

~~Counseling: BP Management FIRST HYPERTENSIVE BP READING FOLLOW-UP PLAN: Follow-up 1 month, PHYSICAL ACTIVITY~~
RECOMMENDATION: Recommendation to exercise, LIFESTYLE RECOMMENDATION: Lifestyle education regarding hypertension



J1885 AB TORADOL per 15mg, Units: 4.00
96372 THER/PROPH/DIAG INJ, SC/IM

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Follow Up**

prn

**Electronically signed by ANDREA BATCHELOR , MD on 05/08/2018 at 08:53 PM CDT**
**Sign off status: Completed**

**Progress Notes**

Patient: Lynn, John
DOB:
Age: 46 Y Sex: Male

Provider: Andrea Batchelor, MD
Date: 01/24/2018

**Reason for Appointment**

1. C/O sinus congestion, dry cough, body aches, Started yesterday. sore throat. Weakness. States he had blood on a qtip this morning when he cleaned his left ear,
2. RX: Gateway
3. Dc

**History of Present Illness**

1 HPI:

He presents to clinic complaint of sinus congestion, dry cough, and body aches for the last 2 days. His throat is sore. He feels weak. He had blood on a Q-tip yesterday when he cleaned his left ear. He denies any fever or chills. He has taken NyQuil and Alka-Seltzer Cold Plus.

**Current Medications**

Taking

- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Neurontin 300 MG Capsule 1 capsule Orally two times a day
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain
- Donnatal Tablet 1 tablet Orally Three times a day, stop date 02/18/2018
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day

Not-Taking

- Antivert 25 MG Tablet 1 tablet as needed Orally Once a day
- Meloxicam 7.5 MG Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**

Vasectomy 2003

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:

Tobacco Use/Smoking Are you a: nonsmoker .
Pharmacy: Walmart (Haleyille).

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.

ENT:
Decreased hearing denies. Sore throat admits. Swollen glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:
Cough admits. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .

Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:
Painful joints **admits**. Weakness denies.

Skin:
Dry skin denies. Itching denies. Rash denies.

Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Vital Signs**

BP 131/83 mm Hg, Ht 65.5 in, Wt 147.2 lbs, BMI 24.12 Index, Temp 97.7 F, HR 96 /min, RR 20 /min, Oxygen sat % 95.

**Examination**

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished . HEAD: normocephalic, atraumatic . EARS: tympanic membranes clear bilaterally. NOSE mild congestion. ORAL CAVITY: moist mucosa. THROAT erythematous. NECK/THYROID: neck supple, no cervical lymphadenopathy. SKIN: warm and dry . LUNGS: clear to auscultation bilaterally . HEART: no murmurs, regular rate and rhythm, S1, S2 normal . ABDOMEN soft, nontender, nondistended, bowel sounds present . NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact .

**Assessments**

1. Pharyngitis, unspecified etiology - J02.9 (Primary)
2. Non-smoker - Z78.9
3. BMI 24.0-24.9, adult - Z68.24

**Treatment**

**1. Pharyngitis, unspecified etiology**

LAB: Strep
Strep neg

**2. Others**

Start Azithromycin Tablet, 250 MG, 2 tablets on the first day, then 1 tablet daily for 4 days, Orally, Once a day, 5 day(s), 6, Refills 0
Start Tamiflu Capsule, 75 MG, 1 capsule, Orally, Twice a day, 5 day(s), 10, Refills 0

Notes: His rapid strep and flu were negative. However, I will treat him with Tamiflu for influenza. I will give him Decadron, Rocephin, and azithromycin for pharyngitis.

**Labs**

Lab: Influenza A&B
Influenza A&B neg

**Procedure Codes**

J1100 AB DECADRON 4mg
J0696 AB ROCEPHIN 1 GRAM, Units: 4.00
96372 THER/PROPH/DIAG INJ, SC/IM, Units: 2.00
87880 STREP A ASSAY W/OPTIC
87804 INFLUENZA ASSAY W/OPTIC

**Electronically signed by ANDREA BATCHELOR , MD on 02/26/2018 at 07:40 PM CST**

**Sign off status: Completed**

**Therapeutic Injections**

AB DECADRON 4mg : 4 mg (Dose No:1) (Route: Intramuscular) given by Denise Cummings on left hip intramuscular
AB ROCEPHIN 1 GRAM : 1 grm (Dose No:1) (Route: Intramuscular) given by Denise Cummings on left hip intramuscular

**Lynn, John**
46 Y old Male, DOB:
Account Number: 79274

Home:
Guarantor: Lynn, John Insurance: BCBS ALABAMA Payer ID: SB510
PCP: ANDREA M BATCHELOR Referring: ANDREA M BATCHELOR
Appointment Facility: Family Medical Associates West

12/27/2017 Progress Notes: TANDY R. HOOVER, CRNP

**Current Medications**

Taking

- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Sucralfate 1 GMTablet 1 tablet Orally Three times daily
- Neurontin 300 MG Capsule 1 capsule Orally two times a day
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain
- Donnatal Tablet 1 tablet Orally Three times a day, stop date 02/18/2018

Not-Taking

- Antivert 25 MG Tablet 1 tablet as needed Orally Once a day
- Meloxicam 7.5 MG Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo
Racing thoughts
Hiatial hernia
8 bulging disc
Insomnia

**Surgical History**

Vasectomy 2003

**Family History**

Father: alive
Mother: alive
1 brother(s) , 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:
Tobacco Use/Smoking Are you a: nonsmoker .
Pharmacy: Walmart (Haleyille).

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Reason for Appointment**

1. Sick
2. Pt. in clinic today with c/o sore throat, sinus drainage into throat, coughing. He has been taking AlkaSeltzer cold Plus in mornings and Nyquil at night.
3. Onset of symptoms 5 or 6 days ago. Pt. says he felt better yesterday but he is feeling worse today.
4. Pt. would like to get a shot.
5. RX: Gateway Pharmacy
6. MK

**History of Present Illness**

1. HPI:

He is here for c/o sore throat, sinus drainage, and cough that started Friday night. He reports coughing up yellow/green mucous mostly in the mornings. He denies fever. Reports some headaches but nothing more than normal. He has used alka seltzer plus and nyquil and they seemed to help but he feels worse today than he has. Denies SOB.

**Vital Signs**

BP 128/92 mm Hg, Ht 65.5 in, Wt 144.4 lbs, BMI 23.66 Index, Temp 98.7 F, HR 90 /min, RR 20 /min, Oxygen sat % 94.

**Examination**

General Examination:

GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. EARS: BILATERAL EARS, TMs with increased cloudy fluid level, RIGHT EAR, tympanic membrane erythematous and dull. NOSE mild congestion. THROAT mild erythema. NECK/THYROID: neck supple, full range of motion, , on the LEFT SIDE of the neck, on the RIGHT SIDE of the neck, anterior cervical nodes enlarged. SKIN: no suspicious lesions, warm and dry. LUNGS: clear to auscultation bilaterally. HEART: regular rate and rhythm. ABDOMEN normal, bowel sounds present, soft, nontender, nondistended. BACK: no spinal tenderness, no CVA tenderness. EXTREMITIES: no clubbing, cyanosis, or edema. NEUROLOGIC: alert and oriented, moves all extremities well.

**Assessments**

1. Acute suppurative otitis media of both ears without spontaneous rupture of tympanic membranes, recurrence not specified - H66.003 (Primary)
2. Upper respiratory tract infection, unspecified type - J06.9
3. Non-smoker - Z78.9
4. Body mass index (BMI) of 23.0-23.9 in adult - Z68.23

**Treatment**

**1. Others**

Start Hydromet Syrup, 5-1.5 MG/5ML, 5 ml as needed, Orally, every 6 hrs, 7 days, 140 ml, Refills 0
Start Cefdinir Capsule, 300 MG, 1 capsule, Orally, every 12 hrs, 10 day(s), 20, Refills 0
Notes: I will give decadron, rocephin, cefdinir, and hydromet for AOM and URI. RTC next week if not improved.

**Therapeutic Injections**

AB DECADRON 4mg : 4 mg (Dose No:1) given by Sandra Crowe on left hip intramuscular
AB ROCEPHIN 1 GRAM : 1 grm (Dose No:1) given by Sandra Crowe on right hip intramuscular

**Preventive Medicine**

Counseling: Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise, Discussed the benefits of any exercise for overall health and well-being.

**Procedure Codes**

J1100 AB DECADRON 4mg
J0696 AB ROCEPHIN 1 GRAM
96372 THER/PROPH/DIAG INJ, SC/IM

**Follow Up**

prn

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.
Ophthalmologic:
Blurred vision denies. Discharge denies. Pain denies.
ENT:
Patient complaining of SINUS CONG. Decreased hearing denies. Sore throat admits, which feels scratchy. Swollen glands denies.
Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.
Respiratory:
Cough admits. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.
Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.
Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .
Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.
Musculoskeletal:
Painful joints denies. Weakness denies.
Skin:
Dry skin denies. Itching denies. Rash denies.
Neurologic:
Dizziness denies. Fainting denies. Headache admits.

**Electronically signed by RAMESH REDDY , MD on 01/08/2018 at 10:38 PM CST**
**Sign off status: Completed**

**Family Medical Associates West**
**15341 HWY 278**
**DOUBLE SPRINGS, AL 35553-2407**
**Tel: 205-489-3322**
**Fax: 205-489-3325**

**Progress Notes**

Patient: Lynn, John
DOB: Age: 45 Y Sex: Male

Provider: Andrea Batchelor, MD
Date: 12/12/2017

**Reason for Appointment**

1. R shoulder pain
2. Pt. in clinic with c/o right shoulder pain. States he was getting on the roof and shoulder popped out of place, pain ran down arm and elbow. It popped back in place when he went back down ladder but it is still very painful. Limited movement of arm.
3. RX Gateway Pharmacy
4. MK

**History of Present Illness**

1 HPI:

He presents to clinic with complaint of right shoulder pain for the last 4 days. He was getting up on the roof of a house at Dauphin Island, and his left shoulder popped. The pain ran down his right arm to his elbow. He felt like his shoulder popped out of place and popped back in when he went down the ladder. However, his right shoulder is still painful. He has pain around his right shoulder area. He complains of limited range of motion in his right arm. He is unable to do job at work due to the pain in his right shoulder.

**Current Medications**

Taking

- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Neurontin 300 MG Capsule 1 capsule Orally two times a day
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain
- Donnatal Tablet 1 tablet Orally Three times a day, stop date 02/18/2018

Not-Taking

- Antivert 25 MG Tablet 1 tablet as needed Orally Once a day
- Meloxicam 7.5 MG Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**

Vasectomy 2003

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:

Tobacco Use/Smoking Are you a: nonsmoker .
Pharmacy: Walmart (Haleyille).

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Review of Systems**

General/Constitutional:

Change in appetite denies. Chills denies. Fever denies.

ENT:

Decreased hearing denies. Sore throat denies. Swollen glands denies.

Endocrine:

Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:

Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:

Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:

Abdominal pain admits. Nausea denies. Vomiting denies .

Genitourinary:

Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:

Painful joints **admits**. Weakness admits.

Skin:

Dry skin denies. Itching denies. Rash denies.

Neurologic:

Dizziness denies. Fainting denies. Headache denies.

**Vital Signs**

BP 123/83 mm Hg, Ht 65.5 in, Wt 147.0 lbs, BMI 24.09 Index, Temp 97.9 F, HR 81 /min, RR 20 /min, Oxygen sat % 96.

**Examination**

General Examination:

GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. MUSCULOSKELETAL: decreased range of motion right shoulder, tenderness to palpation over distal clavicle. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact, 5/5 handgrip bilaterally.

**Assessments**

1. Right shoulder pain, unspecified chronicity - M25.511 (Primary)
2. Neck pain - M54.2
3. Other chronic pain - G89.29
4. Non-smoker - Z78.9
5. BMI 24.0-24.9, adult - Z68.24

**Treatment**

**1. Right shoulder pain, unspecified chronicity**

Imaging: Xray : Shoulder, right

**2. Others**

Notes: An xray of his shoulder revealed a questionable area on the acromion process. I will send the xray out for review. I will give him Decadron and Toradol for pain. If his shoulder pain continues, I will refer him to orthopedics for evaluation.

**Therapeutic Injections**

AB DECADRON 4mg : 4 mg (Dose No:1) (Route: Intramuscular) given by Denise Cummings on right hip intramuscular
AB TORADOL per 15mg : 30 mg (Dose No:1) (Route: Intramuscular) given by Denise Cummings on left hip intramuscular

**Preventive Medicine**

Counseling: Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise, Discussed the benefits of any exercise for overall health and well being.



**Procedure Codes**

J1100 AB DECADRON 4mg
J1885 AB TORADOL per 15mg, Units: 2.00
96372 THER/PROPH/DIAG INJ, SC/IM, Units: 2.00
73020 X-RAY EXAM OF SHOULDER, Modifiers: RT

**Follow Up**

prn

**Electronically signed by ANDREA BATCHELOR , MD on 01/17/2018 at 11:08 AM CST**
**Sign off status: Completed**

Oct-26-2021 10:03:56Faxing Multiple Encounters6033345995Ergle,MillieFamily Medical Associates WestFamily Medical Associates West205-489-332239This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.

**Progress Note**

**Patient:** Lynn, John
**DOB:** **Age:** 45 Y **Sex:** Male

**Provider:** Andrea Batchelor, MD
**Date:** 10/09/2017

**Reason for Appointment**

1. Couging and congested

**Current Medications**

Taking

- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain
- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Amoxicillin 500 MG Tablet 1 tablet Orally every 12 hrs, stop date 10/16/2017
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Neurontin 300 MG Capsule 1 capsule Orally two times a day
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Hydromet 5-1.5 MG/5ML Syrup 5 ml as needed Orally every 6 hrs, stop date 10/16/2017

Not-Taking

- Antivert 25 MG Tablet 1 tablet as needed Orally Once a day
- Meloxicam 7.5 MG Tablet 1 tablet Orally Once a day

**Past Medical History**

Chronic vertigo
Racing thoughts
Hiatial hernia
8 bulging disc
Insomnia

**Allergies**

Cefzil

**Assessments**

1. Acute sinusitis - J01.90 (Primary)
2. Sore throat - J02.9
3. Productive cough - R05

**Therapeutic Injections**

AB ROCEPHIN 1 GRAM : 1 gm given by Sandra Crowe on left buttock
AB DECADRON 4mg : 4 mg given by Sandra Crowe on left buttock

**Procedure Codes**

J0696 AB ROCEPHIN 1 GRAM
J1100 AB DECADRON 4mg
96372 THER/PROPH/DIAG INJ, SC/IM

**Follow Up**

prn

**Electronically signed by ANDREA BATCHELOR , MD on 11/09/2017 at 09:05 AM CST**

**Sign off status: Completed**

**Patient: Lynn, John**
**DOB:**

**Provider: Andrea Batchelor, MD**
**Date: 10/09/2017**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

## Progress Notes

**Patient**: Lynn, John **Provider**: Andrea Batchelor, MD
**DOB**: **Age**: 45 Y **Sex**: Male **Date**: 10/06/2017

**Reason for Appointment**

1. CRNP....sick
2. Pt. in clinic today with c/o sinus congestion and pressure, drainage, scratchy throat, cough. Onset of symptoms for 8 days. He had low grade temp at onset of symptoms.
3. Pt. states it moved into chest 3 days ago. He started having swelling in left side of face and neck last night.
4. RX: Gateway Pharmacy
5. MK

**History of Present Illness**

1 HPI:

He is here today for evaluation for sinus congestion and pressure, a productive cough, sore/scratchy throat, and drainage that started 8 days ago. Reports a low grade fever and body aches when it first started but denies fever recently. Reports that he feels better today but now it has moved into his sinuses and chest and the right side of his face is swollen. Denies ear pain. Took ibuprofen, tylenol, and alka-seltzer cold plus.

**Current Medications**

Taking
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Neurontin 300 MG Capsule 1 capsule Orally two times a day
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain
- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day

Not-Taking
- Antivert 25 MG Tablet 1 tablet as needed Orally Once a day
- Meloxicam 7.5 MG Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo
Racing thoughts
Hiatial hernia
8 bulging disc
Insomnia

**Surgical History**

Vasectomy 2003

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:

Tobacco Use/Smoking Are you a: nonsmoker .
Pharmacy: Walmart (Haleyille).

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Review of Systems**

General/Constitutional:

Change in appetite denies. Chills **admits**. Fever **admits**.

ENT:

Decreased hearing denies. Sore throat admits. Swollen glands denies.

Endocrine:

Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:

Cough admits. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:

Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:

Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .

Genitourinary:

Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:

Painful joints **admits**. Weakness admits.

Skin:

Dry skin denies. Itching denies. Rash denies.

Neurologic:

Dizziness denies. Fainting denies. Headache admits.

**Vital Signs**

BP 128/86 mm Hg, Ht 65.5 in, Wt 141.8 lbs, BMI 23.24 Index, Temp 98.0 F, HR 88 /min, RR 20 /min, Oxygen sat % 95.

**Examination**

General Examination:

GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. EARS: BILATERAL EARS, tympanic membrane erythematous and dull. THROAT erythematous, tonsils red, swollen, white exudate on tonsils. NECK/THYROID: neck supple, full range of motion, cervical lymphadenopathy. SKIN: no suspicious lesions, warm and dry. LUNGS: clear to auscultation bilaterally. HEART: regular rate and rhythm. ABDOMEN normal, bowel sounds present, soft, nontender, nondistended. BACK: no spinal tenderness, no CVA tenderness. EXTREMITIES: no clubbing, cyanosis, or edema. NEUROLOGIC: alert and oriented, moves all extremities well.

**Assessments**

1. Acute sinusitis - J01.90 (Primary)
2. Sore throat - J02.9
3. Productive cough - R05
4. Allergic rhinitis - J30.9
5. GERD (gastroesophageal reflux disease) - K21.9
6. Non-smoker - Z78.9
7. Body mass index (BMI) of 23.0-23.9 in adult - Z68.23

**Treatment**

**1. Sore throat**

LAB: Strep

Strep neg

**2. Productive cough**

LAB: CBC-Med

**3. Others**

Start Amoxicillin Tablet, 500 MG, 1 tablet, Orally, every 12 hrs, 10 day(s), 20, Refills 0
Continue Nexium Capsule Delayed Release, 40 MG, 1 capsule, Orally, Once a day, 90 days, 90 Capsule, Refills 0
Continue Sucralfate Tablet, 1 GM, 1 tablet, Orally, Three times daily, 90 days, 270, Refills 0
Continue Neurontin Capsule, 300 MG, 1 capsule, Orally, two times a day, 90 days, 180 Capsule, Refills 0
Continue Xyzal Tablet, 5 MG, 1 tablet in the evening, Orally, Once a day, 90 days, 90 Tablet, Refills 0
Notes: I will check CBC and Strep in office today. WBC is 6.7 and his rapid strep is neg. I will administer Rocephin 1gm and Decadron 4mg in office based on clinical presentation. I will send amoxicillin 500mg for patient to start tomorrow if not improved. RTC is not improved by tomorrow. THoover, CRNP
I agree with above plan. A. Batchelor, MD.

**Therapeutic Injections**

AB DECADRON 4mg : 4 mg (Dose No:1) given by Marsha Kelley on left buttock
AB ROCEPHIN 1 GRAM : 1 grm (Dose No:1) given by Marsha Kelley on left buttock

**Preventive Medicine**
Counseling: Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise, Discussed the benefits of any exercise for overall health and well-being.

**Procedure Codes**
J1100 AB DECADRON 4mg
J0696 AB ROCEPHIN 1 GRAM
96372 THER/PROPH/DIAG INJ, SC/IM
85025 CBC
87880 STREP A ASSAY W/OPTIC


pm

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Electronically signed by ANDREA BATCHELOR , MD on 11/09/2017 at 09:05 AM CST**

**Sign off status: Completed**

**Progress Notes**

**Patient**: Lynn, John
**DOB**: **Age**: 45 Y **Sex**: Male

**Provider**: Andrea Batchelor, MD
**Date**: 08/16/2017

**Reason for Appointment**

1. refills, Pt wonts Donatel sent in as Phenohytro 1 tab tid
2. Pt. in clinic today for follow up chronic back pain, paresthesia, GERD, neck pain.
3. Pt. states he is still having numbness in left arm/shoulder. Pt. thinks it is something to do with neck.
4. RX: Gateway Pharmacy
5. MK

**History of Present Illness**

1 HPI:

He presents to clinic for follow up on the numbness in his left arm, GERD, and shoulder and chronic pain. He still complains of numbness in his left arm. He relates that to pain in his neck. He has not been to the chiropractor. Norco helps with his pain. He complains of diarrhea occasionally. If he eats yogurt, his diarrhea improves.

**Current Medications**

Taking

- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Neurontin 300 MG Capsule 1 capsule Orally two times a day
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain

Not-Taking

- Antivert 25 MG Tablet 1 tablet as needed Orally Once a day
- Meloxicam 7.5 MG Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo
Racing thoughts
Hiatial hernia
8 bulging disc
Insomnia

**Surgical History**

Vasectomy 2003

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:

Tobacco Use/Smoking Are you a: nonsmoker .
Pharmacy: Walmart (Haleyille).

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.

ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain admits. Diarrhea admits. Nausea denies. Vomiting denies .

Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:
Painful joints **admits**. Weakness admits.

Skin:
Dry skin denies. Itching denies. Rash denies.

Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Vital Signs**

BP 148/94 mm Hg, Ht 65.5 in, Wt 143.0 lbs, BMI 23.43 Index, Temp 98.7 F, HR 92 /min, RR 20 /min, Oxygen sat % 94.

**Examination**

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK: cervical and lumbar spine tenderness. MUSCULOSKELETAL: wearing brace on right wrist. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Neck pain - M54.2 (Primary)
2. Chronic back pain - M54.9
3. Paresthesia - R20.2
4. GERD (gastroesophageal reflux disease) - K21.9
5. Body mass index (BMI) of 23.0-23.9 in adult - Z68.23
6. Non-smoker - Z78.9

**Treatment**

**1. Others**

Continue Nexium Capsule Delayed Release, 40 MG, 1 capsule, Orally, Once a day, 90 days, 90, Refills 0
Continue Sucralfate Tablet, 1 GM, 1 tablet, Orally, Three times daily, 90 days, 270, Refills 0
Continue Neurontin Capsule, 300 MG, 1 capsule, Orally, two times a day, 30 day(s), 60, Refills 2
Continue Norco Tablet, 5-325 MG, 0.5 tablet, Orally, every 8 hours prn pain, 30 days, 30, Refills 0
Notes: I looked the patient up in the PDMP. I will refill Norco today for his chronic pain. If his arm pain does not improve, the next step would be to obtain an MRI of his cervical spine. He reports that he is not ready for an MRI at this time. He was also instructed to try and follow up with a chiropractor since this was helping with his pain. In regards to his diarrhea, he was instructed to take a probiotic daily to help with his diarrhea. I will continue his other medications as prescribed.



**Preventive Medicine**

Gen[illegible]al: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the bene[illegible] a few hours each week of moderate aerobic exercise, Discussed the benefits of any exercise for overall health and well-being.



**Follow Up**

4 Weeks

**Electronically signed by ANDREA BATCHELOR , MD on 09/26/2017 at 02:53 PM CDT**

**Sign off status: Completed**

**Progress Notes**

**Patient**: Lynn, John
**DOB** **Age**: 45 Y **Sex**: Male

**Provider**: Andrea Batchelor, MD
**Date**: 07/11/2017

**Reason for Appointment**

1. Neck pain/hernia bothering him.
2. State when he sits straight up his left arm goes numb. Has pain at times in left colar bone.
3. Continues to have pain in left side of neck. Went to chriopractor and it didnt help.
4. C/O pain in hiatal hernia . States he has has it for about 15 years.
5. RX: Gateway
6. Dc

**History of Present Illness**

1 HPI:

He presents to clinic with complaint of pain in his neck and numbness in his left arm for 3 weeks. He leaned forward about 3 weeks ago, and he started having numbness in his left arm. He still has numbness in his left arm if he lends forward or bends over. He has been to the chiropractor, but it is not helping with his pain. He denies weakness in his left arm. He complains of pain in his right wrist pain. He cannot put pressure on his right wrist. He was running a drill at home 9 days ago, and he slabbed his right arm up against a board in an awkward position. He also complains of abdominal pain. He has a hiatal hernia, which he has a hiatal hernia for about 15 years. He complains of lots of stress recently. He thinks that has played a role in his abdominal pain.

**Current Medications**

Taking

- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Neurontin 300 MG Capsule 1 capsule Orally two times a day
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain
- Flexeril 10 MG Tablet 1 tablet Orally Once a day at bedtime, stop date 08/15/2017
- Donnatal Tablet 1 tablet Orally Three times a day, stop date 07/28/2017

Not-Taking

- Antivert 25 MG Tablet 1 tablet as needed Orally Once a day
- Meloxicam 7.5 MG Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo
Racing thoughts
Hiatial hernia
8 bulging disc
Insomnia

**Surgical History**

Vasectomy 2003

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:

Tobacco Use/Smoking Are you a: nonsmoker .
Pharmacy: Walmart (Haleyille).

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.
ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.
Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.
Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.
Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.
Gastrointestinal:
Abdominal pain admits. Diarrhea denies. Nausea denies. Vomiting denies .
Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.
Musculoskeletal:
Painful joints **admits**. Weakness admits.
Skin:
Dry skin denies. Itching denies. Rash denies.
Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Vital Signs**

BP 122/81 mm Hg, Ht 65.5 in, Wt 146.0 lbs, BMI 23.92 Index, Temp 98.1 F, HR 81 /min, RR 20 /min, Oxygen sat % 93.

**Examination**

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK: cervical spine tenderness. MUSCULOSKELETAL: decreased range of motion left shoulder, tenderness to palpation over the dorsal aspect of right wrist. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact, normal strength in bilateral upper extremities.

**Assessments**

1. Neck pain - M54.2 (Primary)
2. Wrist pain, right - M25.531
3. Other chronic pain - G89.29
4. GERD (gastroesophageal reflux disease) - K21.9
5. Body mass index (BMI) of 23.0-23.9 in adult - Z68.23
6. Non-smoker - Z78.9

**Treatment**

**1. Others**

Start PredniSONE Tablet, 20 MG, 1 tablet with food or milk, Orally, Once a day, 5 days, 5 Tablet, Refills 0
Notes: I suggested obtaining an MRI of his neck to further evaluate his neck pain and the numbness in his left arm. However, he declined at this time. He plans to go see a different chiropractor. I will prescribe prednisone to help with his pain. He also has what appears to be a strain of his right wrist. If his pain is not improved, he can return to the clinic for an x-ray. However, he reports that his pain has been improving since the initial injury.

**Follow Up**

2 Weeks if not improved

Patient: Lynn, John
DOB:

**Provider: Andrea Batchelor, MD**
**Date: 07/11/2017**

**Electronically signed by ANDREA BATCHELOR , MD on 08/30/2017 at 06:19 PM CDT**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Sign off status: Completed**