**Progress Notes**

**Patient**: Lynn, John
**DOB**: **Age**: 45 Y **Sex**: Male

**Provider**: Andrea Batchelor, MD
**Date**: 05/17/2017



EXHIBIT
3, part 2

**Reason for Appointment**

1. Pt in clinic for refills, no other complaints voiced.
2. RX; Gateway
3. Dc

**History of Present Illness**

1 HPI:

He presents to clinic for follow up on his GERD and chronic pain and for medication refills. Nexium and Sucralfate is helping with his reflux. If he misses Nexium, he has reflux. He complains of chronic pain in his back, neck, and knees. Gabapentin helped with the pain in his upper back. Norco helps with his pain.

**Current Medications**

Taking

- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Neurontin 300 MG Capsule 1 capsule Orally two times a day

Not-Taking

- Antivert 25 MG Tablet 1 tablet as needed Orally Once a day
- Meloxicam 7.5 MG Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo
Racing thoughts
Hiatial hernia
8 bulging disc
Insomnia

**Surgical History**

Vasectomy 2003

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:

Tobacco Use/Smoking Are you a: nonsmoker .
Pharmacy: Walmart (Haleyille).

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.

ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .

Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:
Painful joints **admits**. Weakness denies.

Skin:
Dry skin denies. Itching denies. Rash denies.

Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Vital Signs**

BP 122/80 mm Hg, Ht 65.5 in, Wt 138.6 lbs, BMI 22.71 Index, Temp 98.1 F, HR 76 /min, RR 20 /min, Oxygen sat % 94.

**Examination**

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK: tenderness to palpation along the lumbar spine and along the upper cervical spine. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. GERD (gastroesophageal reflux disease) - K21.9 (Primary)
2. Chronic back pain - M54.9
3. Left knee pain - M25.562
4. Pain in right knee - M25.561
5. Other chronic pain - G89.29
6. Non-smoker - Z78.9
7. Body mass index (BMI) 22.0-22.9, adult - Z68.22

**Treatment**

**1. Others**

Continue Nexium Capsule Delayed Release, 40 MG, 1 capsule, Orally, Once a day, 90 days, 90 Capsule, Refills 0
Continue Sucralfate Tablet, 1 GM, 1 tablet, Orally, Three times daily, 90 days, 270, Refills 0
Continue Neurontin Capsule, 300 MG, 1 capsule, Orally, two times a day, 30 day(s), 60 Capsule, Refills 2
Continue Norco Tablet, 5-325 MG, 0.5 tablet, Orally, every 8 hours prn pain, 30 days, 30, Refills 0
Start Flexeril Tablet, 10 MG, 1 tablet, Orally, Once a day at bedtime, 30 day(s), 30, Refills 2



Note: he patient up in the PDMP today. I will refill Norco today for chronic pain. I will also start him on Flexeril due to his neck pain. I will also refill Neurontin for his chronic pain. I will also refill Nexium and Carafate for acid reflux.

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Follow Up**

4 Weeks

**Electronically signed by ANDREA BATCHELOR , MD on 06/06/2017 at 05:31 PM CDT**

**Sign off status: Completed**

**Progress Notes**

**Patient**: Lynn, John
**DOB**: **Age**: 45 Y **Sex**: Male

**Provider**: Andrea Batchelor, MD
**Date**: 04/03/2017

**Reason for Appointment**

1. Sinuses, back
2. Pt. in clinic today with c/o sinus pressure and congestion. Onset 2 weeks. Pt. states he has been using nettie pot 2 to 3 times a day. States his wife says he makes noises when she sleeps. He started taking Xyzal yesterday. He is also having vertigo.
3. C/o burning pain in upper in upper back for about a week. Pt states that he wakes up at night with pain and cannot go back to sleep. He is having numbnes in arms and hands. Pt. states they go dead.
4. RX: Gateway Drug
5. MK

**History of Present Illness**

1_HPI:

He presents to clinic with complaint of sinus pressure and congestion for the last 2 weeks. He has a sore throat. He denies cough. He has been using a Netty pot 2-3 times a day. He has been having problems breathing at night. He has been making noises when he sleeps per his wife. He has been taking Xyzal since yesterday. He has also been having vertigo. He has had burning pain in his upper back for the last week. He feels like something is sticking in his back. He cannot sleep at nigth due to the pain. He complains of numbness in his arms and hands when he sits in a chair with an arm rest. He been doing a different job at work. He has been wearing a nail apron around his neck.

**Current Medications**

Taking
- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day

Not-Taking
- Antivert 25 MG Tablet 1 tablet as needed Orally Once a day
- Meloxicam 7.5 MG Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo
Racing thoughts
Hiatial hernia
8 bulging disc
Insomnia

**Surgical History**

Vasectomy 2003

**Family History**

Father: alive
Mother: alive
1 brother(s) , 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:

Tobacco Use/Smoking Are you a: nonsmoker .
Pharmacy: Walmart (Haleyille).

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.
ENT:
Decreased hearing denies. Sore throat admits. Swollen glands denies.
Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.
Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.
Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.
Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .
Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.
Musculoskeletal:
Painful joints **admits**. Weakness denies.
Skin:
Dry skin denies. Itching denies. Rash denies.
Neurologic:
Dizziness admits. Fainting denies. Headache admits.

**Vital Signs**

BP 128/91 mm Hg, Ht 65.5 in, Wt 141.6 lbs, BMI 23.20 Index, Temp 97.9 F, HR 75 /min, RR 20 /min, Oxygen sat % 98.

**Examination**

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. EARS: tympanic membranes clear bilaterally. NOSE mild congestion, left maxillary sinus tenderness. ORAL CAVITY: moist mucosa. THROAT clear. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK: thoracic spinal tenderness. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Acute non-recurrent maxillary sinusitis - J01.00 (Primary)
2. Upper back pain - M54.9
3. Vertigo - R42
4. Paresthesia - R20.2
5. Non-smoker - Z78.9
6. Body mass index (BMI) of 23.0-23.9 in adult - Z68.23

**Treatment**

**1. Upper back pain**
Imaging: X ray : Thoracic spine 2 views
Imaging: X ray : Cerivcal Spine without Obliques

**2. Others**
Continue Antivert Tablet, 25 MG, 1 tablet as needed, Orally, Once a day, 90 days, 90, Refills 0
Start Amoxicillin Capsule, 500 MG, 1 capsule, Orally, Twice a day, 10 day(s), 20 Capsule, Refills 0
Start Neurontin Capsule, 300 MG, 1 capsule, Orally, two times a day, 30 day(s), 60 Capsule, Refills 2
Notes: I will treat him for acute sinusitis with amoxicillin, Celestone, and Rocephin. I obtained a xray of his cervical spine and thoracic spine today to evaluate his symptoms. An xray of his cervical spine revealed narrow disc spaces. His thoracic spine xray also revealed narrow disc spaces. I will prescribe Neurontin to help with his pain. I will also prescribe Antivert for vertigo.

**Therapeutic Injections**

AB CELESTONE 6mg : 3 mg (Dose No:1) given by Marsha Kelley on left buttock
AB ROCEPHIN 1 GRAM : 1 gm (Dose No:1) given by Marsha Kelley on left buttock

**Procedure Codes**

J0702 AB CELESTONE 6mg
J0696 AB ROCEPHIN 1 GRAM
96372 THER/PROPH/DIAG INJ, SC/IM
72050 X-RAY EXAM OF NECK SPINE
72070 X-RAY EXAM OF THORACIC SPINE

**Follow Up**

2 Weeks if not improved

Electronically signed by ANDREA BATCHELOR , MD on 04/12/2017 at 08:29 PM CDT

P

D leted

Provider: Andrea Batchelor, MD
Date: 04/03/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Progress Notes**

**Patient**: Lynn, John
**DOB**: **Age**: 45 Y **Sex**: Male

**Provider**: Andrea Batchelor, MD
**Date**: 02/14/2017

**Reason for Appointment**

1. Refills
2. Pt. stated that he needs refills on his medications
3. Pt. stated that he is having problems with his right hand, he smushed it
4. PT. stated that he he went to the chiropractor to have his back adjusted and he told him to give it 2 weeks and it should get better; Pt. stated that its been 3 weeks and its not better
5. Rx: Gateway
6. ABB

**History of Present Illness**

1_HPI:

He presents to clinic for follow up on his chronic pain and GERD and medication refills. He complains of pain in his right hand for the last 3 weeks. He hit the wall with his hand a few weeks ago because he was upset that his dad is dying. He saw the chiropractor said that his pain would get better in a few weeks. However, it still bothers him as times. His right 5th finger is still swollen. He complains of chronic pain in his lower back and left knee. His left knee pain is getting better wearing the knee brace. He is going to see Dr. McCrelass for his back. Norco helps with his pain.

**Current Medications**

Taking

- Meloxicam 7.5 MG Tablet 1 tablet Orally Once a day
- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Antivert 25 MG Tablet 1 tablet as needed Orally Once a day
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo
Racing thoughts
Hiatial hernia
8 bulging disc
Insomnia

**Surgical History**

Vasectomy 2003

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:

Tobacco Use/Smoking Are you a: nonsmoker .
Pharmacy: Walmart (Haleyille).

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.

ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .

Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:
Painful joints **admits**. Weakness denies.

Skin:
Dry skin denies. Itching denies. Rash denies.

Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Vital Signs**

BP 117/79 mm Hg, Ht 65.5 in, Wt 142.6 lbs, BMI 23.37 Index, Temp 97.7 F, HR 80 /min, RR 20 /min, Oxygen sat % 98.

**Examination**

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. NECK/THYROID: neck supple, full range of motion. SKIN: warm and dry. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. LUNGS: clear to auscultation bilaterally. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK: lumbar spinal tenderness. MUSCULOSKELETAL: tenderness to palpation over right 5th metacarpal head with overlying edema. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Fracture of metacarpal bone of right hand - S62.309A (Primary)
2. Accidental injury - T14.90
3. Right hand pain - M79.641
4. Left knee pain - M25.562
5. Chronic back pain - M54.9
6. GERD (gastroesophageal reflux disease) - K21.9
7. Non-smoker - Z78.9
8. Body mass index (BMI) of 23.0-23.9 in adult - Z68.23

**Treatment**

**1. Fracture of metacarpal bone of right hand**
Imaging: X ray : Hand, right

**2. Others**
Continue Norco Tablet, 5-325 MG, 0.5 tablet, Orally, every 8 hours prn pain, 30 days, 30, Refills 0
Continue Sucralfate Tablet, 1 GM, 1 tablet, Orally, Three times daily, 90 days, 270, Refills 0
Continue Meloxicam Tablet, 7.5 MG, 1 tablet, Orally, Once a day, 90 days, 90 Tablet, Refills 0
Notes: To evaluate his right hand pain, I obtained an X-ray of his right hand which revealed a fracture of the 5th metacarpal head. I recommended that the patient follow up with orthopedics. However, he wished to wait at this time. If he changes his mind, he would like to see Dr. Vague in Jasper. I looked the patient up in the PDMP. I will refill Norco today for pain. I will also refill Mobic and his medication for acid reflux.

**Procedure Codes**

73120 X-RAY EXAM OF HAND

**Patient: Lynn, John**
**DOB**

**Provider: Andrea Batchelor, MD**
**Date: 02/14/2017**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Electronically signed by ANDREA BATCHELOR , MD on 03/08/2017 at 06:21 PM CST**

**Sign off status: Completed**

**Progress Notes**

**Patient**: Lynn, John
**DOB**: **Age**: 44 Y **Sex**: Male

**Provider**: Andrea Batchelor, MD
**Date**: 11/16/2016

**Reason for Appointment**
1. Refills
2. Pt. stated that his knee is still sore from a car wreck and his left shoulder is giving him problems; Pt. stated that he thinks his shoulder pain is muscular
3. Pt. stated that he has previously injuried his left shoulder in the past
4. Rx: Gatway
5. ABB

**History of Present Illness**
1 HPI:
He presents to clinic for medication refills. He complains of pain in his left shoulder that got worse after his wreck in August. He thinks it is muscular in origin. His left knee is still sore after his wreck. He went to ortho is Jasper, but they didn't do anything with his knee pain. He has reflux. Nexium and Sucralfate help with his symptoms. He complains of chronic pain in his lower back. His pain is worse in the mornings after getting out of bed.

**Current Medications**
Taking
- Meloxicam 7.5 MG Tablet 1 tablet Orally Once a day
- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Antivert 25 MG Tablet 1 tablet as needed Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain
- Medication List reviewed and reconciled with the patient

**Past Medical History**
Chronic vertigo
Racing thoughts
Hiatial hernia
8 bulging disc
Insomnia

**Surgical History**
Vasectomy 2003

**Family History**
Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**
Tobacco Use:
Tobacco Use/Smoking Are you a: nonsmoker .
Pharmacy: Walmart (Haleyille).

**Allergies**
Cefzil

**Hospitalization/Major Diagnostic Procedure**
Viral infection

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.

ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .

Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:
Painful joints **admits**. Weakness denies.

Skin:
Dry skin denies. Itching denies. Rash denies.

Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Vital Signs**

BP 123/76 mm Hg, Ht 65.5 in, Wt 139.2 lbs, BMI 22.81 Index, Temp 97.2 F, HR 77 /min, RR 20 /min, Oxygen sat % 96.

**Examination**

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. NECK/THYROID: neck supple. SKIN: warm and dry. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. LUNGS: clear to auscultation bilaterally. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK: spine nontender to palpation. MUSCULOSKELETAL: decreased ROM left shoulder, full ROM bilateral knees. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Chronic back pain - M54.9 (Primary)
2. GERD (gastroesophageal reflux disease) - K21.9
3. Left knee pain - M25.562
4. Left shoulder pain, unspecified chronicity - M25.512
5. Nonsmoker - Z78.9
6. Body mass index (BMI) of 22.0-22.9 in adult - Z68.22

**Treatment**

**1. Others**

Continue Nexium Capsule Delayed Release, 40 MG, 1 capsule, Orally, Once a day, 90 days, 90 Capsule, Refills 0
~~Continue Sucralfate Tablet, 1 GM, 1 tablet, Orally, Three times daily, 90 days, 270, Refills 0~~
Continue Norco Tablet, 5-325 MG, 0.5 tablet, Orally, every 8 hours prn pain, 30 days, 20, Refills 0
Notes: I looked him up in the PDMP. I will refill Norco today for his pain. I will also refill Nexium and Sucralfate for GERD. If his left shoulder pain does not improve, we can obtain an xray to evaluate his symptoms further.



**Follow Up**

4 Weeks

**Electronically signed by ANDREA BATCHELOR , MD on 12/08/2016 at 09:15 PM CST**

**Sign off status: Completed**

## Progress Notes

**Patient**: Lynn, John
**DOB**: **Age**: 44 Y **Sex**: Male

**Provider**: Andrea Batchelor, MD
**Date**: 08/18/2016

**Reason for Appointment**

1. Pt in clinic today with Lt. knee pain/burning pain in Lt. thigh. Pt states was in MVA accident yesterday when other car hit him from behind while he was backing out into road
2. RX: Walmart (Haleyville)
3. MK

**History of Present Illness**

1 HPI:

He presents to clinic with complaint of left knee pain and burning in his thigh since yesterday. He was in a MVA. He had backed out into the road, and the other car rear-ended him. His seat broke. His car was totalled. He feels sore all over too. His left knee has bruising on it. It was swollen yesterday. He went to After Hours last night, but they would not see him because he had been in a MVA. The swelling in his knee has gotten better.

**Current Medications**

Taking
- Meloxicam 7.5 MG Tablet 1 tablet Orally Once a day
- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Antivert 25 MG Tablet 1 tablet as needed Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain

Not-Taking/PRN
- Azelastine HCl 137 MCG/SPRAY Solution 1 puff Nasally Twice a day
- Claritin 10 MG Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo
Racing thoughts
Hiatial hernia
8 bulging disc
Insomnia

**Surgical History**

Vasectomy 2003

**Social History**

Tobacco Use:

Tobacco Use/Smoking Are you a: nonsmoker .
Pharmacy: Walmart (Haleyille).

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.

Ophthalmologic:
Blurred vision denies. Discharge denies. Pain denies.

ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .

Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:
Painful joints **admits**. Weakness denies.

Skin:
Dry skin denies. Itching denies. Rash denies.

Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Vital Signs**

BP 132/79 mm Hg, Ht 65.5 in, Wt 137.2 lbs, BMI 22.48 Index, Temp 98.4 F, HR 91 /min, RR 20 /min, Oxygen sat % 98.

**Examination**

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. EYES: extraocular movement intact (EOMI). NECK/THYROID: neck supple, full range of motion. SKIN: warm and dry. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. LUNGS: clear to auscultation bilaterally. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK: spine nontender to palpation. MUSCULOSKELETAL: tenderness to palpation on the lateral aspect of left knee near the patella, no tenderness over the patella or medial aspect of left knee. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Left knee pain - M25.562 (Primary)

**Treatment**

**1. Left knee pain**
Imaging: X ray : Knee, left 2 views

**2. Others**
Start Flexeril Tablet, 10 MG, 1 tablet, Orally, Once a day, 15 days, 15 Tablet, Refills 0
Notes: An x-ray of his left knee revealed irregularities anterior to the left tibia which appears to be chronic. I could not appreciate any fractures. I recommended that the patient follow up with orthopedics for further evaluation. However, he reports that he will try to wear a knee brace for a few days. If the pain is not improved after the weekend, he will go to orthopedics at that time. He was instructed to wear a knee brace. I will also give him Flexeril to help with muscle pain.



**Procedure Codes**

73560 X-RAY EXAM OF KNEE, 1 OR 2



**Follow Up**

5 days if not improved

**Electronically signed by ANDREA BATCHELOR , MD on 08/24/2016 at 08:11 PM CDT**

**Sign off status: Completed**

## Progress Notes

**Patient**: Lynn, John
**DOB**: **Age**: 44 Y **Sex**: Male

**Provider**: Andrea Batchelor, MD
**Date**: 08/01/2016

**Reason for Appointment**

1. Refills
2. Pt. stated that he has a siinus infection
3. Pt. stated that he has sinus pressure, his teeth hurt, headaches, congestion
4. PT. stated that this has been going on for several weeks
5. ABB

**History of Present Illness**

1 HPI:

He presents to clinic for medication refills. He complains of sinus pressure and left sided facial pain for at least 1 week. He has pain in his teeth as well due to the pressure. He has been using a nasal spray without improvement. He had a sore throat, but that has resolved. He has also had headaches due to the pain.

**Current Medications**

Taking

- Meloxicam 7.5 MG Tablet 1 tablet Orally Once a day
- Antivert 25 MG Tablet 1 tablet as needed Orally Once a day
- Azelastine HCl 137 MCG/SPRAY Solution 1 puff Nasally Twice a day
- Claritin 10 MG Tablet 1 tablet Orally Once a day
- Klonopin 0.5 MG Tablet 1 tablet Orally In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Orally Once a day, Notes: Dr. Westfall
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Norco 5-325 MG Tablet 0.5 tablet Orally every 8 hours prn pain
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo
Racing thoughts
Hiatial hernia
8 bulging disc
Insomnia

**Surgical History**

Vasectomy 2003

**Social History**

Tobacco Use:

Tobacco Use/Smoking Are you a: nonsmoker .
Pharmacy: Walmart (Haleyille).

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.
Ophthalmologic:
Blurred vision denies. Discharge denies. Pain denies.
ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.
Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.
Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.
Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.
Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .
Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.
Musculoskeletal:
Painful joints **admits**. Weakness denies.
Skin:
Dry skin denies. Itching denies. Rash denies.
Neurologic:
Dizziness denies. Fainting denies. Headache admits.

**Vital Signs**

BP 122/78 mm Hg, Ht 65.5 in, Wt 138.4 lbs, BMI 22.68 Index, Temp 98.3 F, HR 63 /min, RR 20 /min, Oxygen sat % 96.

**Examination**

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. EYES: extraocular movement intact (EOMI). EARS: left tympanic membrane dull, right tympanic membrane clear. NOSE mild congestion, maxillary sinus tenderness. ORAL CAVITY: mucosa moist. THROAT clear. NECK/THYROID: neck supple, full range of motion. SKIN: warm and dry. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. LUNGS: clear to auscultation bilaterally. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK: spine nontender to palpation. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Acute sinusitis - J01.90 (Primary)
2. Chronic back pain - M54.9
3. GERD (gastroesophageal reflux disease) - K21.9
4. Vertigo - R42
5. Non-smoker - Z78.9
6. Body mass index (BMI) 22.0-22.9, adult - Z68.22

**Treatment**

**1. Others**

Continue Nexium Capsule Delayed Release, 40 MG, 1 capsule, Orally, Once a day, 90 days, 90 Capsule, Refills 0
Continue Antivert Tablet, 25 MG, 1 tablet as needed, Orally, Once a day, 90 days, 90 Tablet, Refills 0
Continue Sucralfate Tablet, 1 GM, 1 tablet, Orally, Three times daily, 90 days, 270, Refills 0
Continue Norco Tablet, 5-325 MG, 0.5 tablet, Orally, every 8 hours prn pain, 30 days, 20, Refills 0
Start Amoxicillin Tablet, 500 MG, 1 tablet, Orally, Twice a day, 10 day(s), 20 Tablet, Refills 0
Notes: I will give the patient Celestone, Rocephin, and amoxicillin today for acute sinusitis. I will refill his other medications today. He was instructed to follow up in one week if his symptoms are not improved.

**Therapeutic Injections**

AB ROCEPHIN 1 GRAM : 1 grm (Dose No:1) given by Ashley Brakefield
AB CELESTONE 6mg : 3 mg (Dose No:1) given by Ashley Brakefield

**Preventive Medicine**

Counseling: Weight normal.

**Patient: Lvnn. John**
**DOB**:

**Provider: Andrea Batchelor, MD**
**Date: 08/01/2016**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

## Progress Notes

**Patient:** Lynn, John
**DOB:** **Age:** 44 Y **Sex:** Male

**Provider:** Andrea Batchelor, MD
**Date:** 05/16/2016

**Reason for Appointment**

1. REFILL
2. Pt. stated that his right foot started hurting and he isn't sure if he did anything to it or not
3. Pt. stated that he has a spur in the joint of foot below his first and second toe
4. Pt. stated that he has gotten shots for it before and it helped
5. Pt. stated that his Norco made him sick so he cut it in half and it helped, pt. stated that he needs refills on it but he can't take a whole pill it makes him sick, is said that the 2o tablets that was given to him last visit was plenty
6. ABB

**History of Present Illness**

1 HPI:

He presents to clinic for medication refills. He complains of pain in the ball of his right foot for the last 1-2 months. The pain radiates to his 2nd toe. He works on rafters daily and stands on the balls of his feet most of the day. He denies any specific trauma to his foot. Ibuprofen has been helping. He also complains of chronic low back pain.

**Current Medications**

Taking

- Meloxicam 7.5 MG Tablet 1 tablet Once a day
- Sucralfate 1 GM Tablet 1 tablet Three times daily
- Nexium 40 MG Capsule Delayed Release 1 capsule Once a day
- Antivert 25 MG Tablet 1 tablet as needed Once a day
- Azelastine HCl 137 MCG/SPRAY Solution 1 puff Twice a day
- Claritin 10 MG Tablet 1 tablet Once a day
- Klonopin 0.5 MG Tablet 1 tablet In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Once a day, Notes: Dr. Westfall
- Norco 5-325 MG Tablet 1 tablet every 8 hours prn pain
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo
Racing thoughts
Hiatial hernia
8 bulging disc
Insomnia

**Surgical History**

Vasectomy 2003

**Social History**

Tobacco Use:

Tobacco Use/Smoking Are you a nonsmoker.
Pharmacy: Walmart (Haleyille).

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.
Ophthalmologic:
Blurred vision denies. Discharge denies. Pain denies.
ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.
Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.
Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.
Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.
Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .
Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.
Musculoskeletal:
Painful joints **admits**. Weakness denies.
Skin:
Dry skin denies. Itching denies. Rash denies.
Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Vital Signs**

BP 144/88 mm Hg, Ht 65.5 in, Wt 141.6 lbs, BMI 23.20 Index, Temp 97.5 F, HR 76 /min, RR 20 /min, Oxygen sat % 98.

**Examination**

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. NECK/THYROID: neck supple, full range of motion. SKIN: warm and dry. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. LUNGS: clear to auscultation bilaterally. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK: spine nontender to palpation. MUSCULOSKELETAL: no tenderness on the plantar surface of right foot. EXTREMITIES: no edema. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Right foot pain - M79.671 (Primary)
2. Chronic back pain - M54.9
3. GERD (gastroesophageal reflux disease) - K21.9
4. Body mass index (BMI) 22.0-22.9, adult - Z68.22

**Treatment**

**1. Others**

Continue Nexium Capsule Delayed Release, 40 MG, 1 capsule, Orally, Once a day, 90 days, 90 Capsule, Refills 0
Continue Sucralfate Tablet, 1 GM, 1 tablet, Orally, Three times daily, 90 days, 270, Refills 0
Continue Norco Tablet, 5-325 MG, 0.5 tablet, Orally, every 8 hours prn pain, 30 days, 20, Refills 0
Notes: His right foot pain is likely due to stress on his feet from work. He was instructed to get a new pair of shoes. He was also instructed on exercises to stretch the tendons in his foot. I will refill his Norco today for pain. I was also refill his medications for GERD today.



**Prev... edicine**

Couns... ight normal.
Tobacco use: Patient not counseled. Patient not eligible.



**Follow Up**

4 Weeks if not improved

**Electronically signed by ANDREA BATCHELOR , MD on 05/19/2016 at 07:02 PM CDT**

**Sign off status: Completed**

**Progress Notes**

**Patient**: Lynn, John
**DOB**: **Age**: 43 Y **Sex**: Male

**Provider**: Andrea Batchelor, MD
**Date**: 11/16/2015

**Reason for Appointment**

1. Sinus pain and pressure states this is recurrent he has had it for years but it gets worse in the fall.
2. Vertigo patient states he has had this for years also he states he had a wisdom tooth growing in to his inner ear and he has to take Antivert for it.
3. Request refill on meds

**History of Present Illness**

General Office Visit:

He presents to clinic with complaint of sinus congetion for the last 2 months. His allergies are worse during the fall. His symptoms have gotten worse over the last 2 months. He complains of headaches and sinus pressure today. He also needs refills on his medications today.

**Current Medications**

Taking

- Meloxicam 7.5 MG Tablet 1 tablet Once a day
- Sucralfate 1 GM Tablet 1 tablet Three times daily
- Nexium 40 MG Capsule Delayed Release 1 capsule Once a day
- Antivert 25 MG Tablet 1 tablet as needed Once a day
- Azelastine HCl 137 MCG/SPRAY Solution 1 puff Twice a day
- Claritin 10 MG Tablet 1 tablet Once a day
- Klonopin 0.5 MG Tablet 1 tablet In the am, Notes: Dr. Westfall
- Adderall 10 MG Tablet 1 tablet in the am and 15 in the evening Once a day, Notes: Dr. Westfall
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo
Racing thoughts
Hiatial hernia
8 bulging disc
Insomnia

**Surgical History**

Vasectomy 2003

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:

Tobacco Use/Smoking Are you a nonsmoker.

Drugs/Alcohol:

Alcohol Screen Points 1.

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.
Ophthalmologic:
Blurred vision denies. Discharge denies. Pain denies.
ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.
Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.
Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.
Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.
Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .
Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.
Musculoskeletal:
Painful joints **admits**. Weakness denies.
Skin:
Dry skin denies. Itching denies. Rash denies.
Neurologic:
Dizziness denies. Fainting denies. Headache admits.

**Vital Signs**

BP 130/87 mm Hg, Ht 65.5 in, Wt 138.6 lbs, BMI 22.71 Index, Temp 97.7 F, HR 60 /min, RR 18 /min, Oxygen sat % 100.

**Examination**

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. EYES: extraocular movement intact (EOMI). EARS: bilateral tympanic membranes dull. NOSE Maxillary sinus tenderness . ORAL CAVITY: mucosa moist. THROAT Erythematous. NECK/THYROID: neck supple, full range of motion. SKIN: warm and dry. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. LUNGS: clear to auscultation bilaterally. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK: spine nontender to palpation. EXTREMITIES: no edema. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Acute sinusitis - J01.90 (Primary)
2. Allergic rhinitis - J30.9
3. Chronic back pain - M54.9
4. GERD (gastroesophageal reflux disease) - K21.9
5. Vertigo - R42
6. Non-smoker - Z78.9
7. Body mass index (BMI) 22.0-22.9, adult - Z68.22

**Treatment**

**1. Others**

Continue Meloxicam Tablet, 7.5 MG, 1 tablet, Orally, Once a day, 30 days, 30 Tablet, Refills 2
Continue Sucralfate Tablet, 1 GM, 1 tablet, Orally, Three times daily, 30 days, 90, Refills 2
Continue Nexium Capsule Delayed Release, 40 MG, 1 capsule, Orally, Once a day, 30 days, 30 Capsule, Refills 2
Continue Antivert Tablet, 25 MG, 1 tablet as needed, Orally, Once a day, 30 days, 30 Tablet, Refills 2
Start Amoxicillin Tablet, 500 MG, 1 tablet, Orally, every 12 hrs, 7 days, 14 Tablet, Refills 0
Notes: I will give him Celestone and Rocephin today for acute sinusitis. I will also give him amoxicillin. I will refill his other medications today.

**Therapeutic Injections**

AB CELESTONE 6mg : 3 mg (Dose No:1) given by Ashley Brakefield on right hip intramuscular
AB ROCEPHIN 1 GRAM : 1 gm (Dose No:1) given by Ashley Brakefield on right hip intramuscular

**Procedure Codes**

J0702 AB CELESTONE 6mg
J0696 AB ROCEPHIN 1 GRAM
96372 THER/PROPH/DIAG INJ, SC/IM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

April 23, 2021

Dr. David Griffin

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792
Claimant: John Lynn
Claimant D.O.B.:

Dear Dr. David Griffin:

We are the Disability Claim Administrator for your patient, John Lynn.

To evaluate Mr. Lynn's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2021 through present

We ask that you provide this information by April 29, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5995 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Lynn allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Lynn's signature.

If you have any questions regarding this matter, please contact me using the information below.

The Orthopaedic Center
Highly Skilled Specialists...World-Class Care

**Patient Name :** LYNN, JOHN **Date of Service:** 04/20/21
**DOB:** **Chart#:** 836782

## HISTORY OF PRESENT ILLNESS

DOB:

HISTORY OF PRESENT ILLNESS: Mr. Lynn returns today for followup of his right distal femoral fracture with delayed union. On the last visit, we sent him for a sed rate, C-reactive protein levels, and a CT scan to further evaluate the fracture site. The patient returns today ambulatory with a cane and states he is still having discomfort about the distal thigh with pain radiating into his foot. He states he realizes a significant portion of this is likely neurapraxia related from the gunshot wound.

## PATIENT HISTORY

PAST SURGICAL HISTORY

- Appendectomy
- Problems with General Anesthesia:Yes: No
- reattached tendon on right elbow
- Received General Anesthesia:Yes

PAST FAMILY HISTORY

- Liver Disease for father
- Osteoarthritis for mother
- Rheumatoid Arthritis for mother

PAST SOCIAL HISTORY

- ALCOHOL USE: No
- Currently Working: No
- TOBACCO USER: No

## PHYSICAL EXAM

PHYSICAL EXAMINATION: Inspection of the patient reveals a well-developed, well-nourished gentleman who is ambulatory with a cane and still manifests a significant limp on the right. Examination of his thigh reveals no swelling or deformity. His gunshot wounds are healed. Range of motion in the knee is from approximately 5 degrees to 95 degrees. His calf is nontender. He is neurovascularly intact distally.

LABS: His sed rate is normal at 1.0, and his CRP is also normal at 1.4 with an upper limit of 8.

## PHYSICAL EXAM(continued)

## IMAGING

X-RAYS: No radiographs were obtained today.

CT SCAN: Review of his CT scan shows that he does have some areas of healing about his comminuted distal 1/3 femur fracture, but there do also appear to be areas of incomplete healing more distally in the fracture site. Overall alignment remains intact and his intramedullary nail also remains intact.

## IMPRESSION

IMPRESSION: Delayed union right distal femur fracture secondary to gunshot wound.

PLAN: I discussed findings with Mr. Lynn, and I have told him that certainly an exchange nailing procedure may help promote further healing and improve pain, but if he is averse to further surgery or if he financially cannot undergo this surgery at the present time, then I believe it is acceptable to simply continue weightbearing as tolerated, activity and daily use of the bone stimulator in an effort to slowly promote healing over time. No new medication is prescribed today, and I have told the patient we will continue to follow him at a distance. I will plan to see him in 8 weeks and reassess his symptoms, and we should repeat x-rays, AP and lateral of the right femur at that time.

- - Allergies reviewed with patient.
- - Medications reviewed with patient.
- Problem 1: S72.351G Displ commnt fx shaft of r femr, delayed healing was added.
- Problem 2: M24.661 Ankylosis, right knee was added.

ORDER

- Follow Up weeks 8

PROCEDURE

- 99214 - 99214 Est Pt-Detailed DX-S72.351G|M24.661

## ALLERGIES

Cephalosporins (Ceftin / Cefzil / Keflex / Suprax)

## MEDICATIONS

- Adderall (Dextroamphetamine) #
- Flexeril (Cyclobenzaprine) #
- Flexeril tablet 10 mg (1.0 Not Specified) #30 1 po q tid
- Klonopin (Clonazepam) #
- Mobic (Meloxicam) #

**Patient Name :** LYNN, JOHN **Date of Service:** 04/20/21

**DOB:** **Chart#:** 836782

## MEDICATIONS(continued)

- Nexium (Esomeprazole) #
- Percocet 10-325 mg #
- Percocet tablet 7.5-325 mg (1.0 Not Specified) #40 1 PO Q 12 HRS PRN SEVERE PAIN
- SUCRALFATE 1 GM TABLET #

## VITALS

VITAL SIGNS
WT: 145 lbs HT: 5"6" inches BMI: 0.00 BP SYSTOLIC: BP DIASTOLIC:
VITAL SIGNS
SMOKER STATUS: Never smoker - SNOMED CT: 266919005 TOBACCO USER: No

## CC:

REFERRING:
PCP:

## SIGNATURE

DBG/jj



DAVID B GRIFFIN, MD
Created and electronically signed 4/20/2021 3:24:53 PM

**** End of Systemedx document # 27018419 ****

TOC The Orthopaedic Center
Highly Skilled Specialists...World-Class Care

| **Patient Name :** LYNN, JOHN | **Date of Service:** 01/27/21 |
|---|---|
| **DOB:** | **Chart#:** 836782 |

## HISTORY OF PRESENT ILLNESS

DOB:1

HISTORY OF PRESENT ILLNESS: Mr. Lynn returns today for followup of his right distal femur fracture, which occurred approximately 7 to 8 months ago now. The patient presents ambulatory with a cane, but states he still has pain in his right distal thigh, and he states he is still unable to fully flex or extend his knee. He was discontinued on therapy after an attempted manipulation due to what appeared to be an incomplete avulsion of his tibial tuberosity. This was a several months ago. The patient states he continues to have pain in his distal thigh that radiates into the knee region.

## PATIENT HISTORY

PAST SURGICAL HISTORY

- Appendectomy
- Problems with General Anesthesia:Yes: No
- reattached tendon on right elbow
- Received General Anesthesia:Yes

PAST FAMILY HISTORY

- Liver Disease for father
- Osteoarthritis for mother
- Rheumatoid Arthritis for mother

PAST SOCIAL HISTORY

- ALCOHOL USE: No
- Currently Working: No
- TOBACCO USER: No

## PHYSICAL EXAM

PHYSICAL EXAMINATION: Inspection of the patient's right lower extremity reveals his incisional scars and traumatic wounds to all be healed. There are no signs of infection. Range of motion in his knee actively is from approximately 10 degrees to 95 degrees and passively is from 0 to approximately 110 degrees. He is able to hold the knee in extension when placed in that position passively. He does have obvious quadriceps function, but it appears to be somewhat scarred at the gunshot wound site. He otherwise remains neurovascularly intact distally.

| | | | |
|---|---|---|---|
| **Patient Name :** | LYNN, JOHN | **Date of Service:** | 01/27/21 |
| **DOB:** | | **Chart#:** | 836782 |

## IMAGING

X-RAYS: AP and lateral of the right femur reveal his distal femur fracture to remain well aligned and stabilized with the intramedullary nail. There does appear to be healing on the AP view, but on the lateral view there is still a clear lucency through the fracture, consistent with incomplete healing.

- 72170 - AP PELVIS
- 73502.RT - 2V HIP (AP/Frog) Right
- 73560.RT - 2V KNEE Right

## IMPRESSION

IMPRESSION: Delayed union versus nonunion, right distal femur fracture secondary to gunshot wound with residual loss of motion, right knee, secondary to arthrofibrosis.

PLAN: I have recommended we obtain a CT scan of this patient's right distal femur through the knee joint to evaluate the healing. I have told the patient, based on his continued symptoms and the radiographic appearance, I believe he will likely require further surgery to obtain healing of this fracture and would likely recommend exchange nailing versus autogenous iliac crest bone grafting to the fracture site. I would like, in the interim, for him to continue with use of the bone stimulator and to continue work on range of motion and quadriceps strengthening. I will also send him for a sed rate and a C-reactive protein level to rule out the possibility of a low-grade infection at the fracture site. We will be in contact with the patient concerning the findings of these studies and discuss further treatment plans once these are available.

- - Allergies reviewed with patient.
- - Medications reviewed with patient.
- Problem 1: M24.661 Ankylosis, right knee was added.
- Problem 2: S72.351G Displ commnt fx shaft of r femr, delayed healing was added.

<u>ORDER</u>

- CT Lower Ext w/o Contrast
- SED RATE/CRP DX-S72.351G

<u>PROCEDURE</u>

- 99213 - 99213 Est. Pt.-Exp Prob Focused DX-M24.661|S72.351G

## ALLERGIES

Cephalosporins (Ceftin / Cefzil / Keflex / Suprax)

## MEDICATIONS

- Adderall (Dextroamphetamine) #
- Flexeril (Cyclobenzaprine) #
- Flexeril tablet 10 mg (1.0 Not Specified) #40 1 po q tid
- Klonopin (Clonazepam) #

| | | | |
|---|---|---|---|
| **Patient Name :** | LYNN, JOHN | **Date of Service:** | 01/27/21 |
| **DOB:** | | **Chart#:** | 836782 |

## MEDICATIONS(continued)

- Mobic (Meloxicam) #
- Nexium (Esomeprazole) #
- Percocet 10-325 mg #
- Percocet tablet 7.5-325 mg (1.0 Not Specified) #40 1 PO Q 12 HRS PRN SEVERE PAIN
- SUCRALFATE 1 GM TABLET #

## VITALS

VITAL SIGNS
WT: 145 lbs HT: 5"6" inches BMI: 0.00 BP SYSTOLIC: BP DIASTOLIC:
VITAL SIGNS
SMOKER STATUS: Never smoker - SNOMED CT: 266919005 TOBACCO USER: No

## CC:

## SIGNATURE

DBG/jk



DAVID B GRIFFIN, MD
Created and electronically signed 1/27/2021 11:40:50 AM

**** End of Systemedx document # 26430710 ****

Feb-01-2021 09:14:22BATCHELOR, ANDREA MPatient Document12565392666Crowe,SandraFamily Medical Associates WestFamily Medical Associates West205-489-33222This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.

CREATED AND ELECTRONICALLY SIGNED
SAMANTHA NAIL 2/1/2021 10:07:55 AM

**Family Medical Associates West**
15341 Highway 278
Double Springs, AL 35553

**Lab Dir: Dr Reddy, M.D.**
**CLIA ID: 01D2099823**

**Phone: (205) 489-3322**
**Fax: (205) 489-3326**

| | | | | |
|---|---|---|---|---|
| Patient ID: **79274** | Patient Name: **Lynn, John** | DOB/Age: **49 years** | Sex: **M** | Fasting: ☐ |
| Ordering Physician: **Batchelor, Andrea M.D.** | Patient Location: | | | |
| Accession # **12721** | Specimen ID: **79274** | Collection Location: **LAB** | Collected: **1/29/2021 - 11:25 (MK)** | Released: **1/29/2021 - 11:31 (MK)** |
| PT Notes: | | | | |
| Tests/Panels Ordered: **CBC** | | | | |

● **CBC**

| Test Name | Normal Results | Abnormal Results | Alarm | Expected Values | Units |
|---|---|---|---|---|---|
| WBC | 5.9 | | | 3.2 - 10.4 | 10*3/uL |
| RBC | | 5.94 H | | 4.11 - 5.51 | 10*6/uL |
| HGB | | 16.6 H | | 12.1 - 16.1 | g/dL |
| HCT | | 50.0 H | | 36.3 - 48.7 | % |
| MCV | 84.2 | | | 80.0 - 97.0 | fL |
| MCH | 27.9 | | | 26.0 - 32.0 | pg |
| MCHC | 33.2 | | | 31.0 - 36.0 | g/dL |
| PLT | 253 | | | 147 - 367 | 10*3/uL |
| LYM% | 25.8 | | | 17.4 - 43.8 | % |
| MXD% | 6.6 | | | 4.6 - 15.4 | % |
| NEUT% | 67.6 | | | 43.6 - 71.2 | % |
| LYM# | 1.5 | | | 0.6 - 4.1 | 10*3/uL |
| MXD# | 0.4 | | | 0.0 - 1.8 | 10*3/uL |
| NEUT# | 4.0 | | | 2.0 - 7.8 | 10*3/uL |
| RDW-SD | 41.9 | | | 0.0 - 99.0 | |
| RDW-CV | 13.0 | | | 11.5 - 14.5 | % |
| MPV | 9.1 | | | 0.0 - 99.8 | fl |










ATB 1/29/21

Technologist: ____________ **Verified By:** ____________ **Date:** ________ **Time:** ________

Flag Legend: H = High L = Low H* = Critical High L* = Critical Low

Feb-01-2021 09:16:22Lab Report12565392666Crowe,SandraFamily Medical Associates WestFamily Medical Associates West20548933222This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.

CREATED AND ELECTRONICALLY SIGNED
SAMANTHA NAIL 2/1/2021 10:07:55 AM

CREATED AND ELECTRONICALLY SIGNED
SAMANTHA NAIL 2/1/2021 10:07:55 AM

Patient Name: **Lynn, John Wesley**
Patient ID: **10116962 (Cerner)**

Date of Birth:
Age: **49 years**
Gender: **male**
Accession Number: **CT-21-0008654**
Location: **Women & Children's**

Study Date: **28-Jan-2021 12:57**
Procedure Types: **CT FEMUR, RIGHT, WITHOUT CONTRAST**

***Verified***

## CT CT Femur w/o Contrast Right

CT-21-0008654
CT RIGHT FEMUR WITHOUT CONTRAST:

HISTORY: delayed healing fx shaft right femur/eval

COMPARISON: 05/03/2020

TECHNIQUE: Routine non-contrast CT of the right femur obtained.

This exam was performed using automated exposure control, adjustment of mA or kV according to patient size, and/or use of iterative reconstruction technique.

CONTRAST: None.

FINDINGS:
Bones: Osteopenia. An intramedullary rod is present within the right femur with interlocking screws proximally and distally. This traverses a chronic comminuted fracture deformity of the mid femoral diaphysis. There is significant callus formation with areas of bridging new bone formation between the proximal femur and the lateral and posterior bone fragments. There are also areas of solid bony fusion between the distal femur and the posterior bone fragments. No significant solid bridging bone is seen along the anterior margin of the fracture site.
Muscles: No significant abnormality.
Subcutaneous soft tissues: Multiple metallic densities within the soft tissues at the fracture site consistent with prior gunshot wound. Diffuse vascular calcifications are present. No soft tissue mass.
Additional Findings: None.

IMPRESSION:
1. Osteopenia.



CREATED AND ELECTRONICALLY SIGNED
ADRIENNE SIMMONS 1/29/2021 4:21:24 PM

CREATED AND ELECTRONICALLY SIGNED
ADRIENNE SIMMONS 1/29/2021 4:21:24 PM

2. Old posttraumatic, and postsurgical changes to the mid femur from prior gunshot wound and fracture.
3. Areas of solid bridging bone formation between the proximal and distal femur and the adjacent bone fragments, greatest posteriorly and laterally. No definite solid new bone formation is seen anteriorly.

Signer Name: Devin Waldrop MD
Signed: 1/28/2021 2:39 PM
Organization: Radiology of Huntsville Referring Physicians only
256.713.0622

**Devin V Waldrop**
**28-Jan-2021 12:51**

Huntsville Hospital System
**Huntsville Hospital for Women & Children**
245 Governors Dr SE
Huntsville, AL 35801-4421

| | | | | |
|---|---|---|---|---|
| Patient: | **LYNN Jr, JOHN WESLEY** | | | |
| MRN: | 10116962 | | Admit Date/Time: | 1/28/2021 12:30 CST |
| Financial Number: | 10116962-0004 | | Disch Date/Time: | |
| DOB/Age/Gender: | 9 years | Male | Copy To: | Griffin,MD,David B |
| Location: | RAD2 | | Attending: | Griffin,MD,David B |
| | Radiology HWC | | Referring: | Griffin,MD,David B |
| | | | PCP: | Batchelor,MD,Andrea M |

## *Computed Tomography*

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| CT-21-0008654 | 1/28/2021 13:02 CST | CT Femur w/o Contrast Right | Griffin,MD,David B | 49 years |

**Reason for Exam**
(CT Femur w/o Contrast Right) S72.351G

**Radiation Dose Estimate (CT Femur w/o Contrast Right)**

| CTDI(mGy) | DLP(mGy-cm) | Body Part | Effective Dose(mSv) |
|---|---|---|---|
| 4.3800 | 251.5700 | -- | 0.0000 |

Total Effective Dose: 0.000000 mSv

**Report**
CT-21-0008654
CT RIGHT FEMUR WITHOUT CONTRAST:

HISTORY: delayed healing fx shaft right femur/eval

COMPARISON: 05/03/2020

TECHNIQUE: Routine non-contrast CT of the right femur obtained.

This exam was performed using automated exposure control, adjustment of mA or kV according to patient size, and/or use of iterative reconstruction technique.

CONTRAST: None.

FINDINGS:
Bones: Osteopenia. An intramedullary rod is present within the right femur with interlocking screws proximally and distally. This traverses a chronic comminuted fracture deformity of the mid femoral diaphysis. There is significant callus formation with areas of bridging new bone formation between the proximal femur and the lateral and posterior bone fragments. There are also areas of solid bony fusion between the distal femur and the posterior bone fragments. No significant solid bridging bone is seen along the anterior margin of the fracture site.
Muscles: No significant abnormality.
Subcutaneous soft tissues: Multiple metallic densities within the soft tissues at the fracture site consistent with prior



CREATED AND ELECTRONICALLY SIGNED ADRIENNE SIMMONS 1/29/2021 4:18:00 PM
CREATED AND ELECTRONICALLY SIGNED ADRIENNE SIMMONS 1/29/2021 4:18:00 PM

| | | | | |
|---|---|---|---|---|
| Patient Name: | LYNN Jr, JOHN WESLEY | | | |
| MRN: | 10116962 | | Admit Date/Time: | 1/28/2021 12:30 CST |
| Financial Number: | 10116962-0004 | | Disch Date/Time: | |
| DOB/Age/Gender: | 49 years | Male | Attending: | Griffin,MD,David B |
| | | | Referring: | Griffin,MD,David B |
| | | | PCP: | Batchelor,MD,Andrea M |

## *Computed Tomography*

**Report**

gunshot wound. Diffuse vascular calcifications are present. No soft tissue mass.
Additional Findings: None.

IMPRESSION:
1. Osteopenia.
2. Old posttraumatic, and postsurgical changes to the mid femur from prior gunshot wound and fracture.
3. Areas of solid bridging bone formation between the proximal and distal femur and the adjacent bone fragments, greatest posteriorly and laterally. No definite solid new bone formation is seen anteriorly.

Signer Name: Devin Waldrop MD
Signed: 1/28/2021 2:39 PM
Organization: Radiology of Huntsville Referring Physicians only 256.713.0622

Technologist:Swanson, Kathryn
***** Final *****

Signed by: Waldrop, MD, Devin V
Signed (Electronic Signature): 01/28/2021 2:41 pm

End of Document – intentionally left blank

Jun-22-2021 01:00:26Faxing Multiple Encounters6033345995Ergle,MillieFamily Medical Associates WestFamily Medical Associates West205-489-332237This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.

## Progress Notes

**Patient:** Lynn, John
**Account Number:** 79274
**DOB:** **Age:** 49 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** Andrea Batchelor, MD
**Date:** 05/12/2021

## Subjective:

**Chief Complaints:**

1. Annual visit and check up. 2. Annual visit. 3. refills at Gateway. Asking for percocet to be written more than 20 days. . 4. C/o allergies and left ear pain. 5. CN.

**HPI:**

Depression Screening:

PHQ-9 Thoughts that you would be better off dead or of hurting yourself in some way Not at all, Total Score 13, Interpretation Moderate Depression.

1 HPI:

He presents to clinic for an annual visit and for follow up on his chronic pain. He complains of chronic pain in his right femur. He has been seeing Dr. Griffin in Huntsville. He said that he needed surgery on his right femur again, but then, a couple days before surgery, he changed the procedure. He did a CT scan, and he said that he did not need surgery at this time. He complains of burning pain in his right foot from a gunshot wound. Standing or riding in a vehicle too long makes his pain worse. He also has chronic pain in his lower back. His pain is 5/10 currently. He has to take Percocet twice a day. He only takes Flexeril at night because it causes him to have a cotton-mouth. He complains of sinus congestion, sneezing, and a runny nose for a couple weeks. He complains of sinus pressure. His left ear is bothering him.

**ROS:**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.

ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .

Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:
Painful joints **admits**. Weakness denies.

Skin:
Dry skin denies. Itching denies. Rash denies.

Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Medical History:** Chronic vertigo, Racing thoughts, Hiatial hernia, 8 bulging disc, Insomnia.

**Surgical History:** Vasectomy 2003, right elbow 2/27/2020, right elbow 3/30/2020, gun shot to thigh 2020, Rt knee and tibia Aug. 2020.

**Hospitalization/Major Diagnostic Procedure:** Viral infection , gun shot to thigh , Rt knee and tibia .

**Family History:** Father: alive. Mother: alive. 1 brother(s) . 1 son(s) , 1 daughter(s) . .

**Social History:**
Tobacco Use: Tobacco Use/Smoking Are you a nonsmoker.
Drugs/Alcohol: Alcohol Screen Points 0, Interpretation Negative.
NON SMOKER.

**Medications:** Taking Cyclobenzaprine HCl 10 MG Tablet 1 tablet as needed Orally twice a day, Taking Sucralfate 1 GM Tablet 1 tablet Orally Three times daily, Taking KlonoPIN 1 MG Tablet 0.5 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed, Taking NexIUM 40 MG Capsule Delayed Release 1 capsule Orally Once a day, Taking Percocet 7.5-325 MG Tablet 1 tablet as needed Orally twice a day, Taking Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening, Discontinued traZODone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day, Medication List reviewed and reconciled with the patient

**Allergies:** Cefzil.

## Objective:

**Vitals:** BP **123/84 mm Hg**, Ht 65.5 in, Wt **138.8 lbs**, BMI **22.74 Index**, Temp **97.0 F**, HR **99 /min**, RR **20 /min**, Oxygen sat % **98**.

**Examination:**

General Examination:

in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. EARS: right tympanic membrane dull, right tympanic membrane erythematous and dull. NOSE mild congestion. ORAL CAVITY: moist mucosa. THROAT clear. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK: lumbar spinal tenderness. MUSCULOSKELETAL: difficulty arising from a chair, ambulates with a cane, tenderness to palpation over right thigh. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

## Assessment:

**Assessment:**

1. Annual visit for general adult medical examination with abnormal findings - Z00.01 (Primary)
2. Pain in right femur - M89.8X5
3. Degenerative disc disease, cervical - M50.30
4. Other chronic pain - G89.29
5. Left acute otitis media - H66.92
6. Allergic rhinitis, unspecified seasonality, unspecified trigger - J30.9
7. Body mass index (BMI) 22.0-22.9, adult - Z68.22
8. Non-smoker - Z78.9
9. Encounter for screening for other disorder - Z13.89

## Plan:

**1. Others**

Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet as needed, Orally, twice a day, 30 days, 60 Tablet, Refills 2 ; Stop Percocet Tablet, 7.5-325 MG, 1 tablet as needed, Orally, twice a day, 20 days, 40 Tablet ; Start Percocet Tablet, 7.5-325 MG, 1 tablet as needed, Orally, twice a day, 30 days, 60 Tablet, Refills 0 ; Start Amoxicillin Capsule, 500 MG, 1 capsule, Orally, Twice a day, 10 days, 20 Capsule, Refills 0 .

Notes: In regards to his preventative care, he declined the flu vaccine. He does not need a colonoscopy at this time. I will order a CMP and lipid panel at his next visit. I looked him up in the PDMP. I will continue Percocet 7.5 mg twice a day for pain. I will write for a 30-day supply. I will prescribe amoxicillin for left acute otitis media.

**Procedure Codes:** G0442 ANNUAL ALCOHOL MISUSE SCREEN 15 MIN, Modifiers: 59 , G0444 ANNUAL DEPRESSION SCREENING 15 MIN, Modifiers: 59 , G0446 INT BH TX RDUC CVD RSK BI-AN 15 MIN, Modifiers: 59

**Preventive Medicine:**

Counseling: BP Management PHYSICAL ACTIVITY RECOMMENDATION: Giving encouragement to exercise. Tobacco use: Patient not counseled: Patient not eligible. BMI Care goal follow-up plan BMI management provided Yes. Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Follow Up:** 4 Weeks

Electronically signed by ANDREA BATCHELOR , MD on 06/22/2021 at 12:59 PM CDT
Sign off status: Pending

Provider: Andrea Batchelor, MD Date: 05/12/2021

# Progress Notes

Patient: Lynn, John
DOB: Age: 49 Y Sex: Male

Provider: Andrea Batchelor, MD
Date: 03/25/2021

**Reason for Appointment**

1. Refill
2. refills at Gateway
3. Pt states the Dr. he is seeing is wanting to take the rod out. He wants a referral.
4. CN

**History of Present Illness**

Depression Screening:

PHQ-9 Thoughts that you would be better off dead or of hurting yourself in some way Not at all, Total Score 16, Interpretation Moderately Severe Depression.

1 HPI:

He presents to clinic for follow up on his GERD, chronic pain, and sleep disorder and for a referral to another orthopedic doctor to discuss his options. He was seeing Dr. Griffin in Huntsville. Dr. Griffin is wanting to wanting to take the rod out of his right femur and put in a larger diameter rod and bone graft. His right leg is shorter than his left leg. He complains of pain in his right knee. Weather changes make his pain worse. He has difficulty walking when the weather changes. His pain is 5/10 currently. He has been having muscle spasms in his right leg. Klonopin is helping with anxiety. Adderall helps with his sleep disorder.

**Current Medications**

Taking

- Cyclobenzaprine HCl 10 MG Tablet 1 tablet as needed Orally twice a day
- Klonopin 1 MG Tablet 0.5 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day
- Percocet 7.5-325 MG Tablet 1 tablet as needed Orally twice a day

Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**

Vasectomy 2003
right elbow 2/27/2020
right elbow 3/30/2020
gun shot to thigh 2020
Rt knee and tibia Aug. 2020

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:

Tobacco Use/Smoking Are you a nonsmoker.

Drugs/Alcohol:

Alcohol Screen Points 0, Interpretation Negative.

NON SMOKER.

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection
gun shot to thigh
Rt knee and tibia

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.
ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.
Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.
Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.
Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.
Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies.
Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.
Musculoskeletal:
Painful joints **admits**. Weakness denies.
Skin:
Dry skin denies. Itching denies. Rash denies.
Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Vital Signs**

BP **134/87 mm Hg**, Ht 65.5 in, Wt **141.6 lbs**, BMI **23.20 Index**, Temp **97.6 F**, HR **86 /min**, RR **20 /min**, Oxygen sat %**98**.

**Examination**

General Examination:
GENERAL APPEARANCE in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. MUSCULOSKELETAL: ambulates with a cane, pain in right femur with ambulation, difficulty arising from a chair. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Pain in right femur - M89.8X5 (Primary)
2. Other chronic pain - G89.29
3. GERD (gastroesophageal reflux disease) - K21.9
4. Sleep disorder - G47.9
5. Anxiety - F41.9
6. Non-smoker - Z78.9
7. Body mass index (BMI) of 23.0-23.9 in adult - Z68.23

**Treatment**

**1. Non-smoker**

Continue Klonopin Tablet, 1 MG, 0.5 tablet, orally, every morning, 1 tablet mid day and 1 tablet at bedtime as directed, 90 days, 225, Refills 0
Continue Adderall Tablet, 10 MG, 0.5 tablet in the am, Orally, 1 tablet at lunch, and 1 tablet in the evening, 30 days, 75, Refills 0
Continue Nexium Capsule Delayed Release, 40 MG, 1 capsule, Orally, Once a day, 30 days, 30 Capsule, Refills 2
Continue Trazodone HCl Tablet, 50 MG, 1 tablet at bedtime as needed, Orally, Once a day, 30 day(s), 30, Refills 2
Notes: Healthy living material was printed.

**2. Others**

Notes: I will refer him to orthopedics for a second opinion regarding a second surgery on his right femur. I will continue Adderall for his sleep disorder and Klonopin for anxiety. I will continue his other medications as prescribed.
Referral To:MEDICINE & ORTHOPAEDIC CENTER ANDREWS SPORT Orthopedic Surgery
Reason:Refer to orthopedics (Andreos sports medicine St. Vincents) re: right femur pain; h/o right femur surgery; wanting second opinion,kt|faxed 3/25/2021|Andrews cannot see him... Sending new referral to UAB

**Preventive Medicine**

Counseling: Tobacco use: Patient not counseled: No reason specified.

BMI Care goal follow-up plan BMI management provided Yes, Below Normal BMI Follow-up Dietary management education, guidance, and counseling.

Living will/Organ donor: Living will: Discussed what a living will is, Discussed the importance of a living will, Organ donor card: Discussed the importance of being an organ donor.

Smoking This non-smoking patient counseled on the dangers of tobacco use and encouraged to NEVER begin using tobacco in ANY form 03/25/2021.

Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise, Discussed the benefits of any exercise for overall health and well-being.

---

**Follow Up** **Provider: Andrea Batchelor, MD** **Date: 03/25/2021**

3 Months, prn

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Electronically signed by ANDREA BATCHELOR , MD on 04/08/2021 at 05:21 PM CDT**
**Sign off status: Completed**

# Progress Notes

Patient: Lynn, John
DOB: ge: 40 Y Sex: Male

Provider: Andrea Batchelor, MD
Date: 01/29/2021

**Current Medications**
Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet as needed Orally twice a day
- Klonopin 1 MG Tablet 0.5 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day
- Percocet 7.5-325 MG Tablet 1 tablet as needed Orally twice a day

**Assessments**
1. Ankylosis, right knee - M24.661 (Primary)
2. Pain in right knee - M25.561

**Treatment**

**1. Ankylosis, right knee**

LAB: C-REACTIVE PROTEIN

| | Value | Reference Range |
|---|---|---|
| C-REACTIVE PROTEIN | 1.4 | <8.0 - mg/L |

BATCHELOR,ANDREA M 1/30/2021 12:06:21 PM > send to ordering physician Crowe,Sandra 2/1/2021 9:16:00 AM > 2565392666

LAB: CBC-Med

LAB: SEDRATE

| | Value | Reference Range |
|---|---|---|
| SEDRATE | 1.0 | 0 - 20 - |

ANDREA BATCHELOR Sat Jan 30 08:53:34 AM CST 2021 >Send to ordering physician Crowe,Sandra 2/1/2021 9:12:23 AM > 256-5392666

Notes: fax results to 256-539-2666.

**Procedure Codes**
85025 CBC
86140 C-REACTIVE PROTEIN
85651 ESR-RBC SED RATE, NONAUTOMATED

Electronically signed by ANDREA BATCHELOR , MD on 03/24/2021 at 12:01 PM CDT
Sign off status: Completed



Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Lynn, John
48 Y old Male, DOB:
Account Number: 79274

Home: :
Guarantor: Lynn, John Insurance: BCBS ALABAMA Payer ID: SB510
Referring: ANDREA M BATCHELOR
Appointment Facility: Family Medical Associates West

11/30/2020 Progress Notes: Andrea Batchelor, MD

**Current Medications**

Taking

- Klonopin 1 MG Tablet 0.5 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Trazodone HCl 50 MG Tablet 1 tablet at bedtime as needed Orally Once a day
- Percocet 7.5-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet as needed Orally twice a day

Not-Taking

- HydrOXYzine HCl 25 MG Tablet 1 tablet as needed for itching Orally every 8 hrs
- Triamcinolone Acetonide 0.1 % Cream 1 application Externally Twice a day
- Norco 5-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**

Vasectomy 2003
right elbow 2/27/2020
right elbow 3/30/2020
gun shot to thigh 2020

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker.
Drugs/Alcohol:
Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.
NON SMOKER.

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection
gun shot to thigh

**Reason for Appointment**

1. CHECKUP
2. Refills
3. Gateway
4. Me

**History of Present Illness**

Depression Screening:

PHQ-9 Thoughts that you would be better off dead or of hurting yourself in some way Not at all, Total Score 2, Interpretation Minimal Depression.

1 HPI:

He presents to clinic for follow up on his sleep disorder, anxiety, and chronic pain. He was not able to take Adderall after surgery in August, and he had racing thoughts. He could not sleep then. He complains of chronic pain in his back, right elbow, and right leg. His right tibia was broken during surgery. Cold weather and sitting too long make his pain worse. He is still seeing his surgeon at this time for his pain medications, but he will likely need to get his pain medications filled here. His pain is 3-4/10 currently. Klonopin is helping with his anxiety.

**Vital Signs**

BP **131/84 mm Hg**, Ht 65.5 in, Wt **143.4 lbs**, BMI **23.50 Index**, Temp **95.7** F, HR **93 /min**, RR **20 /min**, Oxygen sat % 97.

**Examination**

General Examination:

GENERAL APPEARANCE in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK: lumbar spinal tenderness. MUSCULOSKELETAL: 4/5 strength right lower extremity proximally and distally. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Allergic rhinitis - J30.9 (Primary)
2. Sleep disorder - G47.9
3. Chronic back pain - M54.9
4. Other chronic pain - G89.29
5. Non-smoker - Z78.9
6. Body mass index (BMI) of 23.0-23.9 in adult - Z68.23

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.
ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.
Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.
Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.
Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.
Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .
Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.
Musculoskeletal:
Painful joints **admits**. Weakness denies.
Skin:
Dry skin denies. Itching denies. Rash denies.
Neurologic:
Dizziness admits. Fainting denies. Headache denies.

**Treatment**

**1. Non-smoker**
Stop Norco Tablet, 5-325 MG, 1 tablet as needed, Orally, every 8 hrs, 15 days, 45 Tablet
Continue Klonopin Tablet, 1 MG, 0.5 tablet, orally, every morning, 1 tablet mid day and 1 tablet at bedtime as directed, 90 days, 225, Refills 0
Continue Adderall Tablet, 10 MG, 0.5 tablet in the am, Orally, 1 tablet at lunch, and 1 tablet in the evening, 30 days, 75, Refills 0
Stop HydrOXYzine HCl Tablet, 25 MG, 1 tablet as needed for itching, Orally, every 8 hrs, 30 day(s), 90
Stop Triamcinolone Acetonide Cream, 0.1 %, 1 application, Externally, Twice a day, 30 days, 80 Gram
Continue Sucralfate Tablet, 1 GM, 1 tablet, Orally, Three times daily, 30 days, 90, Refills 2
Continue Nexium Capsule Delayed Release, 40 MG, 1 capsule, Orally, Once a day, 30 days, 30 Capsule, Refills 2
Continue Trazodone HCl Tablet, 50 MG, 1 tablet at bedtime as needed, Orally, Once a day, 30 day(s), 30, Refills 2

**2. Others**
Notes:
I looked the patient up in the PDMP. I will continue Adderall and Trazodone for his sleep disorder. I will also continue Klonopin for anxiety. He is currently getting his pain medications from his surgeon. We will reevaluate his pain at his next visit. I will continue his other medications as prescribed for acid reflux.
.

**Preventive Medicine**

Counseling: BP Management DIETARY RECOMMENDATIONS: Dietary management education, guidance, and counseling, PHYSICAL ACTIVITY RECOMMENDATION: Exercises education, guidance, and couneling. Tobacco use: Patient not counseled: Patient not eligible. BMI Care goal follow-up plan BMI management provided Yes. Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Follow Up**

4 Weeks

Electronically signed by ANDREA BATCHELOR , MD on 03/08/2021 at 09:06 PM CST
Sign off status: Completed

Progress Note: Andrea Batchelor, MD 11/30/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Family Medical Associates West
26279 HIGHWAY 195
DOUBLE SPRINGS, AL 35553-2554
Tel: 205-489-3322
Fax: 205-489-3325

# Progress Notes

Patient: Lynn, John
DOB: Age: 48 Y Sex: Male

Provider: Andrea Batchelor, MD
Date: 07/21/2020

**Current Medications**

Taking

- Triamcinolone Acetonide 0.1 % Cream 1 application Externally Twice a day
- Norco 5-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- HydrOXYzine HCl 25 MG Tablet 1 tablet as needed for itching Orally every 8 hrs
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Klonopin 1 MG Tablet 1/2 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily

**Assessments**

1. Other acute osteomyelitis, right humerus - M86.121 (Primary)
2. Tachycardia, unspecified - R00.0
3. Methicillin resistant Staphylococcus aureus infection as the cause of diseases classified elsewhere - B95.62
4. Accidental discharge from unspecified firearms or gun, initial encounter - W34.00XA
5. Other fracture of shaft of right femur, initial encounter for closed fracture - S72.391A

Treatment

**1. Other acute osteomyelitis, right humerus**

LAB: C-REACTIVE PROTEIN

| | Value | | Reference Range |
|---|---|---|---|
| C-REACTIVE PROTEIN | 5.8 | | <8.0 - mg/L |

BATCHELOR,ANDREA M 7/23/2020 9:22:11 AM > send to ordering physician Crowe,Sandra 7/23/2020 10:08:14 AM > tammy faxed for me and i gave tammy a copy

LAB: CBC-Med

LAB: CMP

| | Value | | Reference Range |
|---|---|---|---|
| Age | 48 | | - Years |
| GFR Estimated | 110 | | 60 - 140 - see below |
| Sex multiplier | 1.00 | | - # |
| Albumin | 4.5 | | 3.8 - 5.1 - g/dl |
| Alk Phos | 106 | | 34 - 114 - U/L |
| ALT | 18 | | 3 - 35 - U/L |
| AST | 17 | | 8 - 33 - U/L |
| BUN | 12 | | 8 - 23 - mg/dl |
| Calcium | 10.4 | | 8.5 - 10.4 - mg/dl |
| Chloride | 101 | | 90 - 110 - mmol/L |
| Carbon Dioxide | 30.0 | | 23 - 34 - mmol/L |
| **Creatinine** | **0.8** | **L** | **0.9 - 1.3 - mg/dl** |
| **Glucose** | **155** | **H** | **70 - 105 - mg/dl** |
| Potassium | 3.7 | | 3.5 - 5.0 - mmol/L |
| Sodium | 144 | | 136 - 145 - mmol/L |
| Total Protein | 7.3 | | 6.6 - 8.3 - g/dl |
| Total Bilirubin | 0.5 | | 0.1 - 1.0 - mg/dl |

BATCHELOR,ANDREA M 7/23/2020 9:21:56 AM > send to ordering physician Crowe,Sandra 7/23/2020 10:06:52 AM > tammy faxing to dr gave tammy a copy

LAB: SEDRATE

| | Value | | Reference Range |
|---|---|---|---|
| SEDRATE | 6.0 | | 0 - 20 - |

BATCHELOR,ANDREA M 7/23/2020 9:22:27 AM > send to ordering physician Crowe,Sandra 7/23/2020 10:07:17 AM > tammy faxed for me and i gave tammy a copy

**2. Tachycardia, unspecified**

LAB: C-REACTIVE PROTEIN

| | Value | | Reference Range |
|---|---|---|---|
| C-REACTIVE PROTEIN | 5.8 | | <8.0 - mg/L |

BATCHELOR,ANDREA M 7/23/2020 9:22:11 AM > send to ordering physician Crowe,Sandra 7/23/2020 10:08:14 AM > tammy faxed for me and i gave tammy a copy

LAB: CBC-Med

LAB: CMP

| | Value | | Reference Range |
|---|---|---|---|
| Age | 48 | | - Years |
| GFR Estimated | 110 | | 60 - 140 - see below |
| Sex multiplier | 1.00 | | - # |
| Albumin | 4.5 | | 3.8 - 5.1 - g/dl |
| Alk Phos | 106 | | 34 - 114 - U/L |
| ALT | 18 | | 3 - 35 - U/L |
| AST | 17 | | 8 - 33 - U/L |
| BUN | 12 | | 8 - 23 - mg/dl |
| Calcium | 10.4 | | 8.5 - 10.4 - mg/dl |
| Chloride | 101 | | 90 - 110 - mmol/L |
| Carbon Dioxide | 30.0 | | 23 - 34 - mmol/L |
| **Creatinine** | **0.8** | **L** | **0.9 - 1.3 - mg/dl** |
| **Glucose** | **155** | **H** | **70 - 105 - mg/dl** |
| Potassium | 3.7 | | 3.5 - 5.0 - mmol/L |
| Sodium | 144 | | 136 - 145 - mmol/L |
| Total Protein | 7.3 | | 6.6 - 8.3 - g/dl |
| Total Bilirubin | 0.5 | | 0.1 - 1.0 - mg/dl |

BATCHELOR,ANDREA M 7/23/2020 9:21:56 AM > send to ordering physician Crowe,Sandra 7/23/2020 10:06:52 AM > tammy faxing to dr gave tammy a copy

LAB: SEDRATE

| | Value | | Reference Range |
|---|---|---|---|
| SEDRATE | 6.0 | | 0 - 20 - |

BATCHELOR,ANDREA M 7/23/2020 9:22:27 AM > send to ordering physician Crowe,Sandra 7/23/2020 10:07:17 AM > tammy faxed for me and i gave tammy a copy

**3. Methicillin resistant Staphylococcus aureus infection as the cause of diseases classified elsewhere**

LAB: C-REACTIVE PROTEIN

| | Value | | Reference Range |
|---|---|---|---|
| C-REACTIVE PROTEIN | 5.8 | | <8.0 - mg/L |

BATCHELOR,ANDREA M 7/23/2020 9:22:11 AM > send to ordering physician Crowe,Sandra 7/23/2020 10:08:14 AM > tammy faxed for me and i gave tammy a copy

LAB: CBC-Med

LAB: CMP

| | Value | | Reference Range |
|---|---|---|---|
| Age | 48 | | - Years |
| GFR Estimated | 110 | | 60 - 140 - see below |
| Sex multiplier | 1.00 | | - # |
| Albumin | 4.5 | | 3.8 - 5.1 - g/dl |
| Alk Phos | 106 | | 34 - 114 - U/L |
| ALT | 18 | | 3 - 35 - U/L |
| AST | 17 | | 8 - 33 - U/L |
| BUN | 12 | | 8 - 23 - mg/dl |
| Calcium | 10.4 | | 8.5 - 10.4 - mg/dl |
| Chloride | 101 | | 90 - 110 - mmol/L |
| Carbon Dioxide | 30.0 | | 23 - 34 - mmol/L |
| **Creatinine** | **0.8** | **L** | **0.9 - 1.3 - mg/dl** |
| **Glucose** | **155** | **H** | **70 - 105 - mg/dl** |
| Potassium | 3.7 | | 3.5 - 5.0 - mmol/L |
| Sodium | 144 | | 136 - 145 - mmol/L |
| Total Protein | 7.3 | | 6.6 - 8.3 - g/dl |
| Total Bilirubin | 0.5 | | 0.1 - 1.0 - mg/dl |

BATCHELOR,ANDREA M 7/23/2020 9:21:56 AM > send to ordering physician Crowe,Sandra 7/23/2020 10:06:52 AM > tammy faxing to dr gave tammy a copy

LAB: SEDRATE

| | Value | | Reference Range |
|---|---|---|---|
| SEDRATE | 6.0 | | 0 - 20 - |

BATCHELOR,ANDREA M 7/23/2020 9:22:27 AM > send to ordering physician Crowe,Sandra 7/23/2020 10:07:17 AM > tammy faxed for me and i gave tammy a copy

**4. Accidental discharge from unspecified firearms or gun, initial encounter**

LAB: C-REACTIVE PROTEIN

| | Value | | Reference Range |
|---|---|---|---|
| C-REACTIVE PROTEIN | 5.8 | | <8.0 - mg/L |

BATCHELOR,ANDREA M 7/23/2020 9:22:11 AM > send to ordering physician Crowe,Sandra 7/23/2020 10:08:14 AM > tammy faxed for me and i gave tammy a copy

LAB: CBC-Med

LAB: CMP

| | Value | | Reference Range |
|---|---|---|---|
| Age | 48 | | - Years |
| GFR Estimated | 110 | | 60 - 140 - see below |
| Sex multiplier | 1.00 | | - # |
| Albumin | 4.5 | | 3.8 - 5.1 - g/dl |
| Alk Phos | 106 | | 34 - 114 - U/L |
| ALT | 18 | | 3 - 35 - U/L |
| AST | 17 | | 8 - 33 - U/L |
| BUN | 12 | | 8 - 23 - mg/dl |
| Calcium | 10.4 | | 8.5 - 10.4 - mg/dl |
| Chloride | 101 | | 90 - 110 - mmol/L |
| Carbon Dioxide | 30.0 | | 23 - 34 - mmol/L |
| **Creatinine** | **0.8** | **L** | **0.9 - 1.3 - mg/dl** |
| **Glucose** | **155** | **H** | **70 - 105 - mg/dl** |
| Potassium | 3.7 | | 3.5 - 5.0 - mmol/L |
| Sodium | 144 | | 136 - 145 - mmol/L |
| Total Protein | 7.3 | | 6.6 - 8.3 - g/dl |
| Total Bilirubin | 0.5 | | 0.1 - 1.0 - mg/dl |

BATCHELOR,ANDREA M 7/23/2020 9:21:56 AM > send to ordering physician Crowe,Sandra 7/23/2020 10:06:52 AM > tammy faxing to dr gave tammy a copy

LAB: SEDRATE

| | Value | | Reference Range |
|---|---|---|---|
| SEDRATE | 6.0 | | 0 - 20 - |

BATCHELOR,ANDREA M 7/23/2020 9:22:27 AM > send to ordering physician Crowe,Sandra 7/23/2020 10:07:17 AM > tammy faxed for me and i gave tammy a copy

**Procedure Codes**

85025 CBC

~~80053 COMPREHEN METABOLIC PANEL~~

85651 ESR-RBC SEDRATE NONAUTOMATED

86140 C-REACTIVE PROTEIN

Date: 07/21/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



Electronically signed by ANDREA BATCHELOR , MD on 09/21/2020 at 02:49 PM CDT

Sign off status: Completed

# Progress Notes

Patient: Lynn, John
DOB: Age: 48 Y Sex: Male

Provider: Andrea Batchelor, MD
Date: 07/10/2020

**Reason for Appointment**

1. RASH
2. c/o rash on chest and back, right side of face. Denies itching, but states it feels like something crawling up chest. States he has taken so many abt that it feels like a yeast inf. Denies any new meds, or new detergent or soap.
3. C/o not sleeping.
4. Gateway
5. CN

**History of Present Illness**

Depression Screening:

PHQ-9 Thoughts that you would be better off dead or of hurting yourself in some way Not at all, Total Score 14, Interpretation Moderate Depression.

1 HPI:

He presents to clinic with complaint of a rash on his chest, back, and right face for the last 1-2 weeks. The rash doesn't itch. It feels like rough sandpaper. He denies any new detergents or soap. He also feels likes something is crawling in his chest. He has taken a lot of antibiotics recently. He thinks that he has a yeast infection in his throat. He has not been sleeping well for the last week. He is only sleeping a couple hours per night. His left ear is "thumbing". He feels like his vertigo is causing to have problems sleeping.

**Current Medications**

Taking

- Triamcinolone Acetonide 0.1 % Cream 1 application Externally Twice a day
- Norco 5-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- HydrOXYzine HCl 25 MG Tablet 1 tablet as needed for itching Orally every 8 hrs
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Klonopin 1 MG Tablet 1/2 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**

Vasectomy 2003
right elbow 2/27/2020
right elbow 3/30/2020
gun shot to thigh 2020

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:

Tobacco Use/Smoking Are you a nonsmoker.
NON SMOKER

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection
gun shot to thigh

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.

ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .

Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:
Painful joints **admits**. Weakness denies.

Skin:
Dry skin denies. Itching denies. Rash **admits**.

Neurologic:
Dizziness admits. Fainting denies. Headache denies.

**Vital Signs**

BP **148/101 mm Hg**, Ht 65.5 in, Wt **140.6 lbs**, BMI **23.04 Index**, Temp **98.3 F**, HR **96 /min**, RR **20 /min**, Oxygen sat % **97**.

**Examination**

General Examination:
GENERAL APPEARANCE in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. EARS: tympanic membrane dull bilaterally. NOSE nares patent. ORAL CAVITY: moist mucosa. THROAT clear. NECK/THYROID: neck supple. SKIN: warm and dry, erythematous macules on left neck, erythematous macules and pustules on back. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Rash - R21 (Primary)
2. Insomnia, unspecified type - G47.00
3. Left serous otitis media, unspecified chronicity - H65.92
4. Candida infection - B37.9
5. Non-smoker - Z78.9
6. Body mass index (BMI) of 23.0-23.9 in adult - Z68.23

**Treatment**

**1. Others**

Start Diflucan Tablet, 100 MG, 1 tablet, Orally, once day, 7 days, 7, Refills 0

Notes:

In regards to his rash, it has the appearance of acne. He was instructed to try over the counter body washes to help with his rash. If not improved, I would prescribed Doxycycline. He did not wish to take an additional antibiotic at this time. In regards to his insomnia, we discussed Trazodone. However, he declined at this time. He reports he will try Melatonin. He has some fluid behind his ear drums. He can take OTC medications for sinus issues. I will prescribe Diflucan for candidiasis.

.

**Preventive Medicine**

Counseling: BP Management FIRST HYPERTENSIVE BP READING FOLLOW-UP PLAN: Follow-up 1 month, LIFESTYLE RECOMMENDATION: Hypertension education.
Tobacco use: Patient not counseled: Patient not eligible due to non-smoking status.
BMI Care goal follow-up plan BMI management provided Yes.
Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Follow Up**

1 week if not improved



Provider: Andrea Batchelor, MD Date: 07/10/2020

Electronically signed by ANDREA BATCHELOR, MD on 07/24/2020 at 02:54 PM CDT
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Sign off status: Completed

Lynn, John
48Y old Male, DOB:
Account Number: 79274

Home:
Guarantor: Lynn, John Insurance: BCBS ALABAMA Payer ID: SB510
Referring: ANDREA M BATCHELOR
Appointment Facility: Family Medical Associates West

04/21/2020 Progress Notes: Andrea Batchelor, MD

**Current Medications**
Taking
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Klonopin 1 MG Tablet 1/2 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Medication List reviewed and reconciled with the patient

**Past Medical History**
Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**
Vasectomy 2003
right elbow 2/27/2020
right elbow 3/30/2020

**Family History**
Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker.
Drugs/Alcohol:
Alcohol Screen Points 0, Interpretation Negative.
NON SMOKER.

**Allergies**
Cefzil

**Hospitalization/Major Diagnostic Procedure**
Viral infection

**Reason for Appointment**
1. Rash
2. Pt. c/o rash, red spots on BLE/low back. c/o itching. States it started out as hard knots after 1 st surgery.
3. refills at Gateway
4. CN

**History of Present Illness**
HPI:
He presents to clinic with complaint of a rash on his lower extremities and back. The rash started after he had the first surgery on his right elbow. The rash started out as small bumps. The rash has improved, but now, he itches. The itching is worse when he gets hot. He is currently on an antibiotic (Ancef per his wife) three times a day for 3 more weeks (6 weeks total). He needs refills today. Klonopin is helping with his anxiety. Adderall helps him stay awake during the day.

**Vital Signs**
Ht 65.5 in, Wt 147.2 lbs, BMI 24.12 Index, Temp 97.2 F, HR 108 /min, RR 20 /min, Oxygen sat % 97.

**Examination**
General Examination:
GENERAL APPEARANCE in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. NECK/THYROID: neck supple. SKIN: warm and dry, dry patches on lower extremities. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. MUSCULOSKELETAL: brace on right elbow. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**
1. Dermatitis - L30.9 (Primary)
2. Sleep disorder - G47.9
3. Anxiety - F41.9
4. Chronic back pain - M54.9
5. Other chronic pain - G89.29
6. Non-smoker - Z78.9
7. BMI 24.0-24.9, adult - Z68.24

### Review of Systems

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.
ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.
Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.
Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.
Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.
Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .
Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.
Musculoskeletal:
Painful joints **admits**. Weakness denies.
Skin:
Dry skin denies. Itching admits.
Rash **admits.**
Neurologic:
Dizziness denies. Fainting denies. Headache denies.

### Treatment

**1. Others**

Continue Nexium Capsule Delayed Release, 40 MG, 1 capsule, Orally, Once a day, 90 days, 90, Refills 0
Continue Sucralfate Tablet, 1 GM, 1 tablet, Orally, Three times daily, 90 days, 270, Refills 0
Continue Klonopin Tablet, 1 MG, 1/2 tablet, orally, every morning, 1 tablet mid day and 1 tablet at bedtime as directed, 30 days, 75, Refills 0
Continue Adderall Tablet, 10 MG, 0.5 tablet in the am, Orally, 1 tablet at lunch, and 1 tablet in the evening, 30 days, 75, Refills 0
Start HydrOXYzine HCl Tablet, 25 MG, 1 tablet as needed for itching, Orally, every 8 hrs, 30 day(s), 90 Tablet, Refills 0
Start Triamcinolone Acetonide Cream, 0.1 %, 1 application, Externally, Twice a day, 30 days, 80 Gram, Refills 0
Start Norco Tablet, 5-325 MG, 1 tablet as needed, Orally, every 8 hrs, 15 days, 45 Tablet, Refills 0
Notes: He is currently taking Ancef, and he has an allergy to cefzil. The itching is likely due to Ancef. His wife was instructed to discuss the medication with his surgeon to see if it needs to be changed. I will prescribe hydroxyzine and triamcinolone for dermatitis. I will continue Klonopin for anxiety and Adderall for sleep disorder. I will also continue Norco for chronic back pain.

### Preventive Medicine

Counseling: Tobacco use: Patient not counseled: Patient not eligible. BMI Care goal follow-up plan BMI management provided Yes. Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

### Follow Up

4 Weeks

Electronically signed by ANDREA BATCHELOR , MD on 05/26/2020 at 09:40 PM CDT
Sign off status: Completed

Progress Note: Andrea Batchelor, MD 04/21/2020

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Family Medical Associates West
26279 HWY 195
DOUBLE SPRINGS, AL 35553-2407
Tel: 205-489-3322
Fax: 205-489-3325

# Progress Notes

Patient: Lynn, John
DOB: Age: 48 Y Sex: Male

Provider: Andrea Batchelor, MD
Date: 02/24/2020

**Reason for Appointment**

1. Pt states he fell around Jan. 22nd, saw the Orthopedic last Thurs. Fell last Friday with right arm/elbow bruised, swollen and pain. He states he did take clindamycin and amoxcillin the end of Jan. He has a pic of x ray on his phone of his elbow
2. Wal Greens
3. CN

**History of Present Illness**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.

1 HPI:

He presents to clinic with complaint of pain in his right elbow. He fell on 1/22/2020. He went to Haleyville on 1/25/2020. He was given a steroid shot in his elbow and an antibiotic shot. He saw Dr. Smith a week later because his right elbow was red and swollen. He was given cliudamycin. He saw Dr. Vague on 2/20/2020. He had xrays by Dr. Vague, and he was told that he may have broken a spur off. He was told that if it was not better if he would need to have surgery in April. He tripped over his dog, and he landed on his right arm. His right arm started swelling right after the fall. The swelling has gotten worse since then. He noticed swelling on his right elbow and bruising on his elbow yesterday, but it has gotten worse. He cannot move his right elbow. His right elbow and shoulder have been bothering him since he fell.

**Current Medications**

Taking

- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Klonopin 1 MG Tablet 1/2 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Norco 5-325 MG Tablet 1 tablet as needed Orally every 8 hrs prn, stop date 03/18/2020
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**

Vasectomy 2003

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:

Tobacco Use/Smoking Are you a nonsmoker.

Drugs/Alcohol:

Alcohol Screen Points 0, Interpretation Negative.
NON SMOKER.

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.

ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies.

Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:
Painful joints **admits**. Weakness denies.

Skin:
Dry skin denies. Itching denies. Rash denies.

Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Vital Signs**

BP 131/83 mm Hg, Ht 65.5 in, Wt 144.6 lbs, BMI 23.69 Index, Temp 100.0 F, HR 121 /min, RR 20 /min, Oxygen sat % 96.

**Examination**

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. NECK/THYROID: neck supple. SKIN: warm and dry, erythema and warmth right elbow, bruising on right upper arm. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sonnds present. MUSCULOSKELETAL: edema right elbow, unable to extend right elbow fully, tenderness to palpation over right elbow and right forearm. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Right elbow pain - M25.521 (Primary)
2. Right forearm pain - M79.631
3. Acute pain of right shoulder - M25.511
4. Fall, initial encounter - W19.XXXA
5. Non-smoker - Z78.9
6. Body mass index (BMI) of 23.0-23.9 in adult - Z68.23

**Treatment**

**1. Right elbow pain**
Imaging: Xray : Elbow, right

**2. Right forearm pain**
Imaging: Xray : Forearm, right

**3. Acute pain of right shoulder**
Imaging: Xray : Shoulder, right

**4. Others**
Notes: I obtained xrays of his right elbow, right forearm, and right shoulder. An xray of his right elbow revealed 2 bone fragments lateral to elbow joint. An xray of his right shoulder did not reveal any fractures. An xray of his right forearm did not reveal any fractures. We called orthopedics and got him an appointment for tomorrow for orthopedics since he now has 2 fragments on his right elbow xray. He can take Norco as needed for pain.

**Preventive Medicine**

Counseling: BP Management PHYSICAL ACTIVITY RECOMMENDATION: Giving encouragement to exercise.
Tobacco use: Patient not counseled: Patient not eligible.
BMI Care goal follow-up plan BMI management provided Yes.
Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Procedure Codes**

73090 XRAY EXAM OF FOREARM, Modifiers: RT
73070 X-RAY EXAM OF ELBOW, Modifiers: RT
73020 X-RAY EXAM OF SHOULDER, Modifiers: RT

**Follow Up**

1 week if not improved

Patient: Lynn, John
DOB:

Provider: Andrea Batchelor, MD
Date: 02/24/2020

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Electronically signed by ANDREA BATCHELOR , MD on 03/02/2020 at 02:40 PM CST
Sign off status: Completed

Lynn, John
48Y old Male, DOB:
Account Number: 79274

Home: :
Guarantor: Lynn, John Insurance: BCBS ALABAMA
PCP: ANDREA M BATCHELOR Referring: ANDREA M BATCHELOR
Appointment Facility: Family Medical Associates

01/25/2020 Progress Notes: Vanessa Ragland, D.O.

**Current Medications**
Taking
- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Klonopin 1 MG Tablet 1/2 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed
- Medication List reviewed and reconciled with the patient

**Past Medical History**
Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**
Vasectomy 2003

**Family History**
Father: alive
Mother: alive
1 brother(s) , 1 son(s) , 1 daughter(s) .

**Social History**
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker.
Drugs/Alcohol:
Alcohol Screen Points 0, Interpretation Negative.
NON SMOKER.

**Allergies**
Cefzil

**Hospitalization/Major Diagnostic Procedure**
Viral infection

**Reason for Appointment**
1. ?BAD BODY ACHES, NAUSEA, HEADACHE FOR 2 DAYS
2. MY ELBOW IS RED
3. GATEWAY, KH

**Assessments**
1. Viral syndrome - B34.9 (Primary)
2. Cough - R05
3. Elbow pain, right - M25.521
4. Non-smoker - Z78.9
5. BMI 24.0-24.9, adult - Z68.24

**Treatment**

**1. Cough**
LAB: Influenza A&B

| | | |
|---|---|---|
| Influenza A&B | Negative | -- |

**2. Others**
Start Tamiflu Capsule, 75 MG, 1 capsule, Orally, Twice a day, 5 day(s), 10, Refills 0
Start Zithromax Z-Pak Tablet, 250 MG, 2 tablets on the first day, then 1 tablet daily for 4 days, Orally, Once a day, 5 day(s), 1, Refills 0
Start Deconex IR Tablet, 10-385 MG, 1 tablet as needed, Orally, qid, 10 days, 40 Tablet, Refills 0
Notes: sampoles of nalfon given, f/u with usual provider.

**Procedures**
TRIGGER POINT INJECTION:
TRIGGER POINT INJECTION 2MG DECADRON, 1/4CC LIDO W/O EPI, DONE BY DR. RAGLAND IN RIGHT ELBOW, TRIGGER POINT W/O COMPLICATIONS.

**Therapeutic Injections**
VR DECADRON 4mg : 2 mg (Dose No:1) (Route: Intramuscular) given by Keisha Harris on left gluteus
VR LINCOMYCIN : 600 mg (Dose No:1) (Route: Intramuscular) given by Keisha Harris on right gluteus

**Preventive Medicine**
Counseling: BP Management FIRST HYPERTENSIVE BP READING FOLLOW-UP PLAN: Follow-up 1 month, LIFESTYLE RECOMMENDATION: Lifestyle education.

**History of Present Illness**
Depression Screening:
PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.
MR LYNN IS A 48 YR OLD MALE WHO PRESENTS TODAY ILLNESS SYMPTOMS MENTIONED ABOVE AND RIGHT ELBOW PAIN. FLU TEST IS NEGATIVE. TRIGGER POINT IN RIGHT ELBOW DONE. TREATMENT FURTHER LISTED BELOW.

**Vital Signs**
BP 129/92 mm Hg, Ht 65.5 in, Wt 148 lbs, BMI 24.25 Index, Temp 98.3 F, HR 106 /min, RR 18 /min, Oxygen sat % 96.

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.
Diabetic Eye Exam :
Have you had an eye exam recently? admits. When was last exam? Date. Who is your eye doctor? Dr..
Ophthalmologic:
Blurred vision denies. Discharge denies. Pain denies.
ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.
Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.
Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.
Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.
Gastrointestinal:
Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .
Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.
Musculoskeletal:
Painful joints denies. Weakness denies.
Skin:
Dry skin denies. Itching denies. Rash denies.
Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Examination**

General Examination:
GENERAL APPEARANCE: **PATIENT HAVING CHILLS IN OFFICE**. HEAD: normocephalic, atraumatic. EYES: pupils equal, round, reactive to light and accommodation. EARS: normal. NOSE nares patent, no lesions. ORAL CAVITY: mucosa moist. THROAT clear. NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy. SKIN: no suspicious lesions, warm and dry. LUNGS: **COUGH, NO WHEEZING**. HEART: regular rate and rhythm. ABDOMEN normal, bowel sounds present, soft, nontender, nondistended. EXTREMITIES: **RIGHT ELBOW, RED AND SWOLLEN, TENDER**. FOOT EXAM normal. NEUROLOGIC: nonfocal, motor strength normal upper and lower extremities, sensory exam intact. PSYCH: alert, oriented, cooperative with exam, good eye contact, speech clear. STRUCTURAL EXAM normal. WHEN WAS YOUR LAST EYE EXAM date:.

**Procedure Codes**

J1100 VR DECADRON 4mg, Units: 2.00
J2010 VR LINCOCIN 600MG, Units: 2.00
96372 THER/PROPH/DIAG INJ, SC/IM, Units: 2.00 , Modifiers: 59
87804 INFLUENZA ASSAY A W/ OPTIC
87804 INFLUENZA ASSAY B, Modifiers: 59
20552 INJECT MUSCLE TRIGGER POINT, 1 OR 2



Electronically signed by VANESSA RAGLAND , DO on 02/03/2020 at 08:31 AM CST
Sign off status: Completed



Note generated by eClinicalWorks EMR/PM Software

Family Medical Associates
42320 HIGHWAY 195
HALEYVILLE, AL 355657064
Tel: 205-486-8899
Fax: 205-486-8908

Lynn, John
48 Y old Male, DOB:
Account Number: 79274

Home:
Guarantor: Lynn, John Insurance: BCBS ALABAMA Payer ID: SB510
Referring: ANDREA M BATCHELOR
Appointment Facility: Family Medical Associates West

01/06/2020 Progress Notes: Andrea Batchelor, MD

**Current Medications**

Taking

- Sucralfate 1 GM Tablet 1 tablet Orally Three times daily
- Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening
- Tamsulosin HCl 0.4 MG Capsule 1 capsule 30 minutes after the same meal Orally Once a day, stop date 01/11/2020
- Klonopin 1 MG Tablet 1/2 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed

Not-Taking

- DIFLUCAN 100 MG TAB 1 tablet PO Once a day
- Singulair 10 MG Tablet 1 tablet in the evening Orally Once a day
- Xyzal 5 MG Tablet 1 tablet in the evening Orally Once a day
- Medication List reviewed and reconciled with the patient

**Past Medical History**

Chronic vertigo.
Racing thoughts.
Hiatial hernia.
8 bulging disc.
Insomnia.

**Surgical History**

Vasectomy 2003

**Family History**

Father: alive
Mother: alive
1 brother(s) . 1 son(s) , 1 daughter(s) .

**Social History**

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker.
Pharmacy: Walmart (Haleyille).

**Allergies**

Cefzil

**Hospitalization/Major Diagnostic Procedure**

Viral infection

**Reason for Appointment**

1. Still hurting in his side and ribs and can't breath. Bent over a felt a crunch. Pt. has papers for medical leave.
2. Gateway
3. CN

**History of Present Illness**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.

1 HPI:

He presents to clinic with complaint of right upper quadrant and right rib pain. He has had pain in his RUQ since 1 week prior to Thanksgiving. He starte having pain in his right ribs yesterday. He has had pain intermittently, but the pain in his right ribs got worse today. He bent over today, and he felt a crunch in his right chest. It hurts to take a deep breath and to move his right arm. The pain radiates around to his right shoulder blade and spine.

**Vital Signs**

BP 136/91 mm Hg, Ht 65.5 in, Wt 144.0 lbs, BMI 23.60 Index, Temp 98.7 F, HR 82 /min, RR 20 /min, Oxygen sat % 97.

**Examination**

General Examination:

GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. NECK/THYROID: neck supple. SKIN: warm and dry. LUNGS: clear to auscultation bilaterally. CHEST: tenderness to palpation over right lateral chest. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. BACK: spine nontender to palpation. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

**Assessments**

1. Rib pain on right side - R07.81 (Primary)
2. Acute midline thoracic back pain - M54.6
3. Right upper quadrant pain - R10.11
4. Non-smoker - Z78.9
5. Body mass index (BMI) of 23.0-23.9 in adult - Z68.23

**Treatment**

**1. Rib pain on right side**

IMAGING: RIBS RT 2V

**2. Acute midline thoracic back pain**

IMAGING: SPINE THORACIC 2V

**3. Others**

Start Medrol Tablet Therapy Pack, 4 MG, as directed, Orally, ., 6 days, 1 Pack, Refills 0

Notes: An xray of his right ribs did not reveal any appreciable fractures. An xray of his thoracic spine did not reveal any acute findings. A HIDA scan was normal. I will prescribe a Medrol dose pack to help with his pain. If not improved, he may need further imaging to evaluate his right rib pain. I filled out FMLA paperwork.

**Preventive Medicine**

Counseling: BP Management FIRST HYPERTENSIVE BP READING FOLLOW-UP PLAN: Follow-up 1 month, LIFESTYLE RECOMMENDATION: Hypertension education. Tobacco use: Patient not counseled: Patient not eligible. BMI Care goal follow-up plan BMI management provided Yes. Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis. exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Review of Systems**

General/Constitutional:
Change in appetite denies. Chills denies. Fever denies.

ENT:
Decreased hearing denies. Sore throat denies. Swollen glands denies.

Endocrine:
Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:
Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:
Abdominal pain admits. Diarrhea denies. Nausea denies. Vomiting denies .

Genitourinary:
Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:
Painful joints **admits**. Weakness denies.

Skin:
Dry skin denies. Itching denies. Rash denies.

Neurologic:
Dizziness denies. Fainting denies. Headache denies.

**Procedure Codes**

72070 X-RAY EXAM OF THORACIC SPINE
71100 XRAY EXAM RIBS ONE SIDE 2 VIEWS

**Follow Up**

2 weeks if not improved



Electronically signed by ANDREA BATCHELOR, MD on 01/29/2020 at 04:55 PM CST
Sign off status: Completed

Family Medical Associates West
26279 HWY 195
DOUBLE SPRINGS, AL 35553-2407
Tel: 205-489-3322
Fax: 205-489-3325

L

John Lynn

Claim# 9834821

FAX
603-371-2683

706
489
3722

TOC The Orthopaedic Center
Highly Skilled Specialists...World-Class Care

| Patient Name : LYNN, JOHN | Date of Service: 06/08/20 |
|---|---|
| DOB: | Chart#: 836782 |

DOB:12/20/1971

HISTORY OF PRESENT ILLNESS: Mr. Lynn returns today for followup status post debridement and irrigation with retrograde intramedullary nailing of a right comminuted femur fracture secondary to a gunshot wound. He is now approaching of 3 to 4 weeks status post surgery. He presents today ambulatory with a walker, nonweightbearing on the right lower extremity. The patient states he still has pain and swelling in his thigh, as well as some degree of pain radiating down his leg. He denies fevers, chills, or constitutional symptoms.

PHYSICAL EXAMINATION: Inspection of the patient's right lower extremity reveals his thigh to remain mildly swollen. His gunshot entrance and exit wounds appear to be healing without signs of infection. The surgical incisions also appear to be healing without signs of infection. The sutures remain intact. Range of motion of the knee is fairly limited from approximately 5 degrees to 60 degrees comfortably. He complains of significant pain with attempts at further flexion. His calf is mildly swollen, but compartments are soft and nontender. He is neurovascularly intact distally.

X-RAYS: AP lateral of the right femur reveals a highly comminuted distal 1/3 femoral shaft fracture stabilized by the retrograde intramedullary nail. There has been no interval loss of position or fixation.

- 73552.RT - 2V FEMUR Right

## IMPRESSION

IMPRESSION: Status post debridement and irrigation with retrograde intramedullary nailing, right comminuted distal 1/3 femoral shaft fracture.

PLAN: We will remove the patient's sutures today. I would like to send him to therapy to begin working on range of motion aggressively to the knee, as well as quadriceps and hamstring strengthening exercise. I believe he may be 30 pounds weightbearing on the right lower extremity, but I would not place any further weight through the

**Patient Name :** LYNN, JOHN **Date of Service:** 06/08/20
**DOB:**  **Chart#:** 836782

**IMPRESSION(continued)**

extremity at this time, as this fracture is highly comminuted and unstable. At the patient's request, I have given him a note taking him off work for approximately 8 weeks. Hopefully, at that time he can gradually begin advancing activity levels. I will plan to see him in 4 weeks for repeat x-rays and exam and assess his motion and function at that time.

- Problem 1: S72.351D Displ commnt fx shaft of r femr, routine followup was added.

PLAN

- Work Restriction OFF WORK x 8 wks

ORDER

- Order PT Eval & Treat 30 lbs wt bearing R LE with walker, ROM to knee, quad sets
- Follow Up weeks 4

PROCEDURE

- 99024 - 99024 Post-Op DX-S72.351D

PRESCRIBED TODAY

- Percocet 7.5mg #40

- Flexeril tablet 10 mg (1.0 Not Specified) #30 1 PO TID
- Percocet tablet 10-325 mg (1.0 Not Specified) #40 1 Q 6 HRS PO PRN PAIN

VITAL SIGNS
WT: lbs HT: inches BMI: BP SYSTOLIC: BP DIASTOLIC:
VITAL SIGNS
SMOKER STATUS: TOBACCO USER:

PCP:
REF:

DBG/jk

| | | | |
|---|---|---|---|
| **Patient Name :** | LYNN, JOHN | **Date of Service:** | 06/08/20 |
| **DOB:** | | **Chart#:** | 836782 |

**Appended Note (6/11/2020 9:04:15 AM) by VRC\JMATOS**
Note need signature for records release - 06/11/2020

**Appended Note (6/18/2020 12:25:37 PM) by VRC\JMATOS**
Note needs signature for records release - 06/18/2020

**Appended Note (7/10/2020 3:46:56 PM) by KAREN WHITELEY**
Note signed

**Appended Note (7/10/2020 4:34:53 PM) by KAREN WHITELEY**
Note signed

David Griffin MD
DAVID B GRIFFIN, MD
Created and electronically signed 7/9/2020 8:09:20 AM

*** *End of Systemedx document # 24887097* ***

**TOC** The Orthopaedic Center
*Highly Skilled Specialists...World-Class Care*

| | | | |
|---|---|---|---|
| **Patient Name :** | LYNN, JOHN | **Date of Service:** | 07/15/20 |
| **DOB:** | | **Chart#:** | 836782 |

## HISTORY OF PRESENT ILLNESS

DOB

HISTORY OF PRESENT ILLNESS: Mr. Lynn is a 48-year-old Caucasian male who presents today to the clinic for a followup evaluation of his right femur. The patient is status post debridement and irrigation with a retrograde nail to his right highly comminuted femur fracture. He is now approximately 8 weeks out from surgery. He states that he is still having some pain, but overall, he is doing okay. His range of motion to his knee is approximately full extension to approximately 95 degrees of flexion, but he has a hard stop at that flexion point and unable to go any further.

REVIEW OF SYSTEMS: A 10-point review of systems was reviewed and unchanged.

## REVIEW OF SYSTEMS

## PHYSICAL EXAM

PHYSICAL EXAMINATION:
GENERAL: Well developed, well nourished, and in no acute distress.. Speech is clear and appropriate. Responds appropriately to questions.
HEENT: Atraumatic. Unremarkable. Pupils equal and reactive to light and accommodation. Extraocular movements intact. Oropharynx is clear.
NECK: Supple and nontender.
HEART: Regular rate and rhythm.
LUNGS: Clear. No increased work of breathing.
ABDOMEN: Soft and nontender. Bowel sounds in all 4 quadrants benign.
EXTREMITIES: Examination of the patient's right lower extremity reveals the patient has a slight antalgic gait using a walker. The patient maintains he is keeping 30 pound weightbearing on. He can come out to full extension to approximately 95 degrees of flexion. The surgical wounds are completely healed.
NEUROVASCULAR: Positive pulses. Positive sensation. The patient appears to be neurovascularly intact.
INTEGUMENTARY: No skin rashes, lesions, or ecchymosis is noted.

## IMAGING

- 73552.RT - 2V FEMUR Right

**Patient Name :** LYNN, JOHN **Date of Service:** 07/15/20
**DOB:** **Chart#:** 836782

## IMPRESSION

IMPRESSION: Status post gunshot wound, debridement and irrigation with a retrograde nail.

PLAN: We are going to schedule the patient for a bone grafting to his right femur before August 18, 2020, just due to the patient's insurance running out and try to manipulate his knee at that point. The patient will follow up with us approximately 2 to 3 days before that, and we will repeat x-rays. If the x-rays are improved, then we will not be doing the bone grafting on this patient. All of the patient's questions were answered in the office.

Kyle Claborn, CRNP
This patient was seen in conjunction with Dr. Griffin

- - Allergies reviewed with patient.
- - Medications reviewed with patient.
- Problem 1: S72.351D Displ commnt fx shaft of r femr, routine followup was added.

PLAN

- Bone grafting right femur

ORDER

- Follow Up weeks 4

PROCEDURE

- 99024 - 99024 Post-Op DX-S72.351D

## ALLERGIES

## MEDICATIONS

- Flexeril tablet 10 mg (1.0 Not Specified) #30 1 PO TID
- Percocet tablet 7.5-325 mg (1.0 Not Specified) #40 1 PO Q 6-8 HRS PRN PAIN

## VITALS

VITAL SIGNS
WT: lbs HT: inches BMI: 0.00 BP SYSTOLIC: BP DIASTOLIC:
VITAL SIGNS
SMOKER STATUS: TOBACCO USER:

## CC:

PCP:

| | | | |
|---|---|---|---|
| **Patient Name :** | LYNN, JOHN | **Date of Service:** | 07/15/20 |
| **DOB:** | | **Chart#:** | 836782 |

**CC (continued)**

REF:

**SIGNATURE**

DBG/lj

DAVID B GRIFFIN, MD
Created and electronically signed 7/16/2020 7:57:06 AM

REHABILITATION, INC.
Encore Rehab of Haleyville
Phone: (205) 486-2753
Fax: (205) 486-2109

Acct #: 131222HL
Patient: **John W. Lynn**
DOB:
Physician: David Griffin MD
Phys Fax: (256) 539-2666
Physician: Not specified
Clinician: Alicia Dodd
FSC: BCBS
Case Mgr:
Payor:
Pol/Claim#: SEH834744587

Visit Date: **Jun 29, 2020**
Phys Phone: (256) 539-2728
SSN:
Inj. Date:
Surg. Date: May 03, 2020
Visits: 4
Cxl/Ns: 0
Employer: Southern Energy Homes
Insured:

# Daily Note

## Diagnoses

| | | |
|---|---|---|
| Right Knee | M25.561 | Pain in right knee |
| | S72.351D | Displaced comminuted fracture of shaft of right femur, subsequent encounter for closed fracture with routine healing |
| | M62.81 | Muscle weakness (generalized) |
| | R60.0 | Localized edema |
| | M25.661 | Stiffness of right knee, not elsewhere classified |

## General Information

**Initial Evaluation:**
- Date 06/19/2020

**Treatment Guidelines:**
- Evaluate and Treat — Additional Detail: As per Rx, Duration: 3wk4
- Physician ReCheck — Date: 7/15/20

**Occupation:**
- Tru Homes- electrical

**Disease/Disorder/Condition:**
- PMHx: elbow infection, MRSA
  PSHx: elbow x 2

**Summary List:**
- Pt is a 48 yo WM s/p accidental gunshot wound to right femur. Pt is s/p surgery and received HH PT for a couple of weeks. Pt is beginning to use cane at home but still uses RW most of the time. Eager to return to work.

**Surgery:**
- ORIF to repair distal comminuted fracture of femur

**Mod complexity (see assessment)**

## Subjective Examination

**Chief Complaint: Pain: Severity:**
- Current — 4/10
- At Worst — 5/10

**Mechanism of Injury: Primary Episode: Date of Injury:**
- Date 05/03/2020

**Mechanism of Injury:**
- Primary Episode: Traumatic; accidental gun shot wound

**ADL / Functional Status: Current Status: ADL/ IADL: Activities:**
- Climbing — step to pattern
- Squatting — 1/4
- Standing — To 0-10 Minutes
- Walking — To 0-10 Minutes

**Questionnaires: H-L: Lower Extremity Functional Scale (LEFS): Scoring:**

Acct #: 131222HL
Patient: John W. Lynn
Visit Date: Jun 29, 2020

| | |
|---|---|
| • Date: | 06/19/2020 |
| • Assessment | Initial |
| • Percent of Maximal Function | 21.00% |

**Daily Comments:**
- Pt reports that he is hurting today and did not sleep well last night

# Objective Examination

| Range of Motion: Knee: Pre-Treatment: | Right AROM | Right PROM |
|---|---|---|
| • Extension | -5 | -1 |
| • Flexion | 85 | 92 |

| Muscle Testing: Lower Extremity MMT: | Right |
|---|---|
| • Hip Abduction: | 3/5 |
| • Hip Flexion | +4/5 |
| • Knee Extension | -3/5 |
| • Knee Flexion | -3/5 |

**Gait/Locomotion:**
- Amb with RW and antalgic gt with decreased knee flexion and ext noted.

| Palpation: Bony Structures: Tenderness: | Right |
|---|---|
| • Medial Joint Line | 2=Pain with wincing |

| Palpation: Musculature: Tenderness: | Right |
|---|---|
| • Quadriceps | 2=Pain with wincing |

| Flexibility: | Right |
|---|---|
| • Hamstrings | Moderate Restriction |
| • Rectus Femoris | Moderate Restriction |
| • Gastrocnemius | Moderate Restriction |

**Observations:**
- Swelling: Mod edema right knee

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Good |
| • Right Leg, Eyes Open, Firm | Unable to Perform |

# Treatments

**Modalities:**

| | |
|---|---|
| • Electric Stim, Unattended | Time Elapsed: 15 Minutes, Location: right knee, Performed With: Vasopneumatic Device, Mode: Continuous, Type: Interferential, Clinical Use: Post Activity, Charge As: E-Stim, Unattended, Performed by: Alicia Dodd, 15 Minutes. |
| • Vasopneumatic Compression | Time Elapsed: 15 Minutes, Performed With: E-Stim, MM/Hg: 20, Clinical Use: Post Activity, Skin Integrity, Post: Intact, Charge As: Vasopneumatic Devices, Performed by: Alicia Dodd, 15 Minutes. |

**Manual Interventions: Soft Tissue:**

| | |
|---|---|
| • Soft Tissue Mobilization I | Time Elapsed: 10 Minutes, Tx Depth: Moderate, Side: Right, Technique: Myofascial Release, Direction: Multidirectional, Additional Detail: PROM flexion and ext. Description: STM right knee and LE to decrease pain and scar tissue. Charge As: Manual Therapy Techniques, Performed by: Alicia Dodd, 10 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • Heel Slides(increased reps 6/25/2020) | Time Elapsed: 3 Minutes, Repetitions: 25, Type: Active-Assisted, Charge As: Therapeutic Exercise, Performed by: Alicia Dodd, 3 Minutes. |
| • Prone Hanging(added 6/25/2020) | Time Elapsed: 4 Minutes, Type: Passive, Charge As: Therapeutic Exercise, Performed by: Alicia Dodd, 4 Minutes. |

**Exercise Activities: Isometrics:**

Acct #: 131222HL
Patient: John W. Lynn

Visit Date: Jun 29, 2020

| | |
|---|---|
| • Adduction Hip(added 6/24/2020) | Time Elapsed: 4 Minutes, Repetitions: 10, Sets: 2, Hold.: 5 Seconds, Position: Sidelying, Charge As: Therapeutic Exercise, Performed by: Alicia Dodd, 4 Minutes. |
| • Quad Sets | Time Elapsed: 10 Minutes, Hold.: 10/10 Seconds, Intensity: Muscle Recruitment, FES/Biofeedback Assisted: Russian, Charge As: Neuromuscular Reeducation, Performed by: Alicia Dodd, 10 Minutes. |
| **Exercise Activities: Flexibility:** | |
| • Gastrocnemius Slantboard | Time Elapsed: 3 Minutes, Repetitions: 5, Subtalar Position: Neutral, Body Position: Toes Forward, Hold.: 20 Seconds, Charge As: Therapeutic Exercise, Performed by: Alicia Dodd, 3 Minutes. |
| • Hamstring Muscle | Time Elapsed: 4 Minutes, Technique: Active, Body Position: Supine, Hold.: 10 Seconds, Charge As: Therapeutic Exercise, Performed by: Alicia Dodd, 4 Minutes. |
| **Exercise Activities: Dynamic Training: C-K-C Activity:** | |
| • Shuttle:Bilateral Squat(This visit) | Did Not Perform: This visit |
| • Step Ups: Forward(added 6/26/2020) | Time Elapsed: 4 Minutes, Repetitions: 10, Sets: 2, Charge As: Therapeutic Activities, Performed by: Alicia Dodd, 4 Minutes. |
| • Closed Kinetic Chain 1 | Time Elapsed: 10 Minutes, Additional Detail: rock back and forth to increase ROM, Description: bilat LE dynamic AROM, Charge As: Therapeutic Activities, Performed by: Alicia Dodd, 10 Minutes. |
| **Exercise Activities: Tubing/Bands:** | |
| • Terminal Knee Extensions(increased reps 6/26/2020) | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Tubing/Band Color: green, Charge As: Therapeutic Exercise, Performed by: Alicia Dodd, 3 Minutes. |
| **Exercise Activities: Isotonics:** | |
| • Heel Raises.(added 6/26/2020) | Time Elapsed: 3 Minutes, Weight - Pounds: Body Weight Pounds, Repetitions: 10, Sets: 3, Charge As: Therapeutic Activities, Performed by: Alicia Dodd, 3 Minutes. |
| • Knee Extension, Full Arc.(increased reps 6/24/2020) | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Charge As: Therapeutic Exercise, Performed by: Alicia Dodd, 3 Minutes. |
| • Straight Leg Raises - Flexion | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 2, Position: Supine, Charge As: Therapeutic Exercise, Performed by: Alicia Dodd, 3 Minutes. |
| • Straight Leg Raises-Abduction | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 2, Position: Sidelying, Charge As: Therapeutic Exercise, Performed by: Alicia Dodd, 3 Minutes. |

**Therapy Session Time**

- Total Therapy Session Time 71 Minutes

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Electrical Stimulation (unattended) | 97014 | 1 | n/a |
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Neuromuscular Reeducation | 97112 | 1 | 10 |
| • Therapeutic Activities | 97530 | 2 | 17 |
| • Therapeutic Procedure | 97110 | 2 | 30 |
| • Vasopneumatic Devices | 97016 | 1 | n/a |

## Assessment

**Tolerance:**

- Pt was able to complete most exercises today with moderate complaints of pain. Pt with increased stiffness today. Pt requires occasional verbal cues for correct performance of exercises.

**The client tolerated today's treatment/therapeutic activity with moderate complaints of pain and difficulty.**

**Treatment Emphasis to focus on:**

- Pain relief. Range of Motion/Mobility Improvements. Muscle Function Improvements. Proprioception/Balance Improvements. Enhanced Dynamic Stability. Education.

# Plan

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

Alicia Dodd, PT(AL Lic: PTH6558)
Signed on Jun 29, 2020 12:58:40

ENCORE REHABILITATION, INC.
Encore Rehab of Haleyville
Phone: (205) 486-2753
Fax: (205) 486-2109

| | | | |
|---|---|---|---|
| Acct #: | 131222HL | | |
| Patient: | **John W. Lynn** | | |
| DOB: | | Visit Date: | **Jul 03, 2020** |
| Physician: | David Griffin MD | Phys Phone: | (256) 539-2728 |
| Phys Fax: | (256) 539-2666 | SSN: | |
| Physician: | Not specified | Inj. Date: | |
| Clinician: | Beth Moore | Surg. Date: | May 03, 2020 |
| FSC: | BCBS | Visits: | 5 |
| Case Mgr: | | CxI/Ns: | 0 |
| Payor: | | Employer: | Southern Energy Homes |
| Pol/Claim#: | SEH834744587 | Insured: | |

# Daily Note

## Diagnoses

| | | |
|---|---|---|
| Right Knee | M25.561 | Pain in right knee |
| | S72.351D | Displaced comminuted fracture of shaft of right femur, subsequent encounter for closed fracture with routine healing |
| | M62.81 | Muscle weakness (generalized) |
| | R60.0 | Localized edema |
| | M25.661 | Stiffness of right knee, not elsewhere classified |

## General Information

**Initial Evaluation:**
- Date 06/19/2020

**Treatment Guidelines:**
- Evaluate and Treat — Additional Detail: As per Rx, Duration: 3wk4
- Physician ReCheck — Date: 7/15/20

**Occupation:**
- Tru Homes- electrical

**Disease/Disorder/Condition:**
- PMHx: elbow infection, MRSA
  PSHx: elbow x 2

**Summary List:**
- Pt is a 48 yo WM s/p accidental gunshot wound to right femur. Pt is s/p surgery and received HH PT for a couple of weeks. Pt is beginning to use cane at home but still uses RW most of the time. Eager to return to work.

**Surgery:**
- ORIF to repair distal comminuted fracture of femur

**Mod complexity (see assessment)**

## Subjective Examination

**Chief Complaint: Pain: Severity:**

| | |
|---|---|
| • Current | 4/10 |
| • At Worst | 5/10 |

**Mechanism of Injury: Primary Episode: Date of Injury:**
- Date 05/03/2020

**Mechanism of Injury:**
- Primary Episode: Traumatic: accidental gun shot wound

**ADL / Functional Status: Current Status: ADL/ IADL: Activities:**

| | |
|---|---|
| • Climbing | step to pattern |
| • Squatting | 1/4 |
| • Standing | To 11-20 Minutes |
| • Walking | To 0-10 Minutes |

**Questionnaires: H-L: Lower Extremity Functional Scale (LEFS): Scoring:**

| | |
|---|---|
| • Date: | 06/19/2020 |
| • Assessment | Initial |
| • Percent of Maximal Function | 21.00% |

**Daily Comments:**

• Patient states "I am still hurting, I just don't think my knee is moving much or like it should be."

# Objective Examination

| **Range of Motion: Knee: Pre-Treatment:** | **Right AROM** | **Right PROM** |
|---|---|---|
| • Extension | -3 | 0 |
| • Flexion | 88 | 92 |

| **Muscle Testing: Lower Extremity MMT:** | **Right** |
|---|---|
| • Hip Abduction: | 3/5 |
| • Hip Flexion | +4/5 |
| • Knee Extension | -3/5 |
| • Knee Flexion | -3/5 |

**Gait/Locomotion:**

• Amb with RW and antalgic gt with decreased knee flexion and ext noted.

| **Palpation: Bony Structures: Tenderness:** | **Right** |
|---|---|
| • Medial Joint Line | 2=Pain with wincing |
| **Palpation: Musculature: Tenderness:** | **Right** |
| • Quadriceps | 2=Pain with wincing |
| **Flexibility:** | **Right** |
| • Hamstrings | Moderate Restriction |
| • Rectus Femoris | Moderate Restriction |
| • Gastrocnemius | Moderate Restriction |

**Observations:**

• Swelling: Mod edema right knee

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Good |
| • Right Leg, Eyes Open, Firm | Unable to Perform |

# Treatments

**Modalities:**

| | |
|---|---|
| • Electric Stim, Unattended | Time Elapsed: 15 Minutes, Location: right knee, Performed With: Vasopneumatic Device, Mode: Continuous, Type: Interferential, Clinical Use: Post Activity, Charge As: E-Stim, Unattended, Performed by: Larry Miles, 15 Minutes. |
| • Vasopneumatic Compression | Time Elapsed: 15 Minutes, Performed With: E-Stim, MM/Hg: 20, Clinical Use: Post Activity, Skin Integrity, Post: Intact, Charge As: Vasopneumatic Devices, Performed by: Larry Miles, 15 Minutes. |

**Manual Interventions: Soft Tissue:**

| | |
|---|---|
| • Soft Tissue Mobilization 1 | Time Elapsed: 10 Minutes, Tx Depth: Moderate, Side: Right, Technique: Myofascial Release, Direction: Multidirectional, Additional Detail: PROM flexion and ext. Description: STM right knee and LE to decrease pain and scar tissue. Charge As: Manual Therapy Techniques, Performed by: Larry Miles, 10 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • Heel Slides(increased reps 6/25/2020) | Time Elapsed: 3 Minutes, Repetitions: 25, Type: Active-Assisted, Charge As: Therapeutic Exercise, Performed by: Larry Miles, 3 Minutes. |
| • Prone Hanging(This visit) | Did Not Perform: This visit |

**Exercise Activities: Isometrics:**

Acct #: 131222HL
Patient: John W. Lynn
Visit Date: Jul 03, 2020

| | |
|---|---|
| • Adduction Hip(added 6/24/2020) | Time Elapsed: 4 Minutes, Repetitions: 10, Sets: 2, Hold.: 5 Seconds, Position: Sidelying, Charge As: Therapeutic Exercise, Performed by: Larry Miles, 4 Minutes. |
| • Quad Sets | Time Elapsed: 10 Minutes, Hold.: 10/10 Seconds, Intensity: Muscle Recruitment, FES/Biofeedback Assisted: Russian, Charge As: Neuromuscular Reeducation, Performed by: Larry Miles, 10 Minutes. |
| **Exercise Activities: Flexibility:** | |
| • Gastrocnemius Slantboard | Time Elapsed: 3 Minutes, Repetitions: 5, Subtalar Position: Neutral, Body Position: Toes Forward, Hold.: 20 Seconds, Charge As: Therapeutic Exercise, Performed by: Larry Miles, 3 Minutes. |
| • Hamstring Muscle | Time Elapsed: 4 Minutes, Technique: Active, Body Position: Supine, Hold.: 10 Seconds, Charge As: Therapeutic Exercise, Performed by: Larry Miles, 4 Minutes. |
| **Exercise Activities: Dynamic Training: C-K-C Activity:** | |
| • Shuttle:Bilateral Squat(This visit) | Did Not Perform: This visit |
| • Step Ups: Forward(added 6/26/2020) | Time Elapsed: 4 Minutes, Repetitions: 10, Sets: 2, Charge As: Therapeutic Activities, Performed by: Larry Miles, 4 Minutes. |
| • Closed Kinetic Chain 1 | Time Elapsed: 10 Minutes, Additional Detail: rock back and forth to increase ROM, Description: bilat LE dynamic AROM, Charge As: Therapeutic Activities, Performed by: Larry Miles, 10 Minutes. |
| **Exercise Activities: Tubing/Bands:** | |
| • Terminal Knee Extensions(increased reps 6/26/2020) | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Tubing/Band Color: green, Charge As: Therapeutic Exercise, Performed by: Larry Miles, 3 Minutes. |
| **Exercise Activities: Isotonics:** | |
| • Heel Raises.(added 6/26/2020) | Time Elapsed: 3 Minutes, Weight - Pounds: Body Weight Pounds, Repetitions: 10, Sets: 3, Charge As: Therapeutic Activities, Performed by: Larry Miles, 3 Minutes. |
| • Knee Extension, Full Arc.(increased reps 6/24/2020) | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Charge As: Therapeutic Exercise, Performed by: Larry Miles, 3 Minutes. |
| • Straight Leg Raises - Flexion | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 2, Position: Supine, Charge As: Therapeutic Exercise, Performed by: Larry Miles, 3 Minutes. |
| • Straight Leg Raises-Abduction | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 2, Position: Sidelying, Charge As: Therapeutic Exercise, Performed by: Larry Miles, 3 Minutes. |

**Therapy Session Time**

- Total Therapy Session Time 78 Minutes

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Electrical Stimulation (unattended) | 97014 | 1 | n/a |
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Neuromuscular Reeducation | 97112 | 1 | 10 |
| • Therapeutic Activities | 97530 | 2 | 17 |
| • Therapeutic Procedure | 97110 | 2 | 26 |
| • Vasopneumatic Devices | 97016 | 1 | n/a |

## Assessment

**Treatment Emphasis to focus on:**

- Pain relief. Muscle Function Improvements. Enhanced Dynamic Stability. Strengthen Disuse Components.
- ADL's. Functional Activities.

**Patient continues to progress as able with all improving ROM and flexibility continuing to perform strengthening exercises to improve strength and stability with standing. Good response to cues to perform exercises correctly and to avoid compensation.**

# Plan

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

Beth Moore, PT(AL Lic: PTH5265)
Signed on Jul 03, 2020 12:09:44

Electronically authenticated.

Larry Miles, PTA(AL Lic: PTA4663)
Signed on Jul 03, 2020 12:01:59

REHABILITATION, INC.
Encore Rehab of Haleyville
Phone: (205) 486-2753
Fax: (205) 486-2109

Acct #: 131222HL
Patient: **John W. Lynn**
DOB:
Physician: David Griffin MD
Phys Fax: (256) 539-2666
Physician: Not specified
Clinician: Beth Moore
FSC: BCBS
Case Mgr:
Payor:
Pol/Claim#: SEH834744587

Visit Date: **Jul 06, 2020**
Phys Phone: (256) 539-2728
SSN:
Inj. Date:
Surg. Date: May 03, 2020
Visits: 6
Cxl/Ns: 0
Employer: Southern Energy Homes
Insured:

# Daily Note

## Diagnoses

| | | |
|---|---|---|
| Right Knee | M25.561 | Pain in right knee |
| | S72.351D | Displaced comminuted fracture of shaft of right femur, subsequent encounter for closed fracture with routine healing |
| | M62.81 | Muscle weakness (generalized) |
| | R60.0 | Localized edema |
| | M25.661 | Stiffness of right knee, not elsewhere classified |

## General Information

**Initial Evaluation:**
- Date 06/19/2020

**Treatment Guidelines:**
- Evaluate and Treat — Additional Detail: As per Rx, Duration: 3wk4
- Physician ReCheck — Date: 7/15/20

**Occupation:**
- Tru Homes- electrical

**Disease/Disorder/Condition:**
- PMHx: elbow infection, MRSA
  PSHx: elbow x 2

**Summary List:**
- Pt is a 48 yo WM s/p accidental gunshot wound to right femur. Pt is s/p surgery and received HH PT for a couple of weeks. Pt is beginning to use cane at home but still uses RW most of the time. Eager to return to work.

**Surgery:**
- ORIF to repair distal comminuted fracture of femur

**Mod complexity (see assessment)**

## Subjective Examination

**Chief Complaint: Pain: Severity:**
- Current — 5/10
- At Worst — 5/10

**Mechanism of Injury: Primary Episode: Date of Injury:**
- Date 05/03/2020

**Mechanism of Injury:**
- Primary Episode: Traumatic: accidental gun shot wound

**ADL / Functional Status: Current Status: ADL/ IADL: Activities:**
- Climbing — step to pattern
- Squatting — 1/4
- Standing — To 11-20 Minutes
- Walking — To 0-10 Minutes

**Questionnaires: H-L: Lower Extremity Functional Scale (LEFS): Scoring:**

| | |
|---|---|
| • Date: | 06/19/2020 |
| • Assessment | Initial |
| • Percent of Maximal Function | 21.00% |

**Daily Comments:**
- Patient states "I am doing alright, it feels pretty stiff today."

## Objective Examination

| Range of Motion: Knee: Pre-Treatment: | Right AROM | Right PROM |
|---|---|---|
| • Extension | -2 | 0 |
| • Flexion | 92 | 96 |

| Muscle Testing: Lower Extremity MMT: | Right |
|---|---|
| • Hip Abduction: | 3/5 |
| • Hip Flexion | +4/5 |
| • Knee Extension | -3/5 |
| • Knee Flexion | -3/5 |

**Gait/Locomotion:**
- Amb with RW and antalgic gt with decreased knee flexion and ext noted.

| Palpation: Bony Structures: Tenderness: | Right |
|---|---|
| • Medial Joint Line | 2=Pain with wincing |

| Palpation: Musculature: Tenderness: | Right |
|---|---|
| • Quadriceps | 2=Pain with wincing |

| Flexibility: | Right |
|---|---|
| • Hamstrings | Moderate Restriction |
| • Rectus Femoris | Moderate Restriction |
| • Gastrocnemius | Moderate Restriction |

**Observations:**
- Swelling: Mod edema right knee

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Good |
| • Right Leg, Eyes Open, Firm | Unable to Perform |

## Treatments

**Modalities:**

| | |
|---|---|
| • Electric Stim, Unattended | Time Elapsed: 15 Minutes, Location: right knee, Performed With: Vasopneumatic Device, Mode: Continuous, Type: Interferential, Clinical Use: Post Activity, Charge As: E-Stim, Unattended, Performed by: Larry Miles, 15 Minutes. |
| • Vasopneumatic Compression | Time Elapsed: 15 Minutes, Performed With: E-Stim, MM/Hg: 20, Clinical Use: Post Activity, Skin Integrity, Post: Intact, Charge As: Vasopneumatic Devices, Performed by: Larry Miles, 15 Minutes. |

**Manual Interventions: Soft Tissue:**

| | |
|---|---|
| • Soft Tissue Mobilization 1 | Time Elapsed: 10 Minutes, Tx Depth: Moderate, Side: Right, Technique: Myofascial Release, Direction: Multidirectional, Additional Detail: PROM flexion and ext. Description: STM right knee and LE to decrease pain and scar tissue, Charge As: Manual Therapy Techniques, Performed by: Larry Miles, 10 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • Heel Slides(increased reps 6/25/2020) | Time Elapsed: 3 Minutes, Repetitions: 25, Type: Active-Assisted, Charge As: Therapeutic Exercise, Performed by: Larry Miles, 3 Minutes. |
| • Prone Hanging(This visit) | Did Not Perform: This visit |

**Exercise Activities: Isometrics:**

| | |
|---|---|
| • Adduction Hip(added 6/24/2020) | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 2, Hold.: 5 Seconds, Position: Sidelying, Charge As: Therapeutic Exercise, Performed by: Larry Miles, 3 Minutes. |
| • Quad Sets | Time Elapsed: 10 Minutes, Hold.: 10/10 Seconds, Intensity: Muscle Recruitment, FES/Biofeedback Assisted: Russian, Charge As: Neuromuscular Reeducation, Performed by: Larry Miles, 10 Minutes. |
| **Exercise Activities: Flexibility:** | |
| • Gastrocnemius Slantboard | Time Elapsed: 3 Minutes, Repetitions: 5, Subtalar Position: Neutral, Body Position: Toes Forward, Hold.: 20 Seconds, Charge As: Therapeutic Exercise, Performed by: Larry Miles, 3 Minutes. |
| • Hamstring Muscle | Time Elapsed: 4 Minutes, Technique: Active, Body Position: Supine, Hold.: 10 Seconds, Charge As: Therapeutic Exercise, Performed by: Larry Miles, 4 Minutes. |
| **Exercise Activities: Dynamic Training: C-K-C Activity:** | |
| • Shuttle:Bilateral Squat | Time Elapsed: 3 Minutes, Repetitions: timed, Resistance: 3 Cords, Platform: Stable, Charge As: Therapeutic Activities, Performed by: Larry Miles, 3 Minutes. |
| • Step Ups: Forward(added 6/26/2020) | Time Elapsed: 4 Minutes, Repetitions: 10, Sets: 2, Charge As: Therapeutic Activities, Performed by: Larry Miles, 4 Minutes. |
| • Closed Kinetic Chain 1 | Time Elapsed: 10 Minutes, Additional Detail: rock back and forth to increase ROM, Description: bilat LE dynamic AROM, Charge As: Therapeutic Activities, Performed by: Larry Miles, 10 Minutes. |
| **Exercise Activities: Tubing/Bands:** | |
| • Terminal Knee Extensions(increased reps 6/26/2020) | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Tubing/Band Color: green, Charge As: Therapeutic Exercise, Performed by: Larry Miles, 3 Minutes. |
| **Exercise Activities: Isotonics:** | |
| • Heel Raises.(added 6/26/2020) | Time Elapsed: 3 Minutes, Weight - Pounds: Body Weight Pounds, Repetitions: 10, Sets: 3, Charge As: Therapeutic Activities, Performed by: Larry Miles, 3 Minutes. |
| • Knee Extension, Full Arc.(increased reps 6/24/2020) | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Charge As: Therapeutic Exercise, Performed by: Larry Miles, 3 Minutes. |
| • Straight Leg Raises - Flexion | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 2, Position: Supine, Charge As: Therapeutic Exercise, Performed by: Larry Miles, 3 Minutes. |
| • Straight Leg Raises-Abduction | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 2, Position: Sidelying, Charge As: Therapeutic Exercise, Performed by: Larry Miles, 3 Minutes. |

**Therapy Session Time**
- Total Therapy Session Time 80 Minutes

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Electrical Stimulation (unattended) | 97014 | 1 | n/a |
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Neuromuscular Reeducation | 97112 | 1 | 10 |
| • Therapeutic Activities | 97530 | 2 | 20 |
| • Therapeutic Procedure | 97110 | 2 | 25 |
| • Vasopneumatic Devices | 97016 | 1 | n/a |

# Assessment

**Treatment Emphasis to focus on:**
- Pain relief. Range of Motion/Mobility Improvements. Muscle Function Improvements. Enhanced Dynamic Stability. Strengthen Disuse Components.
- ADL's. Functional Activities.

**Patient continues to progress as able with all PT efforts and goals improving strength and dynamic balance with good response to cues to perform exercises correctly and to avoid compensation noting improvement with ROM after stretching.**

## Plan

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

Beth Moore, PT(AL Lic: PTH5265)
Signed on Jul 06, 2020 18:59:49

Electronically authenticated.

Larry Miles, PTA(AL Lic: PTA4663)
Signed on Jul 06, 2020 11:47:36

Encore Rehab of Haleyville
42465 Highway 195
Haleyville, AL, USA, 35565
Phone: (205) 486-2753, Fax: (205) 486-2109

| | | | |
|---|---|---|---|
| Acct #: | 131222HL | | |
| Patient: | John W. Lynn | | |
| DOB: | | Visit Date: | Jul 08, 2020 |
| Physician: | David Griffin MD | Phys Phone: | (256) 539-2728 |
| Phys Fax: | (256) 539-2666 | SSN: | |
| Physician: | Not specified | Inj. Date: | |
| Clinician: | Larry Miles | Surg. Date: | May 03, 2020 |
| FSC: | BCBS | Visits: | 7 |
| Case Mgr: | | Cxl/Ns: | 0 |
| Payor: | | Employer: | Southern Energy Homes |
| Pol/Claim#: | SEH834744587 | Insured: | |

# Daily Note

## Diagnoses

| | | |
|---|---|---|
| Right Knee | M25.561 | Pain in right knee |
| | S72.351D | Displaced comminuted fracture of shaft of right femur, subsequent encounter for closed fracture with routine healing |
| | M62.81 | Muscle weakness (generalized) |
| | R60.0 | Localized edema |
| | M25.661 | Stiffness of right knee, not elsewhere classified |

## General Information

**Initial Evaluation:**
- Date 06/19/2020

**Treatment Guidelines:**
- Evaluate and Treat — Additional Detail: As per Rx, Duration: 3wk4
- Physician ReCheck — Date: 7/15/20

**Occupation:**
- Tru Homes- electrical

**Disease/Disorder/Condition:**
- PMHx: elbow infection, MRSA
  PSHx: elbow x 2

**Summary List:**
- Pt is a 48 yo WM s/p accidental gunshot wound to right femur. Pt is s/p surgery and received HH PT for a couple of weeks. Pt is beginning to use cane at home but still uses RW most of the time. Eager to return to work.

**Surgery:**
- ORIF to repair distal comminuted fracture of femur

**Mod complexity (see assessment)**

## Subjective Examination

**Chief Complaint: Pain: Severity:**
- Current 5/10
- At Worst 5/10

**Mechanism of Injury: Primary Episode: Date of Injury:**
- Date 05/03/2020

**Mechanism of Injury:**
- Primary Episode: Traumatic: accidental gun shot wound

**ADL / Functional Status: Current Status: ADL/ IADL: Activities:**
- Climbing — step to pattern
- Squatting — 1/4
- Standing — To 11-20 Minutes
- Walking — To 0-10 Minutes

**Questionnaires: H-L: Lower Extremity Functional Scale (LEFS): Scoring:**

| | |
|---|---|
| • Date: | 06/19/2020 |
| • Assessment | Initial |
| • Percent of Maximal Function | 21.00% |

**Daily Comments:**

- Patient states "I am doing alright, it's still pretty sore and stiff at times."

## Objective Examination

| | | |
|---|---|---|
| **Range of Motion: Knee: Pre-Treatment:** | **Right AROM** | **Right PROM** |
| • Extension | 0 | 0 |
| • Flexion | 92 | 98 |

| | |
|---|---|
| **Muscle Testing: Lower Extremity MMT:** | **Right** |
| • Hip Abduction: | 3/5 |
| • Hip Flexion | +4/5 |
| • Knee Extension | -3/5 |
| • Knee Flexion | -3/5 |

**Gait/Locomotion:**

• Amb with RW and antalgic gt with decreased knee flexion and ext noted.

| | |
|---|---|
| **Palpation: Bony Structures: Tenderness:** | **Right** |
| • Medial Joint Line | 2=Pain with wincing |
| **Palpation: Musculature: Tenderness:** | **Right** |
| • Quadriceps | 2=Pain with wincing |
| **Flexibility:** | **Right** |
| • Hamstrings | Moderate Restriction |
| • Rectus Femoris | Moderate Restriction |
| • Gastrocnemius | Moderate Restriction |

**Observations:**

• Swelling: Mod edema right knee

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Good |
| • Right Leg, Eyes Open, Firm | Unable to Perform |

## Treatments

**Modalities:**

| | |
|---|---|
| • Electric Stim, Unattended | Time Elapsed: 15 Minutes, Location: right knee, Performed With: Vasopneumatic Device, Mode: Continuous, Type: Interferential, Clinical Use: Post Activity, Charge As: E-Stim, Unattended, Performed by: Larry Miles, 15 Minutes. |
| • Vasopneumatic Compression | Time Elapsed: 15 Minutes, Performed With: E-Stim, MM/Hg: 20, Clinical Use: Post Activity, Skin Integrity, Post: Intact, Charge As: Vasopneumatic Devices, Performed by: Larry Miles, 15 Minutes. |

**Manual Interventions: Soft Tissue:**

| | |
|---|---|
| • Soft Tissue Mobilization I | Time Elapsed: 10 Minutes, Tx Depth: Moderate, Side: Right, Technique: Myofascial Release, Direction: Multidirectional, Additional Detail: PROM flexion and ext, Description: STM right knee and LE to decrease pain and scar tissue, Charge As: Manual Therapy Techniques, Performed by: Larry Miles, 10 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • Heel Slides(increased reps 6/25/2020) | Time Elapsed: 3 Minutes, Repetitions: 25, Type: Active-Assisted, Charge As: Therapeutic Exercise, Performed by: Larry Miles, 3 Minutes. |
| • Prone Hanging(This visit) | Did Not Perform: This visit |

**Exercise Activities: Isometrics:**



PAGE 21/23 * RCVD AT 7/21/2020 5:41:02 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/3 * DNIS:6033712683 * CSID: * ANI:12054893722 * DURATION (mm-ss):06-40

| | |
|---|---|
| • Adduction Hip(added 6/24/2020) | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 2, Hold.: 5 Seconds, Position: Sidelying, Charge As: Therapeutic Exercise, Performed by: Larry Miles, 3 Minutes. |
| • Quad Sets | Time Elapsed: 10 Minutes, Hold.: 10/10 Seconds, Intensity: Muscle Recruitment, FES/Biofeedback Assisted: Russian, Charge As: Neuromuscular Reeducation, Performed by: Larry Miles, 10 Minutes. |
| **Exercise Activities: Flexibility:** | |
| • Gastrocnemius Slantboard | Time Elapsed: 3 Minutes, Repetitions: 5, Subtalar Position: Neutral, Body Position: Toes Forward, Hold.: 20 Seconds, Charge As: Therapeutic Exercise, Performed by: Larry Miles, 3 Minutes. |
| • Hamstring Muscle | Time Elapsed: 4 Minutes, Technique: Active, Body Position: Supine, Hold.: 10 Seconds, Charge As: Therapeutic Exercise, Performed by: Larry Miles, 4 Minutes. |
| **Exercise Activities: Dynamic Training: C-K-C Activity:** | |
| • Shuttle:Bilateral Squat | Time Elapsed: 3 Minutes, Repetitions: timed, Resistance: 3 Cords, Platform: Stable, Charge As: Therapeutic Activities, Performed by: Larry Miles, 3 Minutes. |
| • Step Ups: Forward(added 6/26/2020) | Time Elapsed: 4 Minutes, Repetitions: 10, Sets: 2, Charge As: Therapeutic Activities, Performed by: Larry Miles, 4 Minutes. |
| • Closed Kinetic Chain 1 | Time Elapsed: 10 Minutes, Additional Detail: rock back and forth to increase ROM, Description: bilat LE dynamic AROM, Charge As: Therapeutic Activities, Performed by: Larry Miles, 10 Minutes. |
| **Exercise Activities: Tubing/Bands:** | |
| • Terminal Knee Extensions(increased reps 6/26/2020) | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Tubing/Band Color: green, Charge As: Therapeutic Exercise, Performed by: Larry Miles, 3 Minutes. |
| **Exercise Activities: Isotonics:** | |
| • Heel Raises.(added 6/26/2020) | Time Elapsed: 3 Minutes, Weight - Pounds: Body Weight Pounds, Repetitions: 10, Sets: 3, Charge As: Therapeutic Activities, Performed by: Larry Miles, 3 Minutes. |
| • Knee Extension, Full Arc.(increased reps 6/24/2020) | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Charge As: Therapeutic Exercise, Performed by: Larry Miles, 3 Minutes. |
| • Straight Leg Raises - Flexion | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 2, Position: Supine, Charge As: Therapeutic Exercise, Performed by: Larry Miles, 3 Minutes. |
| • Straight Leg Raises-Abduction | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 2, Position: Sidelying, Charge As: Therapeutic Exercise, Performed by: Larry Miles, 3 Minutes. |

**Therapy Session Time**

• Total Therapy Session Time 80 Minutes

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Electrical Stimulation (unattended) | 97014 | 1 | n/a |
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Neuromuscular Reeducation | 97112 | 1 | 10 |
| • Therapeutic Activities | 97530 | 2 | 20 |
| • Therapeutic Procedure | 97110 | 2 | 25 |
| • Vasopneumatic Devices | 97016 | 1 | n/a |

## Assessment

**Patient continues to progress as able with all PT efforts and goals making slight progress with improving ROM and continuing to perform strengthening exercises allowing rest breaks as needed noting increased pain at end range. Good response to cues to avoid compensation.**

Acct #: 131222HL
Patient: **John W. Lynn**
Visit Date: **Jul 08, 2020**

**Treatment Emphasis to focus on:**

- Pain relief. Muscle Function Improvements. Range of Motion/Mobility Improvements. Enhanced Dynamic Stability. Strengthen Disuse Components.
- ADL's. Functional Activities.

# Plan

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

<Not signed off>

ReleasePoint

**Medical Record Overview**

**Date:** **December 23, 2020**

**Patient Name:** LYNN, JOHN

**Records From:** The Orthopaedic Center
8415 Wann Dr
Madison, AL 35758
(256) 704-1210

**RP ID:** 7304234

**Client ID:** 10295792

**Source:** L-CLTLTD

**Request Scope:** From August 1, 2020 to Present

**Req By:** C Harris
05-291250

**Chart Range:** 08/12/2020 - 11/04/2020

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Aug 12 2020 | Nov 4 2020 | 18 | 2 |
| Request Correspondence | | | 3 | 20 |
| | | **Total Page Count:** | 21 | |

**Notes From QC:**

TOC The Orthopaedic Center
Highly Skilled Specialists...World-Class Care

| | |
|---|---|
| **Patient Name :** LYNN, JOHN | **Date of Service:** 11/04/20 |
| **DOB:** | **Chart#:** 836782 |

## HISTORY OF PRESENT ILLNESS

DOB

HISTORY OF PRESENT ILLNESS: Mr. Lynn returns today for followup of his right femur. He is approaching 2 to 3 months status post a manipulation under anesthesia. He presents today ambulatory with a cane and states that he has made some progress, but continues to require a cane to ambulate and continues to have pain in his distal thigh that is intermittent in nature. He is using the bone stim on a daily basis. He is not currently on any formal physical therapy, but states he has a gym membership and has been attempting to work out at the gym.

## REVIEW OF SYSTEMS

12 point ROS reviewed and are negative unless stated below

- CONSTITUTIONAL Complains Of: Weakness
- MUSCULOSKELETAL Complains Of: Joint Pain, Cramps, Limitation in Activity and Muscle Pain
- NEUROLOGICAL Complains Of: Numbness / Tingling

## PATIENT HISTORY

Have you, or have you ever, been under the care of a pain clinic? No
Have you received the FLU Vaccine within the past year? No
Have you received the PNEUMONIA Vaccine within the past year? No

PAST SURGICAL HISTORY

- reattached tendon on right elbow
- Appendectomy
- Received General Anesthesia:Yes
- Problems with General Anesthesia:Yes: No

PAST FAMILY HISTORY

- Liver Disease for father
- Osteoarthritis for mother
- Rheumatoid Arthritis for mother

PAST SOCIAL HISTORY

**Patient Name :** LYNN, JOHN **Date of Service:** 11/04/20
**DOB:** **Chart#:** 836782

## PATIENT HISTORY (Continued)

PAST SOCIAL HISTORY

- Occupation (Please Specify) Comment: ELECTRICAN
- TOBACCO USER: No
- ALCOHOL USE: No
- Marital Status Comment: Married
- Number of Children Comment: 2
- HAND DOMINANCE Comment: Right
- Currently Working: No

## PHYSICAL EXAM

PHYSICAL EXAMINATION: On physical exam, inspection of the patient's right lower extremity reveals all traumatic wounds and surgical incisional scars to be well healed without signs of infection. His thigh swelling is resolved. Range of motion in his knee is from approximately 5 degrees to 100 degrees, but passively, his knee motion is from 0 to approximately 110 degrees. He does complain of some knee pain with extremes of flexion. The patient does have a mildly positive Lachman test. He is able to maintain his knee in extension against gravity today. His quadriceps muscle remains quite weak, however. He is neurovascularly intact otherwise.

## IMAGING

X-RAYS: AP and lateral of the right femur reveal his comminuted femur fracture to be in satisfactory alignment, stabilized with the intramedullary nail. There is evidence of some reactive bridging callus about the fracture consistent with progressive healing, although I believe healing remains somewhat incomplete. His slight tibial tubercle avulsion from his knee manipulation appears to be consolidated and healed back down to the anterior aspect of the tibia. The tibial eminence, which also appeared to be partially avulsed with the manipulation, appears unchanged.

- 73502.RT - 2V HIP (AP/Frog) Right
- 73560.RT - 2V KNEE Right

## IMPRESSION

IMPRESSION:
Status post retrograde intramedullary nailing, right comminuted femur fracture secondary to a gunshot wound.
Arthrofibrosis, right knee, secondary to #1 status post knee manipulation.
Partial tibial tuberosity avulsion secondary to knee manipulation.

PLAN: I discussed the findings with the patient. I have told him his fractures appear to be healing satisfactorily, and his hardware remains intact. I would recommend he continue to advance activity levels as his symptoms allow. I believe he may be weightbearing as tolerated on the right lower extremity, and I have encouraged him

| | | | |
|---|---|---|---|
| **Patient Name :** | LYNN, JOHN | **Date of Service:** | 11/04/20 |
| **DOB:** | | **Chart#:** | 836782 |

## IMPRESSION(continued)

to work aggressively on a daily basis to regain further motion in the knee as well as to improve his strength in his quadriceps and hamstring musculature. I have once again gone over the importance of using the bone stim and avoidance of all nicotine products. I will plan to see the patient back in approximately 6 to 8 weeks for repeat x-rays and exam at that time. We have refilled his Percocet 7.5 mg tablets today, but I have once again told him he needs to be weaning off this medication completely and using it on a very sparing basis and preferentially use an antiinflammatory. I have also refilled his Flexeril medication today, and I have told him he may continue to use this p.r.n. t.i.d.

- - Allergies reviewed with patient.
- - Medications reviewed with patient.
- Problem 1: S72.351D Displ commnt fx shaft of r femr, routine followup was added.
- Problem 2: M24.661 Ankylosis, right knee was added.

ORDER

- Follow Up weeks 6-8

PROCEDURE

- 99213 - 99213 Est. Pt.-Exp Prob Focused DX-S72.351D|M24.661

PRESCRIBED TODAY

- Percocet 7.5mg
- Flexeril 10mg

## ALLERGIES

Cephalosporins (Ceftin / Cefzil / Keflex / Suprax)

## MEDICATIONS

- Adderall (Dextroamphetamine) #
- Flexeril (Cyclobenzaprine) #
- Flexeril tablet 10 mg (1.0 Not Specified) #60 1 PO Q TID
- Klonopin (Clonazepam) #
- Mobic (Meloxicam) #
- Nexium (Esomeprazole) #
- Percocet 10-325 mg #
- Percocet tablet 10-325 mg (1.0 Not Specified) #40 1 PO Q 12 HRS PRN SEVERE PAIN
- SUCRALFATE 1 GM TABLET #

**Patient Name :** LYNN, JOHN | **Date of Service:** 11/04/20
**DOB:** | **Chart#:** 836782

### VITALS

VITAL SIGNS
WT: 145 lbs HT: 5"6" inches BMI: 0.00 BP SYSTOLIC: BP DIASTOLIC:
VITAL SIGNS
SMOKER STATUS: Never smoker - SNOMED CT: 266919005 TOBACCO USER: No

### CC

PCP:
REF:

### SIGNATURE

DBG/lj

DAVID B GRIFFIN, MD
Created and electronically signed 11/4/2020 11:46:20 AM

**** End of Systemedx document # 25904727 ****

TOC The Orthopaedic Center
Highly Skilled Specialists...World-Class Care

**Patient Name :** LYNN, JOHN | **Date of Service:** 09/09/20
**DOB:** | **Chart#:** 836782

## HISTORY OF PRESENT ILLNESS

DOB:

HISTORY OF PRESENT ILLNESS: Mr. Lynn returns today for followup of his right comminuted distal femur fracture secondary to a gunshot wound. He is approaching 4 weeks status post a manipulation of his knee secondary to arthrofibrosis following this injury. At the time of the manipulation, he did develop a partial tibial tubercle avulsion, which was incomplete. We have been protecting this with gentle range of motion, 0 to approximately 90 degrees. The patient presents today ambulatory with a cane and states he is still having mainly discomfort in the knee but is also having some discomfort about his hip. He states the pain about the fracture site and the gunshot wound itself is minimal at this time. He denies fevers, chills, or constitutional symptoms.

## REVIEW OF SYSTEMS

## PHYSICAL EXAM

PHYSICAL EXAMINATION: Inspection of the patient's right lower extremity reveals minimal swelling and no clinical deformity. All incisional scars and gunshot wounds are healed. Range of motion in the knee today is from approximately 5 degrees with a very slight extensor lag down to approximately 90 degrees. His calf is nontender. He is neurovascularly intact. The patient complains of pain with independent movement in a rotational manner about the hip but has no pain with palpation or passive range of motion.

## IMAGING

X-RAYS: AP and lateral right femur today reveal his fracture to be well aligned and stabilized with a retrograde intramedullary nail. There has been no interval loss of position or fixation. There does appear to be early reactive callus formation about the fracture site. There is still evidence of a minimal avulsive fracture involving the tibial tubercle. This appears to be incomplete and minimally displaced. It also appears to be unchanged from previous radiographs.

- 73560.RT - 2V KNEE Right
- 73502.RT - 2V HIP (AP/Frog) Right

| | | | |
|---|---|---|---|
| **Patient Name :** | LYNN, JOHN | **Date of Service:** | 09/09/20 |
| **DOB:** | | **Chart#:** | 836782 |

## IMPRESSION

IMPRESSION:
Status post retrograde intramedullary nailing, right comminuted femur fracture secondary to gunshot wound, clinically healing.
Status post manipulation under anesthesia, right knee, for arthrofibrosis with partial tibial tubercle avulsion fracture.

PLAN: I discussed findings with the patient. I told him I believe that it will simply take time for the irritability in the knee to calm down from the manipulation, and I have recommended he work on a home exercise program with range of motion 0 to approximately 90 degrees but would not try to force the knee past 90 to prevent further disruption of the tibial tuberosity. At his request, we have refilled his Percocet and Flexeril, and I would like to see him back in approximately 4 weeks for repeat x-rays and exam at that time.

- - Allergies reviewed with patient.
- - Medications reviewed with patient.
- Problem 1: S72.351D Displ commnt fx shaft of r femr, routine followup was added.
- Problem 2: M24.661 Ankylosis, right knee was added.

PLAN

- Hold PT - HEP working on full extension and flexion to 90 degrees

ORDER

- Follow Up weeks 4

PROCEDURE

- 99024 - 99024 Post-Op DX-S72.351D|M24.661

PRESCRIBED TODAY

- Percocet 10mg #40
- Flexeril 10mg #40

## ALLERGIES

Cephalosporins (Ceftin / Cefzil / Keflex / Suprax)

## MEDICATIONS

- Flexeril tablet 10 mg (1.0 Not Specified) #60 1 PO Q TID
- Percocet tablet 10-325 mg (1.0 Not Specified) #60 1 PO Q 6-8 HRS PRN SEVERE PAIN

## VITALS

VITAL SIGNS

**Patient Name :** LYNN, JOHN **Date of Service:** 09/09/20
**DOB:** **Chart#:** 836782

**Vital Signs(continued)**

WT: lbs HT: inches BMI: 0.00 BP SYSTOLIC: BP DIASTOLIC:

VITAL SIGNS
SMOKER STATUS: TOBACCO USER:

**CC:**

PCP:
REF:

**SIGNATURE**

DBG/an

DAVID B GRIFFIN, MD
Created and electronically signed 9/9/2020 3:31:16 PM

**** End of Systemedx document # 25497493 ****

The Orthopaedic Center
Highly Skilled Specialists...World-Class Care

**Patient Name :** LYNN, JOHN **Date of Service:** 08/28/20
**DOB:** **Chart#:** 836782

## HISTORY OF PRESENT ILLNESS

DOB:

HISTORY OF PRESENT ILLNESS: Mr. Lynn is a 48-year-old gentleman who comes in to the office today status post manipulation of the right knee under anesthesia. Surgery was done by Dr. David Griffin on August 14, 2020. The patient comes in to the office today independently ambulatory with a cane. He does have an altered gait pattern, favoring the right side. The patient states he has been attending physical therapy at Encore in Haleyville. He states that while his motion has improved, he is exquisitely tender on the distal portion of the right knee. He states that he feels that pain is inhibiting his ability to fully flex the knee.

## REVIEW OF SYSTEMS

## PHYSICAL EXAM

PHYSICAL EXAMINATION: The patient has no incision line, but his surgical scars are well healed. Abnormal gait pattern, favoring the right lower extremity. He has full extension and roughly 90 degrees of flexion to the knee, exquisitely tender to palpation over the tibial tubercle. The knee is stable through range of motion testing. Compartments of the upper and lower leg are soft. Neurovascularly intact distally with brisk cap refill.

## IMAGING

X-RAYS: X-rays taken in office today do show the patient's IM nail to be well aligned. He does have ballistic fragments present within the thigh, fixation at the distal portion of the nail, and the knee is intact. On closer look of x-rays of the patient's right knee, he does appear to have an avulsion of the tibial tubercle. It is not displaced at this time. In comparing this x-ray with the x-rays prior to manipulation, it appears that this is a new injury.

- 73560.RT - 2V KNEE Right

## IMPRESSION

IMPRESSION:
Status post manipulation under anesthesia of the right knee for arthrofibrosis.
Tibial tubercle avulsion fracture.

**Patient Name :** LYNN, JOHN **Date of Service:** 08/28/20
**DOB:** **Chart#:** 836782

## IMPRESSION(continued)

PLAN: We are in-between a rock and a hard place on this patient. He had a manipulation to work to improve the motion of the knee; however, he has developed this avulsion fracture. If we push the motion too far, this could let loose and cause his extensor mechanism to let loose. In light of this, we have encouraged him to work from 0 to 90 degrees only and to avoid aggressive physical therapy at this time. We will note that on the change of this order. I would like to see him back in office in 2 weeks for repeat x-rays. The patient had no other questions or concerns in office today, and again, when he returns to office, he will need 2 views of the right knee.

- - Allergies reviewed with patient.
- - Medications reviewed with patient.
- Problem 1: S72.351D Displ commnt fx shaft of r femr, routine followup was added.
- Problem 2: M24.661 Ankylosis, right knee was added.

ORDER

- PT / WB STATUS: wbat rom 0-90 degrees
- Follow Up weeks 2

PROCEDURE

- 99024 - 99024 Post-Op DX-S72.351D|M24.661

## ALLERGIES

Cephalosporins (Ceftin / Cefzil / Keflex / Suprax)

## MEDICATIONS

- Flexeril tablet 10 mg (1.0 Not Specified) #60 1 PO Q TID
- Percocet tablet 10-325 mg (1.0 Not Specified) #60 1 PO Q 6-8 HRS PRN SEVERE PAIN

## VITALS

VITAL SIGNS
WT: lbs HT: inches BMI: 0.00 BP SYSTOLIC: BP DIASTOLIC:
VITAL SIGNS
SMOKER STATUS: TOBACCO USER:

## CC:

PCP:
REF:

| | | | |
|---|---|---|---|
| **Patient Name :** | LYNN, JOHN | **Date of Service:** | 08/28/20 |
| **DOB:** | | **Chart#:** | 836782 |

**SIGNATURE**

CT/vk

**Appended Note (9/2/2020 10:09:28 AM) by VRC\JMATOS**
Note needs signature for records release
**Appended Note (9/22/2020 4:02:35 PM) by KAREN WHITELEY**
Note signed

CANDACE WEBB TAYLOR, NP
Created and electronically signed 9/9/2020 8:06:13 PM

**** End of Systemedx document # 25431678 ****

Encore
REHABILITATION, INC.
Encore Rehab of Haleyville
Phone: (205) 486-2753
Fax: (205) 486-2109

Acct #: 131222HL
Patient: **John W. Lynn**
DOB:
Physician: David Griffin MD
Phys Fax: (256) 539-2666
Physician: Not specified
Clinician: Beth Moore
FSC: BCBS
Case Mgr:
Payor: BCBS
Pol/Claim#: SEH834744587

Note Date: **Aug 26, 2020**
Phys Phone: (256) 539-2728
SSN:
Inj. Date:
Surg. Date:
Visits: 4
Cxl/Ns: 0
Employer: Southern Energy Homes
Insured:

# Progress Note

## Diagnoses

| | | |
|---|---|---|
| Right Knee | M25.561 | Pain in right knee |
| | Z98.890 | Other specified postprocedural states |
| | M62.81 | Muscle weakness (generalized) |
| | M25.661 | Stiffness of right knee, not elsewhere classified |

## General Information

**History of Injury:**
- Patient initially underwent surgery in right LE due to accidental gunshot to right femur. He underwent right knee manipulation on 8/17/2020

**Reason for Referral:**
- Eval and Treat. Right knee manipulation. 3x/week for 4 weeks.

**Summary List:**
- PMH: MRSA, elbow surgery x 2, Previous right knee surgery due to gunshot wound

**Occupation:**
- Tru Homes - Electrical

**Treatment Guidelines:**
- Physician ReCheck Date: 2 weeks

**Chronological Age: Years:**
- Year(s) Old 48.0

**Mod complexity with multiple comorbidities affecting POC including right knee surgery from gunshot wound.**

## Subjective Examination

| Questionnaires: H-L: Knee Outcome Survey (KOS): Scoring: | Initial Aug 17, 2020 | Current Aug 26, 2020 |
|---|---|---|
| Date | 08/17/2020 | 08/17/2020 |
| Assessment | Initial | Initial |
| Total Score | 7.00 | 7.00 |

a. Measured On Aug 17, 2020

**Chief Complaint:**
- Severity at Worst: 7/10. (Updated 8/26/2020). Severity: Current: 5/10. (Updated 8/26/2020).

**ADL / Functional Status:**
- Current Status: Basic care: Minimal assistance required.

| ADL / Functional Status: Current Status: ADL/ IADL: Activities: | Initial Aug 17, 2020 | Current Aug 26, 2020 |
|---|---|---|
| Climbing | stairs: unable | stairs: unable |
| Housework- Light | Unable to Perform | Unable to Perform |
| Squatting | Unable to Perform | Unable to Perform |
| Standing | To 0-10 Minutes | To 0-10 Minutes |
| Walking | To 0-10 Minutes | To 0-10 Minutes |

Acct #. 131222RL
Patient: John W. Lynn

Note Date: Aug 26, 2020

# Objective Examination

**Range of Motion: Knee: Pre-Treatment:**

| | Initial Aug 17, 2020 L. Act. | L. Pas. | R. Act. | Pas. | Current Aug 26, 2020 L. Act. | L. Pas. | R. Act. | Pas. | Change L. Act. | Pas. | R. Act. | Pas. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| • Extension | | | -8 | -5 | a | a | -6 | -3 | | | 2 | 2 |
| • Flexion | | | 84 | 90 | a | a | 92 | 98 | | | 8 | 8 |

a Measured On Aug 17, 2020

**Muscle Testing: Lower Extremity MMT:**

| | Initial Aug 17, 2020 Left | Right | Current Aug 26, 2020 Left | Right | Change Left | Right |
|---|---|---|---|---|---|---|
| • Hip Abduction | | +3/5 | a | +3/5 | | |
| • Hip Adduction | | +3/5 | a | +3/5 | | |
| • Hip Flexion | | +3/5 | a | +3/5 | | |
| • Knee Extension | | -2/5 | a | +2/5 | | Inc'd |
| • Knee Flexion | | -3/5 | a | -3/5 | | |

a Measured On Aug 17, 2020

**Palpation: Musculature: Tenderness:**

| | Initial Aug 17, 2020 Left | Right | Current Aug 26, 2020 Left | Right |
|---|---|---|---|---|
| • Quadriceps | | 1=Complaint of pain | a | 1=Complaint of pain |

a Measured On Aug 17, 2020

**Palpation: Bony Structures: Tenderness:**

| | Initial Aug 17, 2020 Left | Right | Current Aug 26, 2020 Left | Right |
|---|---|---|---|---|
| • Tibial Plateau | | 2=Pain with wincing | a | 3=Wincing and withdrawal |

a Measured On Aug 17, 2020

**Flexibility:**

| | Initial Aug 17, 2020 Left | Right | Current Aug 26, 2020 Left | Right |
|---|---|---|---|---|
| • Hamstrings | | Moderate Restriction | a | Moderate Restriction |
| • Rectus Femoris | | Mild Restriction | a | Mild Restriction |

a Measured On Aug 17, 2020

### Gait/Locomotion:

- Abnormal gait pattern with decreased stance time on right with decreased knee flexion and heel strike with use of straight cane.

# Assessment

**Treatment Emphasis to focus on:**

- Pain relief. Range of Motion/Mobility Improvements. Muscle Function Improvements. Enhanced Dynamic Stability. Strengthen Disuse Components.
- ADL's. Functional Activities.

**Patient continues to progress as able with all PT efforts and goals improving strength and flexibility with good response to cues to perform exercises correctly and to continue improving strength and ROM. Patient motivated to progress as able and returns to M.D. for follow up on Friday 8/28/2020.**

# Plan

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Acct #: 131222HL
Patient: John W. Lynn

Note Date: Aug 26, 2020

**Therapy Referral**

I have read the above report and request that my patient:
- ☐ Continue with treatment program as indicated above.
- ☐ Continue treatment program for ___ days/week for ___ weeks.
- ☐ Revise treatment program as indicated: ______
- ☐ Progress to a home exercise program.
- ☐ Be discharged.
- ☐ Other: ______

Electronically authenticated.

Beth Moore, PT(AL Lic: PTH5265)
Signed on Aug 26, 2020 20:20:48

**Please sign and return**

**Physician/NPP Signature** **Date**

**Print Name and Credentials**

**Patient:** John W. Lynn
**DOB:**
**Facility Fax:** (205) 486-2109

REHABILITATION, INC.
Encore Rehab of Haleyville
Phone: (205) 486-2753
Fax: (205) 486-2109

Acct #: 131222RL
Patient: **John W. Lynn**
DOB:
Physician: David Griffin MD
Phys Fax: (256) 539-2666
Physician: Not specified
Clinician: Elisabeth A. Crisp
FSC: BCBS
Case Mgr:
Payor: BCBS
Pol/Claim#: SEH834744587

Visit Date: Aug 17, 2020
Phys Phone: (256) 539-2728
SSN:
Inj. Date:
Surg. Date:
Visits: 1
Cxl/Ns: 0
Employer: Southern Energy Homes
Insured:

# Plan of Care

## Diagnoses

| | | |
|---|---|---|
| Right Knee | M25.561 | Pain in right knee |
| | Z98.890 | Other specified postprocedural states |
| | M62.81 | Muscle weakness (generalized) |
| | M25.661 | Stiffness of right knee, not elsewhere classified |

## Assessment

**In my professional opinion, this client requires skilled physical therapy in conjunction with a home exercise program to address the problems and achieve the goals outlined below. Overall rehabilitation potential is good. The expected length of this episode of skilled therapy services required to address the patient's condition is estimated to be 4 weeks. The patient has been educated regarding their diagnosis, prognosis and related pathology. The patient exhibits good understanding and performance of the therapeutic activity/instructions outlined during this skilled rehabilitation session.**

**Impairments Identified:**

- ADL Function. ADL's. Ambulation. Balance. Flexibility. Functional Activities. Gait/Locomotion. Joint Integrity/Mobility. Muscle Performance. Pain. Range of Motion. Soft Tissue Mobility. Stiffness. Strength.

**Presentation:**

- Patient presents to clinic with reports of right knee pain s/p manipulation on 8/14/2020. Difficulty performing ADLs, prolonged walking and standing, squatting activities, household activities, and stair negotiation. Demonstrates limitations in ROM, strength, muscle activation, flexibility, and increased pain. He will benefit from skilled PT to improve overall ROM, strength, stability, flexibility, normalize gait pattern, and decrease pain to aid with ADL performance, prolonged walking and standing, squatting, and returning to prior level of function. Mod complexity with multiple comorbidities including surgery due to gunshot wound, MRSA, right elbow surgery.

**Recommendations:**

- Decrease Pain. Improve Balance. Improve Function. Increase Range of Motion. Increase Strength. Return to Premorbid State.

**Treatment Emphasis to focus on:**

- Pain relief. Range of Motion/Mobility Improvements. Muscle Function Improvements. Proprioception/Balance Improvements. Enhanced Dynamic Stability. Strengthen Disuse Components. Education. Normalize Tone.
- ADL's. Functional Activities.

## Problems & Goals

*Problem #1*

**Questionnaires: H-L: Knee Outcome Survey (KOS): Scoring.**

| | |
|---|---|
| • Assessment | Initial |
| • Date: | 08/17/2020 |
| • Total Score. | 7.00 |

*LTG Achieve by Sep 14, 2020.*

**Questionnaire Improvements: H-L: Knee Outcome Survey (KOS): Scoring:**

| | |
|---|---|
| • Assessment | Discharge |
| • Total Score. | 85.00 |

*Problem #2*

**Chief Complaint: Pain: Severity at Worst: 7/10.**

Acct #: 131222HL
Patient: John W. Lynn

Visit Date: Aug 17, 2020

• Tibial Plateau 2=Pain with wincing

*LTG Achieve by Sep 14, 2020.*

**Palpable Improvements:**

• Tenderness Decreasing to: 0=No tenderness noted.

*Problem #8*

**Flexibility.** **Right**

• Hamstrings Moderate Restriction

• Rectus Femoris Mild Restriction

*LTG Achieve by Sep 14, 2020.*

**Musculoskeletal Improvements In: Soft Tissue Flexibility to:** **Left**

• Hamstrings Slight Restriction

• Rectus Femoris Slight Restriction

*Problem #9*

**Gait/Locomotion: Abnormal gait pattern with decreased stance time on right with decreased knee flexion and heel strike with use of straight cane.**

*LTG Achieve by Sep 14, 2020*

**Improve Gait/Weight Bearing:**

• To Normal/Unassisted Levels.

# Plan

**The goals and plan were discussed with the patient and/or family and they concur. The patient and/or family were instructed to call therapist regarding problems or questions. The patient was instructed in the independent performance of a home exercise program that addresses the problems and achieving the goals outlined in the plan of care.**

**Amount, Frequency and Duration:**

• Frequency and Duration: It is recommended that the client attend rehabilitative therapy for 3 visits a week with an expected duration of 4 weeks. Interventions during the course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.

**Therapeutic Contents:**

• Active Assistive Range of Motion Activities. Active Range of Motion Activities. Client Education. Gait Training. Home Exercise Program. Joint Mobilization Techniques. Manual Therapy Techniques. Modalities: As Needed. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

Electronically authenticated.

Elisabeth A. Crisp, PT(AL Lic: PTH6744)
Signed on Aug 17, 2020 17:16:52

## Please Sign and Return

I have reviewed this Plan of Care and certify that the skilled therapy services identified are required to meet the patient's need. Comments and/or revisions to this Plan of Care are noted below.

**Comments/Revisions**

**Physician/NPP Signature** **Date** **Print Name and Credentials**

**Patient: John W. Lynn**

**DOB:** **Dec 20, 1971**

**Facility Fax:** **(205) 486-2109**

End of Document – intentionally left blank

The Orthopaedic Center
Highly Skilled Specialists...World-Class Care

| | | | |
|---|---|---|---|
| **Patient Name :** | LYNN, JOHN | **Date of Service:** | 08/12/20 |
| **DOB:** | | **Chart#:** | 836782 |

## HISTORY OF PRESENT ILLNESS

DOB

HISTORY OF PRESENT ILLNESS: John Lynn is a 48-year-old Caucasian male who presents today to the clinic for a followup evaluation of his right femur. We were bringing the patient back today to see if he is going to need a bone graft and exchange nailing. However, we decided to go against that, but we are going to take the patient Friday for a knee manipulation.

## REVIEW OF SYSTEMS

## PHYSICAL EXAM

PHYSICAL EXAMINATION: Examination of the right knee reveals the patient has a hard stop at about 85 degrees. The patient denies any pain at the fracture site. The patient comes in ambulatory with an antalgic gait using a cane. The remainder of the extremity exam is unremarkable.
NEUROVASCULAR: Positive pulses. Positive sensation. Neurovascularly intact.

## IMAGING

X-RAYS: X-rays show that some callus can be seen on the x-rays, but healing is still indeterminate of the femur. Overall, the knee joint still looks okay.

- 73552.RT - 2V FEMUR Right

## IMPRESSION

PLAN: We are going to schedule the patient for a knee manipulation on Friday, and he understands that he needs to be working on therapy daily for the next 2 to 3 weeks, and we will see him back in 2 to 3 weeks. All of the patient's questions were answered in the office.

Kyle Claborn, CRNP
This patient was seen in conjunction with Dr. Griffin

| **Patient Name :** LYNN, JOHN | **Date of Service:** 08/12/20 |
|---|---|
| **DOB:** | **Chart#:** 836782 |

## IMPRESSION(continued)

- - Allergies reviewed with patient.

## ALLERGIES

Cephalosporins (Ceftin / Cefzil / Keflex / Suprax)

## MEDICATIONS

- Flexeril tablet 10 mg (1.0 Not Specified) #30 1 PO TID
- Percocet tablet 7.5-325 mg (1.0 Not Specified) #60 1 PO Q 6-8 HRS PRN SEVERE PAIN

## VITALS

VITAL SIGNS
WT: lbs HT: inches BMI: BP SYSTOLIC: BP DIASTOLIC:
VITAL SIGNS
SMOKER STATUS: TOBACCO USER:

## CC:

PCP:
REF:

## SIGNATURE

DBG/lj



DAVID B GRIFFIN, MD
Created and electronically signed 8/14/2020 10:22:11 AM

**** End of Systemedx document # 25333688 ****

Request Corresponden



836782

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

**The Orthopaedic Center**
**8415 Wann Dr**
**ATTN: MEDICAL RECORDS**
**Madison, AL 35758**

Date: Dec 11, 2020

**Re: Long Term Disability Benefits**
Claim# 7304234 10295792
Claimant: LYNN, JOHN
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: YUASZJ

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From August 1, 2020 to Present**
**Please provide all medical records for the timeframe - Seen By:**
**The Orthopaedic Center**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Rona Sibal
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

7304234

RPID: 7304234

# FAX

**FROM**

Encore Rehab of Haleyville
Encore Rehab of Haleyville

**Phone** (205) 216-6554
**Fax Number** (205) 216-6554

**TO**

Dr. Griffin

**Phone**
**Fax Number** +1 (256) 5392666

**DATE** 08/27/2020

**NOTE**

Could you please sign and fax back to 205-486-2109?

Thank you
Shae Williams

# FAX

**FROM**

Encore Rehab of Haleyville
Encore Rehab of Haleyville

**Phone** (205) 216-6554
**Fax Number** (205) 216-6554

**TO**

Dr. David Griffin

**Phone**
**Fax Number** +1 (256) 5392666

**DATE** 08/17/2020

**NOTE**

Could you please sign and fax back to 205-486-2109?

Thank you
Shae Williams

CREATED AND ELECTRONICALLY SIGNED
SAMANTHA NAIL 8/20/2020 7:39:16 AM

# Quality Assurance Report

## Request Information

Report Date: December 23, 2020

**RP ID:** 7304234

Patient Name: LYNN, JOHN

Provider Name: THE ORTHOPAEDIC CENTER

## Quality Assurance Information

Scope Requested: **From August 1, 2020 to Present**

Special Request:

Please provide all medical records for the timeframe -
Seen By: The Orthopaedic Center

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: JDLIW

# VitalChart Invoice

Remit To:
VRC Companies, dba VitalChart
Attn: Dept. # 5853
P O Box 11407
Birmingham, AL 35246
(205) 319-2100 (p) (205) 319-2120 (f)
TaxID (82-0796154)
Credit Card Payments can be made at www.abtroiplus.com
(see logon instructions below)

Invoice Number
IN20210511122345264

Invoice Date
5/11/2021

Provider Acct No.
P4095-1
The Orthopaedic Center - 4095

**Bill To**
LINCOLN FINANCIAL GROUP
Michael Harris

PO Box 2578
Omaha, NE 68172
(800) 291-0112 (p) (603) 334-5995 (f)

Requestor Acct No.
R60488

Request Date
5/11/2021

Requestor PIN
4236

Request ID
req20210511122345264

Patient Name
Lynn,John

## All requested documents must be viewed at WWW.ABTROIPLUS.COM

You will need your Requestor Account Number and PIN for authorized access.

(Contact Vital Chart Representative at Imaging-Bhm@vitalscanllc.com or (205) 319-2100 for assistance.)

| Reference | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| CLAIM#:10295792 | | | | |
| Basic Charge | 1 | per Code of Alabama Sect. (12-21-6.1) | | $5.00 |
| Page Rates | | | | |
| Base Pages | 13 | Rate for 1st 25 pages @ $1.00 | $1.00 | $13.00 |
| Handling Charge | 1 | Electronic Repository Fee | $5.00 | $5.00 |
| Billing Reference | 1 | Billable | | |
| Please remit to above address. | | | | |

PAID

PAID

| | |
|---|---|
| Subtotal | $23.00 |
| Adjustment | - $0.00 |
| TOTAL | $23.00 |

| Phone # | Fax # | Email | Web Site |
|---|---|---|---|
| (205) 319-2100 | (205) 319-2120 | Imaging-Bhm@vitalscanllc.com | www.abtroiplus.com |

VitalChart
Health Information Management

# IMPORTANT NOTICE!

## Payment Terms & Conditions

Vital Chart is the Release of Information processing agent for this health care provider. Vital Chart diligently processes all of your requests for Patient records on a timely basis and, therefore, expects to be **paid upon receipt** of this invoice.

All credit card payments should be made through our Requestor web portal at www.ABTROIPLUS.com. Payment instructions can be found on the ROI Fulfillment Notification and the Vital Chart invoice. To access the Requestor portal, you will need the Requestor Account Number and PIN Number printed on the invoice. All invoices must be paid before the records can be released for you to access.

Non-payment **within 30 days** of the Invoice date will result in your account being placed on a "Credit Hold" to which all outstanding invoices must be paid before the hold can be removed.

Once a request has been received and processed we charge a $25 Cancellation Fee if the records are no longer required. To cancel a request please call the phone number listed on the Vital Chart invoice or send your request in writing to the email address also listed on the invoice.

NOTE: We do not fax or mail Patient records. Records should be accessed through a convenient and secure online, HIPAA compliant, Requestor portal www.ABTROIPLUS.com. Records are available online immediately upon the receipt of payment

VitalChart
ROI Customer Service

**Initial Payment Set up Worksheet**

| | | | |
|---|---|---|---|
| **Claimant's Name** | John Lynn | **DOB** | |
| **Customer** | Clayton Homes Inc | | |
| **LTD Claim #** | 10295792 | **Work State:** | AL |
| **Associated Claims** | 9834821 Type STD | | Type |
| **Benefit End date of associated claims** | 8/21/2020 | | |
| **Contractual EP** | Greater of the End of STD or 180 days | | |
| **LTD Benefit begin date** | 8/22/2020 | **DOD** 2/22/2020 | **AGE** 48 |
| **Max Benefit date** | 8/21/2022 | 24 Months | |
| **Does policy include COLA provision** | No | **Eligibility intended** | |

**Sources used to verify BME amount**

Salary screenshot in Doc list indicates Base rate $20.00 x 40 hpw x 52 wks / 12 mos = $3466.67 BME (ER confirm No Comm/Bonus paid)

| | | | |
|---|---|---|---|
| **BME amount** | $3,466.67 | **Benefit percentage** | 50.00 |
| | | **Gross modal benefit** | $1,733.34 |
| **Benefit Begin date** | 8/22/2020 | | |
| **Approved thru date** | 8/21/2022 | 24 months own occupation | |

**Offsets entered**

| Type | Amount |
|---|---|
| n/a | |

No CSS or Notes indicate other income; CCM refer if offset needed

**Deductions entered** **Effective:** ____ **Through** ____

| Type | Amount | Type | Amount |
|---|---|---|---|
| | | | |

**Tax Withholding** **Federal** ____ **State** ____

**Completed by:** **Jackie M** **Approved by:** ____

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Important Information

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: April 27, 2021
BNC#: 21T2222A47472-HA

0002098 00037589 1 MB 0.450 0420M1T2R7PN T148 P20
JOHN W LYNN
P O BOX 745
DOUBLE SPRINGS AL 35553-0745

We are writing to you about your Social Security benefits.

**What You Should Know**

Based on the information we have, we can pay benefits for November 2020 through March 2021.

In an earlier letter, we told you that you were entitled to Social Security but that we were holding back benefits for November 2020 through March 2021. We withheld $7,785.00 in Social Security benefits.

We did this because our records showed you could have been getting Supplemental Security Income (SSI) when we started paying you Social Security benefits. And Social Security benefits can lower the amount of SSI payments you can receive.

**What We Will Pay And When**

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $5,838.75 around May 5, 2021.
- This is the money you are due through March 2021.
- The increase applies only to past benefits. It does not affect your monthly payment of $1,561.00.
- You will receive $1,561.00 for April 2021 around May 19, 2021.
- After that you will receive $1,561.00 on or about the third Wednesday of each month.

C See Next Page

**If You Have Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-877-803-6323. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
1908 COMMERCE AVE NW
CULLMAN, AL 35055

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

*0202ZPSIE001714* 0002998

Robin Goode

Claim# 10295792

For John Lynn

# Social Security Administration
# **Retirement, Survivors and Disability Insurance**
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: April 19, 2021
BNC#: 21MS505F70349-HA

0000156 00025044 3 MB 0.450 0415M3MCS7PI T165 P18
JOHN W LYNN
P O BOX 745
DOUBLE SPRINGS, AL 35553-0745

You are entitled to monthly disability benefits beginning November 2020.

**The Date You Became Disabled**

We found that you became disabled under our rules on May 3, 2020.

The date we found you disabled is different from the date you gave us on the application.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is November 2020.

**What We Will Pay And When**

- You will receive $1,561.00 for April 2021 around May 19, 2021.
- After that you will receive $1,561.00 on or about the third Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- Later in this letter, we will show you how we figured these amounts.

Enclosure(s):
Pub 05-10153
Pub 70-10281

C See Next Page

*0302Z0U6WB0128 1* 0000156

The representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or the representative, we will assume you both agree with the amount of the fee shown.

**Information About Past-Due Benefits Withheld To Pay A Representative**

Based on the law, we must withhold part of past-due benefits to pay an appointed representative. We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee. We withheld $1,946.25 from your past-due benefits to pay the representative.

We are paying the representative from the benefits we withheld. Therefore, we must collect a service charge from him or her. The service charge is 6.3 percent of the fee amount we pay, but not more than $98, which is the most we can collect in each case under the law. We will subtract the service charge from the amount payable to the representative.

The representative cannot ask you to pay for the service charge. If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter. The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

**Other Social Security Benefits**

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

**Your Responsibilities**

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits, visit our website at www.socialsecurity.gov/work/. You may also call or visit any Social Security office to ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

*0303ZOTJW001281* 0000156

Please read the enclosed pamphlet, "Your Right to an Administrative Law Judge Hearing and Appeals Council Review of Your Social Security Case." It contains more information about the hearing.

**Things To Remember For The Future**

Doctors and other trained staff decided that you are disabled under our rules. But, this decision must be reviewed at least once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-877-803-6323. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
1908 COMMERCE AVE NW
CULLMAN AL 35055

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

## Your Benefits

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | | Benefit Amount | Reason |
|---|---|---|---|
| November | 2020 | $1,541.70 | Entitlement began |
| December | 2020 | $1,561.70 | Cost-of-living adjustment |

## Other Government Payments Affect Benefits

We are holding your Social Security benefits for November 2020 through March 2021. We may have to reduce these benefits if you received Supplemental Security Income (SSI) for this period. We will not reduce your past-due benefits if you did not get SSI benefits for those months.

However, we will withhold part of any past-due benefits to pay your representative. Later in this letter, we will tell you more about the money we are withholding to pay your representative. When we decide how much you are due for this period, we will send you another letter.

## Information About Representatives Fees

We have approved the fee agreement between you and your representative.

Your past-due benefits are $7,785.00 for November 2020 through March 2021. Under the fee agreement, the representative cannot charge you more than $1,946.25 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

## How To Ask Us To Review The Determination On The Fee Amount

You, the representative or the person who decided your case can ask us to review the amount of the fee we say the representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Social Security Administration
Office of Hearings Operations
Attorney Fee Branch
5107 Leesburg Pike
Falls Church, Virginia 22041-3255

- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

**Your Benefits May Be Taxed**

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

**Other Information**

We are sending a copy of this notice to ROBERT O BRYAN.

**Do You Disagree With The Decision?**

This action results from reconsideration of your claim and replaces our previous determination.

If you think we are wrong, you have the right to request a hearing. At the hearing, a person who has not seen your case before will look at it. That person is an Administrative Law Judge. In the rest of our letter, we will call this person an ALJ. The ALJ will review those parts of the decision which you believe are wrong. The ALJ will look at any new facts you have and correct any mistakes. The ALJ may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for a hearing.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for a hearing.
- You can file a hearing with any Social Security office. You must ask for a hearing in writing. Please use our "Request for Hearing" form, HA-501. You may go to our website at to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

# PAYMENT SUMMARY

**Why We Cannot Pay Past Benefits**

Here is how we figured your past benefits:

Benefits due for November 2020 through March 2021 including any cost of living increase, less monthly rounding of benefits ........................$ .00

Amount we must subtract because of

This equals ..............................................$ 00.00

**Your Regular Monthly Payment**

Here is how we figured your regular monthly payment effective April 2021:

You are entitled to a monthly benefit of ..................$ 1,561.70

Amount we subtracted because of

- rounding (we must round down to a whole dollar) ................................ .70

This equals the amount of your regular monthly payment ..............................$ 1,561.00

PAGE 7/7 * RCVD AT 7/6/2021 9:51:41 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/3 * DNIS:6035599441 * CSID: * ANI:12054893722 * DURATION (mm-ss):02-20

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
Group Protection Disability Claims
Refund/Recoveries PO Box 7213
London, KY 40742-7213
888-437-7611

## One Time Debit Payment Authorization Form

Sign and complete this form to authorize Lincoln Life Insurance Company of Boston to make a one-time debit to your account listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated date. This is permission for a single transaction only and does not provide authorization for any additional unrelated debits or credits to your account.

---

Please complete the information below:

Lincoln Life Assurance Co Disability Claim Number: ______________________

I (full name) authorize Lincoln Life Assurance Company of Boston to debit my account at the financial institution listed below for (amount) on or after (date) .

This authority will remain in effect until Lincoln Life Assurance Company of Boston is notified by me (us) in writing to cancel it in such time to afford Lincoln Life Assurance Company of Boston and the Financial Institution a reasonable opportunity to act on it.

Billing Address Phone#

City, State, Zip Email

Account Type: Checking Savings

Financial Institution Name

Financial Institution Address

Routing Number

Account Number

SIGNATURE ________________________________________ DATE ____________________

I authorize the above-named business to debit the account indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for one time use only. I certify that I am an authorized user of this account and that I will not dispute the payment with financial institution; so long as the transaction corresponds to the terms indicated in this form.

**Lincoln/Lynn 662**

# Calculation Worksheet

**Claimant Name: John Lynn** **Customer: CLAYTON HOMES, INC**

**Claim Number (s): 10295792**

| | |
|---|---|
| Overpayment Amount: | $ 9,899.45 |
| Underpayment Amount: | $0.00 |

| Originally Paid | | Should have Paid | |
|---|---|---|---|
| From Date | 10/22/2020 | From Date | 10/22/2020 |
| Thru Date | 6/21/2021 | Thru Date | 6/21/2021 |
| Total | $14,039.06 | Total | $2,193.36 |

* (-) indicates an underpayment

| Credit | |
|---|---|
| OP Recovered (To Date): | $0.00 |
| Attorney Fees: | $1,946.25 |
| Excess Fees | $0.00 |
| Total: | $1,946.25 |

**ORIGINALLY PAID**

| Claim # | Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10295792 | 102679638 | 10/22/2020 | 11/21/2020 | 11/16/2020 | $1,733.34 | $0.00 | $1,733.34 | $0.00 | $1,733.34 |
| 10295792 | 102892835 | 11/22/2020 | 12/21/2020 | 12/15/2020 | $1,733.34 | $0.00 | $1,733.34 | $0.00 | $1,733.34 |
| 10295792 | 103123537 | 12/22/2020 | 1/21/2021 | 1/15/2021 | $1,733.34 | $0.00 | $1,733.34 | $0.00 | $1,733.34 |
| 10295792 | 103334734 | 1/22/2021 | 2/21/2021 | 2/15/2021 | $1,733.34 | $0.00 | $1,733.34 | $0.00 | $1,733.34 |
| 10295792 | 103536215 | 2/22/2021 | 3/21/2021 | 3/15/2021 | $1,733.34 | $0.00 | $1,733.34 | $0.00 | $1,733.34 |
| 10295792 | 103764044 | 3/22/2021 | 4/21/2021 | 4/15/2021 | $1,733.34 | $0.00 | $1,733.34 | $0.00 | $1,733.34 |
| 10295792 | 103991850 | 4/22/2021 | 5/21/2021 | 5/17/2021 | $1,733.34 | $0.00 | $1,733.34 | $0.00 | $1,733.34 |
| 10295792 | 104214679 | 5/22/2021 | 6/21/2021 | 6/15/2021 | $1,733.34 | $0.00 | $1,733.34 | $0.00 | $1,733.34 |
| 10295792 | 104444098 | 6/22/2021 | 7/21/2021 | 7/15/2021 | $1,733.34 | $1,561.00 | $172.34 | $0.00 | $172.34 |
| | | | | | | Totals: | $14,039.06 | $0.00 | $14,039.06 |

**SHOULD HAVE PAID**

| Claim # | Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | SS Dependent Disability | Multiple Offsets | Adjusted Gross Amt | Taxes/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10295792 | 102679638 | 10/22/2020 | 11/21/2020 | 11/16/2020 | $1,733.34 | $1,078.70 | | | $654.64 | $0.00 | $654.64 | $0.00 |
| 10295792 | 102892835 | 11/22/2020 | 12/21/2020 | 12/15/2020 | $1,733.34 | $1,541.00 | | | $192.34 | $0.00 | $192.34 | $673.45 |
| 10295792 | 103123537 | 12/22/2020 | 1/21/2021 | 1/15/2021 | $1,733.34 | $1,541.00 | | | $192.34 | $0.00 | $192.34 | $1,541.00 |
| 10295792 | 103334734 | 1/22/2021 | 2/21/2021 | 2/15/2021 | $1,733.34 | $1,541.00 | | | $192.34 | $0.00 | $192.34 | $1,541.00 |
| 10295792 | 103536215 | 2/22/2021 | 3/21/2021 | 3/15/2021 | $1,733.34 | $1,541.00 | | | $192.34 | $0.00 | $192.34 | $1,541.00 |
| 10295792 | 103764044 | 3/22/2021 | 4/21/2021 | 4/15/2021 | $1,733.34 | $1,541.00 | | | $192.34 | $0.00 | $192.34 | $1,541.00 |
| 10295792 | 103991850 | 4/22/2021 | 5/21/2021 | 5/17/2021 | $1,733.34 | $1,541.00 | | | $192.34 | $0.00 | $192.34 | $1,541.00 |
| 10295792 | 104214679 | 5/22/2021 | 6/21/2021 | 6/15/2021 | $1,733.34 | $1,541.00 | | | $192.34 | $0.00 | $192.34 | $1,541.00 |
| 10295792 | 104444098 | 6/22/2021 | 7/21/2021 | 7/15/2021 | $1,733.34 | $1,541.00 | | | $192.34 | $0.00 | $192.34 | -$20.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | Totals: | $15,600.06 | $13,406.70 | $0.00 | $0.00 | $2,193.36 | $0.00 | $2,193.36 | $9,899.45 |

| Claim Number (s): 10295792 | | | | |
|---|---|---|---|---|
| **New Monthly Benefit** | | | | |
| Your Gross Benefit | | | | $1,733.34 |
| Less: Other Income | | | | $1,541.00 |
| | SS Primary | | $1,541.00 | |
| | SS Dependent | | $0.00 | |
| | Pension | | $0.00 | |
| | State Disability | | $0.00 | |
| | Workers Comp | | $0.00 | |
| | Total Other Income | | $1,541.00 | |
| Your Adjusted Gross | | | | $192.34 |
| Less: Taxes and Deductions | | | | $0.00 |
| **Your Net Benefit** | | | | **$192.34** |
| **Overpayment Calculation** | | | | |
| Originally Paid | *10/22/2020* | *through* | *6/21/2021* | $14,039.06 |
| Less: Should have Paid | *10/22/2020* | *through* | *6/21/2021* | $2,193.36 |
| Overpayment Due | | | | $11,845.70 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $1,946.25 |
| Less: Excess Fee | | | | $0.00 |
| **Amount Due** | | | | **$9,899.45** |

# Calculation Worksheet

**Claimant Name: John Lynn** — **Customer: CLAYTON HOMES, INC**

**Claim Number (s): 10295792**

| | |
|---|---|
| Overpayment Amount: | $ 10,073.45 |
| Underpayment Amount: | $0.00 |

| Originally Paid | | Should have Paid | |
|---|---|---|---|
| From Date | 10/22/2020 | From Date | 10/22/2020 |
| Thru Date | 6/21/2021 | Thru Date | 6/21/2021 |
| Total | $13,866.72 | Total | $1,847.02 |

* (-) indicates an underpayment

| Credit | |
|---|---|
| OP Recovered (To Date): | $0.00 |
| Attorney Fees: | $1,946.25 |
| Excess Fees | $0.00 |
| Total: | $1,946.25 |

**ORIGINALLY PAID**

| Claim # | Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10295792 | 102679638 | 10/22/2020 | 11/21/2020 | 11/16/2020 | $1,733.34 | $0.00 | $1,733.34 | $0.00 | $1,733.34 |
| 10295792 | 102892835 | 11/22/2020 | 12/21/2020 | 12/15/2020 | $1,733.34 | $0.00 | $1,733.34 | $0.00 | $1,733.34 |
| 10295792 | 103123537 | 12/22/2020 | 1/21/2021 | 1/15/2021 | $1,733.34 | $0.00 | $1,733.34 | $0.00 | $1,733.34 |
| 10295792 | 103334734 | 1/22/2021 | 2/21/2021 | 2/15/2021 | $1,733.34 | $0.00 | $1,733.34 | $0.00 | $1,733.34 |
| 10295792 | 103536215 | 2/22/2021 | 3/21/2021 | 3/15/2021 | $1,733.34 | $0.00 | $1,733.34 | $0.00 | $1,733.34 |
| 10295792 | 103764044 | 3/22/2021 | 4/21/2021 | 4/15/2021 | $1,733.34 | $0.00 | $1,733.34 | $0.00 | $1,733.34 |
| 10295792 | 103991850 | 4/22/2021 | 5/21/2021 | 5/17/2021 | $1,733.34 | $0.00 | $1,733.34 | $0.00 | $1,733.34 |
| 10295792 | 104214679 | 5/22/2021 | 6/21/2021 | 6/15/2021 | $1,733.34 | $0.00 | $1,733.34 | $0.00 | $1,733.34 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | Totals: | $13,866.72 | $0.00 | $13,866.72 |

**SHOULD HAVE PAID**

| Claim # | Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | SS Dependent Disability | Multiple Offsets | Adjusted Gross Amt | Taxes/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10295792 | 102679638 | 10/22/2020 | 11/21/2020 | 11/16/2020 | $1,733.34 | $1,092.70 | | | $640.64 | $0.00 | $640.64 | $0.00 |
| 10295792 | 102892835 | 11/22/2020 | 12/21/2020 | 12/15/2020 | $1,733.34 | $1,561.00 | | | $172.34 | $0.00 | $172.34 | $707.45 |
| 10295792 | 103123537 | 12/22/2020 | 1/21/2021 | 1/15/2021 | $1,733.34 | $1,561.00 | | | $172.34 | $0.00 | $172.34 | $1,561.00 |
| 10295792 | 103334734 | 1/22/2021 | 2/21/2021 | 2/15/2021 | $1,733.34 | $1,561.00 | | | $172.34 | $0.00 | $172.34 | $1,561.00 |
| 10295792 | 103536215 | 2/22/2021 | 3/21/2021 | 3/15/2021 | $1,733.34 | $1,561.00 | | | $172.34 | $0.00 | $172.34 | $1,561.00 |
| 10295792 | 103764044 | 3/22/2021 | 4/21/2021 | 4/15/2021 | $1,733.34 | $1,561.00 | | | $172.34 | $0.00 | $172.34 | $1,561.00 |
| 10295792 | 103991850 | 4/22/2021 | 5/21/2021 | 5/17/2021 | $1,733.34 | $1,561.00 | | | $172.34 | $0.00 | $172.34 | $1,561.00 |
| 10295792 | 104214679 | 5/22/2021 | 6/21/2021 | 6/15/2021 | $1,733.34 | $1,561.00 | | | $172.34 | $0.00 | $172.34 | $1,561.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | Totals: | $13,866.72 | $12,019.70 | $0.00 | $0.00 | $1,847.02 | $0.00 | $1,847.02 | $10,073.45 |

| Claim Number (s): 10295792 | | | | |
|---|---|---|---|---|
| **New Monthly Benefit** | | | | |
| Your Gross Benefit | | | | $1,733.34 |
| Less: Other Income | | | | $1,561.00 |
| | SS Primary | | $1,561.00 | |
| | SS Dependent | | $0.00 | |
| | Pension | | $0.00 | |
| | State Disability | | $0.00 | |
| | Workers Comp | | $0.00 | |
| | Total Other Income | | $1,561.00 | |
| Your Adjusted Gross | | | | $172.34 |
| Less: Taxes and Deductions | | | | $0.00 |
| **Your Net Benefit** | | | | **$172.34** |
| **Overpayment Calculation** | | | | |
| Originally Paid | *10/22/2020* | *through* | *6/21/2021* | $13,866.72 |
| Less: Should have Paid | *10/22/2020* | *through* | *6/21/2021* | $1,847.02 |
| Overpayment Due | | | | $12,019.70 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $1,946.25 |
| Less: Excess Fee | | | | $0.00 |
| **Amount Due** | | | | **$10,073.45** |

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, October 26, 2022 8:55:27 AM |
| To: | AMANDA@COXSTANSBERRY.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Clayton Homes, Inc Claim No. 10295792 John Lynn |
| Attachments: | s3uwl8uhmpqfyak7cd8z_13847333.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 26, 2022

Amanda Stansberry
Cox & Stansberry, LLC
3535 GRANDVIEW PARKWAY
SUITE 310
BIRMINGHAM, AL 35243

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792
Claimant: John Lynn

Dear Amanda Stansberry:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Clayton Homes, Inc's Group Disability Policy. We are writing in reference to John Lynn's claim for LTD benefits under the Policy.

We are in the process of reviewing Mr. Lynn's appeal. To assist us in evaluating his eligibility for benefits we have referred his file for a medical review and assessment by a board certified physician.

We anticipate a response from the reviewing board certified physician no later than 30 days. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of Mr. Lynn's appeal once the review is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of his eligibility for benefits under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Josh Tuliano
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 16440
Secure Fax No.: (603) 334-0401

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

| | |
|---|---|
| Date: | January 18, 2022 |
| To: | DR. ANDREA BATCHELOR |
| Attn: | |
| Fax: | (205) 489-3325 |
| From: | Michael Harris<br>Claims Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-5995 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 10295792<br>Claimant: John Lynn<br><br>Clayton Homes, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

January 18, 2022

Dr. Andrea Batchelor

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792
Claimant: John Lynn
Claimant D.O.B.:

Dear Dr. Andrea Batchelor:

We are the Disability Claim Administrator for your patient, John Lynn.

To evaluate Mr. Lynn's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- office visit notes from December 14, 2021

We ask that you provide this information by January 25, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5995 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Lynn allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Lynn's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Michael Harris
Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13926
Secure Fax No.: (603) 334-5995

Attachments: 10295792-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.08.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

00003877 LFPT0FD1 00014832

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) John Lynn

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 10295792 Date: 8-5-2020

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

| | |
|---|---|
| Date: | January 27, 2022 |
| To: | DR. ANDREA BATCHELOR |
| Attn: | |
| Fax: | (205) 489-3325 |
| From: | Michael Harris<br>Claims Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-5995 |
| Total Pages<br>(Including Cover): | 8 |
| RE: | Claim #: 10295792<br>Claimant: John Lynn<br><br>Clayton Homes, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

January 27, 2022

Dr. Andrea Batchelor

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792
Claimant: John Lynn
Claimant D.O.B.:

Dear Dr. Andrea Batchelor:

We are the Disability Claim Administrator for your patient, John Lynn.

On January 5, 2022 a/an medical review was performed to assist us in determining Mr. Lynn's eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

(see attached)

Please review the enclosed report by Dr. Hoffman, and provide any comments you wish to have considered. If you disagree with Dr. Hoffman's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by February 3, 2022. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 334-5995 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Lynn allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Lynn's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Michael Harris
Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13926
Secure Fax No.: (603) 334-5995

Attachments: 10295792-MEDICAL-CP/PEER REVIEW-01.05.2022

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| CLAYTON HOMES, INC | JOHN LYNN | 10295792 |

| | | | |
|---|---|---|---|
| **Report Date:** | 01/05/2022 | | |
| **Referred By:** | Charles Harris | **Claimant DOB:** | |
| **Referral Date:** | 12/30/2021 | **Job Title:** | ELECTRICAL TL |
| **Due Date:** | 01/14/2022 | **Medical/ Surgical Condition:** | Knee injury / surgery, ongoing knee pain |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 02/21/2020 |
| | | **DOD:** | 02/22/2020 |
| **Physical Demands:** | | **BBD:** | 08/22/2020 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

**Response:**
Right elbow fracture (S52.001)
Displaced comminuted fracture of shaft of right femur with delayed healing (S72.351)
Ankylosis of right knee (M24.661)
Right thigh pain (M79.651)

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

**Response:**
Low back pain (M54.5)

3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from September 1, 2021 to present, and comment on the expected duration.

**Response:**
The medical evidence supports impairments affecting usual life activities, including work-related activities. The support includes the claimant report of ongoing right thigh, foot and back pain with mobility limitations; his history of two falls resulting in a completely

displaced right elbow avulsion fracture causing complete triceps tendon disruption; treatment with triceps tendon repair of the right elbow on 02/27/2020 and subsequently removal of infected hardware on 03/30/2020 and IV antibiotics due to an infection; his history of an accidental self-inflicted gunshot to his right leg on 05/03/2020 resulting in a comminuted distal one third femur fracture; treatment with closed reduction with application of a spanning external fixator on 05/03/2020, then removal of spanning external fixator, debridement and irrigation and closed retrograde intramedullary nailing of the right distal one third femur fracture on 05/06/2020, and knee manipulation in 08/2020 resulting in a partial tibial tubercle avulsion; evidence of delay union of the femur fracture; examination findings supporting impaired mobility; and maintenance on opioid analgesics.

As a result, reasonable R&Ls from 09/01/2021 to present and ongoing, based on review of medical records, are:

- sitting unrestricted other than intermittent brief change in position
- standing/walking occasionally with use of an assistive device such as a cane as desired
- lifting/carrying up to 10 pounds occasionally and 5 pounds frequently (as long as carriage can be in one hand allowing for use of a cane)
- fingering, handling, typing and reaching at desk level and overhead unrestricted
- bending, stooping, and reaching below waist frequently
- crouching, kneeling, ladder climbing, work at unprotected heights, commercial driving and operating heavy equipment or safety-sensitive machinery to be avoided while using opioid analgesics

Within these R&Ls, the claimant should be capable of full-time work.

In the absence of additional clinical information to the contrary, these restrictions and limitations are expected to be permanent given the nature and duration of his condition, the lack of definitive treatment, his age, and his comorbid conditions of low back pain.

Besides the R&Ls noted above related to his opioid use, I found no clinical evidence for medication or other treatment side effects, or other identifiable conditions that support additional impairment or additional restrictions or limitations beyond those outlined above.

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

**Response:**
I did not find R&Ls provided by treating clinicians.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

**Response:**
The claimant has received treatment which seems consistent with the standard of care for the apparent level of severity of the condition.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

**Response:**
None were identified from the records that were reviewed.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

**Name: Andrea Batchelor Phone Number: 1 (205) 489 3322 ex ----- Fax Number: (205) 489-3325**

**Response:**
No AP contact was attempted as it was felt likely to be noncontributory and the records adequately support the R&Ls outlined above.

**Brief Overview of Clinical Presentation and Course**

The medical records indicate that the claimant is a 50-year old man who last worked on 02/21/2020. He had a right elbow injury from a fall at home around 01/22/2020. He was found to have a nondisplaced fracture of an olecranon spur and was being treated conservatively. He then had another fall causing a completely displaced avulsion fracture causing complete triceps tendon disruption. He underwent triceps tendon repair of the right elbow on 02/27/2020 (Kendall Vague, MD). He subsequently developed an infection and underwent removal of infected hardware on 03/30/2020 (Kendall Vague, MD) and received IV antibiotics for 6 weeks. He then had an accidental self-inflicted gunshot to his right leg on 05/03/2020 resulting in a comminuted distal one third femur fracture. He underwent closed reduction with application of a spanning external fixator on 05/03/2020, and then removal of spanning external fixator, debridement and irrigation and closed retrograde intramedullary nailing of the right distal one third femur fracture on 05/06/2020 (David Griffin, MD). He later underwent knee manipulation in 08/2020 resulting in a partial tibial tubercle avulsion. There was delay union and he used a bone stimulator. He presently has pain, mobility limitations, and is maintained on opioid analgesics. His past medical history is also remarkable for diagnoses of gastroesophageal reflux disease, stomach ulcers, anemia, urinary retention, chronic vertigo, hiatal hernia, insomnia, anxiety, and attention deficit hyperactivity disorder.

The claimant followed-up with Kendall Vague, MD at Southern Orthopedic & Sports Medicine with most recent visit in the records of 05/28/2020. At the time, he was using a walker due to the right femur gunshot injury. He reported significant symptoms of ulnar nerve compressive neuropathy. Examination noted some weakness of the interosseous muscle, persistent numbness in the ulnar nerve distribution, positive Tinel's over the cubital

tunnel, near full right elbow range and healed wound. He was to stop using the elbow brace and follow-up in 4 weeks. No subsequent records from this provider were found.

The claimant has followed-up with David Griffin, MD at The Orthopedic Center. When seen on 06/08/2020, he was referred to physical therapy. On 07/15/2020, it was noted he was to have bone grafting to his right femur and knee manipulation before 08/18/2020 when his insurance would run out. On 08/12/2020, it was noted that there had been a decision against the bone grafting, but the knee manipulation was to occur. At the visit of 09/09/2020, it was noted he was roughly 4 weeks following knee manipulation resulting in a partial tibial tubercle avulsion. On 11/04/2020, it was noted he was using a bond stimulator, walking with a cane and continued to have distal thigh pain. He was attempting exercises at the gym. At the most recent visit in the records of 04/20/2021, the claimant reported continued discomfort in the distal thigh with radiation to his foot. He was still using a cane. Examination noted gait with a cane and significant limp, right knee range of 5 to 95 degrees and intact neurovascularly. He was to weight bear as tolerated, use the bone stimulator daily, and follow-up in 8 weeks. No subsequent records from this provider were found.

The claimant has received care from Andrea Batchelor, MD (internal medicine) at Family Medical Associates since at least 2015. When seen on 05/16/2018, it was noted that medications included Norco for right foot pain and chronic back pain. Since being off work, he has been maintained on opioids. When seen on 09/29/2021, he reported ongoing right femur pain and burning pain in his right foot worse with standing or riding in a vehicle. He also reported chronic lower back pain. Examination noted difficulty arising from a chair, ambulation with a cane, and tenderness of his right thigh. At the most recent visit in the records of 10/26/2021, there was reference to getting a second opinion (evidently about his leg pain). Medications included Nexium, cyclobenzaprine, Adderall, Klonopin and Percocet Examination noted a BMI of 22.6. He was to continue current medications, including Percocet (#60 for 30 days provided).

Physical therapy records indicate that he was seen initially on 06/19/2020 for focused on his right lower extremity. Therapy notes continue to 08/26/2020 at which time he still had limitations in right knee range and strength, and impaired gait. Continuation of physical therapy was recommended.

Pertinent diagnostics include the following:

- 09/09/2020 – X-rays of the right knee showed the fracture to be well aligned and stabilized with a retrograde intramedullary nail and no interval loss of position or fixation; early reactive callus formation about the fracture site; evidence of a minimal avulsive fracture involving the tibial tubercle that appears to be incomplete, minimally displaced and unchanged from previous radiographs
- 01/28/2021 – CT of the right femur showed osteopenia; old posttraumatic, and postsurgical changes to the mid femur from prior gunshot wound and fracture; areas of solid bridging bone formation between the proximal and distal femur and the adjacent bone fragments, greatest posteriorly and laterally; and no definite solid new bone formation is seen anterior

A completed claimant activities questionnaire was not found in the records provided.

**Analysis of Medical Documentation and Support for Responses to Referral Questions**

The medical records indicate that the claimant has had ongoing right thigh, foot and back pain with mobility limitations. He was initially off work following two falls resulting in a completely displaced right elbow avulsion fracture causing complete triceps tendon disruption. He underwent triceps tendon repair of the right elbow on 02/27/2020. He subsequently developed an infection and underwent removal of infected hardware on 03/30/2020 and received IV antibiotics for 6 weeks. He then had an accidental self-inflicted gunshot to his right leg on 05/03/2020 resulting in a comminuted distal one third femur fracture. He underwent closed reduction with application of a spanning external fixator on 05/03/2020, then removal of spanning external fixator, debridement and irrigation and closed retrograde intramedullary nailing of the right distal one third femur fracture on 05/06/2020, and knee manipulation in 08/2020 resulting in a partial tibial tubercle avulsion. There was delay union of the femur fracture for which he has used a bone stimulator. He has been maintained on opioid analgesics.

See above for conclusions regarding reasonable R&Ls.

**Records Reviewed:**
All medical records referred by Lincoln Financial Group as of today's date were reviewed, including the most recent records in the file.

Electronically Signed

Martin D. Hoffman, M.D.
Board Certified in Physical Medicine & Rehabilitation

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, September 29, 2022 8:26:40 AM |
| To: | AMANDA@COXSTANSBERRY.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Clayton Homes, Inc Claim No. 10295792 John Lynn |
| Attachments: | 50slvoswazb4j2m1xqog_13663068.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

September 29, 2022

Amanda Stansberry
Cox & Stansberry, LLC
3535 GRANDVIEW PARKWAY
SUITE 310
BIRMINGHAM, AL 35243

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792
Claimant: John Lynn

Dear Amanda Stansberry:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Clayton Homes, Inc's Group Disability Policy. We are writing in reference to John Lynn's claim for LTD benefits under the Policy.

We are in the process of reviewing Mr. Lynn's appeal. To assist us in evaluating his eligibility for benefits we have referred his file for a vocational review and assessment by a vocational consultant.

We anticipate a response from the reviewing vocational consultant no later than 15 days. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of Mr. Lynn's eligibility for benefits under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Josh Tuliano
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 16440
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, October 5, 2022 3:12:20 PM |
| To: | AMANDA@COXSTANSBERRY.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Clayton Homes, Inc Claim No. 10295792 John Lynn |
| Attachments: | 0kaje8xyilo08hsl7dmv_13706100.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 5, 2022

Amanda Stansberry
Cox & Stansberry, LLC
3535 GRANDVIEW PARKWAY
SUITE 310
BIRMINGHAM, AL 35243

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792
Claimant: John Lynn

Dear Amanda Stansberry:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Clayton Homes, Inc's Group Disability Policy. We are writing in reference to John Lynn's claim for LTD benefits under the Policy.

We are in the process of reviewing Mr. Lynn's appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on his appeal.

Please find attached a copy of the nurse disability consultant review, independent physician review and vocational consultant review. You may review the enclosed reports, and provide a response to us, which we will consider in making our decision on Mr. Lynn's appeal. If we do not receive your response within 21 days of the date of this letter or October 26, 2022, we will proceed with making a determination on his appeal.

Additional information can be sent to the following:

- Direct fax: 1-(603) 427-2661
- General fax: number in the signature line of this letter (include claim number and name on cover sheet)
- Mail: address located in the header of this letter (top right) (include claim number and name on cover sheet)
- Email: disabilitydocuments@lfg.com (include claim number and name in subject line)

Upon receipt of your response, we will promptly complete our review and render a determination on

your appeal. If your response is not received by October 26, 2022, we will render a determination based on the information contained in his file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate his claim. (Tolled: accumulation of time is suspended.)]

If you have any questions regarding this matter, please contact me.

Sincerely,

Josh Tuliano
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 16440
Secure Fax No.: (603) 334-0401

Attachments: 10295792-MEDICAL-CORRESPONDENCE-09.08.2022
10295792-MEDICAL-CP/PEER REVIEW-09.23.2022
10295792-MEDICAL-CORRESPONDENCE-09.26.2022
10295792-MEDICAL-CORRESPONDENCE-09.28.2022
10295792-VOC-TRANSFERRABLE SKILLS ASSESSMENT-10.04.2022

Lincoln Financial Group®

Date: September 8, 2022

Subject: **Appeal Nursing Memorandum**

Claim#: LTD 10295792

Employee: John Lynn

Date of Birth:

Date of Disability: 2/22/2020

Review of medical records on file complete. All available medical records have been reviewed through date and time of this review. Information summarized below includes those portions of the records received that have relevance to the questions and time frame identified for this review.

The employee ceased work on 2/22/20 after suffering a fall at home with sustained injuries including right elbow nondisplaced fracture and injury, with a second fall due to tripping over his dog and landing on the arm, resulting in a displaced avulsion fracture {when a small piece of bone attached to a tendon or ligament, is pulled away from the main part of the bone} and complete triceps tendon rupture on the right side. The employee underwent repair of his tendon rupture on 2/27/20 with Dr. Kendall Vague {orthopedic surgery}. Post-operatively, the employee developed an infection of his surgical site and underwent additional surgery on 3/30/20 for removal of surgical hardware previously placed. The employee was treated for 6 weeks with intravenous antibiotics. On 5/3/20, the employee suffered an accidental self-inflicted gunshot wound to the right leg which resulted in a comminuted {multiple breaks} fracture of his lower femur bone. The employee required closed reduction, external fixation, and subsequent repair of the femur fracture on 5/6/20 with Dr. David Griffin {orthopedic surgery}. The employee required use of a bone stimulator for delayed fracture healing in the right leg and ongoing use of narcotic pain medications. He was found to have met the definition of disability to 8/21/22.

Co-morbid conditions include chronic vertigo, hiatal hernia, insomnia, anemia, attention deficit disorder, and anxiety.

A 1/28/21 right femur CT revealed areas of solid bone healing in the fractured area and other areas with no healing noted.

On 4/20/21 the employee was seen by Dr. David Griffin {orthopedics} for follow up of his right femur fracture with delayed healing. He reported ongoing discomfort in the right thigh which pain radiating into his foot and was using a cane for ambulation. He understood that a significant

part of this was related to mild traumatic peripheral neuropathy from his gunshot wound. Exam revealed use of a cane, healed gunshot wounds, and significant limp on the right. Inflammatory lab work previously completed was normal and Dr. Griffin stated that his most recent CT scan had revealed areas of healing and areas of incomplete healing over the fracture site. His previously placed nail remained intact. Treatment options include further surgical intervention with exchange nailing procedure, which he opined might help with further healing and improve pain, otherwise weightbearing as tolerated activity and use of a bone stimulator were other options. No new medication was prescribed Dr. Griffin stated he would follow the employee from a distance and recommended follow up in 8 weeks. There are no further office visit notes on file from orthopedics.

The employee is primarily treating with family medicine provider Dr. Andrea Batchelor. He was seen on 9/29/21 for an annual visit and follow up of his chronic pain in his right leg, burning pain in his right foot from his gunshot injury, and chronic back pain. The employee reported he was using his Percocet twice daily and took Flexeril {muscle relaxant} at night. He reported having sinus pressure, and congestion for a couple of weeks and left ear discomfort. He was prescribed Amoxicillin for his left ear infection and recommended continuing his current medications. Exam revealed difficulty arising from a chair, ambulation with a cane, and tenderness to palpation over the right thigh.

On 12/14/21 the employee was seen by Dr. Batchelor for routine follow up and reported sinus pressure and left ear pain and itching. He had completed a course of antibiotics 3 weeks prior and reported ongoing chronic neck, back and right leg pain. The employee stated he could only move around or sit for 30 minutes and had trouble sleeping at night due to pain. He rated his current pain a 5/10 {0-10 scale, 10 being the worst}. Vital signs were stable, and exam noted ambulation with a cane and difficulty rising from a chair. Dr. Batchelor prescribed antifungal medication for a yeast related rash under the arms and treated the employee's acute sinus infection with several antibiotics.

A letter dated 2/3/22 from Dr. Batchelor stated that the employee had been her patient since 2015 and outlined his chronic conditions and injuries causing disability. She stated that he was only able to sit/walk around for 30 minutes at a time, needed to change positions frequently, ambulated with a cane, and used Percocet as needed for pain and Klonopin for anxiety. She opined that due to his restrictions it was unlikely that he was able to work.

The employee was seen by Dr. Batchelor {family medicine} on 3/14/22 for chronic pain follow up and reports of intermittent blisters occurring under his arms since his last visit. These were reported to be painful, and he had treated with antibiotics several weeks prior. The employee reported his current medications controlled his acid reflux, Adderall helped him stay awake during the day, and Klonopin calmed his racing thoughts at night. The employee reported ongoing chronic pain in his low back and right leg which worsened with walking more than 100 yards for his back. Weather changes increased his leg pain, and he continued to have weakness in his right knee and numbness in the right foot. The employee noted he could only stand for 30 minutes at a time due to pain and sit for 30-40 minutes due to pain and stated he had driven to Florida to see his grandchild and had to stop every 30-40 minutes to get out and walk. The

employee stated he had to lie down 2-3 times per day for 15 minutes to take pressure off his back and get feeling back in his right foot. Exam revealed decreased range of motion in the right knee, inability to fully extend the right knee in a seated position, ability to extend knee to 45 degrees from a flexed position, 4/5 strength in the right leg, and ambulation with a cane with normal right ankle range of motion. Dr. Batchelor recommended that the employee continue his current medications and use of Percocet for chronic pain. She stated he was unable to work due to mobility limitations. Follow up in 3 months was recommended.

A physician review was completed by Dr. Martin Hoffman {board certified physical medicine and rehabilitation} on 1/5/22. Dr. Martin supported impairing diagnoses of right elbow fracture, right femur fracture, right thigh pain, and ankylosis {low or no range of motion} of the right knee. Restrictions were supported due to ongoing reports of right thigh, foot and back pain with mobility limitations, and included: sitting unrestricted with intermittent brief position changes allowed, standing/walking occasionally with use of an assistive device, lifting/carrying up to 10lbs occasionally and 5lbs frequently as long as carriage can be in one hand to allow for use of cane, no crouching, kneeling, ladder climbing, working at unprotected heights, commercial driving, operating heavy equipment, or safety sensitive machinery while using opioid medications. Full time work was allowed within the above referenced restrictions which were supported from 9/1/21 to present day and ongoing. No evidence of medication side effects was noted, and provider contact was not made. See report for details.

On 6/3/22 the employee was seen by Brittany Tubbs NP {family medicine} for medication refills. He reported feeling fatigued after having dinner each day and could not stay awake once he got home for the day. He reported right ear pulsing and sinus pressure.

An 8/25/22 letter received on appeal from the employee's attorney representation was reviewed.

The medical evidence on file reveals the employee has suffered multiple significant orthopedic injuries in 2020 with surgical repairs as noted above and ongoing pain and functional impairment due to his injuries. Most recent office visit notes on file are from primary care and reveal decreased range of motion in the right knee, inability to fully extend the right knee in a seated position, ability to extend knee to 45 degrees from a flexed position, 4/5 strength in the right leg, and ambulation with a cane with normal right ankle range of motion. The employee is using Percocet chronically for pain and Flexeril for right thigh muscle spasms. Dr. Batchelor has endorsed that the employee can only sit/walk around for 30 minutes at a time, needed to change positions frequently, ambulated with a cane, and used Percocet as needed for pain and Klonopin for anxiety. She opined that due to his restrictions it was unlikely that he was able to work. Based on the medical evidence on file in totality, further review of the records with a physician dual board certified in occupational medicine and internal medicine is recommended for comment on restrictions/limitations, durations, and future case management recommendations from 8/22/22 forward. Peer to peer contact with Dr. Batchelor and Dr. Griffin may be beneficial to discuss the employee's functional capacity and conditions. Discussed with claims resolution specialist, assignment complete.

Courtney D. RN, CCM

Nurse Disability Appeals Consultant II, Lincoln Financial Group

**September 23, 2022**

**Attending Physician Confirmatory Letter**

Re: John W. Lynn
DOB:

Dear Dr. Andrea Batchelor,

I have completed a review on John W. Lynn, a patient you have treated. The patient had listed you as a contact provider. During the time I was reviewing the claim, I spoke with you on 9/22/2022 at 12:52 PM. You stated that the claimant was mostly impaired from the perspective of his back pain and femoral pain. The claimant could likely only sit or stand for up to 30 minutes at a time before having to change positions to stretch. The claimant was able to do certain things around the home but was limited in terms of his stamina. You agreed that the claimant could do some physical maneuvers albeit at a mostly sedentary level of exertion.

Please confirm that the above teleconference details align with your notes/recollection. Please sign this form and reply via fax within five (5) calendar days by 9/30/2022 to the fax number below.

Sincerely,

Clayton T. Cowl, MD, MS
Board Certified in Occupational Medicine
Board Certified in Pulmonary Disease
Board Certified in Internal Medicine
Licensed in State of IA #29401
Licensed in State of MN #39474

______________________________ ____________
Name Date

Respectfully Yours,
Dawn E Peterson
Client Coordinator

p.p.

Voice: 1-815-964-6334
Fax: 1-815-964-1162

NMR
Network Medical Review Co. Ltd.

An ExamWorks Company

ExamWorks

**September 23, 2022**

**Attending Physician Confirmatory Letter**

Re: John W. Lynn
DOB:

Dear Dr. David Griffin,

I have completed a review on John W. Lynn, a patient you have treated. The patient had listed you as a contact provider. During the time I was reviewing the claim, I spoke with you on 9/22/2022 at 8:13 AM. You stated that you had not seen the patient since January 2021 and really had no opinion about the claimant's current functional status. You indicated that the last time in the office that the claimant was ambulating with assistance of a cane and was having chronic pain symptoms but beyond that you could not provide further details.

Please confirm that the above teleconference details align with your notes/recollection. Please sign this form and reply via fax within five (5) calendar days by 9/30/2022 to the fax number below.

Sincerely,

Clayton T. Cowl, MD, MS
Board Certified in Occupational Medicine
Board Certified in Pulmonary Disease
Board Certified in Internal Medicine
Licensed in State of IA #29401
Licensed in State of MN #39474

______________________________ ____________
Name Date

Respectfully Yours,
Dawn E Peterson
Client Coordinator

p.p.

Voice: 1-815-964-6334
Fax: 1-815-964-1162

NMR
Network Medical Review Co. Ltd.

An ExamWorks Company

**REFERRED BY:** JOSHUA TULIANO
**CLIENT:** Lincoln Life Insurance
**NAME:** John W. Lynn
**CLAIM #:** 10295792
**NMR #:** 719901
**DATE:** 9/23/2022

**RECORDS PROVIDED FOR REVIEW:**

| | | |
|---|---|---|
| PROGRESS NOTES | Unknown Provider | Undated |
| PROGRESS NOTES | Family Medical Associates West / R. Reddy, MD / A. Batchelor, MD / B. Tubbs, CRNP / T.R. Hoover, CRNP | 11/16/15 - 06/03/22 & Undated |
| PROGRESS NOTES | Southern Orthopedic & Sports Medicine / K.C Vague, MD / J. Harbin, PA | 02/25/20 - 04/28/20 |
| PROGRESS NOTES | Illegible Provider Name | 03/02/20 |
| PROGRESS NOTES | Huntsville Hospital | 05/06/20 |
| PROGRESS NOTES | TOC The Orthopaedic Center | 05/20/20 - 04/20/21 |
| PHYSICAL / OCCUPATIONAL / SPEECH / MASSAGE THERAPY | Encore Rehabilitation | 05/03/20 - 08/26/20 |
| FILE REVIEWS | M.D. Hoffman, MD | 01/05/22 |
| CT | D. Waldrop, MD | 01/28/21 |
| LAB | Family Medical Associates West | 01/29/21 |
| TRANSFERABLE SKILLS ANALYSIS | J. Greene, MS, CRC | 01/10/21 |
| JOB DESCRIPTION / REQUIREMENTS | Checker II | Undated |
| JOB DESCRIPTION / REQUIREMENTS | Diet Clerk | Undated |
| CLAIM NOTES | | 07/21/20 - 09/09/22 |
| ROI | | 08/05/20 & Illegible Date |
| MISCELLANEOUS | | 05/08/20 - 09/12/22 & Undated |

**1252 Bell Valley Road, Suite 210 ◦ Rockford, IL 61108 ◦ Phone 815.964.6334 ◦ Fax 815.964.1162**
*website* www.nmrco.com ■ *email* info@nmrco.com

TELECONFERENCE

1) AP NAME: Dr. Andrea Batchelor
2) PHONE: (205) 489-3322
3) DATE(S): 9/20/2022, 9/22/2022
4) TIME(S): 12:26 PM CDT, 12:52 PM CDT
5) PERSON(S) SPOKEN WITH: Destiny, Dr. Batchelor
6) POSITION OF PERSON(S) SPOKEN WITH: Assistant, Attending Provider

SUMMARY OF DISCUSSION(S): I called the treating provider's office and spoke with the assistant, Destiny. She explained that the treating provider was in a room with a patient but she would give her the message and have her return the call as soon as possible. The name and date of birth of the claimant as well as the purpose of my call was provided.

I spoke to Dr. Batchelor and she clarified that the claimant was mostly impaired from the perspective of his back pain and femoral pain. The claimant could likely only sit or stand for up to 30 minutes at a time before having to change positions to stretch. She also indicated that the claimant was able to do certain things around the home but was limited in terms of his stamina. She agreed that the claimant could do some physical maneuvers albeit at a mostly sedentary level of exertion.

TELECONFERENCE

1) AP NAME: Dr. David Griffin
2) PHONE: (256) 704-1210
3) DATE(S): 9/22/2022
4) TIME(S): 8:13 AM CDT
5) PERSON(S) SPOKEN WITH: Dr. Griffin
6) POSITION OF PERSON(S) SPOKEN WITH: Treating Provider

SUMMARY OF DISCUSSION(S): I called the Orthopedic Center and selected option #2 for the provider's line. I spoke with the receptionist, Shanna. She transferred the call to Dr. Griffin who was cordial but explained that he had not seen the patient since January 2021 and really had no opinion about the claimant's current functional status. Dr. Griffin indicated that the last time in the office that the claimant was ambulating with assistance of a cane and was having chronic pain symptoms but beyond that he could not provide further details.

**ASSESSMENT:** All of the information submitted was reviewed. In brief summary, the claimant is a male (DOB: 12/20/1971). The listed date of disability is 2/22/20 after suffering a fall at home with injuries including a nondisplaced fracture of the right olecranon region, with a second fall due to tripping over his dog and landing on the arm, resulting in a displaced avulsion fracture and triceps tendon rupture on the right side. The claimant underwent surgical repair of his tendon rupture on 2/27/20 by Dr. Kendall Vague (Orthopedics), and the case was complicated by post-operative infection of the surgical site requiring additional surgery on 3/30/20 for removal of surgical hardware previously placed and he was given a 6-week course of antibiotics intravenously. Co-morbid conditions include chronic vertigo, hiatal hernia, insomnia, anemia, attention deficit disorder, and anxiety.

On 5/3/20, the employee suffered an accidental self-inflicted gunshot wound to the right leg which resulted in a comminuted fracture of his femur inferiorly. The claimant required closed reduction, external fixation, and subsequent repair of the femur on 5/6/20 with Dr. David Griffin (Orthopedics), and use of a bone stimulator for delayed fracture healing in the right leg was noted with the need for chronic opioid pain medications.

Computed tomography (CT) imaging on 1/28/2021 of the right femur revealed areas of solid bone healing in the fractured area and other areas with no healing noted.

On 4/20/21, the claimant was seen by Dr. David Griffin for follow up of his right femoral fracture with delayed healing. The claimant reported ongoing discomfort in the right thigh with pain radiating into the lower extremity distally. The claimant is documented to have been using a cane for ambulatory assistance. There was documentation of trauma-induced peripheral neuropathy. Physical examination documented use of a cane, healed gunshot wounds, and significant limp on the right. Laboratory serologies appeared normal and Dr. Griffin stated that the claimant's most recent CT scan had revealed areas of healing and areas of incomplete healing over the fracture site. Dr. Griffin outlined treatment options that included further surgical intervention with an exchange nailing procedure, which he opined might help with further healing and reduce pain, otherwise weightbearing as tolerated activity and use of a bone stimulator. No new medication was prescribed.

The data provided suggested that the claimant was receiving care primarily from family medicine provider Dr. Andrea Batchelor. This included sequential visits such as on 9/29/21 for an annual visit and follow up of his chronic pain in his right leg, burning pain in his right foot from his gunshot injury, and chronic back pain. The employee reported he was using Percocet twice daily and took Flexeril (cyclobenzaprine) at night. The claimant reported having sinus pressure, and congestion for a couple of weeks and left ear discomfort. He was prescribed Amoxicillin for his left ear infection and recommended continuing his current medications. Physical examination revealed difficulty arising from a chair, ambulation with a cane, and tenderness to palpation over the right thigh.

On 12/14/21, the employee was seen by Dr. Batchelor for routine follow up and reported sinus pressure and left ear pain and itching. He had completed a course of antibiotics 3 weeks prior and the claimant reported ongoing chronic neck, back and right leg pain. The employee stated he could only move around or sit for 30 minutes and had trouble sleeping at night due to pain. He rated his pain at that time as a 5/10. Vital signs were stable, and exam noted ambulation with a cane and difficulty rising from a chair. Dr. Batchelor prescribed antifungal medication for a yeast related rash under the arms (tinea cruris) and treated the employee's acute sinus infection with several antibiotics.

A letter dated 2/3/22 from Dr. Batchelor stated that the employee had been her patient since 2015 and outlined his chronic conditions and injuries causing disability. She stated that he was only able to sit/walk around for 30 minutes at a time, needed to change positions frequently, ambulated with a cane, and used Percocet as needed for pain and Klonopin for anxiety. She opined that due to his restrictions it was unlikely that he was able to work.

The claimant was seen by Dr. Batchelor (Family Medicine) on 3/14/22 for chronic pain follow up and reports of intermittent blisters occurring under his arms since his last visit. These were reported to be painful, and the claimant had treated with antibiotics several weeks prior. The claimant reported his current medications controlled his acid reflux, Adderall helped him stay awake during the day, and Klonopin calmed his racing thoughts at night. The claimant reported ongoing chronic pain in his low back and right leg which worsened with walking more than 100 yards for his back. Weather changes increased his leg pain, and he continued to have weakness in his right knee and numbness in the right foot. The claimant noted he could only stand for 30 minutes at a time due to pain and sit for 30-40 minutes due to pain and stated he had driven to Florida to see his grandchild and had to stop every 30-40 minutes to get out and walk. The claimant stated he had to lie down 2-3 times per day for 15 minutes to take pressure off his back and get feeling back in his right foot. Exam revealed decreased range of motion in the right knee, inability to fully extend the right knee in a seated position, ability to extend knee to 45 degrees from a flexed position, 4/5 strength in the right leg, and ambulation with a cane

with normal right ankle range of motion. Dr. Batchelor recommended that the claimant continue his current medications and use of Percocet for chronic pain. She stated he was unable to work due to mobility limitations. Follow up in 3 months was recommended.

A physician review was completed by Dr. Martin Hoffman (PM&R) on 1/5/22. Dr. Martin supported impairing diagnoses of right elbow fracture, right femur fracture, right thigh pain, and ankylosis of the right knee. Restrictions were supported due to ongoing reports of right thigh, foot and back pain with mobility limitations, and included: sitting unrestricted with intermittent brief position changes allowed, standing/walking occasionally with use of an assistive device, lifting/carrying up to 10 lbs. occasionally and 5 lbs. frequently as long as carrying can be in one hand to allow for use of cane, no crouching, kneeling, ladder climbing, working at unprotected heights, commercial driving, operating heavy equipment, or safety sensitive machinery while using opioid medications. Full time work was allowed within the above referenced restrictions which were supported from 9/1/21 to present day and ongoing. No evidence of medication side effects was noted, and provider contact was not made.

On 6/3/22, the claimant was seen by Brittany Tubbs, NP (Family Medicine) for medication refills. He reported feeling fatigued after having dinner each day and could not stay awake once he got home for the day. He reported right ear pulsing and sinus pressure.

An 8/25/22 letter received on appeal from the employee's attorney to the insurer.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

The primary impairing diagnoses are:

S84.90XA - Injury of unspecified nerve at lower leg level, unspecified leg

G89.4 - Chronic pain syndrome

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

The comorbid diagnosis significant to impairment is: Z72.3 - Aerobic deconditioning.

**3. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

The medical records submitted do support restrictions but not necessarily precluding the claimant from performing all physical maneuvers that would preclude gainful employment.

Of note, there are no specific records provided specifically addressing the timeframe in question listed of 8/21/2022 and continuing.

**4. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Restrictions precluding the claimant from any and all physical maneuvers would only be applicable for dates of hospital confinement from surgery and a period of time following the procedures for rehabilitation and general recovery. However, the claimant, despite multiple impairments is noted to have retained the ability to perform a variety of physical functions outlined elsewhere in the report.

**5. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No specific administrative or non-medical issues are noted other than the fact that there appeared to be multiple sequential injuries addressed such as the elbow fracture, and the femoral fracture with complications that included infection and poor bone growth upon healing.

**6. Please provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations beyond August 21, 2022 and comment on if there is sustained and reliable capacity within any such restrictions outlined. When addressing restrictions, please comment on the claimants ability to perform sustained full time work beyond August 21, 2022.**

Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine along with medication and discussion with providers, there is a supported level of impairment that would translate into restrictions or limitations from - 8/21/2022 and continuing from an Internal Medicine and Occupational Medicine perspective. The claimant had weakness and pain of the lower extremity and was using a cane. This would limit certain activities as outlined below. Within reasonable medical certainty, the following would be considered medically necessary restriction estimates based upon all data reviewed:

Sitting: up to 1 hour continuously for a maximum of 7 hours per day (allow change in position as needed);

Standing: up to 0.5 hours continuously for a maximum of 2.5 hours per day (allow change in position as needed);

Walking: up to 0.50 hours continuously for a maximum of 1.5 hours per day (allow change in position as needed with use of ambulatory assistive device);

Reaching at desk level: unrestricted;

Reaching overhead/below waist: occasionally;

Fingering/mousing/keyboarding/handling/grasping: frequently;

Climbing stairs: rarely (with use of grab rails);

Climbing ladders/kneel/squat/crawl: never;

Twisting/bending at waist: occasionally;

Balancing at heights: never;

Lift/carry: up to 20 pounds rarely or 10 pounds occasionally;

Push/pull: with up to 30 pounds of force rarely or 15 pounds of force occasionally;

Executive level cognitive functioning: unrestricted;

Ability to communicate with others: unrestricted;

Driving: occasionally;

Visual or auditory acuity activities: unrestricted.

The claimant should be reassessed within 3 months from the date of this report (or on 12/2/22).

**7. Comment on the restrictions and limitations provided by the attending physician. Are they consistent with the medical information provided?**

Again, simply keeping the claimant out of work completely without the ability for the employer to attempt to accommodate physical restrictions is not reasonable in my opinion. The claimant is noted to have driven to Florida to see his grandchildren and although he claimed to have needed to stop periodically to stretch, this exemplifies the fact that the claimant remained ambulatory and could perform a variety of maneuvers within certain medically appropriate physical restrictions.

**8. Does the medical evidence support any side effects from any medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

Although no specific side effects are noted in the records submitted specifically pertaining to medications that would be functionally limiting, the claimant was noted to be prescribed chronically the use of opioid analgesics and other pain modulating agents that have the propensity to result in significant sedation; for this reason, performance of safety-sensitive duties such as working at heights, balancing, or climbing ladders -- or operating machinery with moving parts that could potentially be injurious should be avoided. The weakness in the lower extremity would preclude continuous walking or standing beyond relatively brief periods of time and would make ladder climbing risky and should be restricted.

**9. Please contact treating provider(s) and clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence. The AP contact information is on the portal. Please attempt a minimum of 3 contact attempts to discuss restrictions.**
**If contact is not made, please include a summary of your findings to each provider and any questions that would have been asked in the phone conversation. In the letter, provide the provider 5-days to respond.**

I spoke to Dr. Batchelor and she clarified that the claimant was mostly impaired from the perspective of his back pain and femoral pain. The claimant could likely only sit or stand for up to 30 minutes at a time before having to change positions to stretch. She also indicated that the claimant was able to do certain things around the home but was limited in terms of his stamina. She agreed that the claimant could do some physical maneuvers albeit at a mostly sedentary level of exertion.

I spoke to Dr. Griffin who was cordial but explained that he had not seen the patient since January 2021 and really had no opinion about the claimant's current functional status. Dr. Griffin indicated that the last time in the office that the claimant was ambulating with assistance of a cane and was having chronic pain symptoms but beyond that he could not provide further details.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**



Clayton T. Cowl, MD, MS
Board Certified in Occupational Medicine
Board Certified in Pulmonary Disease
Board Certified in Internal Medicine
Licensed in State of IA #29401
Licensed in State of MN #39474

***NMR Conflict of Interest Attestation:***

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

Sep-26-2022 07:45:25ExamworksPatient Document18159641162Tidwell,KellyFamily Medical Associates WestFamily Medical Associates West205-489-33223This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.

ExamWorks

# Facsimile

Telephone:

FAX:

To:

Company:

Fax: 912054893325

From:

Date: 9/23/22 11:01:21 Eastern Time

Pages: 2

Re: NMR Teleconference Review (Claim #10295792) - TC Letter on 719901 To Dr. Batchelor

Comments:

ATTN: Dr. Andrea Batchelor

Please note, NMR is currently reviewing the disability claim for your patient, John W. Lynn. Attached is a letter regarding our conversation. Please read the attached, sign the letter and fax back to our office.

Thank you for taking the time to speak with NMR's physician advisor regarding your patient.

NMR Team

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

The information contained in this facsimile messages is privileged and confidential. It is intended only for the persons(s) named above. If you are not the intended recipient, or have received this transmission in error you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone to arrange for return of this transmission.

PROTECTED HEALTH INFORMATION:
Any medical information in this FAX message is confidential and protected by both State and Federal law. It is unlawful for unauthorized persons to review, copy, disclose, or disseminate confidential medical information. If the reader of this warning is not the intended FAX recipient or the intended recipient's agent, you are hereby notified that you have received this FAX message in error and that review or further disclosure of the information contained in this FAX is strictly prohibited. If you have received this FAX in error, please notify us immediately and either destroy these documents or return the originals to us by mail.

NMR
Network Medical Review Co. Ltd.

An ExamWorks Company

ExamWorks

**September 23, 2022**

**Attending Physician Confirmatory Letter**

Re: John W. Lynn
DOB

Dear Dr. Andrea Batchelor,

I have completed a review on John W. Lynn, a patient you have treated. The patient had listed you as a contact provider. During the time I was reviewing the claim, I spoke with you on 9/22/2022 at 12:52 PM. You stated that the claimant was mostly impaired from the perspective of his back pain and femoral pain. The claimant could likely only sit or stand for up to 30 minutes at a time before having to change positions to stretch. The claimant was able to do certain things around the home but was limited in terms of his stamina. You agreed that the claimant could do some physical maneuvers albeit at a mostly sedentary level of exertion.

Please confirm that the above teleconference details align with your notes/recollection. Please sign this form and reply via fax within five (5) calendar days by 9/30/2022 to the fax number below.

Sincerely,

Clayton T. Cowl, MD, MS
Board Certified in Occupational Medicine
Board Certified in Pulmonary Disease
Board Certified in Internal Medicine
Licensed in State of IA #29401
Licensed in State of MN #39474

Name

9/23/22
Date

Respectfully Yours,
Dawn E Peterson
Client Coordinator

p.p.

Voice: 1-815-964-6334
Fax: 1-815-964-1162

C# 836782

ExamWorks

Telephone:

FAX:

# Facsimile

| | | | |
|---|---|---|---|
| To: | | Fax: | 912567041224 |
| Company: | | | |
| From: | | Date: | 9/23/22 11:01:58 Eastern Time |
| | | Pages: | 2 |

**Re:** NMR Teleconference Review (Claim #10295792) - TC Letter on 719901 To Dr. Griffin

**Comments:**

**ATTN: Dr. David Griffin**

**Please note, NMR is currently reviewing the disability claim for your patient, John W. Lynn. Attached is a letter regarding our conversation. Please read the attached, sign the letter and fax back to our office.**

**Thank you for taking the time to speak with NMR's physician advisor regarding your patient.**

**NMR Team**

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

The information contained in this facsimile messages is privileged and confidential. It is intended only for the person(s) named above. If you are not the intended recipient, or have received this transmission in error you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone to arrange for return of this transmission.

PROTECTED HEALTH INFORMATION:
Any medical information in this FAX message is confidential and protected by both State and Federal Law. It is unlawful for unauthorized persons to review, copy, disclose, or disseminate confidential medical information. If the reader of this warning is not the intended FAX recipient or the intended recipient's agent, you are hereby notified that you have received this FAX message in error and that review or further disclosure of the information contained in this FAX is strictly prohibited. If you have received this FAX in error, please notify us immediately and either destroy these documents or return the originals to us by mail.

NMR
Network Medical Review Co. Ltd.

An ExamWorks Company

ExamWorks

**September 23, 2022**

**Attending Physician Confirmatory Letter**

Re: John W. Lynn
DOB:

Dear Dr. David Griffin,

I have completed a review on John W. Lynn, a patient you have treated. The patient had listed you as a contact provider. During the time I was reviewing the claim, I spoke with you on 9/22/2022 at 8:13 AM. You stated that you had not seen the patient since January 2021 and really had no opinion about the claimant's current functional status. You indicated that the last time in the office that the claimant was ambulating with assistance of a cane and was having chronic pain symptoms but beyond that you could not provide further details.

Please confirm that the above teleconference details align with your notes/recollection. Please sign this form and reply via fax within five (5) calendar days by 9/30/2022 to the fax number below.

Sincerely,

Clayton T. Cowl, MD, MS
Board Certified in Occupational Medicine
Board Certified in Pulmonary Disease
Board Certified in Internal Medicine
Licensed in State of IA #29401
Licensed in State of MN #39474

Name (David Griffin) Date 9/28/22

Respectfully Yours,
Dawn E Peterson
Client Coordinator

p.p.

Voice: 1-815-964-6334
Fax: 1-815-964-1162

Lincoln Financial Group®

Lori Ashworth, MEd, CRC
Vocational Rehabilitation Consultant II
Group Protection

**Vocational Memorandum**

**From:** Lori Ashworth, M.Ed., CRC **Date:** 10/4/2022

**Claim#:** 10295792
**Claimant:** John Lynn
**Date of Birth:**
**Date of Disability:** 2/22/2020

## Vocational Assessment:

This VCM received this file for a TSA update to the prior TSA performed by Jessica Greene, MS, CRC dated 1/10/2022. Please review the TSA report for complete details regarding demographics, capacities utilized, education, work history, transferable skills and alternative occupations with accompanying wages. By way of summary, EE is a 51-year-old Team Leader with a High School diploma. EE has the following work history: EE was a Team Leader since 1991. The alternative occupations identified within the TSA included: Checker II and Diet Clerk.

I have been asked to utilize restrictions and limitations from restrictions and limitations outlined in the Peer Review by Clayton Cowl, MD dated 9/23/2022. Restrictions and limitations include:

- Sitting: up to 1 hour continuously for a maximum of 7 hours per day (allow change in position as needed);
- Standing: up to 0.5 hours continuously for a maximum of 2.5 hours per day (allow change in position as needed);
- Walking: up to 0.50 hours continuously for a maximum of 1.5 hours per day (allow change in position as needed with use of ambulatory assistive device);
- Reaching at desk level: unrestricted;
- Reaching overhead/below waist: occasionally;
- Fingering/mousing/keyboarding/handling/grasping: frequently;
- Climbing stairs: rarely (with use of grab rails);
- Climbing ladders/kneel/squat/crawl: never;
- Twisting/bending at waist: occasionally;
- Balancing at heights: never;
- Lift/carry: up to 20 pounds rarely or 10 pounds occasionally;
- Push/pull: with up to 30 pounds of force rarely or 15 pounds of force occasionally;

- Executive level cognitive functioning: unrestricted;
- Ability to communicate with others: unrestricted;
- Driving: occasionally;
- Visual or auditory acuity activities: unrestricted.
- Performance of safety-sensitive duties such as working at heights, balancing, or climbing ladders -- or operating machinery with moving parts that could potentially be injurious should be avoided.
- The weakness in the lower extremity would preclude continuous walking or standing beyond relatively brief periods of time and would make ladder climbing risky and should be restricted.

Post hoc analysis was completed to assess reaching overhead/below waist occasionally. Based on these updated capacities, the previously identified occupations of Checker II and Diet Clerk have each been precluded. Checker II and Diet Clerk have each been precluded given the fact that the EE has note demonstrated any clerical background via tasks such as copying completed in the past work history as well as giving consideration to the past industry and environment in which the EE worked.

Per ARC request, this VCM did review the Attorney Letter dated 8/25/2022 by Amanda Stansberry. While the physical concerns as noted within this letter were specific to the prior TSA and the Peer Review restrictions and limitations utilized for that review, this VCM still took the time to ensure that the above concern of the ability to use a cane for ambulation was plausible. When this VCM performed this TSA, the current updated medical restrictions outlined by Dr. Cowl were utilized and attention was given to the following restrictions which would be of concern to Attorney Stansberry.

- Sitting: up to 1 hour continuously for a maximum of 7 hours per day (allow change in position as needed);
- Standing: up to 0.5 hours continuously for a maximum of 2.5 hours per day (allow change in position as needed);
- Walking: up to 0.50 hours continuously for a maximum of 1.5 hours per day (allow change in position as needed with use of ambulatory assistive device);

When performing this review, this VCM was able to identify an alternative occupation that was within EE's education, training, transferable skills and physical capacities was identified. This occupation requires one to sit constantly, however would allow for position changes as needed. Furthermore, one would be able to stand up to allow for these position changes. Please note that the restriction for standing did not indicate that use of an ambulatory assistive device was necessary. As a Surveillance System Monitor one would not need to use their upper extremities more than occasionally to complete their monitoring tasks. This would allow for one to sit, if in fact hand usage was required. Additionally, in the current employment environment, and as a result of technological advancement, employers are providing a variety of workstation types and associated equipment that allow individuals opportunity to experience and sustain comfort in their respective work settings within the occupation(s). Therefore, given the culmination of the above noted information, the EE would be able to perform the following alternative occupation.

| DOT Code | Occupation | Str | National Monthly Wage |
|---|---|---|---|
| 379.367-010 | Surveillance System Monitor | S | $2954 |

*Wage Information is based on median 2021 Bureau of Labor Statistical Data*

This memorandum will serve in lieu of a formal written report given no change from the prior review.

Respectfully submitted,

Electronically Signed

Lori Ashworth, MEd, CRC
Vocational Rehabilitation Consultant II

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 869.131-030 | Supervisor, Manufactured Buildings | 7 | 15 | 0 | Y | Y | N | M | 06.02.01 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 7 (2 to 4 years) | No Change |
| Minimum | | 7 (2 to 4 years) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 4 Grades 9-12 | No Change |
| Mathematics | | 3 Grades 7-8 | 4 Grades 9-12 |
| Language | | 3 Grades 7-8 | 4 Grades 9-12 |
| **Physical Demands** | | | |
| Strength | Maximum | M Medium | S Sedentary |
| | Minimum | M Medium | S Sedentary |
| Climbing | | Occasionally | Never |
| Balancing | | Never | No Change |
| Stooping | | Occasionally | No Change |
| Kneeling | | Occasionally | Never |
| Crouching | | Occasionally | Never |
| Crawling | | Never | No Change |
| Reaching | | Frequently | Constantly |

| | | |
|---|---|---|
| Handling | Frequently | No Change |
| Fingering | Frequently | No Change |
| Feeling | Never | Unknown |
| Talking | Frequently | Constantly |
| Hearing | Frequently | Constantly |
| Tasting/Smelling | Never | Constantly |
| Near Acuity | Frequently | Constantly |
| Far Acuity | Occasionally | Constantly |
| Depth Perception | Frequently | Constantly |
| Accommodation | Occasionally | Constantly |
| Color Vision | Occasionally | Constantly |
| Field of Vision | Never | Constantly |

**Environmental Conditions**

| | | |
|---|---|---|
| Exposure to Weather | Never | Unknown |
| Extreme Cold | Never | Unknown |
| Extreme Heat | Never | Unknown |
| Wet and/or Humid | Never | Unknown |
| Vibration | Never | Unknown |
| Atmospheric Conditions | Never | Unknown |
| Proximity to Moving Mechanical Parts | Never | No Change |
| Exposure to Electrical Shock | Never | Unknown |
| Working in High Exposed Places | Never | No Change |
| Exposure to Radiation | Never | Unknown |
| Working with Explosives | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | Never | Unknown |
| Other Environmental Conditions | Never | No Change |
| Noise Intensity Level | Loud | Very Loud |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 3 (34-66 Percentile) | No Change |
| Verbal Aptitude | 3 (34-66 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 3 (34-66 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 3 (34-66 Percentile) | No Change |
| Finger Dexterity | 4 (11-33 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 4 (11-33 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | Yes |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | No | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | No | No Change |

| | | |
|---|---|---|
| 3 Compiling | No | Yes |
| 4 Computing | No | No Change |
| 5 Copying | No | No Change |
| 6 Comparing | No | Yes |
| **Work Functions - People** | | |
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | Yes | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | No | Yes |
| 7 Serving | No | No Change |
| 8 Taking Instructions-Helping | No | Yes |
| **Work Functions - Things** | | |
| 0 Setting Up | No | No Change |
| 1 Precision Working | Yes | No Change |
| 2 Operating-Controlling | No | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | Yes |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | No | Yes |

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. JOHN LYNN JR

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

May 7, 2021

Mr. John W. Lynn Jr

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792

Dear Mr. John Lynn Jr:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Clayton Homes, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On May 6, 2021, we requested updated medical information from Dr. Griffin. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2021 through present from your physician(s).

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Clayton Homes, Inc's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by June 19, 2021, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by July 19, 2021, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than June 19, 2021 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Michael Harris
Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13926
Secure Fax No.: (603) 334-5995

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

| | |
|---|---|
| Date: | May 6, 2021 |
| To: | DR. DAVID GRIFFIN |
| Attn: | |
| Fax: | (256) 704-1224 |
| From: | Michael Harris<br>Claims Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-5995 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 10295792<br>Claimant: John Lynn<br><br>Clayton Homes, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

May 6, 2021

Dr. David Griffin

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792
Claimant: John Lynn
Claimant D.O.B.:

Dear Dr. David Griffin:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Clayton Homes, Inc's Group Disability Policy. We are writing in reference to John Lynn's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by May 12, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Michael Harris
Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13926
Secure Fax No.: (603) 334-5995

Attachments: 10295792-REQUEST-PROVIDER-04.30.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

| | |
|---|---|
| Date: | April 30, 2021 |
| To: | DR. DAVID GRIFFIN |
| Attn: | |
| Fax: | (256) 704-1224 |
| From: | Michael Harris<br>Claims Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-5995 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 10295792<br>Claimant: John Lynn<br><br>Clayton Homes, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

April 30, 2021

Dr. David Griffin

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792
Claimant: John Lynn
Claimant D.O.B.:

Dear Dr. David Griffin:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Clayton Homes, Inc's Group Disability Policy. We are writing in reference to John Lynn's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by May 6, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Michael Harris
Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13926
Secure Fax No.: (603) 334-5995

Attachments: 10295792-REQUEST-PROVIDER-04.23.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

| | |
|---|---|
| Date: | April 23, 2021 |
| To: | DR. DAVID GRIFFIN |
| Attn: | |
| Fax: | (256) 704-1224 |
| From: | Michael Harris<br>Claims Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-5995 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 10295792<br>Claimant: John Lynn<br><br>Clayton Homes, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

April 23, 2021

Dr. David Griffin

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792
Claimant: John Lvnn
Claimant D.O.B.:

Dear Dr. David Griffin:

We are the Disability Claim Administrator for your patient, John Lynn.

To evaluate Mr. Lynn's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2021 through present

We ask that you provide this information by April 29, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5995 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Lynn allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Lynn's signature.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Michael Harris
Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13926
Secure Fax No.: (603) 334-5995

Attachments: 10295792-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.08.2020

Lincoln
Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

00003977 LFPT0FD1 00014832

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) John Lynn

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 10295792 Date: 8-5-2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

| | |
|---|---|
| Date: | June 21, 2021 |
| To: | DR. ANDREA BATCHELOR |
| Attn: | |
| Fax: | (205) 489-3325 |
| From: | Michael Harris<br>Claims Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-5995 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 10295792<br>Claimant: John Lynn<br><br>Clayton Homes, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

June 21, 2021

Dr. Andrea Batchelor

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792
Claimant: John Lynn
Claimant D.O.B.:

Dear Dr. Andrea Batchelor:

We are the Disability Claim Administrator for your patient, John Lynn.

To evaluate Mr. Lynn's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2021 through present

We ask that you provide this information by June 27, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5995 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Michael Harris
Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13926
Secure Fax No.: (603) 334-5995

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

| | |
|---|---|
| Date: | October 25, 2021 |
| To: | DR. ANDREA BATCHELOR |
| Attn: | |
| Fax: | (205) 489-3325 |
| From: | Michael Harris<br>Claims Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-5995 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 10295792<br>Claimant: John Lynn<br><br>Clayton Homes, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

October 25, 2021

Dr. Andrea Batchelor

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792
Claimant: John Lynn
Claimant D.O.B.:

Dear Dr. Andrea Batchelor:

We are the Disability Claim Administrator for your patient, John Lynn.

To evaluate Mr. Lynn's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2021 through present

We ask that you provide this information by October 31, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5995 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Michael Harris
Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13926
Secure Fax No.: (603) 334-5995

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. JOHN LYNN JR

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

December 11, 2020

Mr. John W. Lynn Jr

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792

Dear Mr. John Lynn Jr:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Clayton Homes, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On December 10, 2020, we requested office visit notes, test results and treatment plans from Dr. Griffin. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from August 1, 2020 through present from your physician

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Clayton Homes, Inc's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by January 23, 2021, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by February 22, 2021, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than January 23, 2021 as required under

the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Michael Harris
Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13926
Secure Fax No.: (603) 334-5995

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

| | |
|---|---|
| Date: | April 23, 2021 |
| To: | DR. DAVID GRIFFIN |
| Attn: | |
| Fax: | (256) 704-1224 |
| From: | Michael Harris<br>Claims Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-5995 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 10295792<br>Claimant: John Lynn<br><br>Clayton Homes, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

April 23, 2021

Dr. David Griffin

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792
Claimant: John Lynn
Claimant D.O.B.:

Dear Dr. David Griffin:

We are the Disability Claim Administrator for your patient, John Lynn.

To evaluate Mr. Lynn's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2021 through present

We ask that you provide this information by April 29, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5995 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Lynn allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Lynn's signature.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Michael Harris
Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13926
Secure Fax No.: (603) 334-5995

Attachments: 10295792-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.08.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

00003977 LFPT0FD1 00014832

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) John Lynn

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 10295792 Date: 8-5-2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

| | |
|---|---|
| Date: | April 30, 2021 |
| To: | DR. DAVID GRIFFIN |
| Attn: | |
| Fax: | (256) 704-1224 |
| From: | Michael Harris<br>Claims Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-5995 |
| Total Pages<br>(Including Cover): | 6 |
| RE:<br><br>Claim #: 10295792<br>Claimant: John Lynn<br><br>Clayton Homes, Inc | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

April 30, 2021

Dr. David Griffin

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792
Claimant: John Lynn
Claimant D.O.B.:

Dear Dr. David Griffin:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Clayton Homes, Inc's Group Disability Policy. We are writing in reference to John Lynn's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by May 6, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Michael Harris
Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13926
Secure Fax No.: (603) 334-5995

Attachments: 10295792-REQUEST-PROVIDER-04.23.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

| | |
|---|---|
| Date: | April 23, 2021 |
| To: | DR. DAVID GRIFFIN |
| Attn: | |
| Fax: | (256) 704-1224 |
| From: | Michael Harris<br>Claims Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-5995 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 10295792<br>Claimant: John Lynn<br><br>Clayton Homes, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

April 23, 2021

Dr. David Griffin

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792
Claimant: John Lynn
Claimant D.O.B.:

Dear Dr. David Griffin:

We are the Disability Claim Administrator for your patient, John Lynn.

To evaluate Mr. Lynn's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2021 through present

We ask that you provide this information by April 29, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5995 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Lynn allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Lynn's signature.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Michael Harris
Claims Case Manager
Phone No.: (800) 291-0112 Ext. 13926
Secure Fax No.: (603) 334-5995

Attachments: 10295792-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.08.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5995

00003877 LFPT0FD1 00014832

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) John Lynn

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: _____ Claim Number: 10295792 Date: 8-5-2020

**A copy of this authorization will be considered as valid as the original.**

Lori Ashworth, MEd, CRC
Vocational Rehabilitation Consultant II
Group Protection

**Vocational Memorandum**

**From:** Lori Ashworth, M.Ed., CRC **Date:** 10/4/2022

**Claim#:** 10295792
**Claimant:** John Lynn
**Date of Birth:**
**Date of Disability:** 2/22/2020

## Vocational Assessment:

This VCM received this file for a TSA update to the prior TSA performed by Jessica Greene, MS, CRC dated 1/10/2022. Please review the TSA report for complete details regarding demographics, capacities utilized, education, work history, transferable skills and alternative occupations with accompanying wages. By way of summary, EE is a 51-year-old Team Leader with a High School diploma. EE has the following work history: EE was a Team Leader since 1991. The alternative occupations identified within the TSA included: Checker II and Diet Clerk.

I have been asked to utilize restrictions and limitations from restrictions and limitations outlined in the Peer Review by Clayton Cowl, MD dated 9/23/2022. Restrictions and limitations include:

- Sitting: up to 1 hour continuously for a maximum of 7 hours per day (allow change in position as needed);
- Standing: up to 0.5 hours continuously for a maximum of 2.5 hours per day (allow change in position as needed);
- Walking: up to 0.50 hours continuously for a maximum of 1.5 hours per day (allow change in position as needed with use of ambulatory assistive device);
- Reaching at desk level: unrestricted;
- Reaching overhead/below waist: occasionally;
- Fingering/mousing/keyboarding/handling/grasping: frequently;
- Climbing stairs: rarely (with use of grab rails);
- Climbing ladders/kneel/squat/crawl: never;
- Twisting/bending at waist: occasionally;
- Balancing at heights: never;
- Lift/carry: up to 20 pounds rarely or 10 pounds occasionally;
- Push/pull: with up to 30 pounds of force rarely or 15 pounds of force occasionally;

- Executive level cognitive functioning: unrestricted;
- Ability to communicate with others: unrestricted;
- Driving: occasionally;
- Visual or auditory acuity activities: unrestricted.
- Performance of safety-sensitive duties such as working at heights, balancing, or climbing ladders -- or operating machinery with moving parts that could potentially be injurious should be avoided.
- The weakness in the lower extremity would preclude continuous walking or standing beyond relatively brief periods of time and would make ladder climbing risky and should be restricted.

Post hoc analysis was completed to assess reaching overhead/below waist occasionally. Based on these updated capacities, the previously identified occupations of Checker II and Diet Clerk have each been precluded. Checker II and Diet Clerk have each been precluded given the fact that the EE has note demonstrated any clerical background via tasks such as copying completed in the past work history as well as giving consideration to the past industry and environment in which the EE worked.

Per ARC request, this VCM did review the Attorney Letter dated 8/25/2022 by Amanda Stansberry. While the physical concerns as noted within this letter were specific to the prior TSA and the Peer Review restrictions and limitations utilized for that review, this VCM still took the time to ensure that the above concern of the ability to use a cane for ambulation was plausible. When this VCM performed this TSA, the current updated medical restrictions outlined by Dr. Cowl were utilized and attention was given to the following restrictions which would be of concern to Attorney Stansberry.

- Sitting: up to 1 hour continuously for a maximum of 7 hours per day (allow change in position as needed);
- Standing: up to 0.5 hours continuously for a maximum of 2.5 hours per day (allow change in position as needed);
- Walking: up to 0.50 hours continuously for a maximum of 1.5 hours per day (allow change in position as needed with use of ambulatory assistive device);

When performing this review, this VCM was able to identify an alternative occupation that was within EE's education, training, transferable skills and physical capacities was identified. This occupation requires one to sit constantly, however would allow for position changes as needed. Furthermore, one would be able to stand up to allow for these position changes. Please note that the restriction for standing did not indicate that use of an ambulatory assistive device was necessary. As a Surveillance System Monitor one would not need to use their upper extremities more than occasionally to complete their monitoring tasks. This would allow for one to sit, if in fact hand usage was required. Additionally, in the current employment environment, and as a result of technological advancement, employers are providing a variety of workstation types and associated equipment that allow individuals opportunity to experience and sustain comfort in their respective work settings within the occupation(s). Therefore, given the culmination of the above noted information, the EE would be able to perform the following alternative occupation.

| DOT Code | Occupation | Str | National Monthly Wage |
|---|---|---|---|
| 379.367-010 | Surveillance System Monitor | S | $2954 |

*Wage Information is based on median 2021 Bureau of Labor Statistical Data*

This memorandum will serve in lieu of a formal written report given no change from the prior review.

Respectfully submitted,

Electronically Signed

Lori Ashworth, MEd, CRC
Vocational Rehabilitation Consultant II

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 869.131-030 | Supervisor, Manufactured Buildings | 7 | 15 | 0 | Y | Y | N | M | 06.02.01 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 7 (2 to 4 years) | No Change |
| Minimum | | 7 (2 to 4 years) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 4 Grades 9-12 | No Change |
| Mathematics | | 3 Grades 7-8 | 4 Grades 9-12 |
| Language | | 3 Grades 7-8 | 4 Grades 9-12 |
| **Physical Demands** | | | |
| Strength | Maximum | M Medium | S Sedentary |
| | Minimum | M Medium | S Sedentary |
| Climbing | | Occasionally | Never |
| Balancing | | Never | No Change |
| Stooping | | Occasionally | No Change |
| Kneeling | | Occasionally | Never |
| Crouching | | Occasionally | Never |
| Crawling | | Never | No Change |
| Reaching | | Frequently | Constantly |

| | | |
|---|---|---|
| Handling | Frequently | No Change |
| Fingering | Frequently | No Change |
| Feeling | Never | Unknown |
| Talking | Frequently | Constantly |
| Hearing | Frequently | Constantly |
| Tasting/Smelling | Never | Constantly |
| Near Acuity | Frequently | Constantly |
| Far Acuity | Occasionally | Constantly |
| Depth Perception | Frequently | Constantly |
| Accommodation | Occasionally | Constantly |
| Color Vision | Occasionally | Constantly |
| Field of Vision | Never | Constantly |

**Environmental Conditions**

| | | |
|---|---|---|
| Exposure to Weather | Never | Unknown |
| Extreme Cold | Never | Unknown |
| Extreme Heat | Never | Unknown |
| Wet and/or Humid | Never | Unknown |
| Vibration | Never | Unknown |
| Atmospheric Conditions | Never | Unknown |
| Proximity to Moving Mechanical Parts | Never | No Change |
| Exposure to Electrical Shock | Never | Unknown |
| Working in High Exposed Places | Never | No Change |
| Exposure to Radiation | Never | Unknown |
| Working with Explosives | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | Never | Unknown |
| Other Environmental Conditions | Never | No Change |
| Noise Intensity Level | Loud | Very Loud |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 3 (34-66 Percentile) | No Change |
| Verbal Aptitude | 3 (34-66 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 3 (34-66 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 3 (34-66 Percentile) | No Change |
| Finger Dexterity | 4 (11-33 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 4 (11-33 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | Yes |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | No | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | No | No Change |

| | | |
|---|---|---|
| 3 Compiling | No | Yes |
| 4 Computing | No | No Change |
| 5 Copying | No | No Change |
| 6 Comparing | No | Yes |
| **Work Functions - People** | | |
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | Yes | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | No | Yes |
| 7 Serving | No | No Change |
| 8 Taking Instructions-Helping | No | Yes |
| **Work Functions - Things** | | |
| 0 Setting Up | No | No Change |
| 1 Precision Working | Yes | No Change |
| 2 Operating-Controlling | No | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | Yes |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | No | Yes |

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688

AMANDA STANSBERRY
COX & STANSBERRY, LLC
3535 GRANDVIEW PARKWAY
SUITE 310
BIRMINGHAM AL 35243

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

November 8, 2022

Amanda Stansberry
Cox & Stansberry, LLC
3535 GRANDVIEW PARKWAY
SUITE 310
BIRMINGHAM, AL 35243

RE: Long Term Disability (LTD) Benefits
Clayton Homes, Inc
Claim #: 10295792
Claimant: John Lynn

Dear Amanda Stansberry:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Clayton Homes, Inc's Group Disability Policy. We are writing in reference to John Lynn's claim for LTD benefits under the Policy.

Per Mr. Lynn's November 7, 2022 request for relevant claim documentation, we have enclosed the following information:

- Clayton Homes, Inc’s Long Term Disability (LTD) Policy
- A complete copy of our claim file

If Mr. Lynn has any questions regarding this information, please contact me.

Sincerely,

Becky Averill
Claim Resolution Coordinator
Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 334-0401

## Transferable Skills Analysis

**Date: 1/10/21**
**Claimant: LYNN, JOHN**
**Claim #: 10295792**
**Policyholder: CLAYTON HOMES, INC**
**Predisability Earnings: $3,466.67**
**Gross Benefit Amount: $1,733.34**

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the insured's transferable skills and to determine if alternative occupations exist in the national economy.

**The following documentation was reviewed:**
JD, DOT, TEE, and Peer Review from Dr. Martin D. Hoffman, dated 1/521.

**Education & Training:**
Education: HS Diploma

**Last 15 years of Work History**:

| DOT Code | Occupation Title | Yrs | Str |
|---|---|---|---|
| 869.131-030 | Supervisor, Manufactured Buildings | 15+ | M |

**Restrictions and Limitations:**

Restrictions and Limitations used for this analysis were based upon the Peer Review from Dr. Martin D. Hoffman, dated 1/521.

- sitting unrestricted other than intermittent brief change in position
- standing/walking occasionally with use of an assistive device such as a cane as desired
- lifting/carrying up to 10 pounds occasionally and 5 pounds frequently (as long as carriage can be in one hand allowing for use of a cane)
- fingering, handling, typing and reaching at desk level and overhead unrestricted
- bending, stooping, and reaching below waist frequently
- crouching, kneeling, ladder climbing, work at unprotected heights, commercial driving and operating heavy equipment or safety-sensitive machinery to be avoided while using opioid analgesics

**Skills & Abilities:** Following oral and written instructions to set up and operate production-type machines; using hands, eyes, and fingers to adjust machine controls, manipulate hand tools, or assemble objects; directing work of others; staying within prescribed standards and guidelines; identifying variations in size, shape, and texture of objects; and working in hazardous or noisy conditions.

**Profile Adjustments:**

**GED Adjustments**: GED was set to grades 9-12 since the insured earned a HS Diploma.

**Strength:** The profile was set to sedentary due to the lifting restrictions.

**Physical:** climbing, balancing, kneeling, and crouching were set to never, stooping was set to frequently, reaching was set to constantly since this is a neutral position and occupations were screened for frequent reach below waist, handling, fingering, feeling, talking, hearing, tasting/smelling, near acuity, far acuity, depth perception, accommodation, color vision and field of vison were all set to constantly since there are no restrictions/limitations for these abilities.

**Environmental:** Proximity to moving mechanical parts and working in high exposed places were set to never. All other environmental conditions were adjusted to constantly as no limitations were noted. Noise was set to very loud since there are no limitations.

**Work Situations:** Performing repetitive short-cycle work was set to yes since the insured performed tasks such as checking others' work in the previous position. Working under specific instruction was set to yes since the insured took direction from a supervisor in the previous position.

**Data:** Copying and Comparing were set to yes since the insured kept records and checked others' work in the previous positions.

**People:** Speaking-signaling and taking instruction-helping were set to yes since the insured communicated with co-workers and took direction from a supervisor in the previous position.

**Things**: Manipulating and handling were set to yes since the insured has unrestricted fingering and handling ability.

**Summary:**
The Transferable Skills Analysis identified occupations are within the physical abilities and within the identified skill level.

**Examples of Occupations identified based on the national labor market and claimant's ability profile analysis:**

| DOT Code | Occupation | Str | National Monthly Wage |
|---|---|---|---|
| 209.687-010 | Checker II | S | $3,429 |
| 245.587-010 | Diet Clerk | S | $2,943 |

**Wage information is based on median wage from the 2020 Bureau of Labor Statistical Data

I have not met with the insured for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

Jessica Greene, MS, CRC
Vocational Rehabilitation Counselor

## Ability Profile:

**Name:** Lynn, John

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 869.131-030 | Supervisor, Manufactured Buildings | 7 | 15 | 0 | Y | Y | Y | M | 06.02.01 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 7 (2 to 4 years) | No Change |
| Minimum | | 7 (2 to 4 years) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 4 Grades 9-12 | No Change |
| Mathematics | | 3 Grades 7-8 | 4 Grades 9-12 |
| Language | | 3 Grades 7-8 | 4 Grades 9-12 |
| **Physical Demands** | | | |
| Strength | Maximum | M Medium | S Sedentary |
| | Minimum | M Medium | S Sedentary |
| Climbing | | Occasionally | Never |
| Balancing | | Never | No Change |
| Stooping | | Occasionally | Frequently |
| Kneeling | | Occasionally | Never |
| Crouching | | Occasionally | Never |
| Crawling | | Never | Constantly |
| Reaching | | Frequently | No Change |
| Handling | | Frequently | Constantly |
| Fingering | | Frequently | Constantly |
| Feeling | | Never | Constantly |
| Talking | | Frequently | Constantly |
| Hearing | | Frequently | Constantly |
| Tasting/Smelling | | Never | Constantly |
| Near Acuity | | Frequently | Constantly |
| Far Acuity | | Occasionally | Constantly |
| Depth Perception | | Frequently | Constantly |
| Accommodation | | Occasionally | Constantly |
| Color Vision | | Occasionally | Constantly |
| Field of Vision | | Never | Constantly |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Constantly |
| Extreme Cold | | Never | Constantly |
| Extreme Heat | | Never | Constantly |
| Wet and/or Humid | | Never | Constantly |
| Vibration | | Never | Constantly |
| Atmospheric Conditions | | Never | Constantly |
| Proximity to Moving Mechanical Parts | | Never | No Change |
| Exposure to Electrical Shock | | Never | Constantly |
| Working in High Exposed Places | | Never | No Change |
| Exposure to Radiation | | Never | Constantly |
| Working with Explosives | | Never | Constantly |
| Exposure to Toxic or Caustic Chemicals | | Never | Constantly |
| Other Environmental Conditions | | Never | Constantly |
| Noise Intensity Level | | Loud | Very Loud |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 3 (34-66 Percentile) | No Change |
| Verbal Aptitude | 3 (34-66 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 3 (34-66 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 3 (34-66 Percentile) | No Change |
| Finger Dexterity | 4 (11-33 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 4 (11-33 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | Yes |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | No | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | No | No Change |
| 3 Compiling | No | No Change |
| 4 Computing | No | No Change |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | Yes | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | No | Yes |
| 7 Serving | No | No Change |
| 8 Taking Instructions-Helping | No | Yes |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | Yes | No Change |
| 2 Operating-Controlling | No | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | Yes |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | No | Yes |

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- [x] JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- [ ] PHYSICAL JOB EVALUATION FORM (if available)
- [x] UPDATED MEDICAL WITH CLEAR R&L'S
- [x] TRAINING-EDUCATION-EXPERIENCE FORM
- [ ] MANAGER APPROVAL (if required)
- [ ] ATTORNEY INFO (if applicable)

FROM: Joshua Tuliano    DATE: Tuesday, September 27, 2022

## CLAIM BACKGROUND

Claimant Name: JOHN LYNN    Claim Number: 10295792

- [ ] STD
- [x] FULLY INSURED
- ( THRESHOLD $ )
- [x] LTD
- [ ] ASO
- [ ] LIFE

Has MDS worked the claim? [ ] YES [x] NO

Employer: CLAYTON HOMES, INC

Change In DEF. Date: 08/22/2022

Pre-Disability Earnings: $3,466.67 / M (mode)    Claim Service Type: ADOP

**Document Locations**

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Case Manager's Recommendations / Reason For Referral:**

CRS, TSA, benefit amt $1733.34/month. RLs outlined in 9/23/22 (saved in system 9/26/22) peer by Dr. Cowl. Do not assign to Jessica Greene due to appeal review. Please also see 8/25/22 attorney letter, there were arguments made against the claims level TSA findings.

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 11469973 Claim Last Updated 06/11/2021 Printed On 7/2/2025

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | JOHN W LYNN | SSN | | Birth Date | |
| Address | | Salary Amount $ | 3466.67 | Mode | M |
| | | Date of Hire | 06/13/1991 | | |
| | | Last Work Date | 02/21/2020 | | |
| | | Federal Tax | Employee Option | State Tax | Yes |
| Phone | | Phys Demands | Medium | | |

JobDesc ELECTRICAL TL

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Void | Status Reason | Duplicate Claim | Received Date | 06/09/2021 |
| Disability Date | 02/22/2020 | Close Date | 02/22/2020 | Reopen Date | |
| Sick Days Left | 182 | Max Ben Date | 12/19/2038 | RTW FT / PT | |
| Ben Begin Date | 08/22/2020 | Apprv Thru Date | | Gross Ben $ | |

Diagnosis 1 Code/Desc S59.901A Unspecified injury of right elbow, initial encounter

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 05 - 291250 CLAYTON HOMES, INC

Subsidiary 1150 CLAYTON HOMES, INC

Location 00942000 CLAYTON HOMES, INC

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2014

Class 1A ALL ACTIVE FULL-TIME HOURLY, SALARIED AND ALL COMMISSIONED SALES EMPI

Waiting Period: New/Mode-Current/Mode 30 Day 30 Day Days in WRKWK

Elimination Period: Days/Type 180 Injury COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ 7.00 Survivor Ben Months/Wait Period 3 180

Non-Verifiable Symptoms Limit 24 Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 1A | 07/13/1991 |
| PD | 05 | STD | 02 | 07/13/1991 |

Additional Information:

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 11469973 **Accommodation Number**

**Note type:**

Primary Sort Order: Note Type / Note Number / (●) Note Date/Time / Accm. No.

Sec

**06/11/2021 4:42 PM - CLAIM Note 4**
Claim/Event/Leave: 11469973
NoteSubject : VOID
Other Subject :
Text: [06/11/2021 - PELLETIER, BRANDY]LTD CLAIM VOIDED. LTD CLASS ACR WILL AMEND CLASS MAX BEN TO SSNRA. CLAIM ADMINISTRATION WILL CONTINUE UNDER ORIGINAL LTD CLAIM, 10295792

**06/10/2021 10:58 AM - CLAIM Note 3**
Claim/Event/Leave: 11469973
NoteSubject : Action Plan
Other Subject : RTW OO AUG 2021
Text: [06/10/2021 - HARRIS, MICHAEL]LDW 2/21/20, DOD 2/22/20, BBD 8/22/20 - MAX BEN: 24 MONTHS - EE INITIALLY OOW DUE TO A FALL AT HOME ON 2/21/20, INJURING HIS LEFT ELBOW. EE HAD SX ON 2/27/20 TO REATTACH TENDON. EE HAD TO HAVE A 2ND SURGERY LATE MARCH2020 DUE TO BONE INFECTION - EE HAD TO HAVE HOME HEALTH AND IV TREATMENT AT HOME FOLLOWING SX. ON 5/3/20, EE HAD ANOTHER INJURY / ACCIDENT AT HOME - ACCIDENTLY SHOT HIMSELF IN THE RT LEG - NO FOUL PLAY / NO 3RD PARTY AND EE DID NOT MEAN TO DO THIS (NO EXCLUSIONS APPLY) - EE HAS HAD 2 SURGERIES ON HIS RT LEG SO FAR AND HAS A 3RD SX SCHEDULED FOR 8/14/20. EE REPORTS THAT AFTER HIS LEG INJURY, AP DOES NOT BELIEVE EE WILL BE ABLE TO PERFORM HIS OCC AGAIN. IN JAN 2021 - EE REPORTS AP IS NOW RECOMMENDING ANOTHER SURGERY. AS OF 2/25/21, EE IS WAITING ON INS APPROVAL FOR A 2ND OPINION PRIOR TO PROCEEDING W/ SURGERY. ACTION PLAN: F/U IN 3-4 WEEKS FOR UPDATE. IF EE HAS SX, R&L'S WILL CONTINUE. IF NO SURGERY, OBTAIN UPDATE MED FOR REVIEW

**06/10/2021 10:58 AM - CLAIM Note 2**
Claim/Event/Leave: 11469973
NoteSubject : Other
Other Subject : NEW CLAIM
Text: [06/10/2021 - HARRIS, MICHAEL]NEW CLAIM CREATED TO FIX LTD MBD -- REFER TO PRIOR CLAIM FOR MORE DETAILS (10295792)

**06/09/2021 1:54 PM - PHONE Note 1**
Claim/Event/Leave: 11469973
NoteSubject : Initial EE Interview
Other Subject : DEFERRED
Text: [06/09/2021 - HARRIS, MICHAEL]CLAIM CREATED FOR CODING REASONS / TO CORRECT THE LTD MBD

**06/09/2021 10:56 AM - CLAIM Note 1**
Claim/Event/Leave: 11469973
NoteSubject : Control Report
Other Subject : 06/09/2021
Text: [06/09/2021 - WOODS, NIKOLE]MANUAL CLAIM CREATED FROM REPORT -- 10295792 MICHAEL HARRIS LYNN JOHN LTD AP A 7/21/2020 2/22/2020 8/22/2020 8/21/2022 8/21/2022 O

**06/09/2021 10:56 AM - POSSINV Note 1**
Claim/Event/Leave: 11469973
NoteSubject : Prior Claim
Other Subject :
Text: [06/09/2021 - WOODS, NIKOLE]PLEASE INVESTIGATE

**From:** DoNotReply@lfg.com
**Sent:** Fri, 11 Jun 2021 15:01:22 +0000
**To:**
Alisa.Prince@ClaytonHomes.com;jessica.moore@claytonhomes.com;Manning.Borden@claytonhomes.com;Rebecca.Kanaday@SEHomes.com;Valerie.Jones@ClaytonHomes.com
**Subject:** Claim #11469973, JOHN LYNN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 2/22/2020. The claim has been approved through 8/21/2022. The case manager for this claim is Charles Harris. The claim number is 11469973.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Fri, 11 Jun 2021 15:01:22 +0000
**To:** Alisa.Prince@ClaytonHomes.com;jessica.moore@claytonhomes.com;Manning.Borden@claytonhomes.com;Rebecca.Kanaday@SEHomes.com;Valerie.Jones@ClaytonHomes.com
**Subject:** Claim #11469973, JOHN LYNN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 2/22/2020. The claim has been approved through 8/21/2022. The case manager for this claim is Charles Harris. The claim number is 11469973.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Fri, 11 Jun 2021 15:01:22 +0000
**To:**
Alisa.Prince@ClaytonHomes.com;jessica.moore@claytonhomes.com;Manning.Borden@claytonhomes.com;Rebecca.Kanaday@SEHomes.com;Valerie.Jones@ClaytonHomes.com
**Subject:** Claim #11469973, JOHN LYNN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 2/22/2020. The claim has been approved through 8/21/2022. The case manager for this claim is Charles Harris. The claim number is 11469973.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Fri, 11 Jun 2021 15:01:22 +0000
**To:** Alisa.Prince@ClaytonHomes.com;jessica.moore@claytonhomes.com;Manning.Borden@claytonhomes.com;Rebecca.Kanaday@SEHomes.com;Valerie.Jones@ClaytonHomes.com
**Subject:** Claim #11469973, JOHN LYNN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 2/22/2020. The claim has been approved through 8/21/2022. The case manager for this claim is Charles Harris. The claim number is 11469973.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Fri, 11 Jun 2021 15:01:22 +0000
**To:**
Alisa.Prince@ClaytonHomes.com;jessica.moore@claytonhomes.com;Manning.Borden@claytonhomes.com;Rebecca.Kanaday@SEHomes.com;Valerie.Jones@ClaytonHomes.com
**Subject:** Claim #11469973, JOHN LYNN

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 2/22/2020. The claim has been approved through 8/21/2022. The case manager for this claim is Charles Harris. The claim number is 11469973.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

JOHN LYNN

0000

Cover Page
Insert 1 0
Insert 2 0
Insert 3 0
Insert 4 0
Insert 5 0
Insert 6 0
Insert 7 0

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 10, 2021

JOHN LYNN

0000

RE: CLAYTON HOMES, INC
Long Term Disability Benefits
Claim #: 11469973

MR. LYNN

We acknowledge receipt of your request for consideration of disability benefits.

Lincoln Life Assurance Company of Boston is required to inform you of certain state mandated regulations, one of which is fraud notification.

For your protection, Alabama law requires us to provide the following statement: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines and confinement in prison, or any combination thereof.

Sincerely,

Charles Harris
Disability Case Manager
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 9834821 Claim Last Updated 07/21/2020 Printed On 7/2/2025

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | JOHN W LYNN | SSN | | Birth Date | |
| Address | | Salary Amount $ | 800.00 | Mode | W |
| | | Date of Hire | 06/13/1991 | | |
| | | Last Work Date | 02/21/2020 | | |
| | | Federal Tax | Table | State Tax | Yes |
| Phone | | Phys Demands | Medium | | |

JobDesc ELECTRICAL TL

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Max Dur/To LTD | Received Date | 02/26/2020 |
| Disability Date | 02/22/2020 | Close Date | 08/22/2020 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 08/21/2020 | RTW FT / PT | |
| Ben Begin Date | 02/22/2020 | Apprv Thru Date | 08/21/2020 | Gross Ben $ | |

Diagnosis 1 Code/Desc S59.901A Unspecified injury of right elbow, initial encounter

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 05 - 291250 CLAYTON HOMES, INC

Subsidiary 1150 CLAYTON HOMES, INC

Location 00942000 CLAYTON HOMES, INC

Symb PD Numeral 05 Product STD Funding ASO Bank Y Calcs Y Cntr Eff 01/01/2020

Class 02 ALL ACTIVE FULL-TIME SALARIED AND HOURLY EMPLOYEES OF THE SPONSOR E

Waiting Period: New/Mode-Current/Mode 30 Day 30 Day Days in WRKWK 5

Elimination Period: Days/Type 0 Injury COLA: Mode/Duration

Successive Period: Period/Mode 14 Day SS Integration:Type/Value

Partial Disability Type/Pct Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit M/N Limit

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 99.50 Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 1A | 07/13/1991 |
| PD | 05 | STD | 02 | 07/13/1991 |

Additional Information:

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim
* **Claim/Event/Leave Number** 9834821 **Accommodation Number**
**Note type:**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**11/08/2022 3:19 PM - CLAIM Note 38**
Claim/Event/Leave: 9834821
NoteSubject : Other
Other Subject : FILE COPY
Text: [11/08/2022 - KEEFER, DAWN]COMPLETE FILE COPY REQUEST FOR CLAIM #1295792 9834821 HAS BEEN COMPLETED AND SENT VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED AMANDA@COXSTANSBERRY.COM

**08/22/2020 3:27 AM - NOTIFICATION Note 26**
Claim/Event: 9834821
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your benefit payment for 08/20/2020 through 08/21/2020 in the net amount of $176.44 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 08/22/2020 03:27 AM EST
Current Status: DELIVERED
Delivered ON: 08/22/2020 11:00 AM EST

**08/20/2020 3:40 AM - NOTIFICATION Note 25**
Claim/Event: 9834821
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your benefit payment for 08/13/2020 through 08/19/2020 in the net amount of $420.62 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 08/20/2020 03:40 AM EST
Current Status: DELIVERED
Delivered ON: 08/20/2020 11:00 AM EST

**08/13/2020 3:39 AM - NOTIFICATION Note 24**
Claim/Event: 9834821
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your benefit payment for 08/06/2020 through 08/12/2020 in the net amount of $420.62 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 08/13/2020 03:39 AM EST
Current Status: DELIVERED
Delivered ON: 08/13/2020 11:01 AM EST

**08/06/2020 3:39 AM - NOTIFICATION Note 23**
Claim/Event: 9834821
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your benefit payment for 07/30/2020 through 08/05/2020 in the net amount of $420.62 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 08/06/2020 03:39 AM EST
Current Status: DELIVERED
Delivered ON: 08/06/2020 11:00 AM EST

**07/30/2020 3:40 AM - NOTIFICATION Note 22**
Claim/Event: 9834821

NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your benefit payment for 07/23/2020 through 07/29/2020 in the net amount of $420.62 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 07/30/2020 03:40 AM EST
Current Status: DELIVERED
Delivered ON: 07/30/2020 11:00 AM EST

**07/23/2020 3:40 AM - NOTIFICATION Note 21**
Claim/Event: 9834821
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your benefit payment for 07/16/2020 through 07/22/2020 in the net amount of $420.62 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 07/23/2020 03:40 AM EST
Current Status: DELIVERED
Delivered ON: 07/23/2020 11:00 AM EST

**07/21/2020 3:39 PM - NOTIFICATION Note 8**
Claim/Event/Leave: 9834821
NoteSubject : Text Message
Other Subject : Extension
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your approved through date has been changed from 08/14/2020 to 08/21/2020.
**TEXT Life Cycle**
Sent ON: 07/21/2020 03:39 PM EST
Current Status: DELIVERED
Delivered ON: 07/21/2020 03:39 PM EST

**07/17/2020 8:38 AM - CLAIM Note 37**
Claim/Event/Leave: 9834821
NoteSubject : Escalation
Other Subject : TO LTD
Text: [07/17/2020 - HARRIS, MICHAEL]CLAIM ASSIGNED TO LTD DCM M. HARRIS

**07/17/2020 8:18 AM - NOTIFICATION Note 7**
Claim/Event/Leave: 9834821
NoteSubject : Text Message
Other Subject : Extension
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your approved through date has been changed from 07/15/2020 to 08/14/2020.
**TEXT Life Cycle**
Sent ON: 07/17/2020 08:18 AM EST
Current Status: DELIVERED
Delivered ON: 07/17/2020 11:01 AM EST

**07/17/2020 8:18 AM - CLAIM Note 36**
Claim/Event/Leave: 9834821
NoteSubject : Extended Benefits
Other Subject :
Text: [07/17/2020 - SUMMERS, ERIC]AFTER REVIEWING OVN FROM DR GRIFFIN, I AM EXTENDING BENEFITS THROUGH 8/14 SX DATE BONE GRAFT OF FEMUR

**07/17/2020 8:18 AM - CLAIM Note 35**
Claim/Event/Leave: 9834821
NoteSubject : Med Records Rcvd
Other Subject :
Text: [07/17/2020 - SUMMERS, ERIC]DR GRIFFIN

**07/16/2020 8:39 AM - CLAIM Note 34**
Claim/Event/Leave: 9834821
NoteSubject : Escalation
Other Subject : TO LTD
Text: [07/16/2020 - SMILOVICI, JUSTINE]AGREE WITH ESCALATION TO LTD

**07/16/2020 3:50 AM - NOTIFICATION Note 20**
Claim/Event: 9834821
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your benefit payment for 07/09/2020 through 07/15/2020 in the net amount of $420.62 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**

Sent ON: 07/16/2020 03:50 AM EST
Current Status: DELIVERED
Delivered ON: 07/16/2020 11:00 AM EST

**07/15/2020 5:29 PM - CLAIM Note 33**
Claim/Event/Leave: 9834821
NoteSubject : Other
Other Subject : EMAIL TO ER
Text: [07/15/2020 - SUMMERS, ERIC]REQUEST JOB DESCRIPTION

**07/15/2020 5:27 PM - CLAIM Note 32**
Claim/Event/Leave: 9834821
NoteSubject : Ref to Other
Other Subject : ESCALATION
Text: [07/15/2020 - SUMMERS, ERIC]48 YOM LDW 2/21/20 DOD 2/21/20. ON 2/21, EE HURT HIS ELBOW WHEN HE TRIPPED OVER HIS OWN DOG. HE HAD SX TO REATTACH MUSCLE TENDON BACK TO ELBOW ON HIS RIGHT ARM ON 2/27. EE WAS OOW CONTINOUSLY SINCE THEN. ON 5/3/20 EE ACCIDENTALLY SHOT HIMSELF IN THE LEG AND HAD 2 SX PERFORMED AS A RESULT. THE POLICE REPORT DID NOT INDICATE ANY CRIMINAL ACTIVITY ON THE PART OF THE CLAIMANT IN RELATION TO THE SHOOTING. EE WILL BE HAVING ANOTHER SX ON 8/14 WITH DR GRIFFIN TO GRAFTA BONE IN HIS LEG. THERE IS NO TIMETABLE FOR RTW AT THIS TIME, SO I AM RECOMMENDING ESCALATION TO LTD. CLAIM IS CURRENTLY ON N/P FOR UPDATED RECORDS FROM DR GRIFFIN

**07/15/2020 5:20 PM - CLAIM Note 31**
Claim/Event/Leave: 9834821
NoteSubject : Notice/Proof Review
Other Subject : 8/28/20
Text: [07/15/2020 - SUMMERS, ERIC]PLACED EE ON N/P FOR MEDICAL

**07/15/2020 5:19 PM - CLAIM Note 30**
Claim/Event/Leave: 9834821
NoteSubject : LTR to EE
Other Subject :
Text: [07/15/2020 - SUMMERS, ERIC]N/P LTR FOR MEDICAL

**07/15/2020 5:19 PM - CLAIM Note 29**
Claim/Event/Leave: 9834821
NoteSubject : LTR to AP
Other Subject :
Text: [07/15/2020 - SUMMERS, ERIC]REQUEST MEDICAL DR GRIFFIN

**07/15/2020 5:15 PM - PHONE Note 13**
Claim/Event/Leave: 9834821
NoteSubject : Called EE
Other Subject :
Text: [07/15/2020 - SUMMERS, ERIC]EE WENT TO SURGEON GIRFFIN TODAY, SX SCHEDULED FOR 8/14/20 EE HAVING BONE GRAPH, EE UNSURE OF DURATION OOW POST SX. EE WILL BE OOW UNTIL SX

**07/09/2020 3:39 AM - NOTIFICATION Note 19**
Claim/Event: 9834821
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your benefit payment for 07/02/2020 through 07/08/2020 in the net amount of $420.62 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 07/09/2020 03:39 AM EST
Current Status: DELIVERED
Delivered ON: 07/09/2020 11:00 AM EST

**07/02/2020 4:21 AM - NOTIFICATION Note 18**
Claim/Event: 9834821
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your benefit payment for 06/25/2020 through 07/01/2020 in the net amount of $420.62 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 07/02/2020 04:21 AM EST
Current Status: DELIVERED
Delivered ON: 07/02/2020 11:00 AM EST

**06/25/2020 11:47 AM - CLAIM Note 28**
Claim/Event/Leave: 9834821
NoteSubject : Extended Benefits
Other Subject :
Text: [06/25/2020 - SUMMERS, ERIC]EE STATED AP DOES NOT BELIEVE HE WILL BE CLEARED TO RTW UNTIL SEPTEMBER. I AM EXTENDING BENEFITS THROUGH NOV WITH DR GRIFFIN IN ORDER TO GIVE EE TIME TO COMPLETE PHYSICAL

AM EXTENDING BENEFITS THROUGH NOV WITH DR GRIFFIN IN ORDER TO GIVE EE TIME TO COMPLETE PHYSICAL
THERAPY AND BE RE-EVALUATED. ON APPROVED THROUGHDATE I WILL REQUEST UPDATED RECORDS FROM DR. GRIFFIN AND PLACE THE CLAIM ON N/P

**06/25/2020 11:46 AM - NOTIFICATION Note 6**
Claim/Event/Leave: 9834821
NoteSubject : Text Message
Other Subject : Extension
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your approved through date has been changed from 06/30/2020 to 07/15/2020.
**TEXT Life Cycle**
Sent ON: 06/25/2020 11:46 AM EST
Current Status: DELIVERED
Delivered ON: 06/25/2020 11:46 AM EST

**06/25/2020 11:44 AM - PHONE Note 12**
Claim/Event/Leave: 9834821
NoteSubject : Called EE
Other Subject :
Text: [06/25/2020 - SUMMERS, ERIC]EE STARTED REHAB A COUPLE WEEKS AGO AND IS 30 PERCENT WEIGHT BEARING AND STILL NEEDS WALKER. PHYSICAL THERAPY WILL GO THROUGH 7/15. APPT WITH DR. GIFFIN IS 7/15/20 LOV ABOUT 3 WEEKS AGO. RTW UNCLEAR[06/25/2020 - SUMMERS, ERIC]ENCORE PHYSICAL THERAPY IS HIS PHYSICAL THERAPIST

**06/25/2020 11:42 AM - PHONE Note 11**
Claim/Event/Leave: 9834821
NoteSubject : EE Called
Other Subject :
Text: [06/25/2020 - SUMMERS, ERIC]EE LEFT VM INQUIRING ABOUT APPROVED THROUGH DATE

**06/25/2020 3:42 AM - NOTIFICATION Note 17**
Claim/Event: 9834821
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your benefit payment for 06/18/2020 through 06/24/2020 in the net amount of $420.62 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 06/25/2020 03:42 AM EST
Current Status: DELIVERED
Delivered ON: 06/25/2020 11:00 AM EST

**06/18/2020 3:40 AM - NOTIFICATION Note 16**
Claim/Event: 9834821
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your benefit payment for 06/11/2020 through 06/17/2020 in the net amount of $420.62 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 06/18/2020 03:40 AM EST
Current Status: DELIVERED
Delivered ON: 06/18/2020 11:00 AM EST

**06/17/2020 8:06 AM - CLAIM Note 27**
Claim/Event/Leave: 9834821
NoteSubject : Other
Other Subject : M1 REVIEW
Text: [06/17/2020 - SMILOVICI, JUSTINE]AGREE WITH HOLD, RECOMMEND OBTAIN UPDATE, REQUEST MEDICAL IF NO RTW, AND ESCALATE TO LTD

**06/16/2020 11:11 AM - CLAIM Note 26**
Claim/Event/Leave: 9834821
NoteSubject : Ref to Other
Other Subject : ESCALATION
Text: [06/16/2020 - SUMMERS, ERIC]48 YOM LDW 2/21/20 DOD 2/22/20 ORIGINALLY HURT ARM TRIPPING OVER DOG ON 2/21, HAD SX 2/27/20 TO REATTACH MUSCLE TENDON BACK TO ELBOW. EE THEN SHOT HIMSELF ON 5/2/20 AND HAD SX ON 5/6/20. CLAIM IS CURRENTLY APPROVED THORUGH 6/30/20, AND I AM RECOMMENDING HOLD TO CALL CLAIMANT FOR STATUS UPDATE

**06/11/2020 3:42 AM - NOTIFICATION Note 15**
Claim/Event: 9834821
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your benefit payment for 06/04/2020 through 06/10/2020 in the net amount of $420.62 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 06/11/2020 03:42 AM EST

Current Status: DELIVERED
Delivered ON: 06/11/2020 11:00 AM EST

**06/04/2020 3:39 AM - NOTIFICATION Note 14**
Claim/Event: 9834821
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your benefit payment for 05/28/2020 through 06/03/2020 in the net amount of $420.62 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 06/04/2020 03:39 AM EST
Current Status: DELIVERED
Delivered ON: 06/04/2020 11:00 AM EST

**06/01/2020 9:45 AM - CLAIM Note 25**
Claim/Event/Leave: 9834821
NoteSubject : Med Records Rcvd
Other Subject :
Text: [06/01/2020 - SUMMERS, ERIC]DR VAGUE

**05/28/2020 3:40 AM - NOTIFICATION Note 13**
Claim/Event: 9834821
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your benefit payment for 05/21/2020 through 05/27/2020 in the net amount of $420.62 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 05/28/2020 03:40 AM EST
Current Status: DELIVERED
Delivered ON: 05/28/2020 11:01 AM EST

**05/22/2020 11:45 AM - NOTIFICATION Note 5**
Claim/Event/Leave: 9834821
NoteSubject : Text Message
Other Subject : Extension
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your approved through date has been changed from 05/20/2020 to 06/30/2020.
**TEXT Life Cycle**
Sent ON: 05/22/2020 11:45 AM EST
Current Status: DELIVERED
Delivered ON: 05/22/2020 11:45 AM EST

**05/22/2020 11:45 AM - CLAIM Note 24**
Claim/Event/Leave: 9834821
NoteSubject : Extended Benefits
Other Subject :
Text: [05/22/2020 - SUMMERS, ERIC]ACCORDING TO DR GRIFFIN 5/20 OVN, EE ACCIDENTALLY SHOT HIMSELF ON 5/2 WHEN HE WAS DECOCKING HIS GUN AND HAD SX ON 5/6. AP HAS ORDERED EE TO BE NONWEIGHBEARING FOR 8 WEEKS POST SX. GIVEN EE HEAVY JOB DEMANDS, I AM EXTENDING BEENFITS TO 8 WEEKS POST SX THROUGH 6/30/20

**05/22/2020 11:42 AM - CLAIM Note 23**
Claim/Event/Leave: 9834821
NoteSubject : Med Records Rcvd
Other Subject :
Text: [05/22/2020 - SUMMERS, ERIC]DR GRIFFIN

**05/22/2020 11:26 AM - PHONE Note 10**
Claim/Event/Leave: 9834821
NoteSubject : Other Called
Other Subject :
Text: [05/22/2020 - SUMMERS, ERIC]EE SPOUSE CALLED TO STATE SHE WOULD FAX ME OVN FORM LOV WITH DR GRIFFIN. DR GRIFFIN HAD TOLD THEM EE NEEDS TO BE OFF OF WORK ANOTHER 12 WEEKS

**05/22/2020 11:23 AM - CLAIM Note 22**
Claim/Event/Leave: 9834821
NoteSubject : Telephonic Intake
Other Subject : TX
Text: [05/22/2020 - BRAZEAU, DAWN]EE'S WIFE TAMMY CALLED TO PROVIDED AN UPDATE. EE IS NOT FULLY HEALED FROM HIS ELBOW INJURY, BUT HE HAS BEEN SHOT. ADVISED HER TO SPEAK TO DCM TO PROVIDE AN UPDATE. PROVIDED CONTACT INFO. TX CALL.

**05/21/2020 8:54 AM - CLAIM Note 21**
Claim/Event/Leave: 9834821
NoteSubject : LTR to AP

Other Subject :
Text: [05/21/2020 - SUMMERS, ERIC]REQUEST MEDICAL DR GRIFFIN

**05/21/2020 3:41 AM - NOTIFICATION Note 12**
Claim/Event: 9834821
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your benefit payment for 05/16/2020 through 05/20/2020 in the net amount of $258.54 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 05/21/2020 03:41 AM EST
Current Status: DELIVERED
Delivered ON: 05/21/2020 11:00 AM EST

**05/16/2020 3:15 AM - NOTIFICATION Note 11**
Claim/Event: 9834821
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your benefit payment for 05/09/2020 through 05/15/2020 in the net amount of $420.62 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 05/16/2020 03:15 AM EST
Current Status: DELIVERED
Delivered ON: 05/16/2020 11:01 AM EST

**05/15/2020 4:27 PM - CLAIM Note 20**
Claim/Event/Leave: 9834821
NoteSubject : Extended Benefits
Other Subject :
Text: [05/15/2020 - SUMMERS, ERIC]AFTER REVIEWING RECORDS FROM HUNTSVILLE HOSPITAL, I AM EXTENDING BENEFITS THOROUGH NOV WITH DR GIFFIN 5/20 AND WILL REQUEST MR FROM HIM

**05/15/2020 4:26 PM - NOTIFICATION Note 4**
Claim/Event/Leave: 9834821
NoteSubject : Text Message
Other Subject : Extension
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your approved through date has been changed from 05/17/2020 to 05/20/2020.
**TEXT Life Cycle**
Sent ON: 05/15/2020 04:26 PM EST
Current Status: DELIVERED
Delivered ON: 05/15/2020 04:26 PM EST

**05/15/2020 4:25 PM - CLAIM Note 19**
Claim/Event/Leave: 9834821
NoteSubject : Med Records Rcvd
Other Subject :
Text: [05/15/2020 - SUMMERS, ERIC]HUNSTVILLE HOSPITAL W POLICE REPORT INDICATING NO CRIMINAL CONDUCT ON PART OF EE

**05/14/2020 12:38 PM - CLAIM Note 18**
Claim/Event/Leave: 9834821
NoteSubject : Notice/Proof Review
Other Subject : 6/27/20
Text: [05/14/2020 - SUMMERS, ERIC]PLACED EE ON N/P FOR MEDICAL

**05/14/2020 12:38 PM - CLAIM Note 17**
Claim/Event/Leave: 9834821
NoteSubject : LTR to EE
Other Subject :
Text: [05/14/2020 - SUMMERS, ERIC]N/P LTR FOR MEDICAL

**05/14/2020 12:38 PM - CLAIM Note 16**
Claim/Event/Leave: 9834821
NoteSubject : LTR to AP
Other Subject :
Text: [05/14/2020 - SUMMERS, ERIC]REQUEST MEDICAL HUNTSVILLE HOSPITAL

**05/14/2020 12:09 PM - DOCUMENT Note 7**
Claim/Event/Leave: 9834821
NoteSubject : eSignature
Other Subject : Document Signed

**05/14/2020 11:54 AM - DOCUMENT Note 6**
Claim/Event/Leave: 9834821

Claim/Event/Leave: 9834821
NoteSubject : eSignature
Other Subject : Document Requested

**05/14/2020 11:52 AM - PHONE Note 9**
Claim/Event/Leave: 9834821
NoteSubject : EE Called
Other Subject :
Text: [05/14/2020 - SUMMERS, ERIC]EE ACCIDENTALLY GOT SHOT IN THE LEG ON 5/3/20. EE SHOT HIMSELF ACCIDENTALLY, LOST CONTROL OF GUN. EE WAS ADMITTED HUNTSVILLE HOSPITAL. ADMITTED ON 5/3/20, RELESED ON 5/8/20. EE HAD 2 SURGERIES PERFORMED ON LEG. NOFURTHER SURGERIES SCHEDULED. DR. DAVID GRIFFIN PH FAX 2565392728 PH 2567040848 NOV 5/20/20

**05/09/2020 3:18 AM - NOTIFICATION Note 10**
Claim/Event: 9834821
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your benefit payment for 05/02/2020 through 05/08/2020 in the net amount of $420.62 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 05/09/2020 03:18 AM EST
Current Status: DELIVERED
Delivered ON: 05/09/2020 11:00 AM EST

**05/02/2020 3:47 AM - NOTIFICATION Note 9**
Claim/Event: 9834821
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your benefit payment for 04/25/2020 through 05/01/2020 in the net amount of $420.62 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 05/02/2020 03:47 AM EST
Current Status: DELIVERED
Delivered ON: 05/02/2020 11:01 AM EST

**05/01/2020 12:49 PM - CLAIM Note 15**
Claim/Event/Leave: 9834821
NoteSubject : Med Records Rcvd
Other Subject :
Text: [05/01/2020 - SUMMERS, ERIC]DR VAGUE

**04/30/2020 10:27 AM - CLAIM Note 14**
Claim/Event/Leave: 9834821
NoteSubject : Extended Benefits
Other Subject :
Text: [04/30/2020 - SUMMERS, ERIC]EE ANTICIPATES RTW ON 5/18 SO I AM EXTENDING BENEFITS THROUGH 5/17. IF NO RTW, UPDATED MR FROM 5/12 OV WITH DR VAGUE WITH RESTRICIONS FORM WILL BE PURSUED

**04/30/2020 10:26 AM - NOTIFICATION Note 3**
Claim/Event/Leave: 9834821
NoteSubject : Text Message
Other Subject : Extension
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your approved through date has been changed from 05/06/2020 to 05/17/2020.
**TEXT Life Cycle**
Sent ON: 04/30/2020 10:26 AM EST
Current Status: DELIVERED
Delivered ON: 04/30/2020 11:00 AM EST

**04/30/2020 10:26 AM - PHONE Note 8**
Claim/Event/Leave: 9834821
NoteSubject : Called EE
Other Subject :
Text: [04/30/2020 - SUMMERS, ERIC]WOUND BECAME INFECTED AND EE HAD 2ND SX. ANTICIPATED RTW DATE IS 5/18/20. NOV WITH DR VAGUE IS 5/12

**04/25/2020 3:16 AM - NOTIFICATION Note 8**
Claim/Event: 9834821
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your benefit payment for 04/18/2020 through 04/24/2020 in the net amount of $420.62 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 04/25/2020 03:16 AM EST
Current Status: DELIVERED

Delivered ON: 04/25/2020 11:00 AM EST

**04/18/2020 3:06 AM - NOTIFICATION Note 7**
Claim/Event: 9834821
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your benefit payment for 04/11/2020 through 04/17/2020 in the net amount of $420.62 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 04/18/2020 03:06 AM EST
Current Status: DELIVERED
Delivered ON: 04/18/2020 11:00 AM EST

**04/15/2020 8:25 AM - CLAIM Note 13**
Claim/Event/Leave: 9834821
NoteSubject : Med Records Rcvd
Other Subject :
Text: [04/15/2020 - SUMMERS, ERIC]DR HARBIN[04/15/2020 - SUMMERS, ERIC]AP STATES HE MUST BE OFF WORK A MINIMUM OF 6 WEEKS POST 4/13 OV WHICH WOULD TAKE EE THROUGH MAY 24

**04/13/2020 12:34 PM - NOTIFICATION Note 6**
Claim/Event: 9834821
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your benefit payment for 04/04/2020 through 04/10/2020 in the net amount of $420.62 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 04/13/2020 12:34 PM EST
Current Status: DELIVERED
Delivered ON: 04/13/2020 12:34 PM EST

**04/07/2020 8:17 AM - CLAIM Note 12**
Claim/Event/Leave: 9834821
NoteSubject : Med Records Rcvd
Other Subject :
Text: [04/07/2020 - SUMMERS, ERIC]DR VAGUE

**04/04/2020 3:13 AM - NOTIFICATION Note 5**
Claim/Event: 9834821
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your benefit payment for 03/28/2020 through 04/03/2020 in the net amount of $420.62 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 04/04/2020 03:13 AM EST
Current Status: DELIVERED
Delivered ON: 04/04/2020 11:00 AM EST

**03/28/2020 3:18 AM - NOTIFICATION Note 4**
Claim/Event: 9834821
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your benefit payment for 03/21/2020 through 03/27/2020 in the net amount of $420.62 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 03/28/2020 03:18 AM EST
Current Status: DELIVERED
Delivered ON: 03/28/2020 11:00 AM EST

**03/27/2020 9:58 AM - CLAIM Note 11**
Claim/Event/Leave: 9834821
NoteSubject : Med Records Rcvd
Other Subject :
Text: [03/27/2020 - SUMMERS, ERIC]DR VAGUE

**03/21/2020 3:37 AM - NOTIFICATION Note 3**
Claim/Event: 9834821
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your benefit payment for 03/14/2020 through 03/20/2020 in the net amount of $420.62 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 03/21/2020 03:37 AM EST
Current Status: DELIVERED
Delivered ON: 03/21/2020 11:00 AM EST

Delivered ON: 03/21/2020 11:00 AM EST

**03/16/2020 8:37 AM - CLAIM Note 10**
Claim/Event/Leave: 9834821
NoteSubject : Other
Other Subject : PR DURATION
Text: [03/16/2020 - AYALA, JUSTINE]AGREE WITH CLAIM DURATION. IF , REQUEST CLARIFICATION OF SPECIFIC R&LS AND WHY THEY ARENORTW IMPOSED DIRECTLY FROM THE PROVIDER. IF R&LS CONTINUE TO SUPPORT DISABILITY, RECOMMEND REFER TO LTD NO LATER THAN 21 DAYS PRIOR TO MAX DATE AFTER REVIEWING LTD CHECKLIST FOR COMPLETITION.

**03/16/2020 4:52 AM - DOCUMENT Note 5**
Claim/Event/Leave: 9834821
NoteSubject : eSignature
Other Subject : Document Expired

**03/15/2020 11:07 AM - DOCUMENT Note 4**
Claim/Event/Leave: 9834821
NoteSubject : eSignature
Other Subject : Document Will Expire

**03/14/2020 11:07 AM - DOCUMENT Note 3**
Claim/Event/Leave: 9834821
NoteSubject : eSignature
Other Subject : Document Not Signed Day 5

**03/14/2020 3:11 AM - NOTIFICATION Note 2**
Claim/Event: 9834821
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your benefit payment for 03/07/2020 through 03/13/2020 in the net amount of $420.62 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 03/14/2020 03:11 AM EST
Current Status: DELIVERED
Delivered ON: 03/14/2020 11:00 AM EST

**03/13/2020 11:31 AM - CLAIM Note 9**
Claim/Event/Leave: 9834821
NoteSubject : Extended Benefits
Other Subject :
Text: [03/13/2020 - SUMMERS, ERIC]IN ACCORDANCE WITH AP RECOMMENDATIONS, DCM FINDS IT REASONABLE TO EXTEND BENEFITS THROUGH 5/6/20

**03/13/2020 11:17 AM - NOTIFICATION Note 2**
Claim/Event/Leave: 9834821
NoteSubject : Text Message
Other Subject : Extension
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your approved through date has been changed from 04/08/2020 to 05/06/2020.
**TEXT Life Cycle**
Sent ON: 03/13/2020 11:17 AM EST
Current Status: DELIVERED
Delivered ON: 03/13/2020 11:17 AM EST

**03/13/2020 11:15 AM - CLAIM Note 8**
Claim/Event/Leave: 9834821
NoteSubject : Med Records Rcvd
Other Subject :
Text: [03/13/2020 - SUMMERS, ERIC]DR VAGUE

**03/11/2020 11:07 AM - DOCUMENT Note 2**
Claim/Event/Leave: 9834821
NoteSubject : eSignature
Other Subject : Document Not Signed Day 2

**03/09/2020 11:09 AM - PHONE Note 7**
Claim/Event/Leave: 9834821
NoteSubject : Called EE
Other Subject :
Text: [03/09/2020 - SUMMERS, ERIC]LEFT VM STATING I HAD EMAILED EE DIRECT DEPOSIT APPLICATION, LEFT NUMBER

**03/09/2020 11:08 AM - PHONE Note 6**
Claim/Event/Leave: 9834821
NoteSubject : EE Called

NoteSubject : EE Called
Other Subject :
Text: [03/09/2020 - SUMMERS, ERIC]LEFT VM ASKING TO BE SET UP WITH DIRECT DEPOSIT

**03/09/2020 11:07 AM - DOCUMENT Note 1**
Claim/Event/Leave: 9834821
NoteSubject : eSignature
Other Subject : Document Requested

**03/05/2020 10:11 AM - PHONE Note 5**
Claim/Event/Leave: 9834821
NoteSubject : EE Called
Other Subject :
Text: [03/05/2020 - SUMMERS, ERIC]ADV EE OF CHECK AMOUNT, THAT TAXES ARE TAKEN OUT FOR FEDERAL, STATE AND LOCAL

**03/03/2020 4:15 AM - NOTIFICATION Note 1**
Claim/Event: 9834821
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your benefit payment for 02/22/2020 through 02/28/2020 in the net amount of $420.62 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 03/03/2020 04:15 AM EST
Current Status: DELIVERED
Delivered ON: 03/03/2020 10:00 AM EST

**03/02/2020 10:05 AM - CLAIM Note 7**
Claim/Event/Leave: 9834821
NoteSubject : Approved
Other Subject :
Text: [03/02/2020 - SUMMERS, ERIC]48 YOM LDS 2/21/20 DOD 2/22/20 EE INJURED HIS ELBOW ON 2/21 TRIPPING OVER HIS OWN DOG AND HAD SX TO REPAIR HIS RIGHT TRICEP ON 2/27. CLAIM IS APPROVED FOR 6 WEEKS POST SX THROUGH 4/8/20. BBD 2/22/20 INJURY 0 DAY EP. OCCIS ELECTRICIAN (HEAVY). WILL F/U WITH EE FOR STATUS UPDATE

**03/02/2020 10:03 AM - NOTIFICATION Note 1**
Claim/Event/Leave: 9834821
NoteSubject : Text Message
Other Subject : Approved
Text: Recipient Name : Lincoln Financial Group: Claim 9834821. Your disability claim has been approved through 04/08/2020.
**TEXT Life Cycle**
Sent ON: 03/02/2020 10:03 AM EST
Current Status: DELIVERED
Delivered ON: 03/02/2020 10:03 AM EST

**03/02/2020 9:54 AM - PHONE Note 4**
Claim/Event/Leave: 9834821
NoteSubject : Called AP
Other Subject : DR VAGUE
Text: [03/02/2020 - SUMMERS, ERIC]AP OFFICE CX SX 2/27 TRICEP REPAIR

**02/28/2020 11:22 AM - PHONE Note 3**
Claim/Event/Leave: 9834821
NoteSubject : Called AP
Other Subject : DR VAGUE
Text: [02/28/2020 - SUMMERS, ERIC]RECEPTIONIST STATED SHE WOULD PASS ALONG MESSAGE TO CALL BACK TO CX SX

**02/28/2020 11:19 AM - CLAIM Note 6**
Claim/Event/Leave: 9834821
NoteSubject : Med Records Rcvd
Other Subject :
Text: [02/28/2020 - SUMMERS, ERIC]DR BATCHELOR

**02/28/2020 10:01 AM - CLAIM Note 5**
Claim/Event/Leave: 9834821
NoteSubject : Notice/Proof Review
Other Subject : 4/12/20
Text: [02/28/2020 - SUMMERS, ERIC]PLACED EE ON N/P FOR MEDICAL

**02/28/2020 10:00 AM - CLAIM Note 4**
Claim/Event/Leave: 9834821
NoteSubject : LTR to EE
Other Subject :
Text: [02/28/2020 - SUMMERS, ERIC]N/P LTR FOR MEDICAL

**02/28/2020 9:58 AM - CLAIM Note 3**
Claim/Event/Leave: 9834821
NoteSubject : LTR to AP
Other Subject : DR VAGUE
Text: [02/28/2020 - SUMMERS, ERIC]REQUEST MEDICAL[02/28/2020 - SUMMERS, ERIC]REQUEST MEDICAL

**02/28/2020 9:50 AM - PHONE Note 2**
Claim/Event/Leave: 9834821
NoteSubject : Called AP
Other Subject :
Text: [02/28/2020 - SUMMERS, ERIC]REQUESTED OVN FROM 2/24 OV, AP OFFICE STATED THEY WOULD FAX THEM OVER TODAY

**02/28/2020 9:46 AM - PHONE Note 1**
Claim/Event/Leave: 9834821
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [02/28/2020 - SUMMERS, ERIC]48 YOM LDW 2/21/20 SX 2/27 REATTACH MUSCLE TENDON BACK TO ELBOW RIGHT ARM. TRIPPED OVER DOG ON 2/21 AND HURT SAME ELBOW PCP ON 2/24 DR BATCHLER PH 2054893322 WHO TOOK XRAYS AND ORDERED HIM TO SEE ORTHO ORTHO ON 2/25 DR.VAGUE PH 2052215374 SAME AP WHO PERFOMRED SX NOV IN 2 WEEKS EXPECTS TO MISS 6 WEEKS, EE IS IN CAST ELECTRICIAN, REQUIRES LIFITNG UP TO 100 LBS, NO 2ND JOB[03/02/2020 - SUMMERS, ERIC]EE TRIPPED OVER HIS OWN DOG

**02/27/2020 7:19 AM - CLAIM Note 2**
Claim/Event/Leave: 9834821
NoteSubject : Initial Entry
Other Subject :
Text: [02/27/2020 - PINHEIRO, SHANNA]PLEASE VERIFY DOD

**02/26/2020 1:17 PM - CLAIM Note 1**
Claim/Event/Leave: 9834821
NoteSubject : Internet Intake
Other Subject : SURGERY INFO
Text: EE REPORTED CLAIM. DX- RIGHT ELBOW INJURY. NO COMPLICATIONS REPORTED, RLS OF NO USE OF RIGHT ARM . EE TREATED BY DR. KENDALL C. VAGUE PH 2052215374. LOV- 2.25.20. NOV- 2.27.20. ERTW- UNKNOWN.

**This report contains claimant information collected from the employer interview. You will need to confirm this information with the employee.**

| | |
|---|---|
| Claim Number or Leave ID: | 9834821 |
| Reorted by Portal User ID: | JAMIE.DELEON@LFG.COM |
| Accident Date: | 1/1/1900 |
| Accident Time: | 12:00 AM |
| Job Description: | |
| Employee Subsidiary: | |
| Employee Location: | |
| Employee Class: | |
| Work Status: | |
| Salary Type: | |
| Earnings: | $0.00 |
| Return to Work Date: | 1/1/1900 |
| Product: | |
| Premium Employer Contribution: | |
| Premium Employee Contribution | |
| Employee Benefit Percent: | |

**The Employer Contact has indicated that the employee's injury or illness was work related, and the status of their WC claim is either accepted or pending.**

| | |
|---|---|
| WC Carrier | |
| WC Carrier Contact | |
| WC Carrier Contact Phone: | |

**The Employer Contact has indicated that the employee will be receiving another source(s) of income for a portion of the absence, or the entire absence, covered by this claim.**

**Other Income 1**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 2**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 3**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 4**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 5**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 6**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 7**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 8**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 9**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 10**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

L

John Lynn

Claim# 9834821

FAX
603-371-2683

**The Orthopaedic Center** TOC

**ORTHOPAEDICS, SPINE & SPORTS MEDICINE**

World-Class Expertise. Exceptional Care.

# FAX

To: Tammy Lynn
Office:
Fax: 205-489-3722
Phone:
Re: John Lynn

From: TOC
Phone:
Date:
Pages: (including cover)
CC:

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☒ Per Your Request

**Complete this section if information is PROTECTED HEALTH INFORMATION (PHI)**

PURPOSE: ☐ Treatment ☐ Payment ☐ Operations ☐ Other: ______

PATIENT NAME: ______ PATIENT NUMBER: ______

**INFORMATION FAXED:**

☐ Discharge Summary ☐ Lab Report ☐ Progress Note
☐ EMG Report ☐ MRI Report ☐ Work Status
☐ H & P ☐ Op Note ☐ X-Ray Report
☐ Other: ______
☐ Verification that fax number displayed at time of transmission and number on cover sheet match.

**Comments:** ______

*The documents accompanying this transmission may contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled.*

*If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited.*

**TOC Huntsville Main**
927 Franklin Street
Huntsville, AL 35801
Phone: (256) 539-2728
Fax: (256) 539-2666

**TOC Decatur**
2506 Danville Rd., Ste. 202
Decatur, AL 35603
Phone: (256) 340-9449
Fax: (256) 340-9820

**TOC Guntersville**
38 Rowe Drive
Guntersville, AL 35976
Phone: (256) 751-8901
Fax: (256) 751-8905

**TOC Rogersville**
16390 Hwy. 72
Rogersville, AL 35652
Phone: (256) 607-7083
Fax: (256) 607-7085

**TOC Ardmore**
28235 Hwy. 53
Ardmore, AL 35739
Phone: (256) 278-4326
Fax: (256) 943-1385

**TOC Fayetteville**
2330 Thornton Taylor Pkwy., Ste. B
Fayetteville, TN 37334
Phone: (931) 438-8168
Fax: (931) 438-8170

**TOC Huntsville South**
4810 Whitesport Cir., Ste. 120
Huntsville, AL 35802
Phone: (256) 704-0980
Fax: (256) 704-0979

**TOC Scottsboro**
104 Liberty Lane
Scottsboro, AL 35769
Phone: (256) 574-4448
Fax: (256) 574-4776

**TOC Athens**
22484 US Hwy. 72, Ste. 200
Athens, AL 35613
Phone: (256) 233-2332
Fax: (256) 216-3579

**TOC Spine Florence**
172 Ana Drive
Florence, AL 35630
Phone: (256) 263-1015
Fax: (256) 263-1347

**TOC Madison**
8415 Wenn Drive
Madison, AL 35758
Phone: (256) 704-1210
Fax: (256) 704-1224

**TOC Winfield**
1860 US Hwy. 43
Winfield, AL 35594
Phone: (205) 487-1111
Fax: (205) 487-1114

**TOC The Orthopaedic Center**
*Highly Skilled Specialists...World-Class Care*

| | |
|---|---|
| **Patient Name :** LYNN, JOHN | **Date of Service:** 07/15/20 |
| **DOB:** | **Chart#:** 836782 |

## HISTORY OF PRESENT ILLNESS

DOB:

HISTORY OF PRESENT ILLNESS: Mr. Lynn is a 48-year-old Caucasian male who presents today to the clinic for a followup evaluation of his right femur. The patient is status post debridement and irrigation with a retrograde nail to his right highly comminuted femur fracture. He is now approximately 8 weeks out from surgery. He states that he is still having some pain, but overall, he is doing okay. His range of motion to his knee is approximately full extension to approximately 95 degrees of flexion, but he has a hard stop at that flexion point and unable to go any further.

REVIEW OF SYSTEMS: A 10-point review of systems was reviewed and unchanged.

## REVIEW OF SYSTEMS

## PHYSICAL EXAM

PHYSICAL EXAMINATION:
GENERAL: Well developed, well nourished, and in no acute distress. Speech is clear and appropriate. Responds appropriately to questions.
HEENT: Atraumatic. Unremarkable. Pupils equal and reactive to light and accommodation. Extraocular movements intact. Oropharynx is clear.
NECK: Supple and nontender.
HEART: Regular rate and rhythm.
LUNGS: Clear. No increased work of breathing.
ABDOMEN: Soft and nontender. Bowel sounds in all 4 quadrants benign.
EXTREMITIES: Examination of the patient's right lower extremity reveals the patient has a slight antalgic gait using a walker. The patient maintains he is keeping 30 pound weightbearing on. He can come out to full extension to approximately 95 degrees of flexion. The surgical wounds are completely healed.
NEUROVASCULAR: Positive pulses. Positive sensation. The patient appears to be neurovascularly intact.
INTEGUMENTARY: No skin rashes, lesions, or ecchymosis is noted.

## IMAGING

- 73552.RT - 2V FEMUR Right

**Patient Name :** LYNN, JOHN **Date of Service:** 07/15/20
**DOB:** **Chart#:** 836782

## IMPRESSION

IMPRESSION: Status post gunshot wound, debridement and irrigation with a retrograde nail.

PLAN: We are going to schedule the patient for a bone grafting to his right femur before August 18, 2020, just due to the patient's insurance running out and try to manipulate his knee at that point. The patient will follow up with us approximately 2 to 3 days before that, and we will repeat x-rays. If the x-rays are improved, then we will not be doing the bone grafting on this patient. All of the patient's questions were answered in the office.

Kyle Claborn, CRNP
This patient was seen in conjunction with Dr. Griffin

- - Allergies reviewed with patient.
- - Medications reviewed with patient.
- Problem 1: S72.351D Displ commnt fx shaft of r femr, routine followup was added.

PLAN

- Bone grafting right femur

ORDER

- Follow Up weeks 4

PROCEDURE

- 99024 - 99024 Post-Op DX-S72.351D

## ALLERGIES

## MEDICATIONS

- Flexeril tablet 10 mg (1.0 Not Specified) #30 1 PO TID
- Percocet tablet 7.5-325 mg (1.0 Not Specified) #40 1 PO Q 6-8 HRS PRN PAIN

## VITALS

VITAL SIGNS
WT: lbs HT: inches BMI: 0.00 BP SYSTOLIC: BP DIASTOLIC:
VITAL SIGNS
SMOKER STATUS: TOBACCO USER:

## CC

PCP:

| | | | |
|---|---|---|---|
| **Patient Name :** | LYNN, JOHN | **Date of Service:** | 07/15/20 |
| **DOB:** | | **Chart#:** | 836782 |

**CC (continued)**

REF:

**SIGNATURE**

DBG/lj

DAVID B GRIFFIN, MD
Created and electronically signed 7/16/2020 7:57:06 AM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 371-2683

| | |
|---|---|
| Date: | May 21, 2020 |
| To: | DR. DAVID GRIFFIN |
| Attn: | |
| Fax: | (256) 539-2728 |
| From: | Eric Summers<br>Claims Examiner II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 371-2683 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 9834821<br>Claimant: John Lynn<br><br>Clayton Homes, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 371-2683

May 21, 2020

Dr. David Griffin

RE: Short Term Disability (STD) Benefits
Clayton Homes, Inc
Claim #: 9834821
Claimant: John Lynn
Claimant D.O.B.:

Dear Dr. David Griffin:

We are the Disability Claim Administrator for your patient, John Lynn.

To evaluate Mr. Lynn's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2020 through present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by May 28, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 371-2683 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Lynn allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Mr. Lynn’s signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Eric Summers
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 59450
Secure Fax No.: (603) 371-2683

Attachments: Restrictions Form
9834821-EMPLOYEE/CLAIMANT-05.14.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 371-2683

# Restrictions Form

**Return To:** Eric Summers

| John Lynn | | 9834821 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** – ____________ ______________________________
   **DATE LAST TREATED** – ____________ ______________________________
   **NEXT OFFICE VISIT** – ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

______________________________________________________________________
______________________________________________________________________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

______________________________________________________________________
______________________________________________________________________

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 371-2683

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

- * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
- * Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) John Lynn

Name of legal representative, if applicable (print) John Lynn Relationship Myself

Signature of claimant or legal representative DocuSigned by: John Lynn 5528CECB9871425...

Date of Birth: ______ Claim Number: 9834821 Date: 5/14/2020

**A copy of this authorization will be considered as valid as the original.**

L

John Lynn

Claim # 9834821

FAX
603-371-2683

Lincoln Financial Group®

# Reporting Your Disability Claim

The **Clayton Homes, Inc.** Short-Term Disability Policy is administered by Lincoln Life Assurance Company of Boston, a Lincoln Financial Group company.

Lincoln Financial Group offers employees direct access to claims resources and information. You can easily report a claim and check the status of your claim through Lincoln Financial Group's dedicated secure website or by telephone. Please visit: **www.MyLincolnPortal.com** to access employee resources and online tools, as referenced below.

## When Do I Report a Claim?

You may report a claim up to 30 days in advance of a planned disability absence (such as childbirth or prescheduled surgery). You may also report a claim as soon as you are hospitalized OR disabled due to injury OR as soon as you aware you will be disabled due to an illness for 7 or more calendar days.

## How Do I Report a Claim?

1. Contact your supervisor to report your absence.
2. Print this document, sign and date the Authorization to Release Information section below, and leave with your physician or medical care provider at your next visit.
   *Note: Lincoln Financial Group requires your physician to provide information about your medical condition. If this information cannot be obtained, benefits may be delayed.*
3. Report your claim via **www.MyLincolnPortal.com**. First time users must register using Company Code **CLAYTON.**
   Please have the following information available when you report your claim:
   - Your physician or medical care provider's name, address, fax and telephone numbers
   - Reason you are out of work (diagnosis/symptoms)
   - Your last day worked, first day absent from work, and anticipated return to work date

   Or you can call **1-800-713-7384** and speak with an Intake Specialist to report your claim.
4. Keep a record of your claim number. Reporting your claim online provides the added convenience of printing a claim report which includes your claim number and a summary of your claim details.
5. You may securely check the status of your claim online at **www.MyLincolnPortal.com** or by calling your Case Manager at **1-800-291-0112.**

## Authorization to Release Information

I authorize any health care provider having information about my physical or mental condition and treatment to give all information to the Company in the Lincoln Financial Group of companies **and/or** Plan Sponsor to which I am submitting a claim. I understand the information obtained by this Authorization will be used to determine eligibility for benefits. Information obtained under this Authorization or directly from me may be released to persons/organizations providing medical treatment or claim management/advisory services in connection with my claim, including Employee Assistance Programs (EAP), or other similar disease management/assistance programs providing services to the Plan Sponsor and/or the Company. This Authorization is valid for two years from the date appearing below with my signature. I have the right to revoke this Authorization by notifying the Company. I know that I may request a copy of the Authorization and I agree that a photographic copy shall be as valid as the original.

Employee Signature: [signature] Date: 5-21-2020

Print Employee Name: John Lynn

Group insurance products and services described herein are issued by Lincoln Life Assurance Company of Boston, a Lincoln Financial Group company. Home Office: Boston, MA. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. ©2018 Lincoln National Corporation. All rights reserved.

The Orthopaedic Center
Highly Skilled Specialists... World-Class Care

| | |
|---|---|
| Patient Name : LYNN, JOHN | Date of Service: 05/20/20 |
| DOB: | Chart#: 836782 |

DOB

HISTORY OF PRESENT ILLNESS: John Lynn is a 48-year-old male who presents today to the clinic for a followup evaluation of his right leg. The patient accidentally shot himself on May 2, 2020, when he was de-cocking his gun, and it went through the anterior portion of his femur, hitting the distal 1/3 shaft femur and going with a posterior exit wound. His last surgery was May 6, 2020, where we removed the ex-fix, and we had did a retrograde nailing of that femur. The patient states that his pain has gotten better, especially over the last couple of days, and he maintains he has been keeping all of his weight off that leg

REVIEW OF SYSTEMS: A 10-point review of systems was reviewed and negative unless stated below.

PHYSICAL EXAMINATION:
GENERAL: Well developed, well nourished, and in no acute distress. Speech is clear and appropriate. Responds appropriately to questions.
HEENT: Atraumatic. Unremarkable. Pupils equal and reactive to light and accommodation. Extraocular movements intact. Oropharynx is clear.
NECK: Supple and nontender.
HEART: Regular rate and rhythm.
LUNGS: Clear. No increased work of breathing.
ABDOMEN: Soft and nontender. Bowel sounds in all 4 quadrants benign
EXTREMITIES: Examination of the right femur reveals multiple puncture sites where the ex-fix and screw holes were that are well approximated with no erythema or drainage noted. It is held together with sutures. The patient is unable to completely straighten out his leg at this time. His thigh is still swollen, but it is soft. The traumatic wound on the anterior and posterior part of his thigh looks well approximated with no overt signs of infection as well. The patient is able to plantar flex and dorsiflex the foot. He can bend his knee to approximately 45 degrees. The remainder of the extremity exam is unremarkable.
NEUROVASCULAR: Positive pulses. Positive sensation. The patient appears to be neurovascularly intact.
INTEGUMENTARY: No skin rashes, lesions, or ecchymosis is noted.

X-RAYS: X-rays today show that the retrograde nail is still in appropriate position. There has been no interval change since the x-rays.

Patient Name : LYNN, JOHN | Date of Service: 05/20/20
DOB: | Chart#: 836782

- 73552.RT - 2V FEMUR Right

## IMPRESSION

PLAN: We will see the patient back in approximately 10 to 14 days to remove the sutures of the traumatic wound. We will remove the other sutures today. When the patient comes back, if he has not gained much of his motion back to his knee, I talked to the patient about that, we need to get him into physical therapy, but as of right now, he feels like he can do it on his own. The patient needs to continue to be nonweightbearing for a total of 8 weeks from surgery. All of the patient's questions were answered in the office.

Kyle Claborn, CRNP
This patient was seen in conjunction with Dr. Griffin

- - Allergies reviewed with patient.
- - Medications reviewed with patient.
- Problem 1: S72.351A Displaced comminuted fracture of shaft of right femur, init was added.

ORDER

- Follow Up weeks 1

PROCEDURE

- 99024 - 99024 Post-Op DX-S72.351A
- Remove Sutures/Staples

PRESCRIBED TODAY

- Percocet 10mg
- Flexeril 10mg

VITAL SIGNS
WT: lbs HT: inches BMI: 0.00 BP SYSTOLIC: BP DIASTOLIC:
VITAL SIGNS
SMOKER STATUS: TOBACCO USER:

PCP:

Patient Name : LYNN, JOHN Date of Service: 05/20/20
DOB: Chart#: 836782

REF:

DBG/ij

**** End of Systomedx document # 24774868 ****

Huntsville Hospital System
**Huntsville Hospital**
101 Sivley Road
Huntsville, Alabama 35801

| | | | |
|---|---|---|---|
| Patient: | LYNN Jr, JOHN WESLEY | | |
| MRN: | 10116962 | Admit Date/Time: | 5/3/2020 12:56 CDT |
| Financial Number: | 10116962-0001 | Disch Date/Time: | 5/8/2020 16:55 CDT |
| DOB/Age/Gender: | 48 years Male | Attending: | |
| Location: | 5NWM; 537; P | Referring: | |
| Deceased Date/Time: | | PCP: | |

## *Surgical Documentation*

| | |
|---|---|
| Document Type: | Operative Report |
| Service Date/Time: | 5/6/2020 14:44 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Removal spanning ex fix with retrograde IM nail right femur |
| Sign Information: | Griffin,MD,David B (5/6/2020 14:45 CDT) |

**Operative Report**

**Date of Procedure:**
05/06/2020

**Preoperative Diagnosis:**
Right comminuted distal one third femur fracture secondary to gunshot wound status post closed reduction with application of spanning external fixator

**Postoperative Diagnosis:**
Same

**Procedure:**
1. Removal spanning external fixator right lower extremity
2. Debridement and irrigation external fixator pin sites
3. Closed retrograde intramedullary nailing right distal one third femur fracture

**Components:**
Synthes: 11 x 360 mm retrograde IM nail

**Surgeon:**
David Griffin, MD.

**Assistant:**
Kyle Claborn, CRNP.
The nurse practitioner was present throughout the length of the case, proved essential for execution of procedure to provide positioning the
patient, holding retractors for exposure, positioning the extremity for implantation of components, manipulation of the C-arm, and closure of the wound, and application of the incisional VAC dressing.

**Anesthesia:**
General endotracheal.

**Estimated Blood Loss:**
200mL

**Tourniquet Time:**
0 min.

Huntsville Hospital System
Huntsville Hospital

Patient Name: LYNN Jr, JOHN WESLEY
MRN: 10116962
Financial Number: 10116962-0001
DOB/Age/Gender: 48 years Male

Admit Date/Time: 5/3/2020 12:56 CDT
Disch Date/Time: 5/8/2020 18:55 CDT
Attending:
Referring
PCP:

## Surgical Documentation

**Specimen:**
None

**Complications:**
None.

**Findings:**
Consistent with diagnosis

**Drains:**
None

**Counts:**
The needle and sponge counts correct x2.

**Description of Procedure in Detail:**

The patient was brought to the operating room and placed in the supine position on the Jackson table. After adequate induction of general endotracheal anesthetic the patient's bilateral lower extremities were draped out with benzoin new drapes and prepped and draped in sterile fashion consisting of a 10-minute Betadine scrub followed by Betadine prep. Sterile drapes were applied. Prior to beginning the nailing the patient's left intact femur was measured with a radiolucent ruler and determined to have a length of 360 mm from the intercondylar notch to the base of the lesser trochanter. It was decided to try to match this length on the right comminuted femur fracture side. Initial attention was turned to removal of the spanning external fixator. The Synthes wrenches were utilized to loosen the pin to bar clamps and the bars and clamps removed from the Schanz pins. The Schanz pins were then removed from the tibia and femur with a power drill and chuck device. The pin sites were then thoroughly curetted followed by irrigating the pin sites with bulb syringe irrigation. The pin sites were then closed with 3-0 nylon simple interrupted sutures. Tension was then turned to intramedullary nailing. The extremity was flexed over a sterile bump and a 3 cm incision was made overlying the patella tendon carried through skin and subcutaneous tissue down to the tendon. The tendon was split in its midline and access gained to the intercondylar notch of the femur. Under image guidance a guidepin was positioned on the intercondylar notch appropriately and then advanced into the distal femur. The 13 meter opening reamer was then passed over the guidewire aiding the starting portal. A ball tipped guidewire was then passed up the medullary canal of the femur to the fracture site and with traction the fracture line nicely and the guidewire was able to be passed across the fracture and seated fully in the intertrochanteric region. The canal was then sequentially reamed starting with an 8.5 mm reamer and progressed up in half millimeter increments to 11 mm at which point chatter was obtained in the isthmus. The canal was gently overreamed to 12 mm and an 11 mm x 360 mm retrograde nail was opened attached to drill guide and driver and then advanced over the guidewire up the medullary canal across the fracture and seated until it was slightly countersunk at the intercondylar notch. The nail rested at approaching the mid lesser trochanter proximally and this was felt to be very close to the measurement on the left femur. Clinically comparing the left leg to the right leg the patient's leg length had been restored. While maintaining gentle traction on the extremity to distal interlocking screws were then placed using the drill guide drill sleeves and calibrated twist drill through the distal aspect of the nail through a 2 cm incision over the lateral aspect of the distal thigh. Both screws confirmed to be through the nail and found satisfactory purchase. Following this 2 proximal interlocking screws were placed using C arm in a perfect circle method through stab incisions over the anterior aspect of the proximal thigh. Both screws were confirmed to be through the nail and found satisfactory purchase as well. The drill guide and driver were removed and a 0 mm in cap was placed in the distal end of the nail and seated fully. Final images confirmed satisfactory alignment of the fracture and satisfactory placement of the intramedullary nail. The wounds were irrigated copious amounts sterile saline containing antibiotic solution. The patella tendon split and the IT band split were repaired with #1 Vicryl running suture. The skin was closed with 3-0 nylon running and interrupted vertical mattress sutures. Silverlon dressings were applied all wounds followed by 4 x 4's web roll and an Ace bandage. The patient was then awakened from anesthesia and transferred to the postanesthesia recovery room in stable condition.

Huntsville Hospital System
**Huntsville Hospital**

| | | | |
|---|---|---|---|
| Patient Name: | LYNN Jr, JOHN WESLLY | | |
| MRN: | 10116962 | Admit Date/Time: | 5/3/2020 12:56 CDT |
| Financial Number: | 10116962-0001 | Disch Date/Time: | 5/8/2020 18:55 CDT |
| DOB/Age/Gender: | 48 years Male | Attending: | |
| | | Referring: | |
| | | PCP: | |

## *Surgical Documentation*

AP and lateral images of the patient's right femur were obtained intraoperatively confirming satisfactory alignment of the fracture and satisfactory placement of the intramedullary nail. These images were saved for permanent record and interpreted by myself.

Electronically Signed on 05/06/20 02:45 PM

Griffin, MD, David B

L

John Lynn

Claim # 9834821

FAX
603-371-2683

**right elbow**

Patient: **Lynn Jr, John W** **MRN: 63441** **FIN: 449278**
Age: **48 years** Sex: **Male** DOB
Associated Diagnoses: **None**
Author: **Vague MD, Kendall**

**Visit Information**

**Date of Service:** 05/28/2020 07:59 am **Performing Location:** Southern Orthopedic & Sports Medicine **Encounter#:** 449278

**Referring Provider:** REF-930 -Batchelor MD, Andrea M

**Chief Complaint**

**5/28/2020 8:04 AM CDT F/u hardware removal with excisional debridement osteomyelitis right proximal ulna status post triceps repair 2/21/20, possible mild compressive neuropathy nerve right elbow or wrist, right wrist pain secondary to disuse and weakness.**

**History of Present Illness**

Diagnosis status post excisional debridement osteomyelitis right proximal ulna status post triceps repair doing well #2 cubital tunnel syndrome right elbow. #3 status post gunshot wound right femur with comminuted open fracture treated in Huntsville with initial ex-fix followed with retrograde intramedullary nailing

Patient is here for follow-up of his right elbow. He is followed at Hospital for his left femur fracture and is doing well with this. He is on a walker. He does still have significant symptoms of ulnar nerve compressive neuropathy at the elbow with some weakness of his interosseous muscles and persistent numbness in the ulnar nerve distribution of his right hand. He is doing well with his elbow with almost full range of motion. His wound is healed without problems. He does have a couple small areas where sutures bother him. I cannot palpate a definitive suture and using a pair of pickups the callus over the small area was removed but no suture was visualized. I've told him that in the future if it becomes more prominent this can be removed in the office.

He does have a positive Tinel's over the cubital tunnel of his right elbow otherwise his wound is healed without problems with range of motion about 20° to 100°.

No evidence of redness or recurrent infection.

Plan recommend stopping his elbow brace. His antibiotics and PICC line will be managed at Huntsville since he is on antibiotics for his femur fracture. I'll see him back in about 4 weeks with an x-ray right elbow.-

**Review of Systems**

**Constitutional:** Negative.
**Eye:** Negative.
**Ear/Nose/Mouth/Throat:** Negative.
**Respiratory:** Negative.
**Cardiovascular:** Negative.
**Gastrointestinal:** Negative.
**Hematology/Lymphatics:** Negative.
**Endocrine**
**Immunologic:** Negative.
**Musculoskeletal:** Negative except as documented in history of present illness.
**Integumentary:** Negative.
**Neurologic:** Negative.
**Psychiatric:** Negative.

**Health Status**

**Allergies:**

Allergic Reactions (All)

No known allergies

**Medications:** (Selected)

Documented Medications

*Documented*

Adderall 10 mg oral tablet: = 1 tab(s) ( 10 mg ), Oral, bid, # 60 tab(s), 0 Refill(s), Type: Maintenance
KlonoPIN 0.5 mg oral tablet: = 1 tab(s) ( 0.5 mg ), po, bid, 0 Refill(s), Type: Maintenance
NexIUM 40 mg oral delayed release capsule: 1 cap(s) ( 40 mg ), po, daily, 0 Refill(s), Type: Maintenance

**Problem list:**

All Problems

Acid reflux / SNOMED CT 2535970019 / Confirmed
History of stomach ulcers / SNOMED CT 2986896014 / Confirmed

**Histories**

**Past Medical History:**

No active or resolved past medical history items have been selected or recorded.

**Family History:**

Entire family history is negative.

**Procedure history:**

Vasectomy (37801015).
Appendectomy (132967011).

**Social History:**

**Alcohol Assessment**

Never

**Tobacco Assessment**

Never smoker

**Substance Abuse Assessment**

Never

**Physical Examination**

Measurements from flow sheet : Measurements

5/28/2020 8:04 AM CDT Height Measured - Standard 67 in

**General:**

No qualifying data available.
, Alert and oriented, No acute distress.

**Eye:** Pupils are equal, round and reactive to light.
**HENT:** Normocephalic, Normal hearing.
**Neck:** Supple.
**Cardiovascular:** Good pulses equal in all extremities, Normal peripheral perfusion.
**Integumentary:** Warm, Dry.
**Neurologic:** Alert, Oriented, Normal sensory.
**Psychiatric:** Cooperative, Appropriate mood & affect.

**Signature Line**

Signed and Authored by Kendall Vague MD on 05/28/2020 08:59 AM CDT

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. JOHN LYNN JR

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 371-2683

July 16, 2020

Mr. John W. Lynn Jr

RE: Short Term Disability (STD) Benefits
Clayton Homes, Inc
Claim #: 9834821

Dear Mr. John Lynn Jr:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Clayton Homes, Inc's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On July 15, 2020, we requested the following from Dr. Griffin. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from July 1, 2020 through present from Dr. Griffin

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Clayton Homes, Inc's STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than August 28, 2020 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Eric Summers
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 59450
Secure Fax No.: (603) 371-2683

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 371-2683

| | |
|---|---|
| Date: | July 15, 2020 |
| To: | DR. DAVID GRIFFIN |
| Attn: | |
| Fax: | (256) 539-2728 |
| From: | Eric Summers<br>Claims Examiner II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 371-2683 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 9834821<br>Claimant: John Lynn<br><br>Clayton Homes, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 371-2683

July 15, 2020

Dr. David Griffin

RE: Short Term Disability (STD) Benefits
Clayton Homes, Inc
Claim #: 9834821
Claimant: John Lynn
Claimant D.O.B.:

Dear Dr. David Griffin:

We are the Disability Claim Administrator for your patient, John Lynn.

To evaluate Mr. Lynn's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2020 through present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by July 22, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 371-2683 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Lynn allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Lynn's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Eric Summers
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 59450
Secure Fax No.: (603) 371-2683

Attachments: Restrictions Form
9834821-EMPLOYEE/CLAIMANT-05.14.2020

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 371-2683

# Restrictions Form

**Return To:** Eric Summers

| John Lynn | | 9834821 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________
   **DATE LAST TREATED** — ____________ ____________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree ***AND*** Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 371-2683

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) John Lynn

Name of legal representative, if applicable (print) John Lynn Relationship Myself

Signature of claimant or legal representative DocuSigned by: John Lynn 5528CECB9871425...

Date of Birth: ______ Claim Number: 9834821 Date: 5/14/2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. JOHN LYNN JR

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 371-2683

May 15, 2020

Mr. John W. Lynn Jr

RE: Short Term Disability (STD) Benefits
Clayton Homes, Inc
Claim #: 9834821

Dear Mr. John Lynn Jr:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Clayton Homes, Inc's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On May 14, 2020, we requested the following from Huntsville Hospital. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from May 1, 2020 through present from Huntsville Hospital

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Clayton Homes, Inc's STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than June 27, 2020 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Eric Summers
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 59450
Secure Fax No.: (603) 371-2683

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 371-2683

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________

Date of Birth: ______________ Claim Number: 9834821 Date: ______________________

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 371-2683

| | |
|---|---|
| Date: | May 14, 2020 |
| To: | HUNSTVILLE HOSPITAL |
| Attn: | |
| Fax: | (256) 265-8131 |
| From: | Eric Summers<br>Claims Examiner II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 371-2683 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 9834821<br>Claimant: John Lynn<br><br>Clayton Homes, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 371-2683

May 14, 2020

Hunstville Hospital

RE: Short Term Disability (STD) Benefits
Clayton Homes, Inc
Claim #: 9834821
Claimant: John Lynn
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, John Lynn.

To evaluate Mr. Lynn's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2020 through present

We ask that you provide this information by May 21, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 371-2683 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Lynn allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Lynn's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this

law, we are asking that you not provide any genetic information when responding to this request for medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Eric Summers
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 59450
Secure Fax No.: (603) 371-2683

Attachments: 9834821-EMPLOYEE/CLAIMANT-05.14.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 371-2683

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) John Lynn

Name of legal representative, if applicable (print) John Lynn Relationship Myself

Signature of claimant or legal representative DocuSigned by: John Lynn 5528CEC8971425...

Date of Birth: ______ Claim Number: 9834821 Date: 5/14/2020

**A copy of this authorization will be considered as valid as the original.**

L

John Lynn

Claim # 983 4821 ARM

Fax 603-371 2683

FRONT

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

## EVENT

1 ORI #: AL0670000
2 Date of Report: 5 15 2020
3 Time of Report: 10 : 20 [X] AM [ ] PM [ ] MIL
4 Type Report: [X] Incident [ ] Offense [ ] Supplement
5 Supplement Date:
6 Agency Case Number: 2020050000029
7 Suffix:
8 Agency Name: Winston County Sheriff's Office
9 Sector:
Domestic Violence: [X] No [ ] Yes

10 Type of Incident or Offense: Officer's Report [ ] Felony [ ] Misdemeanor [ ] Attempted [X] Completed
11 Degree: N/A
12 UCR Code: 7777
13 State Code/Local Ordinance:
14 Type of Incident or Offense: [ ] Felony [ ] Misdemeanor [ ] Attempted [ ] Completed
15 Degree:
16 UCR Code:
17 State Code/Local Ordinance:

18 Place of Occurrence: [ ] Check here if event occurred at victim's residence
1740 CO/RD 367
DOUBLESPRINGS, AL 35553
If offense occurred at victim's residence, then only the approximate location should be listed in this section. (For example, a block number should be entered.) If the offense occurred elsewhere, then the specific address should be listed here.

Victim Demographics (Where victim is an individual)
19 Sex: [X] M [ ] F
20 Race: [X] W [ ] A [ ] B [ ] I
21 Ethnicity: [ ] Hispanic [X] Other
22 Multiple: [ ] Victims [ ] LE Officer
23 Age: 48
24 First Offender Suspected of Using: [ ] Alcohol [ ] Drugs [ ] Computer Equipment [X] N/A
25 Gang: [ ] Juvenile Gang [ ] Adult Gang [X] None/Unknown
26 Hate Bias: [ ] Yes [X] No
27 Bias Code:
28 Domestic Violence

29 Point of Entry: [ ] Door [ ] Roof [ ] Window [ ] Other
30 Method of Entry: [ ] Forcible [ ] Attempted Forcible [ ] No Force
31 Local Use:
32 Lighting: [ ] 1 Natural [ ] 2 Moon [ ] 3 Artificial Exterior [ ] 4 Artificial Interior [ ] 5 Unknown
33 Weather: [ ] 1 Clear [ ] 2 Cloudy [ ] 3 Rain [ ] 4 Fog [ ] 5 Snow [ ] 6 Hail [ ] 7 Unknown
34 Location Type: [ ] 01 Terminal [ ] 02 Bank [ ] 03 Bar [ ] 04 Church [ ] 05 Commercial [ ] 06 Construction [ ] 07 Conv Store [ ] 08 Dept Store [ ] 09 Drug Store [ ] 10 Field/Woods [ ] 11 Govt/Public Building [ ] 12 Supermarket [X] 13 Highway/Street [ ] 14 Hotel/Motel [ ] 15 Jail/Prison [ ] 16 Lake/Waterway [ ] 17 Liquor Store [ ] 18 Parking Lot/Garage [ ] 19 Storage Facility [ ] 20 Residence/Home [ ] 21 Restaurant [ ] 22 School/College [ ] 23 Service/Gas Station [ ] 24 Specialty Store [ ] 25 Other/Unknown
35 Occurred from MM/DD/YY: May 03 2020
36 Time of Event: 12 : 00 [X] AM [ ] PM [ ] MIL
37 Day of Week: [X] S [ ] M [ ] T [ ] W [ ] T [ ] F [ ] S
38 Occurred to MM/DD/YY:
39 Time of Event: : [ ] AM [ ] PM [ ] MIL
40 Day of Week: [ ] S [ ] M [ ] T [ ] W [ ] T [ ] F [ ] S
41 # Premises Entered (Burglary): 0
42 Type Criminal Activity: [ ] Buying/Receiving [ ] Cultivating/Manu [ ] Distributing/Selling [ ] Exploiting Children [ ] Operating/Promoting [ ] Possessing/Concealing [ ] Transporting/Importing [ ] Using/Consuming
43 Victim Type: [X] Individual [ ] Business [ ] Financial (Bank) [ ] Government [ ] Religious Org [ ] Society

## PROPERTY

| 44 Loss Code | 45 Property Code | 46 Qty | 47 Property Description (Include Make, Model, Size Type, Serial #, Color, Drug Type, Drug Qty, Etc.) | 48 Dollar Value Stolen | 48 Dollar Value Damaged | 49 Recovered Date | 49 Recovered Value |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

[ ] Continued on Supplement

Loss Code (Enter letter in loss code column): S Stolen; R Recovered; D Damaged/Destroyed; C Confiscated/Seized; B Burned; F Forged/Counterfeited; N None

Property Code (Enter # in property type column): 01 Aircraft; 02 Alcohol; 03 Autos; 04 Bicycles; 05 Buses; 06 Clothes; 07 Computer; 08 Consumables; 09 Credit Card; 10 Drugs; 11 Drug Equip; 12 Farm Equip; 13 Firearms; 14 Gambling Equipment; 15 Heavy Construction; 16 Household Goods; 17 Jewelry; 18 Livestock; 19 Merchandise; 20 Money; 21 Negotiable Instrument; 22 Non-negotiable Instru; 23 Office Equipment; 24 Other Motor Vehicle; 25 Purse/Wallet; 26 Radios/TV/VCR; 27 Recordings; 28 RV's; 29 Structure - Single Occupancy Dwelling; 30 Structure - Other Dwelling; 31 Structure - Other Commercial; 32 Structure - Industrial/ Manufacturing; 33 Structure - Public/Community; 34 Structure - Storage; 35 Structure - Other; 36 Tools - Power/Hand; 37 Trucks; 38 Vehicle Parts/Accessories; 39 Watercraft; 77 Other

## VEHICLES

50 Stolen Vehicle Only — Area Stolen: [ ] Residence [ ] Business [ ] Rural
51 Ownership verified by: [ ] Tag Receipt [ ] Title [ ] Bill of Sale [ ] Other
52 Veh. Categories: [ ] Stolen [ ] Recovered [ ] Suspect's Vehicle [ ] Victim's Vehicle [ ] Unauthorized Use [ ] Abandoned
53 Vehicle Year:
54 Vehicle Make:
55 Vehicle Model:
56 Number Veh Stolen:
57 Vehicle Description:
58 Vehicle Style:
59 Vehicle Color: Top ____ Bottom ____
60 License:
61 LST:
62 LIY:
63 Tag Color:
64 Vehicle VIN Number:
65 Warrant Signed: [ ] Yes [ ] No — Warrant Number:
Motor Vehicle Recovery Only Required For 24XX UCR Code
66 Stolen in your jurisdiction? [ ] Yes [ ] No Where?
67 Recovered in your jurisdiction? [ ] Yes [ ] No Where?
68 Case #:
69 SFX:
70 Case #:
71 SFX:
72 Case #:
73 SFX:

## ADMINISTRATION

74 Case Status: [ ] 1 Pending [ ] 2 Inactive [X] 3 Closed
75 Multiple Cases Closed Listed Above [ ]
Multiple Cases Closed Listed On Supplement [ ]
76 Entered NCIC/ACJIC: [ ] Yes [X] No
77 Case Disposition: [ ] Cleared by Arrest (Juv) [ ] Cleared by Arrest (Adult) [ ] Unfounded [ ] Exceptional Clearance [ ] Administratively Cleared
78 Exceptional Clearance (Check One): [ ] A Suspect/Offender Dead [ ] B Prosecution Declined/Other Prosecution [ ] C Extradition Denied [ ] D Victim Refused to Cooperate [ ] E Juvenile (No Custody) [ ] F Death of Victim
Date (MM/DD/YY):
NIC/AIN #:

79 Reporting Officer: Brandon J Simmons — Officer ID Number: W8
80 Assisting Officer: — Officer ID Number:
81 Supervisor Approval: — Officer ID Number:
82 Watch Commander: — Officer ID Number:

ACJIC-00-05

Printed on 5/15/2020

Huntsville Hospital System
**Huntsville Hospital**
101 Sivley Road
Huntsville, Alabama 35801

| | | | |
|---|---|---|---|
| Patient: | LYNN Jr, JOHN WESLEY | | |
| MRN: | 10116962 | Admit Date/Time: | 5/3/2020 12:56 CDT |
| Financial Number: | 10116962-0001 | Disch Date/Time: | |
| DOB/Age/Gender: | 48 years Male | Attending: | Griffin,MD,David B ; HH,Emergency |
| Location: | 5NWM; 537; P | Referring: | |
| Deceased Date/Time: | | PCP: | |

***Discharge Instructions***

| | |
|---|---|
| Document Type: | Patient Discharge Instructions |
| Service Date/Time: | 5/8/2020 18:49 CDT |
| Result Status: | Auth (Verified) |

LYNN Jr, JOHN WESLEY

**DOB:**
**MRN:** 10116962
**Visit Date:** 05/03/2020

# Discharge Instructions

## Reason for Your Visit

GSW to R thigh, above R knee. two penetrating injuries anterior and posterior thigh. Pt reports this to be an accidental discharge with a 45

## Your Diagnosis

MRSA infection of postoperative wound
Fracture of femur
Gunshot wound
Acid reflux
Tachycardia
Anemia
Urinary retention
Leg gunshot wound

## Procedures Performed

- Insertion Intramedullary Nail Femur (Right) (05/06/2020)
- Application External Fixator Femur (Right) (05/03/2020)
- Appendectomy
- Elbow
- Vasectomy

## Discharge Vitals

**Temperature** (Oral)
36.8 °C
**Heart Rate** (Peripheral)
104
**Respiratory Rate**
16
**Blood Pressure**
144/82

# What to do next

## Instructions From Your Doctor

**Incision Care**
- Inspect the dressing daily for any drainage.



PAGE 3/13 * RCVD AT 5/15/2020 3:51:25 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/4 * DNIS:6033712683 * CSID: * ANI:12054893722 * DURATION (mm-ss):03-43

Huntsville Hospital System
**Huntsville Hospital**

Patient Name: LYNN Jr, JOHN WESLEY
MRN: 10116962
Financial Number: 10116962-0001
DOB/Age/Gender: 48 years Male

Admit Date/Time: 5/3/2020 12:56 CDT
Disch Date/Time:
Attending: Griffin,MD,David B ; HH,Emergency
Referring:
PCP:

## *Discharge Instructions*

· Dressing (PICO) is to remain in place for 7 days. PICO suction will stop working between day 6-7.
· IF no (PICO) dressing, remove all dressings on 3rd day from surgery and leave incision open to air. Place a dry dressing if needed for drainage. Your sutures or staples will be removed at your follow-up visit if needed. Your incision was likely closed with a suture that does not need to be removed.
· Please keep the surgical incision clean and dry.

**When to Call**

· Temperature is 101.5° or greater.
· If you are unable to bear weight when you could days prior.
· If you have any trauma such as falls.
· Calf pain that is warm, tender, and, swollen.
· Extensive bruising or bleeding.
· Call TOC before going to the ER. Most questions or problems can be evaluated through our office.

**Follow Up**

· Call Dr. Griffin's team at 256-539-2728 after discharge from hospital to schedule a follow up appointment for 2-3 weeks after surgery or discharge from hospital. You are expected to follow up until your fracture is healed.
· First follow up appointment will be with Dr. Griffin's team in two weeks. If the incision is healed expect sutures (if any) to be removed and assessment of mobility and pain, along with x-rays.
· Second follow up with Dr. Griffin's team is approximately 8 weeks. Expect x-rays to be taken and reviewed, as well as overall assessment.
· You should follow up with your primary care provider within 2-4 weeks after the hip replacement.

**Emergency**

· We are available 24 hours a day in case you experience any problems once you leave the hospital. After hours, please call 256-539-2728 for assistance.

## You Need to Schedule the Following Appointments

**Follow Up with** Follow up with primary care provider
**When** Within 1 week

**Follow Up with** Griffin, MD, David B, Orthopedics (including surgery)
**When** In 3 weeks

**Why:** If you are not giving a follow-up appointment before discharge please call within 2 days after being discharge from the hospital to schedule your appointment date and time.

**Where:** 927 Franklin Street SE 4th Floor
Huntsville, AL 35801-
2565392728

## The Following Services Have Been Arranged for You

Special Serv & Comm Res, Anticipated -
None

## The Following Treatments Have Been Arranged for You

Current Home Treatments -

Huntsville Hospital System
**Huntsville Hospital**

| | | | |
|---|---|---|---|
| Patient Name: | LYNN Jr, JOHN WESLEY | | |
| MRN: | 10116962 | Admit Date/Time: | 5/3/2020 12:56 CDT |
| Financial Number: | 10116962-0001 | Disch Date/Time: | |
| DOB/Age/Gender: | 48 years Male | Attending: | Griffin,MD,David B ; HH,Emergency |
| | | Referring: | |
| | | PCP: | |

***Discharge Instructions***

IV therapy, Wound care

# Immunizations This Visit

## Given

| Vaccine | Date |
|---|---|
| tetanus/diphth/pertuss (Tdap) adult/adol | 05/03/2020 |

# Allergies

Cefzil (Unknown)

# Devices Implanted/Removed This Visit

**Notice: You have devices implanted this visit that may not be MR compatible.**

## Implanted

**Application External Fixator Femur**
Femur Right

- BAR CARBON CONCT LG 11X150 119750 **************************I/ORSY, ~NO BILL NEEDED~ 04-20-2020 LDL (2), 05/04/2020
- BAR CARBON CONCT LG 11X200 119800****************************************************NO BILL, IMPMP, I/ORSY, 03/09/2020 FL (2), 05/04/2020
- BAR CARBON CONCT LG 11X300 119900****************************************NO BILL, IMPMP, I/ORSY, 3/9/2020 , RLM 05/04/2020
- CLAMP CMB 213500 ***************************************************************************NO BILL, IMPMP, I/ORSY 03/09/2020 FL (12), 05/04/2020
- SCREW SCHNZ SLF DRIL 5.0/200 468950*****************************NO BILL ONLY IMPL/ORSY 3/9/2020 RLM (3), 05/04/2020
- SCREW TIT SCHNZ SLF DRIL 5/175 470770*************************************NO BILL ONLY IMPL/ORSY 3/9/2020 RLM (3), 05/04/2020

Body Site Undefined

- BAR CARBON CONCT LG 11X250 119850**********************************NO BILL, IMPMP, I/ORSY, 3/9/2020 , RLM 05/04/2020

Huntsville Hospital System
**Huntsville Hospital**

Patient Name: LYNN Jr, JOHN WESLEY
MRN: 10116962
Financial Number: 10116962-0001
DOB/Age/Gender: 48 years Male

Admit Date/Time: 5/3/2020 12:56 CDT
Disch Date/Time:
Attending: Griffin,MD,David B ; HH,Emergency
Referring:
PCP:

## *Discharge Instructions*

**Insertion Intramedullary Nail Femur**
Femur Right

- CAP END FOR RAFN-EX 0MM 161536 ************NO BILL NEEDED IMPME 03/13/2020 LDL 05/06/2020
- NAIL TIT CNLTD RAFN-EX 11/360 366195*******************************************NO BILL NEEDED IMPL/ORSY 05-07-2020 LDL 05/06/2020
- SCREW TIT LK STARDRV 5.0/34 470811 NO BILL NEEDED IMPL/ORSY 02/04/2020 FL (2), 05/06/2020

Body Site Undefined

- SCREW TIT LK STARDRV 5.0/60 470824****************************************NO BILL, IMPL/ORSY, $ 12/27/2019, RLM 05/06/2020
- SCREW TIT LK STARDRV 5.0/76 470832 ******************************** NO BILL, IMPL/ORSY, $ 12/24/2019, RLM 05/06/2020

# Education Materials

## Dr. Griffin's Discharge Instructions

## Distal Femur Fracture

**Incision Care**

- Inspect the dressing daily for any drainage.
- Dressing (PICO) is to remain intact until follow up appointment. PICO suction will stop working between day 6-7.
- IF no (PICO) dressing, remove all dressings on 3rd day from surgery and leave incision open to air. Place a dry dressing if needed for drainage. Your sutures or staples will be removed at your follow-up visit if needed. Your incision was likely closed with a suture that does not need to be removed.
- Please keep the surgical incision clean and dry.

**Splint:**

- If you were given a knee immobilizer, use at all times except for cleaning leg until follow up visit.
- If you were NOT given a knee immobilizer, work on knee motion, especially knee extension and do not place a pillow behind the knee. It is much harder to regain extension later.

**Medications/Pain Control**

Huntsville Hospital System
**Huntsville Hospital**

Patient Name: LYNN Jr, JOHN WESLEY
MRN: 10116962
Financial Number: 10116962-0001
DOB/Age/Gender: 48 years Male

Admit Date/Time: 5/3/2020 12:56 CDT
Disch Date/Time:
Attending: Griffin,MD,David B ; HH,Emergency
Referring:
PCP:

## *Discharge Instructions*

- Acetaminophen / oxycodone (Percocet 10mg): a narcotic medication used to help control acute pain. Percocet is equivalent to Morphine for pain control. You are allowed to have up to 10mg every 4 hours for moderate or severe pain. Tablets can be broken in half and taken. The goal is to be supplementing Tylenol for minimal pain and be weaning off this medicine by two weeks. Take pain medication as needed. Please contact Dr. Griffin's at 256-539-2728 if your pain is uncontrolled.
- Aspirin: an anti-inflammatory medicine used initial to help control knee swelling, pain, clot prevention. Aspirin should be taken with breakfast and dinner every day.
- Flexeril (cyclobenzaprine): a muscle relaxer used as needed to help control muscle spasms or cramps after surgery. This medicine will also make you groggy so we recommend you take it before bed to help control any pain at night.
- Zofran: is an antiemetic use for nausea and vomiting. This medication can make you drowsy.
- It is ok to use ice for 20 minutes every 3 hours and elevate the leg when not walking to help prevent swelling and pain.

**DVT**

- Take medication to try to prevent blood clots as recommended (Usually Lovenox or Xeralto) until completed. If you were not prescribed a medication for blood clots take aspirin 325 mg 2 times per day until your follow up appointment.

**Activity and Diet:**

- **DO NOT** Place weight on injured leg. Unless instructed otherwise. You may not be able to put weight on the leg for 8-12 weeks after surgery.
- Ice is an excellent source for pain, relief, swelling, stiffness and inflammation. Use it as often as 20 minutes out of every hour. It can be used for several weeks as needed.
- Start out with liquids and progress to your regular diet as you tolerate.

**Expectations**

- Expect minimal to moderate swelling down to the ankle.
- Expect a minimal amount of bloody drainage that is lessening each day.
- Expect a minimal amount of bruising that may tract down the leg toward the ankle.

**When to Call**

- Temperature is 101.5° or greater.
- If you are unable to bear weight when you could days prior.
- If you have any trauma such as falls.
- Calf pain that is warm, tender, and, swollen.

Huntsville Hospital System
**Huntsville Hospital**

| | | | |
|---|---|---|---|
| Patient Name: | LYNN Jr, JOHN WESLEY | | |
| MRN: | 10116962 | Admit Date/Time: | 5/3/2020 12:56 CDT |
| Financial Number: | 10116962-0001 | Disch Date/Time: | |
| DOB/Age/Gender: | 48 years Male | Attending: | Griffin,MD,David B ; HH,Emergency |
| | | Referring: | |
| | | PCP: | |

## *Discharge Instructions*

- Extensive bruising or bleeding.
- Call TOC before going to the ER. Most questions or problems can be evaluated through our office.

**Follow Up**

- Call Dr. Griffin's team at 256-539-2728 after discharge from hospital to schedule a follow up appointment for 2-3 weeks after surgery or discharge from hospital. You are expected to follow up until your fracture is healed.
- First follow up appointment will be with Dr. Griffin's team in two weeks. If the incision is healed expect sutures (if any) to be removed and assessment of mobility and pain, along with x-rays.
- Second follow up with Dr. Griffin's team is approximately 8 weeks. Expect x-rays to be taken and reviewed, as well as overall assessment.
- You should follow up with your primary care provider within 2-4 weeks after the hip replacement.

**Emergency**

- We are available 24 hours a day in case you experience any problems once you leave the hospital. After hours, please call 256-539-2728 for assistance.

**Thank you for trusting me and my staff and allowing us the opportunity to serve you. We are honored that you are allowing us to assist you on your journey to restore you back to your pre-injury state.** – Dr. David Griffin

## Common Emergency Awareness Tips

| | |
|---|---|
| IS IT A STROKE? | Act **FAST** and Check for these signs: |
| **FACE** | Does the face look uneven? |
| **ARM** | Does one arm drift down? |
| **SPEECH** | Does their speech sound strange? |
| **TIME** | Call 9-1-1 at any sign of stroke |

Huntsville Hospital System
**Huntsville Hospital**

Patient Name: LYNN Jr, JOHN WESLEY
MRN: 10116962
Financial Number: 10116962-0001
DOB/Age/Gender: 48 years Male

Admit Date/Time: 5/3/2020 12:56 CDT
Disch Date/Time:
Attending: Griffin,MD,David B ; HH,Emergency
Referring:
PCP:

***Discharge Instructions***

# Heart Attack Signs

**Chest discomfort:** Most heart attacks involve discomfort in the center of the chest and lasts more than a few minutes, or goes away and comes back. It can feel like uncomfortable pressure, squeezing, fullness or pain.
**Discomfort in upper body:** Symptoms can include pain or discomfort in one or both arms, back, neck, jaw or stomach.
**Shortness of breath:** With or without discomfort.
**Other signs:** Breaking out in a cold sweat, nausea, or lightheaded.
Remember, **MINUTES DO MATTER**. If you experience any of these heart attack warning signs, call **9-1-1** to get immediate medical attention!

TOC The Orthopaedic Center
ORTHOPAEDICS, SPINE & SPORTS MEDICINE

TRIMSNET

**Requested Information**

Patient Name: JOHN LYNN
Patient Date of Birth:
Facility: The Orthopaedic Center
Dates of Service: All Dates

Requested on: 05/12/2020
Delivery Method: Medical Records via Online Portal

Requested by: JOHN LYNN
Patient
Address is on file.
Phone: (205) 272-2454

Information Requested: ALL written records only

TRIMSNet Tracking Number: 1012-38

| /s/ JOHN LYNN | 05/12/2020 | 02:58 PM |
|---|---|---|
| (Signature)<br>Patient | (Date) | (Time) |

Huntsville Hospital System
**Huntsville Hospital**
101 Sivley Rd SW
Huntsville, AL 35801-4421

| | | | | |
|---|---|---|---|---|
| Patient: | **LYNN Jr, JOHN WESLEY** | | | |
| MRN: | 10116962 | | Admit Date/Time: | 5/3/2020 12:56 CDT |
| Financial Number: | 10116962-0001 | | Disch Date/Time: | |
| DOB/Age/Gender: | 48 years | Male | Copy To: | Griffin,MD,David B |
| Location: | 5NWM; 537; P | | Attending: | Griffin,MD,David B ; HH,Emergency |
| | | | Referring: | |
| | | | PCP: | |

## *Operative Report*

Document Type: Operative Report
Result Status: Auth (Verified)

**Operative Report**

**Date of Procedure:**
05/06/2020

**Preoperative Diagnosis:**
Right comminuted distal one third femur fracture secondary to gunshot wound status post closed reduction with application of spanning external fixator

**Postoperative Diagnosis:**
Same

**Procedure:**
1. Removal spanning external fixator right lower extremity
2. Debridement and irrigation external fixator pin sites
3. Closed retrograde intramedullary nailing right distal one third femur fracture

**Components:**
Synthes: 11 x 360 mm retrograde IM nail

**Surgeon:**
David Griffin, MD.

**Assistant:**
Kyle Claborn, CRNP.
The nurse practitioner was present throughout the length of the case, proved essential for execution of procedure to provide positioning the
patient, holding retractors for exposure, positioning the extremity for implantation of components, manipulation of the C-arm, and closure of the wound, and application of the incisional VAC dressing.

**Anesthesia:**
General endotracheal.

**Estimated Blood Loss:**
200mL

**Tourniquet Time:**
0 min.

**Specimen:**
None



PAGE 11/13 * RCVD AT 5/15/2020 3:51:25 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/4 * DNIS:6033712683 * CSID: * ANI:12054893722 * DURATION (mm-ss):03-43

Huntsville Hospital System
**Huntsville Hospital**

| | | | |
|---|---|---|---|
| Patient Name: | LYNN Jr, JOHN WESLEY | | |
| MRN: | 10116962 | Admit Date/Time: | 5/3/2020 12:56 CDT |
| Financial Number: | 10116962-0001 | Disch Date/Time: | |
| DOB/Age/Gender: | 48 years Male | Attending: | Griffin,MD,David B ; HH,Emergency |
| | | Referring: | |
| | | PCP: | |

## Operative Report

**Complications:**
None.

**Findings:**
Consistent with diagnosis

**Drains:**
None

**Counts:**
The needle and sponge counts correct x2.

**Description of Procedure in Detail:**

The patient was brought to the operating room and placed in the supine position on the Jackson table. After adequate induction of general endotracheal anesthetic the patient's bilateral lower extremities were draped out with benzoin new drapes and prepped and draped in sterile fashion consisting of a 10-minute Betadine scrub followed by Betadine prep. Sterile drapes were applied. Prior to beginning the nailing the patient's left intact femur was measured with a radiolucent ruler and determined to have a length of 360 mm from the intercondylar notch to the base of the lesser trochanter. It was decided to try to match this length on the right comminuted femur fracture side. Initial attention was turned to removal of the spanning external fixator. The Synthes wrenches were utilized to loosen the pin to bar clamps and the bars and clamps removed from the Schanz pins. The Schanz pins were then removed from the tibia and femur with a power drill and chuck device. The pin sites were then thoroughly curetted followed by irrigating the pin sites with bulb syringe irrigation. The pin sites were then closed with 3-0 nylon simple interrupted sutures. Tension was then turned to intramedullary nailing. The extremity was flexed over a sterile bump and a 3 cm incision was made overlying the patella tendon carried through skin and subcutaneous tissue down to the tendon. The tendon was split in its midline and access gained to the intercondylar notch of the femur. Under image guidance a guidepin was positioned on the intercondylar notch appropriately and then advanced into the distal femur. The 13 meter opening reamer was then passed over the guidewire aiding the starting portal. A ball-tipped guidewire was then passed up the medullary canal of the femur to the fracture site and with traction the fracture line nicely and the guidewire was able to be passed across the fracture and seated fully in the intertrochanteric region. The canal was then sequentially reamed starting with an 8.5 mm reamer and progressed up in half millimeter increments to 11 mm at which point chatter was obtained in the isthmus. The canal was gently overreamed to 12 mm and an 11 mm x 360 mm retrograde nail was opened attached to drill guide and driver and then advanced over the guidewire up the medullary canal across the fracture and seated until it was slightly countersunk at the intercondylar notch. The nail rested at approaching the mid lesser trochanter proximally and this was felt to be very close to the measurement on the left femur. Clinically comparing the left leg to the right leg the patient's leg length had been restored. While maintaining gentle traction on the extremity to distal interlocking screws were then placed using the drill guide drill sleeves and calibrated twist drill through the distal aspect of the nail through a 2 cm incision over the lateral aspect of the distal thigh. Both screws confirmed to be through the nail and found satisfactory purchase. Following this 2 proximal interlocking screws were placed using C arm in a perfect circle method through stab incisions over the anterior aspect of the proximal thigh. Both screws were confirmed to be through the nail and found satisfactory purchase as well. The drill guide and driver were removed and a 0 mm in cap was placed in the distal end of the nail and seated fully. Final images confirmed satisfactory alignment of the fracture and satisfactory placement of the intramedullary nail. The wounds were irrigated copious amounts sterile saline containing antibiotic solution. The patella tendon split and the IT band split were repaired with #1 Vicryl running suture. The skin was closed with 3-0 nylon running and interrupted vertical mattress sutures. Silverlon dressings were applied all wounds followed by 4 x 4's web roll and an Ace bandage. The patient was then awakened from anesthesia and transferred to the postanesthesia recovery room in stable condition.

AP and lateral images of the patient's right femur were obtained intraoperatively confirming satisfactory alignment of the fracture and satisfactory placement of the intramedullary nail. These images were saved for permanent record and interpreted by myself.

Huntsville Hospital System
**Huntsville Hospital**

Patient Name: LYNN Jr, JOHN WESLEY
MRN: 10116962
Financial Number: 10116962-0001
DOB/Age/Gender: 48 years Male

Admit Date/Time: 5/3/2020 12:56 CDT
Disch Date/Time:
Attending: Griffin,MD,David B ; HH,Emergency
Referring:
PCP:

## *Operative Report*

Electronically Signed on 05/06/20 02:45 PM

Griffin, MD, David B

L

John Lynn

Claim # 983 4821 ARM

FAX 603-371 2683

# FRONT ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

## EVENT

| 1 ORI # | 2 Date of Report | 3 Time of Report | 4 Type Report | 5 Supplement Date | 6 Agency Case Number | 7 Suffix |
|---|---|---|---|---|---|---|
| AL0670000 | 5 15 2020 | 10 : 20 [X] AM | [X] Incident | | 2020050000029 | |

8 Agency Name: **Winston County Sheriff's Office**
9 Sector:

10 Type of Incident or Offense: **Officer's Report** — [ ] Felony [ ] Misdemeanor [ ] Attempted [X] Completed
11 Degree: **N/A** 12 UCR Code: **7777** 13 State Code/Local Ordinance:

14 Type of Incident or Offense: [ ] Felony [ ] Misdemeanor [ ] Attempted [ ] Completed
15 Degree: 16 UCR Code: 17 State Code/Local Ordinance:

18 Place of Occurrence: [ ] Check here if event occurred at victim's residence
**1740 CO/RD 367**
**DOUBLESPRINGS, AL 35553**
If offense occurred at victim's residence, then only the approximate location should be listed in this section. (For example, a block number should be entered.) If the offense occurred elsewhere, then the specific address should be listed here.

Victim Demographics (Where victim is an individual)
19 Sex: [X] M [ ] F 20 Race: [X] W [ ] A [ ] B [ ] I 21 Ethnicity: [ ] Hispanic [X] Other 22 Multiple: [ ] Victims [ ] LE Officer 23 Age: **48**
24 First Offender Suspected of Using: [ ] Alcohol [ ] Drugs [ ] Computer Equipment [X] N/A
25 Gang: [ ] Juvenile Gang [ ] Adult Gang [X] None/Unknown
26 Hate Bias: [ ] Yes [X] No 27 Bias Code:
28 Domestic Violence: [ ] Yes [X] No

29 Point of Entry: [ ] Door [ ] Roof [ ] Window [ ] Other
30 Method of Entry: [ ] Forcible [ ] Attempted Forcible [ ] No Force
31 Local Use:
32 Lighting: [ ] 1 Natural [ ] 2 Moon [ ] 3 Artificial Exterior [ ] 4 Artificial Interior [ ] 5 Unknown
33 Weather: [ ] 1 Clear [ ] 2 Cloudy [ ] 3 Rain [ ] 4 Fog [ ] 5 Snow [ ] 6 Hail [ ] 7 Unknown
34 Location Type: [ ] 01 Terminal [ ] 02 Bank [ ] 03 Bar [ ] 04 Church [ ] 05 Commercial [ ] 06 Construction [ ] 07 Conv Store [ ] 08 Dept Store [ ] 09 Drug Store [ ] 10 Field/Woods [ ] 11 Govt/Public Building [ ] 12 Supermarket [X] 13 Highway/Street [ ] 14 Hotel/Motel [ ] 15 Jail/Prison [ ] 16 Lake/Waterway [ ] 17 Liquor Store [ ] 18 Parking Lot/Garage [ ] 19 Storage Facility [ ] 20 Residence/Home [ ] 21 Restaurant [ ] 22 School/College [ ] 23 Service/Gas Station [ ] 24 Specialty Store [ ] 25 Other/Unknown

35 Occurred from MM/DD/YY: **May 03 2020** 36 Time of Event: **12 : 00** [X] AM 37 Day of Week: [X] S
38 Occurred to MM/DD/YY: 39 Time of Event: : 40 Day of Week:
41 # Premises Entered (Burglary): **0**

42 Type Criminal Activity: [ ] Buying/Receiving [ ] Cultivating/Manu [ ] Distributing/Selling [ ] Exploiting Children [ ] Operating/Promoting [ ] Possessing/Concealing [ ] Transporting/Importing [ ] Using/Consuming
43 Victim Type: [X] Individual [ ] Business [ ] Financial (Bank) [ ] Government [ ] Religious Org [ ] Society

## PROPERTY

| 44 Loss Code | 45 Property Code | 46 Qty | 47 Property Description (Include Make, Model, Size Type, Serial #, Color, Drug Type, Drug Qty, Etc.) | 48 Dollar Value Stolen | 48 Dollar Value Damaged | 49 Recovered Date | 49 Recovered Value |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | [ ] Continued on Supplement | | | | |

Loss Code (Enter letter in loss code column): S Stolen, R Recovered, D Damaged/Destroyed, C Confiscated/Seized, B Burned, F Forged/Counterfeited, N None

Property Code (Enter # in property type column): 01 Aircraft, 02 Alcohol, 03 Autos, 04 Bicycles, 05 Buses, 06 Clothes, 07 Computer, 08 Consumables, 09 Credit Card, 10 Drugs, 11 Drug Equip, 12 Farm Equip, 13 Firearms, 14 Gambling Equipment, 15 Heavy Construction, 16 Household Goods, 17 Jewelry, 18 Livestock, 19 Merchandise, 20 Money, 21 Negotiable Instrument, 22 Non-negotiable Instru, 23 Office Equipment, 24 Other Motor Vehicle, 25 Purse/Wallet, 26 Radios/TV/VCR, 27 Recordings, 28 RV's, 29 Structure - Single Occupancy Dwelling, 30 Structure - Other Dwelling, 31 Structure - Other Commercial, 32 Structure - Industrial/ Manufacturing, 33 Structure - Public/Community, 34 Structure - Storage, 35 Structure - Other, 36 Tools - Power/Hand, 37 Trucks, 38 Vehicle Parts/Accessories, 39 Watercraft, 77 Other

## VEHICLES

50 Stolen Vehicle Only — Area Stolen: [ ] Residence [ ] Business [ ] Rural
51 Ownership verified by: [ ] Tag Receipt [ ] Title [ ] Bill of Sale [ ] Other
52 Veh. Categories: [ ] Stolen [ ] Recovered [ ] Suspect's Vehicle [ ] Victim's Vehicle [ ] Unauthorized Use [ ] Abandoned
53 Vehicle Year: 54 Vehicle Make: 55 Vehicle Model: 56 Number Veh Stolen: 57 Vehicle Description:
58 Vehicle Style: 59 Vehicle Color Top: Bottom: 60 License: 61 LST 62 LIY 63 Tag Color
64 Vehicle VIN Number: 65 Warrant Signed [ ] Yes [ ] No Warrant Number:
Motor Vehicle Recovery Only Required For 24XX UCR Code — 66 Stolen in your jurisdiction? [ ] Yes [ ] No Where? 67 Recovered in your jurisdiction? [ ] Yes [ ] No Where?
68 Case #: 69 SFX: 70 Case #: 71 SFX: 72 Case #: 73 SFX:

## ADMINISTRATION

74 Case Status: [ ] 1 Pending [ ] 2 Inactive [X] 3 Closed
75 Multiple Cases Closed Listed Above [ ] Multiple Cases Closed Listed On Supplement [ ]
76 Entered NCIC/ACJIC: [ ] Yes [X] No
77 Case Disposition: [ ] Cleared by Arrest (Juv) [ ] Cleared by Arrest (Adult) [ ] Unfounded [ ] Exceptional Clearance [ ] Administratively Cleared
78 Exceptional Clearance (Check One): [ ] A Suspect/Offender Dead [ ] B Prosecution Declined/Other Prosecution [ ] C Extradition Denied [ ] D Victim Refused to Cooperate [ ] E Juvenile (No Custody) [ ] F Death of Victim
Date (MM/DD/YY):
NIC/AIN #:

79 Reporting Officer: **Brandon J Simmons** Officer ID Number: **W8**
80 Assisting Officer: Officer ID Number:
81 Supervisor Approval: Officer ID Number:
82 Watch Commander: Officer ID Number:

ACJIC-00-05

Printed on 5/15/2020

Huntsville Hospital System
**Huntsville Hospital**
101 Sivley Road
Huntsville, Alabama 35801

| | | | |
|---|---|---|---|
| Patient: | LYNN Jr, JOHN WESLEY | | |
| MRN: | 10116962 | Admit Date/Time: | 5/3/2020 12:56 CDT |
| Financial Number: | 10116962-0001 | Disch Date/Time: | |
| DOB/Age/Gender: | 48 years Male | Attending: | Griffin,MD,David B ; HH,Emergency |
| Location: | 5NWM; 537; P | Referring: | |
| Deceased Date/Time: | | PCP: | |

***Discharge Instructions***

| | |
|---|---|
| Document Type: | Patient Discharge Instructions |
| Service Date/Time: | 5/8/2020 18:49 CDT |
| Result Status: | Auth (Verified) |

LYNN Jr, JOHN WESLEY

**DOB:**
**MRN:** 10116962
**Visit Date:** 05/03/2020

# Discharge Instructions

## Reason for Your Visit

GSW to R thigh, above R knee. two penetrating injuries anterior and posterior thigh. Pt reports this to be an accidental discharge with a 45

## Your Diagnosis

MRSA infection of postoperative wound
Fracture of femur
Gunshot wound
Acid reflux
Tachycardia
Anemia
Urinary retention
Leg gunshot wound

## Procedures Performed

- Insertion Intramedullary Nail Femur (Right) (05/06/2020)
- Application External Fixator Femur (Right) (05/03/2020)
- Appendectomy
- Elbow
- Vasectomy

## Discharge Vitals

**Temperature** (Oral)
36.8 °C
**Heart Rate** (Peripheral)
104
**Respiratory Rate**
16
**Blood Pressure**
144/82

# What to do next

## Instructions From Your Doctor

**Incision Care**
- Inspect the dressing daily for any drainage.



PAGE 3/13 * RCVD AT 5/15/2020 3:51:25 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/4 * DNIS:6033712683 * CSID: * ANI:12054893722 * DURATION (mm-ss):03-43

Huntsville Hospital System
**Huntsville Hospital**

| | | | |
|---|---|---|---|
| Patient Name: | LYNN Jr, JOHN WESLEY | | |
| MRN: | 10116962 | Admit Date/Time: | 5/3/2020 12:56 CDT |
| Financial Number: | 10116962-0001 | Disch Date/Time: | |
| DOB/Age/Gender: | 48 years Male | Attending: | Griffin,MD,David B ; HH,Emergency |
| | | Referring: | |
| | | PCP: | |

## *Discharge Instructions*

- Dressing (PICO) is to remain in place for 7 days. PICO suction will stop working between day 6-7.
- IF no (PICO) dressing, remove all dressings on 3rd day from surgery and leave incision open to air. Place a dry dressing if needed for drainage. Your sutures or staples will be removed at your follow-up visit if needed. Your incision was likely closed with a suture that does not need to be removed.
- Please keep the surgical incision clean and dry.

**When to Call**

- Temperature is 101.5° or greater.
- If you are unable to bear weight when you could days prior.
- If you have any trauma such as falls.
- Calf pain that is warm, tender, and, swollen.
- Extensive bruising or bleeding.
- Call TOC before going to the ER. Most questions or problems can be evaluated through our office.

**Follow Up**

- Call Dr. Griffin's team at 256-539-2728 after discharge from hospital to schedule a follow up appointment for 2-3 weeks after surgery or discharge from hospital. You are expected to follow up until your fracture is healed.
- First follow up appointment will be with Dr. Griffin's team in two weeks. If the incision is healed expect sutures (if any) to be removed and assessment of mobility and pain, along with x-rays.
- Second follow up with Dr. Griffin's team is approximately 8 weeks. Expect x-rays to be taken and reviewed, as well as overall assessment.
- You should follow up with your primary care provider within 2-4 weeks after the hip replacement.

**Emergency**

- We are available 24 hours a day in case you experience any problems once you leave the hospital. After hours, please call 256-539-2728 for assistance.

## You Need to Schedule the Following Appointments

**Follow Up with** Follow up with primary care provider
**When** Within 1 week

**Follow Up with** Griffin, MD, David B, Orthopedics (including surgery)
**When** In 3 weeks

**Why:** If you are not giving a follow-up appointment before discharge please call within 2 days after being discharge from the hospital to schedule your appointment date and time.

**Where:** 927 Franklin Street SE 4th Floor
Huntsville, AL 35801-
2565392728

## The Following Services Have Been Arranged for You

Special Serv & Comm Res, Anticipated -
None

## The Following Treatments Have Been Arranged for You

Current Home Treatments -

Huntsville Hospital System
**Huntsville Hospital**

Patient Name: LYNN Jr, JOHN WESLEY
MRN: 10116962
Financial Number: 10116962-0001
DOB/Age/Gender: 48 years Male

Admit Date/Time: 5/3/2020 12:56 CDT
Disch Date/Time:
Attending: Griffin,MD,David B ; HH,Emergency
Referring:
PCP:

***Discharge Instructions***

IV therapy, Wound care

# Immunizations This Visit

## Given

| Vaccine | Date |
|---|---|
| tetanus/diphth/pertuss (Tdap) adult/adol | 05/03/2020 |

# Allergies

Cefzil (Unknown)

# Devices Implanted/Removed This Visit

**Notice: You have devices implanted this visit that may not be MR compatible.**

## Implanted

**Application External Fixator Femur**
Femur Right

- BAR CARBON CONCT LG 11X150 119750 **************************I/ORSY, ~NO BILL NEEDED~ 04-20-2020 LDL (2), 05/04/2020
- BAR CARBON CONCT LG 11X200 119800****************************************************NO BILL, IMPMP, I/ORSY, 03/09/2020 FL (2), 05/04/2020
- BAR CARBON CONCT LG 11X300 119900****************************************NO BILL, IMPMP, I/ORSY, 3/9/2020 , RLM 05/04/2020
- CLAMP CMB 213500 ***************************************************************************NO BILL, IMPMP, I/ORSY 03/09/2020 FL (12), 05/04/2020
- SCREW SCHNZ SLF DRIL 5.0/200 468950******************************NO BILL ONLY IMPL/ORSY 3/9/2020 RLM (3), 05/04/2020
- SCREW TIT SCHNZ SLF DRIL 5/175 470770*************************************NO BILL ONLY IMPL/ORSY 3/9/2020 RLM (3), 05/04/2020

Body Site Undefined

- BAR CARBON CONCT LG 11X250 119850*********************************NO BILL, IMPMP, I/ORSY, 3/9/2020 , RLM 05/04/2020



PAGE 5/13 * RCVD AT 5/15/2020 3:51:25 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/4 * DNIS:6033712683 * CSID: * ANI:12054893722 * DURATION (mm-ss):03-43

Huntsville Hospital System
**Huntsville Hospital**

Patient Name: LYNN Jr, JOHN WESLEY
MRN: 10116962
Financial Number: 10116962-0001
DOB/Age/Gender: 48 years Male

Admit Date/Time: 5/3/2020 12:56 CDT
Disch Date/Time:
Attending: Griffin,MD,David B ; HH,Emergency
Referring:
PCP:

## *Discharge Instructions*

**Insertion Intramedullary Nail Femur**
Femur Right

- CAP END FOR RAFN-EX 0MM 161536 ************NO BILL NEEDED IMPME 03/13/2020 LDL 05/06/2020
- NAIL TIT CNLTD RAFN-EX 11/360 366195*******************************************NO BILL NEEDED IMPL/ORSY 05-07-2020 LDL 05/06/2020
- SCREW TIT LK STARDRV 5.0/34 470811 NO BILL NEEDED IMPL/ORSY 02/04/2020 FL (2), 05/06/2020

Body Site Undefined

- SCREW TIT LK STARDRV 5.0/60 470824****************************************NO BILL, IMPL/ORSY, $ 12/27/2019, RLM 05/06/2020
- SCREW TIT LK STARDRV 5.0/76 470832 ******************************* NO BILL, IMPL/ORSY, $ 12/24/2019, RLM 05/06/2020

# Education Materials

## Dr. Griffin's Discharge Instructions

## Distal Femur Fracture

**Incision Care**

- Inspect the dressing daily for any drainage.
- Dressing (PICO) is to remain intact until follow up appointment. PICO suction will stop working between day 6-7.
- IF no (PICO) dressing, remove all dressings on 3rd day from surgery and leave incision open to air. Place a dry dressing if needed for drainage. Your sutures or staples will be removed at your follow-up visit if needed. Your incision was likely closed with a suture that does not need to be removed.
- Please keep the surgical incision clean and dry.

**Splint:**

- If you were given a knee immobilizer, use at all times except for cleaning leg until follow up visit.
- If you were NOT given a knee immobilizer, work on knee motion, especially knee extension and do not place a pillow behind the knee. It is much harder to regain extension later.

**Medications/Pain Control**

Huntsville Hospital System
**Huntsville Hospital**

Patient Name: LYNN Jr, JOHN WESLEY
MRN: 10116962
Financial Number: 10116962-0001
DOB/Age/Gender: 48 years Male

Admit Date/Time: 5/3/2020 12:56 CDT
Disch Date/Time:
Attending: Griffin,MD,David B ; HH,Emergency
Referring:
PCP:

## *Discharge Instructions*

- Acetaminophen / oxycodone (Percocet 10mg): a narcotic medication used to help control acute pain. Percocet is equivalent to Morphine for pain control. You are allowed to have up to 10mg every 4 hours for moderate or severe pain. Tablets can be broken in half and taken. The goal is to be supplementing Tylenol for minimal pain and be weaning off this medicine by two weeks. Take pain medication as needed. Please contact Dr. Griffin's at 256-539-2728 if your pain is uncontrolled.
- Aspirin: an anti-inflammatory medicine used initial to help control knee swelling, pain, clot prevention. Aspirin should be taken with breakfast and dinner every day.
- Flexeril (cyclobenzaprine): a muscle relaxer used as needed to help control muscle spasms or cramps after surgery. This medicine will also make you groggy so we recommend you take it before bed to help control any pain at night.
- Zofran: is an antiemetic use for nausea and vomiting. This medication can make you drowsy.
- It is ok to use ice for 20 minutes every 3 hours and elevate the leg when not walking to help prevent swelling and pain.

**DVT**

- Take medication to try to prevent blood clots as recommended (Usually Lovenox or Xeralto) until completed. If you were not prescribed a medication for blood clots take aspirin 325 mg 2 times per day until your follow up appointment.

**Activity and Diet:**

- **DO NOT** Place weight on injured leg. Unless instructed otherwise. You may not be able to put weight on the leg for 8-12 weeks after surgery.
- Ice is an excellent source for pain, relief, swelling, stiffness and inflammation. Use it as often as 20 minutes out of every hour. It can be used for several weeks as needed.
- Start out with liquids and progress to your regular diet as you tolerate.

**Expectations**

- Expect minimal to moderate swelling down to the ankle.
- Expect a minimal amount of bloody drainage that is lessening each day.
- Expect a minimal amount of bruising that may tract down the leg toward the ankle.

**When to Call**

- Temperature is 101.5° or greater.
- If you are unable to bear weight when you could days prior.
- If you have any trauma such as falls.
- Calf pain that is warm, tender, and, swollen.



PAGE 7/13 * RCVD AT 5/15/2020 3:51:25 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/4 * DNIS:6033712683 * CSID: * ANI:12054893722 * DURATION (mm-ss):03-43

Huntsville Hospital System
**Huntsville Hospital**

Patient Name: LYNN Jr, JOHN WESLEY
MRN: 10116962
Financial Number: 10116962-0001
DOB/Age/Gender: 48 years Male

Admit Date/Time: 5/3/2020 12:56 CDT
Disch Date/Time:
Attending: Griffin,MD,David B ; HH,Emergency
Referring:
PCP:

## *Discharge Instructions*

- Extensive bruising or bleeding.
- Call TOC before going to the ER. Most questions or problems can be evaluated through our office.

**Follow Up**

- Call Dr. Griffin's team at 256-539-2728 after discharge from hospital to schedule a follow up appointment for 2-3 weeks after surgery or discharge from hospital. You are expected to follow up until your fracture is healed.
- First follow up appointment will be with Dr. Griffin's team in two weeks. If the incision is healed expect sutures (if any) to be removed and assessment of mobility and pain, along with x-rays.
- Second follow up with Dr. Griffin's team is approximately 8 weeks. Expect x-rays to be taken and reviewed, as well as overall assessment.
- You should follow up with your primary care provider within 2-4 weeks after the hip replacement.

**Emergency**

- We are available 24 hours a day in case you experience any problems once you leave the hospital. After hours, please call 256-539-2728 for assistance.

**Thank you for trusting me and my staff and allowing us the opportunity to serve you. We are honored that you are allowing us to assist you on your journey to restore you back to your pre-injury state.** – Dr. David Griffin

# Common Emergency Awareness Tips

| | |
|---|---|
| IS IT A STROKE? | Act **FAST** and Check for these signs: |
| **FACE** | Does the face look uneven? |
| **ARM** | Does one arm drift down? |
| **SPEECH** | Does their speech sound strange? |
| **TIME** | Call 9-1-1 at any sign of stroke |



PAGE 8/13 * RCVD AT 5/15/2020 3:51:25 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/4 * DNIS:6033712683 * CSID: * ANI:12054893722 * DURATION (mm-ss):03-43

Huntsville Hospital System
**Huntsville Hospital**

Patient Name: LYNN Jr, JOHN WESLEY
MRN: 10116962
Financial Number: 10116962-0001
DOB/Age/Gender: 48 years Male

Admit Date/Time: 5/3/2020 12:56 CDT
Disch Date/Time:
Attending: Griffin,MD,David B ; HH,Emergency
Referring:
PCP:

***Discharge Instructions***

# Heart Attack Signs

**Chest discomfort:** Most heart attacks involve discomfort in the center of the chest and lasts more than a few minutes, or goes away and comes back. It can feel like uncomfortable pressure, squeezing, fullness or pain.
**Discomfort in upper body:** Symptoms can include pain or discomfort in one or both arms, back, neck, jaw or stomach.
**Shortness of breath:** With or without discomfort.
**Other signs:** Breaking out in a cold sweat, nausea, or lightheaded.
Remember, **MINUTES DO MATTER**. If you experience any of these heart attack warning signs, call **9-1-1** to get immediate medical attention!

The Orthopaedic Center
ORTHOPAEDICS, SPINE & SPORTS MEDICINE

TRIMSNET

| Requested Information | | |
|---|---|---|
| Patient Name: JOHN LYNN<br>Patient Date of Birth:<br>Facility: The Orthopaedic Center<br>Dates of Service: All Dates<br><br>Requested on: 05/12/2020<br>Delivery Method: Medical Records via Online Portal<br><br>Requested by: JOHN LYNN<br>Patient<br>Address is on file.<br>Phone: (205) 272-2454<br><br>Information Requested: ALL written records only<br><br>TRIMSNet Tracking Number: 1012-38 | | |
| /s/ JOHN LYNN | 05/12/2020 | 02:58 PM |
| (Signature)<br>Patient | (Date) | (Time) |

Tracking #: 1012-38

JOHN LYNN
Page 2 / 2
05/12/2020 02:58 PM CDT

Huntsville Hospital System
**Huntsville Hospital**
101 Sivley Rd SW
Huntsville, AL 35801-4421

| | | | | |
|---|---|---|---|---|
| Patient: | **LYNN Jr, JOHN WESLEY** | | | |
| MRN: | 10116962 | | Admit Date/Time: | 5/3/2020 12:56 CDT |
| Financial Number: | 10116962-0001 | | Disch Date/Time: | |
| DOB/Age/Gender: | 48 years | Male | Copy To: | Griffin,MD,David B |
| Location: | 5NWM; 537; P | | Attending: | Griffin,MD,David B ; HH,Emergency |
| | | | Referring: | |
| | | | PCP: | |

## *Operative Report*

| | |
|---|---|
| Document Type: | Operative Report |
| Result Status: | Auth (Verified) |

**Operative Report**

**Date of Procedure:**
05/06/2020

**Preoperative Diagnosis:**
Right comminuted distal one third femur fracture secondary to gunshot wound status post closed reduction with application of spanning external fixator

**Postoperative Diagnosis:**
Same

**Procedure:**
1. Removal spanning external fixator right lower extremity
2. Debridement and irrigation external fixator pin sites
3. Closed retrograde intramedullary nailing right distal one third femur fracture

**Components:**
Synthes: 11 x 360 mm retrograde IM nail

**Surgeon:**
David Griffin, MD.

**Assistant:**
Kyle Claborn, CRNP.
The nurse practitioner was present throughout the length of the case, proved essential for execution of procedure to provide positioning the
patient, holding retractors for exposure, positioning the extremity for implantation of components, manipulation of the C-arm, and closure of the wound, and application of the incisional VAC dressing.

**Anesthesia:**
General endotracheal.

**Estimated Blood Loss:**
200mL

**Tourniquet Time:**
0 min.

**Specimen:**
None

Huntsville Hospital System
**Huntsville Hospital**

Patient Name: LYNN Jr, JOHN WESLEY
MRN: 10116962
Financial Number: 10116962-0001
DOB/Age/Gender: 48 years Male

Admit Date/Time: 5/3/2020 12:56 CDT
Disch Date/Time:
Attending: Griffin,MD,David B ; HH,Emergency
Referring:
PCP:

## *Operative Report*

**Complications:**
None.

**Findings:**
Consistent with diagnosis

**Drains:**
None

**Counts:**
The needle and sponge counts correct x2.

**Description of Procedure in Detail:**

The patient was brought to the operating room and placed in the supine position on the Jackson table. After adequate induction of general endotracheal anesthetic the patient's bilateral lower extremities were draped out with benzoin new drapes and prepped and draped in sterile fashion consisting of a 10-minute Betadine scrub followed by Betadine prep. Sterile drapes were applied. Prior to beginning the nailing the patient's left intact femur was measured with a radiolucent ruler and determined to have a length of 360 mm from the intercondylar notch to the base of the lesser trochanter. It was decided to try to match this length on the right comminuted femur fracture side. Initial attention was turned to removal of the spanning external fixator. The Synthes wrenches were utilized to loosen the pin to bar clamps and the bars and clamps removed from the Schanz pins. The Schanz pins were then removed from the tibia and femur with a power drill and chuck device. The pin sites were then thoroughly curetted followed by irrigating the pin sites with bulb syringe irrigation. The pin sites were then closed with 3-0 nylon simple interrupted sutures. Tension was then turned to intramedullary nailing. The extremity was flexed over a sterile bump and a 3 cm incision was made overlying the patella tendon carried through skin and subcutaneous tissue down to the tendon. The tendon was split in its midline and access gained to the intercondylar notch of the femur. Under image guidance a guidepin was positioned on the intercondylar notch appropriately and then advanced into the distal femur. The 13 meter opening reamer was then passed over the guidewire aiding the starting portal. A ball-tipped guidewire was then passed up the medullary canal of the femur to the fracture site and with traction the fracture line nicely and the guidewire was able to be passed across the fracture and seated fully in the intertrochanteric region. The canal was then sequentially reamed starting with an 8.5 mm reamer and progressed up in half millimeter increments to 11 mm at which point chatter was obtained in the isthmus. The canal was gently overreamed to 12 mm and an 11 mm x 360 mm retrograde nail was opened attached to drill guide and driver and then advanced over the guidewire up the medullary canal across the fracture and seated until it was slightly countersunk at the intercondylar notch. The nail rested at approaching the mid lesser trochanter proximally and this was felt to be very close to the measurement on the left femur. Clinically comparing the left leg to the right leg the patient's leg length had been restored. While maintaining gentle traction on the extremity to distal interlocking screws were then placed using the drill guide drill sleeves and calibrated twist drill through the distal aspect of the nail through a 2 cm incision over the lateral aspect of the distal thigh. Both screws confirmed to be through the nail and found satisfactory purchase. Following this 2 proximal interlocking screws were placed using C arm in a perfect circle method through stab incisions over the anterior aspect of the proximal thigh. Both screws were confirmed to be through the nail and found satisfactory purchase as well. The drill guide and driver were removed and a 0 mm in cap was placed in the distal end of the nail and seated fully. Final images confirmed satisfactory alignment of the fracture and satisfactory placement of the intramedullary nail. The wounds were irrigated copious amounts sterile saline containing antibiotic solution. The patella tendon split and the IT band split were repaired with #1 Vicryl running suture. The skin was closed with 3-0 nylon running and interrupted vertical mattress sutures. Silverlon dressings were applied all wounds followed by 4 x 4's web roll and an Ace bandage. The patient was then awakened from anesthesia and transferred to the postanesthesia recovery room in stable condition.

AP and lateral images of the patient's right femur were obtained intraoperatively confirming satisfactory alignment of the fracture and satisfactory placement of the intramedullary nail. These images were saved for permanent record and interpreted by myself.

Huntsville Hospital System
**Huntsville Hospital**

Patient Name: LYNN Jr, JOHN WESLEY
MRN: 10116962
Financial Number: 10116962-0001
DOB/Age/Gender: 48 years Male

Admit Date/Time: 5/3/2020 12:56 CDT
Disch Date/Time:
Attending: Griffin,MD,David B ; HH,Emergency
Referring:
PCP:

## *Operative Report*

Electronically Signed on 05/06/20 02:45 PM

Griffin, MD, David B

Lincoln

John Lynn

Claim # 9834821

03441

Lynn, John W (MR # 0454382) DOB: Encounter Date: 03/26/2020

# Lynn, John W

MRN: 0454382

Vague, Kendall Charles, MD Op Note Date of Service: 3/30/2020 2:31 PM
Physician Signed
Orthopedic Surgery

Signed

**OPERATIVE REPORT**

**Patient Name**: John W Lynn
**DOB**: **Age**: 48 y.o.
**CSN**: 5019545831 **MRN**: 0454382
**PCP**: Smith, Adam Barrett, MD **Room**: PERIOP-W/NONE

**Date of Surgery**: 3/30/2020

**Surgeon**: KENDALL CHARLES VAGUE, MD

**First Assistant**: Bradley Noland PA

**Preoperative Diagnosis**: Infected hardware with cellulitis right elbow status post triceps tendon repair

**Postoperative Diagnosis**: Same

**Procedure**: Removal of hardware-Arthrex Speed Bridge with fiber tape suture and anchors x4

**Indications For Procedure**: Patient is a 48-year-old white male who is status post triceps tendon avulsion Fracture of his right elbow. He was treated with surgical repair of his triceps tendon

. Had significant swelling and bruising over the area time of surgery but surgery went uneventfully. He did well initially but approximately two weeks postoperatively developed some redness over the repair site and was placed on Bactrim. He did develop some slight drainage from the area cultures returned Staph aureus MSSA. He did get some relief from the Bactrim antibiotic but has continued to have some redness and intermittent drainage and was felt that irrigation debridement and removal of speed bridge is indicated. He understands the procedure postop expectations and possible complications agrees to proceed. He also understands that he could have some osteomyelitis in the anchor sites and therefore will be on IV antibiotics approximately six weeks. Tentative plans are IV Ancef for six weeks

**Procedure in Detail**: After adequate premedication and preop evaluation the patient was taken to the operating room and placed under general anesthesia without problems. His right arm was carefully prepped and draped into a sterile field. Pneumatic tourniquet control at 250 mm of mercury was utilized. The same incision was utilized taken into subcutaneous tissue. There was some purulence fluid and purulence tissue along the repair site this was removed with a rongeur and sharp dissection. The underlying fiber tape suture was identified and this was still intact. Individual Ethibond sutures

And FiberWire sutures were identified and removed. The fiber tape attached to each anchor was traced to the anchor anchor was identified and each anchor and its bullet tip was removed without difficulty. The holes were then carefully curetted no obvious gross infection within the anchor holes was noted. The tourniquet was released. The area was then thoroughly irrigated with gentamicin saline solution followed with Puracyn irrigation. Vancomycin powder was then sprinkled into each of the anchor sites and in the wound. The majority of irrigation was done without tourniquet control.

After thorough irrigation the wound was closed in layers using two 0 PDS suture followed with 3-0 and 2-0 nylon individual sutures. The wound was carefully clean and then dress sterilely posterior sugar-tong splint was applied and he returned to recovery in satisfactory condition.

Disposition patient is discharged home on Norco five for pain as well as instructions on ice to the area. He also will have a shoulder immobilizer for his splint and encouraged on range of motion exercises of his digits. He will also continue his Bactrim tonight and tomorrow until outpatient IV Ancef can be arranged hopefully tomorrow
1 g t.i.d. for six weeks

I will see him back in one week for follow-up and wound check possibly resume his hinged elbow brace at that time.
He or his wife will contact me if he has any problems prior to his appointment.

**KENDALL CHARLES VAGUE, MD**
**3/30/2020**
**2:31 PM**

Admission
(Discharged) on
3/30/2020

Lynn, John W (MRN 0454382) Printed by Waldrop, Lindsey [LIN0AS] at 4/1/20 10:28 AM



PAGE 3/6 * RCVD AT 4/6/2020 5:06:18 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/5 * DNIS:6033712683 * CSID: * ANI:12054893722 * DURATION (mm-ss):01-40

**right elbow**

Patient: **Lynn Jr, John W** **MRN: 63441** **FIN: 445807**
Age: **48 years** Sex: **Male** DOB:
Associated Diagnoses: **None**
Author: **Vague MD, Kendall**

**Visit Information**

**Date of Service:** 04/06/2020 08:52 am **Performing Location:** Southern Orthopedic & Sports Medicine **Encounter#:** 445807

**Referring Provider:** REF-930 -Batchelor MD, Andrea M

**Chief Complaint**
**4/6/2020 8:56 AM CDT POST OP FOLLOW UP ROH - ARTHREX SPEEDBRIDGE WITH FIBER TAPE SUTURE AND ANCHORS X4 3/30/20**

**History of Present Illness**
Diagnosis one week status post excisional debridement with hardware removal triceps repair right elbow.

Patient is here for follow-up of his removal of Arthrex speed bridge anchors and tape following infection right olecranon area. He was about 3-4 weeks status post surgery at the time of some infection most likely bacteremic. He is doing well at the present time and his wound is healing without drainage and with very minimal swelling. He has no significant redness to the area is much more comfortable.

Range of motion of his elbow is about 25° to 95° with full pronation and supination. At the time of surgery his triceps tendon was mostly intact.

Plan remove every other suture today continue use of his elbow hinge brace but allow range of motion out of his brace. Also he can shower and gently and dry sutures off. Appointment one week for removal rest of sutures. He will be on his IV Keflex a total of 6 weeks through his PICC line. Most likely we'll be unable to work as a an electrician in a trailer plant until he is off his antibiotics.-

**Review of Systems**
**Constitutional:** Negative.
**Eye:** Negative.
**Ear/Nose/Mouth/Throat:** Negative.
**Respiratory:** Negative.
**Cardiovascular:** Negative.
**Gastrointestinal:** Negative.
**Hematology/Lymphatics:** Negative.
**Endocrine**
**Immunologic:** Negative.
**Musculoskeletal:** Negative except as documented in history of present illness.
**Integumentary:** Negative.
**Neurologic:** Negative.
**Psychiatric:** Negative.

**Health Status**
**Allergies:**

Orthopedic Note

Lynn Jr, John W - 63441

Allergic Reactions (All)
No known allergies

**Medications**: (Selected)
Documented Medications
*Documented*
Adderall 10 mg oral tablet: = 1 tab(s) ( 10 mg ), Oral, bid, # 60 tab(s), 0 Refill(s), Type: Maintenance
KlonoPIN 0.5 mg oral tablet: = 1 tab(s) ( 0.5 mg ), po, bid, 0 Refill(s), Type: Maintenance
NexIUM 40 mg oral delayed release capsule: 1 cap(s) ( 40 mg ), po, daily, 0 Refill(s), Type: Maintenance

**Problem list**:
All Problems
Acid reflux / SNOMED CT 2535970019 / Confirmed
History of stomach ulcers / SNOMED CT 2986896014 / Confirmed

**Histories**

**Past Medical History**:
No active or resolved past medical history items have been selected or recorded.

**Family History**:
Entire family history is negative.

**Procedure history**:
Vasectomy (37801015).
Appendectomy (132967011).

**Social History**:
**Alcohol Assessment**
Never
**Tobacco Assessment**
Never smoker
**Substance Abuse Assessment**
Never

**Physical Examination**
Measurements from flow sheet : Measurements
4/6/2020 8:56 AM CDT Height Measured - Standard 67 in

**General**:
No qualifying data available.
, Alert and oriented, No acute distress.
**Eye**: Pupils are equal, round and reactive to light.
**HENT**: Normocephalic, Normal hearing.
**Neck**: Supple.
**Cardiovascular**: Good pulses equal in all extremities, Normal peripheral perfusion.
**Integumentary**: Warm, Dry.
**Neurologic**: Alert, Oriented, Normal sensory.
**Psychiatric**: Cooperative, Appropriate mood & affect.

**Signature Line**

Signed and Authored by Kendall Vague MD on 04/06/2020 09:27 AM CDT

| | |
|---|---|
| Charted Date: | April 06, 2020 9:19 AM CDT |
| Subject / Title: | right elbow |
| Performed By: | Vague MD, Kendall on April 06, 2020 9:27 AM CDT |
| Electronically Signed By: | Vague MD, Kendall on April 06, 2020 9:27 AM CDT |
| Visit Information: | 445807, Southern Orthopedic & Sports Medicine As, Outpatient, 4/6/2020 - |

Lincoln

John Lynn

Claim # 9834821

**right elbow**

Patient: **Lynn Jr, John W** **MRN: 63441** **FIN: 445807**
Age: **48 years** Sex: **Male** DOB:
Associated Diagnoses: **None**
Author: **Vague MD, Kendall**

**Visit Information**

**Date of Service:** 04/06/2020 08:52 am **Performing Location:** Southern Orthopedic & Sports Medicine **Encounter#:** 445807

**Referring Provider:** REF-930 -Batchelor MD, Andrea M

**Chief Complaint**

**4/6/2020 8:56 AM CDT POST OP FOLLOW UP ROH - ARTHREX SPEEDBRIDGE WITH FIBER TAPE SUTURE AND ANCHORS X4 3/30/20**

**History of Present Illness**

Diagnosis one week status post excisional debridement with hardware removal triceps repair right elbow.

Patient is here for follow-up of his removal of Arthrex speed bridge anchors and tape following infection right olecranon area. He was about 3-4 weeks status post surgery at the time of some infection most likely bacteremic. He is doing well at the present time and his wound is healing without drainage and with very minimal swelling. He has no significant redness to the area is much more comfortable.

Range of motion of his elbow is about 25° to 95° with full pronation and supination. At the time of surgery his triceps tendon was mostly intact.

Plan remove every other suture today continue use of his elbow hinge brace but allow range of motion out of his brace. Also he can shower and gently and dry sutures off. Appointment one week for removal rest of sutures. He will be on his IV Keflex a total of 6 weeks through his PICC line. Most likely we'll be unable to work as a an electrician in a trailer plant until he is off his antibiotics.-

**Review of Systems**

**Constitutional:** Negative.
**Eye:** Negative.
**Ear/Nose/Mouth/Throat:** Negative.
**Respiratory:** Negative.
**Cardiovascular:** Negative.
**Gastrointestinal:** Negative.
**Hematology/Lymphatics:** Negative.
**Endocrine**
**Immunologic:** Negative.
**Musculoskeletal:** Negative except as documented in history of present illness.
**Integumentary:** Negative.
**Neurologic:** Negative.
**Psychiatric:** Negative.

**Health Status**

**Allergies:**

Allergic Reactions (All)
No known allergies

**Medications:** (Selected)
Documented Medications
*Documented*
Adderall 10 mg oral tablet: = 1 tab(s) ( 10 mg ), Oral, bid, # 60 tab(s), 0 Refill(s), Type: Maintenance
KlonoPIN 0.5 mg oral tablet: = 1 tab(s) ( 0.5 mg ), po, bid, 0 Refill(s), Type: Maintenance
NexIUM 40 mg oral delayed release capsule: 1 cap(s) ( 40 mg ), po, daily, 0 Refill(s), Type: Maintenance

**Problem list:**
All Problems
Acid reflux / SNOMED CT 2535970019 / Confirmed
History of stomach ulcers / SNOMED CT 2986896014 / Confirmed

**Histories**

**Past Medical History:**
No active or resolved past medical history items have been selected or recorded.

**Family History:**
Entire family history is negative.

**Procedure history:**
Vasectomy (37801015).
Appendectomy (132967011).

**Social History:**

**Alcohol Assessment**
Never

**Tobacco Assessment**
Never smoker

**Substance Abuse Assessment**
Never

**Physical Examination**
Measurements from flow sheet : Measurements
4/6/2020 8:56 AM CDT Height Measured - Standard 67 in

**General:**
No qualifying data available.
, Alert and oriented, No acute distress.
**Eye:** Pupils are equal, round and reactive to light.
**HENT:** Normocephalic, Normal hearing.
**Neck:** Supple.
**Cardiovascular:** Good pulses equal in all extremities, Normal peripheral perfusion.
**Integumentary:** Warm, Dry.
**Neurologic:** Alert, Oriented, Normal sensory.
**Psychiatric:** Cooperative, Appropriate mood & affect.

**Signature Line**

Signed and Authored by Kendall Vague MD on 04/06/2020 09:27 AM CDT

Orthopedic Note

Lynn Jr, John W - 63441

| | |
|---|---|
| Charted Date: | April 06, 2020 9:19 AM CDT |
| Subject / Title: | right elbow |
| Performed By: | Vague MD, Kendall on April 06, 2020 9:27 AM CDT |
| Electronically Signed By: | Vague MD, Kendall on April 06, 2020 9:27 AM CDT |
| Visit Information: | 445807, Southern Orthopedic & Sports Medicine As, Outpatient, 4/6/2020 - |

Lincoln

John Lynn

Claim # 9834821

603-371-2683

PAGE 1/4 * RCVD AT 4/14/2020 3:25:25 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/3 * DNIS:6033712683 * CSID: * ANI:2054893722 * DURATION (mm-ss):00-58

## R elbow

Patient: **Lynn Jr, John W** **MRN: 63441** **FIN: 446896**
Age: **48 years** Sex: **Male** DOB:
Associated Diagnoses: **None**
Author: **Harbin , Jonathan**

### Visit Information

**Date of Service:** 04/13/2020 10:36 am **Performing Location:** Southern Orthopedic & Sports Medicine **Encounter#:** 446896

**Primary Care Provider (PCP):** REF-930 -Batchelor MD, Andrea M

**Referring Provider:** REF-930 -Batchelor MD, Andrea M

### Chief Complaint

### Review of Systems

**Constitutional:** Negative.
**Eye:** Negative.
**Ear/Nose/Mouth/Throat:** Negative.
**Respiratory:** Negative.
**Cardiovascular:** Negative.
**Gastrointestinal:** Negative.
**Hematology/Lymphatics:** Negative.
**Endocrine**
**Immunologic:** Negative.
**Musculoskeletal:** Negative except as documented in history of present illness.
**Integumentary:** Negative.
**Neurologic:** Negative.
**Psychiatric:** Negative.

### Health Status

**Allergies:**
Allergic Reactions (All)
No known allergies
**Medications:** (Selected)
Documented Medications
*Documented*
Adderall 10 mg oral tablet: = 1 tab(s) ( 10 mg ), Oral, bid, # 60 tab(s), 0 Refill(s), Type: Maintenance
KlonoPIN 0.5 mg oral tablet: = 1 tab(s) ( 0.5 mg ), po, bid, 0 Refill(s), Type: Maintenance
NexIUM 40 mg oral delayed release capsule: 1 cap(s) ( 40 mg ), po, daily, 0 Refill(s), Type: Maintenance
**Problem list:**
All Problems
Acid reflux / SNOMED CT 2535970019 / Confirmed
History of stomach ulcers / SNOMED CT 2986896014 / Confirmed

### Histories

**Past Medical History:**
No active or resolved past medical history items have been selected or recorded.
**Family History:**
Entire family history is negative.
**Procedure history:**
Vasectomy (37801015).
Appendectomy (132967011).
**Social History:**
**Alcohol Assessment**
Never
**Tobacco Assessment**
Never smoker
**Substance Abuse Assessment**
Never

**Physical Examination**

**General:**
No qualifying data available.
, Alert and oriented, No acute distress.
**Eye:** Pupils are equal, round and reactive to light.
**HENT:** Normocephalic, Normal hearing.
**Neck:** Supple.
**Cardiovascular:** Good pulses equal in all extremities, Normal peripheral perfusion.
**Integumentary:** Warm, Dry.
**Neurologic:** Alert, Oriented, Normal sensory.
**Psychiatric:** Cooperative, Appropriate mood & affect.

**History of Present Illness**

-48-year-old male that presents today follow-up for his right elbow. He is status post excisional debridement with removal of hardware the Triacet repair come in today for wound check. Every other suture was removed last week and comes in today for plan for removal of other sutures that are remaining. This complains of intermittent numbness tingling and burning sensations in the ulnar nerve distribution particular with prolonged flexion of the elbow which improves with extension of the right elbow. We discussed about the impingement of the ulnar nerve and ulnar neuritis that is underlying this as well. Denies any other complaints.

## EXAMINATION:

Incision is healing appropriately with every other suture been removed today without any evidence of gross infection or dehiscence. Range of motion still decrease the right elbow but sensations intact to light touch throughout the right upper extremity. Motor is grossly intact throughout the right upper extremity. Regarding palpable bilaterally. PICC line in the left upper arm and appropriate placement without erythema.

## PLAN:

Today removed the remaining ear of the sutures instruct him on appropriate wound care and showering. He'll follow up in 2 weeks. Instructed him to contact us if he has any problems concerns or questions in the meantime. He will need to be off a minimum of 6 weeks for his PICC line and continuation of his IV Ancef.

## DIAGNOSIS:

2 weeks status post right elbow excisional debridement with removal of hardware triceps repair anchor, with osteomyelitis currently on IV Ancef through PICC line

Jonathan Harbin PA for Dr. Vague

**Signature Line**

Signed and Authored by Jonathan Harbin on 04/13/2020 10:55 AM CDT

**Work / School Excuse**

Patient: **Lynn Jr, John W** **MRN: 63441** **FIN: 446896**
Age: **48 years** Sex: **Male** DOB:
Associated Diagnoses: **None**
Author: **Robinson , Jenny**

## Certificate for return to school or work

John Lynn was seen in the office 4/13/2020. He is advised off work until approximately 5/18/2020.

Full Duty ( )

Light Duty ( )

Remarks: Off work until 5/18

SOUTHERN ORTHOPEDIC SPORTS MEDICINE ASSOC., P.C.
2050 Highway 78 East
P.O. Box 580
Jasper, Alabama 35501
Phone: 221-5374

Date: 4/13/2020 10:54:37 AM CDT

Signature:

Lincoln
Claim # 9834821

603-371-2683

**ight elbow/right wrist**

Patient: **Lynn Jr, John W** **MRN: 63441** **FIN: 447238**
Age: **48 years** Sex: **Male** DOB:
Associated Diagnoses: **None**
Author: **Vague MD, Kendall**

**Visit Information**

**Date of Service:** 04/28/2020 08:40 am **Performing Location:** Southern Orthopedic & Sports Medicine **Encounter#:** 447238

**Referring Provider:** REF-930 -Batchelor MD, Andrea M

**Chief Complaint**

**4/28/2020 8:51 AM CDT Follow up status post right elbow excisional debridement with removal of hardware triceps repair anch osteomyelitis currently on IV Ancef through PICC line**

**History of Present Illness**

Diagnosis 4 weeks status post hardware removal with excisional debridement osteomyelitis right proximal ulna status repair. #2 possible mild compressive neuropathy on the nerve right elbow or wrist. 3 right wrist pain secondary to weakness.

Patient is here for follow-up of his excisional debridement and hardware removal from right proximal ulna status post He is doing much better his wound is healing without problems he does have a couple of small areas of suture pro will be removed today. No cellulitis noted and excellent range of motion 5° to about to about 120°. He is not back does do electrical work at a trailer plant.

He also complains of pain along the wrist area most likely secondary to disuse but does have some subjective numbr nerve distribution of his right hand. He has a negative Tinel's over the wrist and over the cubital tunnel. He does h interosseous strength 5/5 although his grip is not as strong as his other hand. He does have some slight intention noted. No significant swelling of the wrist is noted no redness to the wrist noted. The

**Radiographs:**

Xrays were ordered, performed, and reviewed by me today. No significant elbow arthropathy noted with previous exc debridement on the areas noted no evidence of acute osteolysis noted.

X-rays of the wrist show chronic scapholunate dissociation. No significant arthritic changes noted. He does not recal injury although he has fallen numerous times in the past which certainly could've caused a wrist injury in the past.

Plan continue present management with antibiotics Ancef for 2 more weeks. I will see him back in 3 weeks for follow point will need evaluation by hand surgery for scapholunate dissociation. Appointment 3 weeks. No x-ray necess

**Review of Systems**

**Constitutional**: Negative.
**Eye**: Negative.
**Ear/Nose/Mouth/Throat**: Negative.
**Respiratory**: Negative.
**Cardiovascular**: Negative.
**Gastrointestinal**: Negative.
**Hematology/Lymphatics**: Negative.
**Endocrine**
**Immunologic**: Negative.
**Musculoskeletal**: Negative except as documented in history of present illness.
**Integumentary**: Negative.
**Neurologic**: Negative.
**Psychiatric**: Negative.

**Health Status**

**Allergies:**

Allergic Reactions (All)

No known allergies
**Medications**: (Selected)
Documented Medications
*Documented*
Adderall 10 mg oral tablet: = 1 tab(s) ( 10 mg ), Oral, bid, # 60 tab(s), 0 Refill(s), Type: Maintenance
KlonoPIN 0.5 mg oral tablet: = 1 tab(s) ( 0.5 mg ), po, bid, 0 Refill(s), Type: Maintenance
NexIUM 40 mg oral delayed release capsule: 1 cap(s) ( 40 mg ), po, daily, 0 Refill(s), Type: Maintenance
**Problem list**:
All Problems
Acid reflux / SNOMED CT 2535970019 / Confirmed
History of stomach ulcers / SNOMED CT 2986896014 / Confirmed

**Histories**
**Past Medical History**:
No active or resolved past medical history items have been selected or recorded.
**Family History**:
Entire family history is negative.
**Procedure history:**
Vasectomy (37801015).
Appendectomy (132967011).
**Social History**:
**Alcohol Assessment**
Never
**Tobacco Assessment**
Never smoker
**Substance Abuse Assessment**
Never

**Physical Examination**
Measurements from flowsheet : Measurements
4/28/2020 8:51 AM CDT Height Measured - Standard 67 in
**General**:
No qualifying data available.
, Alert and oriented, No acute distress.
**Eye**: Pupils are equal, round and reactive to light.
**HENT**: Normocephalic, Normal hearing.
**Neck**: Supple.
**Cardiovascular**: Good pulses equal in all extremities, Normal peripheral perfusion.
**Integumentary**: Warm, Dry.
**Neurologic**: Alert, Oriented, Normal sensory.
**Psychiatric**: Cooperative, Appropriate mood & affect.

## Signature Line

Signed and Authored by Kendall Vague MD on 04/28/2020 09:31 AM CDT

**Addendum by Morrison, Kathy on April 29, 2020 9:06 AM CDT (Verified)**
Patient will return to office for evaluation on 05/12/1920 with a return to work of 05/18/2020.

## Signature Line

Signed and Authored by Kathy Morrison on 04/29/2020 09:06 AM CDT

| | |
|---|---|
| Charted Date: | April 28, 2020 8:52 AM CDT |
| Subject / Title: | right elbow/right wrist |
| Performed By: | Vague MD, Kendall on April 28, 2020 9:31 AM CDT |
| Electronically Signed By: | Vague MD, Kendall on April 28, 2020 9:31 AM CDT |
| Visit Information: | 447238, Southern Orthopedic & Sports Medicine As, Outpatient, 4/28/2020 - |

Lincoln
Claim # 9834821

603-371-2683

**ight elbow/right wrist**

Patient: **Lynn Jr, John W** **MRN: 63441** **FIN: 447238**
Age: **48 years** Sex: **Male** DOB:
Associated Diagnoses: **None**
Author: **Vague MD, Kendall**

**Visit Information**

**Date of Service:** 04/28/2020 08:46 am **Performing Location:** Southern Orthopedic & Sports Medicine **Encounter#:** 447238

**Referring Provider:** REF-930 -Batchelor MD, Andrea M

**Chief Complaint**
**4/28/2020 8:51 AM CDT Follow up status post right elbow excisional debridement with removal of hardware triceps repair anch osteomyelitis currently on IV Ancef through PICC line**

**History of Present Illness**

Diagnosis 4 weeks status post hardware removal with excisional debridement osteomyelitis right proximal ulna status repair. #2 possible mild compressive neuropathy on the nerve right elbow or wrist. 3 right wrist pain secondary to weakness.

Patient is here for follow-up of his excisional debridement and hardware removal from right proximal ulna status post He is doing much better his wound is healing without problems he does have a couple of small areas of suture pro will be removed today. No cellulitis noted and excellent range of motion 5° to about to about 120°. He is not back does do electrical work at a trailer plant.

He also complains of pain along the wrist area most likely secondary to disuse but does have some subjective numbr nerve distribution of his right hand. He has a negative Tinel's over the wrist and over the cubital tunnel. He does h interosseous strength 5/5 although his grip is not as strong as his other hand. He does have some slight intention noted. No significant swelling of the wrist is noted no redness to the wrist noted. The

**Radiographs:**

Xrays were ordered, performed, and reviewed by me today. No significant elbow arthropathy noted with previous exc debridement on the areas noted no evidence of acute osteolysis noted.

X-rays of the wrist show chronic scapholunate dissociation. No significant arthritic changes noted. He does not recal injury although he has fallen numerous times in the past which certainly could've caused a wrist injury in the past.

Plan continue present management with antibiotics Ancef for 2 more weeks. I will see him back in 3 weeks for follow point will need evaluation by hand surgery for scapholunate dissociation. Appointment 3 weeks. No x-ray necess

**Review of Systems**

**Constitutional:** Negative.
**Eye:** Negative.
**Ear/Nose/Mouth/Throat:** Negative.
**Respiratory:** Negative.
**Cardiovascular:** Negative.
**Gastrointestinal:** Negative.
**Hematology/Lymphatics:** Negative.
**Endocrine**
**Immunologic:** Negative.
**Musculoskeletal:** Negative except as documented in history of present illness.
**Integumentary:** Negative.
**Neurologic:** Negative.
**Psychiatric:** Negative.

**Health Status**

**Allergies:**

Allergic Reactions (All)

No known allergies

**Medications**: (Selected)

Documented Medications

*Documented*

Adderall 10 mg oral tablet: = 1 tab(s) ( 10 mg ). Oral, bid, # 60 tab(s), 0 Refill(s), Type: Maintenance
KlonoPIN 0.5 mg oral tablet: = 1 tab(s) ( 0.5 mg ), po, bid, 0 Refill(s), Type: Maintenance
NexIUM 40 mg oral delayed release capsule: 1 cap(s) ( 40 mg ), po, daily, 0 Refill(s), Type: Maintenance

**Problem list:**

All Problems

Acid reflux / SNOMED CT 2535970019 / Confirmed
History of stomach ulcers / SNOMED CT 2986896014 / Confirmed

**Histories**

**Past Medical History:**

No active or resolved past medical history items have been selected or recorded.

**Family History:**

Entire family history is negative.

**Procedure history:**

Vasectomy (37801015).
Appendectomy (132967011).

**Social History:**

**Alcohol Assessment**
Never

**Tobacco Assessment**
Never smoker

**Substance Abuse Assessment**
Never

**Physical Examination**

Measurements from flowsheet : Measurements

4/28/2020 8:51 AM CDT Height Measured - Standard 67 in

**General:**

No qualifying data available.

, Alert and oriented, No acute distress.

**Eye**: Pupils are equal, round and reactive to light.
**HENT**: Normocephalic, Normal hearing.
**Neck**: Supple.
**Cardiovascular**: Good pulses equal in all extremities, Normal peripheral perfusion.
**Integumentary**: Warm, Dry.
**Neurologic**: Alert, Oriented, Normal sensory.
**Psychiatric**: Cooperative, Appropriate mood & affect.

**Signature Line**

Signed and Authored by Kendall Vague MD on 04/28/2020 09:31 AM CDT

**Addendum by Morrison, Kathy on April 29, 2020 9:06 AM CDT (Verified)**

Patient will return to office for evaluation on 05/12/1920 with a return to work of 05/18/2020.

**Signature Line**

Signed and Authored by Kathy Morrison on 04/29/2020 09:06 AM CDT

Charted Date: April 28, 2020 8:52 AM CDT
Subject / Title: right elbow/right wrist
Performed By: Vague MD, Kendall on April 28, 2020 9:31 AM CDT
Electronically Signed By: Vague MD, Kendall on April 28, 2020 9:31 AM CDT
Visit Information: 447238, Southern Orthopedic & Sports Medicine As, Outpatient, 4/28/2020 -

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 371-2683

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) John Lynn

Name of legal representative, if applicable (print) John Lynn Relationship Myself

Signature of claimant or legal representative DocuSigned by: John Lynn 5528CECB9971425...

Date of Birth: ____ ________ Claim Number: 9834821 Date: 5/14/2020

**A copy of this authorization will be considered as valid as the original.**

John Lynn

Claim # 983 4821

FAX 603-371 2683

**right elbow**

Patient: **Lynn Jr, John W** **MRN: 63441** **FIN: 444826**
Age: **48 years** Sex: **Male** DOB:
Associated Diagnoses: **None**
Author: **Vague MD, Kendall**

**Visit Information**

**Date of Service:** 03/11/2020 03:47 pm **Performing Location:** Southern Orthopedic & Sports Medicine **Encounter#:** 444826

**Referring Provider:** REF-930 -Batchelor MD, Andrea M

**Chief Complaint**
**3/11/2020 3:48 PM CDT Right Elbow**

**History of Present Illness**
Diagnosis 2 weeks status post triceps tendon repair right elbow.

Patient is here for follow-up of his right elbow. He is doing well he is 2 weeks out and the staples are removed today. Wound is healed without problems. Swelling is resolving. He does have active motion from about 30° to 95° full pronation supination.

Plan Place in elbow brace at 30° to 90° he can be out of this for showering and bathing and gentle range of motion exercises with without his brace. I will see him back in 4 weeks with exam hopefully begin further range of motion at that time. He works as an electrician and cannot do his work at the present time.-

**Review of Systems**
**Constitutional:** Negative.
**Eye:** Negative.
**Ear/Nose/Mouth/Throat:** Negative.
**Respiratory:** Negative.
**Cardiovascular:** Negative.
**Gastrointestinal:** Negative.
**Hematology/Lymphatics:** Negative.
**Endocrine**
**Immunologic:** Negative.
**Musculoskeletal:** Negative except as documented in history of present illness.
**Integumentary:** Negative.
**Neurologic:** Negative.
**Psychiatric:** Negative.

**Health Status**
**Allergies:**
Allergic Reactions (All)
No known allergies
**Medications:** (Selected)
Documented Medications
*Documented*

Adderall 10 mg oral tablet: = 1 tab(s) ( 10 mg ), Oral, bid, # 60 tab(s), 0 Refill(s), Type: Maintenance
KlonoPIN 0.5 mg oral tablet: = 1 tab(s) ( 0.5 mg ), po, bid, 0 Refill(s), Type: Maintenance
NexIUM 40 mg oral delayed release capsule: 1 cap(s) ( 40 mg ), po, daily, 0 Refill(s), Type: Maintenance

**Problem list:**

All Problems

Acid reflux / SNOMED CT 2535970019 / Confirmed
History of stomach ulcers / SNOMED CT 2986896014 / Confirmed

**Histories**

**Past Medical History:**

No active or resolved past medical history items have been selected or recorded.

**Family History:**

Entire family history is negative.

**Procedure history:**

Vasectomy (37801015).
Appendectomy (132967011).

**Social History:**

**Alcohol Assessment**

Never

**Tobacco Assessment**

Never smoker

**Substance Abuse Assessment**

Never

**Physical Examination**

Measurements from flow sheet : Measurements

3/11/2020 3:48 PM CDT Height Measured - Standard 67 in

**General:**

No qualifying data available.
, Alert and oriented, No acute distress.

**Eye:** Pupils are equal, round and reactive to light.
**HENT:** Normocephalic, Normal hearing.
**Neck:** Supple.
**Cardiovascular:** Good pulses equal in all extremities, Normal peripheral perfusion.
**Integumentary:** Warm, Dry.
**Neurologic:** Alert, Oriented, Normal sensory.
**Psychiatric:** Cooperative, Appropriate mood & affect.

**Signature Line**

Signed and Authored by Kendall Vague MD on 03/11/2020 05:46 PM CDT

Charted Date: March 11, 2020 5:43 PM CDT
Subject / Title: right elbow
Performed By: Vague MD, Kendall on March 11, 2020 5:46 PM CDT

# Certification of Health Care Provider for Employee's Serious Health Condition (Family and Medical Leave Act)

U.S. Department of Labor
Wage and Hour Division

DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT

OMB Control Number: 1235-0003
Expires: 8/31/2021

**SECTION I: For Completion by the EMPLOYER**

**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies, and in accordance with 29 C.F.R. § 1635.9, if the Genetic Information Nondiscrimination Act applies.

Employer name and contact: TRU Lynn Jennie.Price 205-893-2424

Employee's job title: Production Regular work schedule: 40 hours

Employee's essential job functions: ____

Check if job description is attached: ____

**SECTION II: For Completion by the EMPLOYEE**

**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 29 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

Your name: John Wesley Lynn
First Middle Last

**SECTION III: For Completion by the HEALTH CARE PROVIDER**

**INSTRUCTIONS to the HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Do not provide information about genetic tests, as defined in 29 C.F.R. § 1635.3(f), genetic services, as defined in 29 C.F.R. § 1635.3(e), or the manifestation of disease or disorder in the employee's family members, 29 C.F.R. § 1635.3(b). Please be sure to sign the form on the last page.

Provider's name and business address: 2950 Hwy 78 E

Type of practice / Medical specialty: Orthopedics

Telephone: (205) 221-5374 Fax: (205) 384-9421



PAGE 4/13 * RCVD AT 3/13/2020 10:59:31 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/9 * DNIS:6033712683 * CSID: * ANI:12054893722 * DURATION (mm-ss):03-59

PART A: MEDICAL FACTS

1. Approximate date condition commenced: ~ 2/22/20

Probable duration of condition: full

**Mark below as applicable:**
Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
✓ No ___Yes. If so, dates of admission:

Date(s) you treated the patient for condition:
2/25/20 Surg 2/27/2020

Will the patient need to have treatment visits at least twice per year due to the condition? ___No ✓ Yes.

Was medication, other than over-the-counter medication, prescribed? ___No (Yes.)

Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
___No (Yes.) If so, state the nature of such treatments and expected duration of treatment:

2. Is the medical condition pregnancy? ✓ No ___Yes. If so, expected delivery date: ______

3. Use the information provided by the employer in Section I to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

Is the employee unable to perform any of his/her job functions due to the condition: ____ No (Yes.)

If so, identify the job functions the employee is unable to perform:
no pushing, pulling, lifting, climbing

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):
patient is s/p (R) Elbow triceps tendon Repair.

 CONTINUED ON NEXT PAGE 

**PART B: AMOUNT OF LEAVE NEEDED**

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___No (___Yes.)

   If so, estimate the beginning and ending dates for the period of incapacity: 3/25/2020 - 5/6/2020

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___No ✓Yes.

   If so, are the treatments or the reduced number of hours of work medically necessary?
   ___No ___Yes.

   Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

   ______________________________

   Estimate the part-time or reduced work schedule the employee needs, if any:

   ________ hour(s) per day; ________ days per week from ________ through ________

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ✓No ___Yes.

   Is it medically necessary for the employee to be absent from work during the flare-ups?
   ___ No ___Yes. If so, explain:

   ______________________________

   ______________________________

   Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency : _____ times per _____ week(s) _____ month(s)

Duration: _____ hours or ___ day(s) per episode

**ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.**

No use (R) arm x 10 weeks

______________________________

 CONTINUED ON NEXT PAGE 

PAGE 6/13 * RCVD AT 3/13/2020 10:59:31 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/9 * DNIS:6033712683 * CSID: * ANI:12054893722 * DURATION (mm-ss):03-59

3/2/20

Signature of Health Care Provider Date

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. **DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.**

**right elbow**

Patient: **Lynn Jr, John W** **MRN: 63441** **FIN: 444379**
Age: **48 years** Sex: **Male** DOB:
Associated Diagnoses: **None**
Author: **Vague MD, Kendall**

**Visit Information**

**Date of Service:** 02/25/2020 07:59 am **Performing Location:** Southern Orthopedic & Sports Medicine **Encounter#:** 444379

**Referring Provider:** REF-930 -Batchelor MD, Andrea M

**Chief Complaint**
**2/25/2020 8:13 AM CST RE-INJURED RIGHT ELBOW**

**History of Present Illness**
Diagnosis triceps avulsion injury right elbow.

Patient's here for his right elbow. I saw him early this week with a nondisplaced olecranon spur fracture from a fall. His triceps was intact and was treated nonoperatively. However he fell over the weekend over his dog and hyperflexed his elbow. He has worsening pain of his right elbow with significant ecchymosis of his medial arm with x-rays revealing that he has torn his triceps muscle with superior migration of the bone fragment. He has no strength with his right arm in extension.

Exam shows swelling and ecchymosis over the olecranon area as well as over the medial upper arm. He has normal shoulder range of motion but significant weakness and cannot actively extend with his triceps of his right arm. Neurovascular status is grossly intact although he feels like he has some grip strength loss. Biceps is intact.

**Radiographs:**
Xrays were ordered, performed, and reviewed by me today. Displaced avulsion fracture olecranon spur with triceps tendon rupture.

Plan recommend exploration and triceps tendon repair. this will be scheduled on Thursday. He will be placed in a removable posterior splint for protection but allow bathing. He understands the procedure will be off work for 6-12 weeks.-

**Review of Systems**
**Constitutional:** Negative.
**Eye:** Negative.
**Ear/Nose/Mouth/Throat:** Negative.
**Respiratory:** Negative.
**Cardiovascular:** Negative.
**Gastrointestinal:** Negative.
**Hematology/Lymphatics:** Negative.
**Endocrine**
**Immunologic:** Negative.
**Musculoskeletal:** Negative except as documented in history of present illness.
**Integumentary:** Negative.
**Neurologic:** Negative.



PAGE 8/13 * RCVD AT 3/13/2020 10:59:31 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/9 * DNIS:6033712683 * CSID: * ANI:12054893722 * DURATION (mm-ss):03-59

**Psychiatric:** Negative.

**Constitutional:** Within normal limits.
**HEENT:** Within normal limits.
**Respiratory:** Within normal limits.
**Cardiovascular:** Within normal limits.
**Gastrointestinal:** Within normal limits.
**Hematology/Lymphatics:** Within normal limits.
**Immunologic:** Within normal limits.
**Integumentary:** Within normal limits.
**Neurologic:** Within normal limits.
**Psychiatric:** Within normal limits.

**Health Status**

**Allergies:**

Allergic Reactions (All)

No known allergies

**Medications:** (Selected)

Documented Medications

*Documented*

Adderall 10 mg oral tablet: = 1 tab(s) ( 10 mg ), Oral, bid, # 60 tab(s), 0 Refill(s), Type: Maintenance
KlonoPIN 0.5 mg oral tablet: = 1 tab(s) ( 0.5 mg ), po, bid, 0 Refill(s), Type: Maintenance
NexIUM 40 mg oral delayed release capsule: 1 cap(s) ( 40 mg ), po, daily, 0 Refill(s), Type: Maintenance

**Problem list:**

All Problems

Acid reflux / SNOMED CT 2535970019 / Confirmed
History of stomach ulcers / SNOMED CT 2986896014 / Confirmed

**Histories**

**Past Medical History:**

No active or resolved past medical history items have been selected or recorded.

**Family History:**

Entire family history is negative.

**Procedure history:**

Vasectomy (37801015).
Appendectomy (132967011).

**Social History:**

**Alcohol Assessment**

Never

**Tobacco Assessment**

Never smoker

**Substance Abuse Assessment**

Never

**Physical Examination**

Measurements from flow sheet : Measurements

2/25/2020 8:13 AM CST Height Measured - Standard 67 in

**General:**

No qualifying data available.
, Alert and oriented, No acute distress.
**Eye:** Pupils are equal, round and reactive to light.
**HENT:** Normocephalic, Normal hearing.
**Neck:** Supple.

**Cardiovascular:** Good pulses equal in all extremities, Normal peripheral perfusion.
**Integumentary:** Warm, Dry.
**Neurologic:** Alert, Oriented, Normal sensory.
**Psychiatric:** Cooperative, Appropriate mood & affect.

**Signature Line**

Signed and Authored by Kendall Vague MD on 02/25/2020 09:20 AM CST

| | |
|---|---|
| Charted Date: | February 25, 2020 8:35 AM CST |
| Subject / Title: | right elbow |
| Performed By: | Vague MD, Kendall on February 25, 2020 9:20 AM CST |
| Electronically Signed By: | Vague MD, Kendall on February 25, 2020 9:20 AM CST |
| Visit Information: | 444379, Southern Orthopedic & Sports Medicine As, Outpatient, 2/25/2020 - 2/27/2020 |

## Lynn, John W

MRN: 0454382

**Vague, Kendall Charles, MD** Op Note Date of Service: 2/27/2020 2:22 PM
Physician Signed
Orthopedic Surgery
**Signed**

### OPERATIVE REPORT

**Patient Name:** John W Lynn
**DOB:** **Age:** 48 y.o.
**CSN:** 5019218184 **MRN:** 0454382
**PCP:** Smith, Adam Barrett, MD **Room:** PERIOP-W/NONE

**Date of Surgery:** 2/27/2020

**Surgeon:** KENDALL CHARLES VAGUE, MD

**First Assistant:** Allen Veren PA

**Preoperative Diagnosis:** Acute triceps tendon rupture right elbow

**Postoperative Diagnosis:** Same

**Procedure:** Triceps tendon repair right elbow with Arthrex speed bridge repair system

**Indications For Procedure:** Patient is a 48-year-old white male who injured his right elbow several weeks ago when he fell on his elbow he was seen in the office at that time with a small nondisplaced fracture of a olecranon on spur. He did have good triceps function at that time. He was treated with conservative management with gentle range of motion and no heavy lifting. He fell about a week ago landed directly on his elbow and presents to the office with more swelling and weakness of his arm with x-rays revealing completely displaced avulsion fracture approximately 3 cm above the attachment site representing a complete triceps tendon disruption. Neurovascular status is intact no ulnar nerve symptoms he is admitted now for triceps tendon repair right elbow. He understands the procedure postop expectations and possible complications screws to proceed.

**Procedure in Detail:** The patient was taken to the operating room and placed under general anesthesia without problems. He is carefully positioned in the left lateral decubitus position with a beanbag position her and was padded appropriately. His right arm was placed over a well-padded bolster. His right arm was prepped and draped with a sterile field. Pneumatic tourniquet control at 250 mm of mercury was utilized. A longitudinal incision was made over the triceps insertion site taken and subcutaneous tissue. A large hematoma was evacuated. No evidence of infection. Large amount of old hematoma was present in this area with clotted blood this was all evacuated. The triceps tendon was completely ruptured off the olecranon and was retracted approximately 3 cm. The tendon edges were carefully cleared the insertion site was also carefully debrided of any granulation tissue in this area and the bony surface was exposed. It was felt that Arthrex speed bridge repair system was indicated for stability of repair.

2 proximal suture anchors with fiber tape suture and rescue anchors were placed into the olecranon area angle suggest not interfere or penetrate in the joint. These were passed without difficulty. The sutures were then passed using rescue sutures slightly more distal and fiber tape sutures passed more proximal. The arm was brought out into extension and the FiberWire sutures were tied to bring the tendon and down to the direct surface of the olecranon. The Arthrex fiber tape sutures were then split and one arm of each of the fiber tape sutures along with one arm of the rescue suture from each anchor within past two two serve lock anchors placed more distal on the volar surface of the ulna distal to the joint at the level of the coronoid. The crossed sutures were then passed through this will lock and the sole lock tightened down with excellent reapproximation of the tendon over the olecranon and proximal ulna with excellent contouring and repair. The medial and lateral borders of the triceps tendon were torn and these were easily repaired without difficulty with 2. Ethibond suture. The ulnar nerve was not visualized but was palpated throughout the case and no interference with the nerve was noted. No further pathology was noted. The tourniquet was released hemostasis maintained using pressure and electrocautery. The repair site was carefully checked through a gentle range-of-motion it was necessary to gradually bring the arm at 90° so as to allow splinting at that position. There was no evidence of any separation of the tendon at that angle. No further pathology was noted. The the area was infiltrated 0.5% Marcaine plain and then closed with 0 and two 0 Vicryl in the subcutaneous tissue skin was closed using staples. A sterile dressing was applied placed in a posterior splint with sugar-tong straps and returned to recovery in satisfactory condition.

Disposition patient is discharged home on Norco five for pain as well as instructions on ice and elevation use of the sling and range of motion of digits. I will see him back in two weeks for follow-up for suture removal or sooner if there is any problems. At that time will place in a removable splint or hinged elbow brace for gentle range-of-motion exercises. They are to contact me if they have any problems prior to their appointment.

**KENDALL CHARLES VAGUE, MD**
**2/27/2020**
**2:22 PM**

Admission
(Discharged) on
2/27/2020

Lincoln Financial Group®

# Reporting Your Disability Claim

The **Clayton Homes, Inc.** Short-Term Disability Policy is administered by Lincoln Life Assurance Company of Boston, a Lincoln Financial Group company.

Lincoln Financial Group offers employees direct access to claims resources and information. You can easily report a claim and check the status of your claim through Lincoln Financial Group's dedicated secure website or by telephone. Please visit: **www.MyLincolnPortal.com** to access employee resources and online tools, as referenced below.

## When Do I Report a Claim?

You may report a claim up to 30 days in advance of a planned disability absence (such as childbirth or prescheduled surgery). You may also report a claim as soon as you are hospitalized OR disabled due to injury OR as soon as you aware you will be disabled due to an illness for **7** or more calendar days.

## How Do I Report a Claim?

1. Contact your supervisor to report your absence.
2. Print this document, sign and date the Authorization to Release Information section below, and leave with your physician or medical care provider at your next visit.
   *Note: Lincoln Financial Group requires your physician to provide information about your medical condition. If this information cannot be obtained, benefits may be delayed.*
3. Report your claim via **www.MyLincolnPortal.com**. First time users must register using Company Code **CLAYTON**.
   Please have the following information available when you report your claim:
   - Your physician or medical care provider's name, address, fax and telephone numbers
   - Reason you are out of work (diagnosis/symptoms)
   - Your last day worked, first day absent from work, and anticipated return to work date

   Or you can call **1-800-713-7384** and speak with an Intake Specialist to report your claim.
4. Keep a record of your claim number. Reporting your claim online provides the added convenience of printing a claim report which includes your claim number and a summary of your claim details.
5. You may securely check the status of your claim online at **www.MyLincolnPortal.com** or by calling your Case Manager at **1-800-291-0112.**

## Authorization to Release Information

I authorize any health care provider having information about my physical or mental condition and treatment to give all information to the Company in the Lincoln Financial Group of companies and/or Plan Sponsor to which I am submitting a claim. I understand the information obtained by this Authorization will be used to determine eligibility for benefits. Information obtained under this Authorization or directly from me may be released to persons/organizations providing medical treatment or claim management/advisory services in connection with my claim, including Employee Assistance Programs (EAP), or other similar disease management/assistance programs providing services to the Plan Sponsor and/or the Company. This Authorization is valid for two years from the date appearing below with my signature. I have the right to revoke this Authorization by notifying the Company. I know that I may request a copy of the Authorization and I agree that a photographic copy shall be as valid as the original.

Employee Signature: [signature] Date: 2-26-20

Print Employee Name: John Lynn

Group insurance products and services described herein are issued by Lincoln Life Assurance Company of Boston, a Lincoln Financial Group company. Home Office: Boston, MA. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. ©2018 Lincoln National Corporation. All rights reserved.

John Lynn

Claim# 9834821

FAX# 603-371-2683

Lincoln

**right elbow**

Patient: **Lynn Jr, John W** **MRN: 63441** **FIN: 445863**
Age: **48 years** Sex: **Male** DOB:
Associated Diagnoses: **None**
Author: **Vague MD, Kendall**

**Visit Information**

**Date of Service:** 03/26/2020 10:03 am **Performing Location:** Southern Orthopedic & Sports Medicine **Encounter#:** 445863

**Referring Provider:** REF-930 -Batchelor MD, Andrea M

**Chief Complaint**
**3/26/2020 10:18 AM CDT Follow up status post triceps tendon repair 2/27/20 with subsequent staph cellulitis right elbow**

**History of Present Illness**
Diagnosis Staphylococcus cellulitis with drainage right elbow status post triceps tendon repair.

Patient is here for follow-up of his right elbow. He is currently off his antibiotics for the last 3 days still having some drainage which is somewhat purulent over the posterior elbow area. There is some slight fluctuance in this area with expressible pus.

He still does have some slight redness over the area with some slight fluctuance. 2 small drainage sites are evident.

He does have range of motion from about 90° to about 20°.

**Radiographs:**
Xrays were ordered, performed, and reviewed by me today. Possible early osteomyelitis at anchor sites and no other abnormality noted.

Plan recommend we start Bactrim and scheduled for excisional debridement with possible hardware removal right elbow. This will be done on Monday. I discussed this with him as well as postoperative recovery. He works at a trial implant and still is doing full duty work until this is resolved.-

**Review of Systems**
**Constitutional:** Negative.
**Eye:** Negative.
**Ear/Nose/Mouth/Throat:** Negative.
**Respiratory:** Negative.
**Cardiovascular:** Negative.
**Gastrointestinal:** Negative.
**Hematology/Lymphatics:** Negative.
**Endocrine**
**Immunologic:** Negative.
**Musculoskeletal:** Negative except as documented in history of present illness.
**Integumentary:** Negative.
**Neurologic:** Negative.
**Psychiatric:** Negative.

**Health Status**

**Allergies:**

Allergic Reactions (All)

No known allergies

**Medications:** (Selected)

Documented Medications

*Documented*

Adderall 10 mg oral tablet: = 1 tab(s) ( 10 mg ), Oral, bid, # 60 tab(s), 0 Refill(s), Type: Maintenance
KlonoPIN 0.5 mg oral tablet: = 1 tab(s) ( 0.5 mg ), po, bid, 0 Refill(s), Type: Maintenance
NexIUM 40 mg oral delayed release capsule: 1 cap(s) ( 40 mg ), po, daily, 0 Refill(s), Type: Maintenance

**Problem list:**

All Problems

Acid reflux / SNOMED CT 2535970019 / Confirmed
History of stomach ulcers / SNOMED CT 2986896014 / Confirmed

**Histories**

**Past Medical History:**

No active or resolved past medical history items have been selected or recorded.

**Family History:**

Entire family history is negative.

**Procedure history:**

Vasectomy (37801015).
Appendectomy (132967011).

**Social History:**

**Alcohol Assessment**

Never

**Tobacco Assessment**

Never smoker

**Substance Abuse Assessment**

Never

**Physical Examination**

Measurements from flow sheet : Measurements

3/26/2020 10:18 AM CDT Height Measured - Standard 67 in

**General:**

No qualifying data available.

, Alert and oriented, No acute distress.

**Eye:** Pupils are equal, round and reactive to light.
**HENT:** Normocephalic, Normal hearing.
**Neck:** Supple.
**Cardiovascular:** Good pulses equal in all extremities, Normal peripheral perfusion.
**Integumentary:** Warm, Dry.
**Neurologic:** Alert, Oriented, Normal sensory.
**Psychiatric:** Cooperative, Appropriate mood & affect.

**Signature Line**

Signed and Authored by Kendall Vague MD on 03/26/2020 10:57 AM CDT

| | |
|---|---|
| Charted Date: | March 26, 2020 10:54 AM CDT |
| Subject / Title: | right elbow |
| Performed By: | Vague MD, Kendall on March 26, 2020 10:57 AM CDT |
| Electronically Signed By: | Vague MD, Kendall on March 26, 2020 10:57 AM CDT |
| Visit Information: | 445863, Southern Orthopedic & Sports Medicine As, Outpatient, 3/26/2020 - |

Policy # 26039-111

John Lynn

AF/ac

03441

Lynn, John W (MR # 0454382) DOB: 12/20/1971 Encounter Date: 03/26/2020

## Lynn, John W

MRN: 0454382

Vague, Kendall Charles, MD
Physician
Orthopedic Surgery

Op Note
Signed

Date of Service: 3/30/2020 2:31 PM

Signed

**OPERATIVE REPORT**

**Patient Name**: John W Lynn
**DOB**: **Age**: 48 y.o.
**CSN**: 5019545831 **MRN**: 0454382
**PCP**: Smith, Adam Barrett, MD **Room**: PERIOP-W/NONE

**Date of Surgery**: 3/30/2020

**Surgeon**: KENDALL CHARLES VAGUE, MD

**First Assistant**: Bradley Noland PA

**Preoperative Diagnosis**: Infected hardware with cellulitis right elbow status post triceps tendon repair

**Postoperative Diagnosis**: Same

**Procedure**: Removal of hardware-Arthrex Speed Bridge with fiber tape suture and anchors x4

**Indications For Procedure**: Patient is a 48-year-old white male who is status post triceps tendon avulsion Fracture of his right elbow. He was treated with surgical repair of his triceps tendon
. Had significant swelling and bruising over the area time of surgery but surgery went uneventfully. He did well initially but approximately two weeks postoperatively developed some redness over the repair site and was placed on Bactrim. He did develop some slight drainage from the area cultures returned Staph aureus MSSA. He did get some relief from the Bactrim antibiotic but has continued to have some redness and intermittent drainage and was felt that irrigation debridement and removal of speed bridge is indicated. He understands the procedure postop expectations and possible complications agrees to proceed. He also understands that he could have some osteomyelitis in the anchor sites and therefore will be on IV antibiotics approximately six weeks. Tentative plans are IV Ancef for six weeks

**Procedure in Detail**: After adequate premedication and preop evaluation the patient was taken to the operating room and placed under general anesthesia without problems. His right arm was carefully prepped and draped into a sterile field. Pneumatic tourniquet control at 250 mm of mercury was utilized. The same incision was utilized taken into subcutaneous tissue. There was some purulence fluid and purulence tissue along the repair site this was removed with a rongeur and sharp dissection. The underlying fiber tape suture was identified and this was still intact. Individual Ethibond sutures

And FiberWire sutures were identified and removed. The fiber tape attached to each anchor was traced to the anchor anchor was identified and each anchor and its bullet tip was removed without difficulty. The holes were then carefully curetted no obvious gross infection within the anchor holes was noted. The tourniquet was released. The area was then thoroughly irrigated with gentamicin saline solution followed with Puracyn irrigation. Vancomycin powder was then sprinkled into each of the anchor sites and in the wound. The majority of irrigation was done without tourniquet control.

After thorough irrigation the wound was closed in layers using two 0 PDS suture followed with 3-0 and 2-0 nylon individual sutures. The wound was carefully clean and then dress sterilely posterior sugar-tong splint was applied and he returned to recovery in satisfactory condition.

Disposition patient is discharged home on Norco five for pain as well as instructions on ice to the area. He also will have a shoulder immobilizer for his splint and encouraged on range of motion exercises of his digits. He will also continue his Bactrim tonight and tomorrow until outpatient IV Ancef can be arranged hopefully tomorrow
1 g t.i.d. for six weeks

I will see him back in one week for follow-up and wound check possibly resume his hinged elbow brace at that time.
He or his wife will contact me if he has any problems prior to his appointment.

**KENDALL CHARLES VAGUE, MD**
**3/30/2020**
**2:31 PM**

Admission
(Discharged) on
3/30/2020

Lynn, John W (MRN 0454382) Printed by Waldrop, Lindsey [LIN0AS] at 4/1/20 10:28 AM

# F A X S H E E T

| | |
|---|---|
| Date: | Feb-28-2020 09:30:24 |
| To: | |
| Subject: | Faxing Multiple Encounters |
| Fax Number: | 16033712683 |
| To Company: | |
| From Name: | Robins,Valerie |
| From Company: | |
| From Facility: | |
| Support Contact: | |
| Number of Page(s): | 4 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

**Progress Notes**

**Patient:** Lynn, John
**Account Number:** 79274
**DOB:** **Age:** 48 Y **Sex:** Male
**Phone:** :
**Address**

**Provider:** Andrea Batchelor, MD
**Date:** 02/24/2020

**Subjective:**

**Chief Complaints:**

1. Pt states he fell around Jan. 22nd, saw the Orthopedic last Thurs. Fell last Friday with right arm/elbow bruised, swollen and pain. He states he did take clindamycin and amoxcillin the end of Jan. He has a pic of x ray on his phone of his elbow. 2. Wal Greens. 3. CN.

**HPI:**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.

1 HPI:

He presents to clinic with complaint of pain in his right elbow. He fell on 1/22/2020. He went to Haleyville on 1/25/2020. He was given a steroid shot in his elbow and an antibiotic shot. He saw Dr. Smith a week later because his right elbow was red and swollen. He was given clindamycin. He saw Dr. Vague on 2/20/2020. He had xrays by Dr. Vague, and he was told that he may have broken a spur off. He was told that if it was not better if he would need to have surgery in April. He tripped over his dog, and he landed on his right arm. His right arm started swelling right after the fall. The swelling has gotten worse since then. He noticed swelling on his right elbow and bruising on his elbow yesterday, but it has gotten worse. He cannot move his right elbow. His right elbow and shoulder have been bothering him since he fell.

**ROS:**

General/Constitutional:

Change in appetite denies. Chills denies. Fever denies.

ENT:

Decreased hearing denies. Sore throat denies. Swollen glands denies.

Endocrine:

Cold intolerance denies. Excessive thirst denies. Heat intolerance denies. Weight loss denies.

Respiratory:

Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies. Wheezing denies.

Cardiovascular:

Chest pain at rest denies. Chest pain with exertion denies. Irregular heartbeat denies. Shortness of breath denies.

Gastrointestinal:

Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies .

Genitourinary:

Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

Musculoskeletal:

Painful joints **admits**. Weakness denies.

Skin:

Dry skin denies. Itching denies. Rash denies.

Neurologic:

Dizziness denies. Fainting denies. Headache denies.

**Medical History:** Chronic vertigo, Racing thoughts, Hiatial hernia, 8 bulging disc, Insomnia.

**Surgical History:** Vasectomy 2003.

**Hospitalization/Major Diagnostic Procedure:** Viral infection .

**Family History:** Father: alive. Mother: alive. 1 brother(s) . 1 son(s) , 1 daughter(s) . .

**Social History:**

Tobacco Use: Tobacco Use/Smoking Are you a nonsmoker.
Drugs/Alcohol: Alcohol Screen Points 0, Interpretation Negative.
NON SMOKER.

**Medications:** Taking Nexium 40 MG Capsule Delayed Release 1 capsule Orally Once a day, Taking Sucralfate 1 GM Tablet 1 tablet Orally Three times daily, Taking Klonopin 1 MG Tablet 1/2 tablet orally every morning, 1 tablet mid day and 1 tablet at bedtime as directed, Taking Adderall 10 MG Tablet 0.5 tablet in the am Orally 1 tablet at lunch, and 1 tablet in the evening, Taking Norco 5-325 MG Tablet 1 tablet as needed Orally every 8 hrs prn, stop date 03/18/2020, Medication List reviewed and reconciled with the patient

**Allergies:** Cefzil.

## Objective:

**Vitals:** BP 131/83 mm Hg, Ht 65.5 in, Wt 144.6 lbs, BMI 23.69 Index, Temp 100.0 F, HR 121 /min, RR 20 /min, Oxygen sat % 96.

**Examination:**

General Examination:

GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. NECK/THYROID: neck supple. SKIN: warm and dry, erythema and warmth right elbow, bruising on right upper arm. LUNGS: clear to auscultation bilaterally. HEART: no murmurs, regular rate and rhythm, S1, S2 normal. ABDOMEN soft, nontender, nondistended, bowel sounds present. MUSCULOSKELETAL: edema right elbow, unable to extend right elbow fully, tenderness to palpation over right elbow and right forearm. NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact.

## Assessment:

**Assessment:**

1. Right elbow pain - M25.521 (Primary)
2. Right forearm pain - M79.631
3. Acute pain of right shoulder - M25.511
4. Fall, initial encounter - W19.XXXA
5. Non-smoker - Z78.9
6. Body mass index (BMI) of 23.0-23.9 in adult - Z68.23

## Plan:

**1. Right elbow pain**

Imaging: X ray : Elbow, right

**2. Right forearm pain**

Imaging: X ray : Forearm, right

**3. Acute pain of right shoulder**

Imaging: X ray : Shoulder, right

**4. Others**

Notes: I obtained xrays of his right elbow, right forearm, and right shoulder. An xray of his right elbow revealed 2 bone fragments lateral to elbow joint. An xray of his right shoulder did not reveal any fractures. An xray of his right forearm did not reveal any fractures. We called orthopedics and got him an appointment for tomorrow for orthopedics since he now has 2 fragments on his right elbow xray. He can take Norco as needed for pain.

**Procedure Codes:** 73070 X-RAY EXAM OF ELBOW, 73090 XRAY EXAM OF FOREARM

**Preventive:**
Counseling: BP Management PHYSICAL ACTIVITY RECOMMENDATION: Giving encouragement to exercise. Tobacco use: Patient not counseled: Patient not eligible. BMI Care goal follow-up plan BMI management provided Yes. Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of at least a few hours each week of moderate aerobic exercise.

**Follow Up:** 1 week if not improved

**Provider:** Andrea Batchelor, MD
**Patient:** Lynn, John **DOB:** **Date:** 02/24/2020

Electronically signed by ANDREA BATCHELOR , MD on 02/28/2020 at 09:32 AM CST
Sign off status: Pending

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. JOHN LYNN JR

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 371-2683

February 29, 2020

Mr. John W. Lynn Jr

RE: Short Term Disability (STD) Benefits
Clayton Homes, Inc
Claim #: 9834821

Dear Mr. John Lynn Jr:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Clayton Homes, Inc's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On February 28, 2020, we requested the following from Dr. Bachelor and Dr. Vague. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from February 1, 2020 through present from Dr. Bachelor and Dr. Vague

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Clayton Homes, Inc's STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than April 12, 2020 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Eric Summers
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 59450
Secure Fax No.: (603) 371-2683

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 371-2683

| | |
|---|---|
| Date: | February 28, 2020 |
| To: | DR VAGUE<br>2950 HWY 78<br>JASPER AL 35501 |
| Attn: | |
| Fax: | (205) 384-1453 |
| From: | Eric Summers<br>Claims Examiner II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 371-2683 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 9834821<br>Claimant: John Lynn<br><br>Clayton Homes, Inc |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 371-2683

February 28, 2020

Dr Vague
2950 HWY 78
JASPER, AL 35501

RE: Short Term Disability (STD) Benefits
Clayton Homes, Inc
Claim #: 9834821
Claimant: John Lynn
Claimant D.O.B.:

Dear Dr Vague:

We are the Disability Claim Administrator for your patient, John Lynn.

To evaluate Mr. Lynn's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2020 through present

We ask that you provide this information by March 6, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 371-2683 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the

results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Eric Summers
Claims Examiner II
Phone No.: (800) 291-0112 Ext. 59450
Secure Fax No.: (603) 371-2683

# DIRECT DEPOSIT APPLICATION

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 371-2683

**Return To:** Eric Summers

EMPLOYEE/CLAIMANT NAME: John Lynn
CLAIM NO: 9834821
EMPLOYER/SPONSOR: Clayton Homes, Inc DATE OF BIRTH: ________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ________
**ADDRESS:** ________ **CITY:** ________ **STATE:** ____ **ZIP:** ____

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ________

**9 DIGIT ABA ROUTING NUMBER:** ________ **BANK ADDRESS:** ________

**YOUR ACCOUNT NUMBER:** ________ **CITY:** ________ **STATE:** ____ **ZIP:** ____

**BANK PHONE:** ( ) ________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ________ Date: ________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 371-2683

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

**Life Claim Detail**

Find | Clear | Save | New | Delete | Last Modified | Print | Help | Change Sub/Loc

Add Note Check Contact Info Correspond Doc List Life Account Info Note SPELL Letters Tasks

**Employee**

First Name: JOHN  MI: W

Last Name: LYNN

SSN:  DOB:

**Customer**

Name: CLAYTON HOMES, INC  ID: 05 - 291250

Sub Name: CLAYTON HOMES, INC  Sub Code: 1150

Loc Name: CLAYTON HOMES, INC  Loc Code: 00942000

---

* **Life Claim Number** 10414472  Symbol: SA  Numeral: 01  Life Claim Sub: 1150  Life Claim Loc: 00942000  Prev Claim #: 0

**Claimant**

* Last Name: LYNN  * First Name: JOHN  MI: W  * Relationship to Employee: Employee

* DOB:  * Gender: Male  Marital Status: Unknown

Address Line 1:

Address Line 2:

Address Line 3:

City:  State:  Zip Code:

Country: UNITED STATES OF AMERICA  * State of Residence: AL

**Dependent**

FT Student Age: 0  Disabled Child: ☐

**Life Claim Events**

| Event Number | Event Type | Event Reason | Event Status | Analyst Name |
|---|---|---|---|---|

**Life Waivers**

| Waiver Number | Waiver Type | Waiver Status | Date of Disability | Determination Date | Close Date | Maintenance Indicator | Analyst Name |
|---|---|---|---|---|---|---|---|
| 1 | Waiver of Premium | Denied | 02/22/2020 | 09/15/2020 | | No | FREEMAN, SHEILA |

**Life Waiver Detail**

Find | Clear | Save | New | Delete | Last Modified | Print | Help | Reopen Life Waiver

Add Vendor Pmt Check Correspond Life Account Info Linked Prov Note Tasks Vendor Pmt

| Employee | | | Customer | | | |
|---|---|---|---|---|---|---|
| First Name | JOHN | MI W | Name | CLAYTON HOMES, INC | ID | 05 - 291250 |
| Last Name | LYNN | | Sub Name | CLAYTON HOMES, INC | Sub Code | 1150 |
| SSN | | DOB 12/20/1971 | Loc Name | CLAYTON HOMES, INC | Loc Code | 00942000 |

Life Claim Number 10414472 Waiver Number 1 Life Claim Sub 1150 Life Claim Loc 00942000 Submission SYS1

**Employee Information**

Class Code 1 Census Validation

*Takeover Indicator No Annual Earnings $ 41600.04

**Waiver Information**

| | | | | | |
|---|---|---|---|---|---|
| Date Input | 08/25/2020 | Date Acknowledgement Letter Sent | 08/25/2020 | Received Date | 08/25/2020 |
| *Type | Waiver of Premium | *Status | Denied | *Determination Date | 09/15/2020 |
| Close Date | | *Status Reason | Not TD Any Occ | | |
| Reopen Date | | Reopen Reason | | | |
| Liberty LTD | ☑ | Disablity Claims Office | Charlotte | | |
| Maintenance Indicator | ☐ | Benefit Reduction Schedule | 31 | Waiver EP | [illegible] |

**Disability Information**

*Date of Disability 02/22/2020 Date Disability Reported 08/24/2020 Date Last Worked 02/21/2020

**Diagnosis Information**

| | | Description |
|---|---|---|
| Code (1) | S59.901A | Unspecified injury of right elbow, initial encounter |
| Code (2) | | |

**Coverage & Reserve Amounts**

| | | | |
|---|---|---|---|
| Basic Coverage Amount $ | 30000.00 | Optional Coverage Amount $ | 0.00 |
| *Basic Reserve Amount $ | 30000.00 | Optional Reserve Amount $ | 0.00 |

**Case Manager**

*Assign To FREEMAN SHEILA

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 10414472 **Accommodation Number**

**Note type:**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**03/23/2022 8:33 AM - LIFE Note 20**
Claim/Event/Leave: 10414472
NoteSubject : LTR to EE
Other Subject : DENIAL
Text: [03/23/2022 - FREEMAN, SHEILA]SENT DENIAL LETTER TO EE. NOTIFIED ER AND CONVERSIONS.

**03/23/2022 8:33 AM - LIFE Note 19**
Claim/Event/Leave: 10414472
NoteSubject : Action Plan
Other Subject : DENY NOT TDAO
Text: [03/23/2022 - FREEMAN, SHEILA]REVIEWED LTD. PEER REVIEW COMPLETED FOUND R&LS FROM 09/01/2021 TO PRESENT AND ONGOING, BASED ON REVIEW OF MEDICAL RECORDS ARE SITTING UNRESTRICTED OTHER THAN INTERMITTENT BRIEF CHANGE IN POSITION STANDING/WALKINGOCCASIONALLY WITH USE OF AN ASSISTIVE DEVICE SUCH AS A CANE AS DESIRED LIFTING/CARRYING UP TO 10 POUNDS OCCASIONALLY AND 5 POUNDS FREQUENTLY (AS LONG AS CARRIAGE CAN BE IN ONE HAND ALLOWING FOR USE OF A CANE) FINGERING, HANDLING, TYPING AND REACHING AT DESK LEVEL AND OVERHEAD UNRESTRICTED BENDING, STOOPING, AND REACHING BELOW WAIST FREQUENTLY CROUCHING, KNEELING, LADDER CLIMBING, WORK AT UNPROTECTED HEIGHTS, COMMERCIAL DRIVING AND OPERATING HEAVY EQUIPMENT OR SAFETY-SENSITIVE MACHINERY TO BE AVOIDED WHILE USING OPIOID ANALGESICS WITHIN THESE R&LS, THE CLAIMANT SHOULD BE CAPABLE OF FULL-TIME WORK. A TSA WAS COMPLETED AND FOUND ALTERNATIVE OCCUPATIONS WITHIN THE EES SKILLS AND ABILITIES. LCE TO DENY FOR NOT TD ANY OCC.

**12/23/2021 8:57 AM - LIFE Note 18**
Claim/Event/Leave: 10414472
NoteSubject : Action Plan
Other Subject : CONTINUE TO MONITOR
Text: [12/23/2021 - FREEMAN, SHEILA]LTD REVIEWED. DCM SPOKE WITH EE ON 10/25/21 FOR UPDATE. EE SAID HE DID GET A 2ND OPINION AND WAS TOLD ANOTHER SX WOULD LIKELY DO MORE HARM THAN GOOD. AP SAID THE ONLY LIKELY OPTION IN THE FUTURE WOULD BE TO HAVE THE SCREWS REMOVED AROUND THE KNEE AREA. AP ALSO RECOMMENDED EE GET A TRAUMA DOCTOR'S OPINION ON THAT. EE SAID THAT WAS A 1 TIME EVALUATION, NO OTHER OV'S SCHEDULED WITH THAT AP. TX PLAN AT THIS TIME IS HOME EXERCISES. MED RECORDS RECEIVED FROM DR. BATCHELOR THROUGH 9/21/21. DCM HAS TASK TO CALL EE FOR UPDATE, GATHER MEDICAL BEYOND 9/21. LCE TO F/U FOR UPDATES TO ASSESS ONGOING PLAN.

**09/14/2021 8:30 AM - LIFE Note 17**
Claim/Event/Leave: 10414472
NoteSubject : Action Plan
Other Subject :
Text: [09/14/2021 - KENT, JACQUELYN]REVIEWED LTD CLAIM. DCM SPOKE TO EE 8/24. STILL WAITING ON SECOND OPINION. DCM WILL F/U WITH EE IN OCTOBER TO ONFIRM SECOND OPINION APPOINTMENT. WILL MONITOR NEXT MONTH

**07/20/2021 12:08 PM - LIFE Note 16**
Claim/Event/Leave: 10414472
NoteSubject : Action Plan
Other Subject :
Text: [07/20/2021 - KENT, JACQUELYN]7/2 DCM CALLED EE FOR UPDATE - LET EE KNOW I RVWD AP-GRIFFIN'S NOTES FROM 4/20/21 AND IT MENTIONED USING A BONE STIMULATOR IF EE UNABLE TO HAVE SX. EE CONFIRMED HAS BEEN BEEN USING IT SINCE HE WAS DISCHARGED, STILL USING IT TODAY. DCM SPOKE TO EE ON 7/19 AND WAS ADVISED STILL DOES NOT HAVE SECOND OPINION APPOINTMENT SET UP. EE THINKS IS DELAYED DUE TO SPIKE IN COVID IN HIS AREA. WILL MONITOR NEXT MONTH FOR UPDATE ON SECOND OPINION

**05/17/2021 10:43 AM - LIFE Note 15**
Claim/Event/Leave: 10414472
NoteSubject : Action Plan

Other Subject :
Text: [05/17/2021 - KENT, JACQUELYN]REVIEWED LTD CLAIM. EE NOT SURE IF WILL HAVE SX. AP GRIFFIN ADVISED NEEDED SECOND SX. EE WANTED A SECOND OPINION BUT HAVING TROUBLE FINDING ANOTHER AP. EE WENT BACK TO GRIFFIN AND WAS ADVISED FULLY HEALED. EE IS CONFUSEDAND WENT TO PCP TO GET REFERRAL TO ANOTHER SPECIALIST. EE STATED CAN NOT AFFORD SX. EE IS NOW TREATING WITH PSYCHOLOGIST AS WELL. DCM PUT EE ON N&P AND REQUESTED UPDATED RECORDS. INFO DUE 7/19. WILL MONITOR IN JULY TO REVIEW UPDATED RECORDS.

**03/18/2021 8:27 AM - LIFE Note 14**
Claim/Event/Leave: 10414472
NoteSubject : Action Plan
Other Subject :
Text: [03/18/2021 - KENT, JACQUELYN]REVIEWED LTD CLAIM. DCM SPOKE TO EE 2/25 AND WAS ADVISED EE HAD CT SCAN AND WAS WAITING ON INSURANCE TO APPROVE HIM FOR SECOND SX. DCM HAS TASK SET TO ALL EE TODAY TO CONFIRM IF SX SCHEDULED. WILL MONITOR CLAIM NEXT MONTH FOR SX DATE AND RECOVERY TIME.

**01/24/2021 9:00 AM - LIFE Note 13**
Claim/Event/Leave: 10414472
NoteSubject : Action Plan
Other Subject :
Text: [01/24/2021 - KENT, JACQUELYN]REVIEWED LTD CLAIM. BASED ON DCM 1/8 CONVERSATION WITH EE DECEMBER APPOINTMENT WITH AP GRIFFIN WAS CANCELLED. HAS BEEN RESCHEDULED FOR 1/26. WILL MONITOR CLAIM IN A MONTH FOR OUTCOME OF APPOINTMENT AND UPDATED RECORDS

**12/26/2020 8:27 AM - LIFE Note 12**
Claim/Event/Leave: 10414472
NoteSubject : Action Plan
Other Subject : MONITOR LTD
Text: [12/26/2020 - KITTRIDGE, SANDRA]REVIEWED LTD. UPDATED RECORDS THROUGH 11/4 APPT RECEIVED FROM DR. GRIFFIN; HOWEVER, CLMT WAS TO HAVE AN APPT IN DECEMBER. DCM REQUESTED RP TO F/U ON DEC 2020 OVNS. WILL REVIEW LTD NEXT MONTH FOR THE REMAINING RECORDS/REVIEW.

**11/20/2020 1:43 PM - LIFE Note 11**
Claim/Event/Leave: 10414472
NoteSubject : Action Plan
Other Subject :
Text: [11/20/2020 - KENT, JACQUELYN]REVIEWED LTD CLAIM. DCM GOT CLINICAL UPDATE FORM EE 11/13. EE SAID HE HAS NOV WITH DR. GRIFFEN AROUND 12/3 OR 12/10. EE SAID HE'S STILL AT A STAND STILL RIGHT NOW. LOV 11/4/20. EE SAID HE ISN'T ABLE TO DO THERAPY YET B/CAP BROKE EE'S LEG DURING MANIPULATION PROCEDURE. EE SAID HE IS DOING HOME EXERCISES THOUGH. EE TRYING TO BUILD UP STRENGTH IN HIS LEG. EE HASN'T SEEN DR. VAGUE IN A LONG TIME - NOT FOLLOWING UP WITH AP AT THIS TIME. REASONABLE TO MONITOR CLAIM INJAN FOR UPDATED RECORDS. IF NONE RECEIVED WILL REQUEST RECORDS

**09/15/2020 8:33 AM - LIFE Note 10**
Claim/Event/Leave: 10414472
NoteSubject : LTR to Other
Other Subject :
Text: [09/15/2020 - KENT, JACQUELYN]EMAILED OMAHA TO ADVISE OF APPROVAL

**09/15/2020 8:26 AM - LIFE Note 9**
Claim/Event/Leave: 10414472
NoteSubject : LTR to EE
Other Subject : APPROVAL
Text: [09/15/2020 - KENT, JACQUELYN]SENT APPROVAL LETTER TO EE AND ER

**09/15/2020 7:59 AM - LIFE Note 8**
Claim/Event/Leave: 10414472
NoteSubject : Approved
Other Subject :
Text: [09/15/2020 - KENT, JACQUELYN]LDW 2/21/20, DOD 2/22/20, EE INITIALLY OOW DUE TO A FALL AT HOME ON 2/21/20, INJURING HIS LEFT ELBOW. EE HAD SX ON 2/27/20 TO REATTACH TENDON. EE HAD TO HAVE A 2ND SURGERY LATE MARCH 2020 DUE TO BONE INFECTION - EE HADTO HAVE HOME HEALTH AND IV TREATMENT AT HOME FOLLOWING SX. ON 5/3/20, EE HAD ANOTHER INJURY / ACCIDENT AT HOME - ACCIDENTLY SHOT HIMSELF IN THE RT LEG - NO FOUL PLAY / NO 3RD PARTY AND EE DID NOT MEAN TO DO THIS (NO EXCLUSIONS APPLY) - EE HAS HAD 2 SURGERIES ON HIS RT LEG SO FAR AND HAD 3RD SX 8/14/20. EE REPORTS THAT AFTER HIS LEG INJURY, AP DOES NOT BELIEVE EE WILL BE ABLE TO PERFORM HIS OCC AGAIN. ON 9/11 EE ADVISED HIS TIBIA WAS BROKEN DURING SX AND WILL NOT BE ABLE TO HAVE ANY OTHER SX THIS YEAR. EE IS CURRENTLY GOING THROUGH PT AND AP F/U TO SEE HOW BONE HEALS. REASONABLE TO APPROVE CLAIM TO ALLOW TIME FOR EE TO RECOVER AND FOR BONE TO HEAL. WILL MONITOR CLAIM NEXT MONTH TO GET UPDATE ON RECOVERY FORM SX AND HEALING OR TIBIA. IF NO UPDATED RECORDS WILL REQUEST AND PUT ON N&P

**09/03/2020 3:06 PM - LIFE Note 7**
Claim/Event/Leave: 10414472
NoteSubject : Other
Other Subject : WOP PROVISION
Text: [09/03/2020 - MCKENNEY, SPENCER]EE WENT OOW PRIOR TO AGE 60 (48) * 6 MONTH EP HAS BEEN MET * AD&D/DEP

COVERAGE CONTINUE?: NO * REDUCTION CODE 31 TERMS AT AGE 65 OR RETIREMENT * TD ANY OCC: YES * PORTABILITY IN CONTRACT?

**09/03/2020 3:06 PM - LIFE Note 6**
Claim/Event/Leave: 10414472
NoteSubject : Other
Other Subject : WOP ADJUDICATION
Text: [09/03/2020 - MCKENNEY, SPENCER]TYPE OF COVERAGE: BASIC * PROD EFF DATE: 1/1/14 * ERISA * SITUS STATE: TN * ELIGIBILITY MET (MHR, EWP) * DOH: 6/13/91 * LDW: 2/21/2020 * CLASS 1: ALL ACTIVE, FULL-TIME EMPLOYEES OF THE SPONSOR * NON-CONTRIBUTORY BASIC LIFE: $30,000 * REDUCTIONS PRIOR TO WOP TERM AGE?: NO * EOI: NON MEDICAL MAX & ANNUAL ENROLLMENT IS N/A TO BASIC *

**08/31/2020 4:11 PM - LIFE Note 5**
Claim/Event/Leave: 10414472
NoteSubject : Phone Call
Other Subject : PCM
Text: [08/31/2020 - KENT, JACQUELYN]CALLED EE AND ADVISED OF WOP. EE THANKED LCE

**08/25/2020 5:44 PM - LIFE Note 4**
Claim/Event/Leave: 10414472
NoteSubject : LTR to EE
Other Subject :
Text: [08/25/2020 - KENT, JACQUELYN]SENT ACKNOWLEDGMENT LETTER

**08/25/2020 5:43 PM - LIFE Note 3**
Claim/Event/Leave: 10414472
NoteSubject : LTR to ER
Other Subject :
Text: [08/25/2020 - KENT, JACQUELYN]SENT TEMP

**08/25/2020 5:38 PM - LIFE Note 2**
Claim/Event/Leave: 10414472
NoteSubject : Action Plan
Other Subject :
Text: [08/25/2020 - KENT, JACQUELYN]LDW 2/21/20, DOD 2/22/20, EE INITIALLY OOW DUE TO A FALL AT HOME ON 2/21/20, INJURING HIS LEFT ELBOW. EE HAD SX ON 2/27/20 TO REATTACH TENDON. EE HAD TO HAVE A 2ND SURGERY LATE MARCH 2020 DUE TO BONE INFECTION - EE HADTO HAVE HOME HEALTH AND IV TREATMENT AT HOME FOLLOWING SX. ON 5/3/20, EE HAD ANOTHER INJURY / ACCIDENT AT HOME - ACCIDENTLY SHOT HIMSELF IN THE RT LEG - NO FOUL PLAY / NO 3RD PARTY AND EE DID NOT MEAN TO DO THIS (NO EXCLUSIONS APPLY) - EE HAS HAD 2SURGERIES ON HIS RT LEG SO FAR AND HAS A 3RD SX SCHEDULED FOR 8/14/20. EE REPORTS THAT AFTER HIS LEG INJURY, AP DOES NOT BELIEVE EE WILL BE ABLE TO PERFORM HIS OCC AGAIN. WILL REQUEST TEMP, MAKE PCM CONTACT AND CONSIDER APPROVAL

**08/25/2020 7:34 AM - LIFE Note 1**
Claim/Event/Leave: 10414472
NoteSubject : Initial Entry
Other Subject :
Text: [08/25/2020 - CHASE, AMANDA]EOI CHECKED- NO HITS

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, March 23, 2022 7:56:55 AM |
| To: | Rebecca.Kanaday@SEHomes.com; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Clayton Homes, Inc Claim No. 10414472 John Lynn |
| Attachments: | cc_pwstifd43kmssfalayxh_12419411_12742487.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

March 23, 2022

Clayton Homes Benefits
Clayton Homes

RE: Waiver of Premium Benefits-Group Life Insurance
Policyholder: Clayton Homes, Inc
Policy #: SA3-850-291250-01
Claim #: 10414472 - John Lynn

Dear Clayton Homes Benefits:

This letter is to inform you that the Waiver of Premium Benefit claim for John Lynn has been denied for not meeting the definition of Total Disability from Any Occupation.

A detailed letter has been sent advising of our decision and offering appeal rights. The letter also provides information regarding conversion. Due to protected health information, we are unable to provide you with a copy of the denial letter.

There may be two options available in order for their life insurance coverage to remain in force. One option is to continue to pay premiums on their behalf. Another option is to exercise the right to convert the life insurance policy. John Lynn has been advised to contact the benefits department within 15 days from the date of this letter regarding eligibility for the conversion privilege.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sheila Freeman
Life Waiver Specialist
Phone No.: (888) 437-7611 Ext. 69122
Secure Fax No.: (603) 427-1888

CC: Rebecca Kanaday

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, September 15, 2020 8:25:56 AM |
| To: | BENEFITS@CLAYTONHOMES.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Clayton Homes, Inc Claim No. 10414472 John Lynn |
| Attachments: | cc_psroa6j2mfdrf1t0qvcq_9027295_9288021.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

September 15, 2020

Mr. John W. Lynn

RE: Waiver of Premium Benefits-Group Life Insurance
Policyholder: Clayton Homes, Inc
Policy #: SA3-850-291250-01
Claim #: 10414472

Dear Mr. John Lynn:

We are writing in regard to your Waiver of Premium Benefit under your Group Life Insurance Policy. This matter is governed by the Employee Retirement Income Security Act of 1974 (hereinafter "ERISA").

Based on medical information currently in our files, we have approved the above-referenced claim for the Waiver of Premium Benefit under your Group Life Insurance Policy. This means while you are disabled, your coverage will remain in effect and we will not require payment of the premiums normally due from you and/or your employer.

The current value of your policy benefit is $30,000.00 Basic Life Insurance. However, based on the provisions of the policy at the time you became disabled, while you are on Waiver of Premium status:

*"A Covered Employee's continued Life Insurance coverage under this provision will end on the earliest of the date when:*

1. *he recovers and ceases to be Totally Disabled;*
2. *he returns to Active Employment;*
3. *he refuses to have an examination by a Physician chosen by Lincoln Financial Group or fails to give Due Proof of continuation of Total Disability; or*
4. *90 Days after the date Lincoln Financial Group mails the Covered Employee a request for additional Due Proof of loss, Lincoln Financial Group does not receive such Due Proof; or*
5. *he reaches age 65; or*
6. *the date he begins receiving a benefit from a retirement plan; or*
7. *the date the Sponsor classifies him as retired."*

This Waiver of Premium Benefit shall remain in effect as long as you continue to be totally disabled by your illness/injury and your disability prevents you from performing any occupation. Since the

Waiver of Premium Benefit is based on proof of continuous disability, we will periodically request current medical records or a physical examination.

Please be advised it is your responsibility to keep Lincoln Financial Group as well as the policyholder informed of any address changes. Please contact the policyholder for requests to change and/or update your beneficiary designation. Failure to communicate address changes to Lincoln Financial Group may result in the denial of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jacquelyn Kent
Life Waiver Claims Specalist 1
Phone No.: (888) 437-7611 Ext. 14786
Secure Fax No.: (603) 427-1888

CC: Rebecca Kanaday
Clayton Benefits

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, September 15, 2020 8:25:50 AM |
| To: | Rebecca.Kanaday@SEHomes.com; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Clayton Homes, Inc Claim No. 10414472 John Lynn |
| Attachments: | cc_psroa6j2mfdrf1t0qvcq_9027295_9288020.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

September 15, 2020

Mr. John W. Lynn

RE: Waiver of Premium Benefits-Group Life Insurance
Policyholder: Clayton Homes, Inc
Policy #: SA3-850-291250-01
Claim #: 10414472

Dear Mr. John Lynn:

We are writing in regard to your Waiver of Premium Benefit under your Group Life Insurance Policy. This matter is governed by the Employee Retirement Income Security Act of 1974 (hereinafter "ERISA").

Based on medical information currently in our files, we have approved the above-referenced claim for the Waiver of Premium Benefit under your Group Life Insurance Policy. This means while you are disabled, your coverage will remain in effect and we will not require payment of the premiums normally due from you and/or your employer.

The current value of your policy benefit is $30,000.00 Basic Life Insurance. However, based on the provisions of the policy at the time you became disabled, while you are on Waiver of Premium status:

*"A Covered Employee's continued Life Insurance coverage under this provision will end on the earliest of the date when:*

1. *he recovers and ceases to be Totally Disabled;*
2. *he returns to Active Employment;*
3. *he refuses to have an examination by a Physician chosen by Lincoln Financial Group or fails to give Due Proof of continuation of Total Disability; or*
4. *90 Days after the date Lincoln Financial Group mails the Covered Employee a request for additional Due Proof of loss, Lincoln Financial Group does not receive such Due Proof; or*
5. *he reaches age 65; or*
6. *the date he begins receiving a benefit from a retirement plan; or*
7. *the date the Sponsor classifies him as retired."*

This Waiver of Premium Benefit shall remain in effect as long as you continue to be totally disabled by your illness/injury and your disability prevents you from performing any occupation. Since the

Waiver of Premium Benefit is based on proof of continuous disability, we will periodically request current medical records or a physical examination.

Please be advised it is your responsibility to keep Lincoln Financial Group as well as the policyholder informed of any address changes. Please contact the policyholder for requests to change and/or update your beneficiary designation. Failure to communicate address changes to Lincoln Financial Group may result in the denial of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jacquelyn Kent
Life Waiver Claims Specalist 1
Phone No.: (888) 437-7611 Ext. 14786
Secure Fax No.: (603) 427-1888

CC: Rebecca Kanaday
Clayton Benefits

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. JOHN LYNN JR

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

March 24, 2022

Mr. John W. Lynn Jr

RE: Waiver of Premium Benefits-Group Life Insurance
Policyholder: Clayton Homes, Inc
Policy #: SA3-850-291250-01
Claim #: 10414472

Dear Mr. John Lynn Jr:

We have completed a thorough review of your continued eligibility for the ***Waiver of Premium Benefit*** regarding your ***Group Life Insurance*** through ***Clayton Homes Inc.*** The Waiver of Premium is a benefit for you to continue your ***Group Life Insurance*** while you are out on disability provided you meet the ***Clayton Homes Inc. Group Life Insurance*** definition of ***"total disability"*** defined as:

*With respect to this provision, "**Total Disability**" or "**Totally Disabled**" means the complete inability, as a result of Injury or Sickness, to perform the Material and Substantial Duties of Any Occupation.*

*With respect to this provision, "**Material and Substantial Duties**" means responsibilities that are normally required to perform Any Occupation, and cannot be reasonably eliminated or modified.*

*With respect to this provision, "**Any Occupation**" means any occupation that the Covered Employee is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

In order to determine if you continue to remain totally disabled (as defined above) from your last follow up, we conducted a review regarding your functional capacity and medical status for our files. We recently received medical records from your Long -Term Disability file (hereinafter "LTD") and your treating physicians in order to evaluate whether or not you meet the above definition of "***total disability".***

The Waiver of Premium Benefit will continue as long as you remain "***totally disabled"*** from "***any occupation".*** Our review of your claim was based on the current restrictions and limitations due to your diagnoses of right elbow fracture, fracture of femur, ankylosis of right knee, right thigh pain. In

order to determine your current restrictions and limitations, we reviewed updated medical documentation from your providers.

A Peer Review was completed by Martin D. Hoffman, M.D., Board Certified in Physical Medicine & Rehabilitation. Dr. Hoffman concluded that reasonable Restrictions & Limitations from 09/01/2021 to present and ongoing, based on review of medical records, are:

- Sitting unrestricted other than intermittent brief change in position
- Standing/walking occasionally with use of an assistive device such as a cane as desired
- Lifting/carrying up to 10 pounds occasionally and 5 pounds frequently (as long as carriage can be in one hand allowing for use of a cane)
- Fingering, handling, typing and reaching at desk level and overhead unrestricted
- Bending, stooping, and reaching below waist frequently
- Crouching, kneeling, ladder climbing, work at unprotected heights, commercial driving and operating heavy equipment or safety-sensitive machinery to be avoided while using opioid analgesics

As you would be incapable of returning to your previous occupation at this time, to assist in identifying alternative occupations, your claim was forwarded to Vocational Rehabilitation for a Transferable Skills Analysis. Based on your training, education and work experience you have the ability to perform the following occupations:

- *Checker II*
- *Diet Clerk*

Our role in reviewing your claim is to determine whether your medical condition and the medical documentation contained in your claim continues to validate impairment, which would preclude you from, at a minimum, performing the duties of any occupation. We are not required to ensure the availability of your occupation, or that you return to active employment with your former employer in the same or different position. After thorough evaluation of your claim, we have determined that your medical condition is no longer of a nature and severity that would preclude you from performing the material and substantial duties of any occupation. Therefore, you no longer meet the definitions under the terms of the ***Clayton Homes Inc.*** Group Life Insurance Policy of ***"totally disabled"*** from ***"any occupation".*** Therefore, we must deny your claim for further benefit consideration.

You may have the right to convert your group life insurance to an individual life insurance policy. Please contact The Lincoln National Life Insurance Company at 1-877-321-1015 within 15 days from the date of this letter regarding your eligibility for the conversion privilege.

The following coverage(s) may be eligible for conversion/portability, subject to the terms of the Conversion/Portability Privilege in the policy:

Basic Life Insurance: $30,000

(Please retain a copy of this letter)

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. We relied upon the following guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination; TOTAL DISABILITY. An individual will be considered Totally Disabled if they are unable to work a minimum of 15 hours per week in any occupation.

We regret our determination could not be more favorable; however, we must abide by policy provisions.

If you disagree with the company's decision, you have the right to file a complaint with the department:

TN Department of Commerce and Insurance
Consumer Insurance Services
500 James Robertson Parkway
Nashville, Tennessee 37243

The telephone number is 1-800-342-4029, or you may submit the request for review electronically to that section's website, currently found at:
https://tn.gov/commerce/topic/commerce-file-a-complaint.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from receipt of this letter and state the reasons you feel your claim should not have been denied. If Lincoln Financial Group does not receive your written request within 180 days of your receipt of this notice, our claim decision will be final, your file will remain closed, and no further review of your claim will be conducted. In your request for review please include the following documentation:

All office treatment notes, test results, consultation reports, procedure notes, physical therapy records or any other medical records from all treating providers (i.e., primary care physician, therapist, psychiatrist, psychologist, cardiologist, neurologist, pharmacy records, orthopedic physician) from December 15, 2021 to the present, medications prescribed and filled, and physician documentation of specific restrictions and limitations.

Please send any other information which you feel would support your claim. You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination.

Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request for review is received. If there are special circumstances requiring delay, you will be notified of the final decision no later than 90 days after your request for review is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sheila Freeman
Life Waiver Specialist
Phone No.: (888) 437-7611 Ext. 69122
Secure Fax No.: (603) 427-1888

**From:**Freeman, Sheila
**Sent:**Wed, 23 Mar 2022 12:29:52 +0000
**To:**Omaha Conversions
**Subject:**John Lynn

**EE Name:** John Lynn
**EE SSN:**
**Claim #:** 10414472
**Group Name and/or Group ID #:** Clayton Homes, Inc.
**Date member was mailed notice of waiver decline:** 3/23/22

**Basic Life:** $30,000
**Optional Life**:

**Sheila Freeman**
Life Waiver Claims Specialist

**Lincoln Financial Group**
LincolnFinancial.com

888-437-7611, Ext. 69122 Office

603-427-1888 Fax




Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, March 23, 2022 7:56:49 AM |
| To: | benefits@claytonhomes.com; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Clayton Homes, Inc Claim No. 10414472 John Lynn |
| Attachments: | pwstifd43kmssfalayxh_12419411.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

March 23, 2022

Clayton Homes Benefits
Clayton Homes

RE: Waiver of Premium Benefits-Group Life Insurance
Policyholder: Clayton Homes, Inc
Policy #: SA3-850-291250-01
Claim #: 10414472 - John Lynn

Dear Clayton Homes Benefits:

This letter is to inform you that the Waiver of Premium Benefit claim for John Lynn has been denied for not meeting the definition of Total Disability from Any Occupation.

A detailed letter has been sent advising of our decision and offering appeal rights. The letter also provides information regarding conversion. Due to protected health information, we are unable to provide you with a copy of the denial letter.

There may be two options available in order for their life insurance coverage to remain in force. One option is to continue to pay premiums on their behalf. Another option is to exercise the right to convert the life insurance policy. John Lynn has been advised to contact the benefits department within 15 days from the date of this letter regarding eligibility for the conversion privilege.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sheila Freeman
Life Waiver Specialist
Phone No.: (888) 437-7611 Ext. 69122
Secure Fax No.: (603) 427-1888

CC: Rebecca Kanaday

Lincoln Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212

MR. JOHN LYNN

Lincoln Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

August 26, 2020

Mr. John W. Lynn

RE: Waiver of Premium Benefits-Group Life Insurance
Policyholder: Clayton Homes, Inc
Policy #: SA3-850-291250-01
Claim #: 10414472

Dear Mr. John Lynn:

We received notification you are out on disability and therefore, your eligibility for the Waiver of Premium Benefit of your **Group Life Insurance** is currently under review. This matter is governed by the Employee Retirement Income Security Act of 1974 (hereinafter "ERISA").

The Waiver of Premium Benefit allows you to continue your Group Life Insurance coverage while you are out on disability without payment of premiums provided you meet your Group Life Insurance Policy definition of ***"total disability"*** defined as:

*With respect to this provision, "**Total Disability**" or "**Totally Disabled**" means the complete inability, as a result of Injury or Sickness, to perform the Material and Substantial Duties of Any Occupation.*

*With respect to this provision, "**Material and Substantial Duties**" means responsibilities that are normally required to perform Any Occupation, and cannot be reasonably eliminated or modified.*

*With respect to this provision, "**Any Occupation**" means any occupation that the Covered Employee is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

We will be reviewing the information within your Long Term Disability (hereinafter "LTD") claim and will notify you of the status of your Waiver of Premium Benefit once a decision has been made.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jacquelyn Kent
Life Waiver Claims Specalist 1

Phone No.: (888) 437-7611 Ext. 14786
Secure Fax No.: (603) 427-1888

**From:**Prince, Alisa <Alisa.Prince@ClaytonHomes.com>
**Sent:**Wed, 26 Aug 2020 12:39:44 +0000
**To:**Kent, Jacquelyn;Jones, Valerie
**Cc:**Borden, Manning;Terry, Jessica
**Subject:**RE: Life Waiver of Premium - claim 10414472 - JOHN LYNN

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Jacquelyn, please see the information below that you requested. Thank you.

**Alisa Prince**
**Benefits Coordinator**
**865-380-3000 x 5223**
Alisa.Prince@claytonhomes.com
**Fax: 865-738-6165**

CONFIDENTIALITY NOTICE
This message and the accompanying documents may contain information that is confidential. If you are not the intended recipient, you are hereby notified that you are strictly prohibited from reading or distributing this communication. If you have received this e-mail in error, please notify the sender and destroy the original transmission. Thank you.

---

**From:** Kent, Jacquelyn <Jacquelyn.Kent@lfg.com>
**Sent:** Tuesday, August 25, 2020 5:43 PM
**To:** Prince, Alisa <Alisa.Prince@ClaytonHomes.com>; Jones, Valerie <Valerie.Jones@ClaytonHomes.com>
**Cc:** Borden, Manning <Manning.Borden@ClaytonHomes.com>; Terry, Jessica <Jessica.Terry@ClaytonHomes.com>
**Subject:** [EXTERNAL] Life Waiver of Premium - claim 10414472 - JOHN LYNN

**External email: careful w/ links or attachments**

Hello,

**Please respond with the information below within five (5) business days to ensure timely assessment of waiver of premium eligibility. Lack of response to our request will delay our decision regarding coverage.**

Please note if the employee is terminated, they may still be eligible for this benefit. If this employee has returned to work, please advise and provide the return to work date only.

Group Life Claims has been notified JOHN LYNN (DOB is currently out on disability and may also be eligible for the Waiver of Premium Benefit under your Group Life Insurance Policy.

1. What were the Annual Earnings (as defined within your Group Life Insurance policy) in effect on the employee's last day worked? $42,783.75
2. Basic Life Insurance Amount _$30,000.00_______
3. Optional Life Insurance Amount __None______ **Please provide enrollment information for the 3 years prior to the date last worked. Screen shots are acceptable.**

### Life Insurance

Employee cost per pay period **$0.00**

**Basic Life 2020 (Basic Life 2020)**

Cost Details Per Pay Period

| | |
|---|---|
| Employer Contribution | $0.82 |
| Your cost | $0.00 |

Coverage: **$30,000**
Coverage Effective Date: **1/1/2020 - 12/31/9999**
Cost Effective Date : **1/1/2020**

Beneficiaries:

| Name | Relationship | Primary | Secondary |
|---|---|---|---|
| My Estate | Employee | | |
| TAMMY R LYNN | Spouse | 100.0% | |
| BRYANT W LYNN | Child | | |

Additional Information

### Basic Employee Life (SE)

Waived

**Waived**

Additional Information

### Basic Employee Life (SE)

Employee cost per pay period **$0.00**

**Basic Employee Life AD&D (SE Life AD&D)**

Cost Details Per Pay Period

| | |
|---|---|
| Employer Contribution | $0.83 |
| Your cost | $0.00 |

Coverage: **$20,000**
Coverage Effective Date: **1/1/2014 - 12/31/2019**
Cost Effective Date : **1/1/2018 - 12/31/2019**

Beneficiaries:

| Name | Relationship | Primary | Secondary |
|---|---|---|---|
| My Estate | Employee | | |
| TAMMY R LYNN | Spouse | 100.0% | |
| BRYANT W LYNN | Child | | 100.0% |

Additional Information

### Additional Life Insurance

Waived

**Waived**

Additional Information

## Basic Employee Life (SE)

Employee cost per pay period **$0.00**

### Basic Employee Life AD&D (SE Life AD&D)

Coverage: **$20,000**
Coverage Effective Date: **1/1/2014 - 12/31/2019**
Cost Effective Date : **1/1/2018 - 12/31/2019**

Cost Details Per Pay Period

| | |
|---|---|
| Employer Contribution | $0.83 |
| Your cost | $0.00 |

Beneficiaries:

| Name | Relationship | Primary | Secondary |
|---|---|---|---|
| My Estate | Employee | | |
| TAMMY B LYNN | Spouse | 100.0% | |
| BRYANT W LYNN | Child | | 100.0% |

Additional Information

## Additional Life Insurance

Waived

Waived

Additional Information

4. Is the employee receiving retirement/pension benefits and/or classified as a retiree? No

**"Annual Earnings"** with respect to all Covered Employees who were employed for the entire frozen 12 month period of August 1st through July 31st, means the Covered Employee's total gross wages paid by the Sponsor for the frozen 12 month period of August 1st through July 31st, effective as of the January 1st prior to the date of loss.

**"Annual Earnings",** with respect to Covered Employees paid piece-rate/mileage who were not employed by the Sponsor for the entire frozen 12 month period of August 1st through July 31st, means the average gross wages paid by the Sponsor to Employees who were employed in the same job code for the entire frozen 12 month period of August 1st through July 31st, effective as of the January 1st prior to the date of loss.

**"Annual Earnings",** with respect to Covered Employees who are not paid piece-rate/mileage who were not employed by the Sponsor for the entire frozen 12 month period from August 1st through July 31st, means the Covered Person's annual earnings from the Sponsor in effect immediately prior to the date of loss. However, such earnings will not include overtime pay and extra compensation other than commissions and bonuses actually received over the frozen 12 month period of August 1st through July 31st, effective as of the January 1st prior to the date of loss.

Do not hesitate to contact me with any questions/concerns regarding the above information. We appreciate your time and immediate attention to this request.

Thank you,

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

Jacquelyn Kent
Life Waiver Claims Specalist 1
Group Protection - Life Claims

Lincoln Financial Group
P.O. Box 7208
London, KY 40742-7208

866-213-2937 ext. 14786 Office
866-214-7839 Fax

LincolnFinancial.com

**Follow us on:**

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

CONFIDENTIALITY NOTICE
This message and the accompanying documents contain information that belongs to the sender and may contain information that is privileged, confidential, or exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient, you are hereby notified that you are strictly prohibited from reading, disseminating, distributing, copying, or taking action in reliance on the content of this communication. If you have received this e-mail in error, please notify the sender immediately and destroy the original transmission. Thank you.

Lincoln Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212

MR. JOHN LYNN

Lincoln Life Assurance Company of Boston
Group Benefits Life Claims
P.O. Box 7212
London, KY 40742-7212
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

September 15, 2020

Mr. John W. Lynn

RE: Waiver of Premium Benefits-Group Life Insurance
Policyholder: Clayton Homes, Inc
Policy #: SA3-850-291250-01
Claim #: 10414472

Dear Mr. John Lynn:

We are writing in regard to your Waiver of Premium Benefit under your Group Life Insurance Policy. This matter is governed by the Employee Retirement Income Security Act of 1974 (hereinafter "ERISA").

Based on medical information currently in our files, we have approved the above-referenced claim for the Waiver of Premium Benefit under your Group Life Insurance Policy. This means while you are disabled, your coverage will remain in effect and we will not require payment of the premiums normally due from you and/or your employer.

The current value of your policy benefit is $30,000.00 Basic Life Insurance. However, based on the provisions of the policy at the time you became disabled, while you are on Waiver of Premium status:

*"A Covered Employee's continued Life Insurance coverage under this provision will end on the earliest of the date when:*

1. *he recovers and ceases to be Totally Disabled;*
2. *he returns to Active Employment;*
3. *he refuses to have an examination by a Physician chosen by Lincoln Financial Group or fails to give Due Proof of continuation of Total Disability; or*
4. *90 Days after the date Lincoln Financial Group mails the Covered Employee a request for additional Due Proof of loss, Lincoln Financial Group does not receive such Due Proof; or*
5. *he reaches age 65; or*
6. *the date he begins receiving a benefit from a retirement plan; or*
7. *the date the Sponsor classifies him as retired."*

This Waiver of Premium Benefit shall remain in effect as long as you continue to be totally disabled by your illness/injury and your disability prevents you from performing any occupation. Since the

Waiver of Premium Benefit is based on proof of continuous disability, we will periodically request current medical records or a physical examination.

Please be advised it is your responsibility to keep Lincoln Financial Group as well as the policyholder informed of any address changes. Please contact the policyholder for requests to change and/or update your beneficiary designation. Failure to communicate address changes to Lincoln Financial Group may result in the denial of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jacquelyn Kent
Life Waiver Claims Specalist 1
Phone No.: (888) 437-7611 Ext. 14786
Secure Fax No.: (603) 427-1888

CC: Rebecca Kanaday
Clayton Benefits

| clm_num | chk_num | ChkFromDate | ChkThruDate | ChkDate | ben_gross_amt | chk_total_ofst_amt | chk_adj_ben_gross_amt | chk_fed_tax_withd_amt | chk_fica_tax_withd_amt | chk_adj_amt | chk_total_dedn_amt | chk_state_tax_withd_amt | ben_net_amt | rcov_ben_net_amt | NetAfterOP | Total Of chk_ofst_dedn_amt | <> | SSDB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9834821 | 100933626 | 02/22/20 | 02/28/20 | 03/02/20 | $533.36 | $0.00 | $533.36 | $51.12 | $40.60 | $0.00 | $0.00 | $21.02 | $420.62 | | $420.62 | | | |
| 9834821 | 100961513 | 02/29/20 | 03/06/20 | 03/06/20 | $533.36 | $0.00 | $533.36 | $51.12 | $40.60 | $0.00 | $0.00 | $21.02 | $420.62 | | $420.62 | | | |
| 9834821 | 101009209 | 03/07/20 | 03/13/20 | 03/13/20 | $533.36 | $0.00 | $533.36 | $51.12 | $40.60 | $0.00 | $0.00 | $21.02 | $420.62 | | $420.62 | | | |
| 9834821 | 101049715 | 03/14/20 | 03/20/20 | 03/20/20 | $533.36 | $0.00 | $533.36 | $51.12 | $40.60 | $0.00 | $0.00 | $21.02 | $420.62 | | $420.62 | | | |
| 9834821 | 101101289 | 03/21/20 | 03/27/20 | 03/27/20 | $533.36 | $0.00 | $533.36 | $51.12 | $40.60 | $0.00 | $0.00 | $21.02 | $420.62 | | $420.62 | | | |
| 9834821 | 101146240 | 03/28/20 | 04/03/20 | 04/03/20 | $533.36 | $0.00 | $533.36 | $51.12 | $40.60 | $0.00 | $0.00 | $21.02 | $420.62 | | $420.62 | | | |
| 9834821 | 101192871 | 04/04/20 | 04/10/20 | 04/10/20 | $533.36 | $0.00 | $533.36 | $51.12 | $40.60 | $0.00 | $0.00 | $21.02 | $420.62 | | $420.62 | | | |
| 9834821 | 101231363 | 04/11/20 | 04/17/20 | 04/17/20 | $533.36 | $0.00 | $533.36 | $51.12 | $40.60 | $0.00 | $0.00 | $21.02 | $420.62 | | $420.62 | | | |
| 9834821 | 101282044 | 04/18/20 | 04/24/20 | 04/24/20 | $533.36 | $0.00 | $533.36 | $51.12 | $40.60 | $0.00 | $0.00 | $21.02 | $420.62 | | $420.62 | | | |
| 9834821 | 101329320 | 04/25/20 | 05/01/20 | 05/01/20 | $533.36 | $0.00 | $533.36 | $51.12 | $40.60 | $0.00 | $0.00 | $21.02 | $420.62 | | $420.62 | | | |
| 9834821 | 101375007 | 05/02/20 | 05/08/20 | 05/08/20 | $533.36 | $0.00 | $533.36 | $51.12 | $40.60 | $0.00 | $0.00 | $21.02 | $420.62 | | $420.62 | | | |
| 9834821 | 101413051 | 05/09/20 | 05/15/20 | 05/15/20 | $533.36 | $0.00 | $533.36 | $51.12 | $40.60 | $0.00 | $0.00 | $21.02 | $420.62 | | $420.62 | | | |
| 9834821 | 101438858 | 05/16/20 | 05/20/20 | 05/20/20 | $320.01 | $0.00 | $320.01 | $25.64 | $24.36 | $0.00 | $0.00 | $11.47 | $258.54 | | $258.54 | | | |
| 9834821 | 101484958 | 05/21/20 | 05/27/20 | 05/27/20 | $533.36 | $0.00 | $533.36 | $51.12 | $40.60 | $0.00 | $0.00 | $21.02 | $420.62 | | $420.62 | | | |
| 9834821 | 101529279 | 05/28/20 | 06/03/20 | 06/03/20 | $533.36 | $0.00 | $533.36 | $51.12 | $40.60 | $0.00 | $0.00 | $21.02 | $420.62 | | $420.62 | | | |
| 9834821 | 101573901 | 06/04/20 | 06/10/20 | 06/10/20 | $533.36 | $0.00 | $533.36 | $51.12 | $40.60 | $0.00 | $0.00 | $21.02 | $420.62 | | $420.62 | | | |
| 9834821 | 101613034 | 06/11/20 | 06/17/20 | 06/17/20 | $533.36 | $0.00 | $533.36 | $51.12 | $40.60 | $0.00 | $0.00 | $21.02 | $420.62 | | $420.62 | | | |
| 9834821 | 101662291 | 06/18/20 | 06/24/20 | 06/24/20 | $533.36 | $0.00 | $533.36 | $51.12 | $40.60 | $0.00 | $0.00 | $21.02 | $420.62 | | $420.62 | | | |
| 9834821 | 101710181 | 06/25/20 | 07/01/20 | 07/01/20 | $533.36 | $0.00 | $533.36 | $51.12 | $40.60 | $0.00 | $0.00 | $21.02 | $420.62 | | $420.62 | | | |
| 9834821 | 101755215 | 07/02/20 | 07/08/20 | 07/08/20 | $533.36 | $0.00 | $533.36 | $51.12 | $40.60 | $0.00 | $0.00 | $21.02 | $420.62 | | $420.62 | | | |
| 9834821 | 101795923 | 07/09/20 | 07/15/20 | 07/15/20 | $533.36 | $0.00 | $533.36 | $51.12 | $40.60 | $0.00 | $0.00 | $21.02 | $420.62 | | $420.62 | | | |
| 9834821 | 101845598 | 07/16/20 | 07/22/20 | 07/22/20 | $533.36 | $0.00 | $533.36 | $51.12 | $40.60 | $0.00 | $0.00 | $21.02 | $420.62 | | $420.62 | | | |
| 9834821 | 101891556 | 07/23/20 | 07/29/20 | 07/29/20 | $533.36 | $0.00 | $533.36 | $51.12 | $40.60 | $0.00 | $0.00 | $21.02 | $420.62 | | $420.62 | | | |
| 9834821 | 101949125 | 07/30/20 | 08/05/20 | 08/05/20 | $533.36 | $0.00 | $533.36 | $51.12 | $40.60 | $0.00 | $0.00 | $21.02 | $420.62 | | $420.62 | | | |
| 9834821 | 101991561 | 08/06/20 | 08/12/20 | 08/12/20 | $533.36 | $0.00 | $533.36 | $51.12 | $40.60 | $0.00 | $0.00 | $21.02 | $420.62 | | $420.62 | | | |
| 9834821 | 102044274 | 08/13/20 | 08/19/20 | 08/19/20 | $533.36 | $0.00 | $533.36 | $51.12 | $40.60 | $0.00 | $0.00 | $21.02 | $420.62 | | $420.62 | | | |
| 9834821 | 102061286 | 08/20/20 | 08/21/20 | 08/21/20 | $213.34 | $0.00 | $213.34 | $13.92 | $16.24 | $0.00 | $0.00 | $6.74 | $176.44 | | $176.44 | | | |
| 9834821 | | | | 12/31/99 | $13,867.35 | $0.00 | $13,867.35 | $1,317.56 | $1,055.60 | $0.00 | $0.00 | $543.71 | $10,950.48 | | $10,950.48 | | | |
| 10295792 | 102238442 | 08/22/20 | 09/21/20 | 09/15/20 | $1,733.34 | $0.00 | $1,733.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,733.34 | | $1,733.34 | | | |
| 10295792 | 102455964 | 09/22/20 | 10/21/20 | 10/15/20 | $1,733.34 | $0.00 | $1,733.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,733.34 | | $1,733.34 | | | |
| 10295792 | 102679638 | 10/22/20 | 11/21/20 | 11/16/20 | $1,733.34 | $0.00 | $1,733.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,733.34 | | $1,733.34 | | | |
| 10295792 | 102892835 | 11/22/20 | 12/21/20 | 12/15/20 | $1,733.34 | $0.00 | $1,733.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,733.34 | $673.45 | $1,059.89 | | | |
| 10295792 | 103123537 | 12/22/20 | 01/21/21 | 01/15/21 | $1,733.34 | $0.00 | $1,733.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,733.34 | $1,521.00 | $212.34 | | | |
| 10295792 | 103334734 | 01/22/21 | 02/21/21 | 02/15/21 | $1,733.34 | $0.00 | $1,733.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,733.34 | $1,541.00 | $192.34 | | | |
| 10295792 | 103536215 | 02/22/21 | 03/21/21 | 03/15/21 | $1,733.34 | $0.00 | $1,733.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,733.34 | $1,541.00 | $192.34 | | | |
| 10295792 | 103764044 | 03/22/21 | 04/21/21 | 04/15/21 | $1,733.34 | $0.00 | $1,733.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,733.34 | $1,541.00 | $192.34 | | | |
| 10295792 | 103991850 | 04/22/21 | 05/21/21 | 05/17/21 | $1,733.34 | $0.00 | $1,733.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,733.34 | $982.55 | $750.79 | | | |
| 10295792 | 104214679 | 05/22/21 | 06/21/21 | 06/15/21 | $1,733.34 | $0.00 | $1,733.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,733.34 | | $1,733.34 | | | |
| 10295792 | 104444098 | 06/22/21 | 07/21/21 | 07/15/21 | $1,733.34 | $1,561.00 | $172.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $172.34 | | $172.34 | $1,561.00 | | $1,561.00 |
| 10295792 | 104688614 | 07/22/21 | 08/21/21 | 08/16/21 | $1,733.34 | $1,541.00 | $192.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $192.34 | | $192.34 | $1,541.00 | | $1,541.00 |
| 10295792 | 104933987 | 08/22/21 | 09/21/21 | 09/15/21 | $1,733.34 | $1,541.00 | $192.34 | $0.00 | $0.00 | $192.34 | $0.00 | $0.00 | $0.00 | | $0.00 | $1,541.00 | | $1,541.00 |
| 10295792 | 105178978 | 09/22/21 | 10/21/21 | 10/15/21 | $1,733.34 | $1,541.00 | $192.34 | $0.00 | $0.00 | $192.34 | $0.00 | $0.00 | $0.00 | | $0.00 | $1,541.00 | | $1,541.00 |
| 10295792 | 105412647 | 10/22/21 | 11/21/21 | 11/15/21 | $1,733.34 | $1,541.00 | $192.34 | $0.00 | $0.00 | $192.34 | $0.00 | $0.00 | $0.00 | | $0.00 | $1,541.00 | | $1,541.00 |
| 10295792 | 105650183 | 11/22/21 | 12/21/21 | 12/15/21 | $1,733.34 | $1,541.00 | $192.34 | $0.00 | $0.00 | $192.34 | $0.00 | $0.00 | $0.00 | | $0.00 | $1,541.00 | | $1,541.00 |
| 10295792 | 105902654 | 12/22/21 | 01/21/22 | 01/17/22 | $1,733.34 | $1,541.00 | $192.34 | $0.00 | $0.00 | $192.34 | $0.00 | $0.00 | $0.00 | | $0.00 | $1,541.00 | | $1,541.00 |

| clm_num | chk_num | ChkFromDate | ChkThruDate | ChkDate | ben_gross_amt | chk_total_ofst_amt | chk_adj_ben_gross_amt | chk_fed_tax_withd_amt | chk_fica_tax_withd_amt | chk_adj_amt | chk_total_dedn_amt | chk_state_tax_withd_amt | ben_net_amt | rcov_ben_net_amt | NetAfterOP | Total Of chk_ofst_dedn_amt | <> | SSDB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10295792 | 106131596 | 01/22/22 | 02/21/22 | 02/15/22 | $1,733.34 | $1,541.00 | $192.34 | $0.00 | $0.00 | $192.34 | $0.00 | $0.00 | $0.00 | | $0.00 | $1,541.00 | | $1,541.00 |
| 10295792 | 106345582 | 02/22/22 | 03/21/22 | 03/15/22 | $1,733.34 | $1,541.00 | $192.34 | $0.00 | $0.00 | $192.34 | $0.00 | $0.00 | $0.00 | | $0.00 | $1,541.00 | | $1,541.00 |
| 10295792 | 106581653 | 03/22/22 | 04/21/22 | 04/15/22 | $1,733.34 | $1,541.00 | $192.34 | $0.00 | $0.00 | $192.34 | $0.00 | $0.00 | $0.00 | | $0.00 | $1,541.00 | | $1,541.00 |
| 10295792 | 106802804 | 04/22/22 | 05/21/22 | 05/16/22 | $1,733.34 | $1,541.00 | $192.34 | $0.00 | $0.00 | $192.34 | $0.00 | $0.00 | $0.00 | | $0.00 | $1,541.00 | | $1,541.00 |
| 10295792 | 107034014 | 05/22/22 | 06/21/22 | 06/15/22 | $1,733.34 | $1,541.00 | $192.34 | $0.00 | $0.00 | $192.34 | $0.00 | $0.00 | $0.00 | | $0.00 | $1,541.00 | | $1,541.00 |
| 10295792 | 107273161 | 06/22/22 | 07/21/22 | 07/15/22 | $1,733.34 | $1,541.00 | $192.34 | $0.00 | $0.00 | $176.05 | $0.00 | $0.00 | $16.29 | | $16.29 | $1,541.00 | | $1,541.00 |
| 10295792 | 107503208 | 07/22/22 | 08/21/22 | 08/15/22 | $1,733.34 | $1,541.00 | $192.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $192.34 | | $192.34 | $1,541.00 | | $1,541.00 |
| 10295792 | | | | 12/31/99 | $41,600.16 | $21,594.00 | $20,006.16 | $0.00 | $0.00 | $2,099.45 | $0.00 | $0.00 | $17,906.71 | $7,800.00 | $10,106.71 | $21,594.00 | | |