FILED
2026 Jan-08 PM 05:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| JOHN W. LYNN,<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>AND<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:25-cv-00891-MHH |

**<u>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE</u>**

Plaintiff John W. Lynn and Defendants The Lincoln National Life Insurance Company and Lincoln Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendants no longer desire to litigate this action.

Accordingly, Plaintiff and Defendants stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendants request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 7th day of January 2026.

Respectfully submitted,

Amanda Stansberry (ASB-7793-M64S)
Attorney for Plaintiff
COX, STANSBERRY & KINSLEY, LLC
3535 Grandview Parkway, Ste 310
Birmingham, Alabama 35243
Telephone: (205) 383-7996
Facsimile: (833) 583-4357
Email: astansberry@cskattorneys.com

AND

Iwana Rademaekers, Esq.
(Admitted *Pro Hac Vice*)
Texas Bar No. 16452560
Attorney for Defendants
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- And -

Matthew W. Robinett
ASB-3523-I72M
Attorney for Defendants
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com