FILED
2026 Jan-09 AM 09:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JOHN W. LYNN,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, et al.,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No.: 2:25-cv-891-EGL** |

# ORDER

This Court acknowledges receipt of the parties' Joint Stipulation of Dismissal with prejudice (Doc. 17), filed on January 8, 2026. Accordingly, the case is DISMISSED WITH PREJUDICE. Costs are taxed as paid.

**DONE** and **ORDERED** this 9th day of January, 2026.

**EDMUND G. LACOUR JR.**
UNITED STATES DISTRICT JUDGE